CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GEORGE K. PRAGOVICH, ET AL. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Case Number 07-2079 (PLF) |
| UNITED STATES OF AMERICA | ) | Category   F |
| Defendants | ) | |

### REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on December 13, 2007 from Judge James Robertson to Judge Paul L. Friedman by direction of the Calendar Committee.

(Randomly Assigned to Paul F. Friedman)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Friedman & Courtroom Deputy
Judge Robertson & Courtroom Deputy
Liaison, Calendar and Case Management Committee