CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEGE K. PRAGOVICH )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>)<br>)<br>UNITED STATES OF AMERICA )<br>)<br>Defendant ) | Civil Case Number 07-2079 (JR)<br><br>Category    F |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>February 22, 2008</u> from <u>Judge Paul L. Friedman</u> to <u>Judge James Robertson</u> by direction of the Calendar Committee.

(Case transferred back to Judge Robertson as related to CA 05-2222)

<u>JUDGE ELLEN SEGAL HUVELLE</u>
Chair, Calendar Committee

cc:   <u>Judge Robertson</u> & Courtroom Deputy
     <u>Judge Friedman</u> & Courtroom Deputy
     Liaison, Calendar Committee