UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GEORGE K. PRAGOVICH, *et al.*,       :
                                     :
     Plaintiffs,                    :
                                     :
  v.                                 : Civil Action No. 07-2079 (JR)
                                     :
UNITED STATES OF AMERICA,            :
                                     :
     Defendant.                     :

### NOTICE UNDER RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE

     The plaintiffs will **TAKE NOTICE** that this action will be dismissed without prejudice pursuant to Fed.R.Civ.P 4(m) on April 21, 2008, unless a waiver of service (Fed.R.Civ.P. 4(d)) or proof of service (Fed.R.Civ.P. 4(l)) has been filed before then, or unless the Court finds good cause to extend the time for service.

                                                  JAMES ROBERTSON
                                 United States District Judge