AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

George Pragovich, and Claudia Pragovich.

**SUMMONS IN A CIVIL ACTION**

V.

UNITED STATES OF AMERICA

CASE NUMBER:

Case: 1:07-cv-02079
Assigned To : Robertson, James
Assign. Date : 11/14/2007
Description: Pro Se General Civil

TO: (Name and address of Defendant)

Peter D. Keisler,
Acting United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ *PRO SE* (name and address)
*CLAUDIA V. PRAGOVICH*
GEORGE PRAGOVICH
135 Westfield Ct. #1505
Clarksville, Tennessee 37040
(773) 791-0157

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RECEIVED
MAR 2 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NANCY MAYER-WHITTINGTON                NOV 14 2007
CLERK                                   DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 3-4-08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Dennis Reidmiller | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-4-08
               Date              Signature of Server

Address of Server: 14103 W. Little York Rd
Houston TX 77084

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

MAR 21 2008
US District Court, District of Columbia

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | | |
|---|---|---|
| Postage | $ | 4.60 |
| Certified Fee | | 2.65 |
| Return Receipt Fee (Endorsement Required) | | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 9.40 |

Postmark Here

Sent To: Michael Mukasey
US Attorney General
Civil Process Clerk

Street, Apt. No.; or PO Box No. 950 Pennsylvania Ave

City, State, ZIP+4 Washington DC 20530

7007 1490 0004 4418 4128

PS Form 3800, August 2006          See Reverse for Instructions

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

George Pragovich, and Claudia Pragovich.

V.

UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

Case: 1:07-cv-02079
Assigned To : Robertson, James
Assign. Date : 11/14/2007
Description: Pro Se General Civil

TO: (Name and address of Defendant)

Jeffrey A. Taylor,
United States Attorney, District of Columbia
555 4th Street, NW
Washington, District of Columbia 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ *pro se* (name and address)
*Claudia V. Pragovich*
GEORGE PRAGOVICH
135 Westfield Ct. #1505
Clarksville, Tennessee 37040
(773) 791-0157

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON        NOV 14 2007
CLERK                                              DATE

/s/ _____
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 3-4-08 |
| NAME OF SERVER (PRINT) Dennis Reidmiller | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-4-08
             Date                  Signature of Server

Address of Server: 16103 W. Little York Rd
Houston, TX 77084

MAR 21 2008

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

