# United States District Court
## IN THE DISTRICT OF COLUMBIA

135 Wesffield Court, Unit 150  
Clarksville, Tennessee, 37040  
In Propria Persona

Case No. 1:07-cv-02079-JR

      Plaintiff(s),

v.

United States  
      Defendant.

### NOTICE OF ERRATA

I, George K. Pragovich, hereby give NOTICE OF ERRATA regarding the Return(s) of Service filed to the Court by Dennis Reidmiller, of Houston, Texas, entered March 24, 2008.

As directed by letter from the Clerk of the District Court, I hereby enter the original USPS receipts obtained from serving individual Dennis Reidmiller.

Dated: April 17, 2008

_George K. Pragovich_  
George K. Pragovich

George K. Pragovich v. United States.   page 1 of 1 pages   NOTICE OF ERRATA

Received
Mail Room

[APR] 1 8 2008

Nancy Mayer Whittington, Clerk
US District Court, District of Columbia

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Michael Mukasey
    United States Attorney General
    Civil Process Clerk
    950 Pennsylvania Avenue
    Washington D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Garnet L Parker_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
   MAR 1 0 2008

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   0004 4418 4128

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    [Jeffrey] Taylor
    United States Attorney, District of Columbia
    Civil Process Clerk
    [4th] Street NW
    [Washington D.]C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Garnet L Parker_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
   MAR 2 4 2008

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Domestic Return Receipt    102595-02-M-1540