IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE K. PRAGOVICH, et al, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>Defendant. )<br>) | No. 1:07-cv-02079 (JR) |

**NOTICE OF APPEARANCE**

Please enter my appearance as attorney for the United States in the above-captioned proceeding. Pursuant to LcvR 83.2(j), I certify that I am familiar with this Court's local rules.

DATE: May 23, 2008.

                                                 Respectfully submitted,

                                                 /s/ Yonatan Gelblum
                                                 YONATAN GELBLUM
                                                 Trial Attorney, Tax Division
                                                 U.S. Department of Justice
                                                 Post Office Box 227
                                                 Washington, DC  20044
                                                 Phone/Fax:  (202) 305-3136/514-6866
                                                 Email: Yonatan.Gelblum@usdoj.gov
                                                 Bar No. CA 254297

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

3300505.1

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA
IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE K. PRAGOVICH, et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:07-cv-02079 (JR) |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was caused to be served upon plaintiffs *pro se* on the 23rd day of May, 2008, by depositing a copy in the United States mail, postage prepaid, addressed as follows:

> George K. Pragovich
> Claudia V. Pragovich
> 135 Westfield Ct. #1505
> Clarksville, TN 37040

/s/ Yonatan Gelblum
YONATAN GELBLUM

3300505.1