UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE K. PRAGOVICH, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 07-2079 (JR) |
| UNITED STATES OF AMERICA, | : |
| Defendant. | : |

### ORDER

Pending before the Court is defendant's motion to dismiss [9]. Because plaintiffs are proceeding pro se, the Court hereby advises plaintiffs of their obligations under the Federal Rules of Civil Procedure and the local rules of this Court.

In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must advise a pro se party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. at 509. Accordingly, it is,

**ORDERED** that plaintiffs shall respond to defendant's motion to dismiss [9] on or before June 23, 2008. If plaintiffs fail to file a timely response, the Court may treat defendant's motion as conceded and dismiss the complaint.

JAMES ROBERTSON
United States District Judge