# United States District Court

FOR THE DISTRICT OF COLUMBIA

George K. Pragovich, *et ux*,

    Plaintiffs,

Case No. 1:07-cv-02079 (JR)

v.

UNITED STATES OF AMERICA

    Defendant.

## MOTION FOR ENLARGEMENT OF TIME

On May 28, 2008, the Honorable James Robertson entered an Order pursuant to Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), "that plaintiffs shall respond to defendant's motion to dismiss [9] on or before June 23, 2008". Plaintiffs received that Order approximately 6 days later.

Due to the rather stunning assertions that the Honorable Robertson should ignore recent rulings of other members of this Court, and of the Supreme Court, clarifying issues of dismissal for lack of subject matter jurisdiction, and/or failure to state a claim, based upon *John R. Sand & Gravel Co. V. United States*, 552 U. S. \_\_\_\_ (2008), a ruling in respect of the special statute of limitations governing actions in the United States Court of Federal Claims; which, on January 9, 2007,

> "...determined that it lacked jurisdiction because...(4) the court lacks jurisdiction to decide claims under the Internal Revenue Code, 26 U.S.C. §7433, or the Racketeering Influenced and Corrupt Organizations Act of

RECEIVED

JUN 2 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1970 ("RICO"), *Tempelman v. United States*, No. 06-414T (Fed. Cl. Jan. 9, 2007), Plaintiffs, as pro se litigants, must seek an enlargement of time to respond.

Plaintiffs pro se therefore respectfully request the Court grant an enlargement of sixty (60) days to afford Plaintiffs adequate time to analyze the effect, if any, that *John R. Sand & Gravel Co. V. United States* has on the instant action.

Dated: June 19, 2008

_____
George K. Pragovich

_____
Claudia V. Pragovich

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the forgoing on defendant's attorney, Yonatun Gelblum, at his address of record.

Dated  June 19 , 2008

*George M. Pragovich*
George K. Pragovich

