v. ) No. 1:07-cv-02079 (JR)

3372575.1