IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE K. PRAGOVICH, et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:07-cv-02079 (JR) |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF UNITED STATES' POSITION ON PLAINTIFFS' REQUEST FOR
ENLARGEMENT OF TIME**

The United States does not oppose plaintiffs' request for additional time to file an opposition to its motion to dismiss, but respectfully suggests that an enlargement of time of 30 days to the Court's original grant of 30 days to respond provides sufficient time for plaintiffs to file an opposition.

DATE: June 20, 2008.

                                                  Respectfully submitted,

                                                  /s/ Yonatan Gelblum
                                                  YONATAN GELBLUM
                                                  Trial Attorney, Tax Division
                                                  U.S. Department of Justice
                                                  Post Office Box 227
                                                  Washington, DC  20044
                                                  Phone/Fax:  (202) 305-3136/514-6866
                                                  Email: Yonatan.Gelblum@usdoj.gov
                                                  Bar No. CA 254297

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

3372575.1

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA
IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| GEForge K. PRAGOVICH, et al, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>Defendant. )<br>) | No. 1:07-cv-02079 (JR) |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF UNITED STATES' POSITION ON PLAINTIFFS' REQUEST FOR ENLARGEMENT OF TIME was caused to be served upon plaintiffs *pro se* on the 20th day of June, 2008, by depositing a copy in the United States mail, postage prepaid, addressed as follows:

George K. Pragovich
Claudia V. Pragovich
135 Westfield Ct. #1505
Clarksville, TN 37040

/s/ Yonatan Gelblum
YONATAN GELBLUM

3372575.1