**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

GEORGE K. PRAGOVICH, *et al.*,       :
                                    :
    Plaintiffs,                  :
                                    :
  v.                               : Civil Action No. 07-2079 (JR)
                                    :
UNITED STATES OF AMERICA,            :
                                    :
    Defendant.                   :

## ORDER

Plaintiffs' request for a sixty-day extension of their time to respond to the government's motion to dismiss is **denied**. The case they purportedly need to analyze, for its effect, if any, on the instant case, self-evidently has nothing to do with the law or the facts of this case. Plaintiffs may have a two-week extension of time, until July 7, 2008, to file any response to the government's motion. No further extensions will be granted. It is **so ordered**.

                                        JAMES ROBERTSON
                          United States District Judge