# United States District Court

## IN THE DISTRICT OF COLUMBIA

George K. Pragovich, et ux,

Plaintiffs,                    Case No: 1:07-cv-02079 (JR)

v.

UNITED STATES (Government),

Defendant.

## RESPONSE TO MOTION TO DISMISS
## AND
## REQUEST FOR LEAVE TO AMEND COMPLAINT

## I
## INTRODUCTION

Defendant asserts:

> "The complaint does not allege that the plaintiffs have exhausted the administrative remedies established under 26 C.F.R. § 301.7433-1",

and

> "In each count, the plaintiffs make no relevant factual allegations, and merely restate the statutory language and assert that the Internal Revenue Service failed to implement the statutes and regulations".

(Motion to Dismiss, p.2 ), and moves to dismiss the instant action on grounds of:

1)    lack of jurisdiction with respect to "non-collection" counts, and

2)    failure to state a claim for failure to allege exhaustion of remedies with

respect to "collection" counts;

and,

3)    lack of jurisdiction of "collection" counts, asserting that a recent Supreme

# RECEIVED

JUL 7 – 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Court decision (upholding a *sua sponte* consideration of the Court of Appeals for the Federal Circuit, See 457 F. 3d 1345, in respect of the <u>timeliness</u> of a lawsuit filed in the Court of Federal Claims[1]) requires this Court to reconsider repeated decisions regarding subject matter jurisdiction, relying upon "Pre-1998 cases" to dismiss for lack of jurisdiction.

## II
## RESPONSE TO MOTION TO DISMISS

### QUESTION PRESENTED

Does the body of decisions in the District establish that the "non-collection" counts are actionable under <u>Bivens v. Six Unknown Agents of the Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971)?

### DISCUSSION

Members of the Court in this District are already in agreement that:

> ""[C]ourts have narrowly interpreted § 7433," such that this statutory provision "does not provide a cause of action for wrongful tax assessment or other actions that are not specifically related to the collection of income tax." Buaiz v. United States, 471 F. Supp. 2d 129, 135 (D.D.C. 2007). Every circuit court of appeals that has addressed this issue has construed § 7433 in this manner, see id. (collecting cases),8 and "[d]istrict courts in other circuits–including this circuit–have also reached the conclusion that § 7433 is strictly limited to actions based on the collection of taxes," id.; see also Bryant v. United States, ___ F. Supp. 2d ___, 2007 WL 4465509, *3 (D.D.C. Dec. 21, 2007) (agreeing with the Court's analysis in Buaiz regarding the scope of § 7433); Spahr v. United States, 501 F. Supp. 2d 92, 95-96 (D.D.C. 2007) (same) Evans-Hoke v. Paulson, 503 F. Supp. 2d 83, 86 (D.D.C. 2007) (same)." *Shane v United States*, 1:07-cv-00577-RBW (January, 2008), p. 15.

---

[1]An issue waived by the United States, but called to the Appeals Court's attention by an amicus brief

In respect of the Courts' considered decisions[2] that "non-collection" allegations are without the Court's jurisdiction under the "complex statutory scheme regulating the relationship between taxpayers and the IRS" *Buaiz*, p. 9, citing Rossotti, 317 F.3d at 411, Plaintiff pro se asserts that the "non-collection" allegations present denials of Due Process of Tax Law, secured to Plaintiff (and all within the jurisdiction of the United States) by the Fifth Amendment to the United States Constitution, and that Congress has created no remedy for such denials of Due Process.

Plaintiff seeks leave to follow *Buaiz*' suggestion by amending his complaint to bring the "non-collection" counts as <u>Bivens</u>[3] claims (See: Request for Leave to Amend, below) over which jurisdiction cannot reasonably be questioned.

## QUESTION PRESENTED

Does defendant, by and with the active assistance of counsel, once again misrepresent the status of the Court's subject matter jurisdiction?

## SUPPLEMENTAL QUESTION PRESENTED

Does defendant, with the active assistance of counsel, misrepresent the effect, if any, of <u>John R. Sand & Gravel Co. v. United States</u>, 552 U. S. ____ (2008), on the instant action?

## DISCUSSION

As discussed in defendant's Motion, the Court's *subject matter* jurisdiction was

---

[2]Jaeger v. United States Government, 524 F. Supp. 2d 60 (D.D.C. 2007); Buaiz v. United States, 471 F. Supp. 2d 129, 136 (D.D.C. 2007); Bryant v. United States, ___ F. Supp. 2d ___, 2007 WL 4465509, *3 (D.D.C. Dec. 21, 2007); Spahr v. United States, 501 F. Supp. 2d 92, 95-96 (D.D.C. 2007); Evans-Hoke v. Paulson, 503 F. Supp. 2d 83, 86 (D.D.C. 2007), etc.

[3]*Bivens v. Six Unknown Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971)

confirmed by this Court, in *Turner v. United States*, 429 F.Supp.2d 149 (D.D.C. 2006), on the basis of Arbaugh v. Y & H Corp., 126 S.Ct. 1235 (2006). In Arbaugh, decided February 22, 2006, the Supreme Court examined "essential element of a claim" in respect of factual matters. Arbaugh, at 1240. Citing Reeves v. Sanderson Plumbing Products, Inc., 530 U. S. 133, the Arbaugh Court reiterated:

> If satisfaction of an essential element of a claim is at issue, however, the jury is the proper trier of contested facts.

In *Turner,* followed by *Lindsey v. United States*, 448 F.Supp.2d 37 (D.D.C. 2006), and other cases (*Ross v United States*, 448 F.Supp. 2nd, 139 (D.D.C. 2006); *Davis v United States*, ___ F.Supp. 2nd ___ (D.D.C. 2006))*, this Court has repeatedly determined that Arbaugh "confirm[ed] the correctness of the rule articulated in Avocados Plus, distinguish[ing] prerequisites that are genuinely jurisdictional from those which are not jurisdictional barriers but constitute merely an "ingredient of . . . [the] claim for relief" *Ross*, p 18, and that "exhaustion of administrative remedies" is a factual issue[4].

In John R. Sand & Gravel Co. v. United States, 552 U. S. ___ (2008), the Supreme Court upheld a *sua sponte* consideration of the Court of Appeals for the Federal Circuit, See 457 F. 3d 1345, in respect of the timeliness of a lawsuit filed in the Court of Federal Claims (under the Act creating the CFC)[5]. The Honorable Breyer, J., for the 7 Member majority, wrote:

---

[4] How this factual issue should be dealt with is discussed below, in SINGLE BASIS FOR BOTH "GROUNDS".

[5] See: Footnote 1.

We hold that the special statute of limitations governing the Court of Federal Claims requires that *sua sponte* consideration.

That was the entire extent of the <u>John R. Sand & Gravel</u> holding.  In *dicta*, the Honorable Breyer, J., makes mention of <u>Arbaugh v. Y & H Corp</u>., 546 U. S. 500, 514 (2006), but solely in respect of

> the <u>time limits</u> of these statutes...whether certain equitable considerations warrant extending a limitations period. See, e.g., ibid.; see also *Arbaugh v. Y & H Corp*., 546 U. S. 500, 514 (2006). (emphasis added)

Timeliness is not raised in the instant Motion to Dismiss, and <u>John R. Sand</u> has no affect upon "...that readily administrable bright line..." regarding "an element of a plaintiff's claim for relief, not a jurisdictional issue."  The equitable consideration at issue in <u>Arbaugh</u> was the Civil Rights Act of 1964, Title VII's "fifteen or more employees," definition of "employer", and whether that statutory definition deprived the District Court of subject matter jurisdiction of the case, or was merely "a particular fact".  The difference between <u>Arbaugh</u> and <u>John R. Sand & Gravel</u> is as clear as "...that readily administrable bright line..." observed by the Honorable Ginsburg, J., in the former case. The District Court in Arbaugh's case dismissed *after trial on the merits* for lack of jurisdiction on a post-judgment 12(h)(3) motion of Y&H asserting for the first time that it had fewer than 15 employees on its payroll and therefore was not amenable to suit under Title VII.  The Fifth Circuit upheld that post-judgment dismissal, and the <u>Arbaugh</u> Court reversed on the basis that:

> [I]f subject-matter jurisdiction turns on contested facts, the trial judge may be authorized to review the evidence and resolve the dispute on her own. If satisfaction of an essential element of a claim is at issue, however, the jury is the proper trier of contested facts. *Reeves v. Sanderson Plumbing Products, Inc.*, 530 U. S. 133.

John R. Sand & Gravel, on the other hand, has no factual element at issue. The sole issue considered *sua sponte* by the Court of Appeals for the Federal Circuit was whether the Appellant, John R. Sand & Gravel, brought the CFC action too late (after expiration of "the special statute of limitations"), and review by the Supreme Court was limited to whether the Court of Appeals could consider that "untimeliness" when the United States had failed to raise it in Reply. The Supreme Court upheld the Court of Appeals on that singular issue: "the *special statute of limitations* governing the Court of Federal Claims required the Court of Appeals' *sua sponte* consideration" (emphasis added) that, by failing to raise the six-year time limitation on Appeal, the United States did not and could not waive the jurisdictional *time limitation*.

Remarkably, defendant infers that John R. Sand & Gravel Co. v. United States, "overruled" *Arbaugh*, citing *Kay v. Sec'y of HHS*, another Court of Federal Claims case, 80 Fed.Cl. 601, without explaining how a CFC case, citing a holding in respect of the *timeliness* of a lawsuit filed in the CFC, has any bearing whatsoever upon the instant action in the District Court, which has exclusive jurisdiction over such cases. This inference is made even more remarkable in light of the CFC's own acknowledgment, in dismissing *Tempelman v. United States*, No. 06-414T (Fed. Cl. Jan. 9, 2007) (Wolski, J.), that Congress has

> "...given the district courts exclusive jurisdiction over these specific matters, see 26 U.S.C. § 7433(a); 18 U.S.C. § 1964(a)..."

TURNING BACK TIME

Defendant's citations to pre-Arbaugh decisions of other circuits (in which

*Avocados Plus* is persuasive rather than precendential), regardless of their number, are, and should be, unavailing. In the midst of citing recent "consistent decisions", defendant asks this Court to ignore recent Supreme Court precedent, and the Court of Appeals for the District of Columbia (Scott v. United States of America, DCCA # 07-5310), to decide its motion based upon what the interpretation of the law was, rather than what it is.

Most remarkably (to date), defendant actually suggests that the Court now place its reliance upon "61 decisions issued by 36 different courts" noting, at n.4 "A citation to these opinions is attached as Exhibit A", and overrule itself (and the Supreme Court, and the D.C. Circuit) to change its mind and re-decide the jurisdictional question based upon "Pre-1998 Cases". SEE: Exhibit A to Motion to Dismiss.

It appears that defendant's reasoning is that the District Court (or any State Courts, for that matter) can and should ignore inconvenient Supreme Court precedent to reach the result that defendant seeks, no matter what. By this reasoning, defendant, and the State of Louisiana (and other States) can rely upon pre-June, 2008 Supreme Court precedent, to impose a death penalty upon a retarded man for a non-fatal rape of a child, See: Kennedy v. Louisiana, 554 U. S.____ (June 25, 2008); defendant, and the State of Arizona (and other States) can rely upon pre-1966 Supreme Court precedent, to coerce confessions (Miranda v. Arizona, 384 U.S. 436 (1966)); defendant, and the State of Florida can rely upon pre-1963 Supreme Court precedent, to try the coerced confessor without counsel (Gideon v. Wainwright, 372 U.S. 335 (1963)); the State of Ohio (and other States) could rely upon pre-1961 Supreme Court precedent to use

evidence obtained through warrantless searches, to convict that coerced confessor without counsel (Mapp v. Ohio, 367 U.S. 643 (1961))[6]. Indeed, by defendant's reasoning, governments can rely upon an older interpretation of the law to uphold the legal ownership of one human by another (Scott. v. Sandford, 60 U.S. 393 (1856))[7].

Even if the Court were to decide to revisit its own considered decisions (and the D.C. Circuit, and Arbaugh, based somehow upon John R. Sand), the issue of subject-matter jurisdiction would still be undecided. As noted above, and in Arbaugh, itself, that case came to the Supreme Court on the Fifth Circuit's affirmance of a District Court dismissal *after* Arbaugh prevailed in a jury trial on the merits. Thus, even if this Court held itself as responsible for determining whether Plaintiff had "exhausted administrative remedies available", that determination of the "essential element" would still be triable by a jury, "the proper trier of contested facts. Reeves v. Sanderson Plumbing Products, Inc., 530 U. S. 133". Arbaugh.  Only then, finding failure to exhaust *after* trial on the merits, would the Court be justified in dismissing for lack of subject matter jurisdiction; the same situation the Supreme Court faced in Arbaugh. "Failure to exhaust of administrative remedies" is an affirmative defense, not a basis for a pre-trial dismissal.

---

[6]In this instance, defendant would have to rely upon pre-1914 law (*Weeks v. United States*, 232 U.S. 383 (1914))

[7]While defendant will no doubt vehemently oppose this analysis as outrageous, the recent 5-4 decision in *Boumediene V. Bush*, 553 U. S. ____ (June 12, 2008) (Roberts, C.J., Scalia, Thomas, and Alito, JJ., dissenting) clearly establishes that rights long-secured, such as *habeas corpus*, can be attacked whenever "powers that be" decide, and are guaranteed only by "eternal vigilance".

SINGLE BASIS FOR BOTH "GROUNDS"

The sole pillar upon which both legs of the Motion to Dismiss Amended

Complaint rest - both "lack of jurisdiction" and "failure to state a claim" - is that Plaintiff

"...failed to *demonstrate* that he filed an administrative claim...".  The government's

attorney knows, or should know, more than a year after the fact, and after *Scott,* that

the law places no such burden on Plaintiff.

The United States Supreme Court decision in <u>Jones v Bock</u>, 549 U. S. _____

(2007), established that:

> "The fact that the [statute at issue]...is silent on the issue whether exhaustion
> must be pleaded or is an affirmative defense, is strong evidence that the usual
> practice should be followed, and the practice under the Federal Rules is to
> regard exhaustion as an affirmative defense..."

The Honorable Roberts, C.J., also reiterated:

> "Failure to exhaust is better viewed as an affirmative defense. Federal Rule of
> Civil Procedure 8(a) requires simply a 'short and plain statement of the claim' in a
> complaint..."

and that,

> "Courts should generally not depart from the Federal Rules' usual practice based
> on perceived policy concerns. See, e.g., Leatherman v. Tarrant County Narcotics
> Intelligence and Coordination Unit, 507 U. S. 163,"[8]
> *****
> "Given that the [statute at issue] does not itself require plaintiffs to plead
> exhaustion, such a result 'must be obtained by amending the Federal Rules, and
> not by judicial interpretation.' Leatherman, supra, at 168. Pp. 10-16."

The sole basis of "failure to demonstrate" supports neither "lack of jurisdiction"

---

[8] Leatherman v. Tarrant County Narcotics Intelligence and Coordination Unit, 507
U. S. 163 Held: A federal court may not apply a "heightened pleading standard" -- more
stringent than the usual pleading requirements of Federal Rule of Civil Procedure 8(a)

nor "failure to state a claim" as grounds for dismissal.

Plaintiff asserts that the Amended Complaint, which includes a Statement of Facts, met the "notice pleading" requirements set forth in Fed.R.Civ.P. 8(a), as interpreted in Conley v. Gibson, 355 U.S. 41[9], reiterated in Jones v. Bock (Nos. 05-7058 and 05-7142) __ U.S. _____ (January, 2007), and modified, after 50 years, in Bell Atlantic v Twombly, 550 U. S. ____ (2007). To the extent that defendant believes the Statement of Facts to be insufficient, Plaintiff asserts that he, as a *pro se* litigant, Haines v. Kerner, 404 U.S. 519, should be allowed an opportunity to cure that insufficiency (in the event that the Court agrees); an opportunity similar to the "opportunity for discovery of facts" afforded in Ignatiev v. United States, 238 F.3d 464, 467 (D.C. Cir. 2001)[10] referenced in *Shane v United States*, 1:07-cv-00577-RBW (January, 2008).

---

[9] "(b) Failure of the complaint to set forth specific facts to support its general allegations of discrimination was not a sufficient [355 U.S. 42] ground for dismissal of the suit, since the Federal Rules of Civil Procedure do not require a claimant to set out in detail the facts upon which he bases his claim." Pp. 47-48.

[10] Quoted in *Shane*:    "Broadly speaking, there are two types of Rule 12(b)(1) motions. "A facial challenge attacks 'the factual allegations of the complaint' that are contained on 'the face of the complaint,' while a factual challenge is addressed to the underlying facts contained in the complaint." Al-Owhali, 279 F. Supp. 2d at 20 (quoting Loughlin v. United States, 230 F. Supp. 2d 26, 35-36 (D.D.C. 2002) (citations omitted))...For this latter type of challenge, plaintiffs must "be given an opportunity for discovery of facts necessary to establish jurisdiction." Ignatiev v. United States, 238 F.3d 464, 467 (D.C. Cir. 2001) (citations omitted)."

Lastly upon the subject, defendant could not seriously assert prejudice by the jury's trial of the factual element, since the jury could, upon examination of all relevant facts, find that *available remedies* were not, in fact, exhausted; a Fed.R.Civ.P 12(h)(3) motion re lack of jurisdiction worked for Y & H Corp., in <u>Arbaugh</u> (until the Supreme Court's decision), and Fed.R.Civ.P 12(h)(2) allows a Motion to Dismiss for "failure to state a claim" any time prior to judgment, to wit:

> "A defense of failure to state a claim upon which relief can be granted...may be made in any pleading permitted or ordered under Rule 7(a)[11], or by motion for judgment on the pleadings, <u>or at the trial on the merits</u>." Fed.R.Civ.P 12(h)(2) (emphasis added)

## DEFENDANT FAILED TO MAKE SUBSTANTIVE "ADMINISTRATIVE REMEDIES AVAILABLE

### QUESTION PRESENTED

Does defendant, with the active assistance of counsel, misrepresent the nature and applicability of the regulation cited as a substantive rule--or a "legislative-type rule," i.e., one "affecting individual rights and obligations"?

### DISCUSSION

Defendant relies heavily upon 26 U.S.C. § 7433(d)(1) as prohibiting an award of judgment (and thus divesting the Court of jurisdiction) "unless the court determines ...

---

[11]"Pleadings permitted" are limited to "complaint and an answer; a reply to a counterclaim denominated as such; an answer to a cross-claim, if the answer contains a cross-claim; a third-party complaint, if a person who was not an original party is summoned under the provisions of Rule 14; and a third-party answer, if a third-party complaint is served. <u>No other pleading shall be allowed</u>, except that the court may order a reply to an answer or a third-party answer." (Emphasis added)

exhaustion of administrative remedies available". Id.  The flaw in defendant's argument

is that Office of the Federal Register documents and publications[12] (Appendix 1),

including the PARALLEL TABLE OF AUTHORITIES AND RULES which, by its own

express terms "lists rulemaking authority (except 5 U.S.C. 301) for regulations codified

in the Code of Federal Regulations"[13], establish that neither the Secretary of the

Treasury nor any authorized delegate promulgated <u>any</u> *substantive regulation*, i.e., a

regulation containing the "certain substantive characteristics" and "certain procedural

requisites" required, <u>Chrysler v. Brown</u>, 441 U.S. 281, at 301; procedural requisites

"affecting individual rights *and obligations*" <u>Morton v. Ruiz</u>, 415 U.S. 199, at 232

(emphasis added), found in "a substantive rule--or a 'legislative-type rule,'" <u>Chrysler</u>,

441 U.S., at 302; 415 U.S., at 236, which made "administrative remedies available"

(<u>IRC § 7433(d)</u>) under any incarnation of Internal Revenue Code section 7433.  As the

Honorable Rehnquist, J., stated in <u>Chrysler v. Brown</u>, 441 U.S. at 301, 302,

> "In order for a regulation to have the "force and effect of law," it must have
> certain substantive characteristics and be the product of certain
> procedural requisites. The central distinction among agency regulations ...
> is that between "substantive rules" on the one hand and "interpretative

---

[12]Laws that affect publication in the Federal Register include:
Federal Register Act (44 U.S.C. Chapter 15)
Administrative Procedure Act (5 U.S.C. Subchapter II)
Federal Advisory Committee Act (5 U.S.C. Appendix 2)
Negotiated Rulemaking Act (5 U.S.C. 561 et seq.)
Small Business Regulatory Enforcement Fairness Act (5 U.S.C. 801 et seq.)
Regulatory Flexibility Act (5 U.S.C. 601 et seq.)
Paperwork Reduction Act (44 U.S.C. 3501 et seq.)

[13]Page 45 of the Parallel Table completely omits 26 § 7433 as a source of
authority for  any regulation.

rules, general statements of policy, or rules of agency organization, procedure, or practice" on the other. *** But in Morton v. Ruiz, 415 U.S. 199, 94 S.Ct. 1055, 39 L.Ed.2d 270 (1974), we **1718 noted a characteristic inherent in the concept of a "substantive rule." We described a substantive rule--or a "legislative-type rule," id., at 236, 94 S.Ct., at 1074-as one "affecting individual rights and obligations." Id., at 232, 94 S.Ct., at 1073. This characteristic is an important touchstone for distinguishing those rules that maybe "binding" or have the "force of law." Id., at 235, 236,94 S.Ct., at 1074."[14]

The "certain procedural requisites" to which the <u>Chrysler</u> Court referred include,

in the instance before the Court, the procedural requirements of TREASURY

DIRECTIVE: 28-01, and TREASURY DIRECTIVE 25-03, discussed below.

The <u>Chrysler</u> Court continued, at 303:

> "Likewise, the promulgation of these regulations must conform with any procedural requirements imposed by Congress. Morton v. Ruiz, supra, at 232. For *agency discretion is limited not only by substantive, statutory grants of authority, but also by the procedural requirements which "assure fairness and mature consideration of rules of general application*." NLRB v. Wyman-Gordon Co., 394 U.S. 759, 764 (1969)." (Emphasis added)

## REGULATION OWN BEST EVIDENCE AS INTERPRETATIVE

The sole statute identified as a source of authority in each rendition of "26 C.F.R.

§ 301.7433-1" is "26 U.S.C. 7805". A long list of cases and authorities both preceding

and succeeding the promulgation of "26 CFR 301.7433-1" establishes that regulations

promulgated under authority of IRC § 7805, absent other specific authority, are

---

[14]Within <u>Chrysler's</u> analysis, footnote 31 included the commentary:
"In contrast [the Attorney General's Manual] suggests that "interpretive rules" and "general statements of policy" do not have the force and effect of law. Interpretive rules are issued by an agency to advise the public of the agency's construction of the statutes and rules which it administers." Ibid. General statements of policy are "statements issued by an agency to advise the public prospectively of the manner in which the agency proposes to exercise a discretionary power."

interpretative. See: <u>Rowan Companies, Inc. v. United States</u>, 452 U.S. 247, 253, 101

S.Ct. 2288, 2292 (1981): "[T]he Commissioner interpreted Congress' definition only

under his general authority to 'prescribe all needful rules.' 26 U.S.C. §7805(a). Because

we therefore can measure the Commissioner's interpretation against a specific

provision in the Code, we owe the interpretation less deference than a regulation issued

under a specific grant of authority..."; <u>Estate of Applebaum v. CIR</u>, 724 F.2d 375, 381

n. 5 (3rd Cir. 1983): (7805 regs are interpretive); <u>CWT Farms, Inc. v. Commissioner</u>,

755 F. 2d 790, 800 (11th Cir. 1985): (7805 regulations are interpretive); <u>Dresser</u>

<u>Industries, Inc. v. C.I.R.</u>, 911 F.2d 1128. 1138 (5th Cir. 1990) (7805 regulations are

interpretive); <u>Armstrong World Industries, Inc. v. Commissioner</u>, 974 F.2d 422, 430 (3rd

Cir. 1992): (legislative regulations are derived from express statutory command other

than general power to adopt regulations)[15]; <u>*Nalle v. C.I.R.,*</u> 997 F.2d 1134, 1138 (5th

Cir. 1993) (7805 regulations are interpretive);

       <u>Lomont v. O'Neill</u>, 285 F.3d 9, 16 (D.C. Cir. 2002) examines the issue in greater

detail:

> "One of the provisions - § 7805 - gives the Secretary authority "to prescribe all
> needful rules and regulations for the enforcement of this title." 26 U.S.C. §
> 7805(a). This is nothing more than a general grant of interpretative rulemaking
> power, and therefore cannot support the certification regulations. See Stanley S.
> Surrey, The Scope and Effect of Treasury Regulations under Income, Estate and
> Gift Taxes, 88 U. Pa. L. Rev. 556, 557-58 (1940) (concluding that regulations
> issued under Treasury's general rulemaking grant are merely interpretative and

---

[15] "Moreover, legislative regulations not promulgated under the general authority
to 'prescribe all needful rules and regulations,' 26 U.S.C. §7805(a), but instead
emanating from a specific grant of Congressional authority 'to define a statutory term or
prescribe a method of executing a statutory provision,' [cite omitted] are owed an even
greater deference.

"do not possess the vital current of legislative power"); Ellsworth C. Alvord, Treasury Regulations and the Wilshire Oil Case, 40 Colum. L. Rev. 252, 257 (1940) (stating that specific rulemaking grants given to the Commissioner of Internal Revenue authorize legislative rulemaking but that the general rulemaking grant authorizes only interpretative rules to assist in the execution of the statute); Michael Asimow, Public Participation in the Adoption of Temporary Tax Regulations, 44 Tax Law. 343, 357 (1991) ("[T]ax authorities almost uniformly assume that regulations adopted pursuant to the Treasury's general rulemaking power in section 7805(a) of the Code are interpretive and that rules adopted pursuant to specific grants of rulemaking authority are legislative.").

REGULATION OWN BEST EVIDENCE OF FAILURE TO COMPLY WITH TREASURY DIRECTIVES AND APA

TREASURY DIRECTIVE: 28-01 (Appendix 2, Part 1), by express terms, "establishes procedures that govern the issuance of regulations" Ibid., ¶ 1, and mandates that "issuance of regulations, the review of existing regulations, and the publication of regulatory agendas and programs are governed by the Administrative Procedure Act," among other Acts, Ibid., ¶ 2. TREASURY DIRECTIVE: 28-01 establishes "Special Procedures for the Internal Revenue Service", at Part I, ¶ 4(b).

TREASURY DIRECTIVE 25-03 (Appendix 2, Part 2) "states the responsibilities and procedures for submitting Department of the Treasury documents to the Office of the Federal Register in accordance with Title 1 of the Code of Federal Regulations (CFR) Chapter 1." Ibid. ¶ 1, and establishes conclusively that regulations submitted to the Office of the Federal Register for publication must comply with Title 1 of the Code of Federal Regulations. TREASURY DIRECTIVE 25-03 also reaffirms that every document submitted must comply with TREASURY DIRECTIVE 28-01. TREASURY DIRECTIVE 25-03, ¶ 4(a)(2).    "[T.D. 8392, 57 FR 3536, Jan. 30, 1992; 57 FR 5931,

Feb. 18, 1992, as amended by T.D. 9050, 68 FR 14320, Mar. 25, 2003]"[16] failed to comply with the procedural requirements of TREASURY DIRECTIVE 28-01 and TREASURY DIRECTIVE 25-03, to wit:

Each of the Treasury Decisions identified lacks the "complete citation of the authority under which the section is issued" required by Title 1 C.F.R. § 21.40 (Appendix 1, Part 1), "including-(a) General or specific authority delegated by statute; and (b) Executive delegations, if any, necessary to link the statutory authority to the issuing agency". The information required by Title 1 C.F.R. § 21.40 is among the Agency Responsibilities published in Title 1 C.F.R. § 21.41 Appendix 1, Part 2).

The published "26 CFR 301.7433-1" contains neither a citation to 102 Stat. 3747 (TBOR I), nor to 110 Stat. 1465 (TBOR II), nor to 112 Stat. 730 (TBOR III), *aka* IRC § 7433, in its three (3) incarnations, as the source of authority, as required by the Office of the Federal Register in its administration of the Federal Register Act, at Title 1 C.F.R. § 21.43(a) Appendix 1, Part 3), and Title 1 C.F.R. § 21.52 (Appendix 1, Part 4); nor does it contain a citation to any substantive authority, as exemplified in Title 1 C.F.R. § 21.45 (Appendix 1, Part 5), and Title 1 C.F.R. § 21.53 (Appendix 1, Part 6).

"26 CFR 301.7433-1", in every instance, failed to comply with the procedural requirements established in TREASURY DIRECTIVE 25-03[17].

---

[16]This series of Treasury Decisions purporting to "promulgate" and "amend" 26 CFR 301.7433 is quoted directly from, Treasury Decision 9050, 68 FR 14320 including the brackets.

[17]Failure to comply with Treasury Directive 28-01 is discussed in greater detail below.

"26 C.F.R. § 301.7433-1" IS ITS OWN BEST EVIDENCE OF FAILURE TO COMPLY

WITH APA

In discussing the distinction between "substantive" and "interpretative

(interpretive)" regulations, the <u>Chrysler</u> Court pointed out, at 441 U.S. 315, that the

regulation at issue therein established, *inter alia*:

> " 'As the changes made by this document relate solely to interpretive
> rules, general statements of policy, and to rules of agency procedure and
> practice, neither notice of proposed rule making nor public participation
> therein is required by 5 U.S.C. 553. Since the changes made by this
> document either relieve restrictions or are interpretative rules, no delay in
> effective date is required by 5 [441 U.S. 315] U.S.C. 553(d). These rules
> shall therefore be effective immediately.' "

<u>Chrysler</u> found, "Thus, the regulations were essentially treated as interpretative

rules, and interested parties were not afforded the notice of proposed rulemaking

required for substantive rules under 5 U.S.C. § 553(b)."

_____TREASURY DIRECTIVE 28-01 establishes that Treasury Decisions 8392 (57 FR

3536, Jan. 30, 1992; 57 FR 5931, Feb. 18, 1992), and 9050 (68 FR 14320, Mar. 25,

2003" *aka* "26 CFR 301.7433-1" had to meet the procedural requirements of the

Administrative Procedure Act, as well as those of Title 1, Code of Federal Regulations.

TREASURY DIRECTIVE 28-01 applies, by express terms, to:

> (1) any advance notice of proposed rulemaking, notice of proposed rulemaking
> (proposed regulation), temporary (interim) regulation, final regulation or Treasury
> Decision published in the Federal Register;
> (2) any other publicly-issued document of general applicability and future effect
> <u>designed to implement, interpret, or prescribe law or policy</u>, or describing the
> procedure or practice requirements of an office or bureau;
> (3) any document that withdraws or substantively amends a previously issued
> regulation;
> (4) <u>any document published in the Notice section of the Federal Register that</u>:
>    <u>(a) requires or authorizes any action on the part of any person to</u>

<u>participate in a program, avoid a penalty, or obtain a benefit;</u>
<u>(b) contains a reporting or recordkeeping requirement;</u>

Defendant forcefully asserts that "26 CFR 301.7433-1" was "<u>designed to</u>

<u>implement, interpret, or prescribe law or policy,</u>" and "<u>requires...any action on the part of</u>

<u>any person...to participate in a program, avoid a penalty, or obtain a benefit</u>" as

described in TREASURY DIRECTIVE 28-01. Defendant's forceful assertion establishes

that the Treasury Directive is applicable to the regulation cited.

The regulation (sic) is its own best evidence 1) of its inherent nature as an

interpretative regulation; and 2) of failure to comply with the Administrative Procedure

Act, as mandated by TREASURY DIRECTIVE 28-01.  The published "26 CFR

301.7433-1" contains the statement, in part, that:

> "It also has been determined that section 553(b) of the Administrative
> Procedure Act (5 U.S.C. chapter 5) does not apply to these
> regulations..."[18]

_____TREASURY DIRECTIVE 28-01, unarguably applicable, allows exemption from 5

---

[18]     Section 4 of the Administrative Procedure Act, at 5 U.S.C. § 553(b),
provides for ONLY two exceptions to the requirement that "General notice of proposed
rule making shall be published in the Federal Register":
"*****

"Except when notice or hearing is required by statute, this subsection
does

not apply --
"     (A) to *interpretative rules, general statements of policy,* or *rules of
agency organization, procedure, or practice*; or
"     (B) when the agency for good cause finds (and incorporates the
finding and a brief statement of reasons therefor in the rules issued)
that notice and public procedure thereon are impracticable,
unnecessary, or contrary to the public interest."

U.S.C. § 553 only in cases of emergency or statutory or judicial deadlines, and requires

that any regulation asserting such "shall contain a specific statement explaining, and a

citation to the provisions of 5 U.S.C. 553 that authorize, such action." TREASURY

DIRECTIVE 28-01, Part VI, ¶¶ 1, 2. "26 CFR 301.7433-1" failed to comply with these

procedural requirements of TREASURY DIRECTIVE 28-01.

_____In the similar situation, the Supreme Court followed the precedent it had set 2

years previously:

> "As we observed in Batterton v. Francis, 432 U.S. 416, 425 n. 9, 97 S.Ct.
> 2399, 2405 n. 9, 53 L.Ed.2d 448 (1977):
>> "[A] court is not required to give effect to an interpretative
>> regulation. Varying degrees of deference are accorded to
>> administrative interpretations, based on such factors as the timing
>> and consistency of the agency's position, and the nature of its
>> expertise." [19]
> "We need not decide whether these regulations are properly
> characterized as "interpretative rules." It is enough that such regulations
> are not properly promulgated as substantive rules, and therefore not the
> product of procedures which Congress prescribed as necessary
> prerequisites to giving a regulation the binding effect of law."

Chrysler, at 441 U.S. 315.

In the clear absence 1) of an incorporated "finding and a brief statement of

reasons therefor" as specified in 5 USC § 553(b)(3)(B); and in the clear absence 2) of

"a specific statement explaining, and a citation to the provisions of 5 U.S.C. 553 that

authorize, such action" as required by TREASURY DIRECTIVE 28-01, Part VI, ¶¶ 1, 2;

the Treasury Decisions' assertion that "section 553(b) of the Administrative Procedure

Act...does not apply...",  those Treasury Decisions purporting to promulgate "26 CFR

---

[19]The Court is respectfully reminded that defendant's agency failed to even attempt to promulgate
a regulation for four years after the right to bring an action was granted by Congress.

301.7433-1" are their own best evidence that it is, and was ever intended to be, merely "an interpretative regulation" <u>Rowan Companies, Inc.</u>, 452 U.S. 247, 253, <u>Chrysler</u>, 441 U.S. 281 at 315; <u>Batterton v. Francis</u>, 432 U.S. 416, 425 n. 9, not "affecting individual rights and obligations" <u>Morton v. Ruiz</u>, 415 U.S. at 232, that "[A] court is not required to give effect to" <u>Batterton v. Francis</u>, *supra*.

Based upon the standards adjudicated in <u>Rowan Companies, Inc. v. United States</u>, *supra* <u>Chrysler v. Brown</u>, *supra*, <u>Morton v. Ruiz</u>, *supra*, and established by the Office of the Federal Register publishing the Code of Federal Regulations[20] in its administration of the Federal Register Act, as those standards have been recognized by the Treasury Department in TREASURY DIRECTIVE 28-01 and TREASURY DIRECTIVE 25-03, "26 CFR 301.7433-1" is nothing more than an "interpretative regulation" not "affecting individual rights and obligations".

### SUPPLEMENTAL QUESTION
### DID DEFENDANT'S AGENCY WILLFULLY ACT TO THWART CONGRESS' INTENT AND THE JUDICIAL POWER OF THE COURTS?

It is abundantly clear that defendant's agency was aware that regulations promulgated solely under the authority of "general rulemaking power" of IRC § 7805 were merely "interpretive". The cases on the issue spanned from 11 years before the first regulation was finalized (<u>Rowan</u>) to 10 years after (<u>Lomont</u>); and the authorities spanned more than 5 decades, to 1 year before "T.D. 8392" became final in February, 1992 (57 FR 5931); "T.D. 9050"'s amendment (re: TBOR 3) became final in March,

---

[20]("...[T]he codification of the general and permanent rules published in the Federal Register by the executive departments and agencies of the Federal Government". SEE 1 CFR 2.5(b); 1 CFR 8.1).

2003 (68 FR 14320).   It is equally clear that defendant's agency was aware of

TREASURY DIRECTIVE 28-01, issued by its parent 2.5 years before "T.D. 8392"

(1992) became final.  Yet defendant, through its agency, chose to promulgate an

interpretive (interpretative) regulation.

Since the promulgation of "T.D. 8392" (1992), defendant, its agents, and its

attorneys have apparently misrepresented this interpretative regulation asa

"legislative-type rule," i.e., "having force and effect of law", and "affecting individual

rights and obligations", even after <u>Lomont</u>, in the D.C. Court of Appeals (2002)[21],

reaffirmed, for cases within the D.C. Circuit, the interpretive status of regulations

promulgated solely under the authority of "general rulemaking power".  As recently

acknowledged by the United States Tax Court in <u>Hartman, et al., v. Commissioner</u>, T.C.

Memo 2008-124, at p. 82:

> " 'Wisdom too often never comes, and so one ought not to reject it merely
> because it comes late." Henslee v. Union Planters Natl. Bank & Trust Co.,
> 335 U.S. 595, 600 (1949) (Frankfurter, J., dissenting)",

defendant should held to account for its misrepresentations.

Based upon the foregoing, and upon the Official documents and Publications of

the Office of the Federal Register,  the Court should follow the Supreme Court's

---

[21] While the Court will be understandably reluctant to believe that defendant, its
agents, and its attorneys have, in essence, perpetrated a fraud upon the Court in this
regard for nearly 2 decades, Plaintiff includes, as Appendix 3, the entire 137 page T.C.
Memo. 2008-124,  Hartman, et al., v. Commissioner, in which the Honorable Renato
Beghe found that:

"The misconduct that was a fraud on the Court began long before the trial of the
test cases that resulted in Dixon II. The Kersting project test case proceedings
began June 10, 1985", Hartman, p. 127.

prudent example, and find that "26 CFR 301.7433-1", promulgated, by its own express

terms, under the general authority of § 7805, is nothing more than <u>interpretative</u>, <u>Rowan</u>

<u>Companies, Inc. v. United States</u>, 452 U.S. 247, 253,(1981), <u>Estate of Applebaum v.</u>

<u>CIR</u>, 724 F.2d 375, 381 n. 5 (3rd Cir. 1983), <u>CWT Farms, Inc. v. Commissioner</u>, 755 F.

2d 790, 800 (11th Cir. 1985), <u>Dresser Industries, Inc. v. C.I.R.</u>, 911 F.2d 1128. 1138

(5th Cir. 1990), <u>Armstrong World Industries, Inc. v. Commissioner</u>, 974 F.2d 422, 430

(3rd Cir. 1992), <u>Nalle v. C.I.R.</u>, 997 F.2d 1134, 1138 (5th Cir. 1993), <u>Lomont v. O'Neill</u>,

285 F.3d 9, 16 (D.C. Cir. 2002), <u>Chrysler v. Brown</u>, 441 U.S. 281 (1979), i.e., a

regulation not "affecting individual rights and obligations" <u>Morton v. Ruiz</u>, 415 U.S. at

232; that the "court is not required to give effect to" <u>Batterton v. Francis</u>, 432 U.S. 416,

425 n. 9; and that "26 CFR 301.7433-1" lacks substantive authority.

So finding, the Court should deny the Motion to Dismiss.

### III

## REQUEST FOR LEAVE TO AMEND COMPLAINT TO INCLUDE A STATEMENT OF FACTS AND TO ADVANCE ADDITIONAL JURISDICTIONAL BASIS

Although Fed. R. Civ. P. 15(a) establishes a Party's right to amend pleadings

before a responsive pleading is served[22], Plaintiff in the above-captioned case

nonetheless requests the Court grant leave to amend, which "shall be freely given when

---

[22]Rule 15. Amended and Supplemental Pleadings
(a) AMENDMENTS. A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served or, if the pleading is one to which no responsive pleading is permitted and the action has not been placed upon the trial calendar, the party may so amend it at any time within 20 days after it is served. A party shall plead in response to an amended pleading within the time remaining for response to the original pleading or within 10 days after service of the amended pleading, whichever period may be the longer, unless the court otherwise orders.

justice so requires". Rule 15(a), Federal Rules of Civil Procedure.

Plaintiff can and will provide the STATEMENT OF FACTS to support his Complaint, and its Amendment, but Plaintiff, a *pro se*, will need time to prepare same, particularly as to the Bivens claims, and respectfully requests a period of thirty (30) days from the date of the order granting the Motion to Amend incorporated herein to complete the arduous task of detailing the factual support for each count.

WHEREFORE, Plaintiff request(s) the Court deny the motion to dismiss, and grant leave, and time, for Plaintiff *pro se* to prepare and file an Amended Complaint.

Dated: _7 - 4_____, 2008

_George M. Pragovich_
George K. Pragovich

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the forgoing on defendant's attorney at his address of record

Dated _____ 2 – 4 _____, 2008


*George M. Pragovich*
George K. Pragovich

# United States District Court
## IN THE DISTRICT OF COLUMBIA

George K. Pragovich, et ux,

                  Plaintiffs,

      v.

UNITED STATES (Government),

                Defendant.

Case No: 1:07-cv-02079 (JR)

**APPENDIX 1**

Pragovich, *et ux*, v. United States.          page 1 of 2 pages          Response to Motion to Dismiss and
Request for Leave to Amend
APPENDIX 1

Pragovich, *et ux*, v. United States.          page 2 of 2 pages          Response to Motion to Dismiss and
Request for Leave to Amend
APPENDIX 1

Home Page > Executive Branch > Code of Federal Regulations > Electronic Code of Federal Regulations



# e-CFR Data is current as of February 7, 2008

## Title 1: General Provisions
PART 21—PREPARATION OF DOCUMENTS SUBJECT TO CODIFICATION
Subpart B—Citations of Authority

Browse Next

### § 21.40   General requirements: Authority citations.

Each section in a document subject to codification must include, or be covered by, a complete citation of the authority under which the section is issued, including—

(a) General or specific authority delegated by statute; and

(b) Executive delegations, if any, necessary to link the statutory authority to the issuing agency.

[50 FR 12468, Mar. 28, 1985]

Browse Next

---

For questions or comments regarding e-CFR editorial content, features, or design, email ecfr@nara.gov.

For questions concerning e-CFR programming and delivery issues, email webteam@gpo.gov.

Section 508 / Accessibility

Home Page > Executive Branch > Code of Federal Regulations > Electronic Code of Federal Regulations



Electronic Code of Federal Regulations
*e-CFR* ™

# e-CFR Data is current as of February 7, 2008

## Title 1: General Provisions
PART 21—PREPARATION OF DOCUMENTS SUBJECT TO CODIFICATION
Subpart B—Citations of Authority

Browse Previous | Browse Next

### § 21.41   Agency responsibility.

(a) Each issuing agency is responsible for the accuracy and integrity of the citations of authority in the documents it issues.

(b) Each issuing agency shall formally amend the citations of authority in its codified material to reflect any changes therein.

Browse Previous | Browse Next

For questions or comments regarding e-CFR editorial content, features, or design, email ecfr@nara.gov.

For questions concerning e-CFR programming and delivery issues, email webteam@gpo.gov.

Section 508 / Accessibility

Home Page > Executive Branch > Code of Federal Regulations > Electronic Code of Federal Regulations



# e-CFR Data is current as of February 7, 2008

**Title 1: General Provisions**
PART 21—PREPARATION OF DOCUMENTS SUBJECT TO CODIFICATION
Subpart B—Citations of Authority
Placement

Browse Previous | Browse Next

### § 21.43   Placing and amending authority citations.

(a) The requirements for placing authority citations vary with the type of amendment the agency is making in a document. The agency shall set out the full text of the authority citation for each part affected by the document.

(1) If a document sets out an entire CFR part, the agency shall place the complete authority citation directly after the table of contents and before the regulatory text.

(2) If a document amends only certain sections within a CFR part, the agency shall present the complete authority citation to this part as the first item in the list of amendments.

(i) If the authority for issuing an amendment is the same as the authority listed for the whole CFR part, the agency shall simply restate the authority.

(ii) If the authority for issuing an amendment changes the authority citation for the whole CFR part, the agency shall revise the authority citation in its entirety. The agency may specify the particular authority under which certain sections are amended in the revised authority citation.

(b) The agency shall present a centralized authority citation. The authority citation shall appear at the end of the table of contents for a part or after each subpart heading within the text of a part. Citations of authority for particular sections may be specified within the centralized authority citation.

[50 FR 12469, Mar. 28, 1985, as amended at 54 FR 9682, Mar. 7, 1989]

Browse Previous | Browse Next

For questions or comments regarding e-CFR editorial content, features, or design, email ecfr@nara.gov.

For questions concerning e-CFR programming and delivery issues, email webteam@gpo.gov.

Section 508 / Accessibility





# Electronic Code of Federal Regulations (e-CFR)

## e-CFR Data is current as of May 18, 2007

### DATABASE FEATURES
- Browse
- Simple Search
- Advanced Search
  * Boolean
  * Proximity
- Search History
- Search Tips
- Corrections
- Latest Updates
- User Info
- FAQs
- Agency List
- e-CFR Main Page

### RELATED RESOURCES
- Code of Federal Regulations
- Federal Register
- List of CFR Sections Affected
- Regulations.gov
- Unified Agenda
- All NARA Publications

### ABOUT GOVERNMENT
 Ben's Guide to U.S. Government



## Title 1: General Provisions
PART 21—PREPARATION OF DOCUMENTS SUBJECT TO CODIFICATION
Subpart B—Citations of Authority
Placement

Browse Previous

### § 21.45   Nonstatutory authority.

Citation to a nonstatutory document as authority shall be placed after the statutory citations. For example:

**Authority:**  Sec. 9, Pub. L. 89–670, 80 Stat. 944 (49 U.S.C. 1657). E.O. 11222, 30 FR 6469, 3 CFR, 1965 Comp., p. 10.

[37 FR 23611, Nov. 4, 1972, as amended at 54 FR 9682, Mar. 7, 1989]

Browse Previous

---

For questions or comments regarding e-CFR editorial content, features, or design, email ecfr@nara.gov.

For questions concerning e-CFR programming and delivery issues, email webteam@gpo.gov.

Section 508 / Accessibility

Last updated: February 19, 2007



Electronic Code of Federal Regulations
*e-CFR*
TM

# e-CFR Data is current as of February 7, 2008

## Title 1: General Provisions
PART 21—PREPARATION OF DOCUMENTS SUBJECT TO CODIFICATION
Subpart B—Citations of Authority
Form

Browse Previous | Browse Next

### § 21.52   Statutory material.

(a) *United States Code.* All citations to statutory authority shall include a United States Code citation, where available. Citations to titles of the United States Code, whether or not enacted into positive law, may be cited without Public Law or U.S. Statutes at Large citation. For example:

**Authority:**   10 U.S.C. 501.   (b) *Public Laws and U.S. Statutes at Large.* Citations to Public Laws and U.S. Statutes at Large are optional when the United States Code is cited. Citations to current public laws and to the U.S. Statutes at Large shall refer to the section of the public law and the volume and page of the U.S. Statutes at Large to which they have been assigned. The page number shall refer to the page on which the section cited begins. For example:

**Authority:**   Sec. 5, Pub. L. 89–670, 80 Stat. 935 (49 U.S.C. 1654); sec. 313, Pub. L. 85–726, 72 Stat. 752 (49 U.S.C. 1354).

[54 FR 9682, Mar. 7, 1989]

Browse Previous | Browse Next

For questions or comments regarding e-CFR editorial content, features, or design, email ecfr@nara.gov.

For questions concerning e-CFR programming and delivery issues, email webteam@gpo.gov.

Section 508 / Accessibility

Case 1:07-cv-02079-JR    Document 15-2    Filed 07/07/2008    Page 8 of 53

Home Page > Executive Branch > Code of Federal Regulations > Electronic Code of Federal Regulations



## e-CFR Data is current as of February 7, 2008

### Title 1: General Provisions
PART 21—PREPARATION OF DOCUMENTS SUBJECT TO CODIFICATION
Subpart B—Citations of Authority
Form

Browse Previous

### § 21.53  Nonstatutory materials.

Nonstatutory documents shall be cited by document designation and by Federal Register volume and page, followed, if possible, by the parallel citation to the Code of Federal Regulations. For example:

**Authority:**  Special Civil Air Reg. SR–422A, 28 FR 6703, 14 CFR part 4b. E.O. 11130, 28 FR 12789; 3 CFR 1959–1963 Comp.

[37 FR 23611, Nov. 4, 1972, as amended at 54 FR 9683, Mar. 7, 1989]

Browse Previous

For questions or comments regarding e-CFR editorial content, features, or design, email ecfr@nara.gov.

For questions concerning e-CFR programming and delivery issues, email webteam@gpo.gov.

Section 508 / Accessibility

# PARALLEL TABLE OF AUTHORITIES AND RULES

The following table lists rulemaking authority (except 5 U.S.C. 301) for regulations codified in the *Code of Federal Regulations.* Also included are statutory citations which are noted as being interpreted or applied by those regulations.

The table is divided into four segments: United States Code citations, United States Statutes at Large citations, public law citations, and Presidential document citations. Within each segment the citations are arranged in numerical order:

For the United States Code, by title and section;

For the United States Statutes at Large, by volume and page number;

For public laws, by number; and

For Presidential documents (Proclamations, Executive orders, and Reorganization plans), by document number.

Entries in the table are taken directly from the rulemaking authority citation provided by Federal agencies in their regulations. Federal agencies are responsible for keeping these citations current and accurate. Because Federal agencies sometimes present these citations in an inconsistent manner, the table cannot be considered all-inclusive.

The portion of the table listing the United States Code citations is the most comprehensive, as these citations are entered into the table whenever they are given in the authority citations provided by the agencies. United States Statutes at Large and public law citations are carried in the table only when there are no corresponding United States Code citations given.

This table is revised as of January 1, 2006.

1

## CFR Index

**1 U.S.C.**                                                    CFR

112 ....................................................1 Part 2
112a—112b ....................................22 Part 181
113 ....................................................1 Part 2
133 ..................................................32 Part 151

**2 U.S.C.**

136 ................................36 Parts 701—703, 705
170 ..............................................36 Part 705
179 ..............................................36 Part 704
215 ................................................38 Parts 49
431—432 .........................11 Parts 104, 110, 114
431 ..........................11 Parts 100, 109, 400
432—433 ...........................................11 Part 102
432 ............................11 Parts 101—103, 105, 113
433—434 .............................11 Parts 102, 116
434 .......11 Parts 100, 101, 104, 105, 108, 109, 114,
300, 400, 9006
437 ....................................11 Parts 107, 9008
437d ......11 Parts 110, 111, 113, 114, 115, 200, 201
437f—437g ........................................11 Part 5
437f .................................11 Parts 112, 201
437g ..............................................11 Part 111
438 .........11 Parts 5, 100—109, 110, 111—116, 200,
201, 300, 400, 9008
439 ..............................................11 Part 108
439a...............................11 Parts 104, 113
441a—441b ...........................11 Parts 110, 116
441a ......11 Parts 104, 106, 109, 110, 113, 300, 400
441a—1 .........................................11 Part 109
441b ..............................................11 Part 114
441d—441h ...........................11 Parts 109, 110
441d...............................11 Parts 102, 109
441l .....................................11 Parts 300, 9008
34 Part 73
451 ...............................................11 Part 16
453 ...............................11 Part 108, 300
901 .......................................31 Parts 317, 321
1220 ...........................................29 Part 1603
1351 ...............................29 Parts 457—459

**3 U.S.C.**

202 ...............................................22 Part 2a
31 Parts 13, 409, 413
208 ...............................................22 Part 2a
31 Part 13
301......31 Parts 536-542, 550, 560, 575, 585, 586—
588, 590—592, 594, 595
32 Part 719
35 Part 3
431 ............................5 Parts 2420—2423, 2470

**5 U.S.C.**

4a ...............................................17 Part 145
10 .................................................17 Part 10
22 ...........................................32 Parts 238, 718
73 .................................................34 Part 75
93a.................................................12 Part 10
102 .......................................32 Parts 626, 627
104 ...............................32 Parts 1805—1807
35 Parts 1805—1807
133 .............................................32 Part 257
203 ..........................28 Parts 435, 437, 438
205a et seq ...................................15 Part 19
301 et seq ...................................13 Part 145
302—305 ....................................18 Part 388
302 ................................................38 Part 2
303 ...........................................10 Part 1010
310 .................................................6 Part 21

**5 U.S.C.—Continued**                                        CFR

403...............................................32 Part 1905
481 .................................................12 Part 10
500 et seq ........................................18 Part 1
500 ................................................28 Part 79
29 Parts 103, 580
31 Parts 8, 10
37 Part 10
501 ..................................................28 Part 9
41 Part 114—52
503 .............................................29 Part 580
504 .............................5 Parts 2430, 2610
7 Part 1
10 Part 12
12 Parts 19, 263, 308, 509, 509b, 625,
1735
13 Part 134
14 Parts 14, 1262
15 Part 18
16 Part 1025
17 Part 148
19 Part 212
22 Part 134
24 Part 14
28 Part 24
29 Parts 16, 102, 2204, 2704
31 Part 6
34 Part 21
39 Part 960
45 Part 13
46 Part 502
49 Parts 826, 1016
522 .................................................17 Part 3
522b ...............................................17 Part 3
551 et seq............................14 Parts 201, 211
16 Part 1025
18 Parts 281, 286
43 Parts 2650, 10000
551—559 .........................................29 Part 511
31 Parts 8, 10
551—558 ...........................21 Parts 10, 12, 13
551—557 .......18 Parts 6, 8, 36, 154, 375, 382, 385,
388, 390
46 Part 501
551—553 .......................................44 Part 18
551—552a ...................................28 Part 540
32 Part 518
551 .................................................17 Part 10
29 Part 580
44 Part 1
46 Part 502
552 .............................................32 Part 282
552—553 ...................................40 Part 1601
41 Parts 105—55, 105—57
552—552a ...................................19 Part 103
28 Part 802
43 Part 2
48 Part 2424
552 ...........................................1 Parts 51, 456
5 Parts 293, 294, 300, 511, 532, 536,
612, 736, 1204, 1244, 1260, 1303, 1631,
1703, 1820, 2411, 2502, 2604
7 Parts 1, 295, 370, 412, 510, 661, 798,
900, 1520, 1700, 2018, 2610, 2620, 2700,
2710, 2811, 3011, 3404, 3600, 3601, 3700,
3701, 3800, 3801
8 Parts 103, 236, 241, 343c, 1241

## Authorities

| 5 U.S.C.—Continued | CFR |
|---|---|
| 9 | Parts 165, 110, 204, 390 |
| 10 | Parts 1, 2, 9, 110, 202, 861, 1004, 1303, 1534 |
| 11 | Part 4 |
| 12 | Parts 4, 261, 262, 264b, 266, 271, 272, 281, 304, 309, 404, 505, 555, 602, 792, 905, 910, 1101, 1402, 1700, 1710, 2900 |
| 13 | Parts 101, 102 |
| 14 | Parts 152, 154, 221, 384, 1201, 1206 |
| 15 | Parts 4, 60, 807, 903, 911, 950, 2004 |
| 16 | Parts 0, 1, 435, 444, 453, 456, 901, 1000, 1015, 1016 |
| 17 | Parts 4, 15, 18, 21, 32, 145, 147, 155, 200 |
| 18 | Parts 388, 401, 701, 1301 |
| 19 | Parts 103, 201 |
| 20 | Parts 401, 402 |
| 21 | Parts 5, 20, 21, 26, 143, 814, 1401 |
| 22 | Parts 5, 303, 503, 510, 706, 713, 1002, 1102, 1201, 1411, 1501, 1502 |
| 24 | Parts 15, 2002 |
| 25 | Part 517 |
| 26 | Part 601 |
| 27 | Parts 21, 24, 27, 70, 71, 178, 197, 251, 252 |
| 28 | Parts 16, 30, 513, 701, 1100 |
| 29 | Parts 70, 101, 102, 1208, 1209, 1401—1404, 1610, 2201, 2702, 4901 |
| 30 | Part 252 |
| 31 | Parts 1, 6, 8, 356, 270, 323 |
| 32 | Parts 9, 70, 75, 169, 169a, 223, 245, 285—287, 290, 291, 291a, 292, 295, 296, 298, 298a, 299, 338, 516, 518, 519, 701, 735, 806, 1285, 1662, 1800, 1900, 2101 |
| 33 | Parts 1, 146 |
| 34 | Parts 5, 8 |
| 35 | Parts 9, 296, 1800 |
| 36 | Parts 200, 404, 902, 1107, 1120, 1250, 1256, 1260, 1600 |
| 37 | Parts 102, 203, 204 |
| 38 | Part 19 |
| 39 | Parts 20, 111, 262, 265, 501, 946, 3002, 3004 |
| 40 | Part 1600 |
| 41 | Parts 51—8, 60—40, 105—53, 105—54, 105—60 |
| 43 | Parts 2, 22, 1820, 3500 |
| 44 | Parts 1, 2, 5, 351 |
| 45 | Parts 5, 32, 502, 612, 704, 1100, 1602, 1700, 1701 |
| 46 | Parts 1, 14, 502—504, 514, 540 |
| 48 | Parts 435, 2824 |
| 49 | Parts 7, 512, 601, 700, 701, 801, 802, 1001, 1002, 1056, 1110, 1244 |
| 50 | Part 520 |
| 552a ...................................1 | Parts 425, 455 |
| 5 | Parts 297, 613, 736, 831, 841, 1001, 1205, 1241, 1261, 1302, 1630, 1703, 1830, 2100, 2412, 2504 |
| 7 | Parts 1, 661 |
| 8 | Parts 103, 236, 241 |
| 10 | Parts 9, 1008, 1705 |
| 11 | Part 1 |
| 12 | Parts 261a, 310, 404, 411, 503, 603, 792, 913, 1403, 1503, 1720 |

| 5 U.S.C.—Continued | CFR |
|---|---|
| 13 | Part 102 |
| 14 | Parts 1206, 1212 |
| 15 | Parts 4, 2005 |
| 16 | Parts 1014, 1016, 1030 |
| 17 | Parts 146, 147, 200 |
| 18 | Parts 701, 1301 |
| 19 | Part 103 |
| 20 | Parts 401, 402, 903 |
| 21 | Parts 21, 291 |
| 22 | Parts 215, 308, 505, 707, 713, 1003, 1101, 1202, 1507 |
| 24 | Parts 16, 2003 |
| 25 | Part 515 |
| 27 | Part 179 |
| 28 | Parts 16, 30, 513, 700, 1100 |
| 29 | Parts 71, 102, 1410, 1611, 1913, 2400, 2607, 2705, 4902 |
| 31 | Part 1 |
| 32 | Parts 293, 321—324, 326, 327, 505, 701, 806b, 1665, 1801, 1901, 2102 |
| 34 | Part 5b |
| 35 | Parts 10, 1202, 1801 |
| 36 | Parts 903, 1008, 1121, 1202, 1600 |
| 37 | Part 102 |
| 38 | Parts 2, 19 |
| 39 | Parts 262, 266, 268, 3003, 3004 |
| 40 | Parts 13, 16, 1516, 1602 |
| 41 | Parts 51—9, 105—64 |
| 43 | Part 2 |
| 44 | Part 6 |
| 45 | Parts 5b, 30, 503, 613, 704, 705, 1115, 1159, 1705, 1800, 2106, 2508 |
| 46 | Part 503 |
| 49 | Parts 10, 802, 1507 |
| 50 | Part 501 |
| 552a note.....................................12 | Part 404 |
| 552b ...........................5 | Parts 1206, 1632, 2413 |
| 7 | Part 1409 |
| 10 | Parts 9, 1704 |
| 11 | Part 2 |
| 12 | Parts 261b, 311, 407, 791, 792, 912 |
| 16 | Parts 1011, 1013 |
| 17 | Parts 4, 15, 32, 147, 155 |
| 18 | Part 1301 |
| 19 | Part 201 |
| 22 | Parts 507, 708, 1413, 1500 |
| 25 | Part 504 |
| 28 | Part 16 |
| 29 | Parts 1612, 2203 |
| 32 | Part 242a |
| 33 | Part 209 |
| 34 | Part 11 |
| 39 | Parts 1—3, 5—8 |
| 40 | Part 1517 |
| 45 | Parts 614, 704, 1180, 1703, 1802, 2505 |
| 46 | Part 503 |
| 49 | Part 804 |
| 50 | Part 560 |
| 553 .......................................10 | Parts 1, 2, 110 |
| 11 | Part 200 |
| 12 | Part 1102 |
| 14 | Part 384 |
| 15 | Parts 4, 60, 807, 903, 950 |
| 16 | Parts 1033, 1051, 1052, 1101, 1117, 1201, 1615, 1616 |

# CFR Index

5 U.S.C.—Continued

| | CFR |
|---|---|
| 18 Parts 154, 273, 274, 294, 341, 375, | 376, 388 |
| 20 Part 640 | |
| 21 Parts 15, 330—332, 336, 340, 341, | 344, 349, 357, 606, 607, 640 |
| 22 Part 215 | |
| 28 Part 16 | |
| 29 Parts 71, 89, 103, 1903, 1904, 1910, | 1911, 1912, 1912a, 1917, 1918, 1928, 1960, 2400 |
| 33 Part 1 | |
| 36 Parts 5, 25, 1600 | |
| 37 Part 102 | |
| 40 Parts 2, 1602 | |
| 41 Part 60-2 | |
| 43 Parts 14, 414, 426—428 | |
| 44 Parts 1, 1008 | |
| 46 Parts 206, 251, 502—504, 508, 510, | 514, 515, 535, 540, 545, 550, 552, 555, 560, 571, 572, 580, 583 |
| 47 Parts 13, 21, 69, 78, 90, 94, 95 | |
| 49 Parts 244, 356, 365, 375, 1002, 1003, | 1007, 1011, 1014, 1033—1035, 1039, 1080, 1104—1106, 1115, 1145, 1150, 1155, 1164, 1168, 1170, 1177, 1180, 1182, 1183, 1185, 1186, 1201, 1206, 1220, 1241, 1244, 1245, 1246, 1248, 1253, 1262, 1312, 1331 |
| 554—557 ............................12 Parts 19, 308, 509 | |
| | 21 Part 17 |
| 554 .............................................10 Parts 2, 110 | |
| | 28 Part 68 |
| 555 ...................................................14 Part 305 | |
| | 16 Part 1051 |
| 556 ...................................................14 Part 305 | |
| | 17 Part 10 |
| | 41 Parts 50—203—50—205 |
| | 46 Part 502 |
| | 49 Part 825 |
| 557 ......................................................10 Part 2 | |
| | 17 Part 10 |
| | 34 Part 21 |
| | 49 Part 825 |
| 558 ...................................................14 Part 377 | |
| | 18 Part 341 |
| 559..................................................9 Part 165 | |
| | 12 Part 555 |
| | 14 Part 377 |
| | 29 Part 580 |
| | 44 Part 1008 |
| | 46 Part 502 |
| | 49 Parts 244, 365, 369, 1005, 1007, 1056, 1104—1106, 1112—1117, 1119, 1150, 1156, 1157, 1165, 1166, 1177, 1180, 1182—1185, 1188 |
| 561—569 ..........................................46 Part 502 | |
| 561 ...................................................50 Part 600 | |
| 565 ...................................................25 Part 170 | |
| 570—581 .........................................14 Part 17 | |
| 571 et seq ......................................49 Part 1109 | |
| 571—596 ..........................................46 Part 502 | |
| 571—583 .........................................10 Part 1023 | |
| | 18 Part 343 |
| 571—576 ...........................1 Parts 301, 302 | |
| | 5 Part 1703 |
| 571 note ........................................29 Part 18 | |

5 U.S.C.—Continued

| | CFR |
|---|---|
| 574 ......................................................7 Part 780 | |
| 581 ...................................................29 Part 1425 | |
| 601 et seq ...................................44 Parts 1, 18 | |
| 601 ......................................17 Parts 250, 260 | |
| | 18 Part 2 |
| | 43 Part 14 |
| 601 note ..................................16 Parts 1, 1020 | |
| 638 .....................................................7 Part 3403 | |
| 685 ......................................................50 Part 27 | |
| 690d ....................................................50 Part 27 | |
| 701 et seq ........................................5 Part 251 | |
| 701—721 ................................21 Parts 12, 13 | |
| 701—706 ................................21 Parts 10, 12 | |
| | 46 Part 501 |
| 702—704..........................21 Parts 606, 607, 640 | |
| 702 .....................................................22 Part 713 | |
| 735 ...................................................25 Part 500 | |
| 752.......................................................50 Part 27 | |
| 833a ...................................................46 Part 515 | |
| 1001—1011 ....................................29 Part 520 | |
| 1008 ..................................................14 Part 201 | |
| 1101 et seq ..................5 Parts 1202, 1203, 1206 | |
| 1101 note.............................5 Parts 250, 950 | |
| 1103—1104 .............................5 Parts 293, 734 | |
| 1103 .............................5 Parts 110, 179, 300 | |
| | 45 Part 8010 |
| 1104 .......5 Parts 230, 250, 251, 300, 302, 315, 319, | 337, 511, 534, 575, 842, 844, 846, 930 |
| 1201 et seq ....................................5 Part 1200 | |
| 1204...................5 Parts 1200—1205, 1208, 1209 | |
| 1205 ...............................5 Parts 1201, 1203 | |
| | 29 Part 1613 |
| 1206 .................................5 Parts 1250—1255 | |
| 1212............5 Parts 1800, 1810, 1820, 1830, 1840 | |
| 1219.................................................5 Part 1820 | |
| 1221 ..................................................5 Part 1209 | |
| 1301 ..................................................29 Part 1613 | |
| 1302......5 Parts 151, 210—212, 230, 250, 293, 300, | 302, 315, 330, 332, 337, 351, 359, 715, 731, 771, 990 |
| | 7 Part 772 |
| 1305 ...................................................5 Part 930 | |
| 1421 ..................................................12 Part 904 | |
| 1422b ...............................................12 Part 904 | |
| 1436 .....................................................19 Part 4 | |
| 1441 .....................................................19 Part 4 | |
| 1442 .....................................................19 Part 4 | |
| 1446—1449 .......................................19 Part 4 | |
| 1450—1454 .......................................19 Part 4 | |
| 1501—1508 .......................................5 Part 151 | |
| 1584 .....................................................19 Part 4 | |
| 1586 .....................................................19 Part 4 | |
| 1715 ..................................................46 Part 515 | |
| 1818 ..................................................12 Part 10 | |
| 1896 ...................................................29 Part 70a | |
| 2103 ....................................................5 Part 213 | |
| 2301—2302 ........................5 Parts 300, 720 | |
| 2302 ..................................5 Parts 337, 1209 | |
| 2303 ..................................................28 Part 27 | |
| 2903 ..................................................46 Part 501 | |
| 2951 ....................................................5 Part 293 | |
| | 32 Parts 634, 636 |
| 3101 note ..........................................5 Part 352 | |
| 3104 ....................................................5 Part 319 | |
| 3105 ....................................................5 Part 930 | |
| 3109 ....................................................5 Part 304 | |

# Authorities

5 U.S.C.—Continued  CFR

3110 ..........................................5 Part 310
3111 ..........................................5 Part 308
3131 et seq ...................................5 Part 352
3132 ..........................................5 Part 214
3133 ..........................................5 Part 359
3136 ..........................................5 Part 359
3151 ..........................................28 Part 27
3161 ..........................................5 Parts 213, 534
3301—3302........5 Parts 1—8, 210, 212, 213, 230,
250, 300, 302, 307, 315, 316, 330, 332,
335, 337, 338, 339, 352, 432, 715, 731,
732, 771, 772
29 Part 1613
3301 .............................5 Parts 293, 731, 930
3304 ..................5 Parts 315, 335, 337, 338
3307 ..........................................5 Part 213
3310 ..........................................5 Part 330
3315 .......................5 Parts 330, 351, 990
3319 ..........................................5 Part 337
3320 ..........................................5 Part 930
3321 ..........................................5 Part 315
3323 ..........................................5 Part 930
3324—3325 ...................................5 Part 319
3327 ..............................5 Parts 330, 333
3330 ..............................5 Parts 333, 335
3330a .........................................5 Part 1208
3330b .........................................5 Part 1208
3344 ..........................................5 Part 930
3345 ..........................................5 Part 1502
3376 ..........................................5 Part 334
3391—3396 ..................................5 Part 213
3392—3393a ................................5 Part 317
3395 ..........................................5 Part 317
3397 ..............................5 Parts 317, 412
3401 et seq ...................................5 Part 340
3401—3408 .................................45 Part 1176
3401 ..........................................32 Part 892
3401 note ....................................22 Part 506
3402 ..........................................22 Part 506
3502—3503 .................................5 Part 351
3502 ..........................................5 Part 432
3507 ..........................................5 Part 795
3521—3524 .................................5 Part 576
3535 ..........................................5 Part 576
3571 ..........................................32 Part 156
3584 ..........................................5 Part 352
3592—3593 .................................5 Part 317
3595 ..........................................5 Part 317
3596 ..............................5 Parts 317, 359
3707 ..........................................5 Part 370
3720A .........................................29 Part 20
4101 et seq.............................5 Parts 410, 412
4107 ..........................................5 Part 410
4111 ..........................................34 Part 73
41 Part 101—7, 304—7—304—9
4118 ..........................................5 Part 930
4301 et seq ...................................5 Part 430
4302 ..........................................5 Part 541
4303 ..........................................5 Part 432
4305 ..........................................5 Part 432
4315 ..........................................5 Part 283
4501 et seq ...................................5 Part 430
4706 ..........................................5 Part 470
5101—5108 .................................32 Part 518
5108 ..........................................5 Part 319
5110—5113 .................................32 Part 518

5 U.S.C.—Continued  CFR

5112 ..........................................5 Part 339
5115 ..............................5 Parts 511, 531
32 Part 518
5301 et seq ...................................5 Part 430
5303 ..........................................5 Part 531
5304 ..............................5 Parts 531, 534
5304 note ....................................5 Part 550
5305 ..............................5 Parts 530, 531
5305 note ....................................5 Part 550
5307 ..................5 Parts 430, 530, 575, 531, 534
5332—5334 .................................32 Part 518
5333 ..........................................5 Part 531
5334 ..........................................5 Part 531
5335 ..............................5 Parts 531, 930
5336 ..........................................5 Part 531
5338 ..............................5 Parts 511, 530, 531
5341—5342 .................................32 Part 518
5343 ..........................................5 Part 532
5346 ..........................................5 Part 532
5351 ..............................5 Parts 511, 534
5352—5353 .................................5 Part 534
5361—5366 .................................5 Part 536
5364 ..........................................5 Part 337
5372 ..........................................5 Part 930
5376 ..............................5 Parts 319, 534
5379 ..........................................5 Part 537
5382—5385 .................................5 Part 534
5504—5509 .................................32 Part 518
5504 ..........................................5 Part 550
5511—5512 .................................32 Part 527
5512 ..........................................40 Part 13
5514 ..................5 Parts 179, 1201, 1210
7 Part 3
10 Part 15, 16
12 Parts 313, 608, 1408, 1730
13 Part 140
15 Part 22
17 Parts 141, 204
19 Part 201
20 Part 361
22 Parts 34, 309, 512, 1007
24 Part 17
25 Part 513
29 Parts 20, 1450, 1600, 1650
31 Parts 5, 285
32 Part 1697
34 Parts 31, 32
35 Part 256
36 Part 1201
39 Part 961
40 Part 13
41 Part 105—56
45 Parts 30, 607, 708, 1150, 1179, 2506
49 Parts 92, 1002, 1017
5516—5517 .................................31 Part 215
5520 ..........................................31 Part 215
5520a .........................................5 Part 582
32 Parts 112, 113
39 Part 491
5525 ..........................................31 Part 210
5541 ..............................5 Parts 534, 550
5542 ..........................................9 Part 130
5542c .........................................5 Part 551
5545a .........................................5 Part 550
5547 ..........................................5 Part 550
5548 ..............................5 Parts 550, 551, 610

5

# CFR Index

**5 U.S.C.—Continued**

CFR

5550a ............................................5 Part 534
5553 ..............................................5 Part 531
5561—5568 ..................................32 Part 718
5569—5570 ..................................22 Part 19
5581—5583 ....................................5 Part 178
5594 ..............................................32 Part 156
5701—5709 ..................................12 Part 412
         41 Part 101–7
5701 note ........41 Parts 301–51, 301–52, 301–54,
        301–70, 301–71, 301–76
5703 ..............................................49 Part 5
5706b ............................................5 Part 572
5707 ........41 Parts 300–1—300–3, 300–70, 300–80,
    301–1, 301–2, 301–10—301–13, 301–30,
    301–31, 301–50—301–52, 301–54, 301–
    70—301–76, 304–1—304–6
5710 ............................................41 Part 300–80
5721—5738 ..................................41 Part 303–70
5721—5733 ..................................41 Part 101–7
5723 ..............................................5 Part 572
5734 ..............................................41 Part 101–7
5738 ........41 Parts 300–1—300–3, 300–70, 300–80,
    302–1—302–3, 302–4—302–12, 302–15—
           302–17
5739 ............................................41 Part 300–80
5741—5742....41 Parts 101–7, 300–1—300–3, 300–
         70, 303–70
5753—5755 ....................................5 Part 575
5756 ............................................41 Part 302–14
5757 ..............................................5 Part 575
5941 ..............................................5 Part 591
5948 ..............................................5 Part 595
6101 ............................................5 Parts 550, 610
6103 ..............................................38 Part 19
6104 ..............................................5 Part 610
6131 ..............................................5 Part 2472
6133 ..............................................5 Part 610, 630
6171 et seq ....................................20 Part 704
6304 ..............................................5 Part 630
         46 Part 501
6305 ..............................................5 Part 630
6311 ..............................................5 Part 630
6326 ..............................................5 Part 630
6332 ..............................................5 Part 630
6362 ..............................................5 Part 630
6387 ..............................................5 Part 630
6391 ..............................................5 Part 630
7105 ..............................................29 Part 458
7111 ..............................................29 Part 458
7119..............................................5 Parts 2470, 2471, 2473
         29 Part 1425
7120 ..............................................5 Parts 457—459
         29 Parts 457—459
7122 ..............................................5 Part 2425
7134 ....5 Parts 2414, 2420—2429, 2470, 2471, 2473
       29 Parts 457—459, 1425
7135 ..............................................5 Part 251
7151—7154 ..................................29 Part 1613
7154 ..............................................32 Part 518
7201—7204 ....................................5 Part 720
7201 ..............................................28 Part 42
7204 ..............................................5 Part 300
7301 ..............................................3 Parts 100
     5 Parts 251, 310, 715, 731, 735, 771,
   772, 930, 1001, 1300, 1633, 1900, 2635,

**5 U.S.C.—Continued**

CFR

   3101, 3401, 3501, 3801, 3901, 3902, 4001,
   4101, 4301, 4501, 5001, 5101, 5201, 5202,
   5301, 5501, 5601, 5701, 5801, 6001, 6201,
   6301, 6401, 6501, 6601, 6701, 6801, 6901,
   7101, 7501, 7601, 7701, 8101, 8301, 8401,
           8601, 8701
          10 Part 1010
     12 Parts 264. 336, 400, 601, 1401
          13 Part 105
         14 Part 1207
          15 Part 0
        16 Parts 5, 1030
    22 Parts 705, 1001, 1504
          24 Part 0
         28 Part 45
    29 Parts 100, 1600, 2703
         34 Part 73
      36 Parts 400, 811
      41 Parts 105–735
         43 Part 20
      45 Parts 73, 680
        46 Part 508
        47 Part 19
7302 ..............................................5 Part 534
7312 ..............................................5 Part 782
         32 Part 156
7321 et seq ....................................11 Part 7
7325 ..............................................5 Parts 733, 734
7342 ..............................................10 Part 1050
         12 Part 264b
         22 Part 3
         34 Part 73
    41 Parts 101–49, 102–42
7351..............................................5 Parts 2635, 3601, 7501
         34 Part 73
7353 ....5 Parts 2635, 3101, 3601, 4001, 4101, 5101,
     5201, 5501, 6001, 7501
         15 Part 0
7474 ..............................................5 Part 1601
7501 ..............................................5 Part 43
7504 ..............................................5 Part 752
7512 ..............................................5 Part 990
7514 ..............................................5 Parts 432, 752
7521 ..............................................5 Part 930
7531—7533 ..................................32 Part 891
7532 ..............................................32 Part 156
7543 ..............................................5 Part 752
7701 et seq ........5 Parts 302, 352, 353, 731, 733,
         930
7701 ........5 Parts 300, 531, 731, 831, 841, 842, 846,
       990, 1201, 1209
7702 ..............................................29 Part 1613
7901 ..............................................41 Part 101–5
8101 ..............................................32 Part 728
8103 ..............................................20 Part 10
8116 ..............................................32 Part 842
8121 ..............................................20 Part 61
8137—8138 ..................................20 Part 25
8137 ..............................................20 Part 25
8141 ..............................................32 Part 842
8145..............................................20 Parts 1, 10, 25, 61, 71, 501
8149..............................................20 Parts 1, 10, 25, 61, 71
8151..............................................5 Parts 302, 315, 330, 353
8171 et seq ..................................20 Parts 701, 702, 703
8301—8317 ....................................5 Part 354
8332 ..............................................5 Part 847

## Authorities

5 U.S.C.—Continued                                    CFR

8334 ...............................................5 Part 831
8336 ...............................................5 Part 831
8337 ..........................5 Parts 213, 330, 831, 837
8343a .............................................5 Part 831
8344 ........................................5 Parts 553, 837
8345 ...............................................5 Part 838
8347 ...........5 Parts 831, 835, 837, 838, 846, 847
8351 ................5 Parts 1600, 1601, 1605, 1650
8402 ...............................................5 Part 842
8411 ...............................................5 Part 847
8414 ........................................5 Parts 317, 842
8416—8419 ......................................5 Part 842
8421 ...............................................5 Part 317
8422 ...............................................5 Part 841
8423 ...............................................5 Part 841
8424 ........................................5 Parts 843, 1651
8432 ................5 Parts 1600, 1603, 1651
8432a .......................................5 Parts 1605, 1606
8432b .......................................5 Parts 1603, 1620
8433 ................5 Parts 1650, 1651, 1655
8434—8435 ......................................5 Part 1650
8435 ........................................5 Parts 1651, 1653
8436 ...............................................5 Part 1653
8437 ................5 Parts 581, 890, 1653
8438 ...............................................5 Part 1601
8439 ................5 Parts 1640, 1645, 1653, 1655
8440a .............................................5 Part 1620
8440b .............................................5 Part 1620
8440c .............................................5 Part 1620
8440e ................5 Parts 1694, 1620
8441—8442 ......................................5 Part 843
8455 ...............................................5 Part 837
8456 ........................................5 Parts 213, 330, 837
8461 ...........5 Parts 835, 837, 838, 841—847, 880
8467 ........................................5 Parts 838, 1653
8468 ........................................5 Parts 553, 837
8469 ...............................................5 Part 841
8474 ...5 Parts 1600, 1603, 1604—1606, 1620, 1632,
          1639, 1640, 1645, 1650, 1651, 1653, 1655,
          1690
8477 ...............................................28 Part 15
          29 Parts 2570, 2584, 2585, 2589
8478—8578 note ............................29 Part 2582
8501—8508 ......................................20 Part 609
8508 .............................................20 Part 614
8521—8525 ......................................20 Part 614
8709 ...........48 Parts 2105, 2106, 2114, 2116, 2122
8716 ........................................5 Parts 870, 880
          48 Parts 2101—2103, 2109, 2110, 2115,
          2116, 2124, 2128, 2129, 2131—2133,
          2137, 2143, 2144, 2146, 2149, 2152
8913 ........................................5 Parts 880, 890—892
          48 Parts 1601—1606, 1609, 1614—1616,
          1622, 1624, 1629, 1631—1633, 1642—
          1646, 1649, 1652
9008 ...............................................5 Part 875
9101 ...............................................5 Part 911
          32 Part 99
9501 et seq. ...................................26 Part 901
9902 ...............................................5 Part 9901

5 U.S.C. Appendix

App. ......5 Parts 735, 737, 2600, 2601, 2608, 2610,
          2634, 2635—2638, 2640, 3101, 3401,
          3501, 3601, 3801, 3901, 3902, 4001, 4101,
          4301, 4501, 5001, 5101, 5201, 5301, 5501,
          5601, 5701, 5801, 6001, 6201, 6301, 6401,


5 U.S.C. Appendix—Continued                           CFR

          6501, 6601, 6701, 6801, 6901, 7101, 7301,
          7501, 7601, 7701, 7901, 8101, 8301, 8401,
          8601, 8701
          7 Parts 0—2, 1900, 1902, 2610, 2620
          10 Parts 7, 708, 1010
          15 Part 0
          16 Part 5
          24 Part 2002
          29 Parts 1, 5, 6, 8, 29, 70, 579—580,
          1430, 2604
          34 Parts 11, 204, 298
          39 Parts 3, 204
          40 Parts 2, 191
          41 Part 101-6
          43 Parts 20, 1780
I et seq. .........................................34 Part 11
I ...................................................7 Part 1a
          16 Part 1018
          36 Part 222
          44 Part 12
          45 Part 2102
          50 Part 510
II ...................................................7 Part 612
          29 Parts 1911, 1912a
          34 Part 11
III—IV .........................................15 Part 2637
1—15 .............................................50 Part 100
1 ...................................................40 Part 194
          44 Part 12
2 ...................................................21 Part 14
          34 Part 33
3 ...................................................12 Parts 603, 1403
          13 Parts 101, 115
          20 Parts 75, 76
          24 Parts 2002, 2003
          29 Part 100
          39 Parts 221, 222, 230, 233, 265, 501
207 .............................................10 Part 1010
401 ...............................................5 Part 738
533 ...............................................29 Part 1904
994 ...............................................5 Part 734
1005 .............................................5 Part 735

6 U.S.C.

1 et seq. ...........................6 Parts 9, 15, 17, 29
          8 Parts 1, 2, 103
          19 Part 24
6—7 ........................27 Parts 22, 197, 252
8 ...................................................31 Part 223
15 .................................................27 Part 197
101 ...............................................6 Part 7
          44 Part 208
101 note ......................................33 Part 2
441—444 ......................................6 Part 25
468 ...............................................33 Part 2

7 U.S.C.

1a ............17 Parts 1, 3, 4, 21, 30, 32, 33, 40—42,
          166, 190
2—2a ..........................................17 Part 21
2...........17 Parts 1, 3, 4, 15, 18, 30, 32—42, 147,
          155, 166, 170, 190
4—4a .............................................17 Part 147
4 ...................17 Parts 18, 21, 32, 33, 155, 170
4a ...............................................5 Part 5101
          17 Parts 2, 9—14, 140—142, 144, 146,
          148, 190

7

## CFR Index

**7 U.S.C.—Continued**

|  | CFR |
|---|---|
| 5 | 17 Parts 1, 15, 35—38, 40, 42 |
| 6—6o | 17 Parts 1, 33 |
| 6 | 17 Parts 1, 3, 5, 30, 35—38, 40, 42 |
| 6a—6l | 17 Part 3, 150 |
| 6a—6p | 17 Part 1 |
| 6a | 17 Parts 1, 15—18, 21, 150 |
| 6b—6d | 17 Part 166 |
| 6b—6c | 17 Parts 4, 155 |
| 6b | 17 Parts 42, 156 |
| 6c—6d | 17 Parts 17, 21, 42, 155, 170, 190 |
| 6c | 17 Parts 5, 8, 9, 15, 16, 18, 21, 30, 32, 34, 35—38, 40, 147, 150, 156 |
| 6d | 17 Part 39 |
| 6f | 17 Part 41 |
| 6f—6g | 17 Parts 4, 15, 17, 18, 21, 32, 42, 147, 155, 170 |
| 6i | 17 Part 3 |
| 6g—6h | 17 Part 166 |
| 6g | 17 Parts 16, 19, 190 |
| 6i | 17 Parts 15—19, 21 |
| 6j—6k | 17 Part 155 |
| 6j | 17 Parts 41, 156 |
| 6k—6l | 17 Part 166 |
| 6k | 17 Parts 3, 4, 15, 18, 21, 32, 147 |
| 6m—6p | 17 Part 3 |
| 6m—6n | 17 Parts 4, 15, 18, 21, 32, 147, 155 |
| 6o | 17 Part 166 |
| 6p | 17 Parts 4, 170 |
| 7 | 7 Part 1989 |
| 7—7b | 17 Parts 1, 33 |
| 7—7a | 17 Parts 15, 21, 31, 40, 42, 150 |
| 7 | 17 Parts 16—17, 38, 166 |
| 7a | 17 Parts 5, 7, 8, 9, 37, 100, 147, 156 |
| 7a—1 | 17 Part 42 |
| 7a—2 | 17 Parts 41, 42 |
| 7b | 17 Parts 1, 39, 41—42 |
| 7b—1 | 17 Part 42 |
| 7b—2 | 17 Parts 42, 160 |
| 8—9a | 17 Part 3 |
| 8 | 17 Parts 1, 5, 33, 40 |
| 9 | 17 Parts 1, 11, 15, 33, 42, 143 |
| 9a | 17 Part 143 |
| 11 | 17 Part 33 |
| 12—12a | 17 Parts 1, 3, 11, 42 |
| 12 | 17 Parts 12, 190 |
| 12a | 17 Parts 4, 5, 7—10, 15—19, 21, 30—41, 100, 140, 143, 144, 147, 148, 150, 155, 156, 160, 166, 170 |
| 12c | 17 Parts 1, 8, 9, 33, 42 |
| 13 | 17 Parts 140, 143 |
| 13a—13a—1 | 17 Parts 1, 33, 42 |
| 13a | 17 Part 143 |
| 13a—1 | 17 Part 143 |
| 13b | 17 Parts 3, 33 |
| 13c | 17 Parts 3, 42 |
| 15 | 17 Parts 11, 143 |
| 15b | 7 Parts 27, 28 |
| 16 | 17 Parts 1, 42 |
| 16a | 17 Parts 1, 3, 9, 147 |
| 18 | 17 Parts 3, 4, 12 |
| 19 | 17 Parts 1, 3, 4, 15, 18, 21, 32, 33, 147, 155, 190 |
| 21 | 17 Parts 1, 3, 4, 15, 21, 32, 33, 42, 147, 155, 166, 170 |
| 23—24 | 17 Part 1 |
| 23 | 17 Parts 3, 4, 31, 147, 166 |

**7 U.S.C.—Continued**

|  | CFR |
|---|---|
| 24 | 17 Part 190 |
| 51b | 7 Part 28 |
| 55—56 | 7 Part 28 |
| 61 | 7 Parts 1, 28 |
| 71 et seq | 7 Parts 800—802, 810 |
| 74 | 7 Parts 26, 800 |
| 75a | 7 Part 800 |
| 76 | 7 Parts 26, 800 |
| 77 | 7 Part 800 |
| 79—79b | 7 Part 800 |
| 79—79a | 7 Part 26 |
| 84 | 7 Part 800 |
| 87—87b | 7 Part 800 |
| 87e | 7 Parts 1, 800 |
| 87f—1 | 7 Part 800 |
| 94 | 7 Part 160 |
| 135 et seq | 40 Parts 9, 30, 451 |
| 136 et seq | 29 Part 1440 |
|  | 40 Parts 31, 32, 34, 35, 158 |
| 136—136y | 40 Parts 3, 9, 152, 153, 155, 156, 158, 159, 162, 166, 168, 174, 451 |
| 136 | 40 Parts 22, 167 |
| 136a | 7 Part 110 |
|  | 40 Parts 160, 172 |
| 136b | 40 Part 171 |
| 136c—136d | 40 Part 160 |
| 136c | 40 Part 172 |
| 136d | 40 Parts 153, 164 |
| 136f | 40 Parts 160, 169, 172 |
| 136h | 40 Part 2 |
| 136i—1 | 7 Part 110 |
| 136j | 40 Parts 2, 160 |
| 136n | 40 Part 23 |
| 136p | 40 Part 166 |
| 136r | 40 Part 46 |
| 136t | 40 Part 160 |
| 136v—136w | 40 Parts 160, 162 |
| 136w | 40 Parts 2, 23, 153, 157, 166, 169, 170—173 |
| 136w—2 | 40 Part 173 |
| 138—138l | 9 Part 300 |
| 138f | 9 Parts 318, 381, 391 |
| 149 | 7 Part 1 |
| 150aa—150jj | 7 Part 331 |
| 192 | 9 Part 203 |
| 201 | 9 Part 203 |
| 203—205 | 9 Part 203 |
| 207—208 | 9 Part 203 |
| 213 | 9 Part 203 |
| 217a | 9 Part 203 |
| 218—218a | 9 Part 203 |
| 218d | 9 Part 203 |
| 221—222 | 9 Part 203 |
| 222 | 9 Part 201 |
| 228 | 7 Part 743 |
|  | 9 Parts 201—203 |
| 228b | 7 Part 1 |
|  | 9 Part 203 |
| 241 et seq | 7 Parts 735—742 |
| 268 | 7 Part 743 |
| 281 | 7 Part 322 |
| 341—349 | 7 Parts 15, 18 |
| 361a—361i | 7 Part 15 |
| 390—390k | 7 Part 15 |
| 394 | 9 Parts 307, 391 |
| 428a | 36 Part 254 |

# Authorities

**7 U.S.C.—Continued**                                         CFR

443 ...........................................................50 Part 90
450 et seq .............................9 Parts 307, 310
450..............................7 Parts 110, 319, 330
    9 Parts 94, 300, 318, 319, 325, 381,
    416, 417, 424, 430, 441, 500
450a .....................................................15 Part 911
450i ...............................7 Parts 15, 3400, 3411
450l .......................................................7 Part 720
451—457 ...............................................7 Part 15
473—473a ..............................................7 Part 28
473c—473d ............................................7 Part 28
494 .........................................................7 Part 48
499a et seq ...........................................7 Part 46
499o ........................................................7 Part 1
499o .............................................7 Parts 46, 47
502 .........................................................7 Part 30
511m .......................................................7 Part 29
511r .........................................................7 Part 29
511s .......................................................7 Part 29
587 .........................................................7 Part 33
591—599 ...............................................7 Part 35
601—674 ...7 Parts 900, 905—908, 910, 911, 915—
    917, 920, 922—932, 944—948, 953, 955,
    956, 958, 959, 966, 979—982, 983, 984,
    985, 987, 989, 993, 999—1001, 1005—
    1007, 1030, 1032, 1033, 1046, 1124, 1126,
    1131, 1135, 1140
608c .............................................7 Parts 1, 900
610 ................................................7 Parts 6, 900
612c ..................7 Parts 15, 80—82, 250, 759, 784
612c note ...................................7 Parts 247, 250
612c—3...................................................7 Part 20
624 ...........................................................7 Part 6
671 .......................................................7 Part 900
714b—714c .............................................7 Part 1463
901 et seq ......7 Parts 15, 1700, 1703, 1709—1712,
    1714, 1717, 1718, 1720, 1721, 1729, 1730,
    1735—1737, 1738, 1744—1745, 1747,
    1749, 1750, 1751, 1753—1755, 1762,
    1763, 1765, 1767, 1770, 1772, 1785, 1786,
    1788, 1789, 1792
901—950b .....7 Parts 1715, 1784, 1786, 1787, 1789
901—950....................................................7 Part 1701
940C ......................................................7 Part 1720
941 et seq .............................7 Parts 1600, 1610
950aaa ..................................................7 Part 1703
1010—1012..............................................7 Part 15
    36 Parts 213, 222
1010—1011.............7 Parts 601, 613, 650, 654
1010a ....................................................7 Part 657
1011 ...................36 Parts 212, 251, 254, 261, 262
1012 ...................................................43 Part 4100
1141 .......................................................7 Part 1446
1301 et seq ..........................................7 Part 723
1301—1393 ...........................................7 Part 720
1301 ..........................7 Parts 5, 711, 724—726
1307 .......................................................7 Part 730
1308—1309 ...........................................7 Part 713
1308 et seq ...........................................7 Part 1400
1308 .......................................................7 Part 795
1311 et seq ...........................................7 Part 718
1312 .......................................................7 Part 717
1313—1314 ...........................7 Parts 724—726
1314–1 ...................................7 Parts 725, 726
1314b—1314b–1.................................7 Part 725
1314b .....................................................7 Part 724

**7 U.S.C.—Continued**                                         CFR

1314b–2 .................................................7 Part 726
1314c .......................................7 Parts 717, 725
1314d ....................................................7 Part 724
1314e .....................................................7 Part 726
1314f .......................................................7 Part 29
1334 note ..............................................7 Part 707
1336 .......................................................7 Part 717
1338 .......................................................7 Part 719
1339 .......................................................7 Part 707
1342a note.............................................7 Part 711
1343 .......................................................7 Part 707
1344b .....................................................7 Part 717
1357 et seq ...........................................7 Part 729
1358 .............................................7 Parts 717, 1446
1358a ....................................................7 Part 719
1359 .......................................................7 Part 1446
1359aa—1359jj .....................................7 Part 1435
1363 ............................................7 Parts 724—726
1372—1375 ...........................7 Parts 724—726
1372 .......................................................7 Part 714
1375......................7 Parts 5, 707, 711, 714, 715
1376 .......................................................7 Part 717
1377—1378 ...........................7 Parts 724—726
1379j .............................................7 Parts 707, 793
1385 .......................................................7 Part 707
1413e......................................................7 Part 726
1421 et seq ............................................7 Part 15
1421 ...............7 Parts 301, 723—726, 1425, 1464
1421 note .....................7 Parts 301, 1411, 1476
1423.......................................................7 Part 1464
1427 ...........................7 Parts 15, 1402, 1475
1427a .....................................................7 Part 1439
1427 note ..............................................7 Part 1475
1431 .............................7 Parts 15, 252, 1499
1431 note ...........................7 Parts 250, 1475
1431b ....................................................7 Part 250
1431e .....................................................7 Part 250
1433 .......................................................7 Part 1475
1441 ...............................7 Parts 791, 1425, 1464
1444d .....................................................7 Part 791
1445—1445–2........................................7 Part 1464
1445–1—1445–2 ...................................7 Part 723
1445b–1 ..................................................7 Part 701
1445b–2 .................................................7 Part 1403
1445c–1 ..................................................7 Part 1446
1445c–3...................................................7 Part 999
1445d .....................................................7 Part 1401
1446 .......................................................7 Part 777
1446a–1 .................................................7 Part 250
1455c–2 ..................................................7 Part 1446
1501 et seq.............7 Parts 402, 410 411, 413, 417,
    420, 421, 423, 424, 428—429, 431—432,
    434, 436, 438, 439, 718
1506 ............7 Parts 400—403, 407, 420, 426
1515 ..........................................7 Parts 1405, 1505
1516 .........................................7 Parts 6, 412, 426
1524 ......................................................7 Part 1465
1581—1610 ...........................................7 Part 361
1582 .......................................................7 Part 202
1585 .......................................................7 Part 202
1592 .............................................7 Parts 1, 201, 202
1598—1599 ...........................................7 Part 202
1603—1604 ...........................................7 Part 202
1621 et seq ...........7 Parts 42, 50, 58, 59, 868
1621—1630 ...................................50 Part 261
1621—1627 .......7 Parts 31, 32, 36, 37, 51—54, 56,

# CFR Index

**7 U.S.C.—Continued**                          CFR

    58, 62, 70, 94, 170

    9 Parts 300, 592

1622............7 Parts 27, 28, 42, 43, 61, 68, 75, 90—
    93, 98

    9 Parts 92, 93, 98, 130, 156, 350—352,
    354, 355, 362, 391

    50 Part 260

1623—1624 .........................................7 Part 15

1623 .....................................................7 Part 4285

1624 ............7 Parts 1, 28, 42, 43, 61, 68, 75, 90—
    93, 98, 110, 160

    9 Parts 156, 350—352, 354, 355, 391

    50 Part 260

1631 ...................................................9 Part 205

1701—1705 ...........................................7 Part 17

1701—1704 ...........................................7 Part 17

1707a ..................................................7 Part 1488

1726a ..................................................22 Part 211

1731—1736g-2 .....................................7 Part 1496

1731—1736b ..........................................7 Part 17

1736a ...................................................7 Part 17

1736f ....................................................7 Part 17

1736o ..................................................7 Part 1499

1781—1787 .......................7 Parts 1270, 1472

1783 ....................................................7 Part 707

1809 ....................................................7 Part 707

1838 ...............................7 Parts 15, 707

1854 ....................................................19 Part 102

1859 ....................................................7 Part 250

1889 ....................................................7 Part 1933

1901 et seq...........................9 Parts 307, 310

1901 .....................................................9 Part 88

1901—1906 ...9 Parts 300, 301, 318, 319, 325, 416,
    417, 424, 430, 441, 500

1901e .................................................7 Part 1776

1921 et seq....7 Parts 718, 1700, 1701, 1703, 1710,
    1714, 1717, 1718, 1721, 1729, 1730, 1735,
    1736, 1737, 1744—1745, 1747, 1749,
    1750, 1751, 1754, 1755, 1762, 1763, 1765,
    1767, 1770, 1772, 1773, 1788, 1789, 1792

1923—1924 ............................................7 Part 15

1926 ...............................7 Parts 15, 1783

1926e .................................................7 Part 1776

1932.........................7 Parts 15, 1942, 1948, 1951

    29 Part 75

1932 note...........................7 Parts 1942, 4274

1942 .....................................................7 Part 15

1981 ....................................................7 Part 1717

1989 ...7 Parts 761, 762, 764, 771, 772, 785, 1775—
    1777, 1778—1780, 1781, 1806, 1808—
    1810, 1900—1902, 1910, 1924, 1925,
    1927, 1930, 1933, 1940, 1941, 1942
    1943—1945, 1950, 1951, 1955, 1956,
    1962, 1965, 1980, 1989, 2045, 3565, 3570,
    3575, 4279, 4284, 4287

1991 .....................................................7 Part 4284

2011 et seq ...........................................7 Part 15

2011—2036 .....................7 Parts 271—283, 285

2011—2032 ...........................................7 Part 253

2014 .....................................................7 Part 250

2025 .....................................................7 Part 250

2101—2118 ...........................7 Part 1205

2103 .....................................................7 Part 1200

2111 .....................................................7 Part 1200

2131—2159 ............................9 Parts 1—3

2131—2156 ...........................................9 Part 3

**7 U.S.C.—Continued**                          CFR

2131 .....................................................14 Part 1232

2149 .....................................................9 Part 4

2151 .....................................................7 Part 1

    9 Part 4

2201 ...............................7 Parts 15, 4285

    36 Part 272

2267 .....................................................7 Part 1475

2270 .....................................................7 Part 2610

2279e ..................................................7 Part 1

2321 et seq ...........................................7 Part 97

2611 et seq ...........................................9 Part 1

2611—2627 ...........................7 Part 1207

2614 .....................................................7 Part 1200

2620 .....................................................7 Part 1200

2621 .....................................................7 Part 1

2661 et seq ...........................................7 Part 15

2668 .....................................................7 Part 23

2701—2718...........................7 Parts 56, 70, 1250

2704 .....................................................7 Part 1200

2713 .....................................................7 Part 1200

2714 .....................................................7 Part 1

2901—2911 ...........................7 Part 1260

2908 .....................................................7 Part 1

3125a ..................................................7 Part 505

3222d ..................................................7 Part 3419

3316 ...............7 Parts 3401, 3402, 3405, 3406

3501 et seq ...........................................7 Part 781

3601 et seq ...........................................7 Part 6

3801—3813 ...........................................9 Part 166

3804—3805 ...........................................9 Part 167

3811 .....................................................9 Part 167

3812 .....................................................7 Part 1

4201—4209 ...........................................7 Part 658

4403 .....................................................7 Part 3300

4501—4513 ...........................................7 Part 1150

4509 .....................................................7 Part 1200

4601—4613 ...........................................7 Part 1240

4609 .....................................................7 Part 1200

4610 .....................................................7 Part 1

4736 .....................................................7 Part 27

4801—4819 ...........................................7 Part 1230

4804 .....................................................7 Part 1200

4814 .....................................................7 Part 1200

4815 .....................................................7 Part 1

4901—4916 ...........................................7 Part 1210

4909 .....................................................7 Part 1200

4910 .....................................................7 Part 1

5101—5104 ...........................................7 Part 785

5602 .....................................................7 Part 1493

5622 .....................................................7 Part 1493

5622 note .............................................7 Part 1486

5623 .....................................................7 Part 1485

5661 .....................................................7 Part 1493

5662—5664 ...........................................7 Part 1485

5662 .....................................................7 Part 1493

5663 ...............7 Parts 1493, 1494, 1570

5664 .....................................................7 Part 1493

5676 ...............7 Parts 17, 1493

5712 .....................................................7 Part 20

5841 .....................................................10 Part 7

5909 .....................................................48 Part 426

5921 .....................................................7 Part 3415

6008 .....................................................7 Part 1200

6009 .....................................................7 Part 1

6101—6112 ...........................................7 Part 1209

6106 .....................................................7 Part 1200

## Authorities

| 7 U.S.C.—Continued | CFR |
|---|---|
| 6107 | 7 Part 1 |
| 6207 | 7 Part 1 |
| 6301—6311 | 7 Part 1220 |
| 6306 | 7 Part 1200 |
| 6307 | 7 Part 1 |
| 6401—6417 | 7 Part 1160 |
| 6410 | 7 Part 1200 |
| 6411 | 7 Part 1 |
| 6501—6522 | 7 Part 205 |
| 6801 et seq | 7 Part 1208 |
| 6807 | 7 Part 1200 |
| 6808 | 7 Part 1 |
| 6912 | 7 Part 2 |
| 6932 | 7 Part 614 |
| 6941 et seq | 7 Parts 1600, 1610, 1700, 1710, 1714, 1717, 1718, 1721, 1724, 1726, 1728, 1730, 1735, 1737, 1744, 1751, 1755, 1767, 1770, 1773, 1785, 1786, 1788, 1789, 1792, 1794 |
| 6941 | 7 Part 2003 |
| 6962 | 7 Part 600 |
| 6962a | 7 Part 652 |
| 6991 et seq | 7 Parts 11, 1900, 1902 |
| 6995 | 7 Parts 614, 780 |
| 7106 | 7 Part 1200 |
| 7107 | 7 Part 1 |
| 7201 et seq | 7 Part 718 |
| 7231—7237 | 7 Part 1427 |
| 7253 | 7 Parts 1000, 1001, 1005–1007, 1030, 1032, 1033, 1124, 1126, 1131, 1135 |
| 7271 | 7 Parts 729, 999, 1446 |
| 7272 | 7 Part 1435 |
| 7285 | 7 Part 1402 |
| 7333 | 7 Part 1437 |
| 7401 | 7 Parts 1150, 1160, 1205, 1206, 1207, 1209, 1210, 1215, 1216, 1218, 1219, 1220, 1230, 1240 |
| 7411—7425 | 7 Parts 1206, 1218, 1280 |
| 7418 | 7 Part 1200 |
| 7461—7473 | 7 Part 1214 |
| 7481—7491 | 7 Part 1215 |
| 7486 | 7 Part 1200 |
| 7501—7516 | 7 Part 251 |
| 7612 | 7 Part 3418 |
| 7701—7772 | 7 Parts 300, 301, 302, 305, 318—319, 322, 330, 340, 351—354, 360, 380 |
| 7734 | 9 Part 94 |
| | 7 Part 1 |
| 7781—7786 | 7 Parts 300, 301, 302, 305, 318—319, 322, 330, 340, 351—354, 360, 380 |
| | 9 Part 94 |
| 7801—7813 | 7 Part 1219 |
| 7806 | 7 Part 1200 |
| 7911—7918 | 7 Part 1412 |
| 7931 et seq | 7 Part 1421 |
| 7931—7939 | 7 Parts 1425, 1427 |
| 7931 | 7 Part 1434 |
| 7951—7956 | 7 Part 1412 |
| 7958 | 7 Part 996 |
| 7959 | 7 Part 729 |
| 7971 | 7 Part 1436 |
| 7981—7982 | 7 Part 1430 |
| 7991 | 7 Part 1405 |
| 7996 | 7 Part 635 |
| 7999 | 7 Part 1413 |
| 8102 | 7 Part 2902 |

| 7 U.S.C.—Continued | CFR |
|---|---|
| 8104 | 7 Part 2903 |
| 8108 | 7 Part 1424 |
| 8201 et seq | 7 Part 783 |
| 8301—8317 | 7 Parts 330, 354 |
| | 9 Parts 49—54, 70—75, 77—80, 82, 85, 91—99, 122—123, 130, 145, 147, 160—162, 330, 354 |
| 8304—8306 | 7 Part 50 |
| 8311 | 7 Part 130 |
| 8313 | 7 Part 1 |
| | 9 Part 82 |
| 8401 | 7 Part 331 |
| | 9 Part 121 |
| **8 U.S.C.** | |
| 226a | 8 Part 289 |
| 451 | 8 Part 289 |
| 801 | 8 Part 349 |
| 1101 | 8 Parts 1, 100, 101, 103, 204, 205, 207, 209, 211, 212, 214, 216, 221, 231, 235, 245, 245a, 247, 248, 258, 270, 274a, 299, 343, 1001, 1103, 1212, 1216, 1235 |
| | 20 Part 655 |
| | 22 Parts 44, 62 |
| | 29 Parts 501, 504, 507 |
| | 34 Parts 425, 674, 676, 682, 692 |
| 1101 note | 8 Parts 3, 212, 235, 299, 324, 343a, 1212, 1235 |
| | 28 Parts 65, 1100 |
| 1102 | 8 Parts 212, 214, 1212 |
| 1103 | 8 Parts 1—3, 100, 101, 103, 204, 205, 207—213, 214, 216, 217, 221, 223, 231—236, 238—241, 244—253, 258, 264, 265, 270, 271, 273, 274, 274a, 280, 286, 287, 289, 292, 292a, 293, 299, 301, 306, 310, 312, 313, 315, 316, 318, 319, 320, 322, 324, 325, 327—335, 336—343, 349, 392, 499, 1001, 1103, 1208, 1212, 1216, 1235, 1239, 1240, 1241, 1287 |
| | 28 Parts 44, 68, 1100 |
| 1104 | 8 Part 215 |
| | 22 Parts 7, 40—42, 45—47, 50, 131 |
| | 28 Part 1100 |
| 1136a | 8 Part 216 |
| | 22 Part 44 |
| 1151 | 8 Parts 204, 205, 207 |
| 1153 | 8 Parts 204, 205 |
| 1153 note | 22 Parts 22, 44, 45 |
| 1154 | 8 Parts 204, 205, 216, 1216 |
| 1155 | 8 Part 205 |
| 1157 | 8 Part 207, 209 |
| 1158 | 8 Parts 208, 209, 1208 |
| 1159 | 8 Parts 207, 209 |
| 1160 | 8 Part 210 |
| 1181—1182 | 8 Parts 211, 223, 316 |
| 1182 | 8 Parts 204, 205, 207, 212, 214, 231, 233, 236, 240—241, 245, 249, 251, 253, 287, 1240, 1241, 1287 |
| | 20 Parts 655, 656 |
| | 22 Part 62 |
| | 29 Parts 504, 507 |
| | 42 Part 34 |
| | 45 Parts 50, 51 |
| 1182 note | 8 Part 212 |
| | 20 Part 655 |
| | 29 Part 507 |
| 1183 | 8 Parts 235, 1235 |

## CFR Index

**8 U.S.C.—Continued**

| | CFR |
|---|---|
| 1184 | 8 Parts 212, 214, 216, 248, 252, 1216 |
| | 20 Parts 621, 655 |
| | 22 Part 62 |
| | 29 Parts 501, 507 |
| 1184 note | 20 Part 655 |
| | 29 Part 508 |
| 1185 | 8 Parts 214, 215, 252 |
| | 22 Parts 46, 53– |
| 1186 | 20 Part 654 |
| | 29 Part 501 |
| 1186a | 8 Parts 204, 205, 214, 216, 223, 240, 1216, 1240 |
| 1186b | 8 Parts 216, 1215 |
| 1187 | 8 Parts 212, 214, 217 |
| 1188 | 20 Parts 654, 655 |
| 1189 | 31 Part 597 |
| 1201 | 8 Parts 221, 235, 264, 1235 |
| 1202 | 22 Part 172 |
| 1203 | 8 Parts 211, 223 |
| 1221 | 8 Parts 214, 231, 234, 239, 251, 280, 1239 |
| 1222 | 8 Part 232 |
| 1223 | 8 Parts 212, 231, 233, 280, 1241 |
| 1223—1228 | 8 Part 241 |
| 1224—1227 | 8 Parts 236, 240, 1240, 1241 |
| 1224—1226 | 8 Parts 235, 1235 |
| 1224 | 8 Part 232 |
| | 42 Part 34 |
| 1225—1228 | 8 Part 212 |
| 1225—1227 | 8 Part 223 |
| 1225—1226 | 8 Part 287 |
| 1225 | 8 Parts 211, 1208, 1287 |
| 1226 | 8 Parts 208, 212, 1287 |
| | 42 Part 34 |
| 1227 | 8 Parts 212, 235, 280, 1241 |
| 1228—1229 | 8 Part 231 |
| 1228 | 8 Parts 209, 235, 1235 |
| 1229 | 8 Parts 231, 234, 239, 280, 1239, 1240 |
| 1229a—1229c | 8 Part 1240 |
| 1231 | 8 Parts 236, 241, 1208, 1241 |
| 1251—1252 | 8 Parts 287, 1287 |
| 1251 | 8 Parts 223, 240—241, 287, 1211, 1287 |
| 1252 | 8 Parts 208, 209, 232, 287, 292a, 318, 1287 |
| | 28 Part 1100 |
| 1252 note | 8 Parts 3, 240 |
| 1252a | 8 Parts 240 |
| 1252b | 8 Parts 3, 240, 292 |
| 1253 | 8 Parts 241, 280, 1240, 1241 |
| 1254—1256 | 8 Part 246 |
| 1254 | 8 Part 244 |
| 1254a note | 8 Part 244 |
| 1255 | 8 Parts 204, 241, 245, 1240, 1241 |
| 1255a note | 45 Part 402 |
| 1257 | 8 Parts 211, 247 |
| 1258 | 8 Parts 248, 252 |
| | 22 Part 62 |
| 1259 | 8 Parts 246, 249 |
| 1260 | 8 Part 250 |
| 1281—1282 | 8 Parts 214, 251, 252 |
| 1281 | 8 Parts 252, 258, 280 |
| 1282—1283 | 8 Parts 252, 253 |
| 1282 | 8 Parts 208, 209, 1208 |
| 1283—1286 | 8 Part 280 |
| 1283 | 8 Part 208 |
| 1285 | 8 Part 253 |
| 1288 | 20 Part 655 |
| | 22 Part 89 |

**8 U.S.C.—Continued**

| | CFR |
|---|---|
| | 29 Par 506 |
| 1301—1305 | 8 Part 214 |
| 1302 | 8 Parts 101, 289 |
| 1303—1305 | 8 Part 264 |
| 1304 | 8 Parts 101, 103, 1103 |
| 1305 | 8 Part 265 |
| 1321 | 8 Part 271 |
| 1322 | 8 Part 280 |
| 1323 | 8 Parts 273, 280 |
| 1324 | 8 Part 274 |
| | 28 Part 9 |
| 1324a—1324c | 28 Part 68 |
| 1324a | 8 Part 274a |
| 1324b | 8 Part 3 |
| | 28 Part 44 |
| 1324c | 8 Part 270 |
| 1330 | 8 Parts 241, 280, 1241 |
| 1351 | 22 Part 22 |
| 1351 note | 22 Part 22 |
| 1356 | 8 Parts 103, 286, 1103 |
| 1357 | 8 Parts 287, 1287 |
| 1359 | 8 Part 289 |
| 1360 | 8 Parts 401, 402 |
| | 42 Part 401 |
| 1362 | 8 Parts 3, 236, 240—241, 292, 292a, 1240, 1241 |
| 1372 | 8 Part 214 |
| 1379 | 8 Part 214 |
| 1401 | 8 Part 301 |
| 1406 | 8 Part 306 |
| 1409 | 8 Part 341 |
| 1421 | 8 Part 310 |
| 1423 | 8 Part 312 |
| 1424 | 8 Part 313 |
| 1427—1428 | 8 Part 316a |
| 1429 | 8 Part 318 |
| 1430 | 8 Part 319 |
| 1433 | 8 Part 320 |
| 1435 | 8 Parts 324, 343a |
| 1436 | 8 Part 325 |
| 1438 | 8 Part 327 |
| 1439 | 8 Part 328 |
| 1440 | 8 Parts 329, 392 |
| 1440–1 | 8 Part 392 |
| 1443 | 8 Parts 306, 310, 312, 313, 315, 316, 318, 319, 320, 322, 324, 325, 327, 329—341, 343—343b |
| | 22 Part 131 |
| 1444 | 8 Part 341 |
| 1447—1448 | 8 Part 336 |
| 1447 | 8 Parts 310, 312, 316, 332, 335 |
| | 8 Part 332 |
| 1448 | 8 Parts 310, 312, 322, 324, 337, 339, 341 |
| 1452 | 8 Part 341 |
| 1453 | 8 Part 342 |
| 1454—1455 | 8 Parts 343—343b |
| 1455 | 8 Part 341 |
| 1502 | 22 Part 50 |
| 1503 | 22 Parts 7, 50 |
| 1504 | 22 Part 50 |
| 1522 | 45 Part 400 |
| 1522 note | 45 Part 401 |
| 1641 | 8 Part 204 |
| 1731—32 | 8 Part 214 |

**9 U.S.C.**

| | |
|---|---|
| 1—16 | 10 Part 1023 |

## Authorities

9 U.S.C.—Continued                                   CFR
1629 ............................................19 Part 1620
10 U.S.C.
21 ..................................................32 Part 626
47 ..................................................32 Part 635
Chap. 47 .......................................32 Part 637
101 et seq ....................................32 Part 158
107 .......................................10 Parts 21, 1606
111 ...............................................32 Part 626
113 .........32 Parts 10, 12—17, 18, 21, 22, 28, 32—
       34, 58, 112, 113, 146, 191, 198, 240,
       352a, 367, 369, 371, 378, 384, 388, 391,
                                              396, 725
113 note .......................................32 Part 105
121 ...............................................32 Part 247
125 ..........................32 Parts 336, 368, 376, 1280
128 ...............................................32 Part 223
130 .......................................32 Parts 249, 518
131 et seq ..........32 Parts 18, 355, 358, 363, 365,
                                        373, 377, 385, 387
131 ................................................30 Part 376
                                                   31 Part 347
                  32 Parts 62b, 187, 205, 234, 347—348,
                                                  364, 387
133 ..........32 Parts 70, 73, 142, 145, 211, 247, 262,
             337, 338, 370, 374, 382, 384, 390, 392,
                                              395, 765
133a ..............................................32 Part 369
136 ........32 Parts 70, 162, 230, 343, 344, 350, 353,
                 366, 367a, 380, 383a, 392
137 et seq ....................................48 Part 5433
137 ..............................32 Parts 160, 224, 394
            48 Parts 2, 4—6, 8, 9, 11—15, 19, 22,
            28, 31—33, 36, 37, 41, 42, 44—45, 51—
                                                    53
138 ...............................................32 Part 367
140 .......................................32 Parts 10, 12—17, 266
140c................................................32 Part 250
151—158 ........................................32 Part 626
191—193 .......................................32 Parts 398, 399
191 .......................................32 Parts 371, 381
193 ...............................................32 Part 362
218 ...............................................32 Part 516
238 ...............................................32 Part 510
269 ..................................................32 Part 44
270 ...............................................32 Part 101
271—272 ........................................32 Part 44
301 ..........................32 Parts 153, 341, 342, 386
331 et seq ....................................32 Part 215
331—333 ........................................32 Part 501
332—333 ......................................32 Part 809a
391 ................................................31 Part 210
503—505 .........................................32 Part 96
503 ..................................................32 Part 83
503 note .......................................32 Part 316
510—511 ........................................32 Part 100
511 ................................................32 Part 101
520a ................................................32 Part 96
593 ................................................32 Part 100
597 ................................................32 Part 100
651 ................................................32 Part 100
652 ..................................................32 Part 44
672—674 ........................................32 Part 44
672 ..................................................32 Part 64
673a ..............................................32 Part 101
675 ..................................................32 Part 64
685 ..................................................32 Part 44

10 U.S.C.—Continued                                  CFR
688 ..................................................32 Part 64
772 ..................................................32 Part 53
801 et seq ...................................32 Part 552
801—940 .......................................32 Part 143
806 ...............................................32 Part 776
806a ..............................................32 Part 776
814 .......................................32 Parts 146, 589, 884
815 ...............................................32 Part 719
821 ..................................................32 Part 11
826 ...............................................32 Part 776
827 ...............................................32 Part 776
836 ...............................................32 Part 152
847 ...............................................32 Part 534
866 ...............................................32 Part 150
867 ...............................................32 Part 152
892 ..................................................32 Part 92
903 ...............................................32 Part 901
921—932 .........................................32 Part 71
939 .......................32 Parts 536, 750, 751, 755—757, 842
                                                   33 Part 25
956 ...............................................32 Part 765
972 ..................................................32 Part 45
973 ..................................................32 Part 64
976 ...............................................32 Part 143
982 ...............................................32 Part 144
983 ...............................................32 Part 216
1005 ................................................32 Part 44
1034 ..................................................33 Part 53
1037 .......................................32 Parts 516, 845
1041 ...............................................32 Part 887
1045 ..................................................32 Part 78
1054 ................................................28 Part 15
1071 et seq ..................................32 Part 799
1071—1093 ....................................32 Part 728
1071—1088 ....................................32 Part 732
1089 ................................................28 Part 15
                                          32 Parts 61, 516
1091 ...............................................32 Part 107
1094—1095 ....................................32 Part 728
1102 ...............................................32 Part 518
1121—1122 ....................................32 Part 578
1124 ...............................................19 Part 133
1141 et seq ....................................32 Part 88
1143 ..................................................32 Part 77
1151 ...............................................32 Part 254
1161 ...............................................32 Part 104
1162—1163 ......................................32 Part 41
1168 ..................................................32 Part 45
1171 ..................................................32 Part 41
1201—1221 ....................................32 Part 728
1444 ..................................................32 Part 48
1475—1480 ....................................32 Part 716
1552—1554 ....................................32 Part 581
1552—1553 .................32 Parts 92, 516, 865
1552 ...............................................32 Part 723
                                                   33 Part 52
1553 .......................................32 Parts 70, 724
                                                   33 Part 51
1562 .......................................32 Part 635, 637
1565 ................................................28 Part 28
1598 ...............................................32 Part 254
2001 ...............................................32 Part 562
2031 .......................................32 Parts 542, 562
2036 ...............................................32 Part 516
2101—2111 ....................................32 Part 562
2101 ...............................................32 Part 110

13

## CFR Index

| 10 U.S.C.—Continued | CFR |
|---|---|
| 2104 | 32 Part 728 |
| 2107 | 32 Part 728 |
| 2109—2110 | 32 Part 728 |
| 2109 | 32 Part 92 |
| 2111 | 32 Parts 110, 542 |
| 2112 et seq | 32 Part 242 |
| 2112—2117 | 32 Part 242b |
| 2127 | 42 Part 57 |
| 2131 et seq | 48 Part 871 |
| 2133 | 38 Part 3 |
| 2141 | 48 Part 871 |
| 2164 | 32 Part 69 |
| 2202 | 32 Parts 170, 173, 195, 272, 273, 354 |
| | 48 Parts 5119, 5125, 5145, 5152, 5215, |
| | 5242, 5452 |
| 2301—2314 | 32 Part 272 |
| | 33 Part 210 |
| 2301—2306 | 32 Part 163 |
| 2304 note | 48 Part 39 |
| 2308—2314 | 32 Part 163 |
| 2320—2321 | 32 Part 518 |
| 2328 | 32 Part 518 |
| 2340 note | 32 Part 2 |
| 2397 | 32 Part 166 |
| 2405 | 48 Part 5252 |
| 2476 | 32 Part 201 |
| 2481 | 32 Part 736 |
| 2489a | 32 Part 234 |
| | 35 Part 234 |
| 2501 | 48 Part 5231 |
| 2516 | 35 Part 171 |
| 2538 | 15 Part 700 |
| 2541—2543 | 32 Part 300 |
| 2541—2542 | 32 Part 736 |
| 2546 | 32 Part 226 |
| 2571—2574 | 32 Part 736 |
| 2571 | 32 Part 623 |
| 2572 | 32 Part 300 |
| 2574 | 32 Part 621 |
| 2575 | 32 Part 282 |
| 2576 | 32 Parts 171, 736 |
| 2576 note | 32 Part 171 |
| 2577 | 32 Part 172 |
| 2601 | 33 Part 17 |
| 2602 | 22 Part 22 |
| 2640 | 32 Part 861 |
| 2661 | 41 Part 132–47 |
| 2662 | 32 Parts 306, 736 |
| 2665 | 32 Part 190 |
| 2667 | 32 Parts 190, 623, 643, 736 |
| 2668—2669 | 32 Part 300 |
| 2671 | 32 Part 190 |
| 2674 | 32 Part 234 |
| 2687 note | 24 Part 586 |
| | 32 Parts 174—176 |
| 2705 | 32 Part 203 |
| 2710 | 32 Part 179 |
| 2733—2736 | 32 Part 536 |
| 2733—2734b | 32 Part 842 |
| 2733—2734 | 33 Part 25 |
| 2733 | 32 Part 61 |
| 2736—2737 | 32 Part 842 |
| | 33 Part 25 |
| 2737 | 32 Part 536 |
| 2771 | 32 Part 282 |
| 3012 | 32 Parts 501, 502, 507, 508, 513, 534, 536— |

| 10 U.S.C.—Continued | CFR |
|---|---|
| | 538, 542, 552, 553, 562, 571, 575, 578, |
| | 584, 631—633, 644, 650, 655, 656 |
| | 33 Parts 207, 209, 210, 245 |
| 3013 | 32 Parts 519, 581, 583 |
| | 33 Part 385 |
| 3014 | 32 Part 581 |
| 3016 | 32 Part 581 |
| 3036 | 32 Part 555 |
| 3102 | 32 Part 556 |
| 3294 | 32 Part 74 |
| 3540 | 32 Part 300 |
| 3634 | 32 Part 508 |
| 3741—3743 | 32 Part 578 |
| 3746 | 32 Part 578 |
| 3749—3750 | 32 Part 578 |
| 4307 | 32 Part 300 |
| 4308 | 32 Part 621 |
| 4331—4355 | 32 Part 575 |
| 4381—4387 | 32 Part 562 |
| 4506—4507 | 32 Part 621 |
| 4594 | 45 Part 2101 |
| 4627 | 32 Part 621 |
| 4651 | 32 Parts 300, 542 |
| 4655 | 32 Part 621 |
| 4712 | 32 Part 282 |
| 4801—4804 | 32 Parts 536, 537 |
| 4806 | 32 Parts 536, 537 |
| 5013 | 32 Parts 719, 725, 733, 750—752, 755— |
| | 757 |
| 5031 | 32 Parts 705, 718, 720, 723, 726—728, 732, |
| | 733, 735, 744, 746, 753, 761, 765 |
| 5148 | 32 Parts 719, 720, 726, 727, 750—752, |
| | 755—757 |
| 5537 | 32 Part 728 |
| 5574 | 32 Part 74 |
| 6011 | 32 Parts 700, 728, 736, 744, 761, 763, 765, |
| | 770 |
| | 35 Part 700 |
| 6148 | 32 Part 732 |
| 6155—6156 | 32 Part 736 |
| 6201—6203 | 32 Parts 728, 732 |
| 6901 | 32 Part 736 |
| 7227—7228 | 32 Part 736 |
| 7230 | 32 Part 736 |
| 7304—7308 | 32 Part 736 |
| 7308 | 32 Part 300 |
| 7315 | 48 Part 5231 |
| 7420 | 15 Parts 730, 738, 754, 774 |
| 7430 | 15 Parts 730, 738, 754, 774 |
| 7541—7547 | 32 Part 736 |
| 7541—7542 | 32 Part 300 |
| 7545—7547 | 32 Part 736 |
| 7601—7604 | 32 Part 736 |
| 7621—7623 | 32 Part 752 |
| 7881 | 32 Part 765 |
| 8011 | 32 Part 800 |
| 8012 | 32 Parts 809d, 827, 841, 845, 846, 865, |
| | 888f, 901, 903 |
| 8013 | 32 Parts 807, 811, 811a, 842, 861, 884, |
| | 989 |
| 8140 | 32 Part 732 |
| 8294 | 32 Part 74 |
| 9331—9355 | 32 Part 901 |
| 9441 | 32 Parts 300, 842 |
| 9712 | 32 Part 282 |
| 9801—9804 | 32 Part 842 |

# Authorities

**10 U.S.C.—Continued** CFR

9806 ....................................................32 Part 842
10145 ....................................................32 Part 44
                                                         35 Part 44
12205 ....................................................32 Part 67
16131 et seq ......................................48 Part 871
30112 ................................32 Parts 634, 636

**11 U.S.C.**

362 ........................................................17 Part 190
546 ........................................................17 Part 190
548 ........................................................17 Part 190
556 ........................................................17 Part 190
761—766 ............................................17 Part 190
1170 ....................................................49 Part 1152

**12 U.S.C.**

1 et seq ............12 Parts 5, 7, 14, 16, 20, 23, 27,
                            28, 32, 34, 37, 41
21—22 ..................................................12 Part 25
24 ................12 Parts 2, 9, 12, 23, 24, 28, 37, 41, 208
24a ................................................12 Parts 5, 1501
26—27 ..................................................12 Part 25
29 ........................................................12 Part 34
30 ........................................................12 Part 25
36 ................................................12 Parts 25, 208
71 ..........................................................12 Part 7
71a ........................................................12 Part 7
77ddd ..................................................17 Part 260
78 ........................................................12 Part 250
84 ........................................................12 Part 32
90 ....................................31 Parts 202, 203, 380
92 ................................................12 Parts 7, 14
92a ................................................12 Parts 7, 12, 208
93 ................................12 Parts 7, 19, 37, 308
93a ......12 Parts 1—9, 11, 12, 16, 18—28, 30—32,
                            34, 40, 41, 208
95a ....................................................19 Part 161
161 ....................12 Parts 3, 4, 18, 20, 25, 27, 28
164 ..............................................12 Parts 19, 308
202 ......................................................12 Part 626
215—215a ..........................................12 Part 25
215a–2—215a–3 ................................12 Part 5
221 et seq ........................................12 Part 211
222 ......................................................12 Part 209
244 ......................................................12 Part 268
248 ..........................................................5 Part 6801
                12 Parts 201, 204, 208—210, 214, 215,
        217, 250, 261—264b, 266, 268, 269—269b
263 ......................................12 Parts 270, 271, 281
264 ......................................................12 Part 217
265 ..................................31 Parts 202, 203, 208, 380
266 ..........................................31 Parts 202, 380
282 ......................................................12 Part 209
286—288 ............................................12 Part 209
321—338a ..........................................12 Part 208
321 et seq ..........................................12 Part 261
321 ..............................12 Parts 209, 228, 261, 262
333 ......................................................12 Part 209
324 ......................................................12 Part 263
325 ......................................................12 Part 228
327 ......................................................12 Part 209
328 ......................................................12 Part 209
332 ..............................................31 Parts 203, 380
333 ......................................................12 Part 209
342 ......................................................12 Part 210
343 et seq ..........................................12 Part 201
347a—347c ......................................12 Part 201

**12 U.S.C.—Continued** CFR

348 et seq ..........................................12 Part 201
348a ....................................................12 Part 214
357 ......................................................12 Part 201
358 ......................................................12 Part 214
360 ......................................................12 Part 210
367 ....................................................12 Part 1822
371 ................................................12 Parts 30, 34
371a ....................................................12 Part 217
371b–2 ................................................12 Part 206
371c ............................................12 Parts 223, 250
371c–1 ......................................12 Parts 223, 250
371d ....................................................12 Part 208
374—374a ............................................12 Part 201
375a—375b ............................12 Parts 31, 215
375a ....................................................12 Part 337
375b ..........................................12 Parts 337, 563
378 ......................................................12 Part 303
391 ........31 Parts 202, 203, 209, 210, 225, 240, 306,
                    317, 321, 351, 353—359, 363, 375, 380
418 ......................................................31 Part 601
461 ........................12 Parts 201, 204, 208, 217
464 ......................................................12 Part 210
481—482 ..............................................12 Part 8
481—486 ..............................................12 Part 208
481 ..............................12 Parts 4, 5, 7, 24, 25, 27, 41
482 ........................................................12 Part 4
484 ............................................12 Parts 4, 7, 41
490 ........................................................7 Part 1950
504 ......................................................12 Part 263
505 ........................................12 Parts 19, 217, 308
506 ......................................................12 Part 263
552 ................................................12 Parts 516, 1102
559 ......................................................12 Part 516
601 ......................................................12 Part 208
602 ........................................................12 Part 28
611 et seq ..........................................12 Part 261
611 ......................................................12 Part 208
632 ......................................................12 Part 214
635 ......................................................12 Part 412
1141j ....................................................46 Part 502
1150—1150a ........................................7 Part 3
1422 ................................12 Parts 900, 908, 925
1422a—1422b ...12 Parts 513, 915, 917, 925, 930—
                    933, 940, 944, 950, 955, 956, 965, 966,
                            980, 987, 989, 996
1422b ..........12 Parts 900, 905, 906, 907, 908, 911,
                    912, 917, 918, 926, 952, 956, 960, 985,
                                                            997
1423 ........................................12 Parts 905, 925
1424 ......................................................12 Part 925
1425—1425b ......................................12 Part 523
1425a—1425b .....12 Parts 386, 523, 552, 555, 561,
                                                            564
1425a ....................................12 Parts 541, 563f
1426 .....12 Parts 915, 917, 925, 930—933, 950, 989
1427 ..............................12 Parts 915, 917, 918
1429 ................................12 Parts 950, 956, 960
1430—1431 ........................................12 Part 534
1430 ...12 Parts 524, 525, 925, 940, 950—952, 955,
                                                    956, 960, 975
1430 note ............................................12 Part 527
1430b ..........12 Parts 926, 940, 950, 955, 956, 960
1431 .....12 Parts 940, 950, 955, 956, 960, 965, 966,
                    975, 980, 985, 987, 989
1432 ..................12 Parts 524, 915, 917, 980, 985
1435 ......................................................12 Part 987

## CFR Index

| 12 U.S.C.—Continued | CFR |
|---|---|
| 1436 | 12 Parts 917, 956 |
| 1437 | 12 Parts 386, 501, 506—509a, 510a, 521, 523—525, 527, 529, 552, 563f |
| 1438 | 12 Part 906 |
| 1440 | 12 Parts 917, 930—933, 989 |
| 1441 | 12 Parts 327, 995, 1626 |
| 1441a | 12 Part 1502 |
| 1441b | 12 Parts 327, 997, 1510, 1511 |
| 1442 | 12 Parts 4, 261, 925 |
| 1442b | 12 Part 938 |
| 1443 | 12 Parts 930—933 |
| 1446 | 12 Parts 930—933 |
| 1451 et seq | 24 Part 81 |
| 1452 | 12 Parts 1770, 1777 31 Parts 202, 203, 380 |
| 1456 | 12 Part 1777 |
| 1462 | 12 Parts 390, 523, 543, 544, 546, 547, 549, 552, 558—560, 561, 563, 563b, 565, 567, 572, 575, 583 |
| 1462a | 12 Parts 500, 502, 503, 505, 507, 510, 512, 513, 516, 533, 536, 541, 543—546, 550, 551, 552, 555, 557—561, 563, 563b—563e, 563g, 567—573, 575, 583, 584 |
| 1463 | 12 Parts 500, 502, 503, 505, 507, 510, 512, 513, 516, 533, 536, 541, 544—546, 550—553, 555, 557—563, 563b—563e, 563g, 567—573, 575, 583, 584 |
| 1464 | 12 Parts 386, 500, 503, 505, 507—510, 512, 513, 516, 523, 533, 536, 541, 543—546, 550—552, 555, 557—560, 563, 563b—563e, 563g, 564, 565, 567—573, 575—577, 583, 584, 590, 591 31 Parts 202, 203, 312, 380 |
| 1467 | 12 Parts 502, 509, 512, 546 |
| 1467a | 12 Parts 502, 509, 512, 513, 533, 536, 543, 544, 552, 558, 560, 561, 563, 563b, 563e, 567—571, 574, 575, 583, 584 |
| 1468 | 12 Parts 223, 509, 561, 563, 583, 584 |
| 1691—1691a | 12 Part 523 |
| 1693b | 12 Part 205 |
| 1701 et seq | 24 Part 291 |
| 1702—1715z-21 | 24 Part 200 |
| 1701 | 24 Parts 202a, 209, 211, 214 |
| 1701c | 24 Part 598 |
| 1701d-3 | 24 Parts 1, 2 |
| 1701e—1701f | 24 Parts 1, 2 |
| 1701g-5 | 24 Parts 1, 2 |
| 1701j-3 | 12 Parts 34, 560, 591 |
| 1701n-1 | 24 Part 942 |
| 1701q | 24 Parts 1, 2, 70, 247, 760, 891 29 Part 5 |
| 1701q-1 | 24 Part 30 |
| 1701s | 24 Parts 1, 2, 247 |
| 1701u | 24 Part 135 |
| 1701x | 24 Parts 1, 2 |
| 1701z—1701z-4 | 24 Parts 1, 2 |
| 1701z-11—1701z-12 | 24 Part 290 |
| 1701z-11 | 24 Part 207 |
| 1703 | 24 Parts 30, 121, 201—202 |
| 1706d | 24 Parts 205, 220 |
| 1706e | 24 Part 590 |
| 1707 | 24 Parts 205, 220, 234, 266 |
| 1707 note | 24 Part 58 |
| 1708 | 24 Part 25 |
| 1709—1709-1 | 24 Parts 205, 220 |
| 1709 | 24 Parts 25, 203, 207, 291 |

| 12 U.S.C.—Continued | CFR |
|---|---|
| 1709-1 | 24 Parts 233, 241 |
| 1710 | 24 Part 203 |
| 1713 | 24 Parts 205, 207, 220, 231, 290 |
| 1715 | 24 Parts 202a, 209, 211, 220, 252 |
| 1715b | 24 Parts 25, 202, 202a, 203, 205, 206, 207, 209, 211, 213, 220, 221, 231, 232, 234—236, 241—247, 251, 255, 290, 291 |
| 1715b-20 | 24 Part 206 |
| 1715c | 24 Part 5 |
| 1715e | 24 Parts 213, 220, 231 |
| 1715k—1715l | 24 Parts 205, 220, 231 |
| 1715l | 24 Parts 1, 2, 221, 247, 248 |
| 1715l note | 24 Part 290 |
| 1715n | 24 Parts 205, 242 32 Part 239 |
| 1715u | 24 Part 203 |
| 1715w | 24 Part 232 |
| 1715x | 24 Part 233 |
| 1715y | 24 Parts 220, 231, 234, 243 |
| 1715z—1720 | 24 Part 206 |
| 1715z | 24 Parts 232, 235 |
| 1715z-1 | 24 Parts 1, 2, 219—220, 236, 247, 401 |
| 1715z-1a | 24 Part 219 |
| 1715z-1b | 24 Parts 245, 290 |
| 1715z-2 | 24 Parts 1, 2 |
| 1715z-6 | 24 Part 241 |
| 1715z-7 | 24 Part 242 |
| 1715z-9 | 24 Parts 204, 251, 252, 255 |
| 1715z-11a | 24 Part 290 |
| 1715z-13a | 24 Parts 58, 1005 |
| 1715z-16 | 24 Parts 203, 220, 221, 235 |
| 1715z-20 | 24 Part 206 |
| 1716—1723h | 24 Part 81 |
| 1719 | 24 Part 81 |
| 1718 | 12 Part 1777 |
| 1720 | 24 Parts 1, 2 |
| 1721 | 24 Parts 320, 330, 350 |
| 1723 | 24 Part 31 |
| 1723a | 12 Parts 1770, 1777 24 Parts 81, 300, 320, 330, 340, 350, 390 |
| 1723i | 24 Part 30 |
| 1724—1730 | 12 Part 563c |
| 1724—1730a | 12 Part 561 |
| 1724—1728 | 12 Part 526 |
| 1724—1726 | 12 Parts 523, 543, 544, 546, 547, 552, 565, 569a, 570, 583, 584 |
| 1724 | 12 Part 390 |
| 1725—1726 | 12 Parts 501, 508, 510, 525, 541, 545, 548, 549, 551, 552, 555, 563b, 563c, 563e—563g, 569 |
| 1726—1730 | 12 Part 390 |
| 1728—1730a | 12 Parts 523, 543, 544, 546, 552, 562, 565, 569a, 581, 583, 584 |
| 1728—1730 | 12 Parts 386, 390, 572, 572a |
| 1728—1729 | 12 Parts 562, 565, 933 |
| 1728 | 12 Part 547 |
| 1730—1730a | 12 Part 547 |
| 1730 | 12 Parts 384, 386, 507, 545, 548, 551, 563f, 570 |
| 1730a | 12 Part 588 |
| 1735 | 24 Part 25 |
| 1735f-3 | 24 Parts 221, 241 |
| 1735f-7 note | 12 Part 590 |
| 1735f-7a | 12 Part 590 |
| 1735f-14—1735f-15 | 24 Part 30 |

16

## Authorities

| 12 U.S.C.—Continued | CFR |
|---|---|
| 1735f–19 | 24 Part 401 |
| 1749 | 24 Parts 1, 2 |
| 1749a | 29 Part 5 |
| 1749aaa–5 | 24 Part 244 |
| 1749bbb et seq | 44 Parts 80—83 |
| 1751 et seq | 12 Part 716 |
| 1751b | 24 Part 291 |
| 1752 | 12 Parts 700, 701, 708b, 721, 745 |
| 1752a | 12 Part 792 |
| 1755—1757 | 12 Part 701 |
| 1756 | 12 Parts 712, 714, 723, 742 |
| 1757 | 12 Parts 700, 703, 709, 711, 712, 714, 721, 723, 741, 745, 760 |
| 1757A | 12 Part 723 |
| 1759 | 12 Part 701 |
| 1761 | 12 Part 715 |
| 1761a—1761b | 12 Parts 701, 713 |
| 1761d | 12 Part 715 |
| 1762 | 12 Part 704 |
| 1765 | 12 Parts 724, 745 |
| 1766—1767 | 12 Part 701 |
| 1766 | 12 Parts 700, 702, 704, 708a—710, 708b, 712—714, 721—724, 740, 741—742, 745, 747—749, 790, 791—793, 795 |
| 1767 | 12 Parts 701, 709 |
|  | 31 Parts 203, 208, 312, 380 |
| 1772c–1 | 12 Part 705 |
| 1781—1790 | 12 Part 741 |
| 1781 | 12 Parts 704, 740, 745 |
| 1782 | 12 Parts 701, 712, 715, 745, 747 |
| 1783 | 12 Part 749 |
| 1784—1787 | 12 Part 747 |
| 1784 | 12 Parts 701, 712 |
| 1785—1786 | 12 Part 708b |
| 1785 | 12 Parts 708a, 712, 714, 723 |
| 1786 | 12 Parts 103, 709, 710, 712, 748, 796 |
|  | 17 Part 42 |
| 1787 | 12 Parts 701, 709, 710, 745, 724, 745 |
| 1788 | 12 Part 709 |
| 1789 | 12 Parts 701, 704, 708b, 709, 713, 714, 721—723, 740, 745, 749, 760, 790—792 |
| 1789a | 31 Parts 202, 208, 380, 709 |
| 1790d | 12 Parts 702, 741 |
| 1795—1795f | 12 Part 725 |
| 1795f | 12 Parts 790, 792 |
| 1813 | 12 Parts 303, 326, 328, 330, 347, 512, 513 |
| 1814—1817 | 12 Part 345 |
| 1814 | 12 Parts 25, 208, 563a |
| 1815—1820 | 12 Part 303 |
| 1815—1816 | 12 Part 325 |
| 1815 | 12 Parts 303, 308, 312, 326, 347 |
| 1816 | 12 Parts 25, 208, 333, 337, 362, 563a |
| 1817—1820 | 12 Part 338 |
| 1817—1819 | 12 Parts 303, 326, 327, 344 |
| 1817—1818 | 12 Parts 19, 225, 308, 509 |
| 1817 | 12 Parts 4, 31, 215, 225, 250, 261, 263, 304, 308, 330, 347, 350, 509, 563, 574 |
| 1818—1821 | 12 Part 337 |
| 1818—1819 | 12 Parts 307, 323, 331, 337, 353, 362 |
| 1818 | 12 Parts 1, 3, 4, 7, 18, 20, 21, 24, 27, 28, 30, 37, 41, 103, 208, 211, 217, 225, 261, 263, 308, 325, 330, 333—334, 364, 508, 908 |
|  | 17 Part 42 |
| 1819—1820 | 12 Parts 330, 336, 345—347 |

| 12 U.S.C.—Continued | CFR |
|---|---|
| 1819 | 12 Parts 309, 311—313, 325, 326, 328, 329, 331—335, 336, 340, 343, 347, 349, 350, 352, 357, 364, 366, 369 |
|  | 19 Part 366 |
| 1820 | 12 Parts 4, 19, 208, 308, 507, 509, 563, 1820 |
| 1821—1822 | 12 Part 330 |
| 1821 | 12 Parts 4, 261, 327, 331, 340, 360 |
| 1821f | 12 Part 337 |
| 1822 | 12 Parts 366, 367 |
|  | 19 Part 366 |
| 1823 | 12 Parts 208, 303, 348, 357, 360 |
| 1828 | 12 Parts 3, 25, 34, 208, 223, 225, 228, 262, 263, 303, 308, 325, 328, 329, 333, 337, 345, 347, 359, 362, 365, 545, 559, 560, 561, 563, 563a, 567—571, 573, 575 |
| 1828 note | 12 Parts 3, 325 |
| 1828a | 12 Part 362 |
| 1829 | 12 Part 308 |
| 1829b | 12 Parts 219, 308 |
|  | 17 Part 42 |
|  | 31 Part 103 |
| 1831 | 12 Parts 208, 304 |
| 1831 note | 12 Part 3 |
| 1831a | 12 Parts 303, 362 |
| 1831e | 12 Parts 303, 362 |
| 1831f | 12 Part 337 |
| 1831f–1 | 12 Part 337 |
| 1831i | 12 Parts 225, 308, 574 |
| 1831m | 12 Parts 4, 19, 263, 308, 363, 513 |
| 1831n note | 12 Part 325 |
| 1831o | 12 Parts 4, 6, 19, 208, 303, 308, 325, 563, 565 |
| 1831p | 12 Part 30 |
| 1831p–1 | 12 Parts 4, 30, 208, 225, 303, 308, 333, 364, 568, 570, 571 |
| 1831r–1 | 12 Part 208 |
| 1831u | 12 Part 345 |
| 1831w | 12 Parts 208, 303, 362 |
| 1831x | 12 Parts 208, 343, 536 |
| 1831y | 12 Parts 35, 207, 346, 533 |
| 1832 | 12 Part 308 |
| 1832c | 12 Part 308 |
| 1833 | 12 Part 517 |
| 1833a | 12 Part 1507 |
| 1833e | 12 Parts 4, 906, 361 |
| 1834a | 12 Part 1806 |
| 1835 | 12 Parts 3, 325, 567 |
| 1835a | 12 Parts 25, 208, 211, 303 |
| 1837n note | 12 Part 325 |
| 1841 et seq | 12 Part 211 |
| 1842—1844 | 12 Part 262 |
| 1842 | 12 Part 228 |
| 1843 | 12 Parts 225, 228, 303, 362, 1500 |
| 1844 | 12 Parts 225, 228, 261 |
| 1847 | 12 Part 263 |
| 1848 note | 12 Part 567 |
| 1867 | 12 Parts 4, 8, 304 |
| 1881—1884 | 12 Parts 21, 568, 570, 571 |
| 1881—1883 | 12 Part 326 |
| 1881n note | 12 Part 325 |
| 1882 | 12 Part 208 |
| 1884 | 12 Parts 263, 308 |
| 1951—1959 | 17 Part 42 |
|  | 31 Part 103 |
| 1951 et seq | 12 Parts 4, 261 |

# CFR Index

| 12 U.S.C.—Continued | CFR |
|---|---|
| 1972 | 12 Parts 19, 31, 215, 225, 263, 308 |
| 2001 | 12 Part 624 |
| 2011 | 12 Parts 611, 614, 616 |
| 2013 | 12 Parts 613—615, 618, 624, 626 |
|  | 31 Parts 202, 203, 380 |
| 2014 | 12 Parts 614, 615 |
| 2015 | 12 Parts 613—615, 619 |
| 2017—2018 | 12 Part 614 |
| 2018 | 12 Parts 614—616 |
| 2019—2020 | 12 Parts 615, 618 |
| 2019 | 12 Parts 614, 616 |
| 2021 | 12 Part 611 |
| 2071 | 12 Parts 611, 614, 616 |
| 2073—2075 | 12 Parts 614—616 |
| 2073 | 12 Parts 613, 618, 624, 626 |
| 2075—2076 | 12 Part 618 |
| 2075 | 12 Parts 613, 619 |
| 2076 | 12 Part 615 |
| 2091 | 12 Parts 611, 614, 616 |
| 2093 | 12 Parts 613—616, 618, 624, 626 |
| 2094 | 12 Parts 614, 616 |
| 2097 | 12 Parts 614, 616 |
| 2121 | 12 Parts 611, 614, 614m, 616 |
| 2122 | 12 Parts 613—616, 618, 624, 626 |
|  | 31 Parts 202, 203, 380 |
| 2124 | 12 Parts 614, 616 |
| 2128—2129 | 12 Part 613 |
| 2128 | 12 Parts 614—616, 618 |
| 2129 | 12 Parts 614, 216 |
| 2130 | 12 Part 616 |
| 2131 | 12 Parts 614, 616 |
| 2132 | 12 Part 615 |
| 2141 | 12 Parts 614, 616 |
| 2142 | 12 Part 611 |
| 2143 | 12 Part 613 |
| 2146 | 12 Part 615 |
| 2149 | 12 Parts 614, 616 |
| 2154 | 12 Parts 615, 616 |
| 2154a | 12 Parts 615, 616 |
| 2159 | 12 Part 624 |
| 2160 | 12 Parts 614, 616 |
| 2183 | 12 Parts 611, 614, 618, 627, 650, 651, 652 |
| 2184 | 12 Part 614 |
| 2199 | 12 Parts 614, 616, 617 |
| 2200 | 12 Parts 616, 618 |
| 2201 | 12 Parts 614, 616, 617 |
| 2202 | 12 Parts 614, 616 |
| 2202a | 12 Parts 614, 616, 617 |
| 2202b | 12 Part 615 |
| 2202c—2202e | 12 Parts 614, 616, 617 |
| 2203 | 12 Part 611 |
| 2206—2207 | 12 Part 614 |
| 2206 | 12 Part 616 |
| 2206a | 12 Parts 613, 614, 616 |
| 2208 | 12 Part 611 |
| 2209 | 12 Part 611 |
| 2211—2214 | 12 Parts 614, 616 |
| 2211—2213 | 12 Part 613 |
| 2211 | 12 Parts 615, 618 |
| 2218 | 12 Part 618 |
| 2219a—2219b | 12 Parts 614, 616, 617 |
| 2241—2245 | 12 Part 600 |
| 2243—2244 | 12 Parts 611, 614, 616, 618, 622, 623, 624 |
| 2243 | 12 Parts 601—605, 609, 612, 613, 615, 617, 619, 626, 627, 650, 651, 652 |

| 12 U.S.C.—Continued | CFR |
|---|---|
| 2244 | 12 Part 627 |
| 2245 | 5 Part 4101 |
| 2246 | 12 Parts 605, 619 |
| 2250 | 12 Part 607 |
| 2252 | 5 Part 4101 |
|  | 12 Parts 600, 602—605, 607, 608, 611—615, 617—621, 622, 623—626, 627, 630, 650, 651, 652 |
| 2253 | 12 Part 619 |
| 2254 | 12 Parts 612, 620, 624, 627, 630 |
| 2261—2273 | 12 Parts 622, 623 |
| 2277a–7 | 5 Part 4001 |
|  | 12 Parts 627, 1401—403, 1408, 1411 |
| 2277a–8 | 5 Part 4001 |
|  | 12 Parts 1402, 1403 |
| 2277a–10 | 12 Part 627 |
| 2277a–14 | 12 Part 1411 |
| 2278a–9 | 12 Part 611 |
| 2278b | 12 Part 615 |
| 2278b–6 | 12 Parts 611, 615 |
| 2279a | 12 Parts 614, 616, 619 |
| 2279a–2 | 12 Parts 614, 616 |
| 2279a–3 | 12 Part 616 |
| 2279a–2279f | 12 Part 611 |
| 2279b–2279b–2 | 12 Part 619 |
| 2279b | 12 Parts 614, 616 |
| 2279c–1 | 12 Parts 614, 616 |
| 2279f | 12 Parts 614, 616 |
| 2279f–1 | 12 Parts 614, 616 |
| 2279aa—227911 | 12 Parts 620, 621 |
| 2279aa | 12 Parts 614, 615 |
| 2279aa–3 | 12 Part 615 |
| 2279aa–4 | 12 Part 615 |
| 2279aa–5 | 12 Parts 611, 614 |
| 2279aa–6 | 12 Part 615 |
| 2279aa–7 | 12 Part 615 |
| 2279aa–8 | 12 Part 615 |
| 2279aa–10 | 12 Part 615 |
| 2279aa–11 | 12 Parts 650, 651, 652 655 |
| 2279aa–12 | 12 Part 615 |
| 2279bb–1—2279bb–6 | 12 Parts 650, 651, 652 |
| 2279bb | 12 Parts 650, 651, 652 |
| 2279cc | 12 Parts 650, 651, 652 |
| 2288—2290 | 12 Parts 810, 811 |
| 2601 et seq | 24 Parts 3500, 3800 |
| 2601 | 12 Parts 4, 261 |
| 2801 et seq | 12 Parts 4, 261, 338 |
| 2801—2810 | 12 Part 203 |
| 2810 et seq | 12 Part 528 |
| 2901 et seq | 12 Parts 4, 228, 261, 516, 543, 544, 546, 562 |
| 2901—2907 | 12 Parts 25, 208, 345, 563a |
| 2901 | 12 Parts 531, 563b, 575 |
| 2902 | 12 Part 228 |
| 2903 | 12 Part 225 |
| 2905 | 12 Part 225 |
| 3025 | 12 Part 607 |
| 3101 et seq | 12 Parts 4, 5, 28, 211, 261 |
| 3101—3111 | 12 Part 25 |
| 3101—3102 | 31 Parts 202, 380 |
| 3102 | 12 Parts 8, 19, 30, 308 |
|  | 31 Part 203 |
| 3103—3104 | 12 Parts 345, 347 |
| 3104 | 12 Part 303 |
| 3105 | 12 Parts 204, 208, 217, 263, 303, 347 |
| 3106 | 12 Part 225 |

# Authorities

| 12 U.S.C.—Continued | CFR |
|---|---|
| 3107 | 12 Part 263 |
| 3108 | 12 Parts 8, 19, 225, 263, 303, 308, 345, 347 |
| 3109 | 12 Part 347 |
| 3201 et seq | 12 Part 212 |
| 3201—3208 | 12 Parts 26, 212, 563f, 711 |
| 3207 | 12 Parts 303, 348, 711 |
| 3307 | 12 Part 1101 |
| 3310 | 12 Parts 208, 225 |
| 3331 et seq | 12 Parts 34, 564 |
| 3331—3352 | 12 Part 323 |
| 3333—3351 | 12 Parts 208, 225 |
| 3331 | 12 Part 34 |
| 3332 | 12 Part 1102 |
| 3335 | 12 Part 1102 |
| 3339 | 12 Part 722 |
| 3347 | 12 Part 1102 |
| 3348 | 12 Part 1102 |
| 3349 | 12 Parts 261, 308, 509 |
| 3401 et seq | 12 Part 4 |
|  | 29 Part 19 |
|  | 31 Part 14 |
|  | 32 Parts 271, 286f, 294, 504 |
| 3401—3422 | 12 Part 21 |
|  | 39 Part 233 |
| 3408 | 28 Part 47 |
| 3415 | 12 Part 219 |
| 3502 | 12 Part 526 |
| 3503 | 12 Part 204 |
| 3535 | 24 Part 201 |
| 3701—3717 | 24 Part 27 |
| 3751—3768 | 24 Part 27 |
| 3803 | 12 Part 560 |
| 3806 | 12 Parts 226, 560, 561, 563 |
| 3901 et seq | 12 Parts 28, 211 |
| 3906—3909 | 12 Parts 208, 225 |
| 3907 | 12 Parts 3, 225, 263, 325 |
| 3909 | 12 Parts 3, 19, 25, 225, 263, 308, 325 |
| 4001 et seq | 12 Part 229 |
| 4001—4010 | 12 Parts 210, 229 |
| 4101 note | 24 Part 248 |
| 4106 | 12 Part 561 |
| 4301 et seq | 12 Part 230 |
| 4311 | 12 Parts 707, 740 |
| 4402 | 12 Part 231 |
| 4501—4641 | 24 Part 81 |
| 4501 | 12 Parts 1700, 1780 |
| 4502 | 12 Part 1770 |
| 4513 | 12 Parts 1700, 1701, 1710, 1720, 1730, 1750, 1770, 1773, 1777, 1780 |
| 4514 | 12 Parts 1770, 1730, 1750, 1777 |
| 4516 | 12 Part 1701 |
| 4517 | 12 Parts 1720, 1770, 1777, 1780 |
| 4518 | 12 Part 1770 |
| 4521 | 12 Parts 1720, 1773, 1780 |
| 4522 | 12 Part 1710 |
| 4526 | 12 Parts 1700, 1710, 1720 |
| 4536 | 12 Part 1773 |
| 4611—4612 | 12 Part 1750 |
| 4611—4619 | 12 Part 1777 |
| 4614—4615 | 12 Part 1750 |
| 4618 | 12 Part 1750 |
| 4622—4623 | 12 Part 1777 |
| 4631 | 12 Parts 908, 1720, 1730, 1777 |
| 4631—4641 | 12 Part 1780 |
| 4631—4632 | 12 Part 1770 |

| 12 U.S.C.—Continued | CFR |
|---|---|
| 4632—4641 | 12 Part 908 |
| 4632 | 12 Parts 1720, 1730 |
| 4635 | 12 Part 1777 |
| 4636 | 12 Parts 1720, 1770 |
| 4639 | 12 Part 1710 |
| 4641 | 12 Part 1770 |
| 4703 | 12 Parts 1805, 1806, 1815 |
| 4703 note | 12 Parts 1805, 1806, 1815 |
| 4710 | 12 Part 1805 |
| 4713 | 12 Part 1806 |
| 4717 | 12 Parts 19, 308, 509, 1805, 1806, 1815 |
| 4808 | 12 Part 325 |
| 5001—5018 | 12 Parts 210, 229 |

| 13 U.S.C. | |
|---|---|
| 3 | 15 Parts 50, 100 |
| 4 | 15 Parts 70, 90, 101 |
| 8 | 15 Parts 50, 80, 503 |
|  | 22 Part 503 |
| 141 | 15 Part 101 |
| 181 | 15 Part 90 |
| 195 | 15 Part 101 |
| 301—307 | 15 Part 30 |
| 301—302 | 19 Part 360 |

| 14 U.S.C. | |
|---|---|
| 2 | 33 Parts 1, 26, 80, 82 |
| 81 | 33 Part 74 |
| 83 | 33 Part 66 |
| 84 | 33 Parts 66, 70 |
| 85—86 | 33 Part 74 |
| 85 | 33 Parts 62, 66, 67, 72, 74, 118, 147 |
| 86 | 33 Part 70 |
| 92—93 | 33 Part 74 |
| 92 | 33 Parts 17, 50, 70, 76 |
| 141 | 33 Parts 74, 107 |
| 182 | 33 Part 40 |
| 351 | 33 Part 45 |
| 371 | 33 Part 45 |
| 425 | 33 Part 52 |
| 500 | 33 Part 13 |
| 515 | 33 Part 55 |
| 631 | 33 Part 1 |
| 632—633 | 33 Parts 1, 74 |
| 633 | 33 Parts 2, 3, 5, 8, 13, 17, 25, 33, 40, 60, 62, 64, 67, 72, 80, 82, 114—116, 118, 145, 153, 154 |
|  | 46 Parts 1, 7, 10 |
| 638—639 | 33 Part 23 |
| 641 | 33 Part 76 |
| 642 | 33 Parts 70, 74 |
| 647 | 33 Part 74 |
| 664 | 33 Part 143 |
|  | 46 Part 67 |
| 892 | 33 Part 5 |
| 1480 | 7 Part 1810 |

| 15 U.S.C. | |
|---|---|
| 14 et seq | 7 Part 1479 |
| 18a | 16 Parts 2, 801—803 |
| 19 | 12 Part 212 |
| 20 | 17 Part 270 |
| 30 | 17 Part 270 |
| 41 et seq | 16 Parts 5, 423, 433, 435, 455, 460 |
| 41—58 | 16 Parts 14, 20, 251, 254, 255, 259, 260, 410, 414, 425, 429, 432, 436 |
| 45—46 | 16 Parts 3, 18, 23, 24, 228, 233, 238—240 |

# CFR Index

**15 U.S.C.—Continued**                                 CFR

45............................16 Parts 24, 460, 1025, 1630
46...............................................5 Part 5701
                                        9 Parts 203
                        16 Parts 0—5, 17, 453, 1605
49—50 .........................................16 Part 1605
                                        27 Parts 6, 8, 10, 11
57................................................16 Part 424
57a............................12 Parts 227, 535, 706
                    16 Parts 1, 14, 435, 444, 453, 456
                                        48 Part 435
57b–4 ..........................................16 Part 14
68 et seq ...............................16 Parts 300, 303
68b..............................................16 Part 300
69 et seq......................................16 Part 301
69e—69f.......................................16 Part 301
70 et seq ...............................16 Parts 300, 303
70e..............................................16 Part 303
70j...............................................16 Part 303
70o..............................................17 Part 257
73—74.........................................19 Part 159
77................................................17 Part 239
77b..............................................17 Part 230
77c—77d ..............................17 Parts 230, 240
77d–1—77d–2.............................17 Part 240
77e........................................17 Parts 228—229
77f—77h ....17 Parts 200, 201, 210, 228—230, 232,
                            239, 260, 270, 274
77f.........................................17 Parts 201, 250
77g..............17 Parts 201, 210, 228, 229 240, 242
77h .................................17 Parts 201, 210, 228, 229
77h–1 .....................................17 Parts 201, 209
77j ......17 Parts 201, 210, 228—230, 232, 239, 240,
                            260, 270, 274
77k........................................17 Parts 228—229
77l.............................................12 Part 200
77o..............................................17 Part 200
77q........................................17 Parts 242, 270, 274
77r.........................................17 Parts 201, 230
77s—77t..............................17 Parts 202, 203
77s........17 Parts 200, 201, 205, 210, 228—230, 232,
            239—240, 242, 250, 270, 274, 285, 288—
                                        290
77u..........................................17 Parts 201, 209
77z–2 ...............17 Parts 210, 228—229, 239—240
77z–3 ...............17 Parts 210, 228—230, 239—240
77aa..............................17 Parts 210, 228—229
77uu.............................................12 Part 4
77ddd—77eee....................17 Parts 228—229, 269
77eee ......17 Parts 228—229, 240, 250, 260, 270
77ggg—77jjj................17 Parts 229, 240, 269
77ggg .........17 Parts 200, 228, 229, 240, 250, 260,
                                        270
77hhh............................17 Parts 200, 228, 229
77iii ...........................................17 Part 228
77jjj ....................................17 Parts 228—229, 260
77nnn .......17 Parts 200, 228—229, 240, 250, 260,
                                        270
77sss—77ttt..........................17 Parts 201, 240
77sss ........17 Parts 200, 202, 203, 228—230, 232,
            239—240, 250, 260, 269, 270,
77ttt............................................17 Part 240
77uuu..........................................12 Part 261
                            17 Parts 200, 202, 203, 260
78...............................12 Parts 19, 308, 509, 513
78a et seq ....................17 Parts 200, 249, 249b
78a–1 ..........................................17 Part 249b

                                                        CFR
**15 U.S.C.—Continued**

78b—78c ......................................12 Part 341
78b ......................................12 Parts 208, 240
                                        17 Part 242
78c........12 Parts 8, 9, 20, 210, 221, 229, 239—240,
            341, 244, 563b—563d, 563g, 569
            17 Parts 201, 210, 229, 230, 232, 239—
                    240, 242, 243, 260, 270, 274
78d ..........................17 Parts 200, 230, 240, 270
78d–1—78d–2 .........................17 Parts 200—203
78d–1 ........................................12 Part 563d
78d–3 ..........................................17 Part 205
78e ......................................17 Parts 200, 240
78f—77h.......................................17 Part 210
78f.........................................17 Parts 240, 244
78g—78h ......................................12 Part 200
78g .........................12 Parts 220, 221, 224, 240
                            17 Parts 41, 240, 242
78i—78j ................17 Parts 229, 240, 243, 244
78i.......................................17 Parts 200, 242
78j ...................................17 Parts 230, 242, 244
78j–1 .....................................17 Parts 210, 240
78k...........................................17 Parts 200, 240
78k–1...............................12 Parts 240, 242
                                        17 Part 200
78l.......................12 Parts 8, 11, 208, 240, 563b
78l—78o ....................12 Parts 240, 563c, 563d
                17 Parts 201, 210, 228—230, 232, 239—
                            240, 260, 270, 274
78ll—78n .....12 Parts 206, 239, 563b, 563d, 563g,
                                        569
78l...........12 Parts 238, 239, 240, 308, 335, 512
                            17 Parts 210, 242
78m—78n ...........12 Parts 11, 228—230, 240, 274,
                                    563b, 563c
78m ......................17 Parts 200, 242—244, 250
                                        12 Part 335
78mm...............................17 Parts 244, 248
78n.......................................17 Parts 200, 242
                                        12 Part 335
78o ....17 Parts 200, 201, 220, 239, 240, 242—244,
                                    250, 274
78o–3 ..........................................17 Part 201
78o–4 ....................12 Parts 10, 19, 208, 263, 308
                            17 Parts 200, 228—230
78o–5.............12 Parts 19, 263, 308, 368, 509
            17 Parts 228, 229, 240, 263, 400—405,
                                    449, 450
78p ........................12 Parts 11, 206, 563c, 563g
                                        12 Part 335
                                        17 Part 240
78q—78w ......................................12 Part 10
78q—78q–1 ...............................12 Parts 9, 341
                            17 Parts 248, 249b
78q...........12 Parts 4, 208, 220, 221, 242, 249, 261
                            17 Parts 200, 210, 240, 242
78q–1 ..............12 Parts 19, 208, 308   15 Part 19
                                        17 Part 200
78s ..........................................12 Parts 9, 308
                                        15 Part 19
                            17 Parts 201, 210, 240
78t—78u .....................................17 Part 202
78t...............................................17 Part 230
78t–1 ...........................................17 Part 200
78u .......................................12 Parts 19, 308
                            17 Parts 200, 203, 260
78u–2—78u–3................................17 Part 201

# Authorities

| 15 U.S.C.—Continued | CFR |
|---|---|
| 78u–2 | 12 Parts 19, 263, 308, 509 |
| | 17 Part 209 |
| 78u–3 | 12 Parts 19, 308 |
| | 17 Part 209 |
| 78u–5 | 17 Parts 210, 228—229, 239—240 |
| 78v | 17 Parts 201, 209 |
| 78w—78x | 17 Part 240 |
| 78w | 12 Parts 9, 11, 19, 206, 208, 220, 221, 245, |
| | 248, 274, 308, 335, 341, 563b—563d, |
| | 563g, 569 |
| | 17 Parts 200, 201, 205, 209, 210, 228— |
| | 230, 232, 239, 242—244, 248, 249b, 250, |
| | 270, 279, 285 |
| 78x | 17 Parts 201, 240 |
| 78bb | 17 Part 270 |
| 78dd–1—78dd–2 | 28 Part 80 |
| 78dd–1 | 17 Part 242 |
| 78ee | 17 Parts 250, 270 |
| 78ll | 17 Parts 200, 202, 210, 228—230, 232, 239— |
| | 240, 260, 269 |
| 78mm | 17 Parts 210, 228—230, 239—240, 242, |
| | 243, 244 |
| 78ccc | 17 Parts 300, 301 |
| 78fff | 17 Part 300 |
| 78o | 17 Part 274 |
| 79 | 17 Part 257 |
| | 18 Part 141 |
| 79 et seq | 47 Part 1 |
| 79b—79c | 17 Parts 201, 260, 270 |
| 79c | 17 Parts 239, 250 |
| 79e—79g | 17 Parts 239, 250 |
| 79e | 17 Parts 200, 210, 229 |
| 79i—79j | 17 Parts 250, 259 |
| 79j | 17 Parts 210, 229, 239 |
| 79l—79o | 17 Parts 239, 259 |
| 79m—79o | 17 Part 250 |
| 79m | 17 Part 256 |
| 79n | 17 Parts 200, 210, 229 |
| 79o | 17 Parts 256, 257 |
| 79q—79r | 17 Part 260 |
| 79q | 17 Parts 239, 240, 259 |
| 79r | 17 Parts 202, 203, 260 |
| 79s—79t | 17 Part 201 |
| 79t | 17 Parts 200, 202, 203, 210, 229, 230, 232, |
| | 239—240, 250, 256, 257, 259, 270 |
| 79v | 17 Part 200 |
| 79z–5a | 17 Part 201 |
| 80a–1 et seq | 17 Part 270 |
| 80a–2 | 17 Part 239 |
| 80a–3 | 17 Part 239 |
| 80a–6—80a–8 | 17 Part 270 |
| 80a–8 | 17 Parts 200, 201, 210, 220, 228—230, |
| | 232, 239, 270, 274 |
| 80a–9 | 17 Parts 201, 209, 229, 239 |
| 80a–10 | 17 Parts 239, 270 |
| 80a–11 | 17 Part 270 |
| 80a–13 | 17 Parts 239, 270 |
| 80a–15—80a–19 | 17 Part 270 |
| 80a–18 | 17 Part 274 |
| 80a–20 | 17 Parts 200, 210, 229, 240 |
| 80a–22 | 17 Part 270 |
| 80a–23 | 17 Parts 240, 242, 270 |
| 80a–24 | 17 Parts 200, 230, 239, 270, 274 |
| 80a–26—80a–31 | 17 Part 270 |
| 80a–26 | 17 Parts 239, 274 |
| 80–28 | 17 Part 230 |

| 15 U.S.C.—Continued | CFR |
|---|---|
| 80a–29—80a–30 | 17 Parts 200, 210, 228—230, |
| | 232, 239, 244 |
| 80a–29 | 17 Parts 240, 242, 243, 270, 274 |
| 80a–30 | 17 Parts 228—229, 248, 270 |
| 80a–31 | 17 Parts 210, 229 |
| 80a–34 | 17 Part 270 |
| 80a–37—80a–41 | 17 Parts 201, 209, 229, 230, 240 |
| 80a–37—80a–38 | 17 Parts 260, 270 |
| 80a–37 | 17 Parts 200—203, 205, 210, 228—230, |
| | 232, 239, 240, 242, 248, 260, 270 |
| 80a–37a | 17 Part 210 |
| 80a–38 | 17 Parts 201, 205, 229 |
| 80a–39 | 17 Parts 201, 229, 270 |
| 80a–40 | 17 Part 201 |
| 80a–41 | 17 Parts 200—203, 260 |
| 80a–44 | 17 Parts 200, 201, 209 |
| 80b–1 et seq | 17 Part 279 |
| 80b–2—80b–4 | 17 Part 275 |
| 80b–3—80b–4 | 17 Parts 200, 240, 260, 270 |
| 80b–3 | 17 Parts 201, 209, 210 |
| 80b–4 | 17 Parts 240, 248 |
| 80b–4a | 17 Part 275 |
| 80b–5 | 17 Part 200 |
| 80b–6 | 17 Part 275 |
| 80b–6a | 17 Part 275 |
| 80b–9 | 17 Parts 200—203, 209, 260 |
| 80b–10 | 17 Part 200 |
| 80b–11—80b–12 | 17 Part 201 |
| 80b–11 | 17 Parts 200, 202, 203, 205, 209, 210, |
| | 228—229, 240, 248, 260, 270, 275, 279 |
| 80b–12 | 17 Part 209 |
| 80c–39 | 17 Parts 260, 270 |
| 80c–89 | 17 Part 270 |
| 80w–37 | 17 Parts 260, 270 |
| 136a | 40 Part 154 |
| 136d | 40 Parts 154, 162 |
| 136g | 40 Part 162 |
| 136s | 40 Part 162 |
| 136v | 40 Part 162 |
| 136w | 40 Parts 154, 162 |
| 189—189a | 46 Part 206 |
| 192 | 46 Part 206 |
| 205a | 15 Parts 1160, 1170 |
| 205b | 48 Part 3410 |
| 228 | 15 Parts 77e, 77f, 77g, 77h, 77j, 77k, 77s, |
| | 77z–2, 77z–3, 77aa, 77, 77ddd, 77eee, |
| | 77ggg, 77hhh, 77iii, 77jjj, 77nnn, |
| | 77sss, 78c, 78i, 78j, 78l, 78m, 78n, 78o, |
| | 78u–5, 78w, 78ll, 78ll, 78mm, 79e, 79n, |
| | 79t, 80a–8, 80a–29, 80a–30, 80a–31, 80a– |
| | 37, 80b–11 |
| 234 | 15 Part 241 |
| 236 | 15 Part 241 |
| 238—240 | 15 Part 240 |
| 260—267 | 49 Part 71 |
| 272 et seq | 15 Part 285 |
| 275a | 15 Parts 200, 230 |
| 277 | 15 Parts 200, 230, 265 |
| 278e | 15 Part 65 |
| 278k | 15 Part 290 |
| 278l | 15 Part 292 |
| 288n | 15 Part 295 |
| 311 note | 15 Part 903 |
| 313 | 15 Part 911 |
| 313 note | 15 Part 946 |
| 328 | 32 Part 736 |

21

## CFR Index

| 15 U.S.C.—Continued | CFR |
|---|---|
| 331 | 21 Parts 101, 163, 201, 299, 314, 432, 606, 607 |
| 402 | 21 Part 2 |
| 409 | 21 Part 2 |
| 631 et seq | 43 Parts 145, 3420 |
| 632 | 13 Parts 121, 126, 134 |
| 633—634 | 13 Parts 101, 113 |
| 633 | 33 Part 25 |
| | 13 Part 106 |
| 634 | 13 Parts 103, 105, 114, 120—125, 130, 134, 140, 142, 143, 146 |
| 636 | 13 Parts 106, 120, 121, 123, 124 |
| | 40 Part 21 |
| 637 | 13 Parts 105, 106, 121, 124, 125, 134 |
| 642 | 13 Parts 103, 105 |
| 644 | 13 Part 121 |
| | 20 Part 654 |
| | 48 Part 2819 |
| 645 | 13 Part 105 |
| 648 | 13 Parts 130, 134 |
| 656 | 13 Part 134 |
| 657a | 13 Part 126 |
| 657f | 13 Part 125 |
| 662 | 13 Part 134 |
| 681 et seq | 13 Part 107 |
| 683 | 13 Part 107 |
| 687 | 13 Parts 101, 107, 113, 134 |
| 687b | 13 Parts 107, 115 |
| 687c | 13 Part 115 |
| 687d | 13 Part 107 |
| 687g | 13 Part 107 |
| 687m | 13 Part 107 |
| 691 note | 24 Parts 1, 2 |
| 694a—694b | 13 Part 115 |
| 694b note | 13 Part 115 |
| 713a–14 | 7 Part 1494 |
| 713c | 7 Part 250 |
| 714 et seq | 7 Parts 15, 1436—1437, 1439, 1446, 1476, 1478, 1480, 1481 |
| 714 | 7 Parts 707, 1424, 1474 |
| 714b—714c | 7 Parts 729, 780, 1401, 1403—1405, 1412, 1413, 1421, 1423—1425, 1427, 1430, 1434, 1435, 1446, 1447, 1464, 1466, 1493 |
| 714b | 7 Parts 24, 707, 718, 1402, 1407—1409, 1477, 1493 |
| 714c | 7 Parts 1402, 1477, 1484, 1485, 1488, 1493, 1494 |
| 714g—714h | 7 Part 24 |
| 714j | 7 Part 1425 |
| 714m | 7 Part 1443 |
| 717 et seq | 18 Parts 1b, 154, 271, 273, 274 |
| 717—717z | 18 Parts 3, 385, 390 |
| 717—717w | 18 Parts 2, 152, 154, 157, 161, 201, 225, 250, 260, 270, 274, 275, 281, 284, 340, 375, 381, 382 |
| 717b | 18 Part 153 |
| 717b | 10 Part 590 |
| 717f | 18 Part 156 |
| 717g | 18 Part 3c |
| 717i | 18 Part 158 |
| 717n | 18 Part 156 |
| 717o | 18 Parts 3a, 3b, 153 |
| 719 et seq | 10 Parts 500, 504 |
| 719 | 43 Part 34 |
| 719g | 10 Part 1534 |

| 15 U.S.C.—Continued | CFR |
|---|---|
| 719o | 10 Part 1534 |
| 744 | 10 Part 125 |
| 751 et seq | 10 Parts 205, 218 |
| 761 et seq | 10 Parts 450, 1003 |
| | 18 Part 271 |
| 761 | 10 Part 625 |
| 781 | 12 Parts 507—509a, 513 |
| 787 et seq | 10 Parts 205, 207, 218 |
| 791 et seq | 18 Parts 207, 271 |
| 791—798 | 18 Part 290 |
| 1096 | 19 Part 133 |
| 1112 | 37 Part 6 |
| 1123 | 37 Parts 2, 3, 6, 7, 10, 11 |
| 1124 | 19 Part 133 |
| 1177 | 28 Part 9 |
| 1191—1204 | 16 Parts 1011, 1012, 1015, 1016, 1031, 1602, 1610, 1615, 1616 |
| 1191 | 16 Parts 1009, 1015 |
| 1191 note | 16 Part 1602 |
| 1193—1194 | 16 Parts 1611, 1630—1632 |
| 1193 | 16 Part 1052 |
| 1194 | 16 Parts 1025, 1605, 1608 |
| 1196 | 16 Part 1019 |
| 1197 | 16 Parts 1608, 1630, 1631 |
| 1198 | 16 Part 1009 |
| 1202 | 16 Part 1019 |
| 1203 | 16 Part 1061 |
| 1211—1214 | 16 Parts 1011, 1012, 1015, 1016 |
| 1211 | 16 Part 1015 |
| 1213 | 16 Part 1750 |
| 1261—1278 | 16 Parts 1015, 1500 |
| 1261—1276 | 21 Part 1230 |
| 1261—1274 | 16 Parts 1011, 1012, 1016, 1031 |
| 1261—1262 | 16 Parts 1501, 1502, 1505, 1508—1513 |
| 1261 | 16 Parts 1009, 1015, 1507 |
| 1261n | 16 Part 1061 |
| 1262 | 16 Part 1507 |
| 1263 | 16 Part 1019 |
| 1264 | 16 Part 1019 |
| 1269 | 16 Parts 1501, 1502, 1505, 1509 |
| 1273 | 16 Parts 1009, 1019 |
| 1275—1276 | 16 Part 1031 |
| 1313 | 28 Part 49 |
| 1391 | 49 Part 571 |
| 1392 | 49 Parts 5, 525, 555, 557, 566, 570, 587, 588 |
| 1397 | 49 Parts 566, 568, 570, 571, 579 |
| 1399 | 49 Part 571 |
| 1401—1407 | 49 Part 594 |
| 1401 | 49 Parts 510, 566, 587, 588 |
| 1403 | 49 Parts 555, 568, 587 |
| 1407 | 49 Parts 5, 510, 525, 556, 557, 566, 569, 570, 587, 588 |
| 1408 | 49 Part 555 |
| 1410 | 49 Part 525 |
| 1411—1420 | 49 Part 579 |
| 1416 | 49 Part 557 |
| 1417 | 49 Part 556 |
| 1421—1423 | 49 Part 571 |
| 1424 | 49 Part 569 |
| 1437 | 15 Part 942 |
| 1442 | 49 Part 571 |
| 1451—1461 | 21 Parts 10, 12—15, 601 |
| 1453—1455 | 16 Parts 500, 503 |
| | 21 Parts 1, 26, 101, 501 |

# Authorities

| 15 U.S.C.—Continued | CFR |
|---|---|
| 1453 | 21 Parts 101, 501 |
| 1454—1455 | 16 Parts 501, 502 |
| 1454 | 15 Part 12 |
| | 21 Parts 26, 101 |
| 1455 | 21 Parts 26, 101, 530 |
| 1471—1476 | 16 Parts 1011, 1012, 1015, 1016, 1700 |
| 1471—1474 | 16 Part 1701 |
| 1471—1472 | 16 Part 1702 |
| 1471 | 16 Parts 1009, 1015 |
| 1474 | 16 Part 1502 |
| 1476 | 16 Parts 1061, 1701 |
| 1478 | 16 Part 1701 |
| 1501 | 15 Parts 1, 15 |
| 1512—1513 | 15 Part 15 |
| 1512 | 15 Parts 101, 1160, 1170, 1400 |
| 1515 | 15 Part 15 |
| 1518 | 15 Part 15 |
| 1520 | 46 Part 206 |
| 1525 | 15 Part 911 |
| 1525—1527 | 15 Part 50 |
| 1601 et seq | 12 Part 701 |
| 1601—1693r | 14 Part 374 |
| 1601—1607 | 12 Part 600 |
| 1601 | 16 Part 14 |
| | 32 Parts 43a, 552 |
| 1604 | 12 Part 213 |
| 1607d | 16 Part 14 |
| 1637 | 12 Part 226 |
| 1667f | 12 Part 213 |
| 1673 | 5 Parts 581, 582 |
| | 15 Part 15 |
| | 20 Parts 350, 363 |
| | 29 Part 870 |
| | 32 Part 54 |
| | 42 Part 21 |
| 1675—1676 | 29 Part 870 |
| 1681 et seq | 16 Part 1 |
| 1681a | 12 Parts 41, 222, 232, 334, 364, 571, 717 |
| | 16 Parts 603, 613, 614 |
| 1681b | 12 Parts 41, 222, 232, 334, 364, 571, 717 |
| 1681c—1 | 16 Part 613 |
| 1681e | 16 Part 698 |
| 1681g | 16 Part 698 |
| 1681j | 16 Part 698 |
| 1681m | 16 Part 642, 698 |
| 1681s | 5 Part 698 |
| | 12 Parts 30, 41, 208, 211, 222, 225, 334, 364, 568, 570, 571, 698, 717, 748 |
| | 16 Parts 600, 602, 603 |
| 1681w | 12 Parts 30, 41, 208, 211, 225, 364, 568, 570, 571, 717, 748 |
| | 17 Part 248 |
| 1681x | 16 Part 611 |
| 1681 | 12 Part 211 |
| 1691 et seq | 12 Parts 27, 202a, 338, 626 |
| 1691—1691a | 12 Parts 523, 528 |
| 1691—1691f | 12 Part 202 |
| 1691 | 12 Parts 528, 531 |
| | 13 Part 113 |
| 1692o | 16 Part 901 |
| 1693 et seq | 12 Parts 533, 555 |
| 1693b | 12 Part 205 |
| 1701 et seq | 24 Part 1710 |
| 1714 | 24 Part 3800 |
| 1717a | 24 Part 30 |
| 1718 | 24 Parts 1710, 1715, 1720 |

| 15 U.S.C.—Continued | CFR |
|---|---|
| 1801 et seq | 28 Part 48 |
| 1823—1825 | 9 Part 11 |
| 1825 | 9 Part 12 |
| 1828 | 7 Part 1 |
| | 9 Parts 11, 12, 160—162 |
| 1841 note | 13 Parts 400, 500 |
| 1912 | 49 Parts 5, 555 |
| 1914 | 49 Parts 510, 512 |
| 1915 | 49 Part 555 |
| 1941 | 49 Part 5 |
| 1944 | 49 Parts 510, 512 |
| 1988 | 49 Part 5 |
| 1990d | 49 Parts 510, 512 |
| 2001 et seq | 40 Part 600 |
| | 49 Part 5 |
| 2001—2003 | 49 Part 600 |
| 2001—2002 | 49 Part 535 |
| 2001 | 40 Parts 9, 451 |
| | 49 Parts 529, 553 |
| 2002—2003 | 49 Parts 526, 533 |
| 2002 | 49 Parts 511, 523, 525 |
| 2003 | 40 Parts 9, 451 |
| 2005—2006 | 49 Part 600 |
| 2005 | 40 Parts 2, 9, 451 |
| | 49 Parts 512, 525, 537, 555 |
| 2006 | 40 Parts 9, 451 |
| 2008 | 49 Part 511 |
| 2013 | 40 Part 600 |
| 2021—2023 | 49 Part 542 |
| 2021—2022 | 49 Part 567 |
| 2021 | 40 Part 610 |
| 2022 | 49 Part 591 |
| 2025 | 49 Parts 543 |
| 2051 et seq | 16 Part 1032 |
| 2051—2084 | 16 Part 1015 |
| 2051—2081 | 16 Parts 1011, 1012, 1016, 1031 |
| 2051—2052 | 16 Parts 1201, 1202, 1204, 1205 |
| 2051 | 5 Part 8101 |
| | 16 Parts 1009, 1015, 1030, 1207, 1401, 1402, 1404, 1406 |
| 2053 | 16 Part 1009 |
| 2054 | 16 Part 1204 |
| 2055 | 16 Parts 1101, 1116 |
| 2056—2058 | 16 Part 1201 |
| 2056 | 16 Parts 1105, 1202—1204, 1205, 1207, 1210, 1212, 1213 |
| 2057—2058 | 16 Parts 1301—1305 |
| 2058—2060 | 16 Parts 1213, 1306 |
| 2058 | 16 Parts 1052, 1202—1204, 1205, 1207, 1210, 1212 |
| 2061 | 16 Part 1115 |
| 2063 | 16 Parts 1201, 1202—1204, 1205, 1207, 1209, 1211, 1212 |
| 2064—2066 | 16 Part 1115 |
| 2064 | 16 Parts 1025, 1630 |
| 2065 | 16 Parts 1117, 1118, 1202—1204, 1209, 1211, 1212, 1605 |
| | 40 Part 762 |
| 2066 | 16 Parts 1009, 1212 |
| 2067 | 16 Part 1019 |
| 2068—2071 | 16 Part 1115 |
| 2068 | 16 Parts 1019, 1118, 1201, 1202, 1204, 1205 |
| 2069 | 16 Part 1025 |
| 2073 | 16 Part 1115 |
| 2074 | 16 Part 1204 |
| 2075 | 16 Part 1061 |

23

## CFR Index

**15 U.S.C.—Continued**    CFR

2076...16 Parts 1015, 1025, 1052, 1115, 1118, 1212, 1401, 1402, 1404, 1406, 1605
2079...16 Parts 1115, 1145, 1207, 1210, 1212, 1505, 1507, 1508, 1510, 1605, 1610, 1611, 1615, 1616, 1632, 1700—1702
2082—2083 .....................................16 Part 1031
2082...........................................16 Parts 1209, 1404
2084...........................................16 Parts 1115, 1116
2101 et seq .....................................16 Part 304
2111...........................................16 Part 1009
2201 et seq.............................44 Parts 15, 152
2210...........................................44 Part 151
2214...........................................44 Part 150
2218...........................................44 Part 151
2301...........................................16 Part 700
2302...........................................16 Parts 701, 702
2309 ....................16 Parts 455, 701—703, 710
2310...........................................16 Parts 703, 710
2601 et seq ......................40 Parts 30—32, 34, 35
2601—2671...........................40 Parts 3, 9, 451
2603...........................40 Parts 766, 790—792, 795—799
2604 ..................40 Parts 720, 721, 723, 725, 747
2604f...........................................40 Part 747
2605 ......40 Parts 704, 745, 747, 749, 750, 761, 763
2607 ........40 Parts 2, 704, 710, 716, 717, 720, 721, 725, 745, 749, 761, 763, 766, 791
2609 ...........................................40 Part 46
2610 ...........................................40 Part 2
2611—2612.....................................40 Part 707
2611...........................40 Parts 761, 795, 799
2613...........................40 Parts 720, 725
2614...........................................40 Part 761
2615 ...........................40 Parts 22, 745
2616...........................................40 Part 761
2618...........................................40 Part 23
2619...........................................40 Part 702
2622...........................................29 Part 24
2625 ....................40 Parts 700, 721, 725, 799
2643...........................................40 Part 763
2646...........................................40 Part 763
2665...........................40 Parts 195, 700
2681—2692.....................................40 Part 745
2781...........................................15 Part 291
2801 et seq .....................................16 Part 306
3301 et seq .....................................7 Part 2900
18 Parts 154, 270, 274
3301—3432.........18 Parts 2, 3, 152, 154, 158, 161, 201, 225, 250, 260, 275, 280, 281, 375, 382, 385, 390
3423—3432.....................................18 Part 284
3432...........................................18 Part 225
3701...........................................41 Part 109—50
3701 note .....................................15 Part 270
3704b–2 .......................................15 Part 1180
3710 .............................15 Parts 1160, 1170
41 Part 109—50
3710b .........................................14 Part 1240
3717...........................................12 Part 701
4011—4021.....................................15 Part 325
4201 et seq .....................................15 Part 904
4244...........................................15 Part 960
4401 et seq .....................................16 Part 307
4908...........................................15 Part 801
5001...........................................15 Part 1150
5401 et seq .....................................15 Part 280
5602...........................................7 Part 1494

**15 U.S.C.—Continued**    CFR

5615...........................................7 Part 1494
5661—5662.....................................7 Part 1494
5676...........................................7 Part 1494
5701 et seq .....................................16 Part 308-
6001—6006 .....................................16 Part 1203
6101—6108.....................................15 Part 310
16 Part 310
6501 et seq .....................................16 Part 312
6701...........................................31 Part 50
6801 et seq..........12 Parts 40, 216, 313, 332, 573, 716
16 Part 313
17 Parts 160, 248
6801 ........12 Parts 30, 41, 208, 211, 225, 263, 308, 364, 568, 570, 571, 717, 748
16 Part 314
6805 ........12 Parts 30, 41, 208, 211, 225, 263, 308, 364, 568, 570, 571, 717, 748
16 Part 314
7001...........................................12 Part 749
27 Part 73
40 Part 3
7004 ...........................................27 Part 73
7201 et seq ...............15 Parts 228, 229, 240, 249
17 Part 232
7202 ......17 Parts 200, 201, 205, 228, 229, 240, 249
7241 ..................17 Parts 228, 229, 240, 249
12 Parts 1437—7244
7241—7244 .....................................15 Part 11
12 Part 335
7245 ...........................................17 Part 205
7261...........................................17 Part 244
12 Parts 11, 335
15 Part 11
7262 ..................17 Parts 205, 210, 228, 240, 249
12 Parts 11, 335
15 Part 11
7263...........................................17 Part 240
7264—7265.....................................17 Part 249
12 Part 335
15 Part 11
7301 et seq .....................................15 Part 270
7601—7610.....................................16 Part 315
7701—7713.....................................16 Part 316

**16 U.S.C.**

1 et seq .....................................36 Parts 9, 51
1.............36 Parts 1—8, 10, 12, 13, 20, 25, 28, 34
43 Part 36
48 Parts 1437, 1452
1a–2 ...........................................36 Parts 3, 13
1a–5 ...........................................36 Part 62
1b—1c.....................................36 Parts 10, 20, 25
2 .............................36 Parts 9, 10, 20, 25
3...........36 Parts 1—13, 20, 21, 25, 28, 30, 34, 242
43 Parts 21, 36, 8350
50 Part 100
4 .............................................36 Part 9
5 .............................................36 Part 14
9a.....................36 Parts 1, 2, 4, 5, 7, 8, 12, 25
20 ............................................36 Part 13
36—36a .......................................36 Part 10
40a ...........................................43 Part 17
47–1 ..........................................36 Part 34
47a ...........................................43 Part 17
57a ...........................................16 Part 424
79 ............................................36 Part 14

## Authorities

| 16 U.S.C.—Continued | CFR |
|---|---|
| 90c et seq | 43 Parts 3520, 3530, 3540, 3560, 3580, 3590 |
| 90c–1 | 43 Parts 3510, 3520, 3530, 3540, 3560, 3580, 3590 |
| 141c | 36 Part 10 |
| 241 et seq | 36 Part 9 |
| 291—628 | 18 Part 6 |
| 347 | 36 Part 9 |
| 351 | 43 Part 3800 |
| 363 | 36 Part 21 |
| 406d–3 | 43 Part 17 |
| 408k | 36 Part 20 |
| 410 et seq | 36 Part 9 |
| 410bb | 36 Part 9 |
| 410hh | 36 Part 9 |
| 431—433 | 43 Part 2300 |
| 431 | 36 Part 9 |
| 432—433 | 18 Part 1312 |
|  | 22 Part 1104 |
|  | 32 Part 229 |
|  | 36 Part 296 |
|  | 43 Part 7 |
| 432 | 7 Part 15 |
|  | 43 Part 3 |
| 433 | 43 Part 9260 |
| 450ss | 36 Part 1501 |
| 459b | 36 Part 27 |
| 459b–4 | 36 Part 27 |
| 459e–2 | 36 Part 28 |
| 460 et seq | 50 Part 36 |
| 460 | 32 Part 190 |
|  | 36 Part 7 |
|  | 43 Parts 21, 8370 |
| 460d | 7 Part 15 |
|  | 32 Part 300 |
|  | 36 Parts 312, 327, 328 |
| 460f | 33 Part 211 |
| 460k et seq | 50 Parts 36, 38 |
| 460k | 50 Parts 26—29, 31—32, 70, 71 |
| 460l–6d | 36 Part 251 |
| 460l–4—460l–11 | 43 Part 17 |
| 460l–6a | 36 Parts 1, 34, 71, 327 |
|  | 43 Parts 2930, 8340, 8360, 8370, 9260 |
| 460l–22 | 36 Parts 6, 17 |
| 460l–31 | 43 Parts 422, 423 |
| 460n et seq | 43 Parts 3520, 3530, 3540, 3560, 3580, 3590 |
| 460n–5 | 43 Parts 3510, 3520, 3530, 3540, 3560, 3580 |
| 460q et seq | 43 Parts 3520, 3530, 3540, 3560, 3580 |
| 460q–1 | 36 Part 30 |
| 460q–5 | 43 Parts 3510, 3520, 3530, 3540, 3560, 3580 |
| 460y | 43 Parts 2130, 2270 |
| 460y–4 | 43 Part 3800 |
| 460aa–10 | 36 Part 292 |
| 460bb note | 36 Parts 1007—1010 |
| 460bb appendix | 36 Part 1011 |
| 460dd et seq | 36 Part 9 |
|  | 43 Part 3520 |
| 460dd–2 | 43 Parts 3510, 3520, 3530, 3540, 3560, 3580, 3590 |
| 460ff et seq | 36 Part 9 |
| 460gg—460gg–13 | 36 Part 292 |
| 460mm–4 | 43 Parts 3510, 3520, 3530, 3540, 3560, |

| 16 U.S.C.—Continued | CFR |
|---|---|
|  | 3580, 3590 |
| 460bbb note | 36 Parts 1001—1005 |
| 461 et seq | 36 Parts 62, 65 |
| 462 | 36 Parts 1, 2, 4, 5, 7, 8, 12, 13, 63 |
| 463 | 36 Part 62 |
| 469 et seq | 7 Part 656 |
|  | 30 Part 773 |
| 469 | 7 Part 650 |
|  | 18 Part 1312 |
|  | 22 Part 1104 |
|  | 32 Part 229 |
|  | 36 Part 296 |
|  | 43 Part 7 |
| 470 et seq | 7 Part 656 |
|  | 30 Parts 731, 732, 772, 773, 779, 780, 783, 784 |
|  | 36 Parts 60, 61, 65, 68, 78, 79 |
| 470 | 7 Part 650 |
|  | 32 Part 767 |
|  | 33 Part 209 |
|  | 36 Parts 63, 800, 801, 805, 810, 811 |
| 470–1 | 36 Part 68 |
| 470a—470t | 18 Part 1312 |
|  | 22 Part 1104 |
|  | 32 Part 229 |
|  | 36 Part 296 |
|  | 43 Part 7 |
| 470a–1—470a–2 | 36 Part 73 |
| 470a–1 | 36 Part 67 |
| 470d | 36 Part 73 |
| 470f | 7 Part 3100 |
|  | 34 Part 75 |
|  | 49 Part 1105 |
| 470h–2 | 41 Part 102–78 |
|  | 50 Part 37 |
| 470h–3 | 36 Part 18 |
| 470s | 36 Part 800 |
| 470aa et seq | 30 Part 773 |
| 470aa—470mm | 18 Part 1312 |
|  | 32 Part 229 |
|  | 36 Parts 79, 296 |
|  | 43 Part 7 |
| 470aa–11 | 22 Part 1104 |
|  | 25 Part 262 |
|  | 43 Part 2560 |
| 472 | 36 Parts 200, 211, 215, 222, 241, 242, 251, 261, 262, 292, 294 |
|  | 50 Part 100 |
| 472a et seq | 33 Part 209 |
| 472a | 36 Part 223 |
| 475 | 36 Part 221 |
| 477 | 7 Part 15 |
| 478 | 36 Parts 228, 292 |
| 478a | 36 Part 254 |
| 483—484 | 43 Part 2620 |
| 484a | 36 Part 254 |
| 485—486 | 36 Part 254 |
| 485 | 36 Part 241 |
| 497 | 7 Part 15 |
| 497b | 36 Part 251 |
| 497c | 36 Part 251 |
| 498 | 36 Part 211 |
| 500 | 7 Part 15 |
| 508 | 43 Part 3560 |
| 508b | 30 Part 217 |
| 516 | 36 Part 254 |

# CFR Index

| 16 U.S.C.—Continued | CFR |
|---|---|
| 521 | 36 Part 200 |
| 523 | 7 Part 15 |
| 524 | 43 Part 17 |
| 525 | 7 Part 15 |
| 528—531 | 36 Part 272 |
| 529 | 36 Part 294 |
| 533 | 7 Part 15 |
| 539 | 36 Part 241 |
| 551 | 7 Parts 15, 24 |
| | 36 Parts 211, 212, 215, 222, 228, 241, |
| | 242, 251, 261, 262, 292, 293, 294, 297 |
| | 50 Part 100 |
| 555a | 36 Part 254 |
| 559 | 36 Part 262 |
| 565 | 7 Part 15 |
| 565b | 7 Part 15 |
| 567 | 7 Part 15 |
| 568c—568g | 7 Part 15 |
| 572 | 36 Part 222 |
| 577g–1 | 7 Part 15 |
| 580d | 7 Part 15 |
| | 36 Part 251 |
| 580l | 36 Part 222 |
| 581 et seq | 7 Part 15 |
| 581l–1 | 7 Part 15 |
| 582a—582a–7 | 7 Part 15 |
| 583 | 36 Part 241 |
| 590 | 7 Parts 611, 707 |
| 590a et seq | 7 Part 1467 |
| 590a—590f | 7 Parts 15, 601, 610, 611, 613, 650, |
| | 654, 657 |
| 590d | 7 Parts 7, 630, 707, 708, 793 |
| 590g—590q | 7 Part 708 |
| 590h | 7 Parts 7, 707, 780, 1404 |
| 590q | 7 Part 611 |
| 590z–11 | 43 Parts 426, 428 |
| 594–1—594–5 | 7 Part 15 |
| 594a | 7 Part 15 |
| 604 | 43 Part 5510 |
| 607 | 43 Part 5510 |
| 615a | 43 Parts 5400, 5510 |
| 616 | 36 Parts 221, 223 |
| 618 | 36 Part 223 |
| | 43 Part 5470 |
| 620—620j | 36 Part 223 |
| 620 | 36 Part 261 |
| 620d | 7 Part 1 |
| 631e | 43 Part 17 |
| 644 | 50 Part 38 |
| 661 et seq | 30 Part 773 |
| | 43 Part 17 |
| 661—666c | 33 Part 209 |
| 661—664 | 43 Part 17 |
| 664 | 43 Part 21 |
| | 50 Parts 25—32, 38, 70, 71 |
| 668a et seq | 30 Part 773 |
| 668—668b | 50 Part 12 |
| 668 | 50 Parts 13, 14 |
| 668a—668d | 50 Part 10 |
| 668a | 30 Part 773 |
| | 43 Part 17 |
| | 50 Parts 11, 13, 21, 22 |
| 668bb | 50 Parts 30, 31, 71 |
| 668dd et seq | 43 Part 36 |
| 668dd—668ee | 50 Part 36 |
| 668dd | 36 Part 242 |

| 16 U.S.C.—Continued | CFR |
|---|---|
| | 43 Parts 2300, 3150 |
| | 48 Parts 1437, 1452 |
| | 50 Parts 12, 25—29, 32, 38, 70, 100 |
| 669 | 43 Part 17 |
| 669i | 50 Part 80 |
| 670 et seq | 32 Part 190 |
| | 43 Parts 8340, 8360 |
| 670 | 43 Part 8370 |
| 670g—670n | 43 Parts 8370, 9260 |
| 680d | 50 Part 26 |
| 683 | 36 Part 241 |
| 685 | 50 Parts 27—31 |
| 686 | 43 Part 21 |
| 690 | 43 Part 21 |
| 690d | 50 Parts 27—29, 31 |
| 698—698m | 36 Part 9 |
| 703 et seq | 30 Part 773 |
| | 50 Part 14 |
| 703—712 | 50 Parts 10, 20—22, 92 |
| 704 | 50 Parts 12—14 |
| 706—707 | 50 Part 12 |
| 712 | 50 Parts 12, 13, 14 |
| 715i | 43 Part 5 |
| | 50 Parts 25, 27—32 |
| 715s | 43 Part 17 |
| | 50 Parts 27, 34, 37 |
| 718 | 50 Part 31 |
| 718f—718g | 50 Part 12 |
| 718j | 50 Part 91 |
| 725 | 43 Part 21 |
| | 50 Parts 27—31 |
| 742 et seq | 50 Part 36 |
| 742 | 50 Parts 38, 251 |
| 742a et seq | 50 Part 222 |
| 742a—742j–1 | 50 Parts 10, 19 |
| 742a—742j | 50 Part 20 |
| 742e | 50 Part 260 |
| 742j–1 | 50 Parts 12, 13 |
| 742l | 50 Part 12 |
| 753a | 43 Part 17 |
| 757a—757f | 43 Part 17 |
| | 50 Part 401 |
| 760c | 33 Part 209 |
| 760d | 43 Part 17 |
| 760g | 33 Part 209 |
| 773 et seq | 50 Parts 300, 679 |
| 773—773k | 15 Part 904 |
| 777 | 43 Part 17 |
| 777g | 50 Parts 85, 86 |
| 777g–1 | 50 Part 86 |
| 777i | 50 Part 80 |
| 779e | 29 Part 5 |
| 781 et seq | 15 Part 904 |
| 791 et seq | 10 Part 205 |
| 791—828c | 18 Part 381 |
| 791—825r | 18 Parts 37, 375, 385, 390 |
| 791—823 | 33 Part 221 |
| 791 | 33 Parts 208, 222 |
| 791a—828c | 18 Parts 3, 141, 154, 290 |
| 791a—825r | 18 Parts 2, 4, 5, 8, 11, 16, 24, 32— |
| | 36, 41, 45, 101, 131, 292, 294, 382, 385, |
| | 390 |
| 792 et seq | 10 Part 205 |
| | 18 Parts 1b, 154 |
| 792—828c | 18 Parts 12, 46, 225, 260, 294 |
| 792—825y | 18 Part 2 |

**Authorities**

| 16 U.S.C.—Continued | CFR |
|---|---|
| 796 | 18 Part 20 |
| 797 | 7 Part 1 |
| | 33 Part 209 |
| | 43 Part 45 |
| | 50 Part 221 |
| 799 | 18 Part 6 |
| 801 | 18 Part 9 |
| 803 | 18 Part 6 |
| 806 | 18 Part 6 |
| 811 | 7 Part 1 |
| | 43 Part 45 |
| | 50 Part 221 |
| 812—813 | 18 Part 20 |
| 818 | 18 Part 25 |
| | 43 Part 2300 |
| 823d | 7 Part 1 |
| | 43 Part 45 |
| | 50 Part 221 |
| 825 | 18 Parts 3c, 125 |
| 825c | 18 Part 125 |
| 825c | 18 Part 41 |
| 825g—825h | 18 Parts 6, 25 |
| 825i | 18 Parts 3a, 3b, 9, 125, 154 |
| 825k | 18 Part 20 |
| 825s | 7 Part 15 |
| | 10 Part 903 |
| | 18 Part 300 |
| 831—831dd | 5 Part 7901 |
| | 18 Parts 1300—1311, 1313—1314 |
| 831—831ee | 18 Parts 1304, 1315 |
| 832—832l | 18 Part 300 |
| 835c note | 43 Part 17 |
| 835c–1 | 43 Part 17 |
| 835c–4 | 43 Part 413 |
| 838—838k | 18 Part 300 |
| 839—839h | 18 Parts 300, 301 |
| 852 | 50 Part 14 |
| 852d—853 | 50 Part 12 |
| 916 et seq | 50 Part 230 |
| 916—916l | 15 Part 904 |
| 916a–1 | 50 Part 230 |
| 921 | 43 Part 17 |
| 951—961 | 15 Part 904 |
| 951—961 et seq | 50 Parts 300, 635 |
| 971 et seq | 50 Parts 285, 300, 630 |
| 971—971i | 15 Part 904 |
| 972—972h | 15 Part 904 |
| 973—973r | 50 Part 300 |
| 1001 et seq | 7 Part 622 |
| 1001—1008 | 7 Parts 15, 601, 650, 654 |
| 1005 | 7 Parts 1775, 1777, 1778—1780, 1781, 1930, 1942 |
| 1006 | 7 Part 621 |
| 1009 | 7 Part 621 |
| 1021—1032 | 15 Part 904 |
| 1131 et seq | 36 Part 9 |
| | 43 Part 6300 |
| 1131—1136 | 36 Part 293 |
| | 43 Part 19 |
| | 50 Part 35 |
| 1133 | 36 Part 261 |
| 1134 | 36 Part 251 |
| 1151—1175 | 15 Part 904 |
| 1191—1204 | 16 Part 1610 |
| 1201—1205 | 43 Part 17 |
| 1241 et seq | 43 Parts 8340, 8360, 8370 |

| 16 U.S.C.—Continued | CFR |
|---|---|
| 1241—1249 | 43 Part 8370 |
| 1241 | 43 Part 8350 |
| 1246 | 36 Part 261 |
| | 43 Part 9260 |
| 1247 | 49 Part 1152 |
| 1248 | 49 Part 1152 |
| 1271—1287 | 43 Part 8370 |
| 1271 | 43 Part 8350 |
| 1278 | 36 Part 297 |
| 1280 | 43 Part 3809 |
| 1281 | 36 Parts 292, 297 |
| | 43 Part 8350 |
| 1281c | 43 Parts 8340, 8360 |
| 1301—1311 | 7 Part 752 |
| 1317 | 50 Part 216 |
| 1331—1340 | 43 Part 4700 |
| 1336 | 43 Part 9260 |
| 1361 et seq | 50 Parts 18, 216, 222—224, 228, 229, 230, 403 |
| 1361—1407 | 15 Part 904 |
| | 50 Parts 17, 82, 216 |
| 1361—1384 | 50 Part 10 |
| 1361 | 36 Part 13 |
| 1371 | 50 Part 17 |
| 1372 | 50 Part 17 |
| 1374 | 50 Parts 13, 17 |
| 1375 | 50 Part 17 |
| 1375 et seq | 50 Part 10 |
| 1375—1377 | 50 Part 12 |
| 1382 | 50 Parts 11—14, 17 |
| 1401—1407 | 50 Part 10 |
| 1431 et seq | 15 Part 922 |
| 1431—1439 | 15 Part 904 |
| 1431—1434 | 15 Part 929 |
| 1435—1439 | 15 Part 904 |
| 1451 et seq | 15 Parts 923, 930 |
| 1451 | 49 Part 1105 |
| 1456 | 33 Part 209 |
| | 49 Part 365 |
| 1461 | 15 Part 921 |
| 1531 et seq | 7 Part 650 |
| | 30 Part 773 |
| | 32 Part 190 |
| | 43 Part 8340 |
| | 50 Parts 23, 222, 230, 402, 424, 450—453 |
| 1531—1544 | 50 Parts 17, 22 |
| 1531—1543 | 15 Part 904 |
| | 32 Part 552 |
| | 50 Parts 10, 23, 81, 223, 224 |
| 1531 | 36 Part 13 |
| | 49 Part 1105 |
| 1532 | 7 Part 355 |
| 1533 | 50 Parts 17, 226 |
| 1538—1540 | 50 Part 13 |
| 1538 | 7 Part 355 |
| | 50 Parts 13, 14, 17, 24 |
| 1539 | 50 Part 13 |
| 1540 | 7 Parts 1, 355, 356, 380 |
| | 50 Parts 11, 12, 13, 14, 17, 24, 679 |
| 1561 et seq | 50 Part 227 |
| 1603 | 36 Part 200 |
| 1604 | 36 Part 219 |
| 1608—1610 | 23 Part 660 |
| 1608 | 36 Part 294 |
| 1612 | 36 Part 216 |

## CFR Index

**16 U.S.C.—Continued**                                    CFR

1612 note ...................................36 Part 215
1613 ...............................36 Parts 219, 294
1704 .......................................43 Part 26
1801 et seq .......50 Parts 268, 300, 600, 622, 630,
                  640, 644, 648, 654, 660, 674, 678, 679
1801—1882 ...............................15 Part 904
1851 note ..................................15 Part 904
1853 ........................................50 Part 605
1861a ......................................50 Part 600
1901 et seq ..................................36 Part 9
1908 .......................................36 Part 62
2001—2645 ................................18 Part 290
2001—2009 ..................................7 Part 601
2005b .......................................7 Part 610
2101 et seq ..........................36 Parts 200, 230
2103b ......................................36 Part 230
2105 .......................................36 Part 230
2114 .......................................36 Part 230
2201 et seq ..................................7 Part 701
2203—2205 ..................................7 Part 601
2203 .......................................7 Part 624
2309 .......................................16 Part 455
2401 et seq .........................45 Parts 672—674
                                            40 Part 8
2401—2412 ................................15 Part 904
                                          45 Part 670
2401 .......................................45 Part 670
2403a .......................................40 Part 8
2405 .......................................45 Part 671
2431 et seq .................................50 Part 300
2431—2444 ................................15 Part 904
2501—2514 .................................36 Part 72
2601—2645 .......18 Parts 2—4, 32—35, 37, 41, 45,
        46, 101, 131, 141, 154, 281, 286, 290,
                  292, 375, 381, 382, 385, 390
2901 .......................................50 Part 83
3101 et seq..............................36 Parts 9, 13
           43 Parts 36, 3000, 3110, 3120
                                           50 Part 36
3101—3126 ...............................36 Part 242
                                          50 Part 100
3124 ..................................43 Part 2090
3142 .......................................50 Part 37
3150 ......................................43 Part 3150
3197 .......................................36 Part 13
3210 .......................................36 Part 251
3371 et seq ........................50 Parts 10—12, 14
3371—3378 ................................15 Part 904
                                50 Parts 10, 14, 300
3372 .......................................25 Part 244
3373 ..................................7 Parts 1, 380
3374 .......................................7 Part 356
                                           50 Part 13
3601—3608 ................................15 Part 904
3631 et seq .................................50 Part 679
3631—3644 ................................15 Part 904
3636 .......................................50 Part 300
3801 .......................................7 Part 1465
3801 et seq .............................7 Parts 12, 601
3830 et seq ................................7 Part 1469
3837 et seq ................................7 Part 1467
3837—3837f ................................7 Part 623
3838h—3838i ...............................7 Part 1491
3838n—3838q ..............................7 Part 1415
3839aa—3839—8 ...........................7 Part 1466

**16 U.S.C.—Continued**                                    CFR

3839bb .....................................7 Part 1468
3839bb-1 ...................................7 Part 636
3841—3844 ..................................7 Part 12
3842 .......................................7 Part 652
3843 .......................................7 Part 614
3861 .......................................7 Part 610
3862 .......................................7 Part 610
3901 et seq ...........................50 Parts 25, 38
3951—3956 ..................................50 Part 84
4101 et seq .................................50 Part 253
4201—4245 ..................................50 Part 17
4223—4244 ..................................50 Part 14
4301—4309 .................................36 Part 290
                                           43 Part 37
4601—6a ...................................43 Part 9260
4901—4916 ..............................50 Parts 13—15
5101 et seq .................................50 Part 697
5501 et seq .................................50 Part 300
5503 .......................................50 Part 223
6802 .......................................36 Part 251

**17 U.S.C.**

101 .......................................19 Part 133
111 ...................................37 Parts 801, 803
112 ...................................37 Parts 261—263
114 ..............................37 Parts 260, 261—263
116 .......................................37 Part 254
118 .......................................37 Part 253
119 ...................................37 Parts 257, 258
408 .......................................37 Part 202
509 ........................................28 Part 9
601—603 ...................................19 Part 133
702 ............37 Parts 201—205, 211, 256, 258, 310
801—803 ...................................37 Part 251
801 ............37 Parts 252—255, 260—263, 304
802 ...............................37 Parts 256, 258, 310
803 ...............................37 Parts 252, 253, 255
804 .......................................37 Part 306
908 .......................................37 Part 211
1007 .......................................37 Part 259

**18 U.S.C.**

13 ...............................32 Parts 210, 263, 1290
                                          39 Part 232
42—44 .....................................50 Part 11
42 ...............................50 Parts 10, 13, 14, 16
47 .......................................43 Part 4700
109 .......................................21 Part 41
201—212 ....................................24 Part 0
201—209 ...................................12 Part 511
                                         29 Part 2202
201 note ..................................20 Part 360
202 .......................................14 Part 300
203 ........................................31 Part 8
205 ........................................14 Part 300
                                            31 Part 8
207............................5 Parts 534, 1304, 2641
                                            7 Part 1
                                           11 Part 7
                   12 Parts 400, 933, 2434, 2637
                            14 Parts 300, 1207
                                         16 Part 1030
                                         17 Part 207
                                         19 Part 200
                 22 Parts 18, 223, 525, 710, 713
                                           28 Part 45
                                           29 Part 0

# Authorities

| 18 U.S.C.—Continued | CFR |
|---|---|
| | 31 Part 15 |
| | 36 Part 905 |
| | 39 Part 956 |
| | 41 Part 105–735 |
| | 45 Parts 73b, 500 |
| | 46 Parts 500, 502 |
| | 49 Part 98 |
| 208 | 5 Part 2640 |
| | 10 Part 1010 |
| | 14 Part 1207 |
| | 16 Part 5 |
| | 18 Part 1301 |
| | 29 Part 0 |
| | 34 Part 73 |
| | 45 Part 680 |
| | 46 Partz 500 |
| 212 | 5 Part 3101 |
| 213 | 5 Part 3101 |
| 219 | 32 Part 516 |
| 223 | 28 Part 524 |
| 241 note | 24 Part 573 |
| 437 | 25 Part 140 |
| 474 | 31 Parts 402, 405 |
| 474A | 31 Part 601 |
| 492 | 31 Parts 101, 402, 403 |
| 506 | 36 Part 1200 |
| 512 | 28 Part 9 |
| 545 | 19 Part 161 |
| 546 | 19 Part 162 |
| 641 | 12 Part 4 |
| | 22 Part 713 |
| | 43 Part 8200 |
| | 49 Part 801 |
| 701 | 20 Part 369 |
| | 32 Part 507 |
| | 50 Part 80 |
| 702 | 32 Part 507 |
| 707 | 7 Part 8 |
| 711 | 36 Part 271 |
| 751—752 | 28 Part 511 |
| 751 | 28 Part 570 |
| 798 | 32 Part 518 |
| 799 | 14 Parts 1203a, 1214 |
| 834 | 49 Part 178 |
| 842 | 49 Part 1572 |
| 845 | 49 Part 1572 |
| 847 | 27 Parts 55, 178 |
| 921—928 | 27 Part 178 |
| 921 | 27 Part 72 |
| 922 | 32 Part 635, 637 |
| 926 | 27 Part 71 |
| 951 | 28 Part 73 |
| 981 | 28 Part 9 |
| | 39 Part 233 |
| 982 | 28 Part 9 |
| 983 | 19 Part 171 |
| 1001 | 7 Part 1443 |
| | 25 Part 151 |
| | 32 Part 525 |
| | 43 Part 3830 |
| 1017 | 36 Parts 701, 1200 |
| 1114 | 28 Part 64 |
| 1116 | 22 Part 2 |
| 1159 | 25 Part 309 |
| 1261 | 27 Part 72 |
| 1301 et seq | 37 Part 212 |

| 18 U.S.C.—Continued | CFR |
|---|---|
| 1350 | 17 Parts 228, 229, 232, 240, 249 |
| 1382 | 32 Parts 527, 552, 770 |
| 1467 | 28 Part 9 |
| 1512 | 28 Part 551 |
| 1514A | 29 Part 1980 |
| 1621 | 22 Part 51 |
| | 49 Part 1104 |
| 1693—1699 | 39 Parts 310, 320 |
| 1752 | 31 Part 409 |
| 1791—1792 | 28 Part 511 |
| 1791 | 28 Parts 6, 540 |
| 1793 | 28 Part 511 |
| 1905—1906 | 12 Part 4 |
| 1905 | 19 Part 103 |
| | 20 Part 402 |
| | 21 Parts 20, 26 |
| | 25 Part 516 |
| | 45 Part 5 |
| 1955 | 28 Part 9 |
| 1956—1957 | 39 Part 233 |
| 1963 | 28 Part 9 |
| 2071 | 49 Part 801 |
| 2152 | 32 Part 761 |
| 2253 | 28 Part 9 |
| 2254 | 28 Part 9 |
| | 39 Part 233 |
| 2257 | 28 Part 75 |
| 2332d | 31 Parts 500, 501, 515, 535, 538, 550, 560, 575, 596 |
| 2339B | 31 Parts 538, 550, 560, 597 |
| 2341—2346 | 27 Part 296 |
| 2342 | 27 Parts 41, 275 |
| 2386 | 28 Part 10 |
| 2510 et seq | 15 Parts 730, 738, 742, 774 |
| 2513 | 28 Part 9 |
| 3013 | 28 Part 545 |
| 3050 | 28 Part 511 |
| 3056 | 31 Parts 409, 413 |
| 3059 | 28 Part 7 |
| 3061 | 39 Parts 232, 233 |
| 3401—3402 | 32 Part 1290 |
| 3401 | 28 Part 52 |
| | 32 Part 516 |
| 3496 | 22 Part 92 |
| 3500 | 32 Part 518 |
| 3521—3528 | 28 Part 524 |
| 3551—3586 | 36 Part 242 |
| | 50 Part 100 |
| 3559 | 10 Part 860 |
| | 42 Part 72 |
| 3565 | 28 Parts 527, 571 |
| 3568—3569 | 28 Part 571 |
| 3568 | 28 Part 522—523 |
| 3569 | 28 Part 527 |
| 3571 | 10 Parts 860, 1048 |
| | 28 Part 545 |
| | 42 Part 72 |
| | 43 Part 3830 |
| 3582 | 28 Part 571 |
| 3585 | 28 Part 522 |
| 3621—3622 | 28 Parts 500, 501, 503, 505, 506, 511—513, 522—524, 527, 540—545, 547—552, 570, 571 |
| 3621 | 28 Part 549, 553 |
| 3622 | 28 Part 549, 553 |
| 3624 | 28 Parts 500, 501, 503, 505, 506, 511— |

# CFR Index

**18 U.S.C.—Continued** CFR

513, 522—524, 527, 540—545, 547—553, 570, 571
3663 ...................................................28 Part 545
3771 .....................................................28 Part 45
4001—4002 ..........................................28 Part 26
4001 ........28 Parts 38, 500, 501, 503, 505, 506, 511—513, 522—524, 527, 540—545, 547—553, 570—572
4001 note ............................................28 Part 505
4002 ...................................8 Parts 236, 241, 1241
4003 ...................................................28 Part 503
4005 ............................................28 Parts 549, 551
4012 .....................................................28 Part 511
4013 ...................................8 Parts 236, 241, 1241
4014 ...................................................28 Part 549
4042 ........28 Parts 38, 67, 70, 500, 501, 503, 505, 506, 511—513, 522—524, 527, 540—545, 547—550, 551, 552, 553, 570—572
4045 ...................................................28 Part 549
4046 ...................................................28 Part 524
4081—4082 .........28 Parts 500, 501, 503, 505, 506, 511—513, 522—524, 527, 540—545, 547—553, 570—572
4081 ............................................28 Parts 549, 551
4082 ............................................28 Parts 549, 551
4100—4115 ..........................................28 Part 527
4126 ....................28 Parts 301, 302, 345, 545, 553
4161—4166 .........28 Parts 501, 503, 522, 523, 527, 541, 550, 551, 570, 571
4162—4165 ...........................................28 Part 551
4201—4218 ..................................28 Parts 527, 571
4203—4204 .............................................28 Part 2
4203 .....................................................28 Part 16
4205 ...................................................28 Part 572
4241—4247 ...........................................28 Part 549
4251—4255 ...........................................28 Part 550
4351—4353 ...................28 Parts 66, 67, 69, 70
5003 .....................................................28 Part 527
5006—5024 .........28 Parts 500, 501, 503, 505, 506, 511—513, 522—524, 527, 540—545, 547—550, 551, 553, 570, 571
5006—5014 ...........................................28 Part 541
5006 .....................................................28 Part 552
5015 ............................................28 Parts 543, 572
5017 ........................................................28 Part 2
5024 .....................................................28 Part 552
5031—5042 ...........................................28 Part 571
5039 .........28 Parts 500, 501, 503, 505, 506, 511—513, 522—524, 527, 540—545, 547—553, 570, 572
5040 .....................................................28 Part 38
5041 .......................................................28 Part 2
6002 .....................................................14 Part 13
16 Part 3
49 Part 1503
6004 .....................................................16 Part 3

**19 U.S.C.**

2 ..........................................................19 Part 101
58a—58c ..............................................19 Part 24
58b ......................................................19 Part 122
66 ..........19 Parts 4, 7, 10—12, 18—19, 24, 37, 54, 101—103, 111—115, 118, 122, 123, 125, 127, 128, 132—134, 141—148, 151—152, 158, 159, 161—163, 171—177, 181, 191
81a—81u ......................................15 Part 400
19 Part 146

**19 U.S.C.—Continued** CFR

81a—81b ............................................15 Part 400
81c ..........................27 Parts 19, 25—27, 251, 252
81f.......................................................15 Part 400
81j.......................................................15 Part 400
81l—81s ..............................................15 Part 400
288 .........................................................19 Part 4
293—294 ................................................19 Part 4
482 .....................................................19 Part 162
794 .....................................................32 Part 1906
1202 ...............................................7 Parts 6, 1530
9 Part 151
15 Parts 30, 301, 315
19 Parts 7, 10—12, 18—19, 24, 54, 101—102, 111, 114, 123, 125, 128, 132—134, 145—146, 148, 151, 177, 181, 191
27 Parts 27, 251, 252
50 Parts 10, 13, 15
1202 note ..............................................7 Part 6
15 Part 303
19 Part 351
1303 .............................19 Parts 207, 353
1303 note .............................................19 Part 351
1304 ............................................19 Parts 134, 159
1309 .....................................................27 Part 252
1311—1312 ...................................19 Parts 125, 127
1311 .............................................27 Parts 19, 252
1313 .....................................................19 Part 191
1315 .....................................................19 Part 159
1321 ...................................19 Parts 10, 128, 159
1322 .......................................................19 Part 4
1331 .....................................................19 Part 201
1333 .............................................19 Parts 201, 210
1335 ..........19 Parts 200—202, 204—206, 210, 213
1336 .....................................................19 Part 207
1337 .....................................................19 Part 210
1339 .....................................................19 Part 213
1342 .....................................................19 Part 210
1401a ...................................................19 Part 152
1431 ...................................19 Parts 103, 122, 123
1433 .............................................19 Parts 122, 123
1436 ...................................19 Parts 4, 122, 123
1448 ...................................19 Parts 122, 123, 141, 142
1457—1458 ..............................................19 Part 4
1459—1461 ...........................................19 Part 162
1459 .....................................................19 Part 122
1466 .......................................................19 Part 4
1467 .....................................................19 Part 162
1481 ...................................19 Parts 10, 143, 147
1484—1485 .............................................19 Part 4
1484 .....................................................15 Part 30
19 Parts 10, 125, 127, 128, 132, 141, 142, 144, 147, 163
1485 .....................................................19 Part 127
1486 .......................................................19 Part 4
1490—1491 ...........................................21 Part 1
1490—1493 ...........................................19 Part 127
1490 .......................................................19 Part 4
1496 .............................................19 Parts 148, 162
1498 ....................19 Parts 4, 10, 128, 143, 148
1499 .............................................19 Parts 118, 174
1500 .............................................19 Parts 152, 159
1501 .....................................................19 Part 173
1502 .............................................19 Parts 152, 177
1504 .....................................................19 Part 159
1505 .............................................19 Parts 4, 24, 159
1506 .....................................................19 Part 127

## Authorities

| 19 U.S.C.—Continued | CFR |
|---|---|
| 1507 | 19 Part 159 |
| 1508 | 19 Parts 10, 132, 163 |
| 1509 | 19 Part 163 |
| 1510 | 19 Part 163 |
| 1514—1515 | 19 Part 174 |
| 1516 | 19 Parts 175, 159 |
| 1516a | 19 Part 356 |
| 1520 | 19 Parts 24, 173 |
| 1526 | 19 Part 133 |
| 1551—1553 | 19 Part 18 |
| 1551 | 19 Parts 112, 113, 128 |
| 1552—1553 | 19 Part 142 |
| 1555—1557 | 19 Part 125 |
| 1555—1556 | 19 Part 128 |
| 1555 | 19 Part 144 |
| 1557—1558 | 19 Parts 142, 159 |
| 1557 | 19 Parts 144, 159 |
| 1558 | 19 Parts 133, 159 |
| 1559 | 19 Part 127 |
| 1562—1563 | 19 Part 144 |
| 1562 | 19 Part 635 |
| 1563 | 19 Parts 127, 158 |
| 1565 | 19 Parts 112, 113, 128 |
| 1581—1582 | 19 Part 162 |
| 1581 | 19 Part 4 |
| 1583—1586 | 19 Part 4 |
| 1590 | 19 Part 122 |
| 1592 | 19 Parts 162, 171 |
| 1593a | 19 Parts 162, 171 |
| 1594 | 19 Parts 122, 162 |
| 1595 | 19 Parts 161, 162 |
| 1595a | 19 Parts 162, 171 |
| 1600 | 19 Part 161 |
| 1602—1624 | 50 Part 12 |
| 1602 | 19 Part 162 |
| 1605 | 19 Part 171 |
| 1606—1608 | 21 Part 1316 |
| 1607 | 27 Part 72 |
| 1610 | 21 Part 1316 |
|  | 27 Part 72 |
| 1612—1613 | 27 Part 72 |
| 1613 | 21 Part 1316 |
|  | 28 Part 9 |
| 1614 | 19 Part 171 |
| 1618 | 19 Parts 171, 172 |
|  | 21 Part 1316 |
|  | 27 Part 9 |
| 1619 | 19 Part 161 |
| 1623—1624 | 19 Parts 7, 10, 18, 54, 101, 114, 118, 122, 125, 127, 132, 146—147, 172 |
| 1623 | 19 Parts 112, 113, 133 |
|  | 26 Part 48 |
| 1624 | 19 Parts 11—12, 19, 24, 102, 103, 111—113, 115, 123, 128, 133, 134, 141—146, 148, 151, 152, 158, 159, 161—163, 171, 173—178, 181, 191, 192 |
| 1625 | 19 Part 177 |
| 1628 | 19 Part 103 |
| 1641 | 19 Part 111 |
| 1644 | 19 Part 122 |
|  | 14 Part 102 |
| 1644a | 19 Part 91 |
| 1645 | 19 Part 91 |
| 1646a | 19 Parts 101, 125, 127 |
| 1646c | 19 Part 192 |
| 1671 et seq | 19 Part 351 |
| 1671—1671n | 19 Part 207 |

| 19 U.S.C.—Continued | CFR |
|---|---|
| 1675c | 19 Part 159 |
| 1677 | 15 Part 2013 |
|  | 19 Part 354 |
| 1677f | 19 Part 356 |
| 1701 | 19 Part 162 |
| 1703—1708 | 19 Part 162 |
| 1706 | 19 Part 4 |
| 1751—1756 | 19 Part 147 |
| 1821 | 7 Part 6 |
| 1862 | 15 Part 705 |
|  | 31 Part 9 |
| 1872 | 15 Parts 2001—2003 |
| 2031 | 15 Part 315 |
| 2051—2052 | 22 Part 502 |
| 2071 note | 19 Parts 122, 123, 192 |
| 2112 note | 7 Part 1540 |
| 2171 | 15 Part 2004 |
| 2251—2254 | 19 Parts 206, 360 |
| 2253 | 15 Part 2014 |
| 2320 | 20 Part 617 |
|  | 29 Part 90 |
| 2341 et seq | 13 Part 315 |
| 2341—2355 | 13 Part 314 |
| 2391 et seq | 13 Parts 315, 316 |
| 2401 | 7 Part 1580 |
| 2419 | 15 Part 2006 |
| 2441 | 15 Part 1300 |
| 2451—2451a | 19 Part 206 |
| 2461—2465 | 15 Part 2007 |
| 2482 | 19 Parts 201, 205, 207, 211 |
| 2504 | 15 Part 2009 |
| 2531—2582 | 21 Part 20 |
| 2551—2554 | 15 Part 2009 |
| 2703 | 7 Part 1540 |
| 3004 | 7 Part 6 |
| 3201 et seq. | 15 Part 2016 |
| 3203 | 7 Part 1540 |
| 3314 | 19 Parts 10, 102, 181 |
| 3351—3382 | 19 Part 206 |
| 3391 | 7 Part 782 |
| 3513 | 7 Part 6 |
|  | 19 Part 207 |
| 3538 | 19 Part 351 |
| 3592 | 19 Part 102 |
| 3601 | 7 Part 6 |
|  | 15 Part 2011 |
| 3901—3913 | 15 Part 30 |
|  | 31 Part 592 |

| 20 U.S.C. | |
|---|---|
| 41 et seq | 36 Part 530 |
| 77d | 32 Part 736 |
| 91 | 15 Part 256 |
|  | 45 Part 9 |
| 107 | 15 Part 5 |
|  | 31 Part 11 |
|  | 43 Part 13 |
| 107a | 34 Part 395 |
| 196 | 7 Part 500 |
| 221 | 22 Part 65 |
| 241 | 32 Parts 68, 80 |
|  | 34 Part 302 |
| 241 note | 32 Part 80 |
| 241—1 | 34 Part 302 |
| 241c—5 | 34 Part 302 |
| 241g | 34 Part 302 |
| 244 | 34 Part 250 |

# CFR Index

| 20 U.S.C.—Continued | CFR |
|---|---|
| 251c | 34 Part 772 |
| 351 note | 34 Part 770 |
| 351a | 34 Parts 770—772 |
| 351c—351e | 34 Part 772 |
| 351c—351d | 34 Part 771 |
| 351d—351f | 34 Part 770 |
| 352—354 | 34 Part 770 |
| 355a—355c | 34 Part 770 |
| 355c | 29 Part 5 |
| 355e—355e–3 | 34 Part 770 |
| 357 | 34 Part 769 |
| 361—363 | 34 Part 771 |
| 361—362 | 34 Part 772 |
| 362c | 34 Part 772 |
| 364 | 34 Part 772 |
| 371 | 34 Part 768 |
| 403 | 34 Parts 603, 655 |
| 421—429 | 34 Parts 673, 674, 676 |
| 511—513 | 34 Part 655 |
| 535d | 34 Part 772 |
| 647 | 34 Part 221 |
| 684 | 29 Part 5 |
| 793 | 41 Part 60–741 |
| 801 et seq | 20 Part 676 |
| 801—807 | 24 Parts 1, 2 |
| 881 | 34 Part 250 |
| 887e | 34 Parts 75, 500, 745 |
| 905 | 41 Parts 300–1—300–3, 300–70, 302–1—302–12, 302–15—302–17 |
| 951 et seq | 29 Part 1918 |
| 954 | 29 Parts 5, 505 |
| 956 | 29 Part 505 |
| 957 | 30 Part 7 |
| 959 | 45 Parts 1105, 1154, 1157, 1158, 1168, 1169, 1174, 2010 |
| 961—968 | 45 Parts 1180, 1183 |
| 971—977 | 45 Part 1160 |
| 1001 et seq | 34 Parts 642—645 |
| 1001—1003 | 34 Parts 600, 668 |
| 1021 et seq | 34 Part 611 |
| 1021—1027 | 34 Part 655 |
| 1021—1022 | 34 Part 776 |
| 1022 | 34 Part 773 |
| 1024 | 34 Part 611 |
| 1029 | 34 Part 773 |
| 1041 | 34 Part 773 |
| 1051 | 34 Parts 607, 625—627 |
| 1055 | 34 Part 675 |
| 1057—1059 | 34 Part 607 |
| 1060—1063c | 34 Part 608 |
| 1060—1063 | 34 Part 607 |
| 1060 | 34 Parts 607, 609 |
| 1062 | 34 Part 609 |
| 1063a—1063d | 34 Part 609 |
| 1064 | 34 Part 607 |
| 1065 | 34 Part 628 |
| 1066—1069f | 34 Part 607 |
| 1066—1069c | 34 Part 628 |
| 1066 | 34 Parts 608, 609, 627 |
| 1067—1067c | 34 Part 637 |
| 1067g—1067k | 34 Part 637 |
| 1067ee | 34 Part 674 |
| 1068 | 34 Parts 608, 637 |
| 1068b | 34 Part 637 |
| 1069a | 34 Part 676 |
| 1069b | 34 Part 627 |
| 1069c | 34 Parts 608, 609 |
| 1069d | 34 Part 608 |
| 1069f | 34 Part 608 |
| 1070—1087–2 | 34 Part 682 |
| 1070a | 34 Parts 674, 676, 690 |
| 1070a–1 | 34 Part 643 |
| 1070a–11 | 34 Parts 642, 644—647 |
| 1070a–12 | 34 Part 643 |
| 1070a–13 | 34 Part 645 |
| 1070a–14 | 34 Part 646 |
| 1070a–15 | 34 Part 647 |
| 1070a–16 | 34 Part 644 |
| 1070a–17 | 34 Part 642 |
| 1070a–21—1070a–28 | 34 Part 694 |
| 1070b et seq | 34 Parts 674, 676 |
| 1070b—1070b–3 | 34 Parts 673, 676 |
| 1070c–4 | 34 Part 692 |
| 1070c—1070c–3 | 34 Part 692 |
| 1070d et seq | 34 Part 692 |
| 1070d | 34 Parts 643, 644, 646 |
| 1070d–1a | 34 Part 645 |
| 1070d–2 | 34 Parts 206, 212 |
| 1070d–31 et seq | 34 Part 654 |
| 1070d–31—1070d–41 | 34 Part 654 |
| 1071—1087–4 | 34 Part 676 |
| 1077—1078 | 34 Part 682 |
| 1078–1 | 34 Part 682 |
| 1082 | 34 Parts 84, 85, 601, 682 |
| 1085 | 34 Parts 601, 603, 668, 682 |
| 1087–1 | 34 Parts 603, 629, 692 |
| 1087–2 | 31 Part 354 |
| 1087–3a | 34 Part 674 |
| 1087a et seq | 34 Part 685 |
| 1087aa—1087ii | 34 Parts 673, 674, 676 |
| 1088—1098 | 34 Part 682 |
| 1088 | 34 Parts 600, 629, 642—646, 668 |
| 1088g | 34 Part 690 |
| 1089 | 34 Parts 674, 676, 690 |
| 1090 | 34 Part 690 |
| 1091 | 34 Parts 600, 668, 674, 676 |
| 1091a | 34 Parts 673, 674 |
| 1091b | 34 Part 668 |
| 1091f | 34 Part 676 |
| 1092 | 34 Parts 668, 682 |
| 1094—1096 | 34 Part 676 |
| 1094 | 34 Parts 84, 85, 600, 668, 674, 682 |
| 1096 | 34 Part 674 |
| 1096a | 34 Part 690 |
| 1099b | 34 Parts 600, 602 |
| 1099c | 34 Parts 600, 668 |
| 1099c–1 | 34 Part 668 |
| 1101 et seq | 34 Part 606 |
| 1113—1113e | 34 Part 237 |
| 1121—1130b | 34 Part 655 |
| 1121—1127 | 34 Parts 658, 660 |
| 1121 | 34 Part 222 |
| 1122 | 34 Parts 656, 657 |
| 1123 | 34 Part 669 |
| 1130—1130b | 34 Part 661 |
| 1134—1134g | 34 Part 649 |
| 1134 | 34 Part 650 |
| 1134h—1134k | 34 Part 650 |
| 1134i—1134m | 34 Part 649 |
| 1134k–1 | 34 Part 650 |
| 1134l | 34 Part 651 |
| 1135b—1135b–3 | 34 Part 637 |

## Authorities

**20 U.S.C.—Continued**     CFR

1135d—1135d–3 ................................34 Part 637
1135d–5 ...............................................34 Part 637
1135d–6 ...............................................34 Part 637
1135—1135ee ......................................34 Part 648
1136—1136h .........................................34 Part 636
1141.............................................................32 Part 206
   34 Parts 601, 603, 624, 629, 642—646,
   674, 682, 690, 700, 706, 773, 777, 778,
   790
1143 ........................................................34 Part 604
1145g .......................................................34 Part 86
1152 .........................................................28 Part 38
1201 et seq ...............34 Parts 431, 460, 461
1201a ......................34 Parts 425, 434, 435
1201b ....................................................34 Part 426
1202 ...........................................34 Parts 250, 257
1203—1206 .........................................34 Part 426
1203a ......................34 Parts 426, 434, 436
1206 .........................................34 Parts 434, 436
1206a......................34 Parts 426, 432—435
1206b ....................................................34 Part 426
1207—1207a ........................................34 Part 426
1207a .......................................34 Parts 433, 434
1208 .......................................................34 Part 426
1208aa ..................................................34 Part 464
1209 .......................................................34 Part 426
1211—1211a .......................................34 Part 426
1211 ...........................................34 Parts 433, 472
1211–2 .......................................34 Parts 489, 490
1211a ....................................................34 Part 258
1213 .......................................................34 Part 426
1213b ....................................................34 Part 477
1213c ..................................................34 Part 1100
1221 et seq ...........................34 Parts 221, 223
1221a ....................................................34 Part 435
1221c ....................................................34 Part 221
1221e–3 ..........34 Parts 30, 74—77, 80, 81, 84, 85,
   97, 98 212, 222, 223, 226, 230, 270, 299—
   302, 307, 318, 332, 607, 624—627, 629,
   631—637, 642—644, 646, 649, 655, 745,
   773, 790, 796
1221h ........................................34 Parts 250, 263
1225 ...........................................34 Parts 222, 298
1226a–1 .....................................34 Parts 30, 222
1226c .......................................................34 Part 75
1230 ...............................................34 Parts 98, 99
1231—1231a ..................................34 Part 75
1231 .......................................................34 Part 222
1231c .......................................................34 Part 75
1231d ....................34 Parts 215, 222, 302, 307
1232 ..........................................................29 Part 5
   34 Parts 221, 604, 617
1232c........................34 Parts 222, 643, 674, 676
1232f ..........34 Parts 75, 298, 628, 674, 676, 690
1232g .......................................................34 Part 99
1232h .......................................................34 Part 98
1234—1234i ...........................................34 Part 81
1234—1234a .........................................34 Part 298
1234 ...........................................34 Parts 221, 401
1234a ........................................................34 Part 30
1234b ....................................................34 Part 221
1234c—1234d .................................34 Part 298
1248 .......................................................34 Part 603
1400 et seq .......................................32 Part 80
1400 .........................................................32 Part 57
1401—1402................................34 Part 526

**20 U.S.C.—Continued**     CFR

1401 .....34 Parts 302, 307, 315, 324, 326, 327, 333,
   338, 674
1402................................34 Parts 301, 303
1403—1420 ...........................................34 Part 526
1404.................................34 Parts 307, 309
1405............................................................34 Part 104
   45 Part 84
1408 .......................................................34 Part 301
1411—1420 .........................................34 Part 300
1411 .......................................................34 Part 301
1412—1413 .........................................34 Part 302
1414 .......................................................34 Part 301
1416—1417 .........................................34 Part 302
1419 .......................................................34 Part 301
1424—1424a .......................................34 Part 338
1424 .......................................................34 Part 307
1431 .......................................................34 Part 316
1434 .......................................................34 Part 316
1441—1443 .........................................34 Part 324
1451—1453 ...........................34 Parts 330, 331
1471—1485 .........................................34 Part 303
1472 .......................................................34 Part 333
1473 .......................................................34 Part 304
1501 et seq ...............45 Parts 1700, 1701
1681 et seq ...........................................34 Part 12
1681—1686 .......................................10 Part 1040
1681—1683 ............................................6 Part 21
   7 Part 15a
   10 Parts 5, 1042
   13 Part 113
   14 Part 1253
   15 Part 8a
   18 Part 1317
   22 Parts 146, 229
   24 Part 3
   28 Part 54
   29 Part 36
   31 Part 28
   32 Part 196
   34 Part 270
   36 Part 1211
   38 Part 23
   40 Part 5
   41 Part 101–4
   43 Part 41
   44 Part 19
   45 Parts 618, 2555
   49 Part 25
1681—1682 ...........................................34 Part 106
   45 Part 86
1681...........................................................13 Part 317
   29 Parts 34, 37
   34 Part 222
1685—1688 ............................................6 Part 17
   10 Parts 5, 1042
   13 Part 113
   14 Part 1253
   15 Part 8a
   18 Part 1317
   22 Parts 146, 229
   24 Part 3
   28 Part 54
   29 Part 36
   31 Part 28
   32 Part 196
   36 Part 1211

33

## CFR Index

**20 U.S.C.—Continued** | CFR

38 Part 23
40 Part 5
41 Part 101–4
43 Part 41
44 Part 19
45 Parts 618, 2555
49 Part 25
1685—1686 .......................................7 Part 15a
34 Parts 106, 270
45 Part 86
1987cc ..............................................34 Part 674
2001—2012 ......................45 Parts 1801, 1802
2301 et seq ...................34 Parts 400, 403
2301—2302 ...............................34 Part 401
2301 ...........................................34 Part 400
2311—2312 ...............................34 Part 401
2313 .....................................34 Parts 401, 402
2321—2335 ................................34 Part 401
2331 et seq ...............................34 Part 401
2331—2342 ...............................34 Part 401
2351 et seq ...............................34 Part 401
2351—2393 ...............................34 Part 401
2394—2394e ..............................34 Part 406
2397—2397h ..............................34 Part 410
2401 ...........................................34 Part 411
2402 ................................34 Parts 411, 412, 417
2404 .....................................34 Parts 401, 413
2413 ...........................................34 Part 415
2415 ...........................................34 Part 491
2416 ...........................................34 Part 421
2419 ...........................................34 Part 415
2421—2422 ...............................34 Part 401
2441 .....................................34 Parts 427—429
2461—2465 ...............................34 Part 401
2471 .....................34 Parts 400, 401, 432
2727 ...............................................20 Part 76
2831 .....................................34 Parts 77, 201
2832 .............................................34 Part 78
2838 ...........................................34 Part 201
2881 et seq. ...............................20 Part 670
2890 .............................................34 Part 75
2891 ...........................................34 Part 280
2972 ...............................................20 Part 76
2974 .............................................34 Part 77
2990 ...............................................20 Part 76
3063—3065 .....................34 Parts 655, 656, 658
3191 ...........................................34 Part 520
3203 ...........................................34 Part 233
3207 ...........................................34 Part 520
3221 .....................................34 Parts 232—234
3223 ...............................................20 Part 76
34 Parts 400, 645, 646
3283 ...........................................34 Part 425
3302 ...........................................34 Part 548
3341—3348 ...............................34 Part 745
3381 ...........................................34 Part 250
3385—3385a .....................34 Parts 250, 256
3385 ...........................................34 Part 255
3386 ...........................................34 Part 212
3401 et seq ...............................34 Part 12
3411 .............................................34 Part 60
3461 .............................................34 Part 60
3471 .............................................34 Part 60
3472 .............................................34 Part 3
3473—3474 ...............................34 Part 241
3474 .........34 Parts 3, 8, 60, 74—76, 80, 81, 82, 84,

**20 U.S.C.—Continued** | CFR

85, 97, 98, 221, 230, 395, 307, 309, 315,
320, 326, 338, 520, 643, 645, 646, 760,
773, 776—778
3485 ...............................................34 Part 3
3487 .....................................34 Parts 98, 99
3507 .....................................34 Parts 98, 99
3774 .............................................34 Part 760
3801—3807 ...............................34 Part 201
3801—3805 ...............................34 Part 203
3801 ...........................................34 Part 205
3862 .....................34 Parts 241, 760, 787, 788
3871—3876 ...............................34 Part 201
3875 ...........................................34 Part 760
3902 ...........................................34 Part 750
4011 et seq ...................40 Parts 32, 34
4011 .............................................40 Part 31
4031—4036 ...............................34 Part 750
4041 .............................................34 Part 757
4501 et seq ...................45 Part 2400
4645 ...........................................34 Part 236
4661 ...........................................34 Part 765
4831 ...........................................34 Part 757
4841 .....................................34 Parts 757, 758
4843 .....................................34 Parts 757, 758
5505 .............................................40 Part 47
5608 ...........................................36 Part 1600
6011 .....................................34 Parts 700—702
6301—6578 ...............................34 Part 200
6511 .....................................34 Parts 76, 299
6671—6684 ...............................34 Part 230
6832 ...........................................34 Part 614
7221d .........................................34 Part 226
7231—7231J ..............................34 Part 280
7373 ...........................................34 Part 299
7441—7442 ...............................34 Part 263
7475 ...........................................34 Part 535
7701—7714 ...............................34 Part 222
7707 ...........................................34 Part 222
7832—7833 ...............................34 Part 263
8065a ...........................................34 Part 76
9101 et seq ...................45 Part 1185
9276 .....................................20 Parts 660—671
29 Part 44
9615 .............................................40 Part 2

**21 U.S.C.**
41—50 .....................21 Parts 14, 512—513, 516
71 et seq ...................................9 Part 307
104 ...................................................7 Part 1
111—113 .........................................9 Part 55
111 ...................................................7 Part 1
32 Part 627
112 .....................................7 Parts 91, 99
114 ...................................................9 Part 55
114a .................................................9 Part 55
114a–1 .............................................9 Part 55
117 ...................................................7 Part 1
120—121 .........................................9 Part 55
120 ...................................................7 Part 1
122 ...................................................7 Part 1
123—126 .........................................9 Part 56
125 ...................................................9 Part 55
127 ...................................................7 Part 1
134b .................................................9 Part 55
134e—134f .......................................7 Part 1
135a .................................................7 Part 1
136—136a ............7 Parts 305, 319, 330, 352—354

## Authorities

21 U.S.C.—Continued                                    CFR
                         9 Parts 91—96, 98, 130
136a ................................................9 Part 156
141—149 ..............................21 Parts 10, 12—16
151—159 ............9 Parts 101—109, 112—118, 123
                                                  21 Part 112
151—158 ..........................................9 Part 122
                                                  32 Part 627
154 ......................................................7 Part 1
271 ....................................21 Parts 500, 505
301—397 ............................................21 Part 5
321—397 ..........................................21 Part 10
321—394 ..................................21 Parts 14, 16
321—393 ................21 Parts 7, 11—13, 15, 20, 25
321 ..........21 Parts 1, 2, 3, 26, 50, 54, 56, 70, 71,
            73, 74, 99—102, 104—107, 109, 111, 119,
            120, 123, 130, 131, 133, 135—137, 139,
            145—150, 152, 155, 156, 158, 160, 161,
            163—166, 168—182, 184, 186, 189, 200—
            202, 206—208, 210, 211, 250, 310, 312,
            314, 320, 328, 330—333, 336, 338, 340,
            341, 343—349, 352, 355, 357, 358, 361,
            369, 431, 500—502, 510, 511, 514, 530,
            570, 571, 573, 579, 582, 584, 589, 600,
            601, 606, 607, 610, 630, 640, 650, 660,
            680, 700, 701, 710, 720, 740, 800, 801,
                                     807, 810, 1020
                                                  40 Part 180
331 ..........21 Parts 1—2, 17, 26, 54, 99, 100, 101,
            163, 200—203, 206—208, 299, 300, 310,
            312, 314, 328, 369, 500, 501, 505, 509,
            510, 514, 530, 606—607, 610, 630, 660,
            800, 807, 809, 812, 821, 822
                                                  40 Part 451
331j ................................................40 Part 9
332—334 ....................................21 Parts 1, 810
333 ..........................................21 Parts 17, 203
334 ................................................21 Part 800
335 ................................................21 Part 2
335a ................................................21 Part 1
336 ..........................21 Parts 109, 130, 250, 509
337 ..........................................21 Parts 17, 100
341—343 ..............................21 Parts 70, 73, 74, 156
341 ......21 Parts 104, 105, 130, 131, 133, 135—137,
            139, 145, 146, 150, 152, 155, 156, 158,
            160, 161, 163—166, 168—176, 178, 556,
                                     564, 570, 571, 573, 584
342—343 ......21 Parts 100, 111, 119, 123, 179, 501,
                                     505, 800, 801
342 .....21 Parts 2, 58, 71, 101, 108—110, 113, 114,
            120, 122, 129, 170—173, 181, 182, 184,
            186, 189, 250, 500, 507, 556, 570, 571,
                                     573, 579, 582, 584, 589
                                                  40 Part 186
343..........21 Parts 1, 2, 50, 56, 101, 102, 104, 105,
            107, 120, 123, 130, 131, 133, 135, 136,
            137, 139, 145, 146, 152, 155, 156, 158,
            160, 161, 163—166, 168, 169, 179, 180,
                                     500—503
343a ............................................21 Part 165
344 ................................................21 Part 108
345 ................................................21 Part 561
346—346a ........21 Parts 50, 56, 58, 109, 193, 361,
            430, 431, 570, 571, 1003, 1010
                                                  40 Part 2
346........21 Parts 120, 123, 175, 176, 178, 180, 185,
                                     250, 509, 561

21 U.S.C.—Continued                                    CFR
346a ................................................21 Part 2
            40 Parts 9, 23, 160, 174, 179, 180, 451
346c................................................21 Part 561
347 ..................................................21 Part 166
348 ......21 Parts 2, 50, 56, 58, 60, 70, 71, 73, 74,
            100, 101, 105, 109, 120, 123, 129, 131,
            133, 135—137, 139, 145, 146, 150, 152,
            155, 156, 160, 161, 163—166, 168—173,
            175—182, 184, 186, 189, 348, 361, 430,
            500, 501, 509, 570, 571, 573, 579, 582,
                                     584, 589, 700, 1003
            40 Parts 160, 185, 186, 451
349 ................................................21 Part 165
350 ................................................21 Part 105
350a ..........................21 Parts 50, 56, 106, 107
350b..........................................21 Parts 50, 56
350c................................................21 Part 1
350d ................................................21 Part 1
351—353 ..........21 Parts 3, 56, 180, 201, 203, 205,
            328, 330—333, 336, 338, 340, 341, 344,
            347, 348, 349, 355, 357, 430, 431, 510,
            511, 514, 570, 571, 600, 610, 616, 640,
                                     660, 814, 1003, 1010
351—352 .....21 Parts 2, 17, 20, 299, 500, 501, 600,
                                     606, 630, 700, 810, 820, 821, 861
351..............21 Parts 26, 54, 58, 70, 71, 73, 74, 99,
            200, 201, 205—208, 210, 211, 225, 226,
            299, 300, 310, 312, 314, 320, 330—333,
            336, 338, 340, 343, 344, 346—349, 351,
            352, 355, 357, 358, 361, 369, 500, 505,
            510, 511, 530, 600, 601, 606, 607, 630,
            640, 680, 800, 801, 807, 809, 810, 812,
            814, 820, 821, 861, 862, 864, 866, 868,
            870, 872, 874, 876, 878, 880, 882, 884,
            886, 888, 890, 892, 898, 1010, 1020, 1030,
                                     1040, 1050
352—353 ................21 Parts 50, 58, 250, 290, 361
352..........21 Parts 1, 26, 54, 73, 74, 99, 200—202,
            205—208, 210, 211, 225, 226, 250, 290,
            299, 300, 310, 312, 314, 320, 329, 330,
            332, 333, 336, 338, 340, 341, 343, 344,
            346—349, 352, 355, 357, 358, 361, 369,
            500, 510, 511, 530, 600, 601, 606, 607,
            630, 640, 660, 680, 701, 710, 740, 800, 801,
            803, 806, 807, 809, 810, 812, 814, 820,
            821, 822, 861, 895, 897, 898, 1002, 1010,
            1020, 1030, 1040, 1050
353 ..........21 Parts 3, 54, 200, 201, 205, 250, 290,
            310, 312, 314, 329—333, 336, 338, 340,
            341, 343, 344, 346—349, 352, 355, 357,
            358, 361, 369, 500, 510, 511, 530, 600,
            601, 640, 660, 680, 812, 814
355—357 ......21 Parts 361, 430, 505, 510, 570, 571,
                                     700, 1003
355 ..........21 Parts 1—2, 3, 17, 26, 50, 54, 56, 58,
            60, 71, 73, 74, 99, 200, 201, 202, 206—
            208, 210, 211, 250, 290, 291, 299, 300,
            310, 312, 314, 320, 328—333, 336, 338,
            340, 341, 344, 346—349, 352, 355, 357,
            358, 361, 369, 430, 431, 433, 500, 501,
            530, 600, 601, 606, 607, 610, 630, 640,
            660, 680, 700, 740, 801, 807, 809, 812
356—357 ..........................................21 Part 429
356 ..........................................21 Part 208, 312
357 ........21 Parts 60, 201, 208, 210, 500, 501, 530,
                                     544

## CFR Index

| 21 U.S.C.—Continued | CFR |
| --- | --- |
| 358 | 21 Parts 200, 201, 299 |
| 360—360 note | 21 Part 606 |
| 360 | 21 Parts 3, 17, 26, 50, 54, 56, 58, 71, 99, 180, 201, 203, 207, 208, 225, 330—333, 336, 338, 340, 341, 343, 344, 346—349, 352, 357, 358, 361, 430, 510, 511, 520, 571, 600, 601, 606, 607, 610, 630, 640, 660, 680, 803, 806, 807, 809, 812, 814, 820, 821, 862, 864, 866, 868, 870, 872, 874, 876, 878, 880, 882, 884, 886, 888, 890, 892, 897, 1002, 1010, 1030, 1040, 1050 |
| 360b—360j | 21 Part 26 |
| 360b—360f | 21 Parts 58, 71, 180, 310, 430, 431, 511, 570, 571, 1003, 1010 |
| 360b | 21 Parts 1, 2, 70, 201, 202, 207, 210, 211, 225, 226, 250, 299, 300, 453, 500, 514, 515, 520, 522, 524, 526, 529, 530, 556, 558, 809 |
| 360c—360j | 21 Parts 54, 814 |
| 360c—360f | 21 Parts 3, 50, 56, 361, 510, 812 |
| 360c—360e | 21 Part 860 |
| 360c—360d | 21 Parts 610, 809, 861 |
| 360c | 21 Parts 17, 99, 660, 807, 820, 862, 864, 866, 868, 870, 872, 874, 876, 878, 880, 882, 884, 886, 888, 890, 892 |
| 360d | 21 Parts 660, 820 |
| 360e—360j | 21 Parts 1010, 1020, 1030, 1040, 1050 |
| 360e | 21 Parts 60, 200, 800, 807, 820, 821, 862, 864, 866, 868, 870, 872, 874, 876, 878, 880, 882, 884, 886, 888, 890, 892 |
| 360f | 21 Parts 17, 895 |
| 360h—360j | 21 Parts 3, 50, 56, 58, 71, 180, 361, 430, 431, 809, 812, 820, 897, 1003, 1010 |
| 360h—360i | 21 Parts 571, 610, 821, 895 |
| 360h | 21 Parts 660, 810 |
| 360i—360j | 21 Parts 801, 803, 806, 860, 1002 |
| 360i | 21 Parts 17, 660, 800, 807, 822, 862, 874, 900 |
| 360j | 21 Parts 17, 60, 310, 606, 807, 808, 862, 864, 866, 868, 870, 872, 876, 878, 880, 882, 884, 886, 888, 890, 892 |
| 360k | 21 Parts 800, 808 |
| 360l | 21 Parts 26, 820, 822, 876, 878 |
| 360m | 21 Part 26 |
| 360aaa—360aaa–6 | 21 Part 99 |
| 360aaa—360dd | 21 Part 316 |
| 360aa | 21 Part 316 |
| 360bb | 21 Part 316 |
| 360cc | 21 Part 316 |
| 360gg—360ss | 21 Parts 3, 201, 1020 |
| 360hh—360ss | 21 Parts 1000, 1002 |
| 360nn | 21 Part 900 |
| 360bbb–2 | 21 Part 3 |
| 361—363 | 21 Part 701 |
| 361—362 | 21 Parts 250, 501, 505, 700, 710, 730, 740, 800 |
| 361 | 21 Parts 2, 70, 71, 73, 74, 300, 310, 500 |
| 362 | 21 Parts 1, 73, 74, 720 |
| 371—372 | 21 Parts 2, 610, 660, 809, 812 |
| 371 | 16 Parts 1502, 1507, 1701, 1702 21 Parts 1, 3, 11, 17, 19, 21, 26, 50, 54, 56, 58, 60, 70, 71, 73, 74, 80—82, 99—102, 104—111, 113, 114, 119, 120, 122, 123, 129—131, 133, 135—137, 139, 145, 146, 150, 152, 155, 156, 158, 160, |

| 21 U.S.C.—Continued | CFR |
| --- | --- |
| | 161, 163—166, 168—172, 180—182, 184, 186, 189, 200—203, 205—208, 210, 211, 225, 226, 250, 290, 291, 299, 300, 310, 312, 314, 316, 320, 328—333, 336, 338, 340, 343, 341, 344, 346—349, 352, 355, 357, 358, 361, 369, 371, 444, 446, 448—450, 452, 453, 455, 460, 500—502, 509—511, 514, 515, 530, 539, 540, 544, 548, 555, 556, 558, 570, 571, 579, 582, 584, 589, 600, 606, 607, 630, 640, 660, 680, 700, 701, 710, 720, 730, 740, 800, 801, 803, 806—810, 814, 820, 821, 822, 860—862, 864, 866, 868, 870, 872, 874, 876, 878, 880, 882, 884, 886, 888, 890, 892, 895, 897, 898, 1002, 1003, 1010, 1020, 1030, 1040, 1050, 1240, 1250 40 Parts 23, 160, 174, 179, 180, 186 |
| 372 | 21 Parts 54, 814 |
| 373—375 | 21 Part 814 |
| 373—374 | 21 Part 179 |
| 373 | 21 Part 54 |
| 374—375 | 21 Part 200 |
| 374 | 21 Parts 1—2, 26, 54, 99, 110, 113, 114, 120, 123, 129, 200, 201, 203, 205, 207, 208, 210, 211, 225, 226, 310, 314, 690, 601, 606, 607, 610, 700, 701, 710, 720, 730, 740, 801, 803, 806, 807, 809, 810, 812, 814, 820, 821, 822, 860, 861, 897, 898, 900, 1002 |
| 375 | 21 Parts 54, 250, 310, 810 |
| 376 | 21 Part 54 |
| 379 | 21 Parts 54, 814 |
| 379e | 21 Parts 3, 50, 56, 58, 60, 70, 71, 104—1299, 201, 310, 314, 514, 812 |
| 381 | 21 Parts 1, 3, 26, 50, 56, 58, 71, 120, 180, 203, 207, 312, 320, 361, 430, 431, 514, 607, 610, 807, 809, 812, 814, 820, 1003, 1010, 1020, 1030, 1040, 1050 |
| 382 | 21 Parts 1, 26, 312, 812 |
| 383 | 21 Parts 26, 312, 812, 820 |
| 393 | 21 Parts 1, 26, 120, 123, 207, 312, 607, 807, 897 |
| 394 | 21 Part 3 |
| 451 et seq | 7 Part 15 9 Part 391 |
| 451—470 | 9 Parts 300, 416, 417, 424, 430, 441, 500 21 Part 381 |
| 463 | 7 Part 1 9 Part 325 |
| 467f | 21 Parts 10, 12—16 |
| 601 et seq | 7 Part 15 9 Part 307 |
| 601—695 | 9 Parts 300—322, 325, 327, 329, 331, 335, 391, 416, 417, 424, 430, 441, 500 |
| 606 note | 9 Part 335 |
| 607 | 9 Part 317 |
| 618 | 9 Part 91 |
| 621 | 7 Parts 1, 329 9 Parts 305, 316, 319, 325 |
| 624 | 9 Part 325 |
| 645 | 9 Part 331 |
| 657 | 21 Part 1312 |
| 679 | 21 Parts 10, 12—16 |
| 802 | 21 Parts 1310, 1313 39 Part 232 |

# Authorities

| 21 U.S.C.—Continued | CFR |
|---|---|
| 811—812 | 21 Parts 1308, 1316 |
| 821—824 | 21 Parts 1301, 1309 |
| 821—822 | 21 Part 1307 |
| 821 | 21 Parts 10, 12—16, 1302—1306, 1308, 1311 |
| 822 | 21 Part 1316 |
| 823 | 42 Part 8 |
| 825 | 21 Part 1302 |
| 826 | 21 Part 1303 |
| 827 | 21 Parts 1304, 1310 |
| 828 | 21 Parts 1305, 1311 |
| 829 | 21 Parts 1306, 1311 |
| 830 | 21 Parts 1309, 1310, 1313, 1316 |
| 844 | 39 Part 232 |
| 844a | 28 Part 76 |
| 848 | 28 Part 524 |
| 853 | 28 Part 9 |
| 853a | 45 Part 78 |
| | 49 Parts 1182, 1186 |
| 862 | 46 Part 515 |
| | 49 Part 1104 |
| 871—872 | 21 Part 1316 |
| 871 | 21 Parts 1301—1311, 1313 |
| | 28 Part 16 |
| 875—876 | 28 Part 76 |
| 875 | 21 Parts 1301, 1309, 1316 |
| 877 | 21 Parts 1301, 1309 |
| 880—881—1 | 21 Part 1316 |
| 881 | 19 Part 162 |
| | 28 Part 9 |
| 881 note | 19 Part 171 |
| | 39 Part 233 |
| 883 | 21 Part 1316 |
| 890 | 21 Part 1310 |
| 951—953 | 21 Part 1301 |
| 952—954 | 21 Part 1312 |
| 952—953 | 19 Part 162 |
| 956—957 | 19 Parts 162, 1301 |
| 957—958 | 21 Part 1312 |
| 958 | 21 Parts 1302, 1304, 1309, 1311, 1316 |
| 960—961 | 19 Part 162 |
| 965 | 21 Parts 1304, 1311, 1316 |
| 966 | 19 Part 162 |
| 971 | 21 Part 1313 |
| 1031 et seq | 7 Part 58 |
| 1031—1056 | 7 Parts 57, 94 |
| | 9 Part 590 |
| 1034 | 21 Parts 10, 12—16 |
| 1043 | 7 Part 1 |
| 1174 | 45 Part 84 |
| 1401—1403 | 21 Part 20 |
| 1701 | 21 Part 1405 |
| 1901—1908 | 31 Parts 501, 598 |
| 6151 | 26 Part 55 |

| 22 U.S.C. | |
|---|---|
| 211a | 22 Parts 7, 51 |
| 213 | 22 Part 51 |
| 214 | 22 Part 22 |
| 254e | 22 Part 151 |
| 258 | 22 Part 82 |
| 267m—7 | 31 Part 26 |
| 282m | 17 Part 289 |
| 283a—283i | 17 Part 286 |
| 285h | 17 Part 287 |
| 286f | 31 Part 128 |
| 286k—1 | 17 Part 285 |
| 287c | 15 Parts 730, 738, 746, 774 |

| 22 U.S.C.—Continued | CFR |
|---|---|
| | 22 Part 126 |
| | 31 Parts 501, 550, 575, 585, 587, 590—592, 594 |
| 290f | 22 Parts 1004, 1007 |
| 290h | 22 Part 1501 |
| 290h—4 | 22 Parts 1502, 1503 |
| 290i—9a | 17 Part 288 |
| 290i | 17 Part 290 |
| 290i—9 | 17 Part 290 |
| 401 | 19 Parts 118, 161, 171 |
| | 22 Part 127 |
| | 28 Part 9 |
| 501 | 15 Part 255 |
| 521 | 32 Part 736 |
| 552 | 22 Part 171 |
| 552a | 22 Part 171 |
| 610 | 22 Part 908 |
| 612 note | 28 Part 5 |
| 620 | 28 Part 5 |
| 801 et seq | 32 Parts 552, 746 |
| 817 | 28 Part 15 |
| 842 | 22 Parts 13, 17, 72, 101, 102 |
| 1037 | 22 Part 16 |
| 1043 | 7 Part 1 |
| 1061 | 22 Part 17 |
| 1158 | 32 Part 728 |
| 1175 | 22 Part 72 |
| 1185 | 22 Part 82 |
| 1431 et seq | 22 Part 61 |
| 1431—1442 | 22 Part 62 |
| 1456 | 15 Part 40 |
| 1461 | 36 Part 1256 |
| 1611—1613c | 32 Part 736 |
| 1622 | 45 Parts 500, 501, 509 |
| 1626 | 31 Part 250 |
| 1641 | 31 Part 250 |
| 1642f | 31 Part 250 |
| 1750 et seq | 32 Parts 736, 744 |
| 1922 | 7 Part 250 |
| 1934 | 19 Part 161 |
| 1977 | 22 Part 33 |
| 2025 | 5 Part 352 |
| 2151—2406 | 32 Part 744 |
| 2151 | 15 Parts 730, 736 |
| 2191 | 22 Part 707 |
| 2199 | 22 Parts 706, 713 |
| 2278 | 22 Parts 121, 122, 127 |
| 2349aa—8—2349aa—9 | 19 Part 161 |
| | 31 Part 550 |
| 2349aa—9 | 31 Parts 550, 560 |
| 2351 | 32 Part 264 |
| 2356 | 10 Part 782 |
| | 32 Part 264 |
| 2357 | 32 Parts 555, 728 |
| 2363 | 31 Part 281 |
| 2366 note | 32 Part 502 |
| 2370 | 31 Parts 501, 515 |
| 2381 | 22 Parts 201—206, 208, 210, 212—216, 224, 226—228, 1201, 1202 |
| | 45 Part 207 |
| | 48 Parts 709, 710, 713—717, 719, 722, 724—726, 728, 731—734, 736, 737, 742, 749, 750, 752, 753 |
| 2385—2385a | 22 Parts 220, 222 |
| 2385 | 5 Part 352 |
| 2396 | 22 Part 205 |

**CFR Index**

| 22 U.S.C.—Continued | CFR |
|---|---|
| 2401 | 22 Part 226 |
| 2402 | 22 Part 209 |
| 2403 | 10 Part 110 |
| 2421 | 32 Part 555 |
| 2451 et seq | 22 Part 64 |
| | 45 Part 50 |
| 2451 note | 22 Part 63 |
| 2451—2460 | 22 Part 62 |
| | 34 Parts 662—664 |
| 2501 et seq | 22 Part 303 |
| 2503 | 22 Parts 304, 309—312 |
| 2504—2505 | 32 Part 728 |
| 2504 | 22 Parts 22, 305 |
| 2506 | 5 Part 315 |
| 2507 | 32 Part 728 |
| 2522 | 32 Part 728 |
| 2571 et seq | 37 Part 5 |
| 2651a | 22 Parts 4, 23, 50, 51, 120, 122—124, 126—127, 139—140, 181 |
| 2657—2658 | 22 Part 131 |
| 2658 | 22 Parts 1, 2, 5, 8, 9b, 12, 13, 16—19, 21, 33a, 34, 52, 63, 71, 91—93, 102, 130, 133, 135, 137—138, 141, 143, 145, 161, 172, 191, 218, 503, 518, 521 |
| | 48 Parts 601—607, 609, 611, 613—617, 619, 622—625, 627—629, 631—634, 636, 637, 641—645, 647—649, 651—653 |
| 2664 | 22 Part 172 |
| 2666 | 22 Part 2 |
| 2670 | 22 Part 71 |
| 2671 | 22 Part 51 |
| 2681 | 15 Part 717 |
| 2694 | 10 Part 1050 |
| 2702 | 25 Part 15 |
| 2714 | 22 Part 51 |
| 2719 | 22 Part 196 |
| 2751—2799aa—2 | 31 Part 539 |
| 2752 | 22 Parts 120—128 |
| 2753 | 22 Part 123 |
| 2764 | 32 Part 274 |
| 2776 | 22 Part 123—124 |
| 2778 | 22 Parts 120—129 |
| | 27 Parts 47, 71 |
| 2779 | 22 Part 130 |
| 2779a | 22 Part 127 |
| 2780 | 22 Parts 126—128 |
| 2791 | 22 Parts 126—128 |
| 2794 | 22 Part 120 |
| 2797 | 22 Parts 120, 121, 123, 124, 126, 128 |
| 2901 | 22 Part 1508 |
| 2933 | 48 Part 750 |
| 3101 et seq | 31 Parts 128, 129 |
| 3101—3108 | 15 Parts 801, 806 |
| 3103 | 31 Part 128 |
| 3105 | 31 Part 128 |
| 3201 et seq | 15 Parts 730, 738, 742, 744, 771, 774 |
| | 37 Part 5 |
| 3310 | 5 Part 352 |
| 3601 note | 35 Part 133 |
| 3606 | 21 Part 511 |
| 3611 | 35 Parts 9, 60 |
| 3641—3701 | 35 Parts 251, 253 |
| 3643 | 5 Part 352 |
| 3651—3652 | 5 Part 315 |
| 3791—3794 | 35 Part 70 |

| 22 U.S.C.—Continued | CFR |
|---|---|
| 3791 | 35 Parts 103, 133, 135 |
| 3792 | 35 Parts 133, 135 |
| 3794 | 35 Parts 133, 135 |
| 3811 | 35 Parts 3, 61, 70, 101, 104, 105, 107, 111, 113, 119, 121, 123 |
| 3901 et seq | 22 Parts 20, 501 |
| 3926 | 22 Parts 7, 8, 11, 13, 31, 34, 51, 172 |
| 3941 | 22 Part 11 |
| 4010 | 22 Parts 903, 905, 906, 908 |
| 4069c—4069c—1 | 5 Part 890 |
| 4107 | 22 Parts 1414, 1420—1425, 1427—1429, 1470, 1471 |
| | 29 Part 458 |
| 4110 | 22 Parts 1470, 1471 |
| 4111 | 29 Part 458 |
| 4114 | 22 Part 911 |
| 4117 | 29 Parts 458, 459 |
| 4131—4132 | 22 Part 901 |
| 4131 | 22 Part 904 |
| 4134 | 22 Parts 903, 904 |
| 4135—4136 | 22 Parts 901, 902 |
| 4136—4139 | 22 Part 903 |
| 4136—4137 | 22 Parts 908—910 |
| 4136 | 22 Parts 905—907 |
| 4138—4139 | 22 Part 904 |
| 4140 | 22 Part 910 |
| 4172 | 22 Part 910 |
| 4201 | 22 Part 22 |
| 4206 | 22 Part 22 |
| 4215 | 22 Part 22 |
| 4219 | 22 Part 22 |
| 4341 | 22 Part 136 |
| 4411 et seq | 22 Part 67 |
| 4415 | 22 Parts 66, 67 |
| 6001—6010 | 31 Part 515 |
| 6004 | 15 Parts 730, 738, 746, 774 |
| 6701 et seq | 15 Parts 710—721 |
| | 22 Part 103 |
| 7101 | 28 Part 1100 |
| 7103 | 22 Part 96 |
| 7105 | 28 Part 1100 |

| 23 U.S.C. | |
|---|---|
| 101 | 23 Parts 140, 230, 626, 635, 636, 640, 645, 655, 660, 668, 710, 777, 940, 1235 |
| | 25 Part 170 |
| | 40 Part 51 |
| 103 | 23 Parts 420, 470, 476, 777 |
| | 49 Parts 604, 605, 663 |
| 104 | 23 Parts 420, 655, 1235 |
| 105 | 23 Parts 655, 924, 1235 |
| 106 | 23 Parts 140, 627, 630, 940 |
| 107 | 7 Part 15 |
| | 23 Part 710 |
| | 36 Part 14 |
| 108 | 23 Part 710 |
| 109 | 23 Parts 140, 200, 625, 626, 630, 635—637, 645, 646, 650, 652, 655, 771, 772, 777, 940, 1235 |
| 110 | 23 Part 771 |
| 111 | 23 Parts 645, 710 |
| 112 | 23 Parts 172, 627, 635 |
| 113 | 23 Parts 635, 636 |
| | 29 Part 5 |
| 114 | 23 Parts 140, 172, 633, 635—637, 655, 710, 1235 |
| 115 | 23 Parts 420, 630, 636 |

## Authorities

**23 U.S.C.—Continued**                                CFR

116 ..........................................23 Parts 635, 645
                                                    33 Part 222
117 ....................................................23 Part 640
119 ..........................................23 Parts 635, 636
120....................23 Parts 140, 420, 646, 661, 668
121 ....................................................23 Part 140
122 ....................................................23 Part 140
123 ....................................................23 Part 645
125 ....................................................23 Part 668
127 ..........................................23 Parts 657, 658
128 ..........................23 Parts 635, 636, 771
130 ..........................................23 Parts 140, 646
131 ..........................23 Parts 190, 750, 752
133..............23 Parts 420, 646, 710, 777, 940
134......................23 Parts 420, 450, 470, 500
                                        49 Parts 609, 613
135 ..................23 Parts 450, 470, 500, 655, 1235
                                        49 Parts 609, 613
136 ....................................................23 Part 751
137 ....................................................23 Part 810
138 ..........................................23 Parts 771, 777
140 ....................................................23 Part 230
141 ..........................................23 Parts 657, 669
142 ..........................................23 Parts 710, 810
                                        49 Parts 604, 605, 609
142 note ........................................49 Part 29
144 ....................................................23 Part 650
146 ....................................................23 Part 656
149 ....................................................23 Part 810
151 ....................................................23 Part 650
152 ....................................................23 Part 924
153 ....................................................23 Part 1215
154 ....................................................23 Part 1270
156 ....................................................23 Part 710
157 ..........................................23 Parts 1240, 1340
158 ....................................................23 Part 1208
159 ....................................................23 Part 192
161 ....................................................23 Part 1210
163 ....................................................23 Part 1225
164 ....................................................23 Part 1275
181—189 .........................................23 Part 180
                                        49 Parts 80, 261, 640
201 ....................................................36 Part 294
202 ..........................................23 Parts 660, 661
                                                    25 Part 170
204 ..............23 Parts 660, 710, 970, 971, 972, 972
                                                    25 Part 170
205 ..........................................36 Parts 212, 294
210 ..........................................23 Parts 660, 710
217 ..................23 Parts 450, 652, 655, 1235
302 ..........................................23 Parts 172, 627
303 ..........................................23 Parts 420, 500
                                                    49 Part 614
307 ..................23 Parts 260, 627, 655, 1235
308 ....................................................23 Part 710
                                                    25 Part 170
315..........23 Parts 1, 140, 172, 180, 190, 192, 230,
                260, 420, 450, 460, 470, 476, 500, 620,
                625, 626, 627, 630, 633, 635—637, 640,
                645, 646, 650, 652, 655—658, 660, 661,
                668, 669, 710, 750—752, 771, 777, 810,
                924, 940, 970, 971, 972, 973, 1235, 1250—
                                                        1252
                                        49 Parts 80, 261, 640
317 ......................................................7 Part 15
                                                    23 Part 710

**23 U.S.C.—Continued**                                CFR
                                                    36 Part 14
318 ....................................................23 Part 620
319 ..........................................23 Parts 650, 752
320 ....................................................23 Part 630
321 ....................................................23 Part 260
322 ....................................................49 Part 268
323 ....................................................23 Part 710
324 ....................................................23 Part 200
                                                    49 Part 26
402........23 Parts 172, 460, 625, 630, 652, 655, 924,
                1200, 1205, 1206, 1235, 1250—1252
                                                    25 Part 181
403 ....................................................23 Part 260
405 ..................................................23 Part 1345
409 ......................................................49 Part 9
410 ..................................................23 Part 1313
411 ..................................................23 Part 1335
502 note ..........................................23 Part 940
505 ....................................................23 Part 420
508 ....................................................23 Part 940

**24 U.S.C.**

15 ....................................................32 Part 728
34—35 ............................................32 Part 728
37 ....................................................32 Part 736
41 ....................................................32 Part 574
136 ......................................................38 Part 12
271 et seq ......................................32 Part 553
281 ..................................................32 Part 553
321—329 ..........................................45 Part 211
794 ..................................................24 Part 180
1707a ..............................................12 Part 221

**25 U.S.C.**

2..............25 Parts 1, 2, 10, 11, 15, 20, 23, 36, 46,
                61—63, 67, 69, 82, 83, 89, 115, 140—
                143, 151, 161—163, 166, 168, 179, 212,
                217, 221, 225, 241, 242, 247, 248, 261,
                                                    290, 291
                                                    43 Part 5
5 ..........................................25 Parts 150, 163
6 ......................................................25 Part 258
9 .........25 Parts 2, 10—12, 15, 20, 23, 36, 46, 61—
                63, 67, 69, 82, 84, 89, 115, 140—142,
                150, 151, 153, 162, 163, 166, 167, 179,
                211, 212, 217, 221, 225, 241, 247, 248,
                                        261, 290, 291
13........25 Parts 10—12, 20, 26, 39, 46, 63, 89, 142,
                                        143, 163, 181, 256
43 ....................................................25 Parts 5, 256
44 ......................................................25 Part 5
46 ......................................................25 Part 5
47 ....................................................25 Part 170
48 ....................................................25 Part 275
68—68a ............................................25 Part 166
68 ....................................................25 Part 227
68a ..................................................25 Part 140
70g—70h ..........................................25 Part 504
70h ..................................................25 Part 503
70n-1—70n-7 ..................................25 Part 101
81 ..................25 Parts 84, 531, 533, 535, 537, 539
87a ..................................................25 Part 140
161 ..................................................25 Part 115
162a ................................................25 Part 115
164 ..................................................25 Part 115
179 ..........................................25 Parts 166, 167
200 ............................................25 Parts 11, 63

**CFR Index**

| 25 U.S.C.—Continued | CFR |
|---|---|
| 231 | 25 Part 31 |
| 261 et seq | 25 Part 141 |
| 261—264 | 25 Part 140 |
| 282—289 | 25 Part 31 |
| 293a | 43 Part 17 |
| 295 | 25 Parts 31, 43 |
| 297 | 25 Part 31 |
| 305 et seq | 25 Part 309 |
| 305a—305b | 25 Parts 301, 304, 307, 308, 310 |
| 309 | 25 Part 27 |
|  | 43 Part 17 |
| 323—328 | 25 Part 169 |
| 331 note | 25 Parts 122, 158 |
| 334 | 43 Part 2530 |
| 336—337 | 43 Part 2530 |
| 345 | 25 Part 167 |
| 348 | 25 Part 5 |
| 355—355 note | 25 Part 16 |
| 355 | 25 Part 152 |
| 355 note | 25 Part 216 |
| 372—374 | 25 Part 15 |
| 372—373b | 25 Part 15 |
| 372—373 | 25 Parts 15, 152, 179 |
| 374 | 25 Part 15 |
| 375 | 25 Part 16 |
| 375c—375d | 25 Part 16 |
| 378—379 | 25 Part 152 |
| 380 | 25 Part 162 |
| 385—386 | 25 Parts 134, 159 |
| 385 | 25 Parts 138, 160, 171 |
| 386 | 25 Part 139 |
| 386a | 25 Part 91 |
| 387 | 25 Part 139 |
| 390 | 25 Part 173 |
| 393—393a | 25 Part 162 |
| 393 | 25 Part 166 |
| 394 | 25 Parts 162, 166 |
| 395 | 25 Part 162 |
| 396 et seq | 30 Parts 202, 203, 206, 207, 210, 212, 218, 230, 241, 243 |
| 396—396q | 30 Parts 201—203, 241 |
| 396—396f | 25 Parts 216, 217 |
| 396 | 25 Parts 211, 212, 225 |
|  | 30 Part 216 |
| 396a et seq | 30 Parts 202, 203, 206, 207, 212, 218, 230, 241, 243 |
| 396a—396g | 25 Parts 211, 225 |
| 396b—396g | 25 Part 212 |
| 396d | 25 Part 211 |
|  | 43 Parts 3160, 3590 |
| 396g—396q | 43 Part 3590 |
| 397 | 25 Parts 162, 166, 167 |
|  | 30 Parts 201—203 |
| 398—398e | 30 Parts 201—203 |
| 399 | 30 Parts 201—203 |
| 402—402a | 25 Part 162 |
| 402—403 | 25 Part 166 |
| 402 | 25 Part 167 |
| 403 | 25 Part 162 |
| 403a—403c | 25 Parts 131, 162 |
| 404—405 | 25 Part 152 |
| 405—407 | 25 Part 163 |
| 408 | 25 Part 156 |
| 409a | 25 Parts 151, 162 |
| 410 | 25 Part 15 |
|  | 43 Part 4 |

| 25 U.S.C.—Continued | CFR |
|---|---|
| 413 | 25 Parts 143, 162, 163, 171, 227 |
| 415—415d | 25 Parts 162, 163 |
| 415a—415d | 25 Part 165 |
| 415 | 25 Parts 162, 166, 211, 225 |
| 441 | 25 Part 140 |
| 450 et seq | 25 Part 89 |
| 450 | 5 Part 352 |
|  | 25 Parts 170, 271—277 |
|  | 34 Parts 221, 250 |
| 450 note | 25 Part 1001 |
| 450b | 34 Parts 250, 410 |
| 450e | 29 Part 5 |
|  | 34 Part 221 |
|  | 48 Part 1426 |
| 450f et seq | 25 Part 900 |
| 450f | 34 Part 410 |
| 450h | 25 Parts 151, 276 |
| 450i | 5 Part 5501 |
|  | 25 Part 275 |
| 450k | 25 Part 11 |
| 450m | 25 Part 11 |
| 451 | 25 Part 151 |
| 452—457 | 34 Part 410 |
| 452—456 | 25 Part 273 |
| 454 | 25 Part 21 |
| 458aa—458gg | 25 Parts 1000, 1001 |
| 464—465 | 25 Part 151 |
| 466 | 25 Parts 163, 166 |
| 467 | 25 Part 151 |
| 471 | 25 Part 40 |
| 472 | 25 Part 5 |
| 473a | 25 Parts 52, 53, 216 |
| 476—477 | 25 Parts 166, 225 |
| 476 | 25 Parts 81, 82 |
| 477 | 25 Parts 52, 53, 162 |
| 479 | 25 Part 5 |
| 483 | 25 Part 152 |
| 487—489 | 25 Part 151 |
| 487 | 25 Part 179 |
| 490 | 7 Parts 770, 772 |
| 500k | 43 Part 4300 |
| 501—509 | 25 Part 16 |
| 501—502 | 25 Parts 151, 216 |
| 503 | 25 Parts 52, 53 |
| 573—574 | 25 Part 151 |
| 576 | 25 Part 151 |
| 607 | 25 Part 179 |
|  | 43 Part 4 |
| 608—608a | 25 Part 151 |
| 610—610a | 25 Part 151 |
| 622 | 25 Part 151 |
| 624 | 25 Part 151 |
| 635 | 25 Part 162 |
| 640c—1 | 25 Part 16 |
| 640d | 25 Part 700 |
| 640d—8 | 25 Part 168 |
| 640d—10 | 25 Part 151 |
| 640d—18 | 25 Part 168 |
| 640d et seq | 25 Part 161 |
| 677—677aa | 25 Part 217 |
| 786—788 | 25 Part 16 |
| 880 | 25 Part 211 |
| 1300—3 | 25 Part 61 |
| 1300d—26 | 25 Part 61 |
| 1401 et seq | 25 Part 61 |
| 1452 | 34 Part 221 |

## Authorities

| 25 U.S.C.—Continued | CFR |
|---|---|
| 1466 | 25 Part 151 |
| 1469 | 25 Part 101 |
| 1495 | 25 Part 151 |
| 1498 | 25 Part 103 |
| 1511 | 25 Part 103 |
| 1574 | 25 Part 286 |
| 1633 | 29 Part 5 |
| 1815 | 25 Part 41 |
| 1901—1952 | 25 Part 23 |
| 1952 | 25 Part 13 |
| 2001—2003 | 25 Part 36 |
| 2006 | 25 Part 33 |
| 2008 | 25 Part 39 |
| 2010 | 25 Part 32 |
| 2011 | 25 Part 38 |
| 2013 | 25 Part 32 |
| 2015 | 25 Part 38 |
| 2101 et seq | 30 Parts 202, 203, 206, 207, 212, 218, 230, 241, 243 |
| 2101—2108 | 25 Parts 211, 225 |
| 2107 | 30 Parts 210, 216 43 Parts 3160, 3590 |
| 2201—2211 | 25 Part 179 |
| 2417 | 25 Parts 10, 12 |
| 2453 | 25 Parts 10, 12 |
| 2651 | 34 Part 263 |
| 2701 et seq | 25 Part 502 |
| 2702 | 25 Part 542 |
| 2705 | 25 Parts 573, 575 |
| 2706 | 25 Parts 501, 514, 518, 519, 522—524, 531, 533, 535, 537, 539, 542, 556, 558, 571, 573, 575, 577 |
| 2708 | 25 Part 514 |
| 2710 | 25 Parts 290, 501, 514, 518, 522—524, 531, 533, 535, 537, 539, 556, 558, 571 |
| 2711 | 25 Parts 531, 533, 535, 537, 539 |
| 2712 | 25 Parts 522—524, 556, 558 |
| 2713 | 25 Parts 513, 573, 575, 577 |
| 2715 | 25 Parts 571, 573, 575, 577 |
| 2716 | 25 Part 571 |
| 2717 | 25 Part 514 |
| 2717a | 25 Part 514 |
| 2802 | 25 Parts 10, 12 |
| 2901 | 25 Part 36 |
| 3101 et seq | 48 Part 1437, 1452 |
| 3101—3120 | 25 Part 163 |
| 3201 et seq | 25 Part 63 |
| 3201—3211 | 42 Part 36 |
| 3681 | 28 Part 38 |
| 3701—3703 | 25 Parts 162, 166 |
| 3711—3714 | 25 Part 166 |
| 3713—3715 | 25 Part 162 |
| 3731 | 25 Part 162 |
| 3731—3734 | 25 Part 166 |
| 3733 | 25 Part 162 |
| 3741—3745 | 25 Part 166 |
| 4001 | 25 Parts 124, 1200 |
| 4101 et seq | 24 Part 985 |
| 4115 | 24 Part 58 |
| 4226 | 24 Part 58 |

| 26 U.S.C. (1939 I.R.C.) | |
|---|---|
| 62 | 26 Parts 509, 513, 514, 520, 521 |
| 143—144 | 26 Part 521 |
| 211 | 26 Part 521 |
| 231 | 26 Part 521 |
| 2706 | 25 Part 516 |

| 26 U.S.C. (1939 I.R.C.)—Continued | CFR |
|---|---|
| 2710 | 25 Part 291 |
| 2716 | 25 Part 516 |
| 3791 | 26 Parts 509, 520 |

| 26 U.S.C. (1986 I.R.C.) | |
|---|---|
| 1 | 26 Parts 1, 301 |
| 23 | 26 Part 1 |
| 25 | 26 Part 1 |
| 28 | 26 Part 1 |
| 30 | 26 Part 1 |
| 38 | 26 Part 1 |
| 41 | 26 Part 301 |
| 42 | 26 Parts 1, 301 |
| 43 | 26 Part 1 |
| 45D | 26 Part 1 |
| 46 | 26 Part 1 |
| 47 | 26 Part 1 |
| 48 | 25 Part 275 |
| 48g | 36 Part 67 |
| 52 | 26 Part 1 |
| 56 | 26 Part 1 |
| 58 | 26 Part 1 |
| 61 | 7 Part 3 26 Part 1 |
| 62 | 26 Parts 1, 31 |
| 67 | 26 Part 1 |
| 72 | 26 Part 1 |
| 101 | 26 Part 1 |
| 103 | 26 Parts 1, 5f |
| 103A | 26 Parts 1, 6a |
| 103A–2 | 26 Part 6a |
| 108 | 26 Part 1 |
| 110 | 26 Part 1 |
| 118 | 26 Part 1 |
| 121 | 26 Part 301 |
| 125 | 5 Part 892 |
| 126 | 7 Part 14 26 Part 16a |
| 129 | 26 Part 1 |
| 132 | 26 Parts 1, 54 |
| 141 note | 31 Part 344 |
| 142 | 26 Part 301 |
| 148 | 26 Part 1 |
| 149 | 26 Part 1 |
| 150 | 26 Part 1 |
| 163 | 26 Part 5f |
| 165 | 26 Parts 1, 301 |
| 166 | 26 Part 1 |
| 167 | 28 Part 12 |
| 168 | 26 Parts 1, 5c |
| 169—170 | 40 Part 20 |
| 170 | 26 Part 1 36 Part 67 |
| 171 | 26 Part 1 |
| 179 | 26 Part 1 |
| 179A | 26 Part 1 |
| 216 | 26 Part 1 |
| 219 | 26 Part 301 |
| 220 | 31 Part 346 |
| 263 | 26 Part 1 |
| 263A | 26 Part 12 |
| 263A | 26 Parts 1, 301 |
| 267 | 26 Part 1 |
| 274 | 26 Part 1 |
| 280C | 26 Part 1 |
| 280F | 26 Part 1 |
| 301 | 26 Part 1 |

## CFR Index

| 26 U.S.C. (1986 I.R.C.)—Continued | CFR |
|---|---|
| 304 | 26 Part 1 |
| 305 | 26 Part 1 |
| 337 | 26 Part 1 |
| 338 | 26 Part 1 |
| 351 | 26 Part 1 |
| 355 | 26 Part 1 |
| 357 | 26 Part 1 |
| 367 | 26 Parts 1, 7 |
| 382 | 26 Part 1 |
| 383 | 26 Part 1 |
| 401 | 26 Part 1 |
| | 29 Part 2550 |
| 408 | 26 Part 1 |
| 408A | 26 Part 1 |
| 410—414 | 29 Part 2530 |
| 410 | 26 Part 1 |
| 411 | 26 Part 1 |
| 414 | 26 Part 1 |
| 417 | 26 Part 1 |
| 420 | 26 Part 1 |
| | 32 Part 282 |
| 422 | 26 Part 48 |
| 441 | 26 Part 1 |
| 444 | 26 Part 1 |
| 446 | 26 Part 1 |
| 453 | 26 Parts 1, 15a |
| 453A | 26 Part 1 |
| 458 | 26 Part 1 |
| 460 | 26 Parts 1, 301 |
| 461 | 26 Part 1 |
| 465—467 | 26 Part 1 |
| 468A | 26 Part 1 |
| 468B | 26 Part 1 |
| 469 | 26 Part 1 |
| 471 | 26 Part 1 |
| 472 | 26 Part 1 |
| 475 | 26 Part 1 |
| 481—483 | 26 Part 1 |
| 501 | 32 Part 736 |
| | 34 Part 73 |
| | 46 Part 502 |
| 504 | 26 Part 1 |
| 514 | 26 Part 1 |
| 527 | 26 Part 1 |
| 585 | 26 Part 1 |
| 597 | 26 Parts 1, 301 |
| 642 | 26 Part 1 |
| 643 | 26 Parts 1, 301 |
| 663 | 26 Part 1 |
| 664 | 26 Part 1 |
| 672 | 26 Part 1 |
| 679 | 26 Part 1 |
| 684 | 16 Part 1 |
| 701—761 | 26 Part 1 |
| 809 | 26 Part 1 |
| 831 | 26 Part 301 |
| 832 | 26 Part 1 |
| | 31 Part 343 |
| 835 | 26 Part 301 |
| 845 | 26 Part 1 |
| 846 | 26 Part 1 |
| 848 | 26 Part 1 |
| 852 | 26 Part 1 |
| 860 | 26 Part 55 |
| 860E | 26 Part 1 |
| 860G | 26 Part 1 |

| 26 U.S.C. (1986 I.R.C.)—Continued | CFR |
|---|---|
| 863—865 | 26 Part 1 |
| 865 | 26 Part 301 |
| 874 | 26 Part 1 |
| 882 | 26 Part 1 |
| 884 | 26 Part 1 |
| 892 | 26 Part 1 |
| 894 | 26 Part 1 |
| 902 | 26 Part 1 |
| 904 | 26 Parts 1, 301 |
| 907 | 26 Part 1 |
| 911 | 26 Part 1 |
| 924 | 26 Part 1 |
| 925 | 26 Part 1 |
| 927 | 26 Part 1 |
| 936 | 26 Part 1 |
| 937 | 26 Parts 1, 301, 602 |
| 954 | 26 Parts 1, 4 |
| 957 | 26 Parts 1, 301, 602 |
| 960 | 26 Part 1 |
| 985 | 26 Part 1 |
| 987 | 26 Part 1 |
| 988 | 26 Part 1 |
| 989 | 26 Part 1 |
| 1032 | 26 Part 1 |
| 1043 | 5 Part 2634 |
| 1059 | 26 Part 1 |
| 1060 | 26 Part 1 |
| 1092 | 26 Part 1 |
| 1202 | 26 Part 1 |
| 1221 | 26 Part 1 |
| 1244 | 26 Part 1 |
| 1255 | 7 Part 14 |
| 1274A | 26 Part 1 |
| 1275 | 26 Part 1 |
| 1286 | 26 Part 1 |
| 1291 | 26 Part 1 |
| 1293 | 26 Part 1 |
| 1295 | 26 Part 1 |
| 1296 | 26 Part 1 |
| 1301 | 26 Part 1 |
| 1361 | 26 Part 1 |
| 1368 | 26 Part 1 |
| 1374 | 26 Part 1 |
| 1377 | 26 Part 1 |
| 1391 et seq | 7 Part 25 |
| 1391 | 24 Parts 597, 598 |
| 1397D | 7 Part 3401 |
| | 26 Part 1 |
| 1397E | 26 Part 1 |
| 1397E–1 | 26 Part 1 |
| 1441 | 26 Parts 1, 31 |
| 1443 | 26 Part 1 |
| 1445 | 26 Part 1 |
| 1502—1504 | 26 Part 1 |
| 2056 | 26 Part 301 |
| 2056A | 26 Part 301 |
| 2523 | 26 Part 301 |
| 2518 | 26 Part 25 |
| 2632 | 26 Part 26 |
| 2662 | 26 Part 26 |
| 2663 | 26 Part 26 |
| 3121 | 26 Parts 31, 32, 36 |
| 3127 | 26 Part 301 |
| 3231 | 26 Part 32 |
| 3301 et seq | 20 Part 601 |
| 3304 | 20 Parts 604, 616 |

## Authorities

| 26 U.S.C. (1986 I.R.C.)—Continued | CFR |
|---|---|
| 3306 | 20 Part 604 |
| 3309—3311 | 20 Part 601 |
| 3401—3402 | 26 Part 31 |
| 3401 | 26 Part 1 |
| 3405 | 26 Part 35 |
| 3406 | 26 Parts 31, 35a |
| 4041 | 26 Part 48 |
| 4051—4052 | 26 Parts 48, 145 |
| 4051 | 26 Part 41 |
| 4061 | 26 Parts 48, 142 |
| 4064 | 26 Part 48 |
| 4071 | 26 Part 48 |
| 4073 | 26 Part 48 |
| 4081 | 26 Part 48 |
| 4082 | 26 Part 48 |
| 4083 | 26 Part 48 |
| 4101 | 26 Part 48 |
| 4181—4182 | 27 Parts 53, 70 |
| 4216—4219 | 27 Part 53 |
| 4221—4223 | 27 Part 53 |
| 4222 | 26 Part 48 |
| 4225 | 27 Part 53 |
| 4251 | 26 Part 49 |
| 4293 | 26 Part 48 |
| 4374 | 26 Parts 46, 47 |
| 4461 | 19 Part 24 |
| 4462 | 19 Part 24 |
| 4482—4483 | 26 Part 41 |
| 4483 | 26 Part 48 |
| 4493 | 26 Part 154 |
| 4662 | 26 Part 52 |
| 4682 | 26 Part 52 |
| 4854 | 7 Part 28 |
| 4943 | 26 Part 53 |
| 4975 | 26 Part 54 |
| 4980B | 26 Part 54 |
| 4981A | 26 Part 54 |
| 4989 | 26 Part 150 |
| 4992 | 26 Part 51 |
| 5001—5002 | 27 Parts 19, 31, 194 |
| 5001 | 27 Parts 18, 20, 22, 24, 26—27, 251, 252 |
| 5002 | 27 Parts 25, 29 |
| 5004—5006 | 27 Part 19, 199 |
| 5007—5008 | 27 Parts 26—27, 252 |
| 5008 | 27 Parts 19, 24 |
| 5010 | 27 Parts 17, 19, 26—27, 251 |
| 5041—5042 | 27 Part 24 |
| 5041 | 27 Parts 19, 26—27, 252 |
| 5044 | 27 Part 24 |
| 5051—5054 | 27 Part 25 |
| 5051 | 27 Parts 26—27, 251, 252 |
| 5053 | 27 Part 252 |
| 5054 | 27 Part 27, 251 |
| 5055—5056 | 27 Part 252 |
| 5056 | 27 Part 25 |
| 5061—5062 | 27 Parts 19, 24 |
| 5061 | 27 Parts 25—27, 251, 252 |
| 5062 | 27 Part 30 |
| 5066 | 27 Part 19 |
| 5081 | 27 Parts 19, 24, 26 |
| 5091 | 27 Part 25 |
| 5101 | 27 Parts 19, 29 |
| 5102 | 27 Part 29 |
| 5111—5114 | 27 Part 31 |
| 5111—5113 | 27 Parts 19, 24 |
| 5111—5112 | 27 Parts 26—27, 251, 252 |

| 26 U.S.C. (1986 I.R.C.)—Continued | CFR |
|---|---|
| 5111 | 27 Part 25 |
| 5113 | 27 Part 25 |
| 5114 | 27 Parts 26—27, 251, 252 |
| 5116—5117 | 27 Part 31 |
| 5121—5124 | 27 Part 31 |
| 5121—5122 | 27 Parts 24, 26—27, 251 |
| 5121 | 27 Part 22 |
| 5122 | 27 Part 252 |
| 5124 | 27 Parts 26—27, 251, 252 |
| 5131—5134 | 27 Parts 17, 26 |
| 5141 | 27 Part 26 |
| 5142—5143 | 27 Parts 19, 22, 24—25, 31, 44, 270 |
| 5143 | 27 Part 17 |
| 5145—5146 | 27 Part 31 |
| 5146 | 27 Parts 17, 19, 22, 25—26, 44, 70, 270 |
| 5148 | 27 Part 17, 19, 24—27, 31 |
| 5171—5173 | 27 Parts 18, 19 |
| 5171 | 27 Part 71 |
| 5173 | 27 Part 24 |
| 5175—5177 | 27 Part 252 |
| 5175—5176 | 27 Part 19 |
| 5178—5181 | 27 Part 19 |
| 5178—5179 | 27 Part 18 |
| 5179 | 27 Part 29 |
| 5181 | 27 Part 71 |
| 5201—5204 | 27 Part 19 |
| 5201 | 27 Parts 27, 251 |
| 5203 | 27 Part 18, 70 |
| 5204—5207 | 27 Part 252 |
| 5204 | 27 Part 30 |
| 5205 | 27 Parts 27, 251, 252 |
| 5206—5207 | 27 Parts 19, 31 |
| 5206 | 27 Parts 17, 20, 22, 24 |
| 5207 | 27 Parts 26—27, 70, 251, 252 |
| 5211—5215 | 27 Part 19 |
| 5211 | 27 Part 30 |
| 5214—5215 | 27 Part 24 |
| 5214 | 27 Parts 20, 22 |
| 5221—5223 | 27 Part 19 |
| 5222 | 27 Part 25 |
| 5231—5232 | 27 Part 19 |
| 5232 | 27 Parts 26—27, 251, 252 |
| 5235—5236 | 27 Part 19 |
| 5237 | 27 Part 251 |
| 5241—5243 | 27 Part 19 |
| 5242 | 27 Part 21 |
| 5271—5275 | 27 Parts 20, 22 |
| 5271 | 27 Parts 19, 26, 71 |
| 5273 | 27 Parts 17, 19, 27, 252 |
| 5274 | 27 Part 71 |
| 5275 | 27 Parts 20, 70 |
| 5276 | 27 Parts 22, 26 |
| 5291 | 27 Part 29 |
| 5301 | 27 Parts 5, 13, 19, 26—27, 31, 251, 252 |
| 5311—5313 | 27 Part 19 |
| 5311 | 27 Parts 20, 22 |
| 5313 | 27 Parts 27, 251, 252 |
| 5314 | 27 Part 26 |
| 5351 | 27 Parts 18, 24 |
| 5352 | 27 Part 31 |
| 5353—5354 | 27 Part 24 |
| 5354 | 27 Parts 18, 252 |
| 5356 | 27 Part 18 |
| 5356—5357 | 27 Part 24 |
| 5361—5362 | 27 Part 24 |
| 5362 | 27 Parts 19, 252 |

# CFR Index

| 26 U.S.C. (1986 I.R.C.)—Continued | CFR |
|---|---|
| 5364—5373 | 27 Part 24 |
| 5367 | 27 Parts 70, 252 |
| 5370—5371 | 27 Part 252 |
| 5370 | 27 Part 19 |
| 5373 | 27 Part 19 |
| 5381—5388 | 27 Part 24 |
| 5391—5392 | 27 Part 24 |
| 5401—5403 | 27 Part 25 |
| 5401 | 27 Part 252 |
| 5411—5417 | 27 Part 25 |
| 5415 | 27 Parts 70, 252 |
| 5501—5505 | 27 Part 19 |
| 5504 | 27 Part 70 |
| 5511 | 27 Parts 18, 24 |
| 5551—5555 | 27 Part 19 |
| 5551—5552 | 27 Parts 24—25, 252 |
| 5552 | 27 Parts 18, 20, 22 |
| 5555—5556 | 27 Part 25 |
| 5555 | 27 Parts 20, 22, 26—27, 31, 70, 194, 251, 252 |
| 5559 | 27 Part 19 |
| 5561—5562 | 27 Part 19 |
| 5601 | 27 Parts 19, 29 |
| 5607 | 27 Part 29 |
| 5612 | 27 Part 19 |
| 5613 | 27 Part 31 |
| 5615 | 27 Part 29 |
| 5661—5662 | 27 Part 24 |
| 5671 | 27 Part 25 |
| 5673 | 27 Part 25 |
| 5681 | 27 Part 31, 194 |
| 5682 | 27 Part 19 |
| 5684 | 27 Parts 24—25, 70 |
| 5687 | 27 Part 29 |
| 5688 | 19 Part 162 |
| 5691 | 27 Part 31 |
| 5701 | 27 Parts 41, 44, 270 |
| 5703—5705 | 27 Parts 41, 44, 45, 270 |
| 5704 | 27 Part 46 |
| 5707 | 27 Part 270 |
| 5708 | 27 Parts 41, 46, 296 |
| 5711—5713 | 27 Parts 44, 270 |
| 5712—5713 | 27 Parts 41, 71 |
| 5721—5723 | 27 Parts 41, 44, 270 |
| 5723 | 27 Part 45 |
| 5731 | 27 Parts 44, 270 |
| 5741 | 27 Parts 41, 44, 45, 70, 270 |
| 5751 | 27 Parts 44—46, 270, 296 |
| 5753 | 26 Part 127 |
| | 27 Part 270 |
| 5754 | 27 Parts 41, 44, 46 |
| 5761—5763 | 27 Parts 41, 46, 270, 296 |
| 5761—5762 | 27 Part 270 |
| 5761 | 27 Part 70 |
| 5762—5763 | 27 Part 45 |
| 5801 et seq | 27 Part 179 |
| 5802 | 27 Part 70 |
| 6001 | 26 Parts 1, 31, 55, 156 |
| | 27 Parts 19, 26, 31, 46, 53, 296 |
| 6011 | 26 Parts 31, 40, 55, 156, 301 |
| | 27 Parts 17, 25, 31, 53, 73 |
| 6020 | 27 Parts 53, 70 |
| 6021 | 27 Parts 53, 70 |
| 6031 | 26 Part 1 |
| 6035 | 26 Part 1 |
| 6036 | 26 Part 301 |

| 26 U.S.C. (1986 I.R.C.)—Continued | CFR |
|---|---|
| 6038—6038B | 26 Part 1 |
| 6041 | 26 Part 1 |
| 6043 | 26 Part 1 |
| 6045 | 26 Parts 1, 5f |
| 6046A | 26 Part 1 |
| 6047 | 26 Part 35 |
| 6049 | 26 Part 1 |
| 6050E | 26 Part 1 |
| 6050H—6050I—1 | 26 Part 1 |
| 6050K | 26 Part 1 |
| 6050M | 26 Parts 1, 301 |
| 6050P | 26 Part 1 |
| 6050S | 26 Part 1 |
| 6051 | 26 Part 31 |
| 6056 | 27 Part 22 |
| 6060 | 26 Part 1 |
| 6061 | 26 Parts 1, 156, 301 |
| | 27 Parts 22, 25, 31, 44, 53, 73, 270 |
| 6064 | 27 Part 70 |
| 6065 | 26 Part 1 |
| | 27 Parts 17—20, 22, 24, 25, 31, 44, 252, 270 |
| 6071 | 26 Parts 31, 40, 55, 154, 156 |
| | 27 Parts 31, 53 |
| 6081 | 26 Parts 1, 31, 301 |
| | 27 Part 53 |
| 6090 | 26 Part 43 |
| 6091 | 26 Parts 40, 44, 46, 55, 156 |
| | 27 Parts 17, 24, 25, 31, 53, 194 |
| 6101—6104 | 27 Part 53 |
| 6101 | 26 Part 40 |
| 6102 | 27 Part 70 |
| 6103 | 20 Parts 401, 402 |
| | 26 Parts 301, 602 |
| | 42 Part 401 |
| 6104 | 26 Part 301 |
| 6109 | 26 Parts 40, 150, 301 |
| | 27 Parts 17, 19, 22, 24, 25, 31, 53, 194, 270 |
| 6111 | 26 Part 301 |
| 6112 | 26 Part 301 |
| 6114 | 26 Part 301 |
| 6151 | 27 Parts 17, 22, 25, 31, 44, 53, 270 |
| 6155 | 27 Parts 53, 70 |
| 6157 | 26 Part 31 |
| 6159 | 27 Part 70 |
| 6161 | 26 Part 156 |
| | 27 Part 53 |
| 6201 | 27 Part 70 |
| 6203—6204 | 27 Part 70 |
| 6205 | 26 Part 31 |
| 6223 | 26 Part 301 |
| 6230 | 26 Parts 1, 301 |
| 6231 | 26 Part 301 |
| 6232 | 26 Parts 1, 150 |
| 6233 | 26 Part 301 |
| 6241 | 26 Part 301 |
| 6245 | 26 Part 301 |
| 6301—6303 | 27 Part 53 |
| 6301—6302 | 27 Parts 24—26, 41, 270 |
| 6301 | 27 Part 70 |
| 6302 | 26 Parts 1, 20, 25, 31, 40 |
| | 27 Parts 19, 27, 251 |
| | 31 Parts 203, 214 |
| 6303 | 27 Part 70 |
| 6311 | 26 Part 301 |

# Authorities

| 26 U.S.C. (1986 I.R.C.)—Continued | CFR |
|---|---|
| | 27 Parts 19, 24, 25, 31, 53, 70, 270 |
| 6313—6314 | 27 Part 70 |
| 6313 | 27 Parts 25, 41, 45, 270 |
| 6314 | 27 Part 31 |
| 6321 | 27 Part 70 |
| 6323 | 27 Parts 70, 301 |
| 6325 | 26 Part 401 |
| | 27 Part 70 |
| 6326 | 26 Part 301 |
| | 27 Part 70 |
| 6331—6343 | 27 Part 70 |
| 6343 | 26 Part 301 |
| 6401—6404 | 27 Part 70 |
| 6402 | 10 Part 16 |
| | 12 Part 1730 |
| | 26 Parts 1, 301 |
| | 27 Parts 17, 25, 31, 44, 53, 270 |
| | 31 Part 285 |
| | 26 Part 301 |
| 6404 | 27 Parts 41, 44, 53, 270 |
| 6407 | 27 Part 70 |
| 6411 | 26 Parts 1, 301 |
| 6416 | 27 Parts 53, 70 |
| 6423 | 27 Parts 70, 270 |
| 6426 | 26 Part 154 |
| 6427 | 26 Part 48 |
| 6501—6503 | 27 Part 70 |
| 6511 | 27 Parts 17, 31, 70 |
| 6513—6514 | 27 Part 70 |
| 6532 | 27 Part 70 |
| 6601—6602 | 27 Part 70 |
| 6601 | 27 Parts 31, 46, 296 |
| 6611 | 27 Part 70 |
| 6621—6622 | 27 Parts 46, 70, 296 |
| 6621 | 27 Part 31 |
| 6651 | 27 Parts 24, 25, 31, 70 |
| 6653 | 27 Part 70 |
| 6656—6658 | 27 Part 70 |
| 6656 | 27 Part 25 |
| 6657 | 27 Part 31 |
| 6662 | 26 Part 1 |
| 6665 | 27 Part 70 |
| 6671—6672 | 27 Part 70 |
| 6676 | 27 Parts 19, 24, 25, 270 |
| 6689 | 26 Part 301 |
| 6695 | 26 Part 1 |
| 6701 | 27 Part 70 |
| 6723 | 27 Part 70 |
| 6801 | 27 Part 70 |
| 6804 | 27 Part 26, 250 |
| 6806 | 27 Parts 19, 22, 25, 44, 270 |
| 6851 | 26 Part 1 |
| 6862—6863 | 27 Part 70 |
| 6901 | 27 Part 70 |
| 7011 | 27 Parts 17, 19, 22, 24, 25, 31, 44, 70, 270 |
| 7025 | 27 Part 197 |
| 7101—7102 | 27 Part 26 |
| 7101 | 27 Parts 41, 70, 72 |
| 7102 | 27 Part 70 |
| 7121—7122 | 27 Part 70 |
| 7207 | 27 Part 70 |
| 7209 | 27 Part 70 |
| 7212 | 27 Parts 41, 44—46, 270, 296 |
| 7213 | 27 Part 17 |
| 7214 | 5 Part 3101 |

| 26 U.S.C. (1986 I.R.C.)—Continued | CFR |
|---|---|
| | 15 Part 0 |
| | 27 Part 70 |
| 7216 | 26 Part 301 |
| 7302 | 27 Parts 24, 252 |
| 7304 | 27 Part 70 |
| 7322—7326 | 27 Part 72 |
| 7325 | 27 Part 270 |
| 7326 | 27 Part 72 |
| 7327 | 27 Part 72 |
| 7342 | 27 Parts 24, 25, 41, 44—46, 270, 296 |
| 7401 | 27 Part 70 |
| 7403 | 27 Part 70 |
| 7406 | 27 Part 70 |
| 7423—7426 | 27 Part 70 |
| 7429—7430 | 27 Part 70 |
| 7432 | 27 Part 70 |
| 7502—7503 | 27 Parts 24, 70, 270 |
| 7502 | 26 Part 301 |
| | 27 Parts 53, 73 |
| 7505—7506 | 27 Part 70 |
| 7508 | 26 Part 301 |
| 7508A | 26 Part 301 |
| 7510 | 27 Part 19 |
| 7513 | 27 Part 70 |
| 7520 | 26 Parts 1, 20, 25, 301 |
| 7601—7606 | 27 Part 70 |
| 7602 | 27 Parts 29, 46, 296 |
| 7606 | 27 Parts 24, 25, 41, 44—46, 270, 275, 296 |
| 7608 | 27 Parts 70, 296 |
| 7609 | 27 Part 70 |
| 7610 | 27 Part 70 |
| 7622—7623 | 27 Part 70 |
| 7624 | 26 Part 301 |
| 7651 et seq | 40 Part 76 |
| 7651—7652 | 27 Parts 26, 41 |
| 7652 | 27 Parts 17, 275 |
| 7653 | 27 Part 70 |
| 7654 | 26 Parts 1, 301, 602 |
| 7701 | 26 Parts 1, 31, 301 |
| 7804 | 26 Parts 301, 602 |
| 7804 note | 26 Part 801 |
| 7805 | 19 Parts 1, 301, 602 |
| | 20 Part 615 |
| | 26 Parts 1, 2—5, 5c, 5e, 6a, 7, 8, 9, 11—13, 14a, 15, 15a, 16, 16a, 17—20, 22, 25, 26, 27, 31, 32, 35, 35a, 36, 41, 43—47, 48, 49, 52—55, 141, 143, 145, 148, 156, 157, 301—303, 305, 400, 401, 403, 404, 420, 502, 503, 509, 514, 516, 517, 601, 602, 701, 702 |
| | 27 Parts 3, 5, 13, 17—22, 24—27, 29, 30, 31, 41, 44—46, 70—72, 170, 179, 250—252, 270, 296 |
| 7851 | 27 Part 24 |
| 9002 | 11 Part 9002 |
| 9003 | 11 Parts 9003, 9033 |
| 9004 | 11 Part 9004 |
| 9005 | 11 Part 9005 |
| 9006 | 11 Part 9005 |
| 9007 | 11 Parts 201, 9007 |
| 9008 | 11 Parts 201, 9008 |
| 9009 | 11 Parts 201, 9001—9008 |
| 9012 | 11 Part 9012 |
| 9031 | 11 Part 9031 |
| 9032 | 11 Part 9032 |
| 9033 | 11 Part 9033 |

# CFR Index

| 26 U.S.C. (1986 I.R.C.)—Continued | CFR |
|---|---|
| 9034 | 11 Part 9034 |
| 9035 | 11 Part 9035 |
| 9036 | 11 Part 9036 |
| 9037 | 11 Part 9037 |
| 9038 | 11 Parts 201, 9038 |
| 9039 | 11 Parts 201, 9031—9039 |
| 9801 | 26 Part 54 |
| 9806 | 26 Part 54 |
| 9833 | 26 Part 54 |

**27 U.S.C.**

| | |
|---|---|
| 202 | 27 Parts 6, 8, 10, 11 |
| 203—204 | 27 Part 1 |
| 203 | 27 Parts 26, 251, 252 |
| 204 | 27 Part 71 |
| 205 | 27 Parts 4—13, 16, 26, 179, 197, 251, 252 |
| 206 | 27 Part 1 |
| 211 | 27 Part 1 |
| 215 | 27 Part 16 |
| 218 | 27 Part 16 |

**28 U.S.C.**

| | |
|---|---|
| 50 | 32 Part 516 |
| 418 | 38 Part 3 |
| 503 | 28 Part 45 |
| 509—510 | 8 Parts 1—3, 1103 |
| | 21 Part 1316 |
| | 28 Parts 0, 1, 3, 5, 8, 9, 11, 14—17, 26, 28, 29, 35, 37, 38, 42, 46, 47, 48, 50, 51, 55, 58, 61, 71, 73, 76, 81, 500, 501, 503, 504, 506, 509—511, 513, 522—524, 527, 540—545, 547—553, 570—572, 600—603, 1216 |
| | 48 Part 2819 |
| 509 | 28 Parts 27, 36, 64, 80, 549, 551 |
| 510 | 28 Parts 27, 36, 549, 551 |
| | 48 Parts 2801—2810, 2812—2817, 2822, 2824, 2825, 2828—2835, 2845, 2852, 2870 |
| 513 | 32 Part 516 |
| 515—519 | 28 Parts 0, 17, 27 |
| 515 | 28 Parts 600—602 |
| | 32 Part 516 |
| 515—518 | 28 Part 9 |
| 524 | 28 Part 9 |
| 528 | 28 Part 45 |
| 530B | 28 Part 77 |
| 534 | 28 Parts 16, 20 |
| | 32 Part 635 |
| 534 note | 32 Part 637 |
| 543 | 28 Parts 600, 603 |
| | 32 Part 516 |
| 586 | 28 Part 58 |
| 1346 | 28 Part 543 |
| | 32 Parts 536, 842 |
| 1498 | 10 Part 782 |
| 1608 | 22 Part 93 |
| 1733 | 22 Part 131 |
| 1746 | 8 Part 3 |
| | 30 Part 870 |
| | 34 Part 690 |
| 1784 | 22 Part 92 |
| 1821—1825 | 28 Part 21 |
| 1821 | 22 Part 713 |
| 1823 | 32 Part 534 |
| 2112 | 5 Part 2429 |
| | 21 Parts 10, 12—16 |
| | 29 Parts 101, 2200 |

| 28 U.S.C.—Continued | CFR |
|---|---|
| | 40 Part 23 |
| | 46 Part 502 |
| 2343—2344 | 40 Part 23 |
| 2401—2402 | 32 Part 536 |
| 2401 note | 49 Part 229 |
| 2402 | 32 Part 842 |
| 2412 | 34 Part 21 |
| 2461 | 14 Part 13 |
| | 18 Part 385 |
| | 20 Parts 356, 702 |
| | 30 Parts 723, 845 |
| | 32 Part 269 |
| | 46 Part 506 |
| | 49 Part 224 |
| 2461 note | 5 Parts 2634, 2636 |
| | 10 Parts 2, 13, 207, 218, 430, 501, 601, 820, 1013, 1017, 1050 |
| | 11 Part 111 |
| | 12 Parts 19, 263, 306, 509, 622, 1411, 1773, 1780 |
| | 14 Part 383 |
| | 15 Parts 6, 25, 28 |
| | 16 Part 1 |
| | 17 Part 143 |
| | 24 Parts 28, 30, 81, 3282, 3500 |
| | 27 Part 16 |
| | 29 Parts 578, 579, 2575, 4071, 4302 |
| | 31 Parts 500, 501, 505, 515, 535, 536, 540, 545, 550, 560, 575, 585, 590—592, 594, 595, 597, 598 |
| | 33 Parts 27, 326 |
| | 34 Part 36 |
| | 40 Parts 19, 27 |
| | 45 Part 672 |
| | 49 Parts 107, 171, 209, 213, 214, 215—216, 217, 218, 220—225, 228, 230-241, 244, 1503 |
| 2671—2680 | 14 Part 1261 |
| | 22 Part 511 |
| | 28 Part 543 |
| | 32 Part 536 |
| | 38 Part 14 |
| | 39 Part 912 |
| | 43 Part 22 |
| 2671—2672 | 32 Part 842 |
| 2672 | 5 Part 177 |
| | 10 Parts 14, 1014 |
| | 13 Part 114 |
| | 14 Part 15 |
| | 15 Part 2 |
| | 20 Part 429 |
| | 22 Part 304 |
| | 24 Part 17 |
| | 28 Part 14 |
| | 29 Parts 15, 100 |
| | 31 Part 3 |
| | 32 Part 1280 |
| | 33 Part 25 |
| | 34 Part 35 |
| | 40 Part 1620 |
| | 45 Part 35 |
| | 46 Part 204 |
| | 49 Part 1 |
| 2674—2680 | 32 Part 842 |
| 2675 | 14 Part 15 |
| 2679 | 10 Part 14 |

## Authorities

| 29 U.S.C. | CFR |
|---|---|
| 9a | 29 Parts 1910, 580 |
| 37 | 45 Parts 95, 204 |
| 41a—41b | 29 Part 1924 |
| 49 et seq | 20 Parts 621, 651, 652—656, 658 |
| | 29 Parts 42, 507, 508 |
| 49k | 20 Parts 601, 652, 654 |
| | 29 Part 31 |
| 49l–2 | 29 Part 44 |
| 50 | 29 Parts 29, 30 |
| 141 | 5 Part 7101 |
| | 29 Part 100 |
| 151 | 29 Parts 101—103 |
| 156 | 5 Part 7101 |
| | 29 Parts 100—103 |
| 158 | 29 Part 1420 |
| 171 | 29 Part 1420 |
| 172—173 | 29 Parts 1402—1403 |
| 172 | 29 Parts 1401, 1404 |
| 173—174 | 29 Part 1420 |
| 173 et seq | 29 Part 1404 |
| 175a | 29 Parts 1470, 1471, 1472 |
| 183 | 29 Part 1420 |
| 201 et seq | 29 Parts 42, 510, 516, 536, 548, |
| | 775, 782, 790, 1620, 1621 |
| 201—219 | 29 Parts 525, 553, 776, 778—780, |
| | 783—786, 788, 789, 791, 793, 794 |
| 203 | 29 Parts 531, 570, 579, 580 |
| 204 | 5 Part 551 |
| 204f | 5 Part 551 |
| 205—206 | 29 Parts 511, 616, 617, 619, 697, 699, |
| | 700, 701, 720, 721, 723—730 |
| 206 | 24 Part 7 |
| | 29 Parts 552, 1614 |
| 207 | 29 Parts 536, 547—550 |
| 208 | 29 Parts 511, 616, 617, 619, 697, 699, 700, |
| | 701, 720, 721, 723—730 |
| 209 | 29 Part 580 |
| 211—212 | 29 Parts 570, 575, 579, 580 |
| 211 | 29 Parts 515, 516, 519, 525, 530, 1627 |
| 213 | 29 Parts 536, 541, 551, 552, 579, 580 |
| 214 | 29 Parts 519, 520, 528 |
| 216 | 29 Parts 578—580 |
| 216 | 29 Parts 578, 580 |
| 218 | 29 Part 575 |
| 251 et seq | 29 Part 775 |
| 259 | 29 Part 5 |
| 402 | 29 Parts 401, 451 |
| 431 | 29 Part 402 |
| 432 | 29 Parts 403, 404, 408 |
| 433 | 29 Parts 405, 406 |
| 437—438 | 29 Part 406 |
| 437 | 29 Parts 402—405, 408, 409 |
| 438 | 29 Parts 401—405, 408, 409, 451 |
| 441 | 29 Part 409 |
| 461 | 29 Part 401 |
| 481—482 | 29 Parts 401, 417, 452 |
| 481 | 29 Part 451 |
| 502 | 29 Part 453 |
| 504 | 28 Part 4 |
| 526 | 28 Part 4 |
| 551 | 29 Part 98 |
| 557a | 30 Parts 56, 57 |
| 577a | 30 Parts 1, 40—44, 50, 77, 100 |
| | 42 Part 84 |
| 621 | 29 Part 1625 |
| 626 | 29 Part 1627 |

| 29 U.S.C.—Continued | CFR |
|---|---|
| 628 | 29 Part 1626 |
| 631 | 29 Parts 1625, 1627 |
| 633a | 29 Parts 7, 1614 |
| 651 et seq | 29 Part 42 |
| | 42 Part 84 |
| 651—653 | 29 Part 1975 |
| 651 | 34 Part 75 |
| 653 | 29 Parts 1911—1912, 1912a, 1915, 1917— |
| | 1919, 1926, 1928, 1975, 1990 |
| 655—657 | 29 Parts 1912, 1912a |
| 655 | 29 Parts 1905, 1911, 1915, 1917—1920, 1926, |
| | 1928, 1990 |
| | 40 Part 311 |
| 656 | 29 Part 1908 |
| 657—658 | 29 Parts 1903, 1904 |
| 657 | 29 Parts 1905, 1909, 1911, 1913, 1915, |
| | 1917—1919, 1926, 1928, 1975, 1977, |
| | 1978, 1990 |
| | 30 Part 11 |
| | 42 Parts 84—87 |
| 660 | 29 Parts 1904, 1977, 1978 |
| 661 | 29 Parts 2200—2203 |
| 665 | 29 Part 1905 |
| 668 | 29 Part 1904 |
| 667 | 29 Parts 1902, 1952, 1953—1956 |
| 668 | 10 Part 850 |
| | 29 Part 1960 |
| 669 | 29 Part 1904 |
| 670 | 29 Parts 1908, 1949 |
| | 42 Part 86 |
| 673 | 29 Parts 1904, 1960 |
| 706 | Part 32 |
| | 32 Part 56 |
| | 34 Parts 363, 366, 367, 369, 385 |
| | 38 Part 18 |
| | 41 Part 60—741 |
| 709 | 34 Part 361 |
| 711—711a | 34 Part 376 |
| 711 | 34 Parts 365, 367, 369, 371, 379, 380, 385— |
| | 390 |
| 711—712 | 34 Part 363 |
| 721—722 | 34 Part 371 |
| 721 | 34 Parts 365, 367, 372, 385 |
| 723 | 34 Parts 365, 385 |
| 732 | 34 Parts 369, 370 |
| 744 | 34 Parts 386, 387, 388 |
| 750 | 34 Parts 369, 371 |
| 761—762 | 34 Part 350 |
| 761—761a | 34 Part 359 |
| 761a | 34 Part 358 |
| 762 | 34 Parts 353, 359 |
| 771a | 34 Part 396 |
| 772 | 34 Part 385 |
| 773 | 34 Part 373 |
| 774 | 34 Parts 385—390, 396 |
| 776 | 29 Part 5 |
| 777—777a | 34 Part 376 |
| 777 | 34 Part 369 |
| 777a | 34 Part 380 |
| 777b | 34 Part 369 |
| 777f | 34 Part 369 |
| 791 et seq | 48 Part 707 |
| 791 | 5 Part 720 |
| | 24 Part 7 |
| | 29 Part 1614 |
| | 39 Part 255 |

# CFR Index

| 29 U.S.C.—Continued | CFR |
|---|---|
| 792 | 36 Parts 1150, 1151, 1190 |
|  | 39 Part 254 |
| 793 | 41 Parts 60–30, 60–250, 60–741 |
| 794 et seq | 34 Part 12 |
| 794 | 1 Parts 457, 500 |
|  | 3 Part 102 |
|  | 5 Parts 723, 900, 1207, 1636, 1720, |
|  | 1850, 2416 |
|  | 6 Part 21 |
|  | 7 Parts 15, 15b, 15e |
|  | 10 Parts 4, 1040, 1041, 1535 |
|  | 11 Part 6 |
|  | 12 Parts 410, 606, 794 |
|  | 13 Parts 113, 136, 317 |
|  | 14 Part 1251 |
|  | 15 Parts 8b, 8c |
|  | 16 Parts 6, 1034 |
|  | 17 Parts 149, 200 |
|  | 18 Parts 1307, 1313 |
|  | 19 Part 201 |
|  | 20 Part 365 |
|  | 21 Part 1615 |
|  | 22 Parts 142, 144, 217, 219, 530, 711, |
|  | 794, 1005, 1103, 1510, 1600, 1701 |
|  | 24 Parts 7, 8, 9 |
|  | 25 Part 720 |
|  | 28 Parts 37, 39, 41 |
|  | 29 Parts 32—34, 37, 100, 1640, 2205, |
|  | 2706, 4907 |
|  | 31 Part 17 |
|  | 32 Parts 56, 1699, 1807 |
|  | 34 Parts 104, 222 |
|  | 35 Parts 257, 1807 |
|  | 36 Parts 406, 812, 906, 909, 1154, 1208 |
|  | 38 Parts 15, 18 |
|  | 39 Part 255 |
|  | 40 Part 7 |
|  | 41 Part 51–10 |
|  | 43 Part 17 |
|  | 44 Part 16 |
|  | 45 Parts 84, 85, 605, 606, 1151, 1153, |
|  | 1170, 1175, 1180, 1181, 1232, 1706, 1803, |
|  | 2104, 2301 |
|  | 46 Part 507 |
|  | 49 Parts 27, 28, 609, 807, 1014 |
|  | 50 Part 550 |
| 794a | 29 Part 1614 |
| 794d | 36 Parts 6, 1194 |
|  | 12 Part 352 |
|  | 39 Part 255 |
| 794e | 34 Part 381 |
| 795g | 34 Parts 369, 379 |
| 795j—795q | 34 Part 363 |
| 796—796f–5 | 34 Part 364 |
| 796 | 34 Parts 385, 1200 |
| 796a | 34 Part 386 |
| 796d | 34 Part 365 |
| 796d–1 | 34 Part 366 |
| 796e—796e–2 | 34 Part 365 |
| 796e | 34 Part 366 |
| 796f—796f–6 | 34 Part 366 |
| 796f | 34 Part 365 |
| 796k | 34 Part 367 |
| 797a | 34 Part 377 |
| 801 et seq | 29 Part 42 |
| 801 | 43 Part 32 |

| 29 U.S.C.—Continued | CFR |
|---|---|
| 926 | 29 Part 15 |
| 964 | 29 Part 5 |
| 986 | 29 Part 5 |
| 1002 | 29 Parts 2509, 2510, 2570 |
| 1003 | 29 Part 2520 |
| 1021—1025 | 29 Part 2520 |
| 1021 | 29 Part 2570 |
| 1027 | 29 Parts 2520, 2590 |
| 1029—1031 | 29 Part 2520 |
| 1031 | 29 Part 2510 |
| 1051—1054 | 29 Part 2530 |
| 1052—1054 | 29 Part 2509 |
| 1059 | 29 Parts 2520, 2575, 2590 |
| 1060 | 29 Part 2530 |
| 1082 | 29 Parts 4000, 4043 |
| 1101 | 29 Part 2550 |
| 1104 | 29 Part 2550 |
| 1107 | 29 Part 2550 |
| 1108 | 29 Parts 2550, 2570 |
| 1111 | 28 Part 4 |
| 1112 | 29 Parts 2550, 2580 |
| 1132 | 29 Parts 2520, 2560, 2570, 2575 |
| 1133 | 29 Part 2560 |
| 1135 | 29 Parts 2509, 2510, 2520, 2530, 2550, 2560, |
|  | 2570, 2575, 2580, 2590 |
| 1135 note | 29 Part 2510 |
| 1137 | 28 Part 4 |
| 1161—1168 | 29 Part 2590 |
| 1169 | 29 Part 2590 |
| 1181—1183 | 29 Part 2590 |
| 1181 note | 29 Parts 2520, 2590 |
| 1185 | 29 Parts 2520, 2590 |
| 185a—1185b | 29 Parts 2520, 2590 |
| 1191 | 29 Parts 2520, 2590 |
| 1191a—1191c | 29 Parts 2520, 2590 |
| 1204 | 12 Parts 4, 261 |
| 1241—1242 | 20 Parts 900—902 |
| 1301 | 29 Parts 4001, 4044 |
| 1302 | 29 Parts 1000—4003, 4006, 4007, 4010, |
|  | 4011, 4022, 4022B, 4041, 4041A, 4043, |
|  | 4044, 4047, 4050, 4061—4065, 4067, |
|  | 4068, 4071, 4203, 4204, 4206—4208, |
|  | 4211, 4219—4221, 4231, 4245, 4261, |
|  | 4281, 4302, 4901—4905, 4907 |
| 1303 | 29 Part 4007 |
| 1306—1307 | 29 Parts 4006, 4007 |
| 1310 | 29 Part 4010 |
| 1311 | 29 Part 4011 |
| 1322 | 29 Part 4022 |
| 1322b | 29 Parts 4022, 4022B |
| 1341 | 29 Parts 4022, 4041, 4044 |
| 1341a | 29 Parts 4041A, 4281 |
| 1343 | 29 Part 4043 |
| 1344 | 29 Parts 4022, 4041, 4044 |
| 1347 | 29 Part 4047 |
| 1350 | 29 Parts 4041, 4050 |
| 1362—1364 | 29 Parts 4062, 4068 |
| 1362 | 29 Part 4044 |
| 1365 | 29 Part 4065 |
| 1367—1368 | 29 Parts 4062, 4068 |
| 1367 | 29 Part 4067 |
| 1371 | 29 Part 4071 |
| 1384 | 29 Parts 4068, 4204 |
| 1386 | 29 Part 4206 |
| 1387 | 29 Part 4207 |
| 1388 | 29 Part 4208 |

## Authorities

**29 U.S.C.—Continued**      CFR

1391 ....................................29 Part 4211
1399 .......................29 Parts 4219, 4281
1400 ....................................29 Part 4220
1401 ....................................29 Part 4221
1411 ....................................29 Part 4231
1426 ....................................29 Part 4245
1441 .......................29 Parts 4041A, 4281
1452 ....................................29 Part 4302
1501 et seq ..............20 Parts 652, 684
1501 ......................................29 Part 34
1551 ......................................29 Part 34
1573—1579 ............................29 Part 34
1579 ......20 Parts 626—628, 631, 632, 636, 637
1592 ......................................34 Part 201
1751 note ....................................20 Part 631
17911 ..................................20 Parts 627, 637
1801 et seq ....................................29 Part 502
1801—1872 ..................................29 Part 500
1911 .......................29 Parts 1910, 1915
2001—2009 ..................................29 Part 801
2107 ..................................20 Part 639
2201—2271 ..................................34 Part 345
2654 ..................................29 Part 825
2801 et seq ..................................29 Part 37
2911 ..................................20 Part 668
2996e ..................................45 Part 1617

**30 U.S.C.**

3 ....................................42 Part 84
5 ....................................42 Part 84
7 ....................................42 Part 84
21 et seq ....................................36 Part 9
22 et seq....43 Parts 3710, 3730, 3809, 3810, 3820,
        3830—3833, 3838, 3850, 3860
22....................................32 Part 189
        43 Parts 3800, 3835—3836
26—28 ..................................43 Part 3840
28—28k ..................................43 Part 3850
28 ..................................43 Parts 3835—3837
28b—28c ..................................43 Part 3850
28b—28e ..................................43 Part 3836
28f—28k ............43 Parts 3710, 3730, 3834, 3835
28k ..................................43 Part 3800
30 ..................................43 Part 3870
33—36 ..................................43 Part 3840
42 ..................................43 Part 3840
122 ..................................43 Part 3810
181 et seq .......30 Parts 201—203, 206—208, 212,
      218, 230, 241, 243, 740, 745, 746
      43 Parts 3000, 3100, 3110, 3120, 3140,
      3410, 3420, 3430, 3450, 3460
181—287 ..................................43 Parts 17, 3040
181 ..................................43 Part 16
185 ..................................15 Parts 730, 738, 754, 774
      36 Part 251
      43 Part 2880
189 ..................................30 Parts 210, 216, 217
      43 Parts 23, 2090, 3150, 3160, 3180,
      3500, 3580, 3590, 3400, 3470, 3480, 5510
190 ..................................30 Parts 210, 216
192c..................................30 Part 217
      43 Parts 3500, 3590
196 ..................................30 Part 227
201—209 ..................................30 Part 2
201 ..................................43 Parts 3410, 3430, 9230
226 ..................................36 Part 228
      43 Part 3180

**30 U.S.C.—Continued**      CFR

242 ..................................43 Parts 3830, 3834
271 ..................................30 Part 217
275 ..................................43 Part 3590
281 ..................................30 Part 217
285 ..................................43 Part 23
291—293 ..................................43 Part 3580
293 ..................................30 Part 217
      43 Part 3590
301—306 ..................................30 Part 201
      43 Part 3000
306 ..................................43 Part 3160
351 et seq .......30 Parts 202, 203, 206—208, 212,
      218, 230, 241, 243
351—360 ..................................43 Part 2
351—359 ..................................30 Parts 201—203
      43 Parts 17, 3000, 3100, 3110, 3120,
      3140, 3410, 3430, 3450, 3460
352 ..................................36 Part 228
359 ..................................30 Parts 210, 216, 217
      43 Parts 23, 3150, 3160, 3180, 3400,
      3470, 3480, 3430, 3540, 3580, 3590
503 ..................................30 Part 926
521 et seq ..................................43 Part 3740
521—531 et seq ..................43 Parts 3420, 3460
521—531 ..................43 Parts 3410, 3430, 3450
551—558 et seq ..................................43 Part 17
551—556 ..................................30 Part 880
558 ..................................30 Part 880
557 ..................................30 Part 880
571—576 ..................................43 Part 17
601 et seq ..................................32 Part 189
      43 Parts 3000, 3600, 5000, 5400, 5420,
      5430, 5440, 5450, 5460, 5500, 5510
601—604 ..................................43 Part 17
      48 Part 1437, 1452
601—603 ..................................7 Part 15
601—602 ..................43 Parts 3610, 3620
601 ..................................36 Part 228
      43 Parts 3710, 5000, 5470
611 ..................................7 Part 15
      36 Part 228
      43 Part 3830
      48 Part 1437, 1452
612 ..................................43 Part 3809
621 et seq ..................................43 Part 2300
621—625 ..................43 Parts 3730, 3833
701—709 ..................................43 Part 2910
725 ..................................30 Parts 56, 57
801 et seq ..................................29 Part 2702
801..................................30 Part 77
801 note ..................30 Parts 40, 41, 43
802 ..................................20 Part 410
      30 Part 45
804..................................30 Part 40
811 ..........30 Parts 23, 40, 46, 48, 49, 56—58, 62,
      70—72, 75, 77, 90
      42 Part 84
813 ..................30 Parts 40, 41, 43, 70, 72, 90
814—815 ..................................30 Part 40
814 ..................................30 Part 104
815..................................29 Part 2700
      30 Part 100
817..................................30 Part 40
819 ..................................30 Parts 40, 41
820..................................29 Part 2700
      30 Part 100

# CFR Index

**30 U.S.C.—Continued**       **CFR**

823 ...........................................29 Parts 2700, 2701
825 ...................................30 Parts 40, 46, 48, 49
842 ...................................................42 Part 84
843 ...................................................42 Part 37
844 ...................................................42 Part 84
862 ...................................................30 Part 40
865 ...................................................30 Part 40
872 ...................................................30 Part 40
901 et seq...........20 Parts 410, 718, 722, 725, 726, 801, 802
902 ...........................20 Parts 410, 718, 725, 726
921—924 ..........................................20 Part 410
921 ....................................20 Parts 722, 725, 726
923 ....................................................20 Part 401
923b ..................................................20 Part 402
925 ....................................20 Parts 718, 725, 726
926 ....................................20 Parts 722, 726
932 ...........................20 Parts 718, 722, 725, 726
933 ....................................................20 Part 726
934 ....................................20 Parts 718, 725, 726
936....................20 Parts 410, 718, 722, 725, 726
937 ..................................................42 Part 55a
945 ....................................20 Parts 718, 725, 726
951 ....................................30 Parts 1, 50, 71, 77
954 ....................................................30 Part 40
956—957 ............................................20 Part 410
957 ...........30 Parts 1, 3, 5—7, 15, 18—20, 22, 23, 25, 27, 28, 33, 35, 40—45, 47, 49, 50, 58, 70—72, 74, 77, 90, 100, 104
42 Parts 37, 85, 85a, 87
961 ..........30 Parts 1, 18—20, 22, 23, 25, 27, 28, 33, 35, 36, 50, 58, 72, 74, 77
1001 et seq .........30 Parts 202, 203, 206, 207, 212, 218, 230, 241, 243
1001 ...............................................43 Part 3280
1001—1028 ....................................43 Part 3200
1023 ....................................30 Parts 210, 216
1201 et seq .....................................25 Part 200
30 Parts 301, 700—702, 705—707, 710, 715, 716, 723, 724, 731, 732, 736, 740, 745, 746, 750, 756, 762, 764, 769, 772—775, 777—780, 783—785, 795, 800, 815—817, 819, 822—825, 827, 828, 840, 842, 843, 845, 846, 850, 865, 870, 872—876, 881, 884, 886, 887, 901, 903—906, 910, 912—918, 920—922, 924—926, 931, 933—939, 941—944, 946—948, 950, 955
43 Parts 4, 3420, 3430, 3450, 3460, 3470
1201—1328 ........................................30 Part 755
1201—1326 ........................................30 Part 902
1201—1202 ........................................30 Part 717
1201 ..................................................25 Part 216
30 Parts 701, 721, 722, 725, 735, 750, 773, 865
1201 note ...........................................30 Part 920
1202 ....30 Parts 700, 707, 715, 810, 820, 824, 828, 840, 842, 900, 918, 925, 942
1211 et seq ........................................30 Part 890
1211...................................................5 Part 3501
30 Parts 700, 707, 715, 717, 722, 735, 810, 820, 824, 828, 840, 842, 877, 879, 882, 900, 918, 925, 942, 948
43 Parts 20, 3400, 3480
1221 et seq ....................................30 Part 890
1224 ..................................................30 Part 700
1235..................................30 Parts 700, 900, 934

**30 U.S.C.—Continued**       **CFR**

1236 ....................................................7 Part 632
1237—1240 ........................................30 Part 882
1237 ....................................30 Parts 700, 877, 879
1240 ..................................................30 Part 877
1242 ....................................30 Parts 700, 877, 882
1247 ..................................................30 Part 879
1251—1260 ...........................30 Parts 715, 717
1251 .....30 Parts 700, 707, 722, 730, 733, 735, 810, 820, 824, 828, 840, 842
43 Parts 3400, 3480
1253—1255 ...........................30 Parts 730, 810
1253—1254 ..........30 Parts 733, 820, 824, 828, 900
1253 .....30 Parts 735, 840, 904, 918, 925, 934, 936, 943, 948
1254 ....................................30 Parts 842, 942
1256—1261 ........................................30 Part 785
1256 ..................................................30 Part 824
43 Part 4
1257 ....................................30 Parts 779, 783, 842
1258 ..................................................30 Part 824
1260—1261 ..........................................43 Part 4
1260 ....................................30 Parts 700, 824, 828
1262 ....................30 Parts 700, 810, 840, 842
1264 ....................................................43 Part 4
1265—1267 .......30 Parts 700, 715, 717, 810, 828
1265 ..................................................30 Part 824
1266 ....................................43 Parts 3400, 3480
1267—1268 ...........................30 Parts 840, 842
1267 ....................................30 Parts 733, 824
1268 ....................................................43 Part 4
1270 ..................................................30 Part 700
1271—1272 ..........................................43 Part 4
1271 .....30 Parts 722, 730, 733, 840, 842
1273 ......30 Parts 700, 715, 717, 842, 900, 926, 931
43 Parts 3400, 3480
1275 ....................................................43 Part 4
1277—1279 ........................................30 Part 700
1278 ..................................................30 Part 707
1279 ..................................................30 Part 820
1291 ....................30 Parts 700, 715, 717, 824, 828
1292 ..................................................30 Part 926
1293 ....................................................43 Part 4
1295 ....................................30 Parts 735, 736
1298 ..................................................30 Part 700
1301 ..................................................30 Part 785
1309 ..................................................30 Part 700
1401 et seq ...........................15 Parts 904, 971
1411 ..................................................15 Part 970
1468 ..................................................15 Part 970
1501 et seq ........................................10 Part 790
1601 et seq ......................................43 Part 3800
1701 et seq .......30 Parts 202, 203, 204, 206—208, 212, 218, 230, 241, 243
43 Part 3110
1701 ..................................................25 Part 225
1713 ................................................43 Part 3100
1714 ..................................................30 Part 219
1732 ....................................30 Parts 228, 229
1735 ..................................................30 Part 227
43 Part 3190
1751 ....................................30 Parts 210, 216
43 Parts 3100, 3160, 3190

**31 U.S.C.**

1 et seq ........................................13 Part 102
66b ....................................................31 Part 281
67 et seq ......................................13 Part 102

## Authorities

| 31 U.S.C.—Continued | CFR |
|---|---|
| 71 | 32 Parts 552, 842 |
| 101 | 41 Parts 101–37, 102–33 |
| 240—243 | 32 Part 536 |
| 241 | 5 Part 180 |
| | 20 Part 362 |
| | 29 Part 15 |
| | 33 Part 25 |
| | 35 Part 7 |
| 244 | 41 Parts 101–38—101–41 |
| 321 | 12 Parts 321, 1805—1806 |
| | 29 Part 321 |
| | 31 Parts 1, 5, 18, 32, 10, 19, 21, 25—27, 50, 203, 205, 206, 208, 210, 211, 225, 240, 285, 321, 337, 413, 500, 501, 505, 515, 535—542, 550, 560, 575, 585, 586—588, 590—592, 594—598, 700 |
| | 41 Part 105–55 |
| 321b | 31 Part 345 |
| 323 | 31 Part 380 |
| 330 | 12 Parts 19, 308 |
| | 31 Part 10 |
| 333 | 31 Part 27 |
| 405a–1 | 31 Part 56 |
| 443 | 31 Part 406 |
| 483 | 14 Parts 63, 67, 145 |
| | 22 Part 1002 |
| 483a | 10 Parts 11, 1009 |
| | 11 Part 5 |
| | 14 Part 389 |
| | 20 Part 901 |
| | 22 Part 5 |
| | 31 Part 8 |
| | 32 Parts 204, 337 |
| | 36 Part 222 |
| | 42 Part 80 |
| | 43 Parts 429, 3110, 3120 |
| | 46 Parts 206 |
| 487 | 32 Part 736 |
| 492c | 32 Parts 536, 538 |
| 501—506 | 5 Part 1310 |
| 502 | 5 Part 1305 |
| 503 | 2 Parts 1, 215, 220, 225, 230 |
| | 22 Part 518 |
| 528 | 31 Parts 245, 248 |
| 628 | 32 Part 736 |
| 686—686a | 32 Part 736 |
| 686 | 15 Part 40 |
| | 32 Parts 555, 623 |
| 711 | 4 Parts 11, 75, 81—83 |
| | 43 Part 17 |
| 713—714 | 4 Part 82 |
| 718 | 4 Part 82 |
| 725p | 31 Part 257 |
| 725s | 31 Part 251 |
| 731 et seq | 4 Part 83 |
| 732 | 4 Parts 2—8 |
| 733 | 4 Part 9 |
| 738a | 31 Parts 308, 309, 328, 340, 341, 346 |
| 739 | 31 Parts 328, 340, 341 |
| 752—754b | 31 Part 347 |
| 752—752a | 31 Parts 328, 340, 341 |
| 752 | 31 Parts 308, 346 |
| 753 | 4 Parts 27—29 |
| | 31 Parts 308, 328, 339—341 |
| 754—754b | 31 Parts 328, 340 |
| 754 | 31 Parts 308, 309, 345 |

| 31 U.S.C.—Continued | CFR |
|---|---|
| 754a—754b | 31 Part 341 |
| 754b | 31 Parts 339, 345, 346 |
| 756 | 31 Part 308 |
| 757 | 31 Part 346 |
| 757c | 31 Part 339 |
| 773a | 31 Part 100 |
| 783 | 4 Part 25 |
| 901—903 | 7 Parts 3015, 3016, 3019 |
| 901—902 | 10 Part 170 |
| 951 et seq | 34 Part 298 |
| 951—953 | 32 Parts 268, 842 |
| | 42 Part 405 |
| 951 | 14 Part 1261 |
| 952 | 5 Part 179 |
| | 20 Part 410 |
| | 29 Part 2 |
| | 33 Part 25 |
| | 41 Part 101–41 |
| | 49 Part 1021 |
| 1026 | 31 Part 8 |
| 1038 | 31 Part 226 |
| 1111 | 2 Parts 1, 215, 220, 225, 230 |
| | 5 Part 1320 |
| | 22 Part 518 |
| 1243 note | 34 Part 298 |
| | 42 Parts 50, 51b, 54a |
| | 45 Part 96 |
| 1246 | 29 Part 5 |
| 1311 | 38 Part 1 |
| 1316 | 38 Part 1 |
| 1321 | 28 Part 506 |
| 1344 | 41 Parts 102–5, 109–6 |
| 1352 | 6 Part 9 |
| | 7 Part 3018 |
| | 10 Part 601 |
| | 12 Part 411 |
| | 13 Part 146 |
| | 14 Part 1271 |
| | 15 Part 28 |
| | 18 Part 1315 |
| | 22 Parts 138, 227, 311, 519, 712 |
| | 24 Part 87 |
| | 28 Part 69 |
| | 29 Part 93 |
| | 31 Part 21 |
| | 32 Part 28 |
| | 34 Part 82 |
| | 38 Part 45 |
| | 40 Part 34 |
| | 41 Part 105–69 |
| | 43 Part 18 |
| | 49 Part 20 |
| 1353 | 41 Parts 300–1—300–3, 300–70, 301–2, 301–53, 304–1—304–6 |
| 1535 | 32 Part 728 |
| | 48 Part 2417 |
| 1601—1607 | 43 Part 1880 |
| 1601 | 29 Part 1608 |
| 1801 | 41 Part 101–41 |
| 2371 et seq | 14 Part 1261 |
| 3101 et seq | 31 Parts 355, 358 |
| 3101—3130 | 31 Part 370 |
| 3101—3129 | 31 Parts 306, 357 |
| 3102 et seq | 31 Parts 356, 363 |
| 3102—3104 | 31 Parts 306, 344 |

## CFR Index

| 31 U.S.C.—Continued | CFR |
|---|---|
| 3102 | 31 Parts 343, 363 |
| 3103 | 31 Part 342 |
| 3105 | 31 Parts 315—317, 321, 330, 332, 352, 353, 359, 360, 363 |
| 3107—3108 | 31 Part 306 |
| 3111 | 31 Part 306 |
| 3121—3123 | 31 Part 306 |
| 3121 | 17 Part 450 |
| | 31 Parts 344, 348, 353, 363 |
| 3125 | 31 Parts 306, 353, 360 |
| 3126 | 31 Part 321 |
| 3129 | 31 Part 306 |
| 3233 | 31 Part 203 |
| 3301—3304 | 31 Part 380 |
| 3301 | 31 Parts 206, 208, 210 |
| 3302 | 31 Parts 206, 208, 210 |
| 3303 | 31 Parts 202, 206 |
| 3321 | 31 Parts 206, 208, 210 |
| 3325 | 31 Part 208 |
| 3327 | 31 Parts 206, 208, 240 |
| 3328 | 31 Parts 206, 208, 240, 245 |
| 3329 | 31 Part 211 |
| 3331 | 31 Parts 240, 245, 248 |
| 3332 | 31 Parts 205, 206, 208, 210 |
| 3334 | 31 Part 240 |
| 3335 | 31 Parts 205, 206, 208, 210, 218 |
| 3336 | 31 Parts 202, 208, 380 |
| 3343 | 31 Parts 235, 240 |
| 3511 | 4 Part 75 |
| 3523—3524 | 4 Part 82 |
| 3526 | 4 Parts 52, 82 |
| 3529 | 4 Parts 52, 82 |
| | 32 Part 282 |
| | 48 Part 6105 |
| 3551—3556 | 4 Part 21 |
| | 48 Part 2433 |
| 3701 et seq | 34 Parts 198, 204, 298 |
| | 44 Part 11 |
| 3701—3731 | 45 Part 30 |
| 3701—3720A | 12 Part 1730 |
| | 36 Part 1201 |
| | 45 Part 2506 |
| | 49 Part 89 |
| 3701—3719 | 10 Parts 15, 1015 |
| | 12 Parts 608, 1408 |
| | 17 Part 143 |
| | 22 Parts 34, 309 |
| | 29 Part 1450 |
| 3701 | 5 Part 179 |
| | 7 Parts 3, 130, 792 |
| | 9 Part 130 |
| | 10 Parts 16, 1015 |
| | 17 Part 204 |
| | 18 Part 385 |
| | 22 Part 512 |
| | 29 Part 4903 |
| | 31 Parts 5, 285, 391, 901 |
| | 32 Part 842 |
| | 41 Part 105–55 |
| | 49 Part 1018 |
| 3701 note | 34 Part 36 |
| | 40 Parts 19, 27 |
| 3702 | 4 Parts 5, 178 |
| | 32 Part 282 |
| | 48 Part 6104 |
| 3710 | 32 Part 518 |

| 31 U.S.C.—Continued | CFR |
|---|---|
| | 22 Part 512 |
| | 29 Part 20 |
| | 40 Part 13 |
| | 44 Part 11 |
| | 49 Part 1018 |
| 3711—3719 | 38 Part 1 |
| 3711 | 5 Parts 179, 1639 |
| | 7 Parts 3, 3711 |
| | 10 Parts 16, 1015 |
| | 12 Part 313 |
| | 13 Part 140 |
| | 17 Part 204 |
| | 22 Part 1506 |
| | 25 Part 513 |
| | 24 Part 17 |
| | 28 Part 513 |
| | 29 Parts 1650, 4903 |
| | 31 Parts 5, 240, 285, 391, 900—904 |
| | 34 Parts 30, 31 |
| | 41 Parts 105–55, 105–56 |
| | 42 Parts 401, 405, 408 |
| | 45 Parts 31, 708, 1150, 1177 |
| | 49 Part 1 |
| 3712 | 31 Part 240 |
| 3713 | 10 Part 16 |
| 3716 et seq | 30 Parts 207, 210, 230 |
| 3716—3719 | 7 Parts 3, 792 |
| | 45 Part 1177 |
| 3716—3718 | 10 Parts 16, 1015 |
| | 24 Part 17 |
| | 25 Part 513 |
| | 31 Part 5 |
| | 45 Part 1150 |
| 3716—3717 | 9 Part 130 |
| | 20 Part 30 |
| | 31 Part 240 |
| | 41 Parts 105–55 |
| 3716 | 5 Parts 179, 1639 |
| | 7 Part 1951 |
| | 8 Part 130 |
| | 12 Part 313 |
| | 13 Part 140 |
| | 15 Part 21 |
| | 17 Part 204 |
| | 19 Part 201 |
| | 20 Parts 10, 367 |
| | 24 Part 17 |
| | 29 Parts 1650, 2609 |
| | 30 Part 216 |
| | 31 Parts 240, 285, 901, 1650 |
| | 34 Parts 30—32 |
| | 45 Parts 31, 608, 2506 |
| | 49 Part 1017 |
| 3717—3718 | 34 Part 30 |
| 3717 | 8 Part 130 |
| | 12 Part 741 |
| | 15 Parts 4, 60 |
| | 20 Part 10 |
| | 24 Part 17 |
| | 28 Parts 16, 505 |
| | 31 Parts 240, 391, 901 |
| | 37 Part 102 |
| | 49 Part 1002 |
| 3718 | 17 Part 204 |
| | 24 Part 17 |
| | 28 Part 11 |

## Authorities

| 31 U.S.C.—Continued | CFR |
|---|---|
| | 31 Part 901 |
| | 41 Part 105–55 |
| | 45 Parts 31, 608 |
| 3719 | 9 Part 130 |
| | 31 Part 285 |
| 3720 | 31 Parts 5, 206, 210 |
| | 41 Part 105–55 |
| 3720A | 5 Parts 179, 835, 1639 |
| | 7 Part 3 |
| | 9 Part 130 |
| | 10 Parts 16, 1018 |
| | 13 Part 140 |
| | 15 Part 19 |
| | 17 Part 204 |
| | 19 Part 201 |
| | 20 Parts 366, 404, 408 |
| | 22 Parts 213, 309 |
| | 25 Part 513 |
| | 24 Part 17 |
| | 28 Part 11 |
| | 29 Parts 1650, 4903 |
| | 30 Part 230 |
| | 31 Parts 5, 285 |
| | 34 Part 30 |
| | 40 Part 13 |
| | 45 Parts 31, 608, 1150 |
| 3720B | 10 Part 1015 |
| | 31 Parts 5, 901 |
| | 41 Part 105–55 |
| 3720D | 17 Part 204 |
| | 13 Part 140 |
| | 25 Part 513 |
| | 29 Part 1650 |
| | 31 Parts 5, 34, 285 |
| | 36 Part 1201 |
| | 43 Part 39 |
| 3721 | 14 Part 1261 |
| | 24 Part 17 |
| | 31 Part 4 |
| | 32 Part 842 |
| | 40 Part 14 |
| | 41 Parts 105–55, 105–57 |
| | 44 Part 11 |
| | 45 Parts 32, 34, 2506 |
| | 46 Part 501 |
| 3726 | 41 Parts 101–41, 102–117, 102–118, 301–72 |
| | 48 Part 6103 |
| 3728 | 7 Parts 3, 792 |
| 3729 | 20 Part 356 |
| | 32 Part 516 |
| 3801—3812 | 5 Part 185 |
| | 6 Part 13 |
| | 7 Part 1 |
| | 10 Parts 13, 1013 |
| | 15 Part 25 |
| | 22 Parts 35, 224, 521 |
| | 28 Part 71 |
| | 29 Part 22 |
| | 31 Part 16 |
| | 33 Part 136 |
| | 34 Part 33 |
| | 38 Part 42 |
| | 39 Parts 273, 962 |
| | 40 Part 27 |
| | 43 Part 35 |

| 31 U.S.C.—Continued | CFR |
|---|---|
| | 45 Part 79 |
| | 49 Part 31 |
| 3801 | 24 Part 28 |
| 3803 | 13 Part 142 |
| 3807 | 32 Part 277 |
| 3809 | 12 Part 308 |
| | 14 Part 1264 |
| | 20 Parts 355, 356 |
| | 41 Part 105–70 |
| 3901 et seq | 5 Part 1315 |
| 3901—3907 | 5 Part 1315 |
| 3901—3906 | 48 Part 2432 |
| 5151 | 19 Part 159 |
| 5301 | 12 Part 261 |
| 5311—5314 | 12 Part 326 |
| | 31 Parts 42, 103 |
| 5311 | 12 Part 748 |
| 5315 | 31 Part 128 |
| 5316—5332 | 12 Part 326 |
| | 31 Parts 42, 103 |
| 5317 | 19 Part 118 |
| 5318 | 12 Parts 21, 208, 211, 353, 326, 563, 748 |
| 5321 | 12 Parts 19, 308, 509 |
| | 19 Part 171 |
| | 31 Part 128 |
| 6101 note | 7 Part 3017 |
| | 10 Part 606 |
| | 12 Part 413 |
| | 14 Part 1265 |
| | 15 Part 26 |
| | 21 Part 1404 |
| | 22 Parts 137, 208, 310, 513, 1006 |
| | 24 Part 24 |
| | 25 Part 25 |
| | 29 Parts 98, 1471 |
| | 31 Part 145 |
| | 32 Part 25 |
| | 34 Part 85 |
| | 36 Part 1209 |
| | 40 Part 32 |
| | 42 Part 1001 |
| | 43 Parts 12, 42, 43, 1001 |
| | 45 Parts 76, 620 |
| | 49 Part 29 |
| 6301 et seq | 10 Part 605 |
| | 14 Parts 1260, 1271 |
| 6301—6308 | 10 Parts 600—603, 1036 |
| | 14 Parts 1273, 1274 |
| 6304 | 34 Part 761 |
| 6501 | 31 Part 205 |
| 6503 | 31 Parts 205, 206, 208 |
| 6505 | 23 Part 635 |
| | 45 Part 1233 |
| 6506 | 7 Parts 225, 227 |
| | 10 Part 1005 |
| | 13 Part 101 |
| | 14 Part 1204 |
| | 15 Parts 13, 923, 931—933 |
| | 23 Part 635 |
| | 24 Parts 50, 52, 791, 841 |
| | 28 Part 30 |
| | 29 Part 17 |
| | 32 Part 243 |
| | 33 Part 384 |
| | 34 Part 79 |
| | 38 Part 40 |

**CFR Index**

| 31 U.S.C.—Continued | CFR |
|---|---|
| 40 | Part 29 |
| 41 | Part 101–6 |
| 43 | Part 9 |
| 44 | Part 4 |
| 45 | Parts 100, 660, 1152 |
| 49 | Part 17 |
| 6901—6907 | 43 Parts 44, 1880, 1881 |
| 7304 | 34 Part 298 |
| 7500 et seq | 29 Parts 96, 99 |
| 7501 et seq | 34 Parts 298, 401 |
| | 38 Part 41 |
| | 39 Part 204 |
| | 45 Parts 262, 264 |
| 7501—7507 | 45 Part 96 |
| 7501 | 43 Part 12 |
| 7505 | 44 Part 14 |
| 9110 | 17 Part 450 |
| 9301 | 27 Parts 17, 19, 24—26, 40, 41, 44, 72, 252 |
| | 31 Parts 225, 380 |
| 9303—9308 | 27 Part 25 |
| 9303—9304 | 27 Parts 17, 19, 24, 26, 40, 41, 44, 72, 252 |
| 9303 | 31 Parts 225, 380 |
| 9304 | 27 Part 22 |
| 9306 | 27 Parts 17, 19, 22, 24, 26, 40, 41, 44, 72, 252, 296 |
| | 31 Part 224 |
| 9701—9702 | 13 Part 125 |
| 9701 | 5 Part 2608 |
| | 7 Parts 1, 6, 330, 340, 352, 504 |
| | 8 Parts 103, 1103, 1216 |
| | 9 Parts 92—95, 98, 111 |
| | 10 Parts 9, 170 |
| | 11 Part 5 |
| | 12 Part 4 |
| | 14 Parts 183, 187, 189 |
| | 17 Part 144 |
| | 18 Parts 32—37, 45, 101, 131, 141, 152, 154, 292, 381, 385, 390, 1310 |
| | 19 Parts 4, 24, 103, 133 |
| | 20 Parts 402, 403, 703 |
| | 22 Parts 22, 51 |
| | 25 Part 143 |
| | 26 Part 300 |
| | 28 Part 16 |
| | 29 Parts 1610, 1910, 1949 |
| | 30 Parts 202, 203, 206—208, 210, 212, 216, 243, 250, 955, 256 |
| | 31 Parts 94, 451 |
| | 32 Parts 165, 352, 725 |
| | 33 Parts 143, 173 |
| | 36 Part 222 |
| | 40 Parts 9, 172 |
| | 41 Part 101–35 |
| | 42 Parts 7, 53, 72, 110 |
| | 43 Parts 2, 426—428, 2740, 3000, 3110, 3580, 3590, 3800, 3830 |
| | 44 Parts 5, 353 |
| | 45 Part 5 |
| | 46 Parts 10, 12, 67, 502, 503, 510, 514, 515, 540, 552, 572, 583 |
| | 49 Parts 7, 360, 1002, 1011, 1177, 1182 |
| | 50 Parts 13, 14, 37, 91, 222 |
| **32 U.S.C.** | |
| 110 | 32 Part 564 |

| 32 U.S.C.—Continued | CFR |
|---|---|
| 302 | 32 Part 1002 |
| 321 | 32 Part 240 |
| 318—320 | 32 Part 564 |
| 502—505 | 32 Part 564 |
| 502 | 32 Part 101 |
| 714 | 32 Part 282 |
| 715 | 32 Parts 536, 842 |
| 3327 | 32 Part 240 |
| 3328 | 32 Part 240 |
| 3331 | 32 Part 240 |
| 3334 | 32 Part 240 |
| 3343 | 32 Part 240 |
| 3711 | 32 Part 240 |
| 3712 | 32 Part 240 |
| 3716 | 32 Part 240 |
| 3717 | 32 Part 240 |
| **33 U.S.C.** | |
| 1 | 33 Parts 207, 209, 245, 334, 385 |
| | 36 Part 327 |
| 3 | 33 Parts 207, 209, 334 |
| 123 | 33 Part 166 |
| 151 | 33 Part 80 |
| | 46 Part 7 |
| 152 | 33 Part 163 |
| 180 | 33 Part 109 |
| 182 | 32 Parts 707, 720, 722, 750, 755, 757 |
| 258 | 33 Part 109 |
| 322 | 33 Part 109 |
| 360 | 32 Part 706 |
| | 33 Part 81 |
| 361 | 40 Part 2 |
| 401 et seq | 33 Parts 320, 325, 326, 329, 330, 331 |
| 401 | 23 Part 650 |
| | 33 Parts 114—116, 321 |
| 403 | 33 Parts 209, 221, 322 |
| 407 | 19 Part 4 |
| | 33 Part 209 |
| 408 | 33 Part 70 |
| 409—410 | 33 Part 209 |
| 409 | 33 Parts 64, 245 |
| 411—415 | 33 Part 245 |
| 411—412 | 33 Part 70 |
| 412—415 | 33 Part 209 |
| 417 | 33 Part 209 |
| 426 | 32 Part 300 |
| 426e—426h | 32 Part 300 |
| | 33 Part 282 |
| 426g | 33 Part 263 |
| 426i | 33 Part 263 |
| 466—466k | 9 Parts 306, 309, 317 |
| 467 et seq | 33 Part 222 |
| 471 | 33 Parts 1, 109, 110, 207 |
| 472 | 33 Part 62 |
| 491 et seq | 23 Part 650 |
| 491 | 33 Parts 114—116 |
| 494 | 33 Part 118 |
| | 49 Part 310 |
| 495 | 33 Part 115 |
| 499 | 33 Parts 1, 109, 114—116, 117, 209 |
| 502 | 33 Part 115 |
| 503 | 33 Part 209 |
| 511 et seq | 23 Part 650 |
| 516 | 33 Part 277 |
| 521 | 33 Parts 114—116 |
| 525 | 33 Parts 114, 115 |

# Authorities

**33 U.S.C.—Continued**     CFR

526—526a .....................................49 Part 310
533 .................................................33 Part 115
535 ...............................33 Parts 114, 115
                                      49 Part 310
540 .................................................32 Part 300
547 .................................................33 Part 277
558c ...............................................32 Part 300
577 .................................................33 Part 263
                                      32 Part 300
578 .................................................33 Part 211
603a ...............................................33 Part 263
610 .................................................33 Part 273
628 .................................................33 Part 209
633 .................................................32 Part 300
646 .................................................33 Part 209
661 .................................................33 Part 209
683 .................................................26 Part 50
701 ...................................................7 Part 15
                         33 Parts 222, 223, 385
701a..............................................33 Parts 238, 239
701a–1 ...........................................7 Part 654
701b ...............................................33 Part 222
701b–1.......................7 Parts 601, 622, 624, 654
701c................................33 Parts 208, 220
701c–1 ...........................33 Parts 222, 223
701c–3.............................................32 Part 300
701g ...............................................33 Part 263
701n .............................33 Parts 203, 214
701r—701s ......................................33 Part 263
701r................................................32 Part 300
702d–1...........................................32 Part 300
709 ...............................33 Parts 208, 209
709a ...............................................33 Part 242
763c ...............................................42 Part 31
838d—883c ...................................15 Part 906
892b...............................15 Parts 995, 996
901 et seq...........20 Parts 718, 722, 725, 726, 801, 802
930 .................................................20 Part 702
932 .................................................20 Part 703
939 ...................................20 Parts 701, 703, 704
941...........................29 Parts 1911, 1915, 1917—1922
981—990..............................33 Parts 401—403
983—984 .......................................33 Parts 401, 402
988 .................................................33 Part 402
1007 ...............................................46 Part 93
1121 et seq .............................15 Parts 917, 918
1151 et seq ......................................40 Part 121
1161................................................33 Part 154
                                      40 Part 109
1171 ........................................9 Parts 306, 317
                                      40 Part 121
1201—1208 .....................................33 Part 26
1221 et seq .....................................33 Part 109
1221—1236........................................33 Part 110
1222 ...............................................33 Parts 2, 7, 164
1223.............33 Parts 148, 160, 161, 164, 166, 167
1225 ...............................................33 Part 126, 160
1226 .........................33 Parts 101, 103—106, 165
1230 ...............................................33 Part 169
1231 .....33 Parts 64, 96, 101, 103—106, 120, 126—
              128, 150, 154—156, 160—162, 164, 165
                         46 Parts 4, 39, 154
                                  49 Part 194
1233—1236 .....................................33 Part 62
1233 ...............................................33 Part 100

**33 U.S.C.—Continued**     CFR

1251 et seq .......................................7 Part 634
          40 Parts 6, 9, 30—32, 34, 35, 104, 108,
          112, 116, 117, 122—125, 129—133, 136,
          144, 145, 233, 270, 271, 401, 403, 413,
                       418, 451, 501, 503
1251....40 Parts 25, 113, 405—409, 411, 412, 417—
          418, 421—424, 426—428, 433, 434, 436,
             443, 446, 447, 454, 457—460
1251 note ....................40 Parts 7, 133, 136, 418
1251—1387 .......................................40 Part 3
1254—1255 ......................................40 Part 40
1254 ...............................................9 Part 307
                               40 Parts 45, 46
1257—1258 ......................................40 Part 40
1259 ...............................................40 Part 45
1261 ...............................................40 Parts 45, 401
1263 ...............................................40 Part 40
1288 .................................................7 Part 634
1311 ......40 Parts 9, 133, 401, 405—415, 417—430,
          432—437, 438, 439, 440, 442, 443, 444—
          447, 451, 454, 455, 457—461, 463—469,
                               471
1313d .............................................40 Parts 9, 451
1314 ......40 Parts 9, 133, 401, 405—415, 417—430,
          432—437, 438, 439, 440, 442—447, 451,
           454, 455, 457—461, 463—469, 471
1316—1318 .............40 Parts 420, 432, 433, 435, 437,
          438, 439, 442, 444, 445, 463, 464, 469
1316—1317.........40 Parts 401, 405—412, 414, 415,
          417—419, 421—430, 434, 443, 446, 447,
          454, 455, 457, 458, 460, 461, 465—468
1316 ...............................40 Parts 440, 459, 471
                                 47 Part 471
1317—1319 ......................................40 Part 413
1317................................40 Parts 128, 440, 455
1318 ............40 Parts 2, 9, 133, 425, 430, 439, 451
1319.................................................33 Part 326
                                 40 Part 22
1321................................................19 Part 4
                                 30 Part 254
          33 Parts 20, 25, 31, 71, 91, 115, 126,
          151, 153—156, 162, 176, 300
          40 Parts 9, 110, 300, 302, 451
                               43 Part 29
          46 Parts 31, 33, 35, 56, 71, 78, 91,
          97, 105, 115, 126, 131, 162, 169, 176,
                          189, 196
          49 Parts 130, 174, 190, 194
1322................................................33 Part 159
                            40 Parts 140, 413
1323................................................33 Part 209
1325................................................40 Part 413
1326 ............................40 Parts 9, 401, 409, 451
1330................................................40 Parts 9, 451
1341................................................40 Part 413
1342....40 Parts 9, 22, 133, 420, 430, 432, 435,
          437, 438, 439, 442, 444, 445, 451
1344 ....33 Parts 221, 320, 323, 325—328, 330, 331,
                         335—338
                    40 Parts 9, 230—233, 451
1345 ....40 Parts 9, 133, 257, 258, 358, 451, 503
1361 ....40 Parts 2, 9, 22, 23, 105, 110, 133, 230,
          302, 410, 414, 415, 419—421, 423, 425,
          429—430, 432—435, 437, 438, 439, 440,
          442, 444, 445, 451, 455, 461, 463—469,
                                471

## CFR Index

**33 U.S.C.—Continued**

| | CFR |
|---|---|
| | 47 Part 471 |
| 1365 | 40 Part 135 |
| 1367 | 29 Part 24 |
| 1369 | 40 Parts 2, 23 |
| 1372 | 29 Part 5 |
| 1401 et seq | 40 Part 31 |
| 1401 | 32 Part 736 |
| 1401—1445 | 40 Part 3 |
| 1412 | 40 Parts 220—225, 227—229 |
| 1413 | 33 Parts 209, 320, 324—327, 330, 331, 335—337 |
| 1414 | 40 Parts 2, 223 |
| 1415 | 40 Part 22 |
| 1417 | 40 Part 223 |
| 1418 | 40 Parts 2, 22, 220—229 |
| 1504 | 33 Parts 148—150 |
| 1509 | 33 Parts 148, 149 46 Parts 54, 56, 110, 197 |
| 1602 | 33 Part 82 |
| 1605 | 32 Parts 706, 720, 722, 750, 755, 757 |
| 1606 | 32 Part 707 |
| 1607 | 33 Parts 80, 81 |
| 1903 | 33 Parts 2, 25, 151, 153, 157, 158, 162 46 Parts 2, 25, 98, 151, 153, 162 |
| 1908 | 33 Parts 151,153 |
| 2030 | 33 Part 110 |
| 2035 | 33 Part 110 |
| 2071 | 33 Parts 80, 84, 85—87, 88, 89—90, 95, 110, 163 |
| 2101 | 33 Part 326 |
| 2201 et seq | 33 Part 241 |
| 2104 | 33 Part 326 |
| 2214 | 33 Part 240 |
| 2701 et seq | 15 Part 990 30 Part 253 |
| 2701—2719 | 33 Part 135 |
| 2701—2761 | 40 Part 3 |
| 2712 | 33 Part 133 |
| 2713—2714 | 33 Part 136 |
| 2716 | 33 Part 138 |
| 2716a | 33 Part 138 |
| 2720 | 40 Part 112 |

**34 U.S.C.**

| | |
|---|---|
| 1205a | 34 Part 426 |

**35 U.S.C.**

| | |
|---|---|
| 2 | 37 Parts 1, 2, 4, 5, 7, 10, 11, 41, 102, 104, 150 |
| 3 | 37 Part 41 |
| 6 | 37 Part 10 |
| 10 | 37 Part 104 |
| 21 | 37 Parts 41, 102 |
| 23 | 37 Parts 41, 104 |
| 25 | 37 Part 104 |
| 31—32 | 37 Part 10 |
| 32 | 37 Parts 11, 41 |
| 41 | 37 Parts 5, 10, 41, 102 |
| 42 | 37 Part 102 |
| 122 | 37 Part 102 |
| 134 | 37 Part 41 |
| 135 | 37 Part 41 |
| 156 | 9 Part 124 21 Part 60 |
| 181—188 | 32 Part 518 37 Part 5 |
| 183 | 10 Parts 780, 782 |

**35 U.S.C.—Continued**

| | CFR |
|---|---|
| | 14 Part 1245 |
| 200 et seq | 48 Part 2527 |
| 200—212 | 45 Part 650 |
| 202 | 10 Part 784 |
| 206 | 37 Parts 401, 404 |
| 207—208 | 14 Part 1245 |
| 210 | 10 Part 784 |
| 297 | 37 Part 4 |

**36 U.S.C.**

| | |
|---|---|
| 121 | 32 Part 536 |
| 124 | 45 Part 2101 |
| 138b | 32 Part 536 |
| 143 | 14 Part 1204 |
| 201—208 | 32 Part 842 |
| 501 et seq | 20 Parts 701, 703 |
| 510 | 11 Part 110 |
| 2103 | 36 Part 400 |
| 2105—22106 | 36 Part 401 |

**37 U.S.C.**

| | |
|---|---|
| 101 | 15 Part 15 32 Parts 54, 733 34 Parts 221, 222 42 Part 21 |
| 209 | 32 Part 110 |
| 351—354 | 33 Part 49 |
| 401 | 32 Part 733 |
| 403 | 32 Part 733 |
| 551—558 | 32 Part 718 |
| 554 | 32 Part 282 |
| 601—604 | 32 Part 726 |
| 701 et seq | 32 Part 59 |
| 701—706 | 32 Part 59 |
| 801 note | 22 Part 3a |
| 1001 | 32 Part 726 |
| 1007 | 32 Part 527 |

**38 U.S.C.**

| | |
|---|---|
| Note preceding 1 | 38 Parts 10, 11 |
| 16—16j | 38 Part 12 |
| 17—17j | 38 Part 12 |
| 101—103 | 38 Part 3 |
| 101 | 5 Part 720 32 Part 70 34 Part 674 38 Parts 3, 21, 39, 51—52, 58, 59 41 Part 61-250 |
| 105 | 38 Part 21 |
| 106 | 32 Part 881 35 Part 881 |
| 106 note | 32 Part 47 |
| 107 | 38 Part 38 |
| 107 note | 38 Part 8 |
| 111 | 38 Parts 19, 21 |
| 210 | 38 Parts 4, 6, 8, 10—13, 15, 16, 18a—19, 27—35, 41, 43—45 48 Parts 802, 803, 806, 809, 819, 824, 825, 831, 832, 842, 847, 849, 852, 870 |
| 211—212 | 38 Part 19 |
| 220 | 38 Part 21 |
| 224 | 28 Part 14 |
| 312 | 38 Part 3 |
| 314 | 38 Part 3 |
| 315 | 38 Part 4 |
| 354 note | 32 Part 218 |
| 355 | 38 Part 4 |
| 360 | 38 Part 3 |

# Authorities

**38 U.S.C.—Continued**

| | CFR |
|---|---|
| 363 | 38 Parts 3, 21 |
| 402 | 38 Part 3 |
| 418 | 38 Part 3 |
| 501 | 38 Parts 0—3, 8a, 9, 13, 14, 17, 19—21, 36, 38, 39, 41, 43, 44, 46, 47, 49, 51, 52, 58—61 |
| | 48 Parts 801—808, 811—817, 819, 822, 825, 828, 829, 831, 832, 833, 842, 836, 837, 846, 847, 849, 853, 870, 871 |
| 503 | 38 Part 3 |
| 511—512 | 38 Part 3 |
| 512 | 38 Parts 2, 14, 21, 38 |
| 515 | 38 Parts 2, 14 |
| 521 | 38 Part 3 |
| 524—525 | 38 Part 21 |
| 524 | 38 Part 3 |
| 541—542 | 38 Part 3 |
| 612 | 38 Part 43 |
| 618 | 38 Part 3 |
| 641 | 38 Parts 18—18b, 21 |
| 644 | 38 Parts 18—18b, 21 |
| 693h—693i | 32 Part 865 |
| 693i | 33 Part 50 |
| 701—724 | 38 Part 8 |
| 706 | 15 Part 15 |
| 721 | 38 Part 6 |
| 724 | 38 Part 6 |
| 725 | 38 Part 8 |
| 740—760 | 38 Part 6 |
| 781—788 | 38 Parts 6, 8 |
| 784 | 38 Part 19 |
| 797 | 38 Part 8 |
| 801 | 38 Part 3 |
| 806 | 38 Part 8a |
| 808 | 38 Part 8 |
| 902—906 | 38 Part 3 |
| 907 | 38 Part 3 |
| 1151 note | 38 Part 21 |
| 1155 | 38 Part 4 |
| 1401 et seq | 38 Part 21 |
| 1401—1402 | 38 Part 21 |
| 1411—1412 | 38 Part 3 |
| 1411—1416 | 38 Part 21 |
| 1421—1423 | 38 Part 21 |
| 1431—1687 | 38 Part 21 |
| 1500 et seq | 48 Part 871 |
| 1501 et seq | 38 Parts 18—18b |
| 1601 et seq | 48 Part 871 |
| 1602 | 38 Part 3 |
| 1651 et seq | 38 Parts 18—18b, 21 |
| | 48 Part 871 |
| 1652 | 34 Parts 643—645 |
| | 38 Part 3 |
| 1690—1693 | 38 Part 21 |
| 1695—1696 | 38 Parts 18, 21 |
| 1700 et seq | 34 Part 776 |
| | 38 Parts 18—18b |
| 1708 | 38 Part 60 |
| 1710 | 38 Parts 51, 58, 59 |
| 1711—1713 | 38 Part 21 |
| 1712 | 38 Part 43 |
| 1720—1721 | 38 Part 21 |
| 1721 | 38 Part 17 |
| 1723—1724 | 38 Part 21 |
| 1729 | 38 Part 2 |
| 1729A | 38 Part 2 |

**38 U.S.C.—Continued**

| | CFR |
|---|---|
| 1732—1734 | 38 Part 21 |
| 1736 | 38 Part 21 |
| 1738 | 38 Part 21 |
| 1740—1743 | 38 Part 21 |
| 1741—1743 | 38 Parts 51, 52, 58 |
| 1742 | 38 Part 59 |
| 1761 | 38 Part 21 |
| 1765 | 38 Parts 3, 21 |
| 1770—1781 | 38 Part 21 |
| 1775 | 34 Part 603 |
| 1783—1791 | 38 Part 21 |
| 1795—1796 | 38 Part 21 |
| 1798 | 38 Part 21 |
| 1801—1806 | 38 Part 21 |
| 1802 | 38 Parts 3, 21 |
| 1804—1805 | 38 Part 21 |
| 1811 note | 38 Part 21 |
| 1811—1812 | 38 Part 21 |
| 1814 | 38 Part 21 |
| 1816 | 38 Part 21 |
| 1821—1824 | 38 Part 21 |
| 1807 | 38 Part 3 |
| 1818 | 38 Part 3 |
| 1901—1929 | 38 Part 8 |
| 1901—1903 | 38 Part 3 |
| 1965—1980A | 38 Part 9 |
| 1996 | 38 Part 21 |
| 2000 et seq | 20 Part 601 |
| 2001 et seq | 20 Parts 652, 653 |
| 2001—2008 | 20 Part 653 |
| 2002 | 38 Part 61 |
| 2011 et seq | 20 Parts 601, 652, 653 |
| 2011 | 5 Part 720 |
| | 38 Part 61 |
| 2012 | 38 Parts 21, 61 |
| 2061 | 38 Part 61 |
| 2064 | 38 Part 61 |
| 2101—2106 | 38 Part 8a |
| 2101—2105 | 32 Part 536 |
| 2103 | 36 Part 400 |
| 2302—2308 | 38 Part 3 |
| 2400 et seq | 38 Part 38 |
| 2408 | 38 Part 39 |
| 3001 et seq | 38 Part 21 |
| | 48 Part 871 |
| 3001 | 38 Part 3 |
| 3003 | 38 Part 21 |
| 3010—3012 | 38 Part 3 |
| 3010 | 38 Part 21 |
| 3012—3013 | 38 Part 21 |
| 3021 | 38 Part 3 |
| 3100 et seq | 48 Part 871 |
| 3100—3121 | 38 Part 21 |
| 3101—3103a | 38 Part 21 |
| 3101 | 38 Parts 6, 8 |
| 3102—3104 | 31 Part 306 |
| 3103 | 32 Parts 70, 581 |
| 3107—3108 | 31 Part 306 |
| 3107 | 38 Part 21 |
| 3108 | 38 Part 21 |
| 3111 | 31 Part 306 |
| 3112 | 38 Part 3 |
| 3121—3123 | 31 Part 306 |
| 3125 | 31 Part 306 |
| 3129 | 31 Part 306 |
| 3201 et seq | 38 Part 21 |

## CFR Index

**38 U.S.C.—Continued**

| | CFR |
|---|---|
| | 48 Part 871 |
| 3202 | 38 Part 6 |
| 3203 | 38 Part 3 |
| 3301 | 38 Part 19 |
| 3402 | 38 Parts 18—18b, 21 |
| 3451 et seq | 38 Part 21 |
| 3500 et seq | 38 Part 21 |
| | 48 Part 871 |
| 3501 | 38 Part 13 |
| 3503—3504 | 38 Part 3 |
| 3670 et seq | 38 Part 21 |
| | 48 Part 871 |
| 3695 | 38 Part 21 |
| 3701 et seq | 48 Part 871 |
| 3701—3704 | 38 Part 36 |
| 3703 | 38 Part 44 |
| 3707 | 38 Part 36 |
| 3710—3714 | 38 Part 36 |
| 3719—3720 | 38 Part 36 |
| 3729 | 38 Part 36 |
| 4001—4009 | 38 Part 19 |
| 4003—4004 | 38 Part 21 |
| 4100 et seq | 20 Part 658 |
| 4116 | 28 Part 15 |
| 4131 | 38 Part 16 |
| 4134 | 38 Part 16 |
| 4211 et seq | 20 Part 658 |
| 4211—4212 | 41 Part 60-250 |
| 4212 | 41 Part 60-30 |
| 4214 | 5 Part 307 |
| 4301 et seq | 5 Parts 213, 353 |
| 4331 | 5 Part 1208 |
| 5003 | 32 Part 736 |
| 5009 | 38 Part 1 |
| 5031—5037 | 38 Parts 18—18b, 21 |
| 5035 | 29 Part 5 |
| 5055 | 38 Parts 18—18b, 21 |
| 5101 | 38 Parts 3, 21 |
| 5112 | 38 Part 21 |
| 5113 | 38 Part 21 |
| 5122 | 5 Part 178 |
| 5210 | 38 Part 12 |
| 5303A | 38 Part 21 |
| 5502—5503 | 38 Part 13 |
| 5502 | 38 Part 14 |
| 5711 | 38 Parts 2, 13 |
| 5902—5905 | 38 Part 14 |
| 7316 | 28 Part 15 |
| 7105 | 38 Part 38 |
| 7721 note | 38 Part 61 |
| 8105 | 38 Part 59 |
| 8131—8137 | 38 Part 59 |
| 8151—8153 | 48 Part 873 |

**39 U.S.C.**

| | |
|---|---|
| 101 | 39 Parts 1, 111, 233, 254, 255, 501, 551 |
| 102 | 39 Part 233 |
| 201—204 | 39 Parts 221—223 |
| 201—202 | 39 Part 211 |
| 201 | 39 Part 551 |
| 202—204 | 39 Part 5 |
| 202—203 | 39 Parts 3, 8, 9 |
| 202 | 39 Parts 1, 6, 7, 233 |
| 203—205 | 39 Part 4 |
| 203 | 39 Part 551 |
| 204 | 39 Parts 913, 951—961, 963—966 |
| 205 | 39 Parts 1—3, 5—9 |

**39 U.S.C.—Continued**

| | CFR |
|---|---|
| 207 | 39 Parts 2, 221—223 |
| 401—404 | 39 Parts 211, 221—223, 233, 235 |
| 401—402 | 39 Parts 2, 3, 760, 761 |
| 401 | 39 Parts 1, 4—10, 20, 111, 224, 226, 230—232, 241—243, 254, 255, 259, 261—268, 273, 281, 310, 320, 447, 491, 551, 601, 602, 762, 775—778, 912, 913, 927, 931, 946, 951—966 |
| 402 | 39 Part 4 |
| 403—404 | 39 Parts 224, 281, 551 |
| 403 | 39 Parts 1, 111, 232, 254, 255, 265 |
| 404 | 39 Parts 20, 232, 267, 310, 320, 501, 601, 762, 913, 946, 3001 |
| 406—408 | 39 Part 10 |
| 406 | 39 Part 233 |
| 407—408 | 39 Part 20 |
| 409 | 39 Parts 221, 222, 912 |
| 410—411 | 39 Parts 10, 233, 601 |
| 410 | 29 Part 5 |
| | 39 Parts 211, 265, 501, 551 |
| 411 | 39 Part 259 |
| 414 | 39 Parts 3, 111, 551 |
| 416 | 39 Parts 3, 111, 551 |
| 501 | 39 Part 243 |
| 601—606 | 39 Parts 310, 320 |
| 604—605 | 19 Part 162 |
| 1001 | 39 Parts 211, 221, 222, 230, 255, 265 |
| 1003 | 39 Parts 2—8, 233, 255 |
| 1005 | 39 Part 211 |
| 1011 | 39 Part 222 |
| 1209 | 39 Part 211 |
| 2003 | 39 Part 946 |
| 2005 | 39 Parts 760, 761 |
| 2008 | 39 Parts 601, 912 |
| 2012 | 20 Part 653 |
| 2601 | 39 Parts 265, 501, 927, 966 |
| 2605 | 39 Part 501 |
| 2802—2804 | 39 Part 3 |
| 3001—3011 | 39 Parts 10, 111 |
| 3001 | 14 Part 1232 |
| | 39 Part 946 |
| 3003—3004 | 39 Part 964 |
| 3005 | 39 Parts 233, 913, 952 |
| 3008 | 39 Part 963 |
| 3012 | 39 Part 952 |
| 3013 | 39 Parts 2—8 |
| 3016 | 39 Parts 913, 952 |
| 3201—3219 | 39 Part 111 |
| 3201—3218 | 39 Part 10 |
| 3202 | 20 Part 601 |
| 3202 note | 20 Part 601 |
| 3220 | 12 Part 510a |
| | 15 Part 23 |
| | 20 Part 364 |
| | 24 Part 13 |
| | 26 Part 601 |
| | 28 Part 19 |
| | 38 Part 1 |
| | 45 Part 1178 |
| | 47 Part 0 |
| 3403—3406 | 39 Part 111 |
| 3403—3405 | 39 Part 10 |
| 3403—3404 | 39 Part 255 |
| 3601 | 39 Part 10 |
| 3603 | 39 Parts 3000—3002, 3004 |
| 3606 | 5 Part 5601 |

## Authorities

**39 U.S.C.—Continued**

| | CFR |
|---|---|
| 3621 | 39 Parts 1, 9, 10, 111 |
| 3622—3624 | 39 Part 3001 |
| 3625 | 39 Part 9 |
| 3626 | 39 Part 111 |
| 3661—3663 | 39 Part 3001 |
| 5001—5605 | 39 Part 601 |
| 5001 | 39 Part 111 |
| 50 | 39 Part 1332 |
| 5007 | 14 Part 223 |
| 5402 | 14 Part 302 |

**40 U.S.C.**

| | |
|---|---|
| 72 | 45 Parts 2101, 2103 |
| 101 et seq. | 29 Part 470 |
| 104 | 45 Parts 2101, 2103 |
| 106 | 45 Parts 2101, 2103 |
| 121 | 40 Parts 22, 52, 53, 301–10 |
| | 41 Parts 101–37, 102–33, 102–37, 102– |
| | 38, 101–45, 102–71—102–83, 102–92, |
| | 102–121, 300–3, 301–10, 301–50, 301–52, |
| | 301–70, 301–73 |
| | 45 Parts 2101, 2103 |
| | 48 Parts 1, 2—19, 22, 23, 25—26, 28, |
| | 29, 31—33, 35, 36—38, 41, 42, 44—45, |
| | 47, 49, 51—53, 501, 511, 516, 532, 538, |
| | 546, 552 |
| 193n—193w | 36 Parts 504, 520 |
| 258a | 32 Part 552 |
| 276a—276a–7 | 29 Parts 5, 6 |
| 276c | 29 Parts 3, 5—7, 29, 30 |
| 285 | 41 Part 101–17 |
| 286 | 48 Part 2436 |
| 304 | 27 Part 72 |
| 304a | 32 Part 736 |
| 304c | 41 Part 101–17 |
| 304f—304m | 31 Part 401 |
| 304l | 41 Parts 101–45, 101–48 |
| 318—318d | 44 Part 15 |
| | 45 Part 3 |
| 318—318c | 32 Part 228 |
| 318 | 7 Parts 501—503 |
| | 10 Part 861 |
| | 43 Part 421 |
| | 46 Part 386 |
| 318a—318d | 32 Parts 210, 263 |
| 318a | 7 Part 500 |
| 318c | 7 Part 500 |
| 319—319c | 43 Part 17 |
| 319 | 32 Part 300 |
| 327—332 | 29 Parts 5, 6, 8 |
| 330—331 | 29 Part 7 |
| 333 | 29 Parts 1911, 1912 |
| 345c | 7 Part 15 |
| 442 | 7 Parts 1808, 1866 |
| 461—462 | 24 Parts 1, 2 |
| 462 | 24 Part 598 |
| 471 et seq | 30 Part 201 |
| | 32 Part 736 |
| | 43 Parts 3000, 3120 |
| 471—488 | 34 Part 12 |
| 471 note | 45 Part 3 |
| 472 | 43 Part 2370 |
| 474—475 | 32 Part 172 |
| 474 | 48 Part 5706 |
| 481 et seq | 41 Part 102–117 |
| 483a | 32 Part 736 |
| 484 | 45 Parts 12, 12a |

**40 U.S.C.—Continued**

| | CFR |
|---|---|
| 46 Part 387 | |
| 484b | 24 Parts 1, 2 |
| 485 | 41 Part 101–25 |
| 486 | 7 Parts 24, 500—503 |
| | 15 Part 17 |
| | 22 Part 513 |
| | 29 Parts 2901—2917, 2919, 2922, 2923, |
| | 2928—2933, 2936—2937, 2942—2945, |
| | 2952—2953 |
| | 32 Parts 736, 746 |
| | 41 Parts 101–1—101–2, 101–5—101–9, |
| | 101–11, 101–19—101–21, 101–25—101– |
| | 31, 101–33, 101–35, 101–37—101–44, |
| | 101–46, 101–47, 101–49, 101–50, 102–2— |
| | 102–3, 102–5, 102–34, 102–36, 102–39, |
| | 102–42, 102–84, 102–173, 102–193, 102– |
| | 194, 102–195, 105–1, 105–50, 105–53, |
| | 105–60—105–62, 105–64, 105–67, 105–69, |
| | 105–70—105–72, 109–6, 109–40, 109– |
| | 42—109–46, 109–48, 115–1, 128–1, 128– |
| | 48, 128–50, 300–1—300–2, 300–70,301– |
| | 50—301–51, 301–54,301–71—301–72, |
| | 301–76, |
| | 45 Part 3 |
| | 48 Parts 3, 18, 24, 27, 28, 29, 30, 34, |
| | 35, 39, 41, 43, 46, 47, 48, 50, 301– |
| | 307, 309, 313—317, 319, 323— 325, 328, |
| | 330, 332—335, 342, 352, 353, 370, |
| | PHS301, PHS302, PHS304—PHS306, |
| | PHS314, PHS315, PHS323, PHS333, |
| | PHS335, PHS336, PHS352, PHS380, |
| | 401—409, 411—417, 419, 422—427, 428, |
| | 430—437, 439, 441, 442, 445—447, 449, |
| | 450, 452, 453, 502—505, 509, 512—515, |
| | 517, 519, 522, 523, 525, 527—529, 533, |
| | 536, 537, 542, 543, 547, 549, 553, 570, |
| | 601—607, 609, 611, 613—617, 619, 622— |
| | 625, 627—629, 631—634, 636, 637, 641— |
| | 645, 647—649, 651—653, 801—809, |
| | 811—817, 819, 822, 824, 825, 828, 829, |
| | 831—833, 836, 837, 842, 846, 847, 849, |
| | 852, 853, 870, 871, 901, 903, 905—908, |
| | 911—913, 919, 922, 926—928, 932, 935, |
| | 937, 939, 942, 945, 947, 949, 951, 1301, |
| | 1303, 1309, 1313, 1315—1317, 1319, |
| | 1332, 1333, 1336, 1342, 1349, 1353, 1401, |
| | 1403, 1415, 1426, 1428, 1452, 1501— |
| | 1506, 1508, 1509, 1511, 1513—1517, |
| | 1519, 1520, 1522—1525, 1530—1533, |
| | 1535—1537, 1542, 1545, 1546, 1548, |
| | 1552, 1553, 1601—1606, 1609, 1614— |
| | 1616, 1622, 1624, 1629, 1631—1633, |
| | 1642—1646, 1649, 1652, 1653, 1733, |
| | 1901—1904, 1909, 1910, 1913, 1915, |
| | 1917, 1942, 1946, 1952, 1953, 2101— |
| | 2106, 2109, 2110, 2114—2116, 2122, |
| | 2124, 2128, 2129, 2131—2133, 2137, |
| | 2143, 2144, 2146, 2149, 2152, 2301, 2401, |
| | 2402, 2405, 2406, 2409, 2411, 2413, 2414, |
| | 2415—2417, 2419, 2422, 2424, 2426, |
| | 2427, 2428, 2432—2434, 2436, 2437, |
| | 2439, 2442, 2446, 2451—2453, 2801— |
| | 2810, 2812—2817, 2822, 2825, 2827— |
| | 2835, 2845, 2852, 2870, 2901—2910, |
| | 2913—2917, 2919, 2920, 2922—2925, |
| | 2928—2933, 2935—2937, 2942, 2943, |

# CFR Index

**40 U.S.C.—Continued**

CFR

2945, 2948, 2949, 2951—2953, 3401—3405, 3408, 3409, 3413—3417, 3419, 3424, 3425, 3427, 3428, 3432, 3433, 3437, 3442, 3443, 3445, 3447, 3452, 3501—3510, 3513—3517, 3519, 3520, 3522, 3524, 3525, 3527—3529, 3531—3533, 3536, 3537, 3542, 3543, 3551—3553, 3570, 4401—4403, 4405, 4406, 4408, 4409, 4412, 4414—4417, 4419, 4424, 4426, 4429, 4432, 4433, 4435, 4436, 4450, 4452

486 note ..................................20 Part 368
490 ....................................41 Parts 101-19, 101-21
490 note ...............................41 Part 101-17
496 ......................................41 Part 105-64
501 ......................................41 Part 102-82
521—523 ...............................41 Part 102-75
541—559 ...............................41 Part 102-75
541 et seq ..............................23 Part 172
545 .......................41 Parts 101-45, 102-38
549 ......................................41 Part 102-37
581 ......................41 Parts 102-76, 102-78
583 ......................................41 Part 102-76
581—593 ...............................41 Parts 102-80, 102-81
601 et seq ..............................41 Part 101-17
601—619 ...............................41 Part 101-19
612 ......................................32 Part 210
682 ......................................29 Part 5
728—729 ...............................31 Part 362
728 ......................................31 Part 361
753 .......................................7 Parts 500—502
760 et seq ..............................43 Part 3040
808 ......................................29 Part 1, 5
870 ......................................36 Part 903
873 ......................................36 Part 901
874—875 ...............................36 Part 908
875 .......................36 Parts 901, 905—907, 910
877 ......................................36 Part 908
1001 .....................................43 Part 2101
1315 .....................................39 Part 232
41 Part 102-81
1424 .....................................41 Part 101-35
3041 .....................................41 Part 109-45
3141 et seq ............................29 Part 1
3145 .....................................29 Part 1
3148 .....................................29 Part 1
3301—3315 ...........................41 Part 102-76
3306 .....................................41 Part 102-77
3701 .....................................29 Part 1926
14701 ...................................29 Part 1

**40 U.S.C. Appendix**

A .........................................7 Part 793
1—2 ......................................7 Part 755
106 ......................................5 Part 1900
201 ......................................23 Part 633
203—204 ...............................7 Part 15
203 ......................................7 Part 755
205 ......................................30 Parts 880, 881
43 Part 17
207 ......................................24 Parts 1, 2
402 ......................................23 Part 633
29 Part 5

**41 U.S.C.**

5 .........................................32 Part 736
46 Parts 338, 339

**41 U.S.C.—Continued**

CFR

10a et seq ..............................20 Part 654
10a .......................................49 Part 660
10c—10d ...............................49 Part 660
14 ........................................32 Part 552
31 ........................................32 Part 736
35 et seq ................................29 Part 775
35 .........................41 Parts 50-202—50-205
38—39 ...................................29 Part 4
38 ........................................29 Part 515
41 Parts 50-201—50-205, 50-207—50-210
40 ........................41 Parts 50-201—50-203, 50-205
43a .......................................41 Part 50-202
46—48c .................................41 Parts 51-1—51-6
51 ........................................32 Part 516
252a .....................................43 Part 12
253 ...........48 Parts 1206, 2405, 2406, 2414—2416
262 ......................................21 Part 11
321—322 ...............................10 Part 1023
351 et seq ..............................29 Parts 4, 1925
351 ......................................29 Part 1911
353—354 ...............................29 Parts 6, 8
353 ......................................29 Part 1911
401 et seq ..............................48 Part 2005
405 ......................2 Parts 1, 215, 220, 225, 230
414 ......................................46 Part 501
418 ......................................46 Part 501
48 Parts 904, 909, 914—917, 925, 931, 933, 950, 1201—1207, 1209—1217, 1219, 1220, 1222—1224, 1227, 1228, 1231—1237, 1242, 1245—1247, 1252, 1253, 2001—2004, 2009, 2011, 2014—2016, 2019, 2024, 2027, 2030—2033, 2035, 2042, 2045, 2052
418b ........48 Parts 904, 923, 936, 952, 970, 1001—1005, 1011, 1019, 1028, 1033, 1352, 1501—1502, 1509, 1515—1517, 1533, 1536, 1546, 1552
421 ....48 Parts 201—209, 211, 212, 214—217, 219, 222—227, 228, 229—237, 239, 241—247, 249—253
422 ....................48 Parts 9900, 9901, 9903—9905
481 ......................................48 Part 2017
501—509 ...............................10 Part 1024
501 et seq ..............................18 Part 740
600 et seq ..............................48 Parts 6301, 6302
601 et seq ..............................30 Part 208
601—613 ...............................7 Part 24
10 Part 1023
24 Part 20
48 Parts 6101—6105
602 ......................................38 Part 21
607 ......................................39 Part 955
608 ......................................39 Part 955
701 et seq ..............................7 Part 3021
10 Parts 607, 707
14 Part 1267
15 Part 29
20 Part 439
21 Part 1405
22 Parts 133, 310, 312, 513, 519, 1006, 1008, 1509,
24 Parts 21, 24
28 Part 83
29 Parts 94, 1471, 1472
31 Part 19

# Authorities

**41 U.S.C.—Continued**

| | CFR |
|---|---|
| | 32 Parts 25, 26 |
| | 34 Part 85 |
| | 36 Part 1209 |
| | 40 Parts 32, 36 |
| | 41 Parts 48, 105–74 |
| | 43 Part 12 |
| | 44 Part 17 |
| | 45 Parts 76, 82, 620, 630, 1155, 1169, 1173, 1185, 1186, 2545 |
| | 49 Parts 29, 32 |
| 701—713 | 13 Part 147 |
| 4186 | 48 Part 2022 |

**42 U.S.C.**

| | CFR |
|---|---|
| 131 | 45 Parts 63, 204 |
| 184 | 13 Part 314 |
| 200d | 34 Part 222 |
| 201 | 21 Parts 10, 12—16 |
| 203 | 5 Parts 6401, 6901 |
| 207 | 42 Part 21 |
| 209—210 | 42 Part 61 |
| 209 | 42 Part 21 |
| 216 | 5 Part 5501 |
| | 21 Parts 1, 3, 26, 50, 52a, 56—58, 71, 201, 310, 361, 570, 571, 600, 606, 610, 630, 640, 660, 680, 812, 813, 1005, 1240, 1250, 1270, 1271 |
| | 32 Parts 626, 627 |
| | 42 Parts 21, 31, 32, 34, 35, 50, 51b, 51c, 51e, 52—52e, 52h, 53, 56,57, 60—64, 65a, 66, 70, 71, 93, 100, 102, 121, 124, 130 |
| | 45 Parts 19, 83, 94 |
| 217b | 45 Parts 57, 73 |
| 233 | 28 Part 15 |
| | 42 Part 6 |
| 239—239h | 7 Part 102 |
| 241 et seq | 40 Part 40 |
| 241—242 | 21 Parts 1, 20, 314 |
| 241 | 21 Parts 7, 26, 50, 56, 120, 123, 170, 171, 180, 201, 291, 310, 361, 570, 571, 812 |
| | 40 Parts 9, 30, 451 |
| | 42 Parts 52c, 61, 93 |
| 242a | 21 Parts 20, 291 |
| | 42 Parts 2a, 64a |
| 242b | 40 Parts 9, 30, 40, 451 |
| 242f | 42 Part 61 |
| 242l | 21 Parts 20, 26, 120, 123 |
| | 42 Part 63a |
| 242n | 21 Part 20 |
| 243 | 21 Parts 1, 20, 30, 101, 1240, 1250, 1270, 1271 |
| | 40 Parts 9, 30, 451 |
| | 42 Parts 70, 71 |
| 246 | 40 Parts 9, 30, 40, 451 |
| 247b—147c | 42 Part 51b |
| 247b | 42 Part 51g |
| 247b-2 | 42 Part 51g |
| 247d | 42 Part 56 |
| 248 | 42 Part 35 |
| 249 | 32 Part 728 |
| | 42 Part 34 |
| 252 | 42 Part 31 |
| 253 | 32 Part 728 |
| | 42 Part 31 |
| | 48 Parts 2405, 2406 |
| 254b | 42 Part 56 |

**42 U.S.C.—Continued**

| | CFR |
|---|---|
| 254c | 42 Parts 5, 51c |
| 254e | 42 Part 5 |
| 254f et seq | 42 Part 23 |
| 254n | 42 Part 23 |
| 254p | 42 Part 23 |
| 254q–1 | 42 Part 62 |
| 255—256 | 42 Part 32 |
| 257a | 21 Part 18 |
| | 42 Part 8 |
| 262 | 21 Parts 1, 3, 7, 10, 12—17, 20, 25, 26, 50, 54, 56, 58, 60, 71, 99, 180, 201, 202, 206, 207, 208, 310, 312, 361, 510, 511, 570, 571, 600, 606, 607, 610, 640, 660, 660, 680, 812, 861, 1003 |
| | 45 Part 204 |
| 262a | 42 Part 1003 |
| 262 note | 42 Part 72 |
| 263—263a | 21 Parts 600, 606, 610, 660 |
| 263 | 21 Part 20 |
| | 42 Part 7 |
| 263a | 42 Parts 416, 418, 491, 493 |
| 263b—264 | 21 Parts 25, 861 |
| 263b—263n | 21 Parts 7, 12, 13, 15, 20, 50, 56, 58, 310, 314, 361, 430, 431, 510, 511, 570, 571, 812, 1003, 1004, 1020, 1030, 1040, 1050 |
| 263b | 21 Parts 10, 14, 17, 900 |
| 263d | 21 Part 1005 |
| 263f | 21 Parts 1002, 1010, 1020, 1030, 1040, 1050 |
| 263h | 21 Part 1005 |
| 263i | 21 Part 1040 |
| 264—272 | 42 Parts 70, 71 |
| 264 | 21 Parts 1, 3, 7, 10, 12—16, 20, 26, 101, 110, 113, 114, 120, 123, 129, 201, 207, 240, 606, 607, 610, 630, 640, 660, 807, 1240, 1250, 1270, 1271 |
| | 42 Part 72 |
| 265 | 21 Parts 20, 26 |
| 269 | 19 Part 4 |
| 271 | 21 Parts 101, 207, 607, 807, 1240, 1250, 1270 |
| | 42 Part 72 |
| 273—274d | 42 Part 121 |
| 280b et seq | 34 Part 773 |
| 280b-2 | 42 Part 59a |
| 280b-4—280b-5 | 42 Part 61 |
| 280b-8 | 42 Part 59a |
| 282 | 42 Part 61 |
| 282 | 42 Part 63 |
| 283 | 42 Part 63 |
| 284 | 42 Parts 63, 63a |
| 284 | 42 Part 63 |
| 284g | 42 Part 52a |
| 285 | 42 Parts 52b, 52d |
| 285a-2 | 42 Parts 52b, 63 |
| 285a—3 | 42 Parts 52a, 52b |
| 285a-6 | 42 Part 52a |
| 285a-7 | 42 Part 52a |
| 285b-1 | 42 Part 52e |
| 285b-3 | 42 Part 52b |
| 285b-4 | 42 Parts 52a, 52b |
| 285c-5 | 42 Part 52a |
| 285c-8 | 42 Part 52a |
| 285d-6 | 42 Parts 52a, 52b |
| 285e-2 | 42 Part 52a |
| 285e-3 | 42 Part 52a |

# CFR Index

**42 U.S.C.—Continued**     CFR

285e–10a ..........................................42 Part 52a
285f–1 ..............................................42 Part 52a
285g ................................................42 Part 52a
285g–5 ..............................................42 Part 52a
285g–7 ..............................................42 Part 52a
285g–9 ..............................................42 Part 52a
285i ..................................................42 Part 52
285m–3 ..............................42 Parts 52a, 52b
285n–2 ..............................................42 Part 52a
285o ................................................42 Part 52b
285o2 ..............................................42 Part 52a
286 ............................................42 Parts 4, 63
286a ................................................42 Part 52b
286a07 ..............................................42 Part 52a
286b–3 ......................................42 Parts 63, 64
286b–5 ..............................................42 Part 59a
287a ................................................42 Part 61
287a–2 ..............................................42 Part 52b
287a–3 ..............................................42 Part 52b
287c ..............................42 Parts 52a, 63, 63a
287c–21 ............................................42 Part 63
288 ..................................................42 Part 66
288–2 ..............................................42 Part 68c
288a ........................................42 Parts 61, 68a
289 ..................................................45 Part 46
289b ..........................................42 Part 50, 56
289b–1 ..............................................45 Part 94
289c ................................................42 Part 61
289g ................................................42 Part 61
289l–4 ..............................................42 Part 52h
290 ..................................................32 Part 516
290aa ..............................42 Parts 8, 50, 51d
290aa et seq ....................................42 Part 54a
290cc–21 et seq ................................42 Part 54
290kk et seq ..............................42 Parts 54, 54a
290dd–1 ..............................................5 Part 792
                                          42 Part 2
290dd–2 ................................................42 Part 8
                                          45 Part 84
290dd–3 ..............................................42 Part 2
290ee–1 ..............................................5 Part 792
290ee–3 ............................................21 Part 291
                                          42 Part 2
291c ................................................42 Part 53
291e ................................................29 Part 5
291i ........................................42 Parts 53, 124
291j–1 ..............................................42 Part 53
291j–3 ..............................................42 Part 53
292—292p ..........................................42 Part 60
292 ................................................45 Part 1060
292k ................................................42 Part 57
292q—292y ........................................42 Part 57
293a ................................................29 Part 5
                                       34 Part 603
293g ................................................42 Part 57
294—294l–1 ........................................42 Part 60
294m—294q ......................................42 Part 57
294t ................................................42 Part 62
295f–3 ..............................................34 Part 603
295h–4 ..............................................34 Part 603
296a ................................................29 Part 5
296g ..............................................45 Part 1601
297a—297l ..........................................42 Part 57
298b ................................................34 Part 603
299—299c–6 ........................................42 Part 67
299c ................................................45 Part 94
299d ................................................29 Part 5

**42 U.S.C.—Continued**     CFR

300 ..................................................40 Part 147
                                          42 Part 50
300a–4 ......................................42 Parts 50, 59
300c–22 note ............................42 Parts 52a, 130
300e ................................................30 Part 913
                                         42 Part 417
300e–5 ..............................................30 Part 913
                                         42 Part 417
300e–9 ..............................................30 Part 913
                                         42 Part 417
300f et seq ..........40 Parts 31, 34, 35, 124, 143—
                    146, 233, 270, 271
300f ....................40 Parts 9, 30, 32, 141, 142, 451
300f—300j–26 ......................................40 Part 3
300g ........................................40 Parts 9, 451
                                          45 Part 73
300g–1—300g–6............40 Parts 9, 141, 142, 451
300g–1 ..............................................40 Part 143
300g–2—300g–5 ..............................40 Part 142
300g–3 ....................................40 Parts 22, 141
300g–6 ..............................................40 Part 141
300h ..................40 Parts 141, 142, 144, 147, 149
300h–3 ..............................................40 Part 149
300h–6 ..............................................40 Part 149
300j–1 ..................................40 Parts 9, 30, 45, 46
300j–2 ........................................40 Parts 9, 30, 451
300j–3 ........................................40 Parts 9, 30, 451
300j–4 ..................40 Parts 2, 9, 141—143, 451
300j–7 ................................................40 Part 23
300j–8 ..............................40 Parts 135, 143, 146
300j–9 ..............................................29 Part 5, 24
               40 Parts 2, 9, 23, 25, 141—143, 451
300j–11 ..........................40 Parts 141, 142
300o–3................................................29 Part 5
300r ................................................42 Part 124
300s ................................................42 Part 124
300u—300u–5 ..................................21 Part 20
300v–1 ................................................7 Part 1c
                                      10 Part 745
                                    14 Part 1230
                                    15 Part 27
                                  16 Part 1028
                                  22 Part 225
                                  24 Part 60
                                  28 Part 46
                                  32 Part 219
                                  34 Part 97
                                  38 Part 16
                                  40 Part 26
                                45 Part 690
                                49 Part 11
300w note et seq............................45 Part 96
300x et seq ....................................45 Part 96
300x–21 et seq................................42 Part 54
300x–23 ............................................42 Part 8
300x–27 ..............................................42 Part 8
300x–65..........................................42 Part 54a
300x–65 et seq................................42 Part 54
300y et seq ....................................45 Part 96
300y–11 ............................................21 Part 291
                                        42 Part 8
300z–7 ..............................................42 Part 52b
300aa–1 ............................................21 Part 20
300aa–1 note..................................42 Part 100
300aa–11 ..........................................45 Part 4
300aa–14 ........................................42 Part 100

## Authorities

| 42 U.S.C.—Continued | CFR |
|---|---|
| 300aa–25 | 21 Part 600 |
| 300aa–28 | 21 Part 17 |
| 300cc–15 | 42 Part 63a |
| 300cc–16 | 42 Part 52a |
| 300cc–41 | 42 Parts 52b, 63a |
| 300gg—300gg–61 | 45 Part 150 |
| 300gg—300gg–63 | 45 Parts 144, 146, 148 |
| 300gg—300gg–61 | 45 Part 150 |
| 300gg–91 | 45 Parts 144, 146, 148, 150 |
| 300gg–92 | 45 Parts 144, 146, 148, 150 |
| 301 | 45 Part 233 |
| 302—303 | 45 Part 1393 |
| 303 | 45 Part 201 |
| 402 | 20 Parts 404, 410 |
| | 42 Part 406 |
| 403 | 20 Part 404 |
| 404 | 20 Part 404 |
| 405 | 20 Parts 401, 402, 404, 405, 422 |
| | 42 Parts 405, 1005, 1006 |
| 411—414 | 20 Part 410 |
| 416 | 42 Part 404, 424 |
| 421 note | 20 Part 416 |
| 423 | 20 Part 404 |
| 423 note | 20 Part 416 |
| 425 | 20 Part 404 |
| 426—426a | 42 Part 406 |
| 426 | 20 Part 410 |
| | 42 Part 405 |
| 426–1 | 42 Part 406 |
| 428 | 20 Part 404 |
| 432 | 20 Part 422 |
| 501 | 29 Part 31 |
| 503 | 20 Parts 604, 640, 650 |
| 507 | 20 Part 410 |
| 508 | 20 Part 410 |
| 601 | 45 Parts 260, 561 |
| 601 note | 45 Part 260 |
| 602 | 20 Part 401 |
| | 45 Parts 95, 204—206, 233, 234, 261 |
| 603—604 | 45 Part 260 |
| 603 | 20 Part 645 |
| | 45 Parts 201, 205, 234, 235, 240, 265, 270, 283 |
| 604 | 45 Part 263 |
| 604 note | 45 Part 1000 |
| 606—611 | 45 Part 260 |
| 606—607 | 29 Part 56 |
| | 45 Part 224 |
| 606 | 20 Part 645 |
| | 45 Parts 205, 233, 234, 262 |
| 607 | 45 Parts 205, 233, 261, 264, 265 |
| 609 | 45 Parts 233, 261, 262, 264, 265, 305 |
| 610 | 45 Part 262 |
| 611 | 45 Parts 206, 265 |
| 612 | 45 Parts 286, 287 |
| 612c note | 7 Part 240 |
| 613 | 45 Parts 265, 284 |
| 616 | 45 Part 235 |
| 618 | 45 Part 98 |
| 619 | 45 Part 260 |
| 620 et seq | 45 Parts 1355—1357 |
| 625 | 42 Part 405 |
| 651—658A | 45 Part 302 |
| 651—658 | 45 Parts 301—303 |
| 651—655 | 45 Parts 304, 307 |
| 651 note | 42 Part 2590 |

| 42 U.S.C.—Continued | CFR |
|---|---|
| 652 | 45 Parts 95, 305 |
| 654 | 45 Parts 264, 308 |
| 655 | 45 Part 309 |
| 657 | 45 Parts 304, 307 |
| 658A | 45 Part 305 |
| 659 | 5 Part 581 |
| | 20 Parts 350, 363 |
| | 32 Part 734 |
| 660 | 45 Parts 301—303 |
| 661—662 | 5 Part 581 |
| | 20 Parts 350, 363 |
| 663—682 | 5 Part 581 |
| 663—664 | 45 Part 303 |
| 664 | 10 Part 15 |
| | 45 Parts 301, 302 |
| 665 | 15 Part 15 |
| | 32 Part 54 |
| | 33 Part 54 |
| | 42 Part 21 |
| 666—667 | 45 Parts 301—303 |
| 670 et seq | 45 Parts 1355—1357 |
| 681—687 | 45 Part 240 |
| 701 et seq | 45 Part 96 |
| 702 | 42 Part 51a |
| 706 | 42 Part 51a |
| 783h | 10 Part 709 |
| 862a | 42 Part 263 |
| 901 | 20 Part 423 |
| 902 | 20 Parts 401, 402, 403, 404, 408, 410, 416, 418, 422, 423, 429, 430, 436 498 |
| | 22 Part 430 |
| 907 | 45 Part 204 |
| 1008 | 20 Part 408 |
| 1070b | 34 Part 676 |
| 1102 | 20 Part 615 |
| 1141 note | 24 Part 581 |
| 1202—1203 | 45 Part 1393 |
| 1202 | 45 Part 233 |
| 1203 | 45 Part 201 |
| 1232c | 34 Part 676 |
| 1301 | 45 Parts 201, 301, 1355 |
| 1302 | 20 Parts 409, 417, 601—604, 625, 640, 650 |
| | 40 Parts 412, 484 |
| | 42 Parts 51a, 121, 400, 403, 405—420, 421—422, 424, 430—436, 438, 440—442, 447, 455—457, 460, 462, 466, 473, 476, 482—486, 488, 489, 491, 493, 498, 505, 1000—1006 |
| | 45 Parts 95, 160, 201, 204—206, 212, 225, 233—235, 237, 264, 301—305, 307—310, 1355—1357 |
| 1302c–3 | 42 Part 466 |
| 1305 | 42 Part 412 |
| 1306 | 20 Parts 402, 403, 410 |
| | 42 Part 121 |
| | 45 Parts 5, 205, 206 |
| 1307b–7 | 45 Part 205 |
| 1308 | 45 Parts 260, 264 |
| 1313 | 45 Part 212 |
| 1315 | 45 Part 204 |
| 1316 | 45 Part 201 |
| 1320a–1 | 42 Part 405 |
| 1320a–3 | 42 Part 1002 |
| 1320a–5 | 42 Part 1002 |
| 1320a–7 | 42 Parts 1001—1003, 1005 |
| 1320a–7a | 42 Parts 405, 1003, 1006 |

# CFR Index

42 U.S.C.—Continued                                  CFR

1320a–7b ....................................42 Part 1001
1320a–7d ....................................42 Part 1008
1320a–7e ......................................45 Part 61
1320a–8 ........................................20 Part 498
1320b–1 ........................................20 Part 422
1320b–2 ..........................................45 Part 95
1320b–2 note .................................45 Part 95
1320b–7 ......................................45 Part 205
1320b–8 ..............................42 Parts 121, 405
                                                20 Part 498
1320b–10 ...................................42 Part 1003
1320b–11 ....................................20 Part 401
1320b–12 ......................................42 Part 67
1320b–13 .....................................20 Part 422
1320b–17 .........................20 Part 404, 408
1320b–19 .....................................20 Part 411
1320b–19 note ............................20 Part 411
1320c—1320c–2 ..........................42 Part 462
1320c .............................................42 Part 405
1320c–1—1320c–2 ......................42 Part 462
1320c–3—1320c–4 ......................42 Part 405
1320c–3 .........................42 Parts 405, 466, 476
1320c–5 ............42 Parts 455, 476, 1004, 1005
1320c–8 .........................................42 Part 466
1320c–9 .........................................42 Part 476
1320d—1320d–8 .........45 Parts 160, 162, 164
1320d—1329d–8 ...........................45 Part 160
1320d–2 .......................45 Parts 162, 164
1320d–2 note .................45 Parts 162, 164
1320d–4 .........................................45 Part 164
1337 ...............................................20 Part 264
1352—1353 ...................................45 Part 1393
1352 .............................................45 Part 233
1353 .............................................45 Part 201
1359b–9 ........................................42 Part 403
1382 .............................................20 Part 416
                                              45 Parts 233, 1393
1382c ...........................................20 Part 416
1382h ...........................................20 Part 416
1382h note ...................................20 Part 416
1383 .............................................20 Part 416
                                              45 Parts 205, 1393
1383 note .....................................45 Part 201
1383b ...........................................20 Part 416
1395 .....42 Parts 405, 412, 413, 415, 421, 460, 484,
                                    485, 488, 489, 498
1395–1 ..........................................42 Part 421
1395a ...........................42 Parts 405, 414
1395b–3 ........................................42 Part 408
1395d—1395f ................................42 Part 418
1395d ............................................42 Part 413
1395f—1395v .................................42 Part 405
1395f ...........................42 Parts 413, 482
1395g ...........................42 Parts 412—413
1395h ...........................................42 Part 418
1395i—1395z ................................42 Part 406
1395i–2 .........................................42 Part 408
1395i–3 .........................................42 Part 489
1395i–4 .........................................42 Part 412
1395k—1395l ................................42 Part 416
1395k ...........................................42 Part 415
1395l .......42 Parts 405, 413, 414, 419, 491, 494
1395m ...........................42 Parts 410, 415
1395p—1395s ................................42 Part 408
1395u—1395w–4 ...........................42 Part 414
1395u ...................42 Parts 405, 415, 1001, 1003

42 U.S.C.—Continued                                  CFR

1395v ............................................42 Part 408
1395w–4 .........................42 Parts 405, 414, 415
1395w–101—1395w–152 .................42 Parts 411
1395w–101 ....................................20 Part 418
1395w–114 ....................................20 Part 418
1395w–115 ....................................20 Part 418
1395w–141 ...................................42 Part 1003
1395x—1395z .................................42 Part 405
1395x ..................40 Parts 413, 414, 418, 484, 494
                          42 Parts 413, 415, 417, 418, 420, 489,
                                                           493
1395y ....................42 Parts 415, 418, 494, 1001
1395y note ...................................21 Part 409
1395z ...........................42 Parts 416, 494
1395aa—1395cc .............................42 Part 405
1395aa—1395bb ............................42 Part 494
1395aa ...........................42 Parts 416, 489
1395cc ...........42 Parts 415, 466, 489, 1001, 1003
1395dd ..........................................42 Part 1003
1395ff—1395ii ...............................42 Part 405
1395ff ...........................................42 Part 489
1395hh—1395ll ...............42 Parts 419, 421
1395hh ..........................................40 Part 484
                  42 Parts 121, 400—403, 405—414, 417,
                   418, 420, 421, 422, 424, 466, 473, 482,
                        483, 485, 486, 489, 505, 1001
1395kk ...........................42 Parts 405, 417
1395mm—1395rr ...........................42 Part 405
1395mm .......................................42 Part 1003
1395nn ..........................................42 Part 1003
1395pp—1395rr .............................42 Part 405
1395rr ...........................42 Parts 408, 413, 415
1395ss ..........................................42 Part 1003
1395tt ...........................42 Parts 405, 413
1395uu ..........................................42 Part 421
1395ww—1395xx ...........................42 Part 405
1395ww ..........................................42 Part 413
1395zz ...........................................42 Part 405
1395ccc .........................................42 Part 405
1396—1396a ..................................42 Part 491
                                                45 Part 19
1396 .....................42 Parts 482, 1002, 1003
                                      45 Parts 302, 307
1396a—1396b .....42 Parts 405, 435, 436, 447, 1002
                                      45 Parts 302—304, 307
1396a .............................................42 Part 494
1396b ...............42 Parts 456, 482, 483, 1003, 1007
1396f .............................................42 Part 418
1396k ...........................42 Parts 435, 436
                                      45 Parts 302—304, 306
1396n .............................................42 Part 494
1396r .............................................42 Part 401
1397a .............................................45 Part 1396
1401 ..............................................24 Parts 1, 2
1406 ..............................................12 Part 528
1408 .............................................24 Part 966
1419 .............................................24 Part 1700
1436 ..............................................24 Parts 1, 2
1436a ...........................24 Parts 812, 912
1437 et seq..........................24 Parts 20, 969
1437—1437ee ................................24 Part 904
1437—1437r ...................24 Parts 905, 966
1437—1437a ....................24 Parts 900, 965
1437 .....................24 Parts 70, 770, 811, 965
1437a......24 Parts 5, 247, 811, 812, 880, 881, 883,
                   884, 886, 905, 912, 960, 965, 966, 986

Case 1:07-cv-02079-JR    Document 15-3    Filed 07/07/2008    Page 20 of 63

## Authorities

**42 U.S.C.—Continued**                                    **CFR**

1437a-1 .......................................24 Part 905
1437a-1c ....................................24 Part 905
1437a-1d ...................................24 Part 905
1437a-1aa ..................................24 Part 905
1437a-1bb ..................................24 Part 905
1437a-1cc ...................................24 Part 905
1437a-1ee ..................................24 Part 905
1437b ........................................24 Part 941
1437c.......24 Parts 5, 247, 811, 880, 881, 883, 884,
                        886, 888, 900, 903, 941, 960
1437d.......24 Parts 5, 901, 902, 960, 964, 965, 966,
                                                         968
1437d note ................................24 Part 966
1437e ........................................24 Part 945
1437f ....24 Parts 5, 247, 290, 811, 880—884, 886,
                        888, 891, 908, 963, 982—985
1437f note .........24 Parts 401, 402, 792, 880, 881,
                                883, 884, 886, 888
1437g .................24 Parts 905, 941, 964, 965, 990
1437j .........................................29 Part 5
1437k ........................................24 Part 943
1437l ........................................24 Part 968
1437n .....................................24 Parts 5, 960
1437o ........................24 Parts 58, 511, 850
1437p ........................................24 Part 970
1437r ......................................24 Parts 904, 964
1437u ........................................24 Part 984
1437x ........................................24 Part 58
1437z-1 ......................................24 Part 30
1437z-3 ......................................24 Part 960
1437z-4 ......................................24 Part 906
1439 .........................................24 Part 791
1440 ..........................................29 Part 5
1441 ...........................24 Parts 51, 291, 770
1441a ........................................24 Part 291
1450 .......................................24 Parts 1, 2
1451a .......................................24 Part 291
1452a—1452b .............................24 Parts 1, 2
1452b ..................................24 Parts 27, 510
1459 ..........................................29 Part 5
1471 et seq ................................7 Part 3555
1473e .......................................24 Part 945
1480 ...7 Parts 1806, 1808, 1809, 1822, 1900—1902,
            1910, 1924, 1925, 1930, 1940, 1944, 1948,
            1950, 1951, 1955, 1956, 1962, 1965, 2045,
                                         3550, 3560, 3565
1484—1486 ..................................7 Part 15
1486 ..........................................29 Part 5
1490 ..........................................7 Part 1980
1490b—1490d ..............................7 Part 15
1491—1497 ...............................24 Parts 1, 2
1500 note ..................................24 Parts 1, 2
1500c—3 .....................................29 Part 5
1572 ..........................................32 Part 736
15921 .........................................29 Part 5
1651 et seq .............20 Parts 701, 702, 703, 704
1701 et seq ................................18 Part 154
1704 ..........................................20 Part 61
1706 ......................................20 Parts 61, 71
1715z—13a ...............................24 Part 1005
1751 et seq .................................7 Part 15
1751—1760 ..................................7 Part 210
1751—1753 ..................................7 Part 220
1751 ....................7 Parts 235, 240, 250
1752—1753 ..................................7 Part 225
1752 ..........................................7 Part 245

**42 U.S.C.—Continued**                                    **CFR**

1754 ..........................................7 Part 235
1755 ....................................7 Parts 15, 240, 250
1756—1757 ..................................7 Part 220
1756 ..........................................7 Part 235
1758 ...............7 Parts 15, 220, 225, 226, 245, 250
1759—1759a ...............................7 Parts 220, 235
1759a ...................................7 Parts 226, 245
1760—1761 ............7 Parts 220, 225, 235, 250
1761 .................................7 Parts 15, 225, 227
1762a ......................7 Parts 225, 226, 240, 250
1765—1766 ...............................7 Parts 226, 240
1766 .........................7 Parts 220, 235, 250
1771—1776 ..................................7 Part 235
1771—1773 ..................................7 Part 220
1772—1773 ...............................7 Parts 15, 245
1772 ..........................................7 Part 215
1775 ..........................................7 Part 220
1776—1776a .................................7 Part 220
1777—1785 ..................................7 Part 220
1777 ..........................................7 Part 15
1779 ................7 Parts 210, 215, 235, 240, 245
1784—1786 ..................................7 Part 235
1786 ................................7 Parts 15, 246, 248
1788 ..........................................7 Part 227
1804 ..........................................19 Part 161
1807 ..........................................19 Part 161
1855—1855g .................................32 Part 736
                                                         44 Part 7
1856 ..........................................43 Part 28
1856b .........................................43 Part 28
1857 et seq .................40 Parts 9, 30, 40, 451
1857b—1857b—1.........................40 Part 40
1857b ........................................42 Part 61
1857f—10....................................14 Part 21
1857g ........................................40 Part 53
                                                         42 Part 61
1870—1871 ..................................45 Part 650
                                                         48 Part 2527
1870.........................................5 Part 5301
            45 Parts 602, 604, 611—613, 615, 620,
                        640, 670, 675, 680, 689
            48 Parts 2501, 2509, 2515, 2532
1891 et seq .................................40 Part 40
1891—1893 ..................................7 Part 15
                                                         14 Part 1250
                        32 Parts 272, 273, 736
                                                         43 Part 17
1891—1892 ..................................32 Part 300
1892 ..........................................33 Part 24
1921 et seq ...............................28 Part 50
1951 ..........................................43 Part 17
1962—1962d—5.........................18 Part 701
1962c ........................................18 Part 740
1962d—1 ...........18 Parts 701, 704—706, 725
1966 ..........................................25 Part 225
1973b ........................................28 Part 55
1973c ...................................28 Parts 50, 51
1973e ........................................45 Part 801
1973g ........................................45 Part 801
1973j ........................................28 Part 55
1973aa—1 ....................................28 Part 55
1973aa—1a ..................................28 Part 55
1973aa—2 ....................................28 Part 55
1973cc—13—1973cc—14....................39 Part 10
1973gg—1 et seq ..........................11 Part 8
1973gg—5 ....................................45 Part 205

**CFR Index**

| 42 U.S.C.—Continued | CFR |
|---|---|
| 1975—1975f | 45 Part 701 |
| 1975—1975e | 45 Parts 702, 704, 706 |
| 1975—1975c | 45 Part 705 |
| 1975—1975b | 48 Parts 701, 702 |
| 1975a | 48 Part 703 |
| 1980 | 7 Parts 1807, 1930 |
| 1981 | 12 Part 701 |
| 1996 | 18 Part 1312 |
| | 22 Part 1104 |
| | 25 Part 211 |
| | 28 Part 548 |
| | 32 Part 229 |
| | 36 Part 296 |
| | 43 Part 7 |
| | 50 Part 12 |
| 1997e | 28 Part 40 |
| 2000 | 38 Part 21 |
| 2000bb et seq | 42 Part 54 |
| 2000c—2000c–5 | 34 Part 270 |
| 2000c—2000c–2 | 34 Parts 271, 272 |
| 2000c–5 | 34 Parts 271, 272 |
| 2000d et seq | 23 Part 710 |
| | 29 Parts 34, 37 |
| | 34 Parts 12, 270 |
| | 49 Parts 23, 26, 303 |
| 2000d—2000d–7 | 6 Parts 4, 21, 42, 1040, 1110 |
| 2000d—2000d–5 | 45 Part 80 |
| 2000d—2000d–4 | 23 Part 200 |
| | 28 Part 42 |
| | 40 Part 7 |
| 2000d—2000d–3 | 34 Part 100 |
| 2000d | 34 Part 222 |
| 2000d–1—2000d–4 | 10 Part 4 |
| 2000d–1 | 5 Part 900 |
| | 7 Part 15 |
| | 13 Parts 112, 317 |
| | 14 Parts 379, 1250 |
| | 15 Part 8 |
| | 18 Parts 705, 1302 |
| | 22 Part 141 |
| | 24 Parts 1, 100, 121, 180 |
| | 32 Part 195 |
| | 41 Parts 101–6 |
| | 43 Part 17 |
| | 44 Part 7 |
| | 45 Parts 611, 1203 |
| | 50 Part 3 |
| 2000d–5 | 34 Part 100 |
| 2000e et seq | 29 Parts 1604—1606 |
| 2000e—2000e–17 | 29 Part 1601 |
| 2000e | 5 Part 720 |
| 2000e note | 24 Part 7 |
| 2000e–2 | 36 Part 906 |
| 2000e–8—2000e–12 | 29 Part 1602 |
| 2000e–8 | 29 Part 1607 |
| 2000e–12 | 29 Parts 1604, 1607—1610, 1612 |
| 2000e–14 | 29 Part 1690 |
| | 41 Part 60–3 |
| 2000e–16 | 24 Part 7 |
| | 29 Parts 100, 1614 |
| 2000aa–11 | 28 Part 59 |
| 2011 et seq | 10 Parts 709, 960, 962, 963, 1009, |
| | 1023, 1046, 1047 |
| | 37 Part 5 |
| 2011—2296 | 40 Parts 191, 194 |
| 2012 | 10 Part 707 |

| 42 U.S.C.—Continued | CFR |
|---|---|
| 2013 | 10 Part 707 |
| 2014 | 10 Part 40 |
| 2014e | 10 Part 150 |
| 2021—2022 | 10 Part 40 |
| 2021 | 10 Parts 4, 51, 72 |
| 2021a | 10 Parts 60, 61, 63 |
| 2021b—2021j | 10 Part 730 |
| 2021c—2021f | 10 Part 62 |
| 2022 | 40 Part 192 |
| 2033 | 10 Part 1 |
| 2039 | 10 Parts 1, 2 |
| 2051 | 10 Parts 602, 605, 707 |
| 2061 | 10 Part 707 |
| 2071 | 10 Parts 60, 63, 70, 72, 110 |
| 2073—2074 | 10 Part 110 |
| 2073 | 10 Parts 2, 19, 20, 26, 39, 60, 61, 63, |
| | 70—75, 150 |
| 2077 | 10 Parts 39, 61, 70—72, 74, 110, 810 |
| 2092—2095 | 10 Parts 40, 110 |
| 2092—2093 | 10 Parts 2, 39, 60, 61, 63, 71, 72 |
| 2093 | 10 Parts 19, 20, 75 |
| 2095 | 10 Parts 20, 39, 60, 61, 63, 72 |
| 2096 | 10 Part 760 |
| 2099 | 10 Parts 39, 72 |
| 2111—2112 | 10 Parts 26, 30, 39, 110, 1009 |
| 2111 | 10 Parts 2, 19, 20, 31—33, 34, 35, 36, |
| | 40, 60—63, 71, 72, 150 |
| 2112 | 10 Part 36 |
| 2113—2114 | 10 Parts 40, 150 |
| 2131—2135 | 10 Part 50 |
| 2132—2135 | 10 Parts 2, 54 |
| 2133—2134 | 10 Parts 19, 20, 26, 75, 100, 110 |
| 2133 | 10 Part 52 |
| 2137 | 10 Parts 26, 55 |
| 2138 | 10 Parts 50, 70 |
| 2139 | 10 Part 110 |
| | 15 Parts 776, 778 |
| 2139a | 10 Part 110 |
| | 15 Parts 730, 738, 742, 744, 774 |
| 2141 | 10 Part 110 |
| 2151 et seq | 10 Part 110 |
| 2152—2158 | 10 Part 110 |
| 2152 | 10 Parts 40, 50, 70, 75, 76, 150 |
| 2156—2158 | 10 Part 810 |
| 2161 | 10 Part 710 |
| 2162 | 32 Part 518 |
| 2165 | 10 Parts 10, 25, 95, 525, 707, 710, 711 |
| 2167 | 10 Part 73 |
| 2168 | 10 Parts 1004, 1017 |
| | 48 Parts 901, 903, 905—908, 910, 912, |
| | 913, 920, 922, 924, 927, 928, 932, 935, |
| | 937, 942, 943, 945, 947, 949—951, 971 |
| 2169 | 10 Part 73 |
| 2182 | 10 Parts 8, 783, 784 |
| | 48 Part 927 |
| 2183 | 10 Part 780 |
| 2186 | 10 Parts 81, 781 |
| 2187 | 10 Part 780 |
| 2201 | 5 Part 5801 |
| | 10 Parts 1, 2, 4, 7—11, 14—16, 19— |
| | 21, 25, 26, 30—32, 34, 35, 39, 40, 50— |
| | 52, 54, 55, 60—63, 70, 71—76, 81, 95, |
| | 100, 110, 140, 150, 160, 706, 708, 710, |
| | 711, 719, 725, 733, 760, 766, 782, 783, |
| | 810, 820, 824, 830, 835, 840, 850, 852, |
| | 860, 861, 862, 1009, 1015, 1016, 1023 |

# Authorities

42 U.S.C.—Continued

CFR

40 Part 23
41 Part 109—40
48 Parts 904, 919, 927, 952, 970, 2001—
2005, 2009, 2011, 2014—2017, 2019,
2022, 2024, 2027, 2030—2033, 2035,
2042, 2045, 2052
2201b ..........................................10 Part 707
2201g ..........................................10 Part 781
2201i ...........................................10 Part 707
2201p ..........................................10 Part 707
2201w....................10 Parts 53, 170, 171
2210 ...........................................10 Parts 140, 840
2210 note ....................................28 Part 79
2212 ...........................................28 Part 15
2213—2214 ...............................10 Part 171
2223 ...........................................10 Parts 780, 782
2231—2234 ...............................10 Part 110
2231 ...........................................10 Part 2
2232—2234 ...............................10 Part 72
2232—2233.....10 Parts 30, 32—36, 39, 40, 52, 54,
60, 61, 63, 70—72, 74
2232 ..........................10 Parts 20, 34, 50, 55, 100
2233 ...........................................10 Parts 2, 31, 34, 50
2234 ...........................................10 Parts 2, 30, 40, 50, 70
2235 ...........................................10 Part 50
2236—2237 ...............10 Parts 50, 55, 70, 72, 110
2236.............10 Parts 2, 15, 16, 19, 20, 30, 36, 39,
40, 52, 54
2237 ...........................................10 Parts 30, 40
2238 ...........................................10 Part 72
2239 ...........................10 Parts 2, 50, 52, 54, 72, 110
40 Part 23
2241 ...........................................10 Parts 1, 2
2243 ...........................................10 Parts 40, 51, 70, 76, 110
2251 et seq ...............................44 Parts 301, 304
2273 ...........................................10 Part 810
2278 ...........................................10 Part 862
2278a ..........................................10 Parts 160, 860
2282..............10 Parts 2, 19, 21, 30, 36, 39, 40, 50,
52, 54, 55, 70, 72, 74, 150, 820
2282a ..........................................48 Parts 904, 952, 970
2282b ..........................................10 Part 824
48 Parts 904, 952, 970
2282c ..........................................48 Parts 904, 952, 970
2286 ...........................................10 Parts 1703, 1704
2286b ..........................................10 Parts 1703, 1704, 1707
2296a et seq ...............................10 Part 765
2297b—11 ...................................10 Part 76
2297f............10 Parts 19—21, 26, 51, 70, 71, 73, 74,
76
2297g—2297g-2 ..........................10 Part 766
2301 ...........................................24 Parts 1, 2
2391 et seq ................................10 Part 871
2451 et seq ...............14 Parts 1203, 1216, 1274
2451—2460 ................................14 Part 1250
2451 ...........................................14 Parts 1232, 1273
2452 ...........................................14 Part 1259
2453 ...........................................48 Part 809
2456a ..........................................14 Part 1203b
2457 ...........................................14 Parts 1209, 1245
2458 ...........................................14 Parts 1209, 1240
2458a ..........................................28 Part 15
2472—2473 ................................14 Parts 1221, 1250
2473 ...........................................5 Part 6901
14 Parts 1204, 1206, 1207, 1209, 1210,
1212—1216, 1245, 1260—1266

42 U.S.C.—Continued

CFR

42 Part 1275
48 Parts 1—19, 22—39, 41—53, 1801—
1809, 1811—1817, 1819, 1822—1825,
1827—1837, 1839, 1841—1853, 1871,
1872
2473c...........................................14 Part 1267
2486 ...........................................14 Part 1259
2541—1 .......................................42 Part 62
2577b ..........................................45 Part 95
2637 ...........................................45 Part 1010
2641—2643 ................................43 Part 17
2641 ...........................................24 Parts 1, 2
2651—2653 ................................28 Part 43
32 Parts 537, 842
2651 ...........................................32 Part 516
2677 ...........................................45 Part 204
2678 ...........................................45 Part 95
2689j...........................................29 Part 5
2751—2756b .............................34 Parts 673—676
2752 ...........................................34 Part 636
2812 ...........................................34 Part 77
2850—2 .......................................42 Part 52a
2852 ...........................................7 Part 15
2891—2894 ................................42 Part 52h
2921 et seq ................................45 Part 1305
2928h ..........................................45 Part 1303
2929a ..........................................34 Part 215
2941 ...........................................7 Part 1955
2942 ...........................................7 Parts 1866, 1948
45 Parts 63, 1060
2947 ...........................................29 Part 5
2991 et seq ................................45 Part 1336
2992a ..........................................29 Part 5
2996 ...........................................45 Parts 1600, 1608
2996c ..........................................45 Parts 1603, 1622
2996d—2996f .............................45 Part 1608
2996d ..........................................45 Part 1602
2996e—2996i .............................45 Part 1630
2996e—2996g ......45 Parts 1604, 1606, 1612, 1618,
1627, 1633
2996e—2996f ......45 Parts 1611, 1616, 1621, 1628,
1629, 1631, 1634
2996e.......45 Parts 1619, 1623, 1628, 1632, 1635,
1641, 1642
2996f—2996g ............................45 Part 1605
2996f .........45 Parts 1607, 1609, 1613—1615, 1620,
1624, 1626, 1632, 1643
2996g........45 Parts 1601, 1619, 1626, 1632, 1635,
1637, 1639, 1644
2996i ...........................................45 Part 1610
2996j ..........................................45 Part 1623
3001 et seq ................................45 Part 1321
3001 ...........................................45 Parts 1326, 1328
3030a ..........................................7 Part 250
3041a ..........................................29 Part 5
3056 ...........................................20 Part 641
29 Part 89
3102—3104 ................................24 Parts 1, 2
3107 ...........................................29 Part 5
3123 ...........................................13 Part 317
3211 ...........................13 Parts 309—308, 314—318
3222 ...........................................29 Part 5
3251 et seq ...............40 Parts 240, 241, 245—247
3254c .........................40 Parts 240, 241, 245—246
3254e ..........................................43 Part 2910
3271—3274 ...............................7 Parts 611, 657

# CFR Index

| 42 U.S.C.—Continued | CFR |
|---|---|
| 3301—3302 | 32 Part 239 |
| 3301 | 24 Parts 1, 2 |
| 3310 | 29 Part 5 |
| 3334 | 15 Parts 13, 923, 930—933 |
| | 23 Part 635 |
| | 24 Parts 50, 52, 590, 600, 791, 841 |
| | 28 Part 30 |
| | 34 Part 79 |
| | 38 Part 40 |
| | 40 Part 29 |
| | 44 Part 4 |
| | 45 Part 100 |
| | 49 Parts 17, 613 |
| 3351—3356 | 24 Parts 1, 2 |
| 3371—3373 | 24 Parts 1, 2 |
| 3374 | 32 Part 644 |
| 3401 et seq | 28 Part 32 |
| 3435 | 24 Parts 14, 889, 890 |
| 3473 | 48 Part 1839 |
| 3535 | 24 Parts 0, 1, 4—10, 15—18, 20, 21, 24—28, 30, 35, 40—42, 50—52, 58, 60, 70, 81, 84, 85, 87, 91, 92, 100, 103, 105, 107, 108, 110, 111, 115, 121, 125, 135, 146, 180, 200, 202, 202a, 203, 204, 206, 207, 209, 211, 213, 214, 219—221, 225, 231, 232, 234—236, 238, 241, 242, 244—248, 251, 252, 255, 260, 266, 271, 278, 280, 290, 291, 300, 310, 320, 330, 340, 350, 401, 510, 511, 570, 572—574, 576, 581—583, 585, 586, 590, 594, 595, 597—600, 700, 761, 770, 791, 792, 811, 812, 840, 841, 850, 880—884, 886, 888, 889, 891, 901—906, 908, 912, 941, 943, 945, 954, 960, 961, 963—966, 968—970, 982—985, 990, 1000, 1003, 1005, 1710, 1715, 1720, 1895, 2002—2004, 3280, 3282, 3800 |
| | 42 Part 3284 |
| | 45 Part 12a |
| | 48 Parts 2401—2407, 2409, 2411, 2413—2417, 2419, 2422, 2424—2429, 2432—2434, 2436, 2437, 2442, 2446, 2449, 2451—2453 |
| 3537a | 24 Part 4 |
| 3543 | 24 Part 908 |
| 3544 | 24 Part 908 |
| 3545 | 24 Parts 4, 12 |
| 3547 | 24 Part 58 |
| 3600—3631 | 10 Part 1040 |
| 3600—3620 | 24 Parts 100, 110, 121 |
| 3600—3619 | 24 Part 103 |
| 3601 et seq | 12 Parts 27, 613, 626 |
| | 24 Part 109 |
| | 32 Part 192 |
| 3601—3632 | 10 Part 1040 |
| 3601—3619 | 23 Part 200 |
| | 24 Parts 81, 91, 103, 105, 111, 115, 180 |
| 3601—3610 | 12 Part 701 |
| 3601 | 12 Parts 4, 261 |
| 3605 | 12 Part 338 |
| 3608 | 12 Part 338 |
| | 24 Parts 770, 3608 |
| 3608a | 24 Parts 121, 908 |
| 3610 | 24 Part 115 |
| 3616 note | 24 Part 125 |
| 3620 | 24 Parts 110, 111 |

| 42 U.S.C.—Continued | CFR |
|---|---|
| 3701—3797y-4 | 28 Part 33 |
| 3701 et seq | 28 Parts 18, 32, 34, 35, 37—42 |
| 3711—3796gg-7 | 28 Part 90 |
| 3711 et seq | 28 Parts 20, 32, 66, 67, 70 |
| 3751 | 28 Part 38 |
| 3753 | 28 Part 38 |
| 3762b | 28 Part 38 |
| 3782 | 28 Parts 23, 38 |
| 3789q | 28 Part 23 |
| 3796 et seq | 28 Part 32 |
| 3796dd-1 | 28 Part 38 |
| 3796dd-7 | 28 Part 38 |
| 3796gg-1 | 28 Part 38 |
| 3796gg-0b | 28 Part 38 |
| 3796gg-3 | 28 Part 38 |
| 3796h | 28 Part 38 |
| 3796ii—3796ii-8 | 28 Part 93 |
| 3796ii-2 | 28 Part 38 |
| 3797u—3797y-4 | 28 Part 93 |
| 3797u-3 | 28 Part 38 |
| 3797w | 28 Part 38 |
| 3884 | 29 Part 5 |
| 3901 | 24 Parts 1, 2 |
| 3909 | 29 Part 5 |
| 4001 et seq | 18 Part 725 |
| | 44 Parts 59—68, 70—73, 75 |
| 4001 note | 12 Part 1773 |
| 4001—4012 | 44 Part 62 |
| 4001 | 24 Parts 1, 2 |
| 4012a | 12 Parts 19, 22, 208, 339, 509, 572, 614, 622, 747, 760, 1773 |
| 4014—4128 | 44 Part 62 |
| 4028 | 44 Part 71 |
| 4104a—b | 12 Parts 22, 208, 339, 572, 614, 760 |
| 4106 | 12 Parts 22, 208, 339, 523, 560, 563, 572, 614, 760 |
| 4128 | 12 Parts 22, 208, 339, 572, 614, 760 |
| 4151 et seq | 24 Part 41 |
| 4153 | 24 Part 40 |
| 4212 | 34 Part 298 |
| 4221—4225 | 32 Part 555 |
| 4222 | 41 Part 105-50 |
| 4231 | 7 Parts 1933, 1948 |
| | 38 Part 40 |
| 4233 | 49 Part 613 |
| 4252 | 34 Part 75 |
| 4311—4312 | 12 Part 701 |
| 4321 et seq | 7 Parts 1b, 372, 520, 650, 1794, 3100, 3407 |
| | 10 Part 1021 |
| | 12 Part 408 |
| | 14 Parts 21, 34, 36, 201, 211, 1216 |
| | 16 Part 1 |
| | 18 Parts 707, 725 |
| | 22 Part 161 |
| | 23 Parts 752, 771, 777 |
| | 28 Part 91 |
| | 29 Part 11 |
| | 30 Part 201 |
| | 32 Part 651 |
| | 33 Part 230 |
| | 36 Part 1010 |
| | 39 Part 775 |
| | 40 Part 6 |
| | 43 Parts 3410, 3430, 3450, 3490, 3590 |
| | 44 Part 10 |

## Authorities

| 42 U.S.C.—Continued | CFR |
|---|---|
| | 46 Parts 31, 105 |
| | 49 Part 622 |
| | 50 Part 530 |
| 4321—4370a | 18 Part 380 |
| | 38 Part 26 |
| 4321—4361 | 18 Part 2 |
| | 32 Part 775 |
| 4321—4347 | 16 Part 1021 |
| | 23 Part 751 |
| | 33 Part 209 |
| 4321 | 7 Part 799 |
| | 14 Part 302 |
| | 18 Part 1305 |
| | 21 Part 25 |
| | 36 Part 907 |
| 4331 | 23 Part 772 |
| 4332 et seq | 30 Part 280 |
| | 34 Part 12 |
| 4332 | 7 Parts 650, 654 |
| | 10 Parts 2, 50, 51, 60, 63, 72 |
| | 12 Part 1815 |
| | 21 Parts 25, 500, 501, 505, 700 |
| | 22 Part 216 |
| | 23 Part 772 |
| | 24 Parts 50, 58 |
| | 25 Part 225 |
| | 34 Part 75 |
| | 41 Part 51–7 |
| | 46 Part 504 |
| | 49 Parts 520, 613, 1105—1106 |
| 4334 | 10 Part 51 |
| 4335 | 10 Part 51 |
| 4371 et seq | 14 Part 1216 |
| | 40 Parts 1500—1508, 1515 |
| | 45 Part 640 |
| 4375 | 40 Part 1518– |
| 4511 | 24 Parts 1, 2 |
| 4529 | 29 Part 5 |
| 4601 et seq | 7 Part 622 |
| | 23 Part 635 |
| | 49 Part 24 |
| 4601 note | 7 Part 21 |
| | 10 Part 1039 |
| | 14 Part 1298 |
| | 15 Part 11 |
| | 18 Part 1306 |
| | 29 Part 12 |
| | 32 Part 259 |
| | 34 Part 15 |
| | 36 Part 904 |
| | 38 Part 25 |
| | 40 Part 4 |
| | 41 Parts 105–51, 128–18 |
| | 44 Part 25 |
| | 45 Part 15 |
| | 49 Part 25 |
| 4601—4655 | 23 Parts 200, 751 |
| 4601 | 7 Part 21 |
| | 10 Part 1039 |
| | 14 Part 1208 |
| | 15 Part 11 |
| | 18 Part 1306 |
| | 24 Part 42 |
| | 29 Part 12 |
| | 32 Part 259 |
| | 34 Part 15 |

| 42 U.S.C.—Continued | CFR |
|---|---|
| | 36 Part 904 |
| | 38 Part 25 |
| | 40 Part 4 |
| | 41 Parts 105–51, 128–18 |
| | 44 Part 25 |
| | 45 Part 15 |
| | 49 Part 25 |
| 4633 | 23 Part 710 |
| 4651—4655 | 23 Part 710 |
| 4728 | 5 Part 900 |
| 4763 | 5 Part 900 |
| 4821—4846 | 24 Parts 100, 965 |
| 5821 | 24 Part 35 |
| 4851 | 24 Part 35 |
| 4852 | 24 Part 58 |
| 4852d | 24 Part 889 |
| | 40 Part 3, 745 |
| 4901 | 40 Part 32 |
| 4905 | 40 Parts 204, 205 |
| 4907 | 40 Part 211 |
| 4909—4910 | 40 Parts 204, 205, 211 |
| 4910 | 40 Part 209 |
| 4912 | 40 Parts 2, 204, 205, 211 |
| 4914 | 40 Part 205 |
| 4916 | 40 Part 201 |
| | 49 Part 210 |
| 4917 | 40 Part 202 |
| | 49 Parts 325, 389 |
| 4950 et seq | 45 Parts 2508, 2541, 2551—2553 |
| 4951 et seq | 45 Parts 1154, 1206, 1229, 1230, 1234 |
| 5024 | 45 Part 1235 |
| 5046 | 29 Part 5 |
| 5052 | 45 Part 1206 |
| 5055 | 28 Part 15 |
| 5057 | 22 Part 305 |
| 5060 | 45 Parts 1230, 1234, 1235, 2542 |
| 5101 et seq | 22 Part 143 |
| | 45 Part 1340 |
| 5121—5206 | 44 Parts 201, 206, 208 |
| 5121 et seq | 44 Part 300, 352 |
| 5121 | 32 Part 736 |
| | 44 Part 209 |
| 5131 | 44 Part 350 |
| 5141 | 13 Part 315 |
| 5164 | 20 Part 625 |
| 5179—5180 | 7 Part 250 |
| 5183 | 42 Part 38 |
| 5189a | 20 Part 625 |
| 5195 et seq. | 15 Part 700 |
| 5201 | 20 Part 625 |
| | 44 Parts 9, 350 |
| 5301 et seq | 24 Part 1003 |
| 5301—5320 | 24 Parts 180, 570 |
| 5301—5315 | 24 Part 91 |
| 5301 | 24 Part 770 |
| 5304 | 24 Parts 42, 58 |
| 5309 | 24 Part 6 |
| 5310 | 24 Part 70 |
| | 29 Part 5 |
| 5318a | 24 Part 594 |
| 5320 | 36 Part 801 |
| 5403 | 24 Part 3280 |
| 5413 | 24 Part 3800 |
| 5416 | 24 Part 3283 |
| 5419 | 24 Part 3284 |

**CFR Index**

42 U.S.C.—Continued                                    CFR
5424 ...........................24 Parts 3280, 3282—3284
5601—5785 ........................................28 Part 31
5601 et seq ............28 Parts 18, 22, 32, 34, 66, 67, 70
5611 ....................................................28 Part 38
5672 ....................................................28 Part 38
5701 ....................................................45 Part 1351
5711 ....................................................45 Part 1351
5801 et seq. .............................10 Parts 871, 960, 962
5814—5815 .........10 Parts 707, 708, 711, 719, 780, 860
5815 ......................................10 Parts 703, 719
5817 .........................................10 Parts 602, 605, 782
5841 note .............................................10 Part 73
5841—5842...10 Parts 20, 26, 30, 31, 39, 40, 50—52, 54, 55, 70—72, 74, 76, 100, 140
5841 ........................................................5 Part 5801
                    10 Parts 0—2, 4, 9—11, 15, 16, 19, 21, 25, 32, 33, 34, 35, 36, 50, 62, 73, 74, 75, 81, 95, 110, 140, 150, 160, 170, 171
                    48 Parts 2001—2005, 2009, 2011, 2014—2017, 2019, 2022, 2024, 2027, 2030—2033, 2035, 2042, 2045, 2052
5842 .....................10 Parts 36, 50, 60, 61, 63, 140
5843—5845 ..........................................10 Part 1
5844 .........................................10 Parts 50, 73
5845—5846 .........................................10 Parts 70, 76
5846............10 Parts 2, 20, 21, 26, 30, 34, 36, 39, 40, 50, 52, 60, 61, 63, 71, 72, 74
5849 .............................................10 Parts 1, 62
5851 .........10 Parts 19, 30, 40, 60, 61, 63, 70, 72, 76
                    29 Part 24
5871 ....................................................10 Part 2
5891 .........................................10 Parts 4, 1040
5901—5920 .........................................10 Part 602
5901....................................................10 Part 605
5908 ........................................10 Parts 781, 784
                    48 Part 927
6000 et seq .........................45 Parts 1385—1387
6042....................................................29 Part 5
6063 et seq ........................................45 Part 1388
6063....................................................29 Part 5
6101 et seq ..........................................7 Part 225
                    13 Part 117
                    14 Part 1252
                    15 Part 20
                    22 Part 143, 218
                    29 Part 35
                    34 Part 110
                    38 Part 21
                    41 Part 101—8
                    43 Part 17
                    44 Part 7
                    45 Parts 90, 91, 617, 1156
6101—6107 ...........................10 Part 1040
                    38 Part 18
6101 ....................................................10 Part 4
                    13 Part 317
                    29 Part 37
                    38 Part 18
6102 ....................................................38 Part 21
6103 ....................................................18 Part 1309
                    24 Parts 146, 180
6106 ....................................................29 Part 34

42 U.S.C.—Continued                                    CFR
6107 ....................................................38 Part 18
6201 et seq ......................10 Parts 205, 211, 218
6201 ....................................................10 Part 625
                    28 Part 56
6212 .........................15 Parts 730, 738, 754, 774
6213 ....................................................30 Part 256
6291—6309 ........................................10 Part 430
6291—6317 ........................................10 Part 431
6294 ....................................................16 Part 305
6321 et seq ........................................10 Part 420
6325 ....................................................10 Part 450
6361 ....................................................10 Part 436
6362 ....................................................14 Part 313
                    46 Part 504
                    49 Part 1105
6363 ....................................................16 Part 311
6371 et seq ........................................10 Part 455
6371j....................................................29 Part 5
6383....................................................17 Part 250
6501 et seq .........................................43 Part 2360
6508 ........................................43 Parts 3000, 3130
6611 ........................................47 Parts 201, 202
6701 ....................................................13 Part 314
6708 ....................................................29 Part 5
6709 ....................................................13 Part 317
6728....................................................29 Part 5
6801 et seq ........................................10 Part 450
6831 ........................................10 Parts 434, 435
6832 ........................................10 Parts 434, 435
6834—6836 ..........................10 Parts 434, 435
6838 ....................................................40 Part 262
6861 et seq ........................................10 Part 440
6861—6871 ........................................10 Part 440
6870 ....................................................10 Part 1040
6881 ....................................................29 Part 5
6901 et seq ........40 Parts 30, 31, 34, 35, 40, 124, 144—148, 233
6901—6992k ..........................40 Parts 3, 9, 451
6901 ....................................................40 Part 32
6902 ........................................40 Parts 257, 258, 267
6905 ...40 Parts 146, 255, 260, 261, 264—266, 268, 270, 271, 279
6906........................40 Parts 262, 263, 265
6907 ........................40 Parts 243, 246, 257, 258
6911a ....................................................40 Part 2
6912 .....40 Parts 2, 22—24, 46, 239, 243, 247, 255, 257, 258, 260, 261, 262, 263—267, 268, 270, 271, 272, 279—282
6912a ....................................................40 Part 263
6914b—1 ..............................................40 Part 238
6921—6927 ....................40 Parts 260, 265, 279
6921—6922 ........................................40 Part 261
6921 ....................................................40 Part 268
6922—6925 ..............40 Parts 262, 263, 265, 273
6924—6925 ........................40 Parts 264, 267
6924 ........................40 Parts 261, 266, 268, 270
6925........................40 Parts 22, 146, 270
6926 ........................40 Parts 267, 271, 272
6927 ........................40 Parts 2, 146, 270
6928 ............................................40 Parts 22, 24
6930........................40 Parts 267, 273, 279
6934—6935 ........................................40 Part 260
6935—6937 ........................................40 Part 265
6937—6939 ........................................40 Part 260
6937—6938 ........................................40 Part 263
6937 ........................40 Parts 262, 273

## Authorities

42 U.S.C.—Continued                                      CFR
6938 .........................................40 Parts 261, 262
6939 .......................................40 Parts 90, 270
6942 ..............................................40 Part 256
6944 ...............................40 Parts 243, 257, 258
6945 .......................................40 Parts 239, 258
6946 ..............................................40 Part 255
6947 ..............................................40 Part 258
6949 ..............................................40 Part 257
6949a .............................................40 Part 258
6961 ..............................................40 Part 255
6962 ..............................................40 Part 247
6964 ..............................................40 Part 246
6971 ...............................................29 Part 24
6972 ..............................................40 Part 254
6974 ...................40 Parts 25, 146, 270—272, 279
6976 ...............................................40 Part 23
6977 ...............................................40 Part 45
6979 ...............................................29 Part 5
6981 ........................40 Parts 40, 45, 46, 258
6984—6986 .......................................40 Part 40
6991—6991f .....................................40 Part 280
6991 ..............................................40 Part 281
6991b .............................................40 Part 24
6991c .............................................40 Part 282
6991d .............................................40 Part 282
6991e ......................................40 Parts 22, 282
6991g .............................................40 Part 280
6991h .............................................40 Part 280
6992d .............................................40 Part 22
6995 ...............................................40 Part 2
7101 et seq ........10 Parts 205, 211, 218, 300, 420,
      434, 435, 440, 455, 500—504, 508, 516,
      600, 603, 606, 607, 709—711, 719, 733,
      824, 830, 852, 903, 904, 919, 952, 960,
      962, 963, 970, 1000, 1003, 1004, 1008,
      1015, 1021, 1024, 1040, 1042, 1044, 1046,
                                                  1047, 1049
                                       18 Parts 270, 273, 351
                                              43 Part 3420
                       48 Parts 902, 904, 909, 914—917, 923,
                       925, 927, 931, 933, 936, 950, 952, 970
7101—7352 ........................................10 Part 840
      18 Parts 1, 1b, 2, 4, 5, 6, 8, 11, 12,
      16, 24, 32—35, 37, 41, 45, 46, 101, 116,
      131, 141, 152, 154, 161, 201, 225, 250,
      260, 275, 281, 284, 290, 292, 300, 340,
      341, 343, 344, 346—348, 356, 357, 375,
      376, 380—382, 385, 388, 390, 821
7101 ..............................10 Parts 205, 625, 852
7102—7352 ........................18 Parts 158, 216, 277
7107 et seq ...............18 Parts 154, 271, 281, 287
7107—7352 ......................................18 Part 294
7115 ..............................................10 Part 580
7117 ..............................................10 Part 580
7141 ..............................................10 Part 800
7151 ..................10 Parts 590, 780, 784, 1023
7152 ..............................................10 Part 905
7155 ..............................................18 Part 352
7156 ..............................................10 Part 1035
7171 et seq ......................................18 Part 271
7171—7172 .........................................5 Part 3401
                                              18 Part 3c
7172 ..............................................10 Part 590
                                              18 Part 352
7191 ...................10 Parts 440, 490, 820, 835, 905
7239 ..............................................10 Part 1044

42 U.S.C.—Continued                                      CFR
7251 .............................10 Parts 707, 708, 1023
7254—7256 .......................................10 Part 708
7254 .....10 Parts 436, 451, 590, 601, 602, 605, 622,
      624, 707, 715, 733, 780, 961, 1009, 1014,
                                       1035,1050, 1060
      41 Parts 109–1, 109–14, 109–25—109–
      30, 109–38—109–40, 109–50, 109–51,
                                                  109–60
      48 Parts 901, 903, 905—908, 911—913,
      915, 916, 922, 923, 926—928, 932, 935—
      937, 939, 942, 945, 947, 949, 951
7256 .................10 Parts 602, 605, 707, 733, 1035
7261 ..............................................10 Part 782
7261a .............................................10 Part 784
7262 ..............................................10 Part 1050
7264 ..............................................10 Part 1002
7270b .............................................10 Part 1048
7274 ..............................................10 Part 770
7275—7276c .......................................10 Part 905
7295 ..............................................18 Part 352
7301 ..............................................10 Part 781
7384 et seq ......................................10 Part 852
7384d .............................................20 Parts 1, 30
7384n .............................................42 Parts 81, 82
7384q .............................................42 Part 83
7384t .............................................20 Part 30
7384u .............................................20 Part 30
7385s–10 .........................................20 Parts 1, 30
7401 et seq ......................................30 Part 913
      40 Parts 30, 31, 32, 34, 35, 49, 50,
      52, 55, 60—63, 65, 70, 122—124, 144,
                                       145, 233, 270, 271
7401—7671q..........40 Parts 3, 6, 9, 51, 62, 81, 85,
      89—94, 451, 1039, 1048, 1051, 1065, 1068
7401—7601 ........................................40 Part 60
7401—7521 ........................................40 Part 86
7401—7471q .......................................40 Part 81
7401 ...................40 Parts 32, 57, 61, 96, 97
7403 ...................40 Parts 45, 46, 63a, 96, 97
7407 ..............................................40 Part 81
7410 et seq ...................23 Parts 450, 970—973
                                              49 Part 613
7410 ..............................40 Parts 57, 58, 88, 96
7412 et seq ......................................40 Part 1602
7412..........40 Parts 61, 68, 1400, 1600, 1610—1612,
                                                  1620
7413 ..........................................40 Parts 22, 61
7414 ...............40 Parts 2, 57, 61, 64, 79, 80, 82
7416 ..............................................40 Part 61
7418 ..............................................40 Part 88
7419 ..............................................40 Part 57
7420 ..........................................40 Parts 66, 67
7426 ..............................................40 Part 97
7501—7515 ........................................40 Part 81
7511b .............................................40 Part 54
7521—7522 ........................................40 Part 600
7521—7671q .......................................40 Part 86
7521 ..............................................40 Part 80
7524 ..........................................40 Parts 22, 79
7525 ..........................................40 Parts 2, 600
7541—7542 ........................................40 Part 600
7542 ..........................................40 Parts 2, 9, 451
7545 ...............40 Parts 22, 69, 79, 80
7547 ..............................................40 Part 22
7571 ..............................................40 Part 87
7572 ..............................................14 Part 34

# CFR Index

| 42 U.S.C.—Continued | CFR |
|---|---|
| 7581—7584 | 40 Part 88 |
| 7586 | 40 Part 88 |
| 7588 | 40 Part 88 |
| 7589 | 40 Part 88 |
| 7601 | 40 Parts 2, 22, 23, 56—58, 60, 61, 68, 72, 74—76, 78—82, 86—88, 96, 97 |
| 7601a | 40 Part 600 |
| 7602 | 40 Parts 60, 61 |
| 7607 | 40 Parts 2, 22, 23 |
| 7609 | 14 Part 1216 |
| | 40 Parts 95, 1500—1508 |
| | 45 Part 640 |
| 7613 | 40 Part 58 |
| 7619 | 40 Part 58 |
| 7622 | 29 Part 24 |
| 7625—1 | 40 Part 69 |
| 7651 et seq | 40 Parts 72, 74, 76, 78, 96 |
| 7651—7651o | 18 Parts 101, 201 |
| 7651 | 40 Part 73 |
| 7651j | 40 Part 77 |
| 7651k et seq | 40 Part 75 |
| 7651k | 40 Part 75 |
| 7651o | 10 Parts 715 |
| 7661—7661r | 40 Parts 64, 68 |
| 7671 et seq | 21 Part 2 |
| 7671—7671q | 40 Part 82 |
| 7701 et seq | 7 Part 1792 |
| | 44 Part 361 |
| | 49 Part 41 |
| 7701 | 44 Part 362 |
| 7705c | 44 Part 362 |
| 8000 et seq | 45 Part 1387 |
| 8011 | 24 Parts 585, 700 |
| 8013 | 24 Part 891 |
| 8101 et seq | 24 Part 4100 |
| 8251 et seq | 10 Part 436 |
| 8251—8261 | 10 Part 436 |
| 8253—8254 | 10 Parts 434, 435 |
| 8262—8263 | 10 Part 436 |
| 8287—8287c | 10 Part 436 |
| 8301 et seq | 7 Part 1948 |
| | 10 Parts 303, 305, 500—504 |
| 8373 | 34 Part 75 |
| 8401 | 7 Part 1948 |
| 8701 et seq | 10 Parts 500, 501, 503, 504 |
| 8701 note | 29 Part 5 |
| 8701 | 10 Part 503 |
| 8812 | 7 Part 1948 |
| 9101 et seq | 15 Part 904 |
| 9118—9119 | 46 Part 174 |
| 9118 | 33 Part 64 |
| | 46 Part 67 |
| 9153 | 46 Part 174 |
| 9601 et seq | 40 Parts 30, 31, 34, 305, 307 |
| | 42 Part 312 |
| | 45 Part 1304 |
| 9601—9657 | 40 Parts 9, 300, 451 |
| 9601—9675 | 40 Part 3 |
| 9601 | 40 Part 279, 312 |
| 9602 | 40 Part 302 |
| 9603 | 40 Part 302 |
| 9604 | 40 Parts 2, 46, 302 |
| 9607 | 40 Part 304 |
| 9608 | 33 Part 138 |
| 9609 | 33 Parts 20, 138 |
| | 40 Parts 22, 303 |
| 42 U.S.C.—Continued | CFR |
| 9610 | 29 Part 24 |
| 9611 | 40 Part 310 |
| 9614 | 40 Part 279 |
| 9615 | 33 Part 153 |
| | 42 Part 90 |
| 9617 | 40 Part 35 |
| 9620 | 40 Part 373 |
| 9622 | 40 Part 304 |
| 9623 | 40 Part 310 |
| 9651 | 43 Part 11 |
| 9659 | 40 Part 374 |
| 9660 | 42 Parts 46, 65a |
| 9660a | 42 Part 65 |
| 9801 et seq | 40 Part 32 |
| | 45 Parts 1301, 1303—1306, 1308, 1309, 1310, 1311 |
| 9801 | 40 Part 32 |
| | 45 Part 1302 |
| 9815 | 13 Part 124 |
| 9822 | 12 Part 705 |
| 9822 note | 12 Part 705 |
| 9858 | 45 Parts 98, 99 |
| 9901 et seq | 45 Parts 96, 1050 |
| 10004 | 42 Part 75 |
| 10101 et seq | 10 Parts 960, 963 |
| 10101—10270 | 40 Parts 191, 194 |
| 10101 | 10 Parts 72, 960 |
| 10134 | 10 Parts 51, 60, 63 |
| 10137 | 10 Part 72 |
| 10141 | 10 Parts 51, 60, 63 |
| 10143 | 10 Part 2 |
| 10151—10153 | 10 Part 72 |
| 10152 | 10 Part 1 |
| 10154 | 10 Parts 2, 72 |
| 10155 | 10 Parts 1, 2, 21, 51, 70, 72, 73, 75, 150 |
| 10157 | 10 Part 72 |
| 10161 | 10 Parts 2, 21, 51, 70, 72, 73, 75, 150 |
| 10162 | 10 Part 72 |
| 10165 | 10 Part 72 |
| 10168 | 10 Parts 51, 72 |
| 10198 | 10 Part 72 |
| 10222 | 10 Part 961 |
| 10226 | 10 Part 55 |
| 10303 | 30 Part 401 |
| 10304—10305 | 30 Part 402 |
| 10401 et seq | 45 Part 1370 |
| 10501 et seq | 28 Part 65 |
| 10601 et seq | 28 Parts 18, 22, 66, 67, 70 |
| 10601 | 32 Part 635, 637 |
| 10604 | 28 Part 38 |
| 10606—10607 | 28 Part 1100 |
| 10801 | 42 Part 51 |
| 11002 | 40 Part 355 |
| 11001—11050 | 40 Part 3 |
| 11011—11012 | 40 Part 370 |
| 11023 | 40 Parts 9, 372, 451 |
| 11024—11025 | 40 Part 370 |
| 11025 | 40 Part 355 |
| 11028—11029 | 40 Parts 355, 370, 372 |
| 11042—11043 | 40 Part 350 |
| 11045 | 40 Part 22 |
| 11048 | 40 Parts 9, 350, 355, 372, 451 |
| 11101—11152 | 38 Part 46 |
| | 45 Part 60 |
| 11131 | 42 Part 1003 |

# Authorities

| 42 U.S.C.—Continued | CFR |
|---|---|
| 11137 | 42 Part 1003 |
| 11301 | 34 Part 425 |
| 11302 | 45 Part 1080 |
| 11331—11388 | 24 Part 91 |
| 11376 | 24 Part 576 |
| 11389 | 24 Part 583 |
| 11402 | 24 Part 58 |
| 11403—11407b | 24 Part 582 |
| 11411 | 45 Parts 12, 12a |
| 11421 | 34 Part 441 |
| 11461—11464 | 45 Part 1080 |
| 11472 | 45 Part 1080 |
| 11901 et seq | 24 Parts 261, 761, 961 |
| 12101 et seq | 12 Part 517 |
| 12101—12213 | 49 Parts 37, 38 |
| 12111—12117 | 29 Part 1601 |
| 12116 | 29 Part 1630 |
| 12117 | 28 Part 37 |
| | 29 Parts 1602, 1640, 1641 |
| | 41 Part 60—742 |
| 12134 | 28 Part 35 |
| 12188 | 28 Part 36 |
| 12204 | 36 Parts 1191, 1192 |
| | 39 Part 254 |
| 12437c | 24 Part 985 |
| 12501 et seq | 45 Parts 1201, 2507, 2508, 2510, 2513, 2515—2524, 2530—2533, 2541, 2543, 2544 |
| 12501 | 45 Parts 2500—2504 |
| 12571—12595 | 45 Parts 2520—2522 |
| 12601—12604 | 45 Parts 2525—2529 |
| 12638 | 45 Part 2550 |
| 12644 | 45 Parts 2542, 2545 |
| 12651 | 45 Parts 2542, 2545 |
| 12651c | 45 Part 2505 |
| 12651f | 45 Part 2506 |
| 12701—12839 | 24 Parts 92, 954 |
| 12701—12711 | 24 Part 91 |
| 12701 | 24 Parts 880, 881 |
| 12705 | 24 Part 42 |
| 12741—12756 | 24 Part 91 |
| 12838 | 24 Part 58 |
| 12891 | 24 Part 572 |
| 12901—12912 | 24 Parts 91, 574 |
| 12905 | 25 Part 58 |
| 13031 | 28 Part 81 |
| 13032 | 28 Part 81 |
| 13041 | 25 Part 63 |
| | 32 Part 86 |
| | 42 Part 34 |
| 13101 et seq | 40 Part 35 |
| 13211—13212 | 10 Part 490 |
| 13220 | 10 Part 490 |
| 13232 | 16 Part 309 |
| 13235 | 10 Part 490 |
| 13251 | 10 Part 490 |
| 13257 | 10 Part 490 |
| 13260—13263 | 10 Part 490 |
| 13385 | 10 Part 300 |
| 13611—13619 | 24 Parts 880, 881, 883, 884, 886 |
| 13701—14223 | 28 Part 91 |
| 13726b | 28 Part 97 |
| 14071 | 28 Part 38 |
| | 32 Part 365, 637 |
| 14091 | 28 Part 92 |
| 14106 | 12 Part 563 |

| 42 U.S.C.—Continued | CFR |
|---|---|
| 14132 | 28 Part 28 |
| 14135a | 28 Part 28 |
| 14135b | 28 Part 28 |
| 14171 | 28 Part 29 |
| 14616 | 28 Parts 901, 902, 904—907 |

| 43 U.S.C. | |
|---|---|
| 2 | 43 Parts 17, 1820, 2800, 3830—3833, 3835—3837, 6220 |
| 11 | 5 Part 3501 |
| | 43 Part 20 |
| 31 | 5 Part 3501 |
| | 43 Part 20 |
| 141 | 43 Part 2560 |
| 142 | 18 Part 154 |
| 149 | 43 Part 2270 |
| 154 | 43 Part 3810 |
| 155—158 | 43 Part 2300 |
| 178 | 43 Part 2540 |
| 190 | 36 Part 222 |
| 190a | 43 Part 2530 |
| 231 | 43 Part 2520 |
| 270—1—270—3 | 43 Part 2560 |
| 299—300 | 43 Part 3810 |
| 299 | 43 Part 3838 |
| 315 et seq | 43 Part 17 |
| 315—315r | 43 Part 4100 |
| 315 | 43 Parts 21, 23, 2400, 2530, 3620, 4700, 5500, 5510 |
| 315a | 43 Parts 4, 4600, 8340, 8360, 9260 |
| | 50 Parts 27—29, 31 |
| 315f—315g | 43 Part 2400 |
| 315f | 43 Part 2620 |
| 316 | 43 Part 4200 |
| 316a—316o | 43 Part 4200 |
| 321—323 | 43 Part 2520 |
| 322 | 43 Part 2090 |
| 325 | 43 Part 2520 |
| 327—329 | 43 Part 2520 |
| 351—359 | 43 Part 3590 |
| 372 et seq | 10 Part 903 |
| 373 | 43 Parts 21, 230, 402, 406, 418, 2520 |
| 373b | 43 Parts 422, 423 |
| 373c | 43 Part 422 |
| 375—375f | 43 Part 402 |
| 385a | 43 Part 17 |
| 387 | 30 Part 217 |
| | 43 Parts 17, 429 |
| 389 | 43 Part 8 |
| 390b | 32 Part 300 |
| | 43 Part 427 |
| 390aa—390zz—1 | 43 Part 426 |
| 390jj | 43 Part 427 |
| 391 et seq | 43 Parts 418, 420 |
| 391 | 43 Parts 17, 414 |
| 416 | 43 Part 3810 |
| 418 | 43 Part 426 |
| 421 | 43 Part 8 |
| 421a—421d | 43 Part 17 |
| 422a et seq | 43 Part 427 |
| 422a—422k | 43 Part 17 |
| 423—425b | 43 Part 426 |
| 423 | 43 Part 5500 |
| 424—424e | 43 Part 402 |
| 431 | 43 Part 426 |
| 434 | 43 Part 426 |
| 436—437 | 43 Part 2510 |

## CFR Index

| 43 U.S.C.—Continued | CFR |
|---|---|
| 440 | 43 Part 426 |
| 451—451k | 43 Parts 406, 426 |
| 462 | 43 Part 426 |
| 485—485k | 18 Part 300 |
| | 43 Part 426 |
| 485 | 43 Part 414 |
| 485h | 10 Part 903 |
| 485i | 43 Part 402 |
| 491—505 | 43 Part 426 |
| 501 | 43 Parts 17, 429 |
| 502 note | 43 Part 423 |
| 504 | 43 Part 17 |
| 511—513 | 43 Part 426 |
| 523 | 43 Part 427 |
| 544 | 43 Part 426 |
| 566 | 43 Part 17 |
| 569—570 | 43 Part 17 |
| 613b—613c | 43 Part 402 |
| 613e | 43 Part 402 |
| 614 et seq | 43 Part 418 |
| 617 et seq | 10 Part 904 |
| | 43 Part 431 |
| 617 | 43 Parts 414, 417 |
| 617u note | 43 Part 17 |
| 618 et seq | 10 Part 904 |
| | 43 Part 431 |
| 618 | 43 Part 17 |
| 619 et seq | 10 Part 904 |
| 620 et seq | 10 Part 904 |
| | 43 Part 431 |
| 620g | 43 Part 17 |
| 620k | 43 Part 101 |
| 620k note | 43 Parts 10000, 10005 |
| 641 et seq | 43 Part 1090 |
| 641 | 43 Parts 17, 2090, 2610 |
| 666 | 32 Part 516 |
| 682 | 43 Part 21 |
| 682a—682e | 43 Parts 17, 2400 |
| 687a | 43 Part 2560 |
| 711 et seq | 43 Part 17 |
| 732—737 | 43 Part 2560 |
| 773 | 43 Part 9180 |
| 851—852 | 43 Part 2620 |
| 869 et seq | 43 Parts 1090, 2740, 2910 |
| 869—869–4 | 43 Parts 17, 2400 |
| 869 | 43 Part 21 |
| 869a | 43 Part 17 |
| 870 | 43 Parts 17, 2620 |
| 871a | 43 Part 2620 |
| 932 | 43 Part 17 |
| 934 | 43 Part 17 |
| 946 | 43 Part 17 |
| 952—957 | 43 Part 17 |
| 956 | 43 Part 2810 |
| 958—959 | 43 Part 2810 |
| 961 | 32 Part 300 |
| | 36 Part 14 |
| | 43 Parts 17, 2310 |
| 971 | 43 Part 17 |
| 992—994 | 43 Part 2540 |
| 1061 | 43 Part 9260 |
| 1063 | 43 Part 9260 |
| 1068—1069 | 43 Part 2540 |
| 1161 | 43 Parts 1860, 1870 |
| 1171 | 43 Parts 2400, 2710 |
| 1181—1181a | 43 Parts 5400, 8370 |

| 43 U.S.C.—Continued | CFR |
|---|---|
| 1181 | 43 Parts 5000, 8200 |
| 1181a | 43 Part 2810 |
| 1181b | 43 Part 2810 |
| 1181c | 43 Part 2400 |
| 1181d | 43 Part 4100 |
| 1181e | 43 Parts 1181e, 5040, 5400, 5420, 5430, 5440, 5450, 5460, 5470 |
| 1181f | 43 Part 17 |
| 1201 | 43 Parts 4, 16, 19, 21, 24, 36, 1820, 1840, 1850, 1860, 1864, 2090, 2300, 2370, 2520, 2530, 2620, 2630, 2650, 2800, 2910, 3150, 3580, 3590, 3600, 3710, 3730, 3800, 3809, 3810, 3820, 3830—3838, 3870, 5510, 8200, 8340, 8370, 9180 |
| | 50 Part 35 |
| 1212 | 43 Part 3830 |
| 1301 et seq | 30 Parts 202, 203, 206—208, 212, 218, 230, 241, 243 |
| 1331 et seq | 30 Parts 201—203, 206—208, 212, 218, 230, 241, 243, 250, 251, 252, 256, 259, 260, 280—282, 290 |
| 1331—1356 | 18 Part 284 |
| 1331 | 20 Parts 701, 702, 703, 704 |
| 1333 | 33 Parts 62, 64, 66, 67, 70, 72, 140, 142—147, 179, 209 |
| | 46 Parts 2, 4, 50, 54, 56, 58, 61, 107—110, 170, 173, 174, 178, 179, 197 |
| 1333d | 33 Part 144 |
| 1334 | 18 Part 201 |
| | 30 Parts 210, 216 |
| | 43 Part 15 |
| 1337 | 30 Part 220 |
| 1346—1347 | 33 Part 146 |
| 1347—1348 | 33 Part 143 |
| | 46 Part 142 |
| 1348 | 33 Parts 140, 143 |
| 1350 | 33 Part 140 |
| 1354 | 15 Parts 730, 738, 754, 774 |
| 1356 | 33 Parts 140, 141, 143, 146 |
| 1411—1418 | 43 Parts 2400, 2440 |
| 1412 | 43 Part 2460 |
| 1421—1427 | 43 Parts 2400, 2430 |
| 1457 | 25 Parts 46, 83, 115, 241 |
| | 30 Part 201 |
| | 43 Part 17, 3830—3833, 3835—3838, 3870 |
| 1460—1461 | 43 Part 2 |
| 1461 | 43 Part 3480 |
| 1464 | 43 Part 1 |
| 1471 | 43 Part 3400 |
| 1474 | 43 Part 3830 |
| 1501 et seq | 10 Part 904 |
| | 43 Part 431 |
| 1592 | 7 Part 702 |
| 1601 et seq | 43 Parts 2560, 2650 |
| | 25 Part 124 |
| 1601—1628 | 43 Part 2650 |
| 1601 | 43 Part 9260 |
| 1624 | 43 Part 2090 |
| 1629 | 43 Part 2560 |
| 1653 | 43 Part 29 |
| 1701 et seq | 43 Parts 2710, 2740, 2910, 3000, 3100, 3110, 3120, 3130, 3140, 3200, 3410, 3420, 3430, 3450, 3460, 3470, 3500, 3600, 3730, 3800, 3830, 3833, 3835—3836, 3860, 3870, 4200, 4300, 8200, 8340, 8350, |

## Authorities

**43 U.S.C.—Continued**                                    CFR
8360, 8370, 9210, 9230, 9260
48 Part 1437, 1452
1701 ...........................................36 Part 254
43 Part 5000
1711—1712 ................................43 Part 1600
1713 ...........................................43 Part 2710
1714 ...........................................43 Part 2300
1715—1716 .................................36 Part 254
43 Part 2210
1716 ...........................................43 Part 2200
1718—1719 .................................43 Part 2540
1719 ...........................................43 Part 2720
1721 ...............................43 Parts 2540, 9180
1732....43 Parts 2210, 2300, 2810, 3100, 3160, 3809
1733.........................................36 Part 242
43 Parts 1820, 2800, 2810, 3150, 3160,
3400, 3480, 3580, 3590, 3809, 6300, 9260
50 Part 100
1734 ...........................................43 Part 3150
1740 .................................................7 Part 1
36 Parts 251, 254
43 Parts 37, 1740, 1810, 1820, 1864,
1880, 2090, 2200, 2210, 2300, 2540, 2710,
2720, 2800, 2810, 2920, 2930, 3150, 3160,
3400, 3480, 3710, 3730, 3820, 3838, 4100,
4700, 5470, 6300, 9180, 9230, 9260
1744 .........................43 Parts 3831—3832, 3838
1745—1746 ....................43 Parts 1860, 1864
1751 et seq ...................................36 Part 222
1751 ...........................................43 Part 4100
1761—1771 .................................36 Part 251
43 Part 2800
1781—1782 .................................43 Part 3809
1782 ...........................................43 Part 6300
1801 et seq .......30 Parts 202, 203, 206—208, 210,
212, 216, 218, 230, 241, 243
1811 et seq ...................................33 Part 135
1841 et seq ...................................50 Part 296
1862 ...........................................18 Part 280
1863 ...........................................30 Part 270
1901 ...........................................36 Part 222

**44 U.S.C.**
33 .............................................32 Part 518
82 .............................................33 Part 72
84 .............................................33 Part 72
366—380......................................32 Part 736
501—520......................................46 Part 501
1505 ...........................................32 Part 100
1506..........1 Parts 1—3, 5, 6, 8—12, 15—18, 20—
22
1510 ...............................................1 Part 8
1681 ...........................................32 Part 525
2101 et seq ...................................5 Part 1320
2101—2118 ..................36 Parts 1254, 1256, 1260
2101—2111 .................................36 Part 1228
2102 notes.................................36 Part 1280
2104 .........36 Parts 1200—1202, 1206, 1207, 1209,
1210, 1212, 1220, 1228, 1236, 1250, 1252,
1253, 1275, 1280, 1284
45 Part 2506
2107 ...........................................36 Part 1290
2109 ...........................................36 Part 1284
2111 note ...................................36 Part 1275
2112 ...........................................36 Part 1280
2116 ...................................36 Parts 1200, 1258
2201—2207 .................................36 Part 1270

**44 U.S.C.—Continued**                                    CFR
2204 ...........................................36 Part 1250
2302 ...........................................36 Part 1200
2307 ...........................................36 Part 1258
2501 et seq ...................................5 Part 1320
2501—2506 .................36 Parts 1206, 1207, 1210
2701 et seq ...................................5 Part 1320
2901 et seq ...................................5 Part 1320
36 Part 1220
2901—2909 .................................36 Part 1228
2903 ...........................................36 Part 1280
2904....36 Parts 1222, 1224, 1232, 1234, 1236, 1238
41 Parts 101—9, 102—192
2907 ...........................................36 Part 1230
3101 et seq ...................................5 Part 1320
25 Parts 15
3101—3107 ..................................5 Part 2608
10 Part 1707
3101 .......................................15 Parts 4, 15
36 Parts 1222, 1224, 1232, 1234, 1236,
1238
37 Parts 102, 104
3102 ...........................................36 Part 122
3301 et seq ...................36 Parts 1220, 1228
3301—3303a ..................................5 Part 2608
10 Part 1707
3302 ...........................................36 Part 1230
3308—3314 ....................................5 Part 2608
10 Part 1707
3312 ...........................................36 Part 1230
3501 et seq ...................................5 Part 1320
7 Part 400
9 Part 303
10 Parts 33, 75, 205, 209—212, 221,
420, 445, 463, 470, 500, 503, 504, 515,
516, 781, 796, 797, 799
13 Part 102
15 Part 902
18 Parts 6, 9, 24, 46, 125, 303
19 Part 178
20 Parts 653, 658
25 Part 503
29 Part 1602
30 Parts 56, 57, 241, 250
42 Part 400
43 Part 3830
44 Part 401
50 Part 36
3501—3520 ..................................18 Part 389
30 Part 3
41 Part 60—999
46 Part 501
3501 ...................................12 Parts 261, 506
35 Parts 101, 121
3504..........27 Parts 6, 10, 11, 18, 45, 46, 178, 179,
211, 213, 251, 252, 296
3504 note............10 Parts 2, 4, 9, 11, 19, 20, 21,
25, 30—32, 34, 35, 39, 40, 50—52, 55,
60—63, 70—76, 81, 95, 100, 110, 140,
150, 170, 171
3504—3506......................................40 Part 3
3506.......7 Parts 6, 46, 58, 201, 220, 227, 402, 411,
413, 417, 420, 421, 423, 424, 426, 428,
429, 431, 432, 434, 436, 438—440, 442,
722, 800, 1446, 1474, 1475, 1487, 1491,
1493, 1948
9 Parts 2, 11, 201, 203, 309, 351—362

# CFR Index

**44 U.S.C.—Continued**

|  | CFR |
|---|---|
| 12 | Part 4 |
| 17 | Part 200 |
| 30 | Parts 210, 216 |
| 32 | Part 350 |
| 36 | Part 221 |
| 3507 | 12 Part 905 |
|  | 17 Part 200 |
|  | 33 Part 4 |
|  | 46 Parts 1, 10, 30, 42, 50, 70, 107, 110, 114, 146, 150, 157, 159, 175 |
|  | 49 Part 509 |
| 3510 | 12 Part 4 |
| 3512 | 13 Part 101 |
| 3702 | 38 Part 2 |
| 11131—11152 | 32 Part 221 |

**45 U.S.C.**

| 41—42 | 49 Part 9 |
|---|---|
| 151—163 | 29 Parts 1201—1208 |
| 153 | 29 Part 301 |
| 228a | 20 Parts 201—203 |
| 228b—228c | 20 Part 225 |
| 228c | 20 Part 203 |
| 228c-1 | 20 Part 225 |
| 228j | 20 Parts 201—203, 258, 262 |
| 228o | 20 Part 262 |
| 228r | 20 Part 262 |
| 231 | 20 Parts 205, 229 |
| 231a | 20 Part 220 |
| 231b | 20 Part 227 |
| 231d | 20 Part 217 |
| 231f | 20 Parts 200, 202, 204, 205, 206, 209—212, 216—222, 225—228, 230, 233—235, 243, 255, 259, 260, 261, 266, 295, 350, 362, 363, 366, 367, 369, 375 |
| 231g | 20 Part 260 |
| 231h | 20 Parts 205, 211 |
| 231k | 20 Parts 266, 348 |
| 231l | 20 Part 255 |
| 231m | 20 Part 295 |
| 231u | 20 Part 206 |
| 351 | 20 Parts 300, 301 |
| 355 | 20 Parts 260, 320, 321, 335, 348, 349 |
| 362 | 20 Parts 200, 259, 262, 300—302, 319—323, 325, 327, 330, 332, 335, 336, 341, 345, 346, 363, 375, 395, 396 |
| 362 | 20 Parts 340, 349 |
| 431 | 49 Part 212 |
| 434—436 | 49 Part 212 |
| 446 | 49 Part 207 |
| 501 et seq | 49 Part 251 |
| 561 | 49 Part 1153 |
| 562 | 49 Parts 200, 201 |
| 565 | 29 Part 5 |
| 566 | 49 Part 200 |
| 797 | 20 Parts 200, 395 |
| 821—823 | 49 Part 260 |
| 904 | 49 Part 1180 |
| 915 | 49 Part 1180 |
| 918 | 20 Parts 397, 398 |
| 1005 | 20 Part 396 |
| 9912 | 34 Part 201 |
| 1185 | 20 Parts 12961—12968 |

**46 U.S.C.**

| 1 note preceding | 33 Part 19 |
|---|---|
|  | 46 Part 2 |

**46 U.S.C.—Continued**

|  | CFR |
|---|---|
| 2 | 33 Part 125 |
| 11 | 46 Parts 316, 355 |
| 86 | 46 Parts 73, 74 |
| 88a | 46 Parts 73, 74 |
| 91 | 19 Part 192 |
| 121a | 46 Part 326 |
| 170 | 49 Part 178 |
| 216b—216c | 46 Part 403 |
| 216b | 46 Part 402 |
| 239 | 33 Part 70 |
|  | 46 Part 187 |
| 249 et seq | 46 Part 350 |
| 291a | 46 Parts 154, 154a |
| 363 | 46 Parts 73, 74, 79, 99, 161 |
| 367 | 46 Parts 73, 74 |
| 369 | 46 Parts 73, 74 |
| 375 | 46 Parts 73, 74 |
| 390b | 46 Parts 73, 74 |
| 391a | 46 Part 187 |
| 392 | 46 Parts 73, 74 |
| 395 | 46 Parts 73, 74 |
| 404 | 46 Parts 73, 74 |
| 416 | 46 Parts 73, 74 |
| 431 | 49 Part 245 |
| 437 | 49 Part 245 |
| 438 | 49 Part 245 |
| 446 | 49 Part 245 |
| 481 | 46 Parts 73, 74 |
| 482—483 | 46 Parts 73, 74 |
| 484 | 49 Part 1302 |
| 489 | 46 Parts 73, 74 |
| 526f | 46 Part 157 |
| 570—572 | 33 Part 125 |
| 593 | 22 Part 84 |
| 621—622 | 22 Part 85 |
| 624 | 22 Part 85 |
| 656 | 22 Part 83 |
| 662 | 22 Part 83 |
| 670 | 46 Part 328 |
| 682 | 22 Part 82 |
| 683 | 22 Part 84 |
| 689 | 33 Part 125 |
| 701 Chapter | 33 Part 160 |
|  | 46 Parts 2, 31, 65, 91, 101, 104, 106, 115, 160, 165, 176 |
| 703 | 22 Part 83 |
| 721 | 22 Part 86 |
| 740 | 32 Part 842 |
| 802—803 | 46 Part 355 |
| 802 | 46 Part 316 |
| 841a | 46 Part 552 |
| 854 | 22 Part 82 |
| 876 | 46 Part 294 |
| 888 | 46 Part 316 |
| 1111—1114 | 46 Part 327 |
| 1114 | 46 Parts 202, 205, 232, 251, 262, 272, 277, 280—283, 286, 287, 289, 295, 307, 309, 310, 317, 324—326, 328—332, 335—339, 351, 355, 370, 380, 385, 390, 391 |
| 1117 | 46 Part 380 |
| 1122—1122a | 46 Part 222 |
| 1122 | 46 Part 307 |
| 1131 | 46 Part 262 |
| 1155 | 46 Part 205 |
| 1161 | 26 Part 2 |
|  | 46 Part 287 |

## Authorities

| 46 U.S.C.—Continued | CFR |
|---|---|
| 1173—1176 | 46 Part 252 |
| 1173 | 46 Part 282 |
| 1176 | 46 Parts 205, 281, 282 |
| 1177 | 46 Parts 390, 391 |
| | 50 Part 259 |
| 1211 | 46 Part 380 |
| 1212 | 46 Part 205 |
| 1223 | 46 Part 277 |
| 1225 | 46 Part 222 |
| 1241a | 46 Part 327 |
| 1244 | 46 Part 316 |
| 1271—1279 | 50 Part 253 |
| 1283 | 46 Part 307 |
| 1289 | 46 Part 309 |
| 1295—1295g | 46 Part 310 |
| 1333 | 46 Parts 73, 74, 107 |
| 1503 | 49 Parts 450—453 |
| 1707 | 46 Part 580 |
| 1709 | 46 Part 580 |
| 1710a | 46 Part 586 |
| 1716 | 46 Part 540 |
| 2101 | 46 Parts 10, 12, 15 |
| 2103 | 17 Part 160 |
| | 33 Parts 138, 164, 187 |
| | 46 Parts 4, 5, 10, 12, 15, 16, 30—32, 38, 50, 61, 67, 68, 78, 97, 114—122, 125, 164, 166, 170, 171, 175—179, 183—185, 194 |
| 2104 | 46 Parts 401—404 |
| 2107 | 46 Part 67 |
| 2108 | 19 Part 4 |
| 2110 | 33 Part 173 |
| | 46 Parts 10, 12, 67 |
| 2113 | 46 Parts 3, 24, 71, 73, 188—190, 194, 195 |
| 2213 | 46 Parts 193, 196 |
| 2301 | 46 Part 69 |
| 2302 | 33 Part 95 |
| 2303a | 46 Part 4 |
| 2306 | 46 Part 4 |
| 3102 | 33 Part 144 |
| | 46 Parts 108, 193 |
| 3103 | 33 Part 96 |
| | 46 Parts 2, 8 |
| 3201 et seq | 33 Part 96 |
| 3205 | 46 Parts 2, 31, 71, 91, 107, 115, 126, 175, 176 |
| 3305 | 46 Parts 126, 168, 176 |
| 3306 | 33 Part 95, 162 |
| | 46 Parts 2, 3, 8, 15, 16, 24—27, 30—32, 36, 38, 39, 46, 50, 52—54, 56—64, 70—72, 76—78, 80, 90—93, 96—98, 105, 107—122, 125—134, 146, 147, 150, 159, 166—179, 180—185, 188—190, 193—197, 199 |
| 3307 | 46 Parts 2, 31, 52, 61, 71, 91, 98, 107, 110, 115, 125, 126, 132—134, 167, 176, 189, 195, |
| 3316 | 33 Part 96 |
| | 46 Parts 8, 28, 31, 107 |
| 3502 | 19 Part 4 |
| 3703 | 33 Parts 155, 156, 157, 162, 164 |
| | 46 Parts 2, 8, 15, 30—32, 34—36, 38, 39, 50, 52—54, 56—64, 70, 71, 90, 98, 105, 110—114, 146, 150, 151, 153, 154, 157, 159—164, 170, 172, 174, 175, 178, 179, 197, 199 |

| 46 U.S.C.—Continued | CFR |
|---|---|
| 3703 note | 33 Part 168 |
| 3703a | 33 Parts 156, 157 |
| 3715 | 33 Part 156, 160 |
| | 46 Part 39 |
| 3719 | 46 Part 32 |
| 3901—3902 | 9 Part 91 |
| 4102 | 46 Parts 25, 27 |
| 4104 | 33 Part 162 |
| | 46 Parts 24, 26, 162 |
| 4302 | 33 Parts 162, 175, 177, 179, 181, 183 |
| | 46 Parts 24, 25, 160—162 |
| 4307 | 33 Part 179 |
| 4310 | 33 Parts 179, 181 |
| 4311 | 33 Parts 177, 179 |
| 4502 | 46 Parts 28, 105 |
| 4505 | 46 Part 28 |
| 4506 | 46 Part 28 |
| 5101—5116 | 46 Part 42 |
| 5101 | 19 Part 4 |
| 5102 | 19 Part 4 |
| 5103 | 46 Parts 35, 147A, 148 |
| 5104 | 46 Part 45 |
| 5106 | 46 Parts 31, 35 |
| 5108 | 46 Part 45 |
| 5112—5114 | 19 Part 4 |
| 5115 | 46 Parts 31, 45, 47, 92, 93, 107, 163, 170, 172, 173, 177, 196 |
| 5116 | 19 Part 4 |
| 6101 | 33 Parts 151, 153, 164, 173, 174 |
| | 46 Parts 4, 26, 35, 78, 97, 109, 122, 131, 167, 185, 196, 197, 401 |
| 6104 | 46 Part 28 |
| 6301 | 46 Part 4 |
| 6305 | 46 Part 4 |
| 7101 | 46 Parts 5, 16 |
| 7301 | 46 Parts 5, 12, 16 |
| 7302—7305 | 46 Part 12 |
| 7502 | 46 Part 10 |
| 7503 | 46 Part 12 |
| 7505 | 46 Parts 10, 12 |
| 7701 | 33 Part 20 |
| | 46 Parts 1, 5, 10, 12, 16, 401 |
| 7702 | 33 Part 20 |
| 8101 | 46 Part 15 |
| 8102 | 46 Part 15 |
| 8103 | 19 Part 4 |
| | 46 Part 12 |
| 8104 | 46 Part 15 |
| 8105 | 46 Parts 15, 26, 62, 166, 167, 401—404 |
| 8301 | 46 Part 15 |
| 8304 | 46 Part 15 |
| 8502 | 33 Part 164 |
| | 46 Part 15 |
| 8503 | 46 Part 15 |
| 8701 | 46 Part 15 |
| 8702 | 46 Part 15 |
| 8901—8906 | 46 Part 15 |
| 9101 | 46 Parts 153, 154 |
| 9102 | 46 Part 15 |
| 9303 | 46 Parts 401—404 |
| 9304 | 46 Parts 401—404 |
| 10104 | 46 Parts 109, 131 |
| 10301—10321 | 46 Part 14 |
| 10301 | 19 Part 4 |
| 10302 | 19 Part 4 |
| 10314 | 19 Part 4 |

# CFR Index

**46 U.S.C.—Continued** CFR

10315 .....................................................19 Part 4
10501—10509 ...................................46 Part 14
10603 .................................................46 Part 28
12101 ...................................................19 Part 4
12102 ...............................................46 Part 356
12102 note .....................................46 Part 356
12106 ...................................................19 Part 4
                                                        46 Part 68
12106 note ....................................46 Part 388
12108 ...................................................19 Part 4
12115 .................................................46 Part 67
12301 ...............................................33 Part 173
12302 ........................................33 Parts 173, 174
14103 .................................................46 Part 69
14302 ...............................................33 Part 138
14306 ...................................................19 Part 4
14502 ...................................................19 Part 4
14511—14513 ...................................19 Part 4
14701 ...................................................19 Part 4
14702 ...................................................19 Part 4
31301—31343 ................................46 Part 221
31322 ...............................................46 Part 356
70102—70104 ......................46 Part 103, 105
70102—70106 ...............................49 Part 1520
70112 .................................................46 Part 103
70114 ...............................................33 Part 161
70117 ...............................................33 Part 161
                                                   49 Part 1520

**46 U.S.C. Appendix**

1 note preceding......................46 Parts 2, 6
3 ...........................................................19 Part 4
46c .....................................................15 Part 738
91 .........................................................19 Part 4
100 .......................................................19 Part 4
104 .......................................................19 Part 4
111 .......................................................19 Part 4
121—125 .............................................19 Part 4
121 .....................................................46 Part 252
128 .......................................................19 Part 4
129 .......................................................19 Part 4
132 .......................................................19 Part 4
135 .......................................................19 Part 4
141 .......................................................19 Part 4
158 .......................................................19 Part 4
163 .......................................................19 Part 4
251 .......................................................19 Part 4
289 .......................................................19 Part 4
313—314 .............................................17 Part 4
316 .......................................................19 Part 4
319 .......................................................19 Part 4
320 ............................................19 Parts 171, 172
466c ........................15 Parts 730, 738, 754, 774
802—803 ...........................................46 Part 221
802 .......................................................19 Part 4
804 .....................................................46 Part 514
808 .......................................................19 Part 4
                                                  46 Part 221
812 .....................................................46 Part 514
814—817 ..........................................46 Part 514
814 ...........................................46 Parts 558, 559
817 .....................................................46 Part 552
817d—817e ......................46 Parts 502, 540
820 ...........................................46 Parts 514, 552
833a ...................................................46 Part 514
835 .....................................................46 Part 221
839 .....................................................46 Part 221

**46 U.S.C. Appendix—Continued** CFR

841 .....................................................46 Part 552
841a ................46 Parts 67, 221, 514, 515, 552
843—845b ........................................46 Part 514
843—845a ........................................46 Part 552
847 .....................................................46 Part 552
876.....................46 Parts 67, 68, 501, 550, 581
883 .......................................................19 Part 4
883a .....................................................19 Part 4
883b .....................................................19 Part 4
883-1 ...................................................19 Part 4
1101 ...................................................46 Part 381
1111 ...................................................46 Part 501
1114 .....46 Parts 201, 203, 221, 249, 252, 276, 282,
                        298, 308, 327, 380—383, 388, 502
1117 ...........................................46 Parts 252, 276
1122 ...................................................46 Part 381
1156 ...................................................46 Part 276
1171 et seq .......................................46 Part 295
1171—1172 ......................................46 Part 252
1173 ...........................................46 Parts 252, 282
1175 ...........................................46 Parts 203, 252
1176 ...........................................46 Parts 252, 282
1195 ...................................................46 Part 221
1204 ...................................................46 Part 276
1223 ...................................................46 Part 203
1241 .........................................7 Part 1496
                                             46 Parts 381, 382
1241a .................................................46 Part 327
1271 et seq .......................................46 Part 298
1279b .................................................46 Part 249
1279f—g .............................................46 Part 600
1282—1283 ......................................46 Part 308
1289 ...................................................46 Part 308
1295 ...................................................46 Part 310
1295g .................................................46 Part 166
1701—1720 ......................................46 Part 501
1701—1707 ...........................46 Parts 535, 572
1702—1712 ......................................46 Part 514
1702 ...........................46 Parts 510, 515, 525, 583
1705 ...................................................46 Part 502
1706—1707 ......................................46 Part 545
1707—1711 ......................................46 Part 502
1707 ...........................46 Parts 510, 515, 525, 583
1708 ...................................................46 Part 565
1709—1712 ...........................46 Parts 525, 583
1709—1710 ...............46 Parts 510, 515, 535, 572
1709 ...................................................46 Part 545
1710a...........................46 Parts 550, 555, 560
1712 ...46 Parts 504, 510, 515, 535, 560, 572, 580
1713—1716 ......................................46 Part 502
1714—1718 ......................................46 Part 535
1714—1717 ......................................46 Part 572
1714—1716 ......................................46 Part 514
1714 ...........................46 Parts 510, 515, 560
1715 .................................................46 Part 531
1716 .....46 Parts 504, 508, 510, 515, 545, 560, 583
1718 .....................46 Parts 510, 514, 515, 545
1721 ...................................................46 Part 583
1722 ...................................................46 Part 514
2001 et seq .......................................46 Part 350
12102 ...............................................46 Part 356
12102 note .....................................46 Part 356

**47 U.S.C.**

1 ...................................................47 Parts 7, 54
4 .............................47 Parts 18, 21, 54, 78, 94
151 et seq .......................................47 Part 61

# Authorities

47 U.S.C.—Continued                                    CFR

151—155 ........................47 Parts 51—53, 80, 97
151—154 ...................................47 Parts 76, 78
151—152 ...................................47 Parts 69, 79
151 ..............47 Parts 1, 4, 11, 36, 61, 63—66, 68
154—155 ...................................47 Parts 19, 68, 95
154 ......................................................5 Part 3902
              47 Parts 1—7, 11, 13, 15, 17, 20, 21—
              25, 27, 32, 36, 42, 43, 59, 61, 63—66,
              69, 73, 74, 79, 80, 87, 90, 99, 101
155 .................................................47 Parts 0, 1
157 .................................47 Parts 1, 51, 53, 66
160 .................................................47 Part 20, 66
161 .................................................................47 Part 63
201—205............47 Parts 51—53, 59, 61, 63, 69
201—203 ...................................47 Part 65
201 .................................47 Parts 20, 54, 64
202 .................................................47 Part 66
204 .................................................47 Part 65
205 .................................47 Parts 36, 54, 65
207—209 ...................................47 Parts 51, 52
208 .......................47 Parts 6, 7, 66, 68, 69
210 .................................................47 Part 66
211 .................................................47 Part 43
214 .................................47 Parts 54, 66
215 .................................................47 Part 69
218................47 Parts 4, 51—53, 64, 65, 68, 69
219—220 ...................................47 Parts 42, 64, 65
219 .................................................47 Parts 4, 43
220 .................................................47 Parts 32, 43
221—227 ...................................47 Parts 51, 52
221 .................................47 Parts 36, 69
222 .................................47 Parts 22, 64
225 .................................47 Parts 0, 1, 64
226 .................................................47 Part 64
228 .................................................47 Part 64
230 .................................................47 Part 4
251—254 ...................................47 Parts 20, 51
251—252 ...................................47 Parts 52, 90
251 .................................47 Parts 53, 66
253 .................................................47 Part 53
254 .................................47 Parts 36, 54, 64, 69
255 .................................................36 Part 1193
              47 Parts 6, 7
256 .................................................47 Part 4
259 .................................................43 Part 59
271—275 ...................................47 Part 53
271 .................................47 Parts 51, 52
301—609 ...................................47 Parts 80, 97
301—303 ...................................47 Parts 25, 76
301—304 ...................................47 Part 18
301............47 Parts 4, 5, 17, 21, 23—24, 27, 66, 76,
              78, 94, 99
302—304 ...................................47 Parts 4, 15
302—303 ...................................47 Parts 27,
302 .................................47 Parts 5, 24, 99
302a .................................47 Parts 15, 2, 76
303 ......................................................5 Parts 3901, 3902
              47 Parts 1, 2, 3, 4, 5, 11, 13, 15, 17,
              19, 20, 21—24, 43, 59, 66, 68, 69, 73,
              74—80, 82, 84—90 95, 99, 100, 101
303a .................................................47 Part 76
304 .................................................47 Part 15
307—309 ...................................47 Parts 76, 78
307—308 ...................................47 Parts 21, 94
307............47 Parts 13, 15, 18, 23, 25, 27, 74, 79,
              80, 87, 90, 95

47 U.S.C.—Continued                                    CFR

308 .................................................47 Part 66
309 .........47 Parts 1, 17, 22, 24, 25, 27, 66, 79, 80,
              90
310 .................................47 Parts 79, 66
312 .................................................47 Part 76
313—314 ...................................47 Part 69
315 .................................47 Parts 22, 76
317 .................................47 Parts 0, 76
325 .................................47 Parts 1, 76
332............47 Parts 20, 22, 24, 25, 27, 51, 52, 64,
              80, 99
334 .................................................47 Part 73
336 .................47 Parts 2, 15, 27, 73, 74, 336
337 .................................47 Parts 27, 90
339—341 ...................................47 Part 76
390 et seq .................................15 Part 2301
390—393 ...................................15 Part 2301
396 .................................................47 Part 43
397—399b .................................15 Part 2301
403—404 ...................................47 Part 69
403 .................47 Parts 4, 36, 59, 61, 63, 64, 65
410 .................................47 Parts 36, 69
503 .................................................47 Part 76
521—522 ...................................47 Part 76
531—532 ...................................47 Part 76
533 .................................................47 Part 63
534—537 ...................................47 Part 76
543—545 ...................................47 Part 76
544 .................................................47 Part 11
544a .................................47 Parts 15, 76
548—549 ...................................47 Part 76
552 .................................................47 Part 76
554 .................................47 Parts 21, 74, 76, 100
556 .................................................47 Part 76
558 .................................................47 Part 76
560—561 ...................................47 Part 76
571—573 ...................................47 Part 76
602 .................................................47 Part 69
606 .................................47 Parts 11, 213
613 .................................................49 Part 79
621 .................................................47 Part 4
701—744 ...................................47 Part 25
901 et seq .................................47 Part 300
921 et seq .................................47 Part 301
1001—1010 .................................28 Part 100
10505 .................................49 Part 1121

48 U.S.C.

21 note preceding .........................43 Part 17
357 .................................43 Part 2530
358 .................................25 Part 241
358a .................................25 Part 241
360 .................................43 Part 2910
361 .................................43 Part 2910
364a—364e .................................43 Part 2400
364d .................................43 Part 3820
364e .................................43 Part 3820
411—419 .................................43 Part 17
421 .................................48 Part 213
423 .................................43 Part 5510
462 note .................................43 Part 2090
471 et seq .................................43 Part 17
484c .................................43 Part 17
644a .................................50 Part 38
748 .................................43 Part 17
14061 .................................19 Part 7
1407 et seq .................................43 Part 17

# CFR Index

| 48 U.S.C.—Continued | CFR |
|---|---|
| 1421—1425 | 43 Part 17 |
| 1469a | 7 Part 210 |
|  | 42 Part 50 |
|  | 45 Part 97 |
| 1541—1644 | 43 Part 17 |
| 1681 | 34 Parts 425, 426, 790 |
| 1681 note | 15 Part 303 |
|  | 20 Part 416 |
| 1701—1704 | 43 Part 17 |
| 1901 note | 8 Part 214 |
| 1931 note | 8 Part 214 |

**49 U.S.C.**

| | |
|---|---|
| 1 et seq | 18 Parts 154, 273, 340, 351 |
| 1—27 | 18 Parts 154, 341, 344, 356 |
| 5b | 18 Part 352 |
|  | 49 Part 1253 |
| 5c | 49 Part 1253 |
| 12 | 18 Part 352 |
|  | 49 Parts 1010, 1241—1243, 1245—1248 |
| 17 | 49 Part 1012 |
| 20 | 18 Parts 341, 352 |
|  | 49 Parts 1010, 1200, 1206, 1241—1243, 1245—1248 |
| 81 et seq | 49 Part 1056 |
| 101 et seq | 14 Parts 300, 302, 385 |
| 101 | 33 Part 1 |
| 102 | 49 Parts 3, 40 |
| 103 | 49 Parts 103, 225 |
| 105 | 49 Part 501 |
| 106 | 14 Parts 1, 3, 11, 13—17, 21, 23, 25, 27, 29, 31, 33—36, 43, 45, 47, 49, 61, 63, 65, 67, 71, 73, 77, 91, 93, 95, 97, 99, 103, 105, 119, 121, 125, 127, 129, 133, 135, 137, 139, 141, 142, 145, 147, 150—152, 155—158, 161, 169, 170, 171, 183, 185, 187, 189, 198, 199 |
| 106g | 14 Part 119 |
| 108 | 33 Parts 2, 19 |
| 113 | 49 Parts 303, 385, 386, 388, 389 |
| 114 | 49 Parts 1500, 1502, 1503, 1507, 1510, 1511, 1520, 1540, 1542, 1544, 1546, 1548, 1550, 1552, 1562, 1570, 1572 |
| 131—141 | 49 Part 386 |
| 145—149 | 49 Part 386 |
| 204 | 49 Part 1331 |
| 211—214 | 43 Parts 17, 2910 |
| 211 | 43 Parts 2310, 2910 |
| 220 | 49 Part 1241 |
| 301 et seq | 49 Part 1056 |
| 301—327 | 49 Part 1010 |
| 301 | 49 Parts 7, 18, 29, 30, 40, 99, 325, 501 |
| 303 | 23 Parts 771, 777 |
|  | 49 Part 622 |
| 304 | 18 Part 352 |
|  | 49 Parts 1044, 1053, 1054, 1064, 1248, 1280, 1331 |
| 310a | 18 Part 341 |
| 311 | 49 Parts 386, 1041 |
| 313 | 49 Parts 386, 1241 |
| 315 | 49 Part 386 |
| 318 | 18 Part 341 |
| 319 | 18 Part 341 |
| 320 | 18 Part 352 |
|  | 49 Parts 1200, 1248 |
| 322 | 5 Part 6001 |
|  | 14 Part 16 |

| 49 U.S.C.—Continued | CFR |
|---|---|
|  | 33 Part 1 |
|  | 49 Parts 1, 7, 9, 10, 18—20, 29, 30, 37, 38, 40, 41, 67, 99, 225, 268, 391, 393, 397, 501, 512, 529, 545, 553, 564, 565, 567, 571, 572, 574, 576, 585, 586, 589—593, 595, 597 |
| 329 | 14 Parts 217, 234, 241, 248, 249, 291, 298 |
| 336 | 46 Part 221 |
| 411 | 14 Parts 291, 298 |
| 412 | 49 Part 1241 |
| 417 | 14 Parts 291, 298 |
| 500 et seq | 49 Part 386 |
| 501 et seq | 49 Part 389 |
| 502 | 49 Part 388 |
| 504 | 49 Parts 9, 355, 385, 391, 395, 1157 |
| 508 | 49 Parts 390, 391 |
| 521 | 49 Parts 383, 385 |
| 701 | 49 Part 1011 |
| 701 note | 49 Parts 390, 398, 1105, 1152 |
| 702 | 49 Part 1001 |
| 721 | 49 Parts 1001—1005, 1007, 1011, 1013, 1016, 1018, 1019, 1033—1035, 1037, 1090, 1100, 1101, 1103—1106, 1110—1120, 1130, 1132, 1133, 1135, 1137, 1139, 1141, 1144, 1146, 1147, 1150, 1152, 1177, 1184, 1200, 1220, 1242—1248, 1253, 1300, 1305, 1312, 1313 |
| 782 | 27 Parts 46, 296 |
| 784 | 27 Part 72 |
| 788 | 27 Part 72 |
|  | 31 Part 401 |
| 794 | 45 Part 1624 |
| 904 | 18 Part 352 |
|  | 49 Parts 1241, 1248 |
| 906 | 18 Part 341 |
| 913 | 18 Part 352 |
|  | 49 Parts 1200, 1241 |
| 917 | 18 Part 352 |
| 1003 | 18 Part 352 |
|  | 49 Parts 1081, 1241 |
| 1004 | 49 Part 1081 |
| 1005 | 18 Part 341 |
| 1012 | 18 Part 352 |
|  | 49 Parts 1200, 1241 |
| 1013 | 18 Part 341 |
|  | 49 Part 1081 |
| 1101 et seq | 49 Parts 800, 801, 821, 830, 831, 832 |
| 1101—1120 | 14 Part 153 |
| 1101—1119 | 32 Part 300 |
| 1102 | 14 Part 272 |
| 1110 | 14 Part 16 |
| 1111 | 14 Part 16 |
| 1115 | 14 Part 16 |
| 1116 | 14 Part 16 |
| 1153 | 14 Part 119 |
| 1155 | 14 Part 91 |
| 1156—1157 | 32 Part 736 |
| 1159 | 14 Parts 63, 67, 145 |
| 1159a—1159b | 49 Part 91 |
| 1301 | 14 Parts 207, 208, 212, 380 |
| 1302 | 14 Parts 201, 207, 208, 211, 212, 256, 380 |
| 1324 | 14 Parts 199, 214, 217, 218, 222, 240, 253, 256, 314, 375, 377, 389, 398 |
| 1325 | 14 Part 223 |
| 1326 | 14 Part 207 |

# Authorities

| 49 U.S.C.—Continued | CFR |
|---|---|
| 1344 | 14 Parts 67, 152 |
| 1348 | 14 Parts 151, 152 |
| 1349 | 14 Parts 151, 152 |
| 1353 | 14 Part 152 |
| 1354—1355 | 14 Parts 23, 63, 65 |
| 1354 | 14 Parts 47, 63 |
| 1355 | 14 Part 137 |
| 1371—1372 | 14 Parts 212, 302, 380 |
| 1371 | 14 Part 214 |
| 1372 | 14 Parts 95, 129, 201, 218, 222, 375 |
| 1373—1375 | 14 Part 223 |
| 1373—1374 | 14 Parts 207, 208, 212, 253, 380 |
| 1373 | 14 Parts 205, 206, 291 |
| 1374 | 14 Parts 211, 256 |
| 1375 | 14 Parts 206, 232 |
|  | 39 Part 927 |
| 1377 | 14 Parts 217, 223, 228, 240, 314, 384 |
| 1381—1382 | 14 Part 256 |
| 1381 | 14 Parts 253, 380 |
| 1386—1387 | 14 Part 208 |
| 1386 | 14 Parts 202, 223, 228, 252 |
| 1387 | 14 Part 398 |
| 1389 | 14 Parts 201, 256, 379, 382 |
| 1396 | 14 Part 206 |
| 1401 | 49 Part 512 |
| 1407 | 49 Part 512 |
| 1421 et seq | 49 Part 845 |
| 1421—1430 | 14 Part 145 |
|  | 49 Part 179 |
| 1421—1423 | 14 Part 183 |
| 1421—1422 | 14 Parts 63, 65 |
| 1421 | 14 Parts 95, 133, 149 |
| 1422—1426 | 14 Part 137 |
| 1425 | 14 Parts 36, 183 |
| 1426 | 14 Parts 21, 151 |
| 1427 | 14 Parts 63, 65, 149 |
| 1428—1430 | 14 Parts 36, 137 |
| 1429—1430 | 14 Part 63 |
| 1429 | 14 Parts 36, 67, |
| 1441 et seq | 49 Part 845 |
| 1441 | 14 Part 240 |
|  | 49 Part 835 |
| 1442—1443 | 14 Part 95 |
| 1471 | 39 Part 927 |
| 1472 | 49 Parts 106, 179 |
| 1481—1482 | 14 Parts 201, 380 |
| 1481 | 14 Part 377 |
| 1485 | 14 Part 302 |
| 1502 | 14 Parts 137, 183, 256, 375, 389 |
| 1504 | 14 Part 241 |
| 1507 | 32 Part 766 |
| 1508 | 14 Part 375 |
| 1509 | 19 Part 162 |
| 1522 | 14 Parts 95, 99 |
| 1551 | 14 Part 206 |
| 1552 | 14 Part 314 |
|  | 29 Part 220 |
| 1601 et seq | 49 Parts 604, 605, 633, 665 |
| 1602 note | 49 Part0 660 |
| 1605 | 24 Parts 1, 2 |
| 1607 | 24 Parts 1, 2 |
|  | 49 Part 630 |
| 1608 | 49 Parts 663, 665 |
| 1609 | 24 Parts 1, 2 |
|  | 29 Part 5 |
| 1611 | 49 Part 630 |
| 1615 | 49 Part 26 |
| 1636 | 29 Part 5 |
| 1651 et seq | 49 Part 255 |
| 1651 | 23 Part 750 |
|  | 49 Part 520 |
| 1652 | 14 Parts 47, 63 |
|  | 49 Part 8 |
| 1653 | 44 Part 403 |
|  | 49 Parts 106, 256, 520 |
| 1654 | 49 Part 266 |
| 1655 | 14 Parts 27, 29, 33, 35, 63, 67, 77, 95, 99, 101, 137, 145, 147, 151—154, 183 |
|  | 33 Parts 13, 23, 25, 81, 82, 85, 109, 114—116, 154, 161, 163 |
|  | 46 Parts 73, 74, 157, 186, 187 |
|  | 49 Part 310 |
| 1657 | 14 Part 63 |
|  | 46 Parts 200—204, 206—220, 222—251, 253—281, 283—294, 300—307, 309—399 |
|  | 49 Parts 5, 8, 9, 90, 93, 95, 106, 179, 525, 535, 553, 557, 601 |
| 1659 | 49 Part 601 |
| 1672 | 14 Part 106 |
| 1716 | 14 Part 154 |
| 1718 | 14 Part 16 |
| 1719 | 14 Part 16 |
| 1722 | 29 Part 5 |
| 1723 | 7 Part 15 |
|  | 14 Parts 16, 154 |
| 1726 | 14 Part 16 |
| 1727 | 14 Part 16 |
| 1730 | 14 Part 152 |
| 1801—1819 | 29 Parts 1917, 1918, 1928 |
| 1801—1813 | 32 Part 619 |
| 1801—1811 | 46 Part 154 |
| 1803—1805 | 49 Part 173 |
| 1803—1804 | 32 Part 627 |
|  | 49 Part 174 |
| 1804 | 46 Parts 125, 150 |
| 1806—1808 | 49 Part 175 |
| 1807 | 49 Part 173 |
| 1808—1809 | 49 Part 173 |
| 1808 | 49 Part 174 |
| 1866 | 46 Part 115 |
| 1901 et seq | 49 Parts 802, 804, 825, 835, 845 |
| 1902 | 49 Part 803 |
| 1903 | 46 Part 4 |
|  | 49 Parts 806, 825, 830, 840, 850 |
| 2002 | 49 Part 106 |
| 2010 | 49 Part 195 |
| 2215 | 43 Part 2640 |
| 2503 | 32 Part 619 |
| 2505 | 32 Part 619 |
| 2509 | 32 Part 619 |
| 3701 | 49 Part 1021 |
| 3703 | 46 Part 13 |
| 3711 | 49 Part 1021 |
| 3717 | 49 Part 1021 |
| 3718 | 49 Part 1021 |
| 5101—5127 | 49 Parts 105, 190 |
| 5101 et seq | 49 Parts 106, 107, 110, 171, 173, 175—180 |
| 5101 | 46 Part 38 |
| 5103 | 46 Parts 30, 31, 78, 90, 97, 153, 188 |
|  | 49 Parts 193, 195, 199, 397, 1500, 1520, 1540, 1542, 1544, 1546, 1548, 1550 |

# CFR Index

**49 U.S.C.—Continued**                                    CFR

5103a ..................................................49 Part 1572
5105 .......................................................49 Part 385
5106 ..............46 Parts 30, 31, 38, 78, 90, 97, 188
5107—5127 ...........49 Parts 101, 171, 172, 174
5109 .......................................................49 Part 385
5112 .......................................................49 Part 397
5113 .......................................................49 Part 385
5121—5124 ...................................14 Part 13
5121 ............................................49 Parts 191, 192
5125 .......................................................49 Part 397
5301 .......................................................23 Part 771
                                                        49 Part 622
5302 .......................................................49 Part 639
5303 ............................................23 Parts 450, 500
                                                        49 Part 613
5304 ............................................23 Parts 450, 500
                                                        49 Part 613
5305 ............................................23 Parts 450, 500
                                                        49 Part 613
5306 .......................................................23 Part 450
                                                        49 Part 613
5307 .......................................................49 Part 609
5308 ............................................49 Parts 609, 624
5309 .......................................................49 Part 611
5310 .........................................................49 Part 27
5323 .......................................................23 Part 771
                                                49 Parts 613, 622, 661
5324 .......................................................23 Part 771
                                                        49 Parts 622
5330 .......................................................49 Part 659
5331 .........................................................49 Part 40
5334 .......................................................49 Part 601
7101—7352 .....................................18 Part 36
7317 .......................................................46 Part 13
7412 et seq ...............................40 Part 1601
8053 Part 354
8105 .......................................................46 Part 13
8703 .......................................................46 Part 13
9102 .......................................................46 Part 13
10101 .....................................................49 Part 1106
10301 .........................................................5 Part 5001
10303 ....................................................49 Part 1244
10305 .......................................................49 Part 115
10306 .........................................................5 Part 5001
10311 ............................................49 Parts 1201, 1249
10321 .........................................................5 Part 5001
        49 Parts 369, 1016, 1018, 1019, 1038,
        1041, 1064, 1091, 1145, 1152, 1168,
        1183—1185, 1220, 1249, 1282, 1314
10328 ............49 Parts 1042, 1161, 1165, 1168, 1181
10362 ...........................49 Parts 1140, 1152, 1155
10363 .....................................................49 Part 1157
10502 ............49 Parts 1039, 1105, 1121, 1150, 1152
10505 ............49 Parts 1145, 1152, 1180, 1185, 1313
10524 .....................................................49 Part 369
10701 .....................................................49 Part 1120
10702 .....................................................49 Part 1312
10703 .....................................................49 Part 1144
10704 ............................................49 Parts 1121, 1139
10705 ............................................49 Parts 1137, 1144
10706 ............................................49 Parts 1253, 1331
10707—10708 .....................................49 Part 1132
10707 ...........................................49 Parts 1141, 1247
10707a .....................................................49 Part 1145
10708 .....................................................49 Part 1135
10709 ............................................49 Parts 1244, 1313

**49 U.S.C.—Continued**                                    CFR

10726 .....................................................49 Part 1132
10731 .....................................................49 Part 1145
10741—10744 ..................................49 Part 1091
10749 .....................................................49 Part 1080
10761 ...........................................49 Parts 1154—1156
10762 .......................................................18 Part 341
10901—10902 ..................................49 Part 1150
10903—10906 ..................................49 Part 1180
10903—10905 ..................49 Parts 1105, 1152
10910 .....................................................49 Part 1151
10922—10923 ............49 Parts 1168, 1181, 1182
10922 ............................................49 Parts 368, 1166
10926 ...........................49 Parts 1165, 1168, 1182
10951 .....................................................49 Part 1150
11101 ...........................49 Parts 1146, 1147, 1300
11102 ............................................49 Parts 1144, 1147
11121 .....................................................49 Part 1033
11122 .....................................................49 Part 1033
11123 ...........................49 Parts 1011, 1034, 1146
11124 .....................................................49 Part 1011
11142 ............................................49 Parts 1201, 1206
11144—11145 ............49 Parts 1244, 1247—1249
11144 ............................................49 Parts 1011, 1249
11145 ............49 Parts 1201, 1206, 1220, 1241, 1311
11161 .....................................................49 Part 1152
11163 .....................................................49 Part 1152
11164 .....................................................49 Part 1201
11301 ...........................49 Parts 1168, 1181, 1182
11303 .....................................................49 Part 1177
11321 .....................................................49 Part 1186
11322 .....................................................49 Part 1185
11323—11325 ..................................49 Part 1106
11341 ...........................................49 Parts 1180, 1183
11342 .....................................................49 Part 1184
11343—11346 ..................................49 Part 1183
11343—11344 ............49 Parts 1168, 1181, 1183
11343 ...........................................49 Parts 1105, 1186
11345a .....................................................49 Part 1183
11349 ...........................49 Parts 1168, 1181, 1182
11705 .....................................................49 Part 1147
11706 .....................................................49 Part 1005
11301 et seq ...............................49 Part 386
13101 ............................49 Parts 365, 377, 387
13301 et seq ...............................49 Part 386
13301 ..........49 Parts 356, 365, 367, 368, 370, 371,
        373—377, 379, 387, 390, 398, 1003, 1013,
                                                            1039
13303 .....................................................49 Part 366
13304 .....................................................49 Part 366
13321 .....................................................49 Part 378
13501 et seq ...............................49 Part 386
13501 ...........................................49 Parts 371, 1182
13504 .....................................................49 Part 372
13506 .....................................................49 Part 372
13521 .....................................................49 Part 1312
13541 .....................................................49 Part 1182
13701 et seq ...............................49 Part 386
13701 ...........................................49 Parts 377, 1312
13702 ...........................................49 Parts 377, 1312
13704 .....................................................49 Part 375
13706 .....................................................49 Part 377
13707 ...........................................49 Parts 375, 377
13901 et seq ...............................49 Part 386
13901—13906 ..................................49 Part 365
13901—13905 ..................................49 Part 385
13902 ..........49 Parts 356, 350, 368, 390, 392, 398,

## Authorities

| 49 U.S.C.—Continued | CFR |
|---|---|
| | 1182 |
| 13906 | 49 Part 387 |
| 13908 | 49 Part 360 |
| 14101 | 49 Parts 374, 377, 378 |
| 14102 | 49 Part 376 |
| 14104 | 49 Parts 3, 375 |
| 14122 | 49 Parts 371, 379, 395, 1011 |
| 14123 | 49 Parts 379, 1420 |
| 14303 | 49 Part 1182 |
| 14501 et seq | 49 Part 386 |
| 14504 | 49 Parts 360, 367 |
| 14701 et seq | 49 Part 386 |
| 14701 | 49 Part 387 |
| 14704 | 49 Parts 366, 378 |
| 14705 | 49 Part 378 |
| 14706 | 49 Parts 370, 373, 375, 1005, 1035 |
| 14708 | 49 Part 365 |
| 14901 et seq | 49 Part 386 |
| 15701 | 49 Part 1008 |
| 15722 | 49 Part 1011 |
| 15906 | 49 Part 1005 |
| 20102—20104 | 49 Part 216 |
| 20102—20114 | 49 Part 213 |
| 20102 | 49 Parts 220, 223, 231, 232, 239 |
| 20103 | 49 Parts 209, 211, 212, 214, 215, 217—225, 228—236, 238—241, 244 |
| 20105 | 49 Part 212 |
| 20105—20114 | 49 Part 239 |
| 20106 | 49 Part 212 |
| 20107 | 49 Parts 209, 211, 214, 215—216, 217—221, 222, 224, 225, 228—236, 238, 240—241, 244 |
| 20110—20112 | 49 Part 232 |
| 20111—20113 | 49 Part 219 |
| 20111 | 49 Parts 209, 216 |
| 20112 | 49 Part 209 |
| 20113 | 49 Part 212 |
| 20114 | 49 Parts 209, 211 |
| 20131 | 49 Part 231 |
| 20133 | 49 Parts 216, 223, 229, 232, 238, 239 |
| 20135 | 49 Part 240 |
| 20137—20138 | 49 Part 229 |
| 20140 | 49 Parts 40, 219 |
| 20141 | 49 Parts 232, 238 |
| 20142 | 49 Part 213 |
| 20143 | 49 Part 229 |
| 20148 | 49 Part 224 |
| 20153 | 49 Part 222 |
| 20301—20303 | 49 Part 231 |
| 20301—20303 | 49 Part 232 |
| 20301 | 49 Part 224 |
| 20302—20303 | 49 Part 238 |
| 20306 | 49 Parts 211, 232, 238 |
| 20501—20505 | 49 Part 209 |
| 20502—20504 | 49 Part 211 |
| 20701—20703 | 49 Parts 229, 232 |
| 20701—20702 | 49 Parts 216, 223, 238 |
| 20702 | 49 Part 230 |
| 20901 | 49 Part 225 |
| 20902 | 49 Parts 225, 234 |
| 21101—21108 | 49 Part 228 |
| 21301—21302 | 49 Parts 216, 220, 223, 225, 229, 231, 232, 238 |
| 21301 | 49 Parts 214, 217, 219, 222, 223, 224, 234, 239—241, 244 |
| 21302 | 49 Parts 223, 239 |

| 49 U.S.C.—Continued | CFR |
|---|---|
| 21304 | 49 Parts 214, 216, 219, 220, 222, 223, 229, 231, 232, 238—241 |
| 21311 | 49 Parts 220, 225, 239—241 |
| 24301 | 49 Part 701 |
| 30102—30103 | 49 Parts 554, 573, 577, 579 |
| 30103 | 49 Part 553 |
| 30111—30112 | 49 Part 554 |
| 30111 | 49 Parts 552, 564, 565, 567, 568, 571, 572, 574, 575, 585, 595 |
| 30112 | 49 Parts 573, 576, 577, 579, 591 |
| 30113 | 49 Parts 555, 581 |
| 30114 | 49 Part 591 |
| 30115 | 49 Parts 564, 565, 567, 568, 571, 572, 574, 575—577, 585, 595 |
| 30116 | 49 Part 586 |
| 30116—30121 | 49 Parts 554, 573, 576, 577, 579 |
| 30117 | 49 Parts 564, 565, 567, 568 571, 572, 574—576, 585, 591, 592, 595 |
| 30118 | 49 Part 552 |
| 30120 | 49 Part 576 |
| 30122 | 49 Part 553 |
| 30124 | 49 Part 553 |
| 30125 | 49 Part 553 |
| 30127 | 49 Part 553 |
| 30141—30147 | 49 Parts 576, 591, 592 |
| 30141 | 49 Parts 565, 593, 594 |
| 30146 | 49 Parts 553, 565 |
| 30162 | 49 Parts 552—554 |
| 30164 | 49 Parts 551 |
| 30165—30167 | 49 Part 554 |
| 30165 | 49 Part 578 |
| 30166—30167 | 49 Parts 512, 576, 579 |
| 30166 | 49 Parts 564, 565, 567, 568, 571, 572, 573, 574, 575, 577, 585, 594, 595 |
| 30168 | 49 Parts 565, 575 |
| 30170 | 49 Part 578 |
| 30301 et seq | 23 Part 1327 |
| 30505 | 49 Part 578 |
| 31100—31104 | 49 Part 350 |
| 31101 et seq | 49 Parts 355, 389 |
| 31101 | 29 Part 1978 |
| 31105 | 29 Part 1978 |
| 31108 | 49 Part 350 |
| 31111 | 23 Parts 657, 658 |
| 31112 | 23 Part 658 |
| 31113 | 23 Part 657 |
| 31114 | 23 Parts 657, 658 |
| 31132 | 49 Part 398 |
| 31133 | 49 Parts 380, 382, 391, 390, 395, 396, 398 |
| 31136 | 49 Parts 350, 380—385, 390, 391—393, 395—398 |
| 31138 | 49 Parts 365, 387, 389 |
| 31139 | 49 Parts 387, 389 |
| 31140—31141 | 49 Part 350 |
| 31144 | 49 Parts 365, 385 |
| 31148 | 49 Part 385 |
| 31161 | 49 Part 350 |
| 31301 et seq | 49 Parts 382—384, 386, 389 |
| 31306 | 49 Part 40 |
| 31307 | 49 Part 380 |
| 31310—31311 | 49 Part 350 |
| 31315 | 49 Part 381 |
| 31501 et seq | 49 Part 386 |
| 35101 | 49 Part 398 |
| 31502 | 49 Parts 350, 380, 382—385, 389, 390, |

## CFR Index

49 U.S.C.—Continued                          CFR
                          391—393, 395—399
31504 ..................................49 Parts 390, 398
32303 ..................................49 Parts 553, 582
32304 ..........................................49 Part 583
32307 ..........................................49 Part 512
32308 ..........................................49 Part 578
32309 ..........................................49 Part 578
32502..................49 Parts 553, 555, 567, 581
32504 ..................................49 Parts 553, 567
32505 ..................................49 Parts 512, 553
32507 ..........................................49 Part 578
32705 ..................................49 Parts 553, 580
32708      Part 512
32709 ..........................................49 Part 578
32710 ..........................................49 Part 578
32901 et seq ................................49 Part 474
32901..................49 Parts 512, 534, 538, 553
32902 ..................................49 Parts 531, 553
32905 ..........................................49 Part 538
32906 ..........................................49 Part 538
32912 ..........................................49 Part 578
33101—33104..............................49 Part 567
33101—33105..............................49 Part 545
33101 ..........................................49 Part 541
33102 ..................................49 Parts 541, 553
33103 ..................................49 Parts 541, 553
33105 ..........................................49 Part 541
33107 ..........................................49 Part 553
33108—33109..............................49 Part 567
33112 ..........................................49 Part 544
33115 ..........................................49 Part 578
33116 ..........................................49 Part 512
40101 et seq.......14 Parts 47, 49, 200, 201, 203—
                          206, 211, 213, 215—217, 232, 234, 241,
                          248—250, 271, 272, 291, 294, 296—297,
                          300, 302, 303, 305, 313, 323, 325, 372,
                          374, 374a, 377, 385, 398, 399
                          49 Parts 800, 830, 831, 837
40101—40107......................14 Part 169
40101—40102......................14 Part 119
40101........14 Parts 11, 99, 119, 189, 207, 208, 212,
                          243, 247, 254, 255, 292, 380
40101 note .........14 Parts 47, 49, 243, 330, 1300,
                          1310
                          28 Part 104
40102 ..........14 Parts 119, 207, 208, 212, 252, 255,
                          380
40103—44106......................14 Parts 13, 99, 119
40103—40107......................14 Parts 170, 171
40103—40104......................14 Part 103
40103.........14 Parts 11, 16, 21, 45, 71, 73, 77, 91,
                          93, 95, 97, 101, 137, 157
40104—40105......................14 Parts 129, 187
40104 ..........................................14 Part 189
40105 ..............14 Parts 11, 21, 243, 254, 255, 292
40106 ..................................14 Parts 93, 95
                          31 Parts 550, 585
40108 ..........................................14 Part 63
40109.........14 Parts 11, 93, 171, 187, 207, 208, 212,
                          221, 252, 292, 293, 380
40110—40112......................14 Part 17
40113—40114......................49 Parts 47, 49, 1563
40113 ..........14 Parts 1, 3, 11, 13—16, 21, 23, 25,
                          27, 29, 31, 33—36, 43, 45, 61, 63, 65,
                          67, 71, 73, 77, 91, 93, 95, 97, 99, 101,
                          103, 105, 119, 121, 127, 129, 133, 139,

49 U.S.C.—Continued                          CFR
                          141, 142, 145, 147, 150, 151, 155, 157,
                          169, 170, 171, 183, 185, 187, 189, 198,
                          207, 208, 212, 221, 243, 252, 254, 255,
                          257, 258, 292, 293, 380
                          49 Parts 1500, 1502, 1507, 1510, 1511,
                          1520, 1540, 1542, 1544, 1546, 1548, 1550,
                          1562, 1570, 1572
40114 ..........14 Parts 13, 45, 63, 77, 95, 101, 105,
                          169, 185, 187, 243, 252, 292, 293
40116 ..................................14 Parts 16, 158
40117 ..........................................14 Part 158
40118 ..........41 Parts 300-1—300-3, 300-70, 301-2,
                          301-10
40119 ..........................14 Parts 15, 121, 129, 142
                          49 Part 15
40120 ...................14 Parts 71, 73, 91, 95, 97, 99
40201 et seq ..................................14 Part 272
40401 et seq ..................................14 Part 302
41101 et seq ....14 Parts 200, 201, 203—205, 211,
                          213, 215, 241, 248—250, 291, 300, 302,
                          323, 372, 374a, 385
41101—41103 ............14 Parts 207, 208, 212, 380
41102 ..........................................14 Part 208
41211 ..........................................14 Part 302
41301 et seq......14 Parts 200, 201, 203, 205, 211,
                          213, 215—217, 249, 250, 300—303, 372,
                          385
41301 ..................................14 Parts 207, 208
41313 ..........................................14 Part 243
41501 et seq......14 Parts 200, 201, 203, 206, 211,
                          213, 291, 300, 302, 374a, 385
41501 ..................................14 Parts 243, 254
41504 ..........14 Parts 207, 208, 212, 254, 292, 293,
                          380
41510 ..........................................14 Part 254
41601 et seq ..................................14 Part 272
41701 et seq ....14 Parts 200, 201, 203—206, 211,
                          213, 215—217, 234, 241, 248—250, 271,
                          291, 294, 296—297, 300, 302, 303, 305,
                          323, 325, 372, 374a, 385, 398
41701 ..................................14 Parts 252, 292, 293
41702 ..................................14 Parts 252, 254, 382
41706 ..................14 Parts 121, 129, 135, 252
41707—41709......................14 Part 292
41707 ..................................14 Parts 254, 293
41708 ..........14 Parts 207, 208, 212, 243, 293, 380
41709 ..................................14 Parts 243, 293
41711 ..................................14 Parts 243, 252
41712 ..........14 Parts 207, 208, 212, 243, 255, 257,
                          258, 292, 293, 380, 382
41721 ..........................................19 Part 119
41901 et seq......14 Parts 206, 232, 300, 302
42101 et seq ..................................14 Part 300
42121 ..........................................29 Part 1979
44101—44108......................14 Parts 47, 49
44101—44105......................14 Part 45
44101 ..................14 Parts 91, 121, 129, 142
44101 note......................14 Parts 47, 49
44103—44106......................14 Part 13
44105 ..........................................14 Part 119
44106 ..........................................14 Part 119
44107—44109......................14 Part 45
44110—44113......................14 Parts 47, 49
44110 ..................................14 Parts 11, 45
44111 ..................................14 Parts 45, 91, 119
44113 ..................................14 Parts 125, 135

## Authorities

| 49 U.S.C.—Continued | CFR |
|---|---|
| 44301—44310 | 14 Part 198 |
| 44501—44502 | 14 Part 169 |
| 44502 | 14 Parts 11, 16, 77, 93, 95, 99, 101, 157, 170, 171, 189 |
| | 32 Part 855 |
| 44504 | 14 Part 45 |
| 44511 | 14 Parts 93, 95, 101 |
| 44701—44723 | 49 Part 821 |
| 44701—44717 | 14 Part 119 |
| 44701—44705 | 14 Parts 125, 127 |
| 44701—44703 | 14 Parts 61, 63, 65, 67, 141, 142 |
| 44701—44702 | 14 Parts 11, 21, 25, 27, 29, 31, 33—36, 101, 105, 121, 129, 133, 135, 137, 145, 147, 170, 171 |
| 44701 | 14 Parts 1, 3, 23, 25, 43, 45, 77, 91, 93, 97, 103 |
| | 49 Parts 107, 171, 172, 173 |
| 44702 | 14 Parts 13, 25 183, 187 |
| 44703 | 14 Parts 13, 43, 47 |
| 44704 | 14 Parts 3, 23, 25, 27, 29, 31, 33—36, 47, 49 |
| 44705 | 14 Parts 43, 121, 129, 135, 142 |
| 44706 | 14 Part 139 |
| 44707 | 14 Parts 21, 43, 61, 63, 65, 67, 141, 142, 145, 147 |
| 44708 | 14 Parts 45, 147, 170, 171 |
| 44709 | 14 Parts 13, 21, 45, 61, 63, 65, 67, 91, 135, 139, 141, 142, 145, 147, 170, 171 |
| 44709—44711 | 14 Parts 121, 129 |
| 44710 | 14 Parts 13, 16, 63, 65, 67, 125, 127, 142 |
| 44711 | 14 Parts 11, 21, 43, 45, 61, 63, 65, 67, 91, 125, 127, 135, 141, 142, 171 |
| 44712 | 14 Parts 45, 91, 129, 135 |
| 44713 | 14 Parts 13, 21, 43, 45, 47, 49, 121, 125, 127, 129, 135 |
| 44714 | 14 Part 34 |
| 44715 | 14 Parts 21, 36, 91, 135, 150 |
| 44716 | 14 Parts 91, 121, 125, 129, 135 |
| 44717 | 14 Parts 43, 91, 121, 125, 129, 135, 145 |
| 44718 | 14 Part 77 |
| 44719 | 14 Parts 93, 95, 139, 170, 171 |
| 44720 | 15 Parts 171, 951 |
| 44721 | 14 Parts 15, 95, 99, 101, 105, 170, 171 |
| 44722 | 14 Parts 91, 119, 121, 125, 129, 135, 170 |
| 44725 | 14 Parts 43, 45 |
| 44901 et seq | 14 Part 300 |
| 44901 | 14 Parts 119, 121 |
| | 49 Part 1511 |
| 44901—44904 | 49 Part 129 |
| 44901—44905 | 49 Parts 1542, 1544, 1546, 1548 |
| 44901—44907 | 49 Parts 1500, 1502, 1503, 1520, 1540, 1550 |
| 44903—44904 | 14 Parts 119, 121 |
| 44906 | 14 Parts 119, 129 |
| 44907 | 49 Parts 1542, 1544, 1546 |
| 44909 | 14 Part 243 |
| 44912 | 14 Parts 119, 121, 129 |
| 44913—44914 | 49 Parts 1500, 1502, 1520, 1540, 1542, 1544, 1548, 1550 |
| 44914 | 14 Part 119 |
| | 49 Part 1546 |
| 44916—44917 | 49 Parts 1542, 1546, 1548 |
| 44916—44918 | 49 Parts 1500, 1520, 1540, 1544, 1550 |
| 44916—44920 | 49 Part 1502 |

| 49 U.S.C.—Continued | CFR |
|---|---|
| 44932 | 49 Part 1544 |
| 44935—44936 | 49 Parts 1500, 1502, 1520, 1540, 1542, 1544, 1546, 1548, 1550 |
| 44936 | 14 Part 119 |
| 44938 | 14 Part 119 |
| 44939 | 49 Parts 105, 1552 |
| 44940 | 49 Parts 1510—1511 |
| 44942 | 49 Parts 1500, 1502, 1520, 1540, 1542, 1544, 1546, 1548, 1550 |
| 45101 et seq | 49 Part 40 |
| 45101—45105 | 14 Part 121 |
| 45102 | 14 Parts 61, 63, 65, 67, 141, 142 |
| 45103 | 14 Parts 61, 63, 65, 67, 141, 142 |
| 45107 | 49 Part 1502 |
| 45301 | 14 Parts 61, 63, 65, 67, 141, 142, 187 |
| 45302 | 14 Parts 45, 47, 49, 61, 63, 65, 67, 101, 141, 142, 187 |
| 45303 | 14 Parts 21, 45, 67, 141, 171, 183, 187, 189 |
| 46014 | 14 Part 17 |
| 46101 et seq | 14 Parts 200, 300, 302, 305, 377 |
| 46101 | 14 Parts 207, 208, 212 |
| 46101—46110 | 14 Part 13 |
| 46101—46107 | 49 Part 1503 |
| 46101—46105 | 49 Part 1502 |
| 46101 | 14 Parts 16, 77, 221, 292, 293, 380 |
| 46102 | 14 Parts 11, 17, 77, 221 |
| 46103 | 14 Part 119 |
| 46104 | 14 Parts 14, 16, 45, 47, 49, 77, 169, 185 |
| 46105 | 14 Parts 17, 119, 121, 129 |
| | 49 Parts 1500, 1520, 1540, 1542, 1544, 1546, 1548, 1550, 1570, 1572 |
| 46109 | 14 Part 17 |
| 46109—46110 | 49 Part 1503 |
| 46110 | 14 Parts 16, 17 |
| | 49 Part 1502 |
| 46301 et seq | 14 Parts 300, 302 |
| 46301—46316 | 14 Part 13 |
| 46301 | 14 Parts 47, 49, 93, 121, 243, 252 |
| | 49 Parts 821, 1503 |
| 46304 | 14 Part 45 |
| 46305 | 49 Part 1503 |
| 46306 | 14 Parts 45, 91 |
| 46308 | 14 Parts 101, 170, 171 |
| 46311 | 49 Part 1503 |
| 46313—46314 | 49 Part 1503 |
| 46315 | 14 Part 91 |
| 46316 | 14 Parts 91, 243 |
| 46318 | 14 Part 13 |
| 46501 et seq | 14 Part 300 |
| 46501 | 14 Part 13 |
| 46502 | 14 Parts 13, 91 |
| 46504 | 14 Parts 13, 91 |
| 46505 | 14 Part 13 |
| 46506 | 14 Parts 13, 91 |
| 46507 | 14 Parts 13, 91 |
| 47101 et seq | 14 Part 302 |
| 47101 | 14 Parts 150, 156 |
| 47103 | 32 Part 855 |
| 47104 | 14 Part 16 |
| 47105 | 14 Part 382 |
| 47106 | 14 Parts 13, 16, 152, 158 |
| 47107 | 14 Part 16 |
| | 49 Parts 23, 26 |
| 47108 | 14 Part 16 |
| 47111 | 14 Parts 13, 16, 158 |

## CFR Index

| 49 U.S.C.—Continued | CFR |
|---|---|
| 47113 | 49 Part 26 |
| 47114 | 14 Part 158 |
| 47115 | 14 Part 158 |
| 47116 | 14 Part 158 |
| 47122 | 14 Parts 13, 14, 16, 45, 91, 169 |
| 47123—47125 | 14 Part 16 |
| | 49 Part 26 |
| 47123 | 49 Part 23 |
| 47127 | 14 Parts 16, 152 |
| 47128 | 14 Part 156 |
| 47151 | 14 Parts 1, 16, 155, 169 |
| 47152 | 14 Parts 16, 155, 169 |
| 47153 | 14 Parts 16, 153, 155, 169 |
| 47302—47306 | 14 Part 169 |
| 47306 | 14 Part 13 |
| 47501—47504 | 14 Part 150 |
| 47508 | 14 Part 91 |
| 47523—47531 | 14 Part 91 |
| 47523—47527 | 14 Part 161 |
| 47524 | 14 Part 158 |
| 47526 | 14 Part 158 |
| 47531 | 14 Part 13 |
| 47532 | 14 Part 13 |
| 47533 | 14 Part 161 |
| 48103 | 14 Part 16 |
| 54101 et seq | 49 Part 40 |
| 60101 et seq | 49 Part 190 |
| 60102 | 49 Parts 191—193, 195, 199 |
| 60103 | 49 Parts 191—193 |
| 60104 | 49 Parts 191—193, 195, 199 |
| 60105 | 49 Parts 191—193 |
| 60106 | 49 Part 198 |
| 60108 | 49 Parts 191—193, 195, 199 |
| 60109 | 49 Parts 193, 195 |
| 60110 | 49 Part 193 |
| 60113 | 49 Part 193 |
| 60114 | 49 Part 198 |
| 60117 | 49 Parts 191, 192, 199 |
| 60118 | 49 Parts 191—193, 195, 199 |
| 60124 | 49 Parts 191, 192 |
| 60129 | 29 Part 1981 |
| 60502 | 18 Parts 342, 343, 346—348, 352, 357, 381, 382, 385, 390 |
| 70101—70121 | 14 Parts 406, 413, 415, 420 |
| 70101—70119 | 14 Part 440 |
| 70102 | 14 Part 401 |
| 80502 | 9 Part 89 |
| 80503 | 7 Part 354 |
| | 99 Part 97 |
| 80504 | 49 Part 79 |
| **49 U.S.C. Appendix** | |
| 1—85 | 18 Parts 1b, 343, 346—348, 352, 357, 382, 385, 390 |
| 106 | 14 Parts 61, 67 |
| 211—2213 | 43 Part 2910 |
| 1301 note | 49 Part 40 |
| 1354 | 14 Parts 36, 61, 63, 65 |
| 1355 | 14 Parts 36, 61, 63, 65 |
| 1421 | 14 Part 61 |
| 1422 | 14 Parts 61, 67, 127 |
| 1427 | 14 Part 61 |
| 1434 note | 49 Part 40 |
| 1472 | 49 Part 175 |
| 1608 | 49 Part 665 |
| 1618a | 49 Part 40 |
| 1804 | 46 Parts 33, 64, 98, 105, 114, 115, 146, |

| 49 U.S.C. Appendix—Continued | CFR |
|---|---|
| | 175, 176, 194, 195 |
| 1805 | 49 Part 175 |
| 1807 | 32 Part 627 |
| | 45 Part 1340 |
| 1808 | 32 Part 627 |
| | 45 Part 1340 |
| 1816 | 42 Part 65 |
| 1817 | 49 Part 173 |
| 1904 | 46 Part 146 |
| 2601 note | 14 Parts 400, 404—406 |
| 2601 | 14 Part 40 |
| 5103 | 46 Part 188 |
| 5106 | 46 Part 188 |
| **50 U.S.C.** | |
| 47d | 28 Part 13 |
| 82 | 15 Part 700 |
| 98—98h | 32 Part 736 |
| 167a | 43 Part 16 |
| 167g | 43 Part 16 |
| 191 | 33 Parts 6, 101, 103, 104, 105, 107, 122, 125, 165 |
| | 46 Part 12 |
| 192 | 33 Parts 101, 107 |
| 194 | 33 Part 107 |
| 195 | 33 Parts 165, 107 |
| 198 | 46 Parts 4, 73, 74 |
| 401—442 | 32 Part 1910 |
| 401 | 32 Part 368 |
| | 47 Parts 201, 202 |
| 401 note | 10 Parts 25, 95 |
| 403 | 5 Parts 732 |
| | 32 Parts 1803, 1900, 1901, 1904 |
| | 35 Part 1803 |
| 403a—403u | 32 Part 1910 |
| 403g | 32 Parts 1805, 1806, 1900, 1901, 1904, 1905 |
| | 35 Parts 1805, 1806 |
| 403o | 32 Part 1903 |
| 403p | 5 Part 890 |
| 404 | 44 Parts 7, 321, 323, 327, 334 |
| 511—515 | 14 Part 1210 |
| 781 | 32 Part 156 |
| 797 | 32 Parts 263, 525, 552, 763, 770, 1292 |
| 854 | 28 Part 12 |
| 1431—1435 | 48 Part 4450 |
| 1431 | 32 Parts 626, 627 |
| 1601 et seq | 15 Parts 712, 713, 719 |
| 1601—1651 | 31 Parts 536—542, 545, 550, 560, 575, 585—588, 590—592, 594, 595 |
| 1641 et seq | 19 Part 161 |
| 1701 et seq | 15 Parts 712, 713, 719, 730, 732, 734, 736, 738, 740, 743—746, 748, 750, 752, 754, 756, 758, 760, 762, 764, 766, 768, 770, 772, 774 |
| | 19 Part 161 |
| | 37 Part 5 |
| 1701—1706 | 31 Parts 356, 501, 535—542, 545, 550, 560, 575, 585—588, 590—592, 594, 595 |
| 1701 note | 31 Part 575 |
| 1704 | 15 Part 378 |
| 2061 et seq | 32 Part 361 |
| 2251 | 32 Part 185 |
| 2401 et seq | 10 Parts 600, 603, 606, 607, 710, 711, 719, 730, 733, 824, 830, 852, 1008, 1015, 1021, 1040, 1042, 1044 |
| | 15 Parts 734, 736, 738, 742, 744, 748, |

## Authorities

| 50 U.S.C.—Continued | CFR |
|---|---|
| | 766 |
| 48 | Parts 902, 904, 909, 914—917, 919, 923, 925, 931, 933, 936, 950, 952, 970 |
| 5001 et seq | 15 Part 787 |

**50 U.S.C. Appendix**

| | |
|---|---|
| 1—44 | 19 Part 161 |
| | 31 Parts 500, 501, 505, 515 |
| 5 | 15 Parts 730, 738, 774 |
| 36 | 26 Part 303 |
| 401 | 32 Part 93 |
| 402 | 32 Part 93 |
| 451 et seq | 32 Parts 1602, 1605, 1609, 1615, 1618, 1621, 1624, 1627, 1630, 1633, 1636, 1639, 1642, 1645, 1648, 1651, 1653, 1657, 1659, 1698 |
| 456 | 32 Parts 110, 1656 |
| 462 | 34 Part 654 |
| 473 | 32 Part 261 |
| 486 | 15 Part 700 |
| 501 | 43 Parts 3835—3837 |
| 511 | 38 Part 7 |
| 540—547 | 38 Part 7 |
| 565 | 43 Parts 3835—3837, 3850 |
| 1013 | 32 Part 718 |
| 1014 | 32 Part 718 |
| 1015 | 32 Part 718 |
| 1291 | 46 Part 327 |
| 1622 | 14 Part 151 |
| 1701 et seq | 15 Part 1701 |
| 1744 | 46 Parts 315, 326, 331 |
| 1745 | 46 Parts 289, 331 |
| 1989b | 28 Part 74 |
| 2001 | 45 Parts 500, 501, 504—506 |
| 2004 | 20 Part 71 |
| 20171 | 31 Part 250 |
| 2061 et seq | 10 Part 221 |
| | 15 Part 700 |
| | 44 Parts 321, 323, 327, 329, 330 |
| | 46 Parts 340, 345—347 |
| 2061 | 47 Parts 201, 202 |
| 2071 | 10 Part 216 |
| | 44 Parts 401—403 |
| 2099 | 15 Part 701 |
| 2154 | 44 Parts 401—403 |
| 2158 | 44 Part 332 |
| 2170 | 31 Part 800 |
| 2210 | 32 Part 733 |
| 2251 et seq | 44 Parts 302, 304, 352 |
| 2251 | 47 Parts 201, 202 |
| 2253 | 44 Parts 312, 350 |
| 22811 | 29 Part 5 |
| | 32 Part 300 |
| 2285 | 32 Part 300 |
| 2401 et seq | 10 Parts 600, 719, 1015, 1021 |
| | 15 Parts 730, 732, 734, 736, 738, 740, 742—744, 746, 748, 750, 752, 754, 756, 758, 760, 762, 764, 766, 768, 770, 772, 774, 1008 |
| | 37 Part 5 |
| 2411 | 19 Part 161 |

**United States Statutes at Large:**

**12 Stat.**

| | |
|---|---|
| 469 | 49 Part 591 |

**14 Stat.**

| | |
|---|---|
| 1549 | 7 Part 1476 |

**23 Stat.**

| | |
|---|---|
| 258 | 31 Part 10 |

**26 Stat.**

| | |
|---|---|
| 795 | 25 Part 162 |

**28 Stat.**

| | |
|---|---|
| 305 | 25 Part 162 |

**31 Stat.**

| | |
|---|---|
| 229 | 25 Part 162 |

**32 Stat.**

| | |
|---|---|
| 388 | 43 Parts 428, 431 |
| 390 | 43 Part 419 |

**33 Stat.**

| | |
|---|---|
| 614 | 50 Parts 29, 31 |

**34 Stat.**

| | |
|---|---|
| 137 | 25 Part 150 |
| 539 | 25 Parts 91, 216 |
| 543 | 25 Part 214 |
| 545 | 25 Part 162 |
| 1015 | 25 Part 162 |
| 1024 | 25 Part 171 |
| 1034 | 25 Part 162 |

**35 Stat.**

| | |
|---|---|
| 70 | 25 Part 162 |
| 95 | 25 Part 162 |
| 97 | 25 Part 162 |
| 312 | 25 Parts 150, 213, 216 |
| 313 | 25 Part 213 |
| 316 | 25 Part 213 |
| 450 | 43 Part 2510 |

**36 Stat.**

| | |
|---|---|
| 856 | 25 Part 162 |
| 2453 | 22 Part 401 |

**37 Stat.**

| | |
|---|---|
| 86 | 25 Part 91 |

**38 Stat.**

| | |
|---|---|
| 582 | 25 Part 150 |
| 583 | 25 Part 171 |
| 586 | 25 Part 142 |
| 598 | 25 Part 150 |
| 717 | 16 Parts 251, 254, 255, 410, 423, 425, 432, 433, 436, 460 |
| 719 | 16 Parts 23, 228, 233, 238, 239, 240, 253 |
| 721 | 16 Parts 228, 233, 238, 239, 240, 253 |
| 1084 | 32 Part 736 |

**39 Stat.**

| | |
|---|---|
| 128 | 25 Part 162 |
| 142 | 25 Part 171 |
| 218 | 43 Part 2810 |
| 519 | 25 Part 227 |

**40 Stat.**

| | |
|---|---|
| 1179 | 43 Part 2810 |

**41 Stat.**

| | |
|---|---|
| 415 | 25 Part 162 |
| 426 | 25 Part 213 |
| 755 | 25 Part 153 |
| 1063 | 10 Part 205 |
| 1248 | 25 Part 215 |
| 1446 | 49 Part 71 |

**42 Stat.**

| | |
|---|---|
| 208 | 25 Part 142 |

## CFR Index

**43 Stat.**

|  | CFR |
|---|---|
| 475—476 | 25 Part 175 |
| 476 | 25 Part 137 |
| 636 | 25 Part 162 |
| 641 | 25 Part 162 |
| 651 | 50 Parts 29, 31 |
| 1201 | 50 Part 35 |

**44 Stat.**

| 605 | 32 Part 736 |
|---|---|
| 658 | 44 Part 658 |

**45 Stat.**

| 210—211 | 25 Part 175 |
|---|---|
| 312 | 25 Part 172 |
| 449 | 50 Parts 29, 31 |
| 495 | 25 Part 213 |
| 1069 | 43 Part 2540 |
| 1224 | 50 Part 31 |
| 1478 | 25 Parts 90, 226 |
| 1481 | 25 Part 90 |

**46 Stat.**

| 759 | 19 Parts 175, 176 |
|---|---|
| 1063 | 25 Part 136 |
| 1106 | 25 Part 151 |
| 1471 | 25 Part 151 |
| 1495 | 25 Part 153 |

**47 Stat.**

| 42 | 32 Parts 300, 301 |
|---|---|
| 777 | 25 Part 213 |
| 779 | 25 Part 213 |
| 1417 | 25 Part 162 |
| 1487 | 43 Parts 3580, 3590 |

**48 Stat.**

| 402 | 50 Parts 29, 31, 70, 71 |
|---|---|
| 451 | 50 Part 31 |
| 848 | 29 Part 3 |
| 984 | 25 Part 162 |
| 985 | 25 Part 151 |
| 988 | 25 Part 162 |
| 1066 | 47 Parts 52, 99 |
| 1070 | 47 Part 52 |
| 1082 | 47 Part 99 |
| 1269 | 43 Part 2400 |
| 1270 | 50 Part 31 |
| 1272 | 43 Part 2400 |

**49 Stat.**

| 115 | 25 Part 162 |
|---|---|
| 647 | 45 Part 233 |
| 781 | 25 Part 162 |
| 880 | 41 Part 109–45 |
| 885 | 32 Part 736 |
| 1039—1040 | 25 Part 175 |
| 1135 | 25 Part 162 |
| 1250 | 25 Part 216 |
| 1526 | 16 Part 240 |
| 1967 | 25 Parts 151, 162 |
| 1985 | 26 Part 1 |
| 1987 | 46 Part 205 |
| 1998 | 46 Part 205 |
| 2004 | 46 Part 205 |
| 2011 | 46 Part 205 |
| 2036 | 41 Part 50–202 |

**50 Stat.**

| 68 | 25 Part 215 |
|---|---|
| 874 | 43 Part 2810 |

**50 Stat.—Continued**

|  | CFR |
|---|---|
| 875 | 43 Part 5450 |

**52 Stat.**

| 193 | 25 Part 173 |
|---|---|
| 307 | 20 Part 337 |
| 1034 | 25 Parts 91, 226 |
| 1035 | 25 Part 226 |
| 1068 | 29 Part 520 |

**53 Stat.**

| 32 | 26 Parts 514, 520 |
|---|---|
| 811 | 32 Part 736 |
| 1129 | 25 Part 151 |
| 1144 | 43 Part 2400 |
| 1398 | 20 Part 410 |

**54 Stat.**

| 396 | 32 Part 736 |
|---|---|
| 422 | 25 Part 175 |
| 745 | 25 Part 162 |
| 1057 | 25 Part 162 |

**55 Stat.**

| 621 | 43 Part 2910 |
|---|---|

**57 Stat.**

| 380 | 32 Part 736 |
|---|---|

**58 Stat.**

| 264 | 32 Part 627 |
|---|---|
| 703 | 32 Part 627 |
| 905 | 7 Part 654 |

**59 Stat.**

| 260 | 32 Part 736 |
|---|---|

**60 Stat.**

| 237 et seq | 31 Part 10 |
|---|---|
| 238 | 31 Part 323 |
| 308 | 25 Part 162 |
| 338 | 25 Part 135 |
| 856 | 32 Part 736 |
| 929 | 26 Part 303 |
| 1095 | 20 Parts 25, 501 |

**61 Stat.**

| 136 | 29 Part 1401 |
|---|---|
| 495 | 32 Part 256 |
| 681 | 43 Parts 3620, 3710, 5450, 5460 |

**62 Stat.**

| 162 | 43 Part 3833 |
|---|---|
| 172 | 46 Part 310 |
| 273 | 25 Part 175 |
|  | 43 Part 17 |
| 281 | 7 Part 500 |
|  | 43 Part 421 |
| 286 | 32 Part 736 |
| 452 | 32 Part 736 |
| 983 | 15 Part 2 |
| 1070 | 7 Part 1492 |

**63 Stat.**

| 377 | 32 Part 736 |
|---|---|
|  | 41 Parts 101–19, 105–64 |
|  | 44 Part 15 |
| 380 | 7 Part 500 |
| 389 | 7 Part 500 |
| 390 | 41 Parts 101–6.3, 101–9, 101–20, 101–33, 101–37, 101–40, 101–42, 101–43—101–44, 101–47, 102–34, 102–192, 109–48 |
|  | 48 Part 1452 |

## Authorities

**63 Stat.—Continued**                                    CFR

483 ...........................................32 Part 621
605 ...........................................25 Part 151
1065 .........................................20 Part 603

**64 Stat.**

46 .............................................25 Part 162
470 ...........................................25 Part 162
903 ...............................43 Parts 2101, 2103
1109 .........................................32 Part 736
1120 ..........................................33 Part 19
1261 ...........................................28 Part 3
1262 ...............................25 Parts 150, 250
                                30 Parts 201—203
                                36 Parts 68, 71, 72
1263.......................20 Parts 1, 10, 701, 702, 703
                                29 Part 2
1267 ................................29 Parts 3, 30
1271 ................................20 Parts 25, 62
1272 .........................................20 Part 501
1273 .....46 Parts 222, 251, 280, 283, 309, 331, 381,
                                391
1280 ................................31 Parts 8, 10

**65 Stat.**

290 ...........................................14 Part 189
363 ...........................................32 Part 536
645 ...........................................32 Part 736

**66 Stat.**

173 ...............................8 Parts 280, 341
174 ...........................................8 Part 215
195 .............................................8 Part 280
197 .............................................8 Part 280
201 .............................................8 Part 280
203 .............................................8 Part 280
212 .............................................8 Part 280
219 .............................................8 Part 280
221—223 ...................................8 Part 280
226 .............................................8 Part 280
227 .............................................8 Part 280
230 .............................................8 Part 280
238 .............................................8 Part 341
254 .............................................8 Part 341
264 .............................................8 Part 264
308 ...............................41 Part 50—202
624 ...........................................32 Part 536
754 ...........................................43 Part 17

**67 Stat.**

111 .........................................16 Part 1609
178 ...........................................32 Part 253
631 ...............................45 Parts 16, 204

**68 Stat.**

53 ...........................................43 Part 3620
93 .............................................33 Part 401
303 ...............................33 Parts 208, 222
770 .........................................16 Part 1609
789 ...........................................43 Part 2540
832 ...........................................32 Part 736
919 ...........................................40 Part 191
930 ...........................................43 Part 2540
                                10 Part 2
932 ...........................................10 Part 2
933 ...........................................10 Part 2
935 ...........................................10 Part 2
936 ....................................10 Part 2, 50
937 ....................................10 Part 2, 50
938 ....................................10 Part 2, 50

**68 Stat.—Continued**                                    CFR

939 ...........................................10 Part 50
948 ..................................10 Part 2, 50, 140
948—951 ...................................10 Part 2
953 ....................................10 Part 2, 50
954 ....................................10 Part 2, 50
955 ....................................10 Part 2, 50
956 ...........................................10 Part 50
1026 .........................................25 Part 171

**68A Stat.**

163 ...........................................32 Part 736
417 .............................................26 Part 36
781 ...........................................26 Part 401
917 ........26 Parts 2, 3, 8, 15, 16, 35, 36, 302, 303,
                    305, 400, 401, 403, 404, 502, 503, 516,
                    517, 601

**69 Stat.**

352 ...........................................32 Part 536
367 ...........................................43 Part 5450
392 ...........................................25 Part 151
539—540 ...................................25 Part 162
562 ...........................................26 Part 302
681 .........................................43 Part 3730
729 ...........................................43 Part 17
1267 ...........................................29 Part 1

**69A Stat.**

729 ...........................................43 Part 17

**70 Stat.**

195 ...........................................46 Part 501
290 ...........................................25 Part 151
443 .............................................50 Part 90
516 ...........................................32 Part 536
592 .........................................43 Part 3810
626 ...........................................25 Part 151

**70A Stat.**

141 ...........................................32 Part 736
278 ...............................32 Parts 736, 765

**71 Stat.**

374 .............................................25 Part 75
471 ...........................................25 Part 140
576 .............................................10 Part 2
579 ...........................................10 Part 140
605 ...........................................46 Part 350
634 ...........................................45 Part 703

**72 Stat.**

95 .............................................23 Part 610
316 ...........................................33 Part 211
339—340 ...................................43 Parts 2090, 2620
339 ...........................................25 Part 241
385 ...........................................13 Part 113
438 .............................................36 Part 254
680 ...............................19 Parts 201, 202
694 ...........................................13 Part 113
968 ...........................................25 Part 162
972 .........................................14 Part 1209
1252 .........................................32 Part 736
1686 .........................................43 Part 17
1688 .........................................43 Part 17
1785—1788 ...............................21 Part 540
793 ...........................................32 Part 736

**73 Stat.**

63 ...........................................32 Part 299a
141 ...........................................25 Part 241

# CFR Index

**73 Stat.—Continued** | **CFR**

381 ................................................32 Part 736
706 ................................................32 Part 536

**74 Stat.**

424 ................................................32 Part 935
50 Part 38

**75 Stat.**

129 ................................................15 Part 1200
505 ................................................25 Part 151
613 ................................................45 Part 1225
688 ........................18 Parts 410, 415, 420, 430
714 ................................................29 Part 5
840 ........46 Parts 222, 251, 280, 283, 309, 331, 381, 391, 550
842 ................................................46 Part 310

**76 Stat.**

53 ................................................43 Part 17
89 ................................................43 Part 2540
117 ................................................26 Part 49
119 ................................................26 Part 49
409 ................................................10 Part 2
517 ................................................32 Part 765
593 ................................................28 Part 43
645 ................................................50 Part 29
652 ........................................43 Parts 3600, 3620
654 ................................................50 Parts 31, 70, 71
902 ................................................19 Part 201

**76A Stat.**

14—15 ................................................35 Part 255
39 ................................................35 Part 67

**77 Stat.**

72 ................................................26 Part 49
349 ................................................25 Part 151

**78 Stat.**

168 ................................................32 Part 299a
186—187 ................................................25 Part 141
237 ................................................26 Part 49
252 ................................................41 Part 101–6
329 ................................................43 Part 17
389 ................................................25 Part 151
391 ................................................15 Part 1200
400 ................................................15 Part 1200
516 ................................................34 Part 215
688 ................................................18 Part 410
747 ................................................25 Part 151
890 ................................................50 Part 35
897 ................................................43 Part 17
926 ................................................43 Part 17

**79 Stat.**

21 ................................................29 Part 1
213 et seq. ................................33 Parts 236, 279
218 ................................................32 Part 300
852 ................................................45 Part 1105
992 ................................................40 Parts 240, 241

**80 Stat.**

107 ................................................49 Part 71
279 ................................................7 Part 1205
309 ................................................20 Part 410
378 ................................................32 Part 716
379 ................................................7 Part 22
22 Part 132
26 Part 601
32 Part 765

**80 Stat.—Continued** | **CFR**

383 ................................................17 Part 145
897 ................................................15 Part 301
926 ................................................50 Parts 29, 70, 71
937 ................................................33 Part 19
940 ................................................33 Part 109
1027 ................................................29 Parts 5
1297 ................................................16 Part 503
1298 ................................................16 Part 501
1299 ................................................16 Parts 501, 502
1300 ................................................16 Parts 501—503
1301 ................................................16 Part 503
1306 ................................................32 Part 536
1356 ................................................46 Part 501
1537 ................................................7 Part 1492
1999 ................................................16 Part 503

**81 Stat.**

54—56 ................................................29 Part 1401
54 ................................................17 Part 145
568 ................................................16 Parts 1610, 1611

**82 Stat.**

45 ................................................29 Part 1
174 ................................................25 Part 151
197 ................................................28 Part 32
79 ................................................20 Part 410
816 ................................................40 Part 403
884 ................................................25 Part 151
906 ................................................43 Part 2270
919 ................................................43 Part 2270
1369 ................................................49 Part 601

**83 Stat.**

124 ................................................14 Part 1221
444 ................................................10 Part 2, 50
744 ................................................20 Part 410
792 ................................................20 Parts 410, 718
793 ................................................20 Part 410
852 ................................................33 Part 236
853 ................................................10 Part 2, 50
854 ................................................40 Part 6

**84 Stat.**

55 ................................................29 Part 870
120 ................................................25 Part 151
204 ................................................22 Part 1104
36 Part 805
413 ................................................8 Part 293
695 ................................................20 Part 615
708 ................................................20 Part 615
719 ................................................33 Part 235
773—775 ................................................39 Part 211
843 ................................................25 Part 150
1026 ................................................26 Part 3
46 Part 283
1036 .....46 Parts 222, 251, 280, 283, 294, 309, 331, 381, 385, 391
1071 ................................................15 Part 1200
1227 ................................40 Parts 240, 241, 245—246
1236 ................................................42 Part 2a
1316 ................................................45 Part 1388
1327 ................................................47 Part 200
1338—1339 ................................................49 Part 251
1473 ................................................10 Part 2
1509 et seq. ................................18 Parts 801, 803—805
1609 ................................................29 Part 1960
1614 ................................................29 Part 1960
1706 ................................................40 Part 54

# Authorities

**84 Stat.—Continued**     CFR

|  |  |
|---|---|
|  | 40 Part 53 |
| 1849 | 5 Part 792 |
| 1874 | 25 Part 151 |
| 1909 | 25 Part 275 |
| 1925 | 25 Part 275 |
| 1975—1976 | 49 Part 250 |
| 2083 | 47 Parts 214, 215 |
| 2090 | 50 Part 260 |

**85 Stat.**

|  |  |
|---|---|
| 480 | 50 Part 19 |
| 533 | 26 Part 142 |
| 688 | 25 Part 69 |
| 715 | 25 Part 69 |
| 735 | 15 Part 908 |
| 743 | 10 Parts 205, 210, 212 |
| 751 | 5 Part 352 |

**86 Stat.**

|  |  |
|---|---|
| 3 | 49 Part 1325 |
| 62 | 32 Part 621 |
| 150 | 20 Part 410 |
| 216 | 25 Part 151 |
|  | 41 Part 101–19 |
| 226 | 10 Part 1020 |
| 235 | 34 Part 222 |
| 424 | 33 Part 401 |
| 461 | 36 Part 71 |
| 530 | 25 Part 151 |
|  | 43 Part 4 |
| 613 | 36 Part 282 |
| 621 | 33 Part 209 |
| 623 | 33 Part 209 |
| 740 | 32 Part 216 |
| 744 | 25 Part 151 |
| 770 | 22 Part 214 |
|  | 41 Part 105–54 |
| 815 | 40 Part 429 |
| 816 et seq. | 40 Parts 6, 136, 401, 410, 413–417, 421, 427, 428, 443, 446, 447, 454, 457–460 |
| 816 | 40 Parts 21, 416, 419, 423, 440, 465, 466 |
| 871 | 40 Part 140 |
| 919 | 31 Part 51 |
| 973 | 33 Part 274 |
| 1027 | 50 Part 82 |
| 1115 | 28 Part 20 |
| 1234 | 40 Parts 203, 210, 230 |
| 1251 | 20 Parts 722, 726 |

**87 Stat.**

|  |  |
|---|---|
| 27 | 10 Parts 210, 212 |
| 65 et seq. | 7 Part 1610 |
| 139 | 22 Part 1104 |
|  | 36 Part 805 |
| 197 | 28 Part 32 |
| 394 | 45 Part 1216 |
| 397 | 45 Part 1210 |
| 398 | 45 Parts 1211, 1217, 1218, 1222, 1225, 1232 |
| 407 | 22 Part 306 |
|  | 45 Parts 1210, 1211, 1218, 1225 |
| 408 | 45 Parts 1216, 1226 |
| 411—412 | 45 Part 1226 |
| 412 | 45 Part 1219 |
| 413 | 45 Part 1220 |
| 414 | 45 Parts 1206, 1211, 1213, 1216—1220, 1222, 1225 |
| 420 | 45 Part 1206 |

**87 Stat.—Continued**     CFR

|  |  |
|---|---|
| 466—468 | 25 Part 87 |
| 548 | 49 Part 201 |
| 576 | 43 Part 27 |
| 627 | 10 Parts 202, 210, 212 |
| 884 | 50 Parts 81, 424 |
| 975 | 18 Part 725 |
| 978 | 12 Part 339 |
| 982 | 12 Part 339 |
| 985 | 49 Part 99 |

**88 Stat.**

|  |  |
|---|---|
| 1—3 | 32 Parts 298, 299 |
|  | 35 Part 299 |
| 4 | 45 Part 1340 |
| 72 | 29 Parts 579—580 |
| 76 | 29 Parts 552, 579—580 |
| 78 | 25 Part 151 |
| 81 | 25 Part 151 |
| 96 | 10 Parts 202, 205, 206, 208—212, 214, 215, 303, 305, 625 |
| 125 | 42 Part 2a |
| 132 | 42 Part 2a |
| 137 | 42 Part 2 |
| 143 | 42 Part 38 |
| 174 | 22 Part 1104 |
| 192 | 36 Part 71 |
| 246 | 10 Part 205 |
| 271 | 7 Part 702 |
| 392 | 7 Parts 1807, 1841, 1845, 1864, 1866, 1933, 1948 |
| 484 | 25 Part 43 |
|  | 34 Parts 106, 222 |
|  | 45 Part 86 |
| 534—535 | 34 Part 222 |
| 931 | 26 Part 420 |
| 978 | 26 Part 54 |
| 1109 | 28 Part 32 |
| 1183 | 46 Part 105 |
| 1233 | 10 Part 810 |
| 1234 | 10 Parts 470, 475, 791 |
| 1242 | 48 Part 20 |
|  | 10 Parts 2, 50, 140 |
| 1244 | 10 Parts 50, 140 |
| 1245 | 10 Part 50 |
| 1246 | 10 Parts 2, 50 |
| 1248 | 10 Part 2 |
| 1417 | 35 Part 9 |
| 1494 | 43 Part 430 |
| 1528 | 49 Part 256 |
| 1561 | 5 Part 1631 |
|  | 8 Part 343c |
|  | 29 Part 1610 |
|  | 32 Parts 296, 298—299a, 1285, 2101 |
|  | 35 Parts 9, 299 |
|  | 36 Part 902 |
|  | 40 Part 1515 |
|  | 49 Part 802 |
| 1578 | 38 Part 21 |
| 1608 | 10 Parts 212, 215 |
| 1659 | 10 Part 215 |
| 1716 | 25 Part 151 |
| 1845 | 20 Part 603 |
| 1855 | 34 Part 106 |
|  | 45 Part 86 |
| 1862 | 34 Part 106 |
|  | 45 Part 86 |
| 1896 | 18 Part 3b |

# CFR Index

**88 Stat.—Continued**

| | CFR |
|---|---|
| | 25 Part 43 |
| | 29 Part 71 |
| | 32 Parts 262, 266 |
| | 39 Part 267 |
| 1897 | 22 Part 505 |
| 1900 | 29 Part 71 |
| 1957 | 38 Part 21 |
| 1978 | 15 Part 2003 |
| 2073 | 19 Part 205 |
| 2183 | 12 Part 227 |
| 2193 | 16 Part 424 |
| 2203 | 25 Part 151 |
| 2207 | 25 Part 151 |
| 2351 | 26 Part 301 |
| 2578 | 41 Part 61–250 |
| 4589 | 32 Part 169a |

**89 Stat.**

| | CFR |
|---|---|
| 93 | 49 Part 256 |
| 163 | 17 Part 203 |
| 379 | 28 Part 3 |
| 481 | 10 Parts 212, 215 |
| 486 | 45 Part 1388 |
| 531 | 28 Part 57 |
| 579 | 45 Part 233 |
| 694 | 10 Parts 212, 215 |
| 773 | 25 Part 43 |
| 844 | 40 Part 800 |
| | 45 Part 1160 |
| 871 | 10 Parts 209, 212, 215, 216, 625 |
| 1035 | 43 Part 419 |
| 1074 | 10 Part 871 |
| 1109 | 31 Part 13 |
| 1116 | 45 Part 1160 |
| 1117 | 36 Part 292 |

**90 Stat.**

| | CFR |
|---|---|
| 31 | 49 Part 265 |
| 71 | 49 Part 258 |
| 76 | 49 Part 260 |
| 125 | 49 Part 256 |
| 145 | 36 Part 64 |
| 251 | 12 Part 267 |
| 263 | 15 Part 303 |
| 504 | 16 Part 1009 |
| 509 | 16 Part 1118 |
| 744 | 22 Part 120, 122—124, 126, 127 |
| 784 | 10 Part 212 |
| 818 | 49 Part 228 |
| 823 | 22 Part 64 |
| 889 | 43 Part 419 |
| 999 | 31 Part 52 |
| 1042 | 15 Part 931 |
| 1125 | 10 Parts 212, 215 |
| 1211 | 43 Part 419 |
| 1241 | 42 Part 401 |
| | 45 Part 702 |
| 1260 | 10 Parts 475, 791 |
| 1263 et seq | 10 Parts 475, 791 |
| 1320 | 22 Part 1104 |
| | 36 Part 805 |
| 1346 | 28 Part 32 |
| 1369 | 38 Part 3 |
| 1519 | 36 Part 67 |
| 1667 | 42 Part 401 |
| 1918 | 36 Part 68 |
| 2024 | 49 Part 258 |

**90 Stat.—Continued**

| | CFR |
|---|---|
| 2094 | 34 Part 692 |
| 2253 | 42 Part 57 |
| 2341 | 31 Part 51 |
| 2407 | 28 Parts 32, 42 |
| 2624 | 49 Part 258 |
| 2625 | 49 Part 260 |
| 2629 | 49 Part 256 |
| 2667 | 20 Part 615 |
| 2672 | 20 Part 615 |
| 2677—2678 | 20 Part 615 |
| 2743 | 36 Part 254 |
| 2917 | 36 Part 330 |
| 2928 | 33 Part 276 |

**91 Stat.**

| | CFR |
|---|---|
| 157 | 32 Part 734 |
| 158 | 29 Part 870 |
| 180 | 10 Part 470 |
| 221 | 22 Part 71 |
| 275 | 10 Part 212 |
| 308 | 33 Part 81 |
| | 46 Part 184 |
| 445 | 30 Part 706 |
| 446 | 10 Part 320 |
| 565 et seq | 18 Part 1 |
| 565 | 10 Parts 209, 210, 212, 470, 473—475, 625, 791, 810 |
| 599 | 10 Part 820 |
| 685 | 40 Part 57 |
| 913 | 7 Part 254 |
| 955 | 7 Part 1475 |
| 1106 | 32 Part 70 |
| 1354 | 45 Part 234 |
| 1433 | 38 Parts 3, 21 |
| 1449 | 38 Part 3 |
| 1461 | 42 Part 50 |
| 1561 | 45 Parts 205, 206 |
| 1566 et seq | 40 Part 401 |
| 1566 | 40 Parts 25, 434 |
| 1567 | 40 Parts 410, 415, 419, 421, 423, 429, 440, 465, 466 |

**92 Stat.**

| | CFR |
|---|---|
| 47 | 10 Parts 473, 475, 791 |
| 175 | 29 Part 92 |
| 181—182 | 29 Part 92 |
| 205 | 45 Part 1340 |
| 213 | 22 Part 709 |
| 249 | 17 Parts 300, 301 |
| 407 | 15 Part 931 |
| 435 | 49 Part 5 |
| 565 | 18 Parts 275, 280, 281 |
| 607 | 31 Part 123 |
| 629 | 30 Part 259 |
| 636—646 | 30 Part 209 |
| 666—668 | 30 Part 209 |
| 865 et seq | 17 Parts 4, 147, 155 |
| 874—875 | 17 Part 9 |
| 956 | 22 Parts 220, 222 |
| 1055 | 29 Part 1405 |
| 1101 | 32 Part 373 |
| 1112 | 5 Part 230 |
| 1132—1133 | 5 Part 432 |
| 1228 | 46 Part 402 |
| 1257 | 26 Part 48 |
| 1471—1472 | 33 Part 401 |
| 1649 | 36 Part 293 |

## Authorities

| 92 Stat.—Continued | CFR |
|---|---|
| 1693 | 18 Part 708 |
| 1824 | 5 Parts 734, 735, 737 |
| | 10 Part 1506 |
| | 22 Part 171 |
| | 45 Part 706 |
| 1864 | 22 Part 18 |
| 2076 | 29 Part 1604 |
| 2080 | 24 Parts 380, 390 |
| 2322 | 25 Part 38 |
| 2327 | 25 Part 38 |
| 2383—2391 | 18 Part 1308 |
| 2497 | 38 Part 3 |
| 2556 | 28 Part 32 |
| 2678 | 29 Part 401 |
| 2689 | 23 Parts 656, 657 |
| 2811 | 26 Part 601 |
| 2828 | 36 Part 67 |
| 2951 | 10 Part 50 |
| 2955 | 22 Part 217 |
| | 28 Part 41 |
| | 29 Parts 32, 1613 |
| | 36 Part 1190 |
| | 41 Part 60–741 |
| | 45 Parts 1151, 1232, 1388 |
| 2979 | 36 Part 1190 |
| 3021 | 40 Part 190 |
| 3059 | 49 Part 266 |
| 3117 | 18 Parts 154, 281 |
| 3166 | 10 Part 320 |
| 3289 | 10 Part 205 |
| | 18 Part 287 |
| 3318 | 14 Part 152 |
| | 49 Part 622 |
| 3323 | 7 Part 1948 |
| 3350 | 18 Parts 271, 286 |
| 3397 | 7 Part 2901 |
| 3405 | 7 Part 2901 |
| 3467 | 22 Part 1104 |
| | 36 Part 805 |
| 3570—3590 | 42 Part 51f |
| 3625—3626 | 7 Parts 220, 235 |
| 3641 | 12 Parts 215, 219, 226, 228, 330, 563e |
| 3783 | 5 Part 734 |
| 3751 | 50 Part 424 |

**93 Stat.**

| | |
|---|---|
| 37 | 10 Part 1506 |
| 76 | 19 Part 200 |
| 97 | 7 Part 220 |
| | 45 Part 205 |
| 371 | 5 Parts 316 |
| 452 | 5 Part 330 |
| | 35 Part 3 |
| 455 | 35 Part 7 |
| 456—457 | 35 Part 9 |
| 481 | 35 Part 67 |
| 489 | 35 Part 133 |
| 492 | 35 Parts 9, 61, 101, 103, 107, 109, 111, 113, 123, 125 |
| 493 | 35 Part 121 |
| 588 | 48 Part 871 |
| 692 | 46 Part 160 |
| 821 | 7 Part 700 |
| 835 | 7 Part 700 |
| 1162 | 41 Parts 101–42, 101–43, 101–44, 101–48 |
| 1167 | 28 Part 32 |
| 1225 | 50 Part 424 |

| 93 Stat.—Continued | CFR |
|---|---|
| 1336 | 10 Part 474 |
| 1378 | 22 Part 222 |

**94 Stat.**

| | |
|---|---|
| 50 | 14 Part 36 |
| 57 | 14 Part 36 |
| 161 | 12 Part 590 |
| 462 | 45 Part 205 |
| 541 | 7 Parts 1, 1250 |
| 780 | 44 Part 354 |
| 786 | 44 Part 350 |
| 789—790 | 10 Part 71 |
| 958 | 50 Part 26 |
| 1111—1115 | 38 Part 21 |
| 1115 | 38 Part 21 |
| 1299 | 29 Part 2617 |
| 1301 | 29 Part 2617 |
| 1302 | 29 Part 2617 |
| 1320 | 45 Part 663 |
| 1351 | 45 Part 95 |
| 1367 | 34 Part 604 |
| 1645 | 24 Part 4100 |
| 1870 | 7 Part 800 |
| 2079 | 22 Part 19 |
| 2102 | 22 Part 19 |
| 2325 | 28 Part 24 |
| | 49 Part 6 |
| 2371 | 43 Part 2300 |
| 2400 | 36 Part 228 |
| 2599 | 7 Parts 220, 235 |
| 2812 | 12 Part 505d |
| 2964 | 30 Parts 201—203 |
| 2987 | 22 Part 1104 |
| 3204 | 36 Part 67 |
| 3381 | 43 Part 2710 |
| 3516 | 31 Part 51 |

**95 Stat.**

| | |
|---|---|
| 151 | 46 Parts 232, 307, 310, 381 |
| 158 | 46 Part 310 |
| 172 | 36 Part 67 |
| 357 et seq | 10 Part 508 |
| 357 | 7 Part 28 |
| | 16 Part 1205 |
| | 26 Part 301 |
| | 43 Parts 3000, 3110 |
| 371—372 | 7 Part 800 |
| 488 | 45 Part 1340 |
| 782—783 | 38 Part 21 |
| 1070 | 30 Parts 201—203 |
| | 43 Part 3140 |
| 1213 | 7 Parts 1a, 254 |
| 1381 | 25 Part 114 |
| 1414 | 45 Part 1180 |
| 1699 | 23 Parts 650, 810 |
| 1709 | 36 Part 331 |
| 1727 | 15 Parts 368—377, 379, 385—387, 389—391, 399 |

**96 Stat.**

| | |
|---|---|
| 61 | 34 Part 6 |
| 623 | 26 Part 35 |
| 692 | 26 Part 35 |
| 718 | 32 Part 83 |
| 818 | 25 Part 114 |
| 1400 | 34 Part 690 |
| 1526—1527 | 12 Part 349 |
| 1544 | 24 Part 4100 |

## CFR Index

**96 Stat.—Continued**

| | CFR |
|---|---|
| 1653 | 44 Part 71 |
| 1749 | 10 Part 16 |
| | 43 Part 30 |
| 1751—1752 | 34 Part 31 |
| | 35 Part 256 |
| 1806 | 7 Part 220 |
| 1874 | 45 Part 1626 |
| 1920 | 38 Part 3 |
| 1994 | 45 Part 1180 |
| 2073 | 10 Part 2, 50 |
| 2097 | 23 Parts 650, 810 |
| | 29 Part 5 |
| | 49 Parts 50, 660 |
| 2136 | 49 Part 661 |
| 2184 | 26 Part 145 |
| 2201 | 10 Part 962 |
| 2213 | 10 Part 2 |
| 2230 | 10 Part 2 |
| 2232 | 10 Part 2 |
| 2241 | 10 Part 2 |
| 2331 | 15 Part 303 |
| 2413 | 45 Part 233 |
| 2513 | 45 Part 233 |
| 2535 | 36 Part 254 |
| 2543 | 20 Part 396 |
| 2546 | 20 Part 396 |
| 3135 | 23 Part 650 |
| 3792 | 40 Part 191 |

**97 Stat.**

| | CFR |
|---|---|
| 65 | 38 Part 3 |
| 365 | 45 Part 233 |
| 443 | 38 Part 21 |
| 955 | 50 Part 26 |
| 959 | 5 Parts 734, 735 |
| 964 | 7 Parts 220, 235 |
| 1153 | 12 Parts 20, 347 |
| | 24 Parts 205, 220, 241 |

**98 Stat.**

| | CFR |
|---|---|
| 183 | 29 Part 2204 |
| 189 | 45 Part 1206 |
| 494 | 44 Part 354 |
| 1052 | 26 Part 31 |
| 1153 | 15 Part 19 |
| 1333 | 43 Part 431 |
| 1792 | 29 Parts 1625, 1627 |
| 1837 | 25 Part 20 |
| | 28 Part 32 |
| | 43 Part 4100 |
| 2366 | 34 Part 690 |
| 2407 | 34 Part 690 |
| 2435 | 20 Part 629 |
| 2491 | 20 Part 629 |
| 2725 | 38 Part 3 |
| 2989 | 19 Part 213 |
| 3018—3024 | 15 Part 2007 |
| 3155 | 43 Part 8200 |
| 3394 | 15 Part 981 |

**99 Stat.**

| | CFR |
|---|---|
| 30 | 41 Part 201–32 |
| 120 | 10 Part 12 |
| | 15 Parts 368—377, 379, 385—391, 399 |
| | 29 Part 2204 |
| 1185 | 25 Part 700 |
| | 30 Parts 251, 252 |
| 1354 | 13 Part 120 |

**99 Stat.—Continued**

| | CFR |
|---|---|
| 1842 | 10 Part 1800 |
| 1914 | 10 Part 1800 |
| 1921—1922 | 10 Part 1800 |

**100 Stat.**

| | CFR |
|---|---|
| 23 | 5 Part 831 |
| 82 | 29 Part 2610 |
| | 31 Part 51 |
| | 34 Part 690 |
| 239—240 | 29 Part 2619 |
| 240 | 29 Part 2610 |
| 244—252 | 29 Part 2619 |
| 274 | 29 Part 2619 |
| 253—257 | 29 Part 2619 |
| 517 | 5 Part 846 |
| 764 | 49 Part 71 |
| 932 | 10 Part 456 |
| 1268 | 34 Part 680 |
| 1770 | 14 Parts 211, 272, 302 |
| 1783 | 7 Part 240 |
| 1810 | 29 Part 33 |
| 1972 | 45 Part 205 |
| 2746 | 26 Part 301 |
| 2916 | 45 Part 233 |
| 3190 | 28 Part 20 |
| 3196 | 28 Part 20 |
| 3207 | 5 Parts 294, 1100, 1631, 2005 |
| | 8 Parts 212, 287 |
| | 17 Part 145 |
| | 29 Part 1610 |
| | 44 Part 5 |
| | 45 Parts 1100, 2005 |
| | 49 Part 701 |
| 3209 | 17 Parts 402, 403, 405 |
| 3359 | 45 Parts 206, 233 |
| 3500 | 50 Part 17 |
| 3515 | 31 Part 555 |
| 3672 | 14 Parts 211, 272, 302 |

**101 Stat.**

| | CFR |
|---|---|
| 7 | 40 Part 440 |
| 56 | 47 Part 32 |
| 260 | 26 Part 41 |
| 697 | 42 Part 1001 |
| 886 | 43 Part 4 |
| 1000 | 42 Part 62 |
| 1300 | 5 Part 842 |
| 1330—275 | 25 Part 831 |
| 1568 | 12 Parts 611, 614, 615, 620 |
| 1608 | 12 Part 615 |
| 1638 | 12 Part 611 |
| 1639 | 12 Part 614 |
| 1656 | 12 Part 620 |
| 1812 | 45 Part 233 |
| 1936 | 29 Part 2590 |
| 2101 | 13 Part 130 |

**102 Stat.**

| | CFR |
|---|---|
| 110 | 19 Part 213 |
| 908 | 45 Part 233 |
| 914 | 45 Part 233 |
| 989 | 12 Part 611 |
| 1003—1004 | 12 Part 611 |
| 1107 | 29 Part 626 |
| | 20 Part 626 |
| 1439 | 15 Part 295 |
| 1567 | 37 Part 5 |
| 2001 | 32 Part 884 |

94

# Authorities

**102 Stat.—Continued** CFR

2377 .............................................45 Part 205
2834 ...............................................5 Part 630
2842 .............................................49 Part 591
3324 .............................................26 Part 301
3335 .............................................23 Part 1235
4056 .............................................48 Part 9901
4546 .............................................36 Part 290
4693 .............................................45 Part 233

**103 Stat.**

357 ...............................................12 Part 360
601 ...............................................46 Part 514
938 ...............................................29 Part 580
1795 .............................................45 Part 233
1886 .............................................19 Part 357
1908 .............................................33 Part 53
2099 .............................................29 Part 504
2103 .............................................29 Part 504
2106 ...............................................5 Part 842
2189—2208 ...................................42 Part 67
2413 .............................................26 Part 1
2489 .............................................45 Part 233

**104 Stat.**

90 .................................................10 Part 2
143 ...............................................25 Part 67
322 .................................................5 Part 1658
515 ...............................................46 Part 31
520 ...............................................33 Part 157
646 ...............................................29 Part 801
714—726 .......................................36 Part 223
831 ...............................................45 Part 233
890 ...............................................12 Part 510
                                                28 Parts 22, 36, 71, 76, 85
                                                33 Part 27
                                                49 Part 578
925 ...............................................45 Part 233
963 ...............................................17 Parts 402, 403, 405
1388 ...............................................5 Parts 842, 1620
1388-336 .........................................5 Part 536
1388-328 .........................................5 Part 831
1462 ...............................................5 Parts 531, 575
                                                43 Part 38
1466 ...............................................5 Parts 531, 575
1516 .............................................32 Parts 626, 627
1860 .............................................32 Part 240
2064 ...............................................5 Parts 870, 890
                                                22 Part 193
2733 .............................................49 Part 663
2736 .............................................49 Part 1
2814 .............................................13 Part 130
2823 .............................................13 Part 115
2838 ...............................................7 Parts 3017, 3021
2871 .............................................29 Part 541
2943 .............................................15 Part 280
3289 .............................................43 Part 418
3244 .............................................29 Part 1928
3359 ...............................................7 Part 1220
4051 ...............................................7 Part 1786
4978 .............................................22 Part 89
5000 .............................................22 Part 43
5067 .............................................22 Part 44

**105 Stat.**

92 .................................................5 Part 630
832 ...............................................28 Part 65
1914 .............................................23 Parts 172, 625, 657
1993 .............................................49 Part 1503

**105 Stat.—Continued** CFR

                                                49 Part 393
2003 .............................................23 Part 172
2012 .............................................23 Part 625
2236 .............................................12 Parts 215, 225

**106 Stat.**

606 ...............................................45 Part 233
986 ...............................................13 Part 130
1356 ...............................................5 Part 531
1828 .............................................13 Parts 123, 130
1864 .............................................13 Part 123
1961 .............................................50 Part 25
2094—2101 ...................................42 Part 67
2315 .............................................31 Part 800
2463 .............................................31 Part 800
2722 ...............................................5 Part 630
3790 .............................................31 Part 3377
4102 .............................................12 Parts 650, 651, 652
4600 .............................................43 Parts 10000, 10005
4625 .............................................43 Parts 10000, 10001, 10005
4740 .............................................25 Part 183
4777 .............................................40 Parts 191, 194
5039 .............................................15 Part 904
                                                33 Part 117
5055 .............................................15 Part 922

**107 Stat.**

23 .................................................5 Part 630
40 .................................................15 Part 771
214 ...............................................42 Part 67
215 ...............................................42 Part 67
312 .................................................7 Part 1786
330 .................................................7 Part 1485
405 ...............................................43 Part 3850
412 .................................................5 Part 831
543 .................................................7 Part 25
739 .................................................7 Parts 623, 703
                                                13 Part 123
742 .................................................7 Part 623
981 ...............................................5 Parts 530, 531, 536
1022 ...............................................5 Part 630
1046 ...............................................7 Part 4285
1536 .............................................28 Part 25
1547 .............................................32 Part 3
2011 .............................................25 Part 162
2057 .............................................19 Part 207
                                                29 Parts 504, 507
                                                40 Part 95
2064 .............................................40 Part 95
2149 .............................................20 Part 655
2379 .............................................12 Part 366
2439 .............................................33 Parts 175, 177, 179, 181, 183
                                                46 Parts 10, 15, 30, 70, 90, 114, 169,
                                                188, 199

**108 Stat.**

3 ...................................................7 Parts 1478, 4285
1407 .............................................15 Part 771
2323—2325 ...................................44 Part 354
2423 ...............................................5 Part 630
2663 ...............................................5 Part 630
3178 ...............................................7 Part 1770
3327 ...............................................2 Part 180
                                                5 Part 970
                                                20 Part 436
                                                22 Part 1508
3410 ...............................................5 Part 630
4104 .............................................29 Part 5

## CFR Index

**108 Stat.—Continued**

CFR

4572 .................................................25 Part 162
4809 ..............................15 Parts 2012, 2015
                                              19 Part 206
4814 ...............................................14 Part 1217
4819 .....................................................7 Part 6
                                              14 Part 1217
4991 ..................................................15 Part 303
7201 ...............................................41 Part 50—201

**109 Stat.**

102 ...........................................5 Parts 831, 842
507 ......................................................31 Part 12
535 ..................................................48 Part 6105
546 .....................................................33 Part 157
568 ............................................23 Parts 172, 772
                                              49 Part 395
605 ...................................................23 Part 772
613 ...................................................49 Part 395
4978 .................................................20 Part 656

**110 Stat.**

56 .......................................................47 Part 64
168 ...........................12 Part 650, 651, 652
186 .....................................................5 Part 1620
434 .....................................................5 Part 1620
435 .....................................................5 Part 1620
775 ...................................................15 Part 280
857 ...................................................49 Part 1011
862 ...................................................29 Part 2704
1060 ..................................................39 Part 232
1321 ................5 Parts 831, 846, 870, 2634, 2636
                                              8 Part 270
                                  28 Parts 20, 22, 36, 71, 76, 85
                                              40 Part 35
                        45 Parts 1606, 1610—1612, 1617, 1620,
                          1623, 1626, 1627, 1632, 1633, 1636—
                              1639, 1640, 1642, 1644
1321—102 .......................................12 Part 842
                                              5 Part 842
1321—299 ........................................40 Part 35
1321—358 ..............................12 Parts 308, 510
1321—373 .........................................10 Part 2
                                  29 Parts 4071, 4302
                                              49 Part 386
1372 .................................................49 Part 578
1396 ...................................................43 Part 12
1569 ...................................................7 Part 771
1936 .................................................45 Part 146
2021—2031 ............................45 Parts 162, 164
2422 ..................................................32 Part 270
2935 .................................................45 Part 146
2944 .................................................45 Part 146
3009 .................................................31 Part 208
                        45 Parts 1610, 1612, 1617,1620, 1626,
                          1627, 1630, 1632, 1633, 1636—1638,
                              1640, 1642
3009—708 .......................................8 Part 214
3009—166 .......................................31 Part 537
3034 ..................................................33 Part 151
3048 ..................................................29 Part 2702
3826 ..........................48 Parts 6103—6105
3870 .................................................46 Part 501
3901 .................................................46 Part 107
3947 ...................................................46 Part 27
4016 .................................................25 Part 162
4240 ...................................................36 Part 13

**111 Stat.**

CFR

158 .....................................................5 Part 630
                                              7 Part 783
251................5 Parts 811, 831, 842, 846, 870, 890
                                              27 Part 296
                                  28 Parts 800—803
712........................28 Parts 800, 802, 803, 810
712—731 ...........................................31 Part 29
738 .....................................................5 Part 330
756—759 ...........................................31 Part 29
786—787 ...........................................31 Part 29
873 ...................................................42 Part 100
885 .......................................................7 Part 25
1114 ...................................................38 Part 21
1261 ..................................................36 Part 1501
1272 ...................................................5 Part 846
1338—1339 .......................................43 Part 12
1344 ...................................................40 Part 35
1373 ...................................................40 Part 35
1589—1590 .......................................43 Part 12
1629 .................................................15 Part 762
2160 .............................8 Parts 240, 245, 1240
2193 .............................8 Parts 240, 245, 1240
2196—200 ............................................8 Part 3
2440 ................45 Parts 1606, 1623, 1630, 1644
2512 .................................................45 Part 1611
2592 ...................................................13 Part 121
2681 .....................................................7 Part 15f

**112 Stat.**

107 ...........................23 Parts 172, 180, 636
                                  49 Parts 26, 80, 261, 640
113 ......................................................49 Part 26
241 ....................................................23 Part 180
                                  49 Parts 26, 261, 640
469 ...................................................49 Part 591
482 ...................................................50 Part 86a
842 ...................................................23 Part 650
910 ...................................................12 Part 1510
1536 .................................................15 Part 280
1581 ..................................................28 Part 90
1815 ..................................................28 Part 90
1902 .................................................46 Part 525
1920 ............................22 Parts 120, 121, 123
                                              47 Part 301
2061 ...................................................5 Part 890
2419 ....................5 Parts 831, 842, 846, 870
2424 ...................................................5 Part 330
2461 ..................................................40 Part 35
2499 ..................................................40 Part 35
2502 .................................................44 Part 354
2681 et seq..................22 Parts 22, 62, 171
2681 .................................................7 Part 1477
                                  8 Parts 240, 245, 507, 1240
                                              20 Part 655
                                              46 Part 356
2681—33 .........................................7 Part 3419
2681—37 ...........................................7 Part 25
2681—42—2681—44 .................7 Part 1439
2681—259 .......................................36 Part 13
2681—436 .......................................45 Part 146
2681—741 .......................................42 Part 100
2681—795—2681—801 .................22 Part 41
2750 ..........................10 Parts 2, 50, 140
3013 ..........................22 Parts 129, 139
3182—3183 .....................................5 Part 213
3411 ............46 Parts 515, 525, 535, 545
3445 .................................................46 Part 388

## Authorities

**113 Stat.** CFR

| Stat. | CFR |
|---|---|
| 57 | 7 Part 1439 |
| | 50 Part 679 |
| 72 | 36 Part 13 |
| 118 | 15 Part 280 |
| 167 | 15 Part 303 |
| 245 | 13 Part 123 |
| 477 | 5 Part 792 |
| 664 | 5 Part 553 |
| 1135 | 7 Parts 1439, 1447, 1464, 1469, 1478 |
| 1178 | 7 Part 1411 |
| 1312 | 20 Part 655 |
| 1501 | 7 Parts 1439, 1478, 1479 |
| | 44 Part 209 |
| 1501A–293 | 7 Part 301 |
| 1501A–430 | 22 Part 51 |
| 1530 | 28 Part 811 |
| 1536 | 44 Part 209 |
| 1748 | 49 Parts 1, 368, 390, 398 |
| 1753 | 49 Parts 350, 384 |
| 1766 | 49 Parts 383, 390, 398 |
| 1767 | 49 Part 383–384, 390 |
| 1927–1928 | 42 Part 100 |

**114 Stat.**

| Stat. | CFR |
|---|---|
| 299 | 15 Part 335, 340 |
| 358 | 7 Part 1439 |
| 400 | 7 Part 301 |
| 464 | 12 Part 609 |
| 511 | 44 Parts 209, 295 |
| 568 | 44 Part 209 |
| 584 | 44 Part 295 |
| 770 | 5 Parts 839, 1606 |
| 778 | 5 Part 846 |
| 780 | 5 Parts 831, 840 |
| 781 | 5 Part 831 |
| 1356A | 23 Part 1225 |
| 1356B | 23 Part 1225 |
| 1464 | 28 Part 1100 |
| 1477 | 28 Part 1100 |
| 1527–29 | 8 Part 3 |
| 1531–32 | 8 Part 3 |
| 1549 | 7 Parts 760, 1439, 1470, 1476, 1479— 1481 |
| | 31 Parts 515, 538, 550, 560 |
| 1549A–55 | 7 Part 1469 |
| 1654 | 5 Part 1315 |
| 2680 | 33 Part 385 |
| 2726 | 28 Parts 28, 812 |
| 2763 | |
| | 7 Parts 25, 1439 |
| | 13 Part 107 |
| | 17 Parts 15, 41, 150 |
| | 33 Part 159 |
| 2763A–164 | 5 Part 831, 842 |
| 2763A–326–328 | 8 Part 3 |
| 2763A–653 | 13 Part 115 |
| | 17 Parts 1, 36, 166, 170 |

**115 Stat.**

| Stat. | CFR |
|---|---|
| 38 | 26 Part 1 |
| 168–170 | 46 Part 356 |
| 272 | 28 Part 28 |
| 307 | 31 Parts 42, 103 |
| 397 | 49 Part 383 |
| 414 | 43 Part 3830, 3833, 3835 |
| 514 | 39 Part 3 |
| 597 | 49 Part 1 |
| 688 | 44 Part 152 |

**115 Stat.—Continued**

| Stat. | CFR |
|---|---|
| 704 | 7 Parts 760, 1470 |
| 923 | 9 Part 804 |
| 931 | 9 Part 804 |
| 1012 | 5 Part 1315 |
| 2177 | 45 Part 146 |
| 2230 | 7 Part 1470 |

**116 Stat.**

| Stat. | CFR |
|---|---|
| 489 | 7 Part 1470 |
| 566 | 5 Part 724 |
| 745 | 17 Part 274 |
| 933 | 15 Part 2016 |
| 1383 | 5 Part 842 |
| 1758 | 28 Part 50 |
| 1779 | 5 Part 575 |
| 1824 | 28 Part 50 |
| 2064—2065 | 49 Part 1 |
| 2064 | 33 Parts 26, 161, 165 |
| 2135 | 5 Parts 337, 831, 842 |
| | 6 Parts 7, 13 |
| | 8 Parts 241, 842, 1240 |
| | 19 Part 24 |
| | 33 Parts 1, 3, 5, 16, 45, 51, 53, 66, 109, 114, 120 |
| | 46 Parts 1, 68 |
| | 49 Part 1 |
| 2290 | 5 Part 337 |
| 2457 | 45 Part 146 |
| 2648 | 33 Part 207 |
| 2776 | 16 Part 1512 |
| 2899 | 5 Part 930 |
| 2923—2931 | 5 Part 370 |

**117 Stat.**

| Stat. | CFR |
|---|---|
| 11 | 28 Part 31 |
| | 7 Part 1439 |
| 559 | 15 Parts 742, 750 |
| 1156 | 49 Part 1572 |
| 1392 | 5 Parts 296, 337 |
| 1637 | 5 Part 550 |
| 1665 | 5 Part 337 |
| 1952 | 12 Part 222 |
| 1953 | 16 Part 602 |
| 2490 | 14 Part 383 |
| 2529 | 5 Part 842 |
| 2898 | 45 Part 146 |

**118 Stat.**

| Stat. | CFR |
|---|---|
| 3 | 7 Part 1739 |
| 1166 | 45 Part 146 |
| 1220 | 7 Part 1430, 1439, 1479 |
| 2260 | 28 Part 28 |
| 2305 | 5 Part 575 |
| 2312 | 49 Part 630 |
| 2423 | 49 Part 1 |
| 2582 | 15 Part 303 |
| 2809 et seq. | 22 Part 22 |

**119 Stat.**

| Stat. | CFR |
|---|---|
| 1144 | 49 Parts 383, 384 |
| 2936 | 24 Part 5 |

**199 Stat.**

| Stat. | CFR |
|---|---|
| 594 | 18 Part 366 |

**Public Laws**

| | CFR |
|---|---|
| 10–59 | 49 Parts 383, 384 |
| 80–806 | 7 Part 1492 |
| 81–193 | 32 Part 621 |

# CFR Index

| Public Laws—Continued | CFR |
|---|---|
| 83–131 | 32 Part 253 |
| 83–436 | 33 Part 208 |
| 83–502 | 29 Part 2201 |
| 84–759 | 46 Part 350 |
| 85–256 | 10 Part 2 |
| 85–569 | 36 Part 254 |
| 85–804 | 14 Part 1209 |
| 86–518 | 46 Part 276 |
| 87–283 | 25 Part 115 |
| 87–328 | 18 Parts 410, 415, 520, 430 |
| 87–615 | 10 Part 2 |
| 87–713 | 43 Part 3600 |
|  | 29 Part 5 |
| 89–56 | 46 Part 501 |
| 89–72 | 33 Parts 236, 279 |
| 89–80 | 18 Part 708 |
| 89–272 | 40 Part 240 |
| 89–508 | 49 Part 89 |
| 89–554 | 32 Part 716 |
| 89–564 | 32 Parts 634, 636 |
| 89–651 | 15 Part 301 |
| 89–670 | 32 Parts 634, 636 |
| 89–694 | 29 Part 5 |
| 89–777 | 46 Parts 501, 502 |
| 90–189 | 16 Part 1611 |
| 90–351 | 28 Parts 22, 32 |
| 90–629 | 22 Part 120, 122—124, 126—127 |
| 91–76 | 14 Part 1221 |
| 91–190 | 10 Part 2, 50 |
|  | 33 Part 236 |
|  | 50 Parts 424, 530 |
| 91–243 | 36 Part 810 |
| 91–469 | 46 Parts 206, 222, 250, 251, 276, 280, 283, 294, 309, 331, 381, 385 |
| 91–512 | 40 Part 240 |
| 91–513 | 42 Part 2a |
| 91–517 | 45 Part 1388 |
| 91–560 | 10 Part 2 |
| 91–575 | 18 Parts 801, 803 |
| 91–604 | 40 Parts 53, 54 |
| 91–605 | 32 Parts 634, 636 |
| 91–663 | 49 Part 250 |
| 92–210 | 10 Parts 205, 210, 212 |
|  | 49 Part 1201 |
| 92–225 | 49 Part 1325 |
| 92–249 | 32 Part 621 |
| 92–305 | 15 Part 908 |
| 92–313 | 41 Part 101–19 |
| 92–318 | 34 Part 222 |
| 92–340 | 33 Part 401 |
| 92–405 | 33 Part 209 |
| 92–436 | 22 Part 214 |
|  | 41 Part 105–54 |
| 92–500 | 40 Parts 21, 136, 140, 421, 429 |
| 92–512 | 31 Part 51 |
| 92–516 | 33 Part 274 |
| 92–574 | 40 Parts 203, 210 |
| 92–583 | 15 Parts 932, 933 |
| 93–28 | 10 Parts 210, 212 |
| 93–54 | 36 Part 810 |
| 93–83 | 28 Parts 22, 32 |
| 93–87 | 32 Parts 634, 636 |
| 93–113 | 45 Parts 1206, 1211, 1213, 1216—1220, 1222, 1225, 1226 |
| 93–134 | 25 Part 1 |
| 93–159 | 10 Parts 202, 205, 210, 212 |

| Public Laws—Continued | CFR |
|---|---|
| 93–205 | 50 Part 81 |
| 93–236 | 49 Parts 99, 1201 |
| 93–247 | 45 Part 1340 |
| 93–259 | 29 Part 552 |
| 93–275 | 10 Parts 202, 209, 212, 215, 317, 625 |
| 93–282 | 42 Parts 2, 2a |
| 93–288 | 42 Part 38 |
| 93–303 | 36 Part 71 |
| 93–319 | 10 Part 205 |
| 93–357 | 7 Parts 1807, 1841, 1864, 1866, 1933, 1948 |
| 93–380 | 25 Part 43 |
|  | 34 Part 106 |
|  | 45 Part 86 |
| 93–400 | 32 Part 169 |
| 93–411 | 28 Part 22 |
| 93–415 | 28 Parts 22, 32 |
| 93–430 | 28 Part 22 |
| 93–438 | 10 Parts 470, 810 |
| 93–493 | 43 Part 430 |
| 93–496 | 49 Part 256 |
| 93–502 | 5 Part 2502 |
|  | 29 Part 1610 |
|  | 32 Part 299 |
|  | 35 Part 299 |
|  | 40 Part 1515 |
|  | 45 Part 1100 |
|  | 49 Part 802 |
| 93–511 | 10 Parts 212, 215 |
| 93–519 | 10 Part 215 |
| 93–539 | 31 Part 235 |
| 93–568 | 34 Part 106 |
|  | 45 Part 86 |
| 93–579 | 18 Part 3b |
|  | 25 Part 43 |
|  | 39 Part 267 |
| 93–618 | 15 Part 2003 |
| 93–637 | 12 Part 227 |
| 94–25 | 49 Part 256 |
| 94–99 | 10 Parts 212, 215 |
| 94–103 | 45 Part 1388 |
| 94–133 | 10 Parts 212, 215 |
| 94–135 | 29 Part 89 |
| 94–142 | 25 Part 43 |
| 94–163 | 10 Parts 209, 212, 215, 216, 300, 625 |
| 94–180 | 43 Part 419 |
| 94–196 | 31 Part 13 |
| 94–198 | 45 Part 1160 |
| 94–210 | 36 Part 64 |
|  | 49 Parts 256, 260, 265 |
| 94–239 | 12 Part 267 |
| 94–241 | 15 Part 303 |
| 94–284 | 16 Parts 1009, 1118 |
| 94–332 | 10 Part 212 |
| 94–348 | 49 Part 228 |
| 94–350 | 22 Part 64 |
| 94–370 | 15 Parts 932, 933 |
| 94–385 | 10 Parts 212, 215 |
| 94–400 | 43 Part 419 |
| 94–409 | 42 Part 401 |
|  | 45 Part 702 |
| 94–422 | 36 Part 810 |
| 94–430 | 28 Parts 22, 32 |
| 94–455 | 42 Part 401 |
| 94–488 | 31 Part 51 |
| 94–503 | 28 Parts 32 |

## Authorities

| Public Laws—Continued | CFR |
|---|---|
| 94–555 | 49 Parts 256, 258, 260 |
| 94–579 | 36 Part 254 |
| 94–587 | 33 Part 276 |
| 95–39 | 10 Part 470 |
| 95–45 | 22 Part 71 |
| 95–47 | 33 Part 401 |
| 95–70 | 10 Part 212 |
| 95–87 | 30 Parts 944, 946 |
| 95–91 | 10 Parts 209, 212, 470, 473, 474, 625, 810 |
| | 18 Parts 271, 281, 286 |
| 95–95 | 40 Part 57 |
| 95–113 | 7 Parts 254, 1475 |
| 95–115 | 28 Parts 22, 32, 42 |
| 95–171 | 45 Part 234 |
| 95–202 | 38 Part 21 |
| 95–216 | 45 Part 205 |
| 95–217 | 40 Parts 401, 421, 429 |
| 95–238 | 10 Parts 473, 790 |
| 95–266 | 45 Part 1340 |
| 95–268 | 22 Part 709 |
| 95–335 | 49 Part 5 |
| 95–372 | 30 Part 259 |
| 95–405 | 17 Parts 9, 31, 32 |
| 95–424 | 22 Parts 220, 222 |
| 95–437 | 29 Part 1405 |
| 95–452 | 32 Part 373 |
| | 39 Parts 221, 222, 224, 265 |
| 95–454 | 5 Part 333 |
| 95–455 | 46 Part 402 |
| 95–458 | 26 Part 48 |
| 95–474 | 33 Part 401 |
| 95–502 | 18 Part 708 |
| 95–521 | 10 Part 1506 |
| | 45 Part 706 |
| 95–565 | 33 Part 86 |
| 95–588 | 38 Part 3 |
| 95–601 | 10 Part 50 |
| 95–602 | 22 Part 217 |
| | 28 Part 42 |
| | 36 Part 1190 |
| | 41 Part 60–741 |
| | 45 Part 1388 |
| 95–604 | 40 Parts 190, 192 |
| 95–607 | 49 Part 266 |
| 95–616 | 50 Part 21 |
| 95–617 | 18 Parts 154, 294 |
| 95–620 | 10 Part 205 |
| | 18 Part 287 |
| | 49 Part 622 |
| 95–621 | 7 Part 2901 |
| | 18 Parts 271, 275, 281, 286 |
| 95–626 | 42 Part 51f |
| 95–630 | 39 Part 235 |
| | 32 Part 504 |
| 96–19 | 10 Part 1506 |
| 96–38 | 45 Part 205 |
| 96–53 | 22 Parts 220, 222 |
| 96–70 | 35 Parts 7, 61, 67, 70, 101, 103, 107, 109, 111, 113, 115, 117, 121, 123, 125, 133, 135 |
| 96–77 | 48 Part 871 |
| 96–86 | 42 Part 50 |
| 96–88 | 46 Part 160 |
| 96–108 | 7 Part 700 |
| 96–157 | 28 Parts 22, 32, 42 |

| Public Laws—Continued | CFR |
|---|---|
| 96–185 | 10 Part 474 |
| 96–199 | 36 Part 810 |
| 96–221 | 12 Part 590 |
| 96–244 | 36 Part 810 |
| 96–276 | 7 Part 1250 |
| 96–294 | 10 Part 456 |
| 96–295 | 44 Part 350 |
| 96–318 | 25 Parts 65, 66 |
| 96–342 | 38 Part 21 |
| 96–374 | 34 Part 604 |
| 96–399 | 24 Part 4100 |
| 96–481 | 28 Part 24 |
| | 49 Part 6 |
| 96–487 | 43 Part 2300 |
| 96–511 | 12 Part 505d |
| 96–514 | 30 Parts 201—203 |
| 96–515 | 36 Part 810 |
| 96–586 | 43 Part 2710 |
| 96–591 | 33 Parts 85, 86 |
| 96–604 | 31 Part 51 |
| 97–12 | 34 Part 690 |
| 97–31 | 46 Parts 307, 310, 381 |
| 97–35 | 7 Part 800 |
| | 16 Part 1205 |
| | 38 Part 21 |
| | 43 Parts 3000, 3110 |
| | 45 Parts 235, 1340 |
| | 49 Part 670 |
| 97–58 | 50 Part 403 |
| 97–78 | 30 Parts 201–203 |
| | 43 Parts 3140, 3590 |
| 97–98 | 7 Part 254 |
| | 45 Part 1180 |
| 97–100 | 25 Part 115 |
| 97–110 | 12 Part 563f |
| 97–137 | 36 Part 331 |
| 97–252 | 32 Part 83 |
| 97–257 | 25 Part 115 |
| 97–293 | 43 Part 426 |
| 97–301 | 34 Part 690 |
| 97–320 | 24 Part 4100 |
| 97–348 | 44 Part 71 |
| 97–365 | 34 Part 31 |
| | 35 Part 256 |
| | 45 Part 30 |
| | 49 Part 1017 |
| 97–370 | 7 Part 220 |
| 97–377 | 38 Part 3 |
| | 45 Part 1626 |
| 97–394 | 45 Part 1180 |
| 97–415 | 10 Parts 2, 50 |
| 97–418 | 22 Part 2a |
| 97–424 | 29 Part 5 |
| | 49 Part 660 |
| 97–425 | 10 Parts 2, 962 |
| 97–446 | 15 Part 303 |
| 97–449 | 14 Parts 67, 127 |
| 97–458 | 25 Part 115 |
| 97–465 | 36 Part 254 |
| 97–468 | 20 Part 396 |
| 98–21 | 38 Part 3 |
| 98–77 | 38 Part 21 |
| 98–79 | 34 Part 690 |
| 98–146 | 30 Part 816 |
| 98–151 | 7 Parts 220, 235 |
| 98–167 | 49 Part 89 |

# CFR Index

| Public Laws—Continued | CFR |
|---|---|
| 98–181 | 12 Part 20 |
| | 24 Parts 205, 220, 241 |
| 98–223 | 38 Part 36 |
| 98–288 | 45 Part 1206 |
| 98–369 | 49 Part 89 |
| 98–459 | 29 Parts 1625, 1627 |
| 98–460 | 20 Part 416 |
| 98–473 | 14 Part 36 |
| | 24 Part 13 |
| | 25 Part 20 |
| | 28 Parts 22, 32 |
| 98–497 | 36 Part 1270 |
| 98–502 | 15 Part 299 |
| 98–511 | 25 Part 38 |
| | 34 Part 690 |
| 98–524 | 20 Parts 471, 491, 629 |
| 98–542 | 38 Part 3 |
| 98–573 | 15 Part 2007 |
| 98–603 | 43 Part 8200 |
| 98–623 | 15 Part 981 |
| 98–1794 | 20 Part 416 |
| 98–1801 | 20 Part 416 |
| 98–1802 | 20 Part 416 |
| 98–1808 | 20 Part 416 |
| 99–80 | 1 Part 315 |
| | 29 Part 2204 |
| 99–89 | 25 Part 38 |
| 99–100 | 48 Part 1246 |
| 99–108 | 38 Part 21 |
| | 38 Part 21 |
| 99–150 | 29 Part 553 |
| 99–158 | 14 Part 1232 |
| 99–190 | 25 Part 700 |
| | 30 Part 252 |
| 99–194 | 29 Part 505 |
| 99–198 | 13 Part 120 |
| 99–238 | 38 Part 21 |
| 99–239 | 14 Parts 272, 302 |
| | 15 Part 2301 |
| | 34 Part 690 |
| 99–251 | 5 Part 831 |
| 99–335 | 5 Parts 837, 841 |
| 99–359 | 49 Part 71 |
| 99–440 | 15 Parts 379, 399, 771, 773 |
| | 31 Part 555 |
| 99–495 | 18 Parts 292, 375 |
| 99–498 | 34 Part 690 |
| 99–499 | 40 Part 311, 350 |
| 99–500 | 7 Part 246 |
| | 24 Part 575 |
| 99–509 | 7 Part 1786 |
| | 38 Part 42 |
| | 43 Part 35 |
| | 45 Part 79 |
| 99–549 | 45 Part 2001 |
| 99–570 | 5 Parts 294, 1204, 2502 |
| | 10 Part 9 |
| | 22 Part 303 |
| | 24 Part 2002 |
| | 28 Part 32 |
| | 29 Part 1610 |
| | 45 Part 2005 |
| | 49 Part 701 |
| 99–576 | 38 Part 21 |
| 99–578 | 49 Part 89 |
| 99–579 | 24 Part 2002 |
| 99–591 | 7 Part 246 |
| | 24 Part 575 |
| | 28 Part 32 |
| 99–592 | 29 Parts 1625, 1627 |
| 99–603 | 8 Parts 245a, 248 |
| 99–631 | 31 Part 553 |
| 99–658 | 14 Parts 272, 302 |
| 99–661 | 13 Part 124 |
| 100–4 | 40 Parts 135, 421, 440 |
| 100–17 | 24 Part 42 |
| | 49 Part 661 |
| 100–34 | 30 Parts 710, 723, 724, 774, 785, 800, 815, 823, 827, 840, 842, 843, 845, 846, 910, 912, 921, 922, 933, 937, 939, 941, 942, 947 |
| 100–71 | 30 Part 756 |
| 100–77 | 38 Part 21 |
| | 45 Part 12 |
| 100–86 | 12 Part 229 |
| 100–147 | 14 Part 1259 |
| 100–177 | 42 Part 62 |
| | 45 Part 60 |
| 100–202 | 5 Part 950 |
| | 14 Part 91 |
| | 30 Part 845 |
| | 31 Part 25 |
| | 40 Part 152 |
| | 49 Part 30 |
| 100–203 | 5 Parts 831, 842 |
| | 7 Parts 1709, 1715, 1785, 1786 |
| | 29 Parts 2610, 2619, 2622 |
| | 42 Part 403 |
| | 43 Part 426 |
| | 45 Part 235 |
| 100–223 | 14 Parts 91, 398 |
| | 49 Part 30 |
| 100–236 | 29 Part 101 |
| 100–237 | 7 Part 246 |
| 100–242 | 24 Parts 248, 280, 4100 |
| 100–297 | 25 Part 38 |
| 100–300 | 22 Part 94 |
| | 38 Part 21 |
| 100–322 | 38 Part 21 |
| 100–323 | 38 Part 21 |
| 100–347 | 29 Part 801 |
| 100–358 | 24 Part 905 |
| 100–379 | 20 Part 631 |
| 100–387 | 7 Parts 725, 726 |
| 100–404 | 49 Part 538 |
| 100–418 | 15 Parts 295, 705, 769, 773, 2006 |
| | 20 Parts 626—629, 631 |
| | 37 Part 5 |
| 100–436 | 34 Part 690 |
| 100–446 | 30 Part 845 |
| 100–449 | 7 Part 1560 |
| 100–456 | 32 Parts 146, 589, 884 |
| | 33 Part 53 |
| 100–460 | 7 Part 1786 |
| 100–485 | 45 Parts 224, 230—240 |
| 100–562 | 49 Parts 592, 594 |
| 100–566 | 5 Part 630 |
| 100–581 | 25 Part 247 |
| 100–583 | 12 Part 226 |
| 100–625 | 24 Part 966 |
| 100–626 | 15 Part 2301 |
| 100–649 | 8 Part 245a |

## Authorities

| Public Laws—Continued | CFR |
|---|---|
| 100–656 | 13 Part 124 |
| 100–658 | 22 Part 44 |
| 100–679 | 48 Part 9901 |
| 100–689 | 20 Part 631 |
| | 38 Part 21 |
| 100–690 | 10 Part 1036 |
| | 21 Part 1316 |
| | 22 Parts 310, 1006 |
| | 28 Part 32 |
| | 29 Part 1471 |
| | 31 Part 19 |
| | 33 Part 1 |
| | 36 Part 1209 |
| | 44 Part 17 |
| 101–12 | 5 Part 772 |
| 101–37 | 13 Part 124 |
| 101–73 | 12 Parts 34, 312, 323, 328 |
| 101–74 | 15 Part 942 |
| 101–82 | 7 Part 136 |
| 101–92 | 46 Part 514 |
| 101–121 | 13 Part 146 |
| | 14 Part 1271 |
| | 15 Part 28 |
| | 22 Parts 138, 227, 311, 519, 712 |
| | 24 Part 87 |
| | 29 Part 93 |
| | 31 Part 21 |
| | 32 Part 282 |
| | 34 Part 82 |
| | 38 Part 45 |
| | 40 Part 34 |
| | 41 Part 105–69 |
| | 43 Part 18 |
| | 44 Part 18 |
| | 45 Parts 93, 604, 1158, 1168, 1230 |
| 101–157 | 29 Parts 510, 517 |
| 101–164 | 14 Part 252 |
| 101–189 | 32 Part 286h |
| 101–219 | 14 Part 272 |
| 101–225 | 33 Part 53 |
| 101–238 | 29 Part 504 |
| | 29 Part 2610 |
| 101–239 | 5 Part 842 |
| 101–338 | 49 Part 37 |
| 101–380 | 33 Part 155, 157 |
| 101–410 | 10 Part 2 |
| | 12 Part 747 |
| | 30 Part 723, 724, 845, 846 |
| | 49 Part 578 |
| 101–508 | 5 Part 580, 831, 842 |
| | 30 Parts 873, 886 |
| | 45 Part 235 |
| | 49 Part 578 |
| 101–509 | 5 Part 551 |
| | 14 Part 158 |
| | 15 Part 1201 |
| | 26 Part 42 |
| 101–513 | 5 Part 889, 890 |
| | 31 Part 570 |
| 101–549 | 40 Part 55 |
| 101–574 | 13 Part 124 |
| 101–583 | 29 Part 541 |
| 101–615 | 29 Part 1928 |
| 101–624 | 7 Part 1786 |
| | 46 Part 380 |
| 101–625 | 24 Part 91 |

| Public Laws—Continued | CFR |
|---|---|
| 101–649 | 22 Part 89 |
| | 42 Part 34 |
| 101–687 | 38 Part 21 |
| 102–154 | 30 Part 227 |
| 102–240 | 49 Parts 661, 393 |
| 102–365 | 49 Part 228 |
| 102–486 | 30 Parts 701, 785 |
| 102–587 | 15 Part 922 |
| 103–66 | 5 Part 831 |
| 103–103 | 5 Part 630 |
| 103–182 | 10 Part 780 |
| 103–267 | 16 Part 1117 |
| 103–272 | 49 Parts 217, 219, 229 |
| 103–277 | 15 Part 775 |
| 103–317 | 45 Part 1607 |
| 103–354 | 7 Part 11 |
| 103–355 | 2 Part 180 |
| 103–412 | 25 Part 115 |
| 103–465 | 15 Parts 303, 2013 |
| 104–8 | 5 Parts 831, 842 |
| 104–53 | 5 Part 178 |
| 104–55 | 33 Part 157 |
| 104–59 | 23 Part 1215 |
| 104–106 | 35 Part 70 |
| 104–127 | 9 Part 205 |
| 104–134 | 10 Part 2 |
| | 5 Parts 831, 842 |
| | 12 Part 747 |
| | 24 Part 271 |
| | 28 Part 91 |
| | 30 Parts 723, 724, 845, 846 |
| | 45 Part 1611 |
| | 49 Part 578 |
| 104–191 | 45 Parts 146, 160, 164 |
| 104–204 | 45 Part 146, |
| 104–208 | 39 Part 232, 233 |
| 104–227 | 33 Part 151 |
| 104–231 | 5 Part 1204 |
| | 24 Part 2002 |
| 104–320 | 46 Part 501 |
| 105–12 | 45 Part 1630 |
| 105–33 | 5 Parts 831, 842 |
| | 31 Part 29 |
| 105–78 | 23 Part 1345 |
| 105–119 | 45 Part 1611 |
| 105–135 | 13 Part 121 |
| 105–178 | 49 Part 661 |
| 105–220 | 20 Parts 660–671 |
| 105–227 | 7 Part 439 |
| 105–258 | 46 Parts 550, 555, 560, 568 |
| 105–261 | 22 Part 120, 123, 124 |
| 105–274 | 5 Parts 831, 842 |
| 105–277 | 30 Part 870 |
| | 31 Part 39 |
| | 45 Parts 146, 1641 |
| 105–337 | 25 Part 38 |
| 106–36 | 15 Part 303 |
| 106–65 | 32 Part 3 |
| 106–79 | 25 Part 84 |
| 106–102 | 13 Part 400 |
| 106–108 | 50 Parts 20, 21 |
| 106–113 | 7 Part 301 |
| 106–117 | 5 Parts 335 |
| 106–159 | 49 Part 383—384, 386 |
| 106–181 | 14 Part 252 |
| 106–200 | 15 Part 335, 340 |

101

## CFR Index

**Public Laws—Continued**                                    **CFR**

106–224...7 Parts 301, 773, 1411, 1421, 1447, 1464,
                                                         1469
106–235 ..........................................5 Part 831
106–265 ..........................................5 Part 831
106–387 .......15 Parts 730, 738, 740, 742, 744, 746,
                                                          774
106–398 ........................................5 Part 1315
                                                   32 Part 3
106–414 ........................................49 Part 578
106–508 ........................................15 Part 743
106–554 ...................................5 Parts 831, 842
                                                  50 Part 600
107–16 ............................................26 Part 1
107–20 ...........................................50 Part 600
107–56.........15 Parts 730, 738, 742, 744, 746, 774
                                                 31 Part 103
                                                 49 Part 383
107–71 ..........................................14 Part 129
107–87 ..........................................49 Part 385
107–109 ........................................21 Part 14
107–116 ........................................45 Part 146
107–117 ........................................50 Part 600
107–171..........................7 Parts 718, 1487, 1738
107–206 ........................................50 Part 600
107–228 ........................................22 Part 123
                                                  5 Part 842
107–296 ...................................5 Parts 831, 842
                                                 6 Parts 7, 13
                                                 8 Part 239, 241
                                                 19 Part 24
107–313 ........................................45 Part 146
107–347 ..........................................5 Part 370
108–7 ............................................50 Part 600
108–11 ..........................................22 Part 230
                                                 15 Part 742
108–136 ..........................................5 Part 550
108–155 ........................................21 Part 14
108–159 ........................................12 Part 222
                             16 Parts 602, 603, 604, 611, 613, 614,
                                                          682
108–175 ........................................15 Part 736
108–176 ..........................................5 Part 842
108–197 ........................................45 Part 146
108–311 ........................................45 Part 146
108–324 ..........................................7 Part 1430
108–357 ..........................................7 Part 1463
108–429 ...................................15 Parts 303, 335
108–454 ........................................20 Part 1002
108–458 ........................................20 Part 422
108–470 ..........................................7 Part 1405
109–58 ..........................................10 Part 2
                                                 23 Part 1345
                                                 43 Part 3140
109–59 ..........................................18 Part 366
109–115 ........................................24 Part 5
**Presidential Documents:**

*Notices:*

Nov. 12, 1993 ..............................15 Part 771
Aug. 10, 1999 .............15 Parts 730, 750, 758, 760
Aug. 13, 1999 ..............................15 Part 756
Nov. 9, 2001 ...............................15 Part 734
Aug. 14, 2002.............................15 Parts 746, 764, 766
Aug. 7, 2003........15 Parts 730, 732, 734, 746, 750,
                                             752, 754, 758, 770
Oct. 29, 2003...........................15 Parts 730, 734

*Notices—Continued*                                       **CFR**

Aug. 6, 2004.......15 Parts 730, 750, 752, 756, 764,
                                             766, 774
Aug. 10, 2004 .......................15 Part 730, 752
Nov. 4, 2004 ...............15 Part 730, 736, 742, 744
Nov. 8, 2004 ...............................15 Part 730
August 2, 2005 ..........15 Part 736, 740, 742, 744,
                                             748, 772
                                                 37 Part 5

*Proclamations:*

April 28, 1916 ..............................25 Part 88
1371 ..............................................35 Part 131
2028 ..............................................43 Part 3820
2039 ..............................................43 Part 3820
2232 ..............................................43 Part 3820
2351 ...............................................7 Part 6
2544 ...............................................7 Part 6
3004 ...............................................8 Part 215
                                                 22 Parts 46, 53
3279 ..............................................18 Part 706
3339 ..............................................43 Part 15
3447 ..............................................31 Part 515
4040 ..............................................29 Part 5
4547 ...............................................7 Part 6
4941 ...............................................7 Part 6
5002 ...............................................7 Part 6
6179 ..............................................15 Part 2011
6641 ...............................................7 Part 1530
6763 ...............................................7 Part 1530
                                                 15 Part 6763
7208 ..............................................15 Part 2014
7214 ..............................................15 Part 2014
7235 ..............................................15 Part 7235
7363 ..............................................15 Parts 335, 340

*Executive Orders:*

1209 ..............................................10 Parts 500, 503, 504
1259 ..............................................45 Parts 2101, 2103
1512 ..............................................33 Part 137
1862 ..............................................45 Parts 2101, 2103
3524 ..............................................45 Parts 2101, 2103
4601 ..............................................32 Part 578
6166 ..............................................36 Parts 12, 25
6228 ..............................................36 Part 12
6780 ..............................................14 Part 1217
6910....43 Parts 2400, 2510, 2520, 2530, 2710, 2740
6964....43 Parts 2400, 2510, 2520, 2530, 2710, 2740
7786 ..............................................32 Part 578
7964 ..............................................22 Part 65
8428 ..............................................36 Part 12
9158 ..............................................32 Part 578
9193 ..............................................31 Parts 500, 505, 515
9242–A ..........................................32 Part 578
9260 ..............................................32 Part 578
9419 ..............................................32 Part 578
9586 ..............................................32 Part 578
9630 ...............................................5 Parts 293, 339, 771
9865 ..............................................14 Part 1245
                                                 38 Part 1
9989 ..............................................31 Parts 500, 501, 505, 515
10000 ..............................................5 Part 591
10096 ..............................................14 Part 1245
                                                 31 Part 7
                                                 34 Part 7
                                                 37 Part 501
                                                 38 Part 1
                                                 43 Part 6

# Authorities

*Executive Orders*—Continued                          CFR

                                              45 Part 7
10173 .................................................33 Part 122
10277 ...............................33 Parts 122, 125, 126
                                              46 Part 12
10307 .................................................22 Part 92
10336 .................................................32 Part 578
10352 ...............................33 Parts 122, 125
                                              46 Part 12
10355 .................................................43 Part 2300
10422 .................................................5 Part 1501
10436 .................................................32 Part 763
10450 .................................................5 Part 732
                                    10 Parts 10, 710, 711
                                     32 Parts 154, 891
                                              35 Part 60
10477 .................................................22 Part 503
10480 .................................................10 Part 221
                                              15 Part 350
                           44 Parts 329, 331, 332, 401—403
                                              46 Part 340
10485 .................................................10 Part 205
                                     18 Parts 153, 201
10488 .................................................31 Part 281
10501 .................................................22 Part 5
10521 .................................................32 Part 272
10530 ...............1 Parts 1—3, 5—12, 15—18, 20—22
10552 .................................................5 Part 610
10577 ......5 Parts 210, 212, 213, 230, 250, 300, 302,
                          310, 315, 316, 330, 332, 333, 335, 337,
                          338, 352, 715, 731, 732, 752, 930
                                              24 Part 7
                                              29 Part 1614
10582 .................................................20 Part 654
10695 .................................................37 Part 501
10702 .................................................49 Part 1312
10705 .................................................47 Part 213
10707 .................................................33 Part 23
10718 .................................................22 Part 22
10761 .................................................49 Part 1312
10774 .................................................5 Part 352
10789 .................................................10 Part 1024
                                              48 Part 4450
10804 .................................................5 Part 352
10807 .................................................32 Part 272
10822 .................................................22 Part 503
10854 .................................................14 Parts 71, 73
                                     32 Parts 154, 155
10865 .................................................10 Parts 710, 711
10885 .................................................32 Part 736
10897 .................................................22 Part 17
10900 .................................................31 Part 281
10909 .................................................32 Part 155
10925 .................................................28 Part 42
                                              50 Part 3
10930 .................................................31 Part 7
                                              34 Part 7
                                              37 Part 501
                                              43 Part 6
                                              45 Part 7
10973 .................................................5 Part 352
10988 .................................................29 Part 25
10995 .................................................47 Part 213
11007 .................................................49 Part 95
11012 .................................................41 Part 101—7
11021 .................................................32 Part 525
                                              47 Part 202

*Executive Orders*—Continued                          CFR

11030 .................................................1 Part 19
11034 .................................................22 Part 64
11041 .................................................22 Parts 302, 304
11048 .................................................32 Part 935
11051 .................................................20 Part 654
                                              44 Part 331
11060 .................................................28 Part 43
11063 ...................24 Parts 100, 107, 108, 121
11105 .................................................24 Parts 1, 2
11114 .................................................28 Part 42
                                              50 Part 3
11140 .................................................42 Part 22
11157 .................................................32 Part 733
11219 .................................................5 Part 315
11222 ..........5 Parts 310, 715, 731, 771, 930, 1700,
                                      2100, 2415
                                              12 Part 511
                                              13 Part 105
                                              14 Part 370
                                              18 Part 706
                                              19 Part 200
                           22 Parts 10, 307, 1100, 1203, 1504
                                              24 Part 7
                    29 Parts 1400, 1600, 1614, 2202, 4904,
                                              4905
                                              36 Part 811
                                              44 Part 15
                           45 Parts 73, 502, 1105
                                              46 Part 502
                                              49 Part 805
11223 .................................................48 Part 750
11228 .................................................5 Parts 610, 630, 831
11239 .................................................46 Part 99
11246 .................................................14 Part 151
                                              28 Part 42
                    41 Parts 60-1—60-4, 60-20, 60-30, 60-
                                      40, 60-50
                                              46 Part 315
11249 .................................................46 Part 12
11295 .................................................22 Parts 7, 22, 51
11296 .................................................34 Part 76
                                              43 Part 1725
11311 .................................................22 Part 61
11348 .................................................5 Part 410
11354 .................................................1 Part 19
11375 .................................................28 Part 42
                    41 Parts 60-1, 60-2, 60-20, 60-40, 60-
                                              50
                                              46 Part 315
11382 .................................................32 Part 155
11438 .................................................5 Part 451
11476 ...............32 Parts 750, 751, 755, 756, 757
11478 .................................................5 Part 300
                                              24 Part 7
                                              29 Part 1614
11482 .................................................29 Part 901
11490 ...............34 Parts 221, 770—772
11491 .................................................5 Parts 251, 731
11501 .................................................32 Part 274
11514 ...........7 Parts 1b, 520, 650, 799, 3100, 3407
                           14 Parts 36, 201, 211, 221, 1216
                                              21 Part 25
                                              22 Part 161
                                              24 Part 58
                                              29 Part 91
                                              33 Part 230

## CFR Index

| Executive Orders—Continued | CFR |
|---|---|
| | 38 Part 26 |
| | 40 Parts 1500—1508 |
| | 44 Part 10 |
| | 45 Part 640 |
| | 49 Part 520 |
| 11521 | 5 Part 307 |
| 11541 | 2 Parts 220, 225, 230 |
| | 5 Part 215 |
| | 41 Parts 102–33, 101–37 |
| 11552 | 5 Part 352 |
| 11589 | 5 Parts 334, 900 |
| 11593 | 7 Part 3100 |
| | 36 Parts 60, 63, 68, 805 |
| 11609 | 17 Part 141 |
| | 41 Parts 101–7, 300–1—300–3, 300–70, 302–2—302–10, 302–15—302–17, 303–70 304–7—304–9 |
| | 45 Part 708 |
| 11623 | 32 Parts 1602, 1605, 1609, 1615, 1618, 1621, 1624, 1627, 1630, 1633, 1636, 1639, 1642, 1645, 1648, 1651, 1653, 1657, 1659, 1698 |
| 11625 | 15 Part 1400 |
| | 36 Part 906 |
| 11636 | 22 Part 16 |
| 11644 | 18 Part 1305 |
| | 32 Part 217 |
| | 36 Part 212 |
| | 43 Part 420, 9260 |
| 11652 | 18 Part 3a |
| | 22 Part 9a |
| | 40 Part 11 |
| | 47 Part 0 |
| | 49 Part 8 |
| 11686 | 22 Part 214 |
| 11695 | 5 Part 352 |
| 11725 | 31 Part 9 |
| | 44 Part 331 |
| 11735 | 33 Parts 25, 155, 162, 300 |
| | 40 Parts 9, 110, 116, 451 |
| | 46 Parts 33, 105, 115, 126, 162, 176, 196 |
| 11738 | 12 Part 413 |
| | 13 Part 145 |
| | 14 Part 1265 |
| | 40 Part 32 |
| 11748 | 10 Parts 210, 212 |
| 11758 | 41 Parts 60–250, 60–741 |
| 11769 | 22 Parts 8, 214 |
| | 41 Part 105–54 |
| | 44 Part 12 |
| 11790 | 10 Parts 202, 205, 207, 209, 215, 218, 221, 450 |
| 11795 | 42 Part 38 |
| 11809 | 5 Part 1210 |
| 11846 | 15 Parts 1300, 2001—2003, 2007, 2009 |
| 11899 | 5 Part 352 |
| 11910 | 42 Part 38 |
| 11912 | 10 Parts 209, 216 |
| | 15 Parts 350, 730, 754 |
| | 44 Part 330 |
| 11914 | 14 Part 1251 |
| | 29 Part 32 |
| 11920 | 22 Part 102 |
| 11921 | 21 Part 5 |
| 11930 | 10 Part 209 |

| Executive Orders—Continued | CFR |
|---|---|
| 11932 | 22 Part 9a |
| 11958 | 22 Parts 120—128, 130 |
| 11961 | 15 Parts 801, 806 |
| | 31 Parts 128, 129 |
| 11964 | 32 Parts 707, 720, 722, 750, 755, 757 |
| | 33 Parts 26, 80—82 |
| 11987 | 50 Part 12 |
| 11988 | 7 Part 650 |
| | 10 Part 1022 |
| | 13 Part 116 |
| | 14 Part 1216 |
| | 18 Part 725 |
| | 23 Part 650 |
| | 28 Part 63 |
| | 44 Part 9 |
| 11989 | 32 Part 217 |
| | 36 Part 212 |
| 11990 | 7 Part 650 |
| | 10 Part 1022 |
| | 13 Part 116 |
| | 14 Part 1216 |
| | 18 Part 725 |
| | 23 Parts 645, 777 |
| | 28 Part 63 |
| | 44 Part 9 |
| 11991 | 7 Parts 1b, 520, 799, 3100, 3407 |
| | 14 Part 1216 |
| | 18 Part 707 |
| | 21 Part 25 |
| | 22 Part 161 |
| | 24 Parts 50, 58 |
| | 28 Part 61 |
| | 29 Part 11 |
| | 33 Part 230 |
| | 38 Part 26 |
| | 40 Parts 1500—1508 |
| | 44 Part 10 |
| | 45 Part 640 |
| 11997 | 31 Part 215 |
| 12002 | 15 Parts 378, 388, 730 |
| 12003 | 10 Part 436 |
| 12008 | 10 Part 516 |
| 12009 | 10 Parts 205, 209, 212, 218, 500—504, 508, 580, 590, 1000 |
| | 18 Parts 1, 3, 6, 12, 32, 45, 46, 141, 154, 158, 161, 225, 250, 270, 274, 282, 286, 351, 352, 356, 376, 380 |
| 12012 | 15 Part 806 |
| 12024 | 41 Parts 101–6, 102–3 |
| | 44 Part 12 |
| 12034 | 5 Part 315 |
| 12038 | 10 Parts 205, 221 |
| | 18 Part 153 |
| 12044 | 18 Part 740 |
| 12046 | 47 Parts 201, 202, 211—213, 300 |
| 12048 | 22 Parts 62, 63, 64 |
| 12058 | 15 Parts 730, 742, 744 |
| 12065 | 5 Part 175 |
| | 15 Part 2008 |
| | 22 Parts 171, 1303 |
| | 32 Parts 1902, 2103, 2700, 2800 |
| | 41 Part 105–62 |
| | 49 Part 806 |
| 12067 | 28 Part 42 |
| | 29 Parts 1690, 1691 |
| | 32 Part 56 |

## Authorities

| Executive Orders—Continued | CFR |
|---|---|
| 12072 | 41 Parts 101–17, 101–18, 102–73, 102–83 |
| 12073 | 20 Part 654 |
| 12080 | 1 Part 19 |
| 12086 | 41 Parts 60–1, 60–2, 60–4, 60–20—60–59 |
| 12105 | 5 Part 581 |
| 12106 | 29 Part 1614 |
| 12107 | 5 Parts 5, 178, 293, 315, 734 |
|  | 22 Part 1007 |
|  | 45 Parts 607, 708, 1179 |
| 12109 | 5 Part 595 |
| 12114 | 7 Parts 1, 3100 |
|  | 14 Part 1216 |
|  | 21 Part 25 |
|  | 32 Part 651 |
|  | 40 Part 6 |
|  | 45 Part 641 |
| 12127 | 44 Parts 1, 2, 5—7, 9, 10, 12, 14, 15, 18, 59—68, 70, 72, 73, 75, 150, 151, 201, 206, 208, 209, 295, 312, 350—352, 360 |
| 12137 | 22 Parts 302, 303, 305 |
|  | 45 Part 1225 |
| 12138 | 36 Part 906 |
|  | 49 Part 23 |
| 12143 | 5 Part 352 |
| 12144 | 7 Parts 520, 3407 |
|  | 29 Parts 1620, 1621 |
| 12146 | 10 Part 15 |
| 12148 | 15 Part 350 |
|  | 20 Part 654 |
|  | 32 Part 185 |
|  | 44 Parts 1, 2, 5, 7—10, 12—15, 18, 151, 201, 206, 208, 209, 295, 300, 302, 304, 312, 321—323, 326, 327, 350—354, 360, 361 |
|  | 48 Part 4450 |
| 12163 | 22 Parts 208, 210, 228 |
|  | 48 Parts 709, 710, 713—717, 719, 722, 724—726, 728, 731—734, 736, 737, 742, 749, 750, 752, 753 |
| 12170 | 31 Part 535 |
| 12173 | 35 Parts 3, 9, 61, 67, 103, 251, 253 |
| 12185 | 14 Part 152 |
|  | 34 Part 76 |
|  | 49 Parts 258, 260, 266, 622 |
| 12188 | 15 Parts 359, 2007, 2009 |
| 12191 | 41 Parts 101–6, 102–74 |
| 12196 | 10 Part 850 |
|  | 29 Part 1960 |
| 12205 | 31 Part 535 |
| 12211 | 31 Part 535 |
| 12214 | 15 Parts 388, 730 |
| 12215 | 35 Parts 3, 61, 70, 101, 103, 105, 107, 109, 111, 113, 115, 117, 119, 121, 123, 125, 251, 253 |
| 12220 | 7 Part 17 |
| 12222 | 32 Part 1293 |
| 12234 | 33 Part 162 |
|  | 46 Parts 2, 24, 26, 31, 32, 34—36, 38, 46, 50, 52—54, 56—59, 61—63, 70—74, 76—78, 90—93, 95—98, 110, 115—122, 131, 147, 160—164, 167, 170—174, 177—85, 188—190, 193—196 |
| 12241 | 44 Part 351 |
| 12250 | 28 Parts 41, 42 |
|  | 29 Part 1691 |
|  | 32 Part 56 |

| Executive Orders—Continued | CFR |
|---|---|
| 12276 | 31 Part 535 |
| 12279—12283 | 31 Part 535 |
| 12291 | 22 Part 128 |
|  | 32 Parts 56, 519 |
|  | 44 Parts 1, 18 |
| 12292 | 22 Part 503 |
| 12294 | 31 Part 535 |
| 12300 | 5 Part 6 |
| 12316 | 33 Part 300 |
|  | 40 Parts 305, 306 |
| 12318 | 15 Parts 801, 806 |
| 12333 | 32 Parts 93, 154, 386, 1805, 1806, 1904, 1905 |
|  | 35 Parts 1805, 1806 |
| 12341 | 45 Part 401 |
| 12353 | 5 Parts 950, 1208 |
| 12356 | 5 Part 2500 |
|  | 8 Part 103 |
|  | 12 Parts 403, 505c |
|  | 19 Part 201 |
|  | 21 Part 1402 |
|  | 22 Parts 9, 301, 503 |
|  | 29 Part 14 |
|  | 32 Parts 154, 158, 159, 350, 1805, 1900, 1905, 2002, 2003, 2400 |
|  | 35 Parts 60, 1805 |
|  | 36 Part 1260 |
|  | 44 Parts 1, 8, 151 |
|  | 49 Part 1280 |
|  | 50 Part 540 |
| 12364 | 5 Parts 362 |
| 12367 | 32 Part 162 |
| 12372 | 7 Parts 227, 1933, 1948 |
|  | 10 Part 1005 |
|  | 13 Parts 101, 315 |
|  | 15 Parts 13, 923, 931—933 |
|  | 18 Part 1311 |
|  | 24 Parts 50, 791, 841 |
|  | 28 Part 30 |
|  | 29 Part 17 |
|  | 32 Part 243 |
|  | 33 Part 384 |
|  | 34 Part 79 |
|  | 38 Part 40 |
|  | 40 Part 29 |
|  | 41 Part 101–6 |
|  | 43 Part 9 |
|  | 44 Part 4 |
|  | 45 Parts 100, 660, 1152, 1233 |
|  | 49 Part 17 |
| 12381 | 44 Part 361 |
| 12387 | 46 Part 310 |
| 12404 | 5 Part 950 |
| 12411 | 41 Parts 102–76, 102–79 |
| 12416 | 13 Part 101 |
|  | 15 Part 923 |
| 12432 | 15 Part 1400 |
| 12445 | 19 Part 115 |
| 12466 | 41 Parts 101–7, 302–12 |
| 12470 | 15 Part 378 |
| 12472 | 47 Parts 201, 202, 212, 214—216 |
| 12473 | 32 Part 152 |
| 12498 | 32 Part 519 |
| 12504 | 37 Part 150 |
| 12510 | 15 Part 591 |
| 12512 | 41 Parts 102–75, 102–76, 102–79 |

105

## CFR Index

| Executive Orders—Continued | CFR |
|---|---|
| 12518 | 15 Parts 801, 806 |
| 12522 | 41 Parts 101–7, 302–12 |
| 12525 | 15 Parts 769, 771, 773 |
| 12532 | 22 Part 7 |
| 12543 | 31 Part 550 |
| 12544 | 31 Parts 350, 550 |
| 12548 | 36 Part 222 |
| 12549 | 2 Part 180 |
| | 5 Part 970 |
| | 7 Part 3017 |
| | 10 Part 606 |
| | 12 Part 413 |
| | 13 Parts 134, 145 |
| | 14 Part 1265 |
| | 15 Part 26 |
| | 20 Part 436 |
| | 21 Part 1404 |
| | 22 Parts 137, 208, 310, 513, 1006, 1508 |
| | 24 Part 24 |
| | 28 Part 67 |
| | 29 Parts 98, 1471 |
| | 31 Part 19 |
| | 32 Parts 25, 280 |
| | 34 Part 85 |
| | 36 Part 1209 |
| | 38 Part 44 |
| | 40 Part 32 |
| | 41 Part 101–50 |
| | 44 Part 17 |
| | 45 Parts 76, 620, 1169, 1185, 1229, 2016, 2542 |
| | 49 Part 29 |
| 12565 | 34 Part 73 |
| 12580 | 33 Parts 1, 138, 153 |
| | 40 Parts 300, 303—305, 307 |
| 12591 | 21 Part 5 |
| 12596 | 5 Part 315 |
| | 36 Part 902 |
| | 44 Part 5 |
| 12598 | 22 Part 192 |
| 12600 | 5 Parts 294, 1204, 2604 |
| | 10 Parts 1303, 1703 |
| | 12 Parts 4, 404, 602, 792, 1102, 1402, 1710 |
| | 13 Part 200 |
| | 20 Part 402 |
| | 22 Parts 171, 303 |
| | 29 Parts 70, 4901 |
| | 32 Part 518 |
| | 35 Part 9 |
| | 36 Parts 902, 1007, 1250 |
| | 45 Part 5 |
| 12608 | 32 Part 1615 |
| 12613 | 31 Part 560 |
| 12656 | 15 Part 700 |
| | 33 Part 101 |
| | 36 Part 1236 |
| | 46 Parts 340, 345—347 |
| | 47 Part 201 |
| 12657 | 44 Parts 18, 352—353 |
| 12661 | 31 Part 800 |
| 12673 | 20 Part 625 |
| | 44 Parts 201, 206 |
| 12674 | 5 Parts 735, 2600, 2634—2636, 3101, 3401, 3501, 3601, 3801, 3901, 3902, 4001, 4101, 4301, 4501, 5001, 5101, 5201, |

| Executive Orders—Continued | CFR |
|---|---|
| | 5301, 5501, 5502, 5601, 5701, 5801, 6001, 6301, 6401, 6701, 6801, 6901, 7101, 7301, 7501, 7601, 7701, 7901, 8101, 8301, 8401, 8601, 8701 |
| | 10 Part 1010 |
| | 15 Part 0 |
| | 16 Part 5 |
| | 29 Part 0 |
| | 34 Part 73 |
| | 38 Part 0 |
| | 39 Part 3000 |
| | 46 Part 700 |
| | 49 Part 99 |
| 12679 | 5 Part 201 |
| 12689 | 2 Part 180 |
| | 5 Part 970 |
| | 10 Part 606 |
| | 12 Part 413 |
| | 13 Part 145 |
| | 14 Part 1265 |
| | 15 Part 26 |
| | 20 Part 436 |
| | 21 Part 1404 |
| | 22 Parts 137, 310, 513, 1006, 1508 |
| | 24 Part 24 |
| | 32 Part 25 |
| | 38 Part 44 |
| | 40 Part 32 |
| | 45 Part 76 |
| 12698 | 7 Part 3017 |
| | 22 Part 208 |
| 12699 | 7 Part 1792 |
| | 44 Part 18 |
| | 49 Part 41 |
| 12721 | 5 Part 315 |
| 12722 | 31 Part 575 |
| 12724 | 31 Part 575 |
| 12725 | 31 Part 570 |
| 12731 | 5 Parts 201, 731, 735, 2600, 2634—2636, 2638, 2640, 2641, 3101, 3401, 3501, 3601, 3801, 3901, 3902, 4001, 4101, 4301, 4501, 5001, 5101, 5301, 5501, 5601, 5701, 5801, 6001, 6201, 6401, 6501, 6601, 6801, 6901, 7101, 7301, 7501, 7601, 7701, 7901, 8101, 8301, 8401, 8601, 8701 |
| | 10 Part 1010 |
| | 15 Part 0 |
| | 16 Part 5 |
| | 29 Part 0 |
| | 38 Part 0 |
| | 39 Part 3000 |
| | 49 Part 99 |
| 12735 | 15 Parts 768, 771, 773, 775—779, 785—787, 789—791, 799 |
| 12736 | 5 Part 531 |
| 12742 | 15 Part 700 |
| 12748 | 5 Parts 530, 531, 550, 575 |
| 12752 | 7 Part 1499 |
| 12764 | 5 Part 6201 |
| 12777 | 33 Parts 1, 31, 71, 91, 133, 135, 136, 138, 150, 151, 153—154 |
| | 40 Parts 112, 117, 300 |
| | 46 Parts 31, 56, 71, 78, 91, 97, 154, 189, 196 |
| | 49 Part 194 |
| 12778 | 29 Part 18 |

# Authorities

*Executive Orders*—Continued          CFR
12786 ...........................................5 Part 531
12801 ..........................................31 Part 550
12808 ..........................................31 Part 585
12810 ..........................................31 Part 585
12817 ..........................................31 Part 575
12828 .....................................5 Parts 351, 451
12829 ...............................10 Parts 25, 54, 95
                                            32 Part 155
12831 ..........................................31 Part 585
12846 ..........................................31 Part 585
12851 ...............................15 Parts 730, 742, 744
12854 ................................15 Parts 730, 746
                                            31 Parts 501, 515
12865 ..........................................31 Part 590
12866 ........................................45 Parts 31, 32
12867 ...........31 Parts 770, 772, 788, 789, 799
12873 ..........................................40 Part 247
12883 ...........................................5 Part 531
12892 ...................................24 Parts 107, 108
12897 ...........................................5 Part 582
                                            39 Part 491
12918 ...............................15 Parts 711, 730, 746
                                            22 Part 126
12919 ........................................15 Part 700
                                            46 Parts 345—347
12932 ..........................................31 Part 580
12934 ..........................................31 Part 585
12938 ..........15 Parts 595, 712, 713, 719, 730, 734,
                                  736, 742, 744, 745
                                            31 Part 539
                                            37 Part 5
12947 ........................................15 Part 744
12957 ..........................................31 Part 560
12958 ...........................................5 Part 1312
                                            6 Part 7
                                  10 Parts 25, 54, 95, 710, 1045
                                            12 Part 792
                                            14 Part 1203
                                            15 Part 4a
                                  22 Parts 171, 503
                                            24 Part 15
                                            28 Part 17
                                            31 Part 2
                  32 Parts 1802—1804, 1900, 1907—1909,
                                  2001, 2004
                  35 Parts 1802—1804, 2004
                  36 Parts 1256, 1260
                                            43 Part 503
                                            45 Part 601
12959 ..........................................31 Part 560
12968 ...............................10 Parts 25, 54, 95, 710
                                            28 Part 17
                                  32 Parts 147—149
12978 ..........................................31 Parts 285, 536
12981 ........................................15 Part 750
12988 ...........................................5 Part 3801
                                            10 Part 15
                                            45 Part 32
12999 ...........................................7 Part 2812
                                            41 Part 109–50
13006 ..........................................41 Part 102–83
13019 ..........................................29 Part 1650
                                            31 Part 285
13020 .....................15 Parts 730, 734, 736, 752
13022 ..........................................50 Part 38
13026 ..........15 Parts 730, 732, 734, 736, 738, 740,

*Executive Orders*—Continued          CFR
                                  742, 744, 748, 750, 768, 774
13043 ..........................................43 Part 12
13047 ..........................................31 Part 537
13059 ................................31 Parts 56, 5600
13067 ..........................................31 Part 538
13069 ..........................................31 Part 590
13088 ..................................31 Parts 586—587
13094 ................................15 Parts 712, 713
                                            31 Part 539
                                            31 Part 590
13098 ...............................15 Parts 730, 744
13099 ...............................15 Parts 730, 744
13101 ..........................................40 Part 247
13106 ...........................................5 Part 531
                                            31 Parts 586—587
13128 ................................15 Parts 710—721
13129 ..........................................31 Part 545
13142 ............................................6 Part 7
                                            36 Part 1260
13143 ..........................................46 Part 12
13159 ..........................................31 Part 540
13162 .....................................5 Parts 213, 315
13179 ................................20 Parts 1, 30
                                            42 Parts 81—83
13192 ..................................31 Parts 586—587
13194 ..........................................31 Part 591
13198 ................................20 Parts 667, 670
                                            29 Parts 2, 37
13206 ........................................15 Part 743
13213 ..........................................31 Part 591
13219 ..........................................31 Part 588
13222 ..........15 Parts 730, 732, 734, 736, 738, 740,
                  742, 744, 746, 748, 750, 752, 754, 756,
                  758, 762, 764, 766, 770, 772, 774
                                            37 Part 5
13224 ...............................15 Parts 730, 744
13233 ........................................36 Part 1256
13257 ..........................................22 Part 96
13273 ..........................................46 Part 12
13279 ............................................7 Part 16
                                            20 Parts 667, 670
                                            29 Parts 2, 37
                                            41 Part 60–1
                                            7 Part 16
13280 ............................................7 Part 16
13284 ..........................................31 Part 594
13286 ........................................15 Part 700
                                            31 Part 536
                                            44 Part 208
13290 ..........................................31 Part 575
                                            31 Parts 536, 594
13292 ........................................36 Part 1256
13292 ...............................10 Parts 25, 95
13304 ..................................31 Parts 585—588
13318 .....................................5 Parts 213, 315, 362
13331 ........................................45 Part 2540
13333 ..........................................22 Part 96
13338 ........................................15 Part 736
                                            31 Part 542
13357 ..........................................31 Part 550
13808 ..........................................45 Part 32
*Directives:*
May 17, 1972 ...............................5 Part 1301
                                            18 Part 3a
                                            22 Part 9a
                                            40 Part 11
Dec. 7, 1979 .................................44 Part 351

## CFR Index

*Directives*—Continued      CFR

June 25, 1982 ................................12 Part 403
Mar. 11, 1983..................................12 Part 403
Mar. 28, 1985..................................15 Part 378

*Memorandums:*

Nov. 10, 1961 ...................................5 Part 960

*Reorganization Plans:*

1940 Plan No. 4...............................7 Part 612
1946 Plan No. 2.......................20 Parts 25, 501
     42 Part 3
1946 Plan No. 3...............15 Parts 9, 10, 16
     43 Parts 1870, 3590
1949 Plan No. 2..............................20 Part 603
1950 Plan No. 2..................................8 Part 3
     28 Parts 3, 42
1950 Plan No. 3 .....................25 Parts 150, 250
     30 Part 201
     36 Parts 63, 64, 68, 71, 72
     43 Parts 6, 1780
1950 Plan No. 5..........15 Parts 4, 15, 30, 60, 807
1950 Plan No. 6........20 Parts 10, 701—704, 718,
     722, 725, 726, 801, 802
     29 Parts 19, 70, 541, 689
     31 Part 21
1950 Plan No. 14 ........29 Parts 1, 3, 5—8, 29, 30
1950 Plan No. 18 .......................41 Part 102–73
1950 Plan No. 19 ................20 Parts 25, 61, 501
1950 Plan No. 21 .......46 Parts 206, 222, 251, 276,
     280, 283, 294, 309, 310, 331, 381, 385,
     390, 391
1950 Plan No. 26 ...................31 Parts 8, 10, 14
     45 Parts 7, 16, 204
1953 Plan No. 2 ...........................7 Parts 2, 11
1958 Plan No. 1 ............................32 Part 185

*Reorganization Plans*—Continued      CFR

     46 Parts 345—347
1961 Plan No. 3........14 Parts 213, 216, 247, 384,
     385
1961 Plan No. 7........46 Parts 202, 206, 251, 276,
     280, 283, 294, 309, 310, 331, 381, 385,
     390, 391, 501, 550, 581
1965 Plan No. 2 .............................15 Part 903
1968 Plan No. 2 ...........................24 Parts 1, 2
     49 Part 601
1968 Plan No. 3 ............................40 Part 190
1970 Plan No. 2................................2 Part 215
     41 Parts 101–37, 102–33
1970 Plan No. 3 ............................21 Part 193
     40 Parts 2, 112, 121, 160, 177—179,
     190, 194
1970 Plan No. 4 .............................15 Part 950
     50 Part 260
     46 Parts 345—347
1973 Plan No. 1 ................................31 Part 9
1977 Plan No. 2................22 Parts 62—65, 518
1978 Plan No. 1 .........29 Parts 1614, 1620, 1621,
     1625—1627, 1690
1978 Plan No. 2 ...........5 Parts 179, 1250—1255
1978 Plan No. 3..........44 Parts 1, 2, 5—10, 12—
     15, 18, 59—68, 70—73, 75, 150, 151, 201,
     206, 295, 300—304, 312, 321, 323, 327,
     329—331, 350, 351, 354, 360, 361
     48 Parts 4401—4403, 4405, 4406, 4408,
     4409, 4412, 4414—4417, 4419, 4424, 4426,
     4429, 4432, 4433, 4435, 4436, 445
     29 Part s 2550, 2570
1979 Plan No. 1............................10 Part 1534
1979 Plan No. 3............................15 Part 2009
1980 Plan No. 1 ................................10 Part 1

# United States District Court

## IN THE DISTRICT OF COLUMBIA

George K. Pragovich, et ux,

                         Plaintiffs,

      v.

UNITED STATES (Government),

                     Defendant.

Case No: 1:07-cv-02079 (JR)

**APPENDIX 2**

Pragovich, *et ux*, v. United States.       page 1 of 2 pages       Response to Motion to Dismiss and
Request for Leave to Amend
APPENDIX 2

Pragovich, *et ux*, v. United States.                page 2 of 2 pages                Response to Motion to Dismiss and
Request for Leave to Amend
APPENDIX 2

**TREASURY DIRECTIVE: 28-01**

**Date: July 17, 1989**

**Sunset Review: TBD**

**Expiration Date: TBD**

**SUBJECT: Preparation and Review of Regulations**

1. PURPOSE. This Directive establishes procedures that govern the issuance of regulations and the preparation of regulatory analyses, programs and agendas.

2. BACKGROUND. The issuance of regulations, the review of existing regulations, and the publication of regulatory agendas and programs are governed by the Administrative Procedure Act, the Paperwork Reduction Act of 1980, the Regulatory Flexibility Act, the Tax Reform Act of 1986, Executive Order (E.O.) 12291, E.O. 12498, E.O. 12612, E.O. 12630, and 5 CFR Part 1320. The purpose of this Directive is to provide offices and bureaus with the information necessary to comply with these authorities and to obtain timely Departmental review of regulatory documents.

3. DEFINITIONS.

a. For purposes of this Directive, and except as provided in paragraph 3.b., the term regulation means:

(1) any advance notice of proposed rulemaking, notice of proposed rulemaking (proposed regulation), temporary (interim) regulation, final regulation or Treasury Decision published in the Federal Register;

(2) any other publicly-issued document of general applicability and future effect designed to implement, interpret, or prescribe law or policy, or describing the procedure or practice requirements of an office or bureau;

(3) any document that withdraws or substantively amends a previously issued regulation;

(4) any document published in the Notice section of the Federal Register that:

(a) requires or authorizes any action on the part of any person to participate in a program, avoid a penalty, or obtain a benefit;

(b) contains a reporting or recordkeeping requirement;

(c) establishes or revises policy;

(d) could limit the policymaking discretion of States; or

(e) could infringe upon a constitutionally protected property right; and

(5) any other document or category of documents to the extent determined by a bureau or office head, policy official, the General Counsel, or the Executive Secretary.

b. The term regulation does not include:

(1) documents making nonsubstantive technical corrections to a previously issued regulation;

(2) notices in the Internal Revenue Bulletin and amendments to the Internal Revenue Service Statement of Procedural Rules (26 CFR Part 601) that are not subject to the provisions of the Paperwork Reduction Act of 1980, the Regulatory Flexibility Act or E.O.s 12291, 12612 or 12630;

(3) revenue rulings, revenue procedures, decisions, legal determinations, or other similar rulings documents issued by the Internal Revenue Service, the United States Customs Service, or the Bureau of Alcohol, Tobacco and Firearms; and

(4) other documents specifically designated by the Executive Secretary in consultation with the General Counsel.

c. The term policy official means an official in the Departmental Offices at the level of a Deputy Assistant Secretary or above, and for purposes of paragraph 5.c., the Comptroller of the Currency.

d. The term LLR means the Associate General Counsel (Legislation, Litigation, and Regulation) in the Office of the General Counsel.

4. OPPORTUNITY FOR PUBLIC PARTICIPATION. Consistent with applicable law and the circumstances of a regulatory action, each bureau and office shall give the public an early and meaningful opportunity to participate in the regulatory process.

a. Special Requirements.

(1) Bureaus and offices should allow 60 days for public comment on proposed regulations that are major (see Part I), are likely to have a significant economic impact on a substantial number of small entities (see Part II), or contain a requirement for the collection of information (see Part III).

(2) For regulations to be issued without opportunity for notice and public comment, refer to Part VI.

b. Congressional Comments. Bureaus and offices shall promptly provide LLR with a copy of any written comment from a member of Congress or Senator that criticizes or opposes a proposed regulation. If a bureau or office prepares a substantive response to any such comment, a copy of the response also shall be provided to LLR.

5. DEPARTMENTAL REVIEW OF REGULATIONS.

a. Document Identification.

(1) The bureau or office originating any regulation subject to this Directive shall assign to such regulation a unique identifier not to exceed nine (9) characters (including spaces). The same identifier shall be assigned to all rulemaking stages of the regulation (e.g., a proposed regulation and subsequent final regulation must be assigned the same identifier).

(2) The identifier shall be displayed on the regulation and on all memoranda and related documents (e.g., transmittals to the Office of Management and Budget (OMB) and correspondence referenced in paragraph 4.b.) submitted to the Department with respect to such regulation. Inquiries concerning the status of review should be directed to LLR and reference the unique identifier.

b. Review Required. No bureau or office may publish or otherwise issue a regulation subject to this Directive until Departmental review has been completed.

c. Departmental Review Procedures.

(1) Regulations Issued by, or Subject to Review or Approval of, a Policy Official.

Regulations issued by, or subject to review or approval of, a policy official shall be reviewed by appropriate counsel, signed by the policy official or bureau head, and transmitted to the Executive Secretary. Review shall be requested by a memorandum from the policy official (or from an office or bureau official through the policy official) to the Executive Secretary. The memorandum shall, at a minimum, fully, clearly, and succinctly:

(a) describe the regulation;

(b) explain the reason it is being issued;

(c) indicate whether any political or media interest has been expressed in the subject matter of the regulation; and

(d) list any correspondence received concerning the regulation.

Each transmittal shall include the materials and documentation described in Appendix A.

(2) Other Regulations. Regulations not issued by, or subject to review or approval of, a policy official shall be reviewed by appropriate counsel, signed by the appropriate office or bureau official, and transmitted to LLR.

d. Special Procedures.

(1) Paperwork Reduction Act. If a regulation is subject to review by OMB pursuant to the Paperwork Reduction Act (see Part III), the regulation and all required documentation shall be reviewed by the appropriate office or bureau reports management office. Five copies shall be transmitted to the Office of Information Resources Management in the Office of the Assistant Secretary of the Treasury (Management) for review and coordination with LLR.

(2) E.O. 12291. If a regulation is subject to review by OMB pursuant to E.O. 12291 (see Part I), the originating bureau or office shall provide five copies of the regulation and all required documentation directly to LLR.

6. AUTHORITIES.

a. "Administrative Procedure Act," 5 U.S.C. 553 (see 26 U.S.C. 7805(e) for special limitation on certain Internal Revenue Service and Bureau of Alcohol, Tobacco and Firearms regulations).

b. "Regulatory Flexibility Act," 5 U.S.C. 601 et seq. (see 26 U.S.C 7805(f) for special related requirement for certain Internal Revenue Service and Bureau of Alcohol, Tobacco and Firearms regulations).

c. "Paperwork Reduction Act of 1980," 44 U.S.C. 3501 et seq., as amended.

d. E.O. 12291, "Federal Regulation," dated February 17, 1981 (46 FR 13193).

e. E.O. 12498, "Regulatory Planning Process," dated January 4, 1985 (50 FR 1036).

f. E.O. 12612, "Federalism," dated October 26, 1987 (52 FR 41685).

g. E.O. 12630, "Governmental Actions and Interference with Constitutionally Protected Property Rights," dated March 15, 1988 (53 FR 8859).

h. 5 CFR 1320, "Controlling Paperwork Burdens on the Public," revised May 10, 1988 (53 FR 16618).

i. Treasury Order 113-01, "Redesignation of the Assistant Secretary for Policy Development as theAssistant Secretary for Policy Management," dated March 30, 1989.

7. SEMIANNUAL AGENDAS AND REGULATORY PROGRAMS. Pursuant to the Regulatory Flexibility Act and E.O. 12291, the Department of the Treasury will publish in the Federal Register a combined semiannual Regulatory Agenda during April and October of each year. Pursuant to E.O. 12498, the Department of the Treasury annually will prepare a regulatory program. Bureaus and offices will prepare and transmit the semiannual agendas and regulatory programs as directed by LLR.

8. OFFICES OF PRIMARY INTEREST. Associate General Counsel (Legislation, Litigation, and Regulation), Office of the General Counsel; and the Executive Secretary, Office of the Assistant Secretary of the Treasury (Policy Management).

Emily L. Walker

Executive Secretary

Attachments

--------------------------------------------------------------------------

Attachment

TABLE OF CONTENTS

Part I Major Regulations and Rules (E.O. 12291)  Page I-1
Part II Regulatory Flexibility Act (5 U.S.C. 601 et seq.) Page II-1
Part III Paperwork Reduction Act (44 U.S.C. 3501 et seq.) Page III-1
Part IV Federalism (E.O. 12612) Page IV-1
Part V Governmental Actions and Interference with Constitutionally Protected Property Rights (E.O. 12630) Page V-1
Part VI Regulations or Rules Responding to Emergency Situations or Statutory or Judicial Deadlines, or Issued Without Prior Notice and Public Procedure Under an Exemption to 5 U.S.C. 553 Page VI-1
APPENDIX A Format for Regulatory Review Submissions Page A-1
APPENDIX B Regulatory Profile (TD F 50-04.1) Page B-1

--------------------------------------------------------------------------

PART I

MAJOR REGULATIONS AND RULES (E.O. 12291)

1. Nonapplicability. The provisions of this Part, other than paragraph 3., do not apply to:

a. administrative actions governed by the provisions of sections 556 and 557 of title 5, United States Code;

b. regulations issued with respect to a military or foreign affairs function of the United States;

c. regulations related to agency organization, management, or personnel;

d. regulations issued by the Bureau of the Public Debt that implement, through the exercise of the general borrowing power, the fiscal policies of the United States;

e. major regulations to be issued in response to an emergency situation or a short-term deadline imposed by statute or judicial order, to the extent provided in Part VI;

f. advance notices of proposed rulemaking issued by the Internal Revenue Service, the U.S Customs Service, or the Bureau of Alcohol, Tobacco and Firearms, providing that such documents contain no regulatory text;

g. regulations making nonsubstantive technical corrections to previously published regulations;

h. Regulations of the Internal Revenue Service, the United States Customs Service, and the Bureau of Alcohol, Tobacco and Firearms that are not reviewed or approved by an Assistant Secretary prior to issuance; and

i. regulations of the Bureau of Alcohol, Tobacco and Firearms concerning the establishment or designation of viticultural areas.

2. Major Regulations.

a. Definition. Except as provided in paragraphs 1. and 4.b.(2), a regulation shall be deemed a major regulation, and shall require a Regulatory Impact Analysis, if the appropriate bureau head or policy official, the General Counsel or the Executive Secretary determines it is likely to result in one or more of the following:

(1) an annual effect (positive, negative or a combination thereof) on the economy of $100 million or more;

(2) a major increase in costs or prices for consumers, individual industries, Federal, State or local government agencies, geographic regions; or

(3) significant adverse effects on competition, employment, investment, productivity, innovation, or on the ability of United States-based enterprises to compete with foreign-based enterprises in domestic or foreign markets.

A regulation shall not be deemed major if the economic or other consequences are a direct result of the implementation of a statute, international agreement or court decision.

b. Regulatory Impact Analyses.

(1) Preliminary Regulatory Impact Analysis (PRIA). In the case of a notice of proposed rulemaking determined to be a major regulation, the originating bureau or office shall prepare a PRIA prior to, or at the time of, the actual drafting of the notice of proposed rulemaking. If appropriate, such analysis may be combined with an Initial Regulatory Flexibility Analysis if such analysis is required by Part II. The PRIA shall accompany the notice of proposed rulemaking through all review levels and shall comply with the requirements of section 3(d) of E.O. 12291.

(2) Final Regulatory Impact Analysis (FRIA). In the case of a final or temporary (interim) regulation determined to be a major regulation, the originating bureau or office shall prepare a FRIA using the same criteria as with the PRIA. Such analysis may be combined with a Final Regulatory Flexibility Analysis if such analysis is required by Part II. The FRIA shall accompany the final regulation

through all review levels.

(3) Availability. If the PRIA or FRIA is not published with the regulation, the bureau or office shall include in the preamble of, or as an appendix to, the regulation:

(a) a brief summary of the analysis; and

(b) a statement advising the public how copies of the analysis may be obtained.

3. Federal Register Statements. Whenever an office or a bureau publishes a regulation in the Federal Register, it shall include in the preamble a statement substantially similar to one of the following, as appropriate:

a. "This document is not subject to the requirements of E.O. 12291. [Brief explanation of basis for determination]. "

b. "It has been determined that this document is not a major regulation as defined in E.O. 12291 and a regulatory impact analysis is not required. [Brief explanation of basis for determination]."

c. "It has been determined that this document is a major regulation as defined in E.O. 12291. Accordingly, a [preliminary/final] regulatory impact analysis has been prepared." In addition, the bureau or office shall include a brief statement that the regulation is within the authority delegated by law and consistent with congressional intent.

4. Required Submissions to OMB.

a. General. Except with respect to regulations described in paragraph 1., all regulations, required transmittal forms, and applicable regulatory impact analyses shall be submitted to OMB, through LLR, for review pursuant to E.O. 12291.

b. Special Procedures for the Internal Revenue Service, the U.S. Customs Service, and the Bureau of Alcohol, Tobacco and Firearms.

(1) Major Legislative Regulations. All legislative regulations that are major, required transmittal forms, and accompanying regulatory impact analyses shall be submitted to OMB, through LLR, for review pursuant to E.O. 12291

(2) Other Regulations (including major nonlegislative regulations). With respect to all other regulations (except those described in paragraph 1.) there shall be submitted to OMB, through LLR, at least 14 days prior to the anticipated publication of a regulation, four (4) copies of a "Four-Point Memorandum" containing the following information:

(a) the title of the regulation and the unique identification number assigned to the regulation;

(b) the stage of rulemaking;

(c) a brief description of what the regulation will require and an identification of any significant policy changes proposed or resulting from the regulation; and

(d) the basis for determining that the regulation is not a major regulation or, in the case of an interpretative regulation, an explanation of why the regulation is considered interpretative.

c. OMB Review. The standard OMB review period for:

(1) regulations submitted for review under E.O. 12291 is:

(a) 10 calendar days for nonmajor regulations,

(b) 30 calendar days for major notices of proposed rulemaking and subsequent final regulations; and

(c) 60 calendar days for major temporary (interim) and final regulations not preceded by a notice of proposed rulemaking.

Offices and bureaus are advised to incorporate review periods into publication schedules and that OMB may extend the review period for any regulation.

(2) "Four-Point Memoranda" is 10 calendar days. Bureaus are advised that OMB may, during this review period, elect to review the economic impact of any regulation under the terms of E.O. 12291.

d. Coordination with E.O. 12630. Refer to Part V, paragraphs 2.b. and 2.d., for required submissions concerning E.O. 12630.

-----------------------------------------------------------------------------

# PART II

## REGULATORY FLEXIBILITY ACT

1. In General. The Regulatory Flexibility Act applies to all regulations except as provided in paragraph 2. The Regulatory Flexibility Act requires each bureau or office that is required by 5 U.S.C. 553, or any other law to publish a notice of proposed rulemaking or proposed regulation, to consider the impact of the regulation on small entities as defined in the Regulatory Flexibility Act (5 U.S.C. 601(6)).

2. Nonapplicability. Except as may be otherwise required by law, the provisions of this Part (other than paragraphs 3.b. and c.) do not apply to:

a. advance notices of proposed rulemaking, provided that they do not contain regulatory text;

b. regulations not required to be issued with notice and opportunity for public comment pursuant to 5 U.S.C. 553, or any other law, even if a notice of proposed rulemaking is published at the discretion of an office or bureau;

c. final regulations where the prior notice of proposed rulemaking was published before January 1, 1982;

d. regulations of particular applicability relating to rates, wages, corporate or financial structures, or reorganization thereof, prices, facilities, appliances, services, or allowances therefor, or to valuations, costs or accounting, or practices related to such rates, wages, structures, prices, appliances, services or allowances; and

e. to the extent provided in Part VI, regulations that will have a significant economic impact on a substantial number of small entities that are issued in response to an emergency situation or a short-term deadline imposed by statute or judicial order.

3. Certification or Statement of Nonapplicability.

a. General.

TREASURY DIRECTIVE: 28-01

Case 1:07-cv-02079-JR    Document 15-4    Filed 07/07/2008    Page 10 of 28
file:///C:/Documents%20and%20Settings/j/Local%20Settings/Tempora...

(1) The Regulatory Flexibility Act provides that an agency may exempt a regulation from the requirement to prepare regulatory flexibility analyses upon certification that the regulation will not have a significant economic impact on a substantial number of small entities. In other instances (see paragraph 2.) the Act may not apply to a regulation.

(2) Withdrawal of Certification. Notwithstanding certification that a notice of proposed rulemaking will not have a significant economic impact on a substantial number of small entities, if a bureau or office, at any time prior to issuing a final regulation, finds that the regulation is likely to have such an impact, the bureau or office shall notify LLR. Bureaus and offices are advised that preparation of an analysis may be required.

b. Federal Register Statement. Bureaus and offices shall include in the preamble to each notice of proposed rulemaking, temporary (interim), and final regulation, a statement as follows:

(1) Regulations Subject to the Act and Not Having a Significant Economic Impact on a Substantial Number of Small Entities. In the case of a regulation subject to the Act that:

(a) will not have a significant economic impact on a substantial number of small entities, or

(b) implements a statute or other legal authority that imposes a significant economic impact on a substantial number of small entities, to the extent such impact flows directly from such statute or authority and is intended or necessarily anticipated thereby,

a certification substantially identical to the following must be included: "It is hereby certified that this regulation will not have a significant economic impact on a substantial number of small entities. Accordingly, a regulatory flexibility analysis is not required." This statement must be followed by a brief explanation of the basis for the certification.

(2) Regulations Not Subject to the Act. In the case of a regulation not subject to the Regulatory Flexibility Act (see paragraph 2.), a statement explaining why the Act does not apply is required (see paragraph 3.c.(3) for special requirements for certain Internal Revenue Service and Bureau of Alcohol, Tobacco and Firearms regulations).

(3) Regulations Having a Significant Economic Impact on a Substantial Number of Small Entities. In the case of regulations subject to the analysis requirements of the Regulatory Flexibility Act, refer to paragraphs 4.b. or 5.b. (statement concerning public availability of analyses). Refer to Part VI, paragraph 4., if the regulation is being issued in response to an emergency situation or a statutory or judicial deadline.

c. Special Requirements for the Internal Revenue Service and the Bureau of Alcohol, Tobacco and Firearms.

(1) In General.

(a) Section 7805(f) of title 26, United States Code, prescribes special requirements for Internal Revenue Service and Bureau of Alcohol, Tobacco and Firearms notices of proposed rulemaking and final regulations that do not supersede a notice of proposed rulemaking. Section 7805(f) applies if any such regulation is:

(i) issued pursuant to authority contained in title 26, United States Code; and

(ii) not subject to the Regulatory Flexibility Act (see paragraph 2.).

(b) Section 7805(f) does not apply to a temporary (interim) regulation or to a final regulation superseding a notice of proposed rulemaking.

TREASURY DIRECTIVE: 28-01

Case 1:07-cv-02079-JR    Document 15-4    Filed 07/07/2008    Page 11 of 28
file:///C:/Documents%20and%20Settings/j/Local%20Settings/Tempora...

(2) Submission to Small Business Administration. With respect to any regulation described in paragraph 3.c.(1)(a), the Internal Revenue Service and the Bureau of Alcohol, Tobacco and Firearms shall submit a copy of such regulation to the Administrator of the Small Business Administration, as follows:

(a) with respect to a notice of proposed rulemaking, immediately following publication.

(b) with respect to a final regulation that does not supersede a notice of proposed rulemaking, at least four weeks prior to the publication.

Note: Section 7805(f) provides that the Administrator shall have four weeks from the date of submission to submit comments concerning the impact of the regulation on small business.

(3) Federal Register Statement. With respect to a regulation submitted to the Administrator of the Small Business Administration pursuant to paragraph 3.c.(2), the preamble to such regulation shall contain a statement that the regulation is not subject to the Regulatory Flexibility Act and that a copy of the regulation has been submitted to the Administrator of the Small Business Administration for comment on the impact of such regulation on small business pursuant to section 7805(f).

4. Initial Regulatory Flexibility Analysis (IRFA).

a. Content. In the case of a notice of proposed rulemaking that is likely to have a significant economic impact on a substantial number of small entities, the initiating office or bureau shall prepare an IRFA. This analysis may be combined with a Preliminary Regulatory Impact Analysis (see Part I). Such analysis shall be approved by the bureau or office head and shall accompany the regulation through all review levels. The IRFA shall comply with the requirements of the Regulatory Flexibility Act (5 U.S.C. 603(b) and (c)).

b. Public Availability. At the option of the initiating bureau or office, the IRFA may be published in the preamble of, or as an appendix to, the notice of proposed rulemaking, or prepared as a separate document. If the analysis is prepared as a separate document, a summary shall be published in the preamble of, or as an appendix to, the notice of proposed rulemaking and the preamble shall advise the public how copies of the analysis may be obtained.

c. Transmittal to Small Business Administration. A copy of each approved IRFA shall be transmitted by LLR to the Chief Counsel for Advocacy of the Small Business Administration.

5. Final Regulatory Flexibility Analysis (FRFA).

a. Content. In the case of a final regulation for which an IRFA was prepared or for which a FPFA is otherwise required, the originating office or bureau shall prepare a FRFA. Such analysis shall be approved by the office or bureau head and shall accompany the regulation through all review levels. Such analysis may be combined with a Final Regulatory Impact Analysis (see Part I). The final analysis shall comply with the requirements of the Regulatory Flexibility Act (5 U.S.C. 604(a)).

b. Public Availability. The originating office or bureau shall make copies of the final analysis available to the public and shall include in the preamble to the final regulation a statement describing how copies may be obtained. Alternatively, the originating bureau or office may publish the complete final analysis in the preamble of, or as an appendix to, the final regulation.

-------------------------------------------------------------------------------

TREASURY DIRECTIVE: 28-01

Case 1:07-cv-02079-JR    Document 15-4    Filed 07/07/2008    Page 12 of 28
file:///C:/Documents%20and%20Settings/j/Local%20Settings/Tempora...

## PART III

## PAPERWORK REDUCTION ACT

1. **Notices of Proposed Rulemaking and Subsequent Final Regulations.** Any notice of proposed rulemaking that contains a reporting or recordkeeping requirement, and any final regulation issued pursuant to such notice of proposed rulemaking, is subject to 44 U.S.C. 3504(h) and to such related rules, regulations and procedures as may be promulgated by OMB (see 5 CFR 1320.13, 1320.15(a), and 1320.21).

2. **All Other Documents.** Any document (including nonregulatory documents) not described in paragraph 1. that contains a reporting or recordkeeping requirement is subject to clearance by OMB prior to publication pursuant to 44 U.S.C. 3507 and to such related rules, regulations and procedures as may be promulgated by the OMB (see generally 5 CFR 1320.12, 1320.15(a) and 1320.21). Offices and bureaus are advised to ensure that required submissions are made at least 30 days prior to date of anticipated publication or issuance.

3. **Definitions.** For purposes of this Part:

a. **Reporting requirement** means a requirement, whether mandatory or voluntary, that persons provide information to an entity of the Federal Government. A requirement that a person obtain or compile information for the purpose of disclosure to one or more persons, or to the public at large, constitutes a reporting requirement whenever the same requirement would be subject to the Act if the information were provided directly to an agency of the Federal Government. A form codified in a regulation constitutes a reporting requirement.

b. **Recordkeeping requirement** means a requirement that persons maintain specified information, whether or not the information ultimately is provided to an entity of the Federal Government.

4. **Nonapplicability.** This Part does not apply to:

a. Regulations that do not contain a reporting or recordkeeping requirement.

b. Regulations that contain a reporting or recordkeeping requirement, if:

(1) such information is required only of agencies, instrumentalities or employees of the United States and is not collected for general statistical purposes; or

(2) the requirement in the regulation is not self-executing (i.e., the regulation does not specify the information to be reported or maintained and instead requires the submission on a form, or pursuant to instructions not codified in the regulation).

c. Regulations that contain a reporting or recordkeeping requirement for a purpose specifically described in 44 U.S.C. 3518(c)(1).

d. Collections of information specifically designated in 5 CFR 1320.7(j).

5. **Required Submissions to OMB.**

a. Except as provided in paragraph 4., originating offices and bureaus shall prepare required submissions to OMB for regulations that contain a collection of information as directed by the Office of the Assistant Secretary of the Treasury (Management). Such submissions shall be reviewed and approved by the appropriate bureau or office reports management officer and forwarded to the Office of Information Resources Management in the Office of the Assistant Secretary of the Treasury (Management) for coordination with LLR.

TREASURY DIRECTIVE: 28-01

Case 1:07-cv-02079-JR    Document 15-4    Filed 07/07/2008    Page 13 of 28
file:///C:/Documents%20and%20Settings/j/Local%20Settings/Tempora...

**b. OMB Review.**

**(1) Notices of Proposed Rulemaking.** Prepublication approval by OMB is not required. Submissions must be made to OMB not later than the date of publication in the Federal Register. The OMB review period is 60 days from the date the regulation is published, during which time OMB must submit comments or approve the collection of information.

**(2) Final and Temporary (Interim) Regulations Issued Subsequent to a Notice of Proposed Rulemaking.** Prepublication review and approval by OMB is required only if any information collection contained in the temporary or final regulation:

**(a)** was not contained in the prior notice of proposed rulemaking;

**(b)** is materially different from that contained in the prior notice of proposed rulemaking; or

**(c)** was commented upon by OMB in connection with its review of the prior notice of proposed rulemaking (Offices and Bureaus shall consult with LLR in such circumstances).

The OMB review period is 60 days. Offices and bureaus are advised to incorporate this review period into publication schedules and that OMB may extend the review period for an additional 30 days. If the required submission cannot be made to OMB at least 30 days prior to anticipated publication, offices and bureaus shall consult with LLR.

**(3) Temporary (Interim) and Final Regulations Issued Without a Prior Notice of Proposed Rulemaking.** Prepublication approval by OMB is required. The OMB review period is 60 days. Offices and bureaus are advised to incorporate this review period into publication schedules and that OMB may extend the review period for an additional 30 days. If the required submission cannot be made to OMB at least 30 days prior to anticipated publication, offices and bureaus shall consult with LLR.

**6. Federal Register Statements.**

**a. Notices of Proposed Rulemaking.** The preamble to a notice of proposed rulemaking that contains a reporting or recordkeeping requirement shall include, at a minimum, a statement substantially similar to the following and containing all the information elements specified:

**PAPERWORK REDUCTION ACT**

The collection[s] of information contained in this notice of proposed rulemaking has/have been submitted to the Office of Management and Budget for review in accordance with the Paperwork Reduction Act of 1980 (44 U.S.C. 3504(h)). Comments on the collection[s] of information should be sent to the Office of Management and Budget, Paperwork Reduction Project (XXXX-YYYY*), Washington, D.C., 20503, with copies to the [name of office or bureau] at the address previously specified.

* XXXX = Agency Code; YYYY = OMB Control Number, if known

The collection[s] of information in this proposed regulation [is/are] in section[s] [list CFR section(s) containing the collections of information]. This information is required by [name of office or bureau] to [brief description of purpose of reporting/recordkeeping requirement]. This information will be used to [brief description of how collected information will be used]. The likely [respondents and/or recordkeepers] are [use one or more of the following terms, as appropriate: individuals or households, State or local governments, Federal agencies or employees, non-profit institutions, and/or small businesses or organizations].

TREASURY DIRECTIVE: 28-01

Case 1:07-cv-02079-JR    Document 15-4    Filed 07/07/2008    Page 14 of 28
file:///C:/Documents%20and%20Settings/j/Local%20Settings/Tempora...

Estimated total annual reporting and/or recordkeeping burden: _____ hours.

[Estimated average annual burden hours per respondent and/or recordkeeper:
_____ hours/minutes OR [The estimated annual burden per respondent/recordkeeper varies from _____ to _____ hours/minutes, depending on individual circumstances, with an estimated average of _____ hours/minutes].

Estimated number of respondents and/or recordkeepers: _____.

Estimated annual frequency of responses: _____. [For reporting requirements only]

b. Final Regulations Issued Pursuant to a Notice of Proposed Rulemaking.

(1) General. A final regulation that is issued pursuant to a notice of proposed rulemaking and that contains a reporting or recordkeeping requirement shall, at a minimum, include in the preamble a statement substantially similar to one of the following, as appropriate. and containing all the information elements specified:

(a)

PAPERWORK REDUCTION ACT

The collection[s] of information contained in this final regulation has/have been reviewed and approved by the Office of Management and Budget in accordance with the requirements of the Paperwork Reduction Act (44 U.S.C. 3504(h)) under control number XXXX-YYYY*. [The estimated average burden associated with the collection[s] of information in this final rule is _____ hours/minutes per respondent or recordkeeper] OR [The estimated annual burden per respondent/recordkeeper varies from _____ to _____ hours/minutes, depending on individual circumstances, with an estimated average of _____ hours/minutes].

Comments concerning the accuracy of this burden estimate and suggestions for reducing this burden should be directed to [name and address of bureau/office reports management office] and to the Office of Management and Budget, Paperwork Reduction Project (XXXX-YYYY*), Washington, D.C. 20503.

* Insert 8-digit OMB Control Number.

(b)

PAPERWORK REDUCTION ACT

The collection of information requirements contained in this final regulation have been submitted to the Office of Management and Budget (OMB) in accordance with the requirements of the Paperwork Reduction Act (44 U.S.C. 3 504(h)). [The estimated average burden associated with the collection[s] of information in this final rule is _____ hours/minutes per respondent or recordkeeper] OR [The estimated annual burden per respondent/recordkeeper varies from _____ to _____ hours/minutes depending on individual circumstances, with an estimated average of _____ hours/minutes]. Final action by OMB with respect to these requirements is pending. The [name of bureau or office] will publish notification of OMB's final action in the Federal Register.

Comments concerning the accuracy of this burden estimate and suggestions for reducing this burden should be directed to [name and address of bureau/office reports management office] and to the Office of Management and Budget, Paperwork Reduction Project (XXXX-YYYY*), Washington, D.C. 20503.

*XXXX = Agency Code

YYYY = OMB Control Number, if known

Note: In addition, the effective date provision of the final rule shall specify that the collection of information shall not become effective until further notification is published in the Federal Register.

(2) Special Requirements.

(a) In the case of a final rule, to be issued pursuant to a prior notice of proposed rulemaking, that contains a reporting or recordkeeping requirement, the office or bureau shall include in the preamble an explanation of how any reporting or recordkeeping requirements contained in the final regulation respond to the comments, if any, filed by OMB or the public. or an explanation of why it rejected those comments.

(b) If the final regulation rejects comments filed by OMB, the originating bureau or office shall consult with LLR.

c. Final Regulations Issued Pursuant to a Prior Temporary (Interim) Regulation. A final regulation that is issued pursuant to a temporary (interim) regulation and that contains a reporting or recordkeeping requirement shall, at a minimum, include in the preamble a statement substantially similar to one of the following, as appropriate, and containing all the information elements specified:

PAPERWORK REDUCTION ACT

The collection[s] of information contained in this final regulation has/have been reviewed and approved by the Office of Management and Budget in accordance with the requirements of the Paperwork Reduction Act (44 U.S.C. 3507) under control number XXXX-YYYY*. [The estimated average burden associated with the collection[s] of information in this final rule is _____hours/minutes per respondent or recordkeeper] OR [The estimated annual burden per respondent/recordkeeper varies from _____to _____hours/minutes, depending on individual circumstances, with an estimated average of _____hours/minutes].

Comments concerning the accuracy of this burden estimate and suggestions for reducing this burden should be directed to [name and address of bureau/office reports management office] and to the Office of Management and Budget, Paperwork Reduction Project (XXXX-YYYY*), Washington, D.C. 20503.

* Insert 8-digit OMB Control Number.

d. Temporary (Interim) and Final Regulations Issued Without a Prior Notice of Proposed Rulemaking. A temporary (interim) or final regulation that is issued without a prior notice of proposed rulemaking and that contains a reporting or recordkeeping requirement shall, at a minimum, include in the preamble one of the following statements, as appropriate, and containing all the information elements specified:

(1) Regulations Not Issued With a Separate and Contemporaneous Cross-Reference Notice of Proposed Rulemaking.

PAPERWORK REDUCTION ACT

This regulation is being issued without prior notice and public procedure pursuant to the Administrative Procedure Act (5 U.S.C. 553). For this reason, the collection[s] of information contained in this regulations [has/have] been reviewed and, pending receipt and evaluation of

Case 1:07-cv-02079-JR    Document 15-4    Filed 07/07/2008    Page 16 of 28

TREASURY DIRECTIVE: 28-01                                    file:///C:/Documents%20and%20Settings/j/Local%20Settings/Tempora...

public comments, approved by the Office of Management and Budget (OMB) under control number XXXX-YYYY*. Comments concerning the collection[s] of information and the accuracy of estimated average annual burden, and suggestions for reducing this burden should be directed to the Office of Management and Budget, Paperwork Reduction Project (XXXX-YYYY*), Washington, D.C., 20503, with copies to the [name and address of office/bureau reports management office]. Any such comments should be submitted not later than [60 days from publication].

* Insert 8-digit OMB Control Number.

The collection[s] of information in this regulation [is/are] in section[s] [list CFR section(s) containing the collections of information]. This information is required by [name of office or bureau] to [brief description of purpose of reporting/recordkeeping requirement]. This information will be used to [brief description of how collected information will be used]. The likely [respondents and/or recordkeepers] are [use one or more of the following terms, as appropriate: individuals or households, State or local governments, Federal agencies or employees, non-profit institutions, and/or small businesses or organizations].

Estimated total annual reporting and/or recordkeeping burden: _____ hours.

[Estimated average annual burden hours per respondent and/or recordkeeper: _____ hours/minutes] OR [The estimated annual burden per respondent/recordkeeper varies from _____ to _____ hours/minutes, depending on individual circumstances, with an estimated average of _____ hours/minutes].

Estimated number of respondents and/or recordkeepers: _____.

Estimated annual frequency of responses: _____. [For reporting requirements only]

(2) Regulations Issued With A Separate and Contemporaneous Notice of Proposed Rulemaking.

PAPERWORK REDUCTION ACT

This regulation is being issued without prior notice and public procedure pursuant to the Administrative Procedure Act (5 U.S.C. 553). For this reason, the collection[s] of information contained in this regulation [has/have] been reviewed and, pending receipt and evaluation of public comments, approved by the Office of Management and Budget (OMB) under control number XXXX-YYYY*. [The estimated average annual burden associated with the collection[s] of information in this regulation is _____ hours/ minutes per respondent or recordkeeper] OR [The estimated annual burden per respondent/recordkeeper varies from _____ to _____ hours/minutes, depending on individual circumstances, with an estimated average of _____ hours/minutes.]

For further information concerning this collection of information, and where to submit comments on the collection[s] of information and the accuracy of the estimated burden, and suggestions for reducing this burden, refer to the preamble to the cross-reference notice of proposed rulemaking published elsewhere in this issue of the Federal Register.

* Insert 8-digit OMB Control Number.

7. Control Numbers. Bureaus and offices shall ensure that control numbers assigned by the Office of Management and Budget to reporting and recordkeeping requirements contained in any final or temporary (interim) regulation are published in the Federal Register, and the Code of Federal Regulations if such regulation will be codified therein.

8. Review of Previously Approved Regulations. Bureaus and offices shall submit regulations previously approved by OMB 44 U.S.C. 3504(h) or 3507 in accordance with procedures prescribed by the Assistant Secretary of the Treasury (Management).

Case 1:07-cv-02079-JR    Document 15-4    Filed 07/07/2008    Page 17 of 28

TREASURY DIRECTIVE: 28-01                                file:///C:/Documents%20and%20Settings/j/Local%20Settings/Tempora...

------------------------------------------------------------------------

## PART IV

## FEDERALISM (E.O. 12612)

**1. Introduction.** Offices and bureaus shall review proposed regulatory actions to ensure that they are consistent with the principles of E.O. 12612.

**2. Federalism Assessment.**

**a. General.** A Federalism Assessment shall be prepared with respect to any regulatory action that raises significant federalism implications, or when otherwise directed by the General Counsel. In any case where a Federalism Assessment is required, such assessment shall be approved by the office or bureau head and shall accompany the regulation through all review levels. Bureaus and offices are advised that all Federalism Assessments will be provided to the OMB in conjunction with any submission that otherwise is required to be made pursuant to E.O. 12291.

**b. Content.** Each Federalism Assessment shall:

(1) contain a certification of the General Counsel that the regulation has been assessed in light of the principles, criteria, and requirements stated in sections 2 through 4 of E.O. 12612;

(2) identify any provision or element of the regulatory policy that is inconsistent with the principles, criteria, or requirements stated in sections 2 through 4 of E.O. 12612;

(3) identify the extent to which the regulatory policy imposes additional costs or burdens on the States, including the likely source of funding for the States and the ability of the States to fulfill the purposes of the regulatory policy; and

(4) identify the extent to which the policy would affect the State's ability to discharge traditional State governmental functions, or other aspects of State sovereignty.

**3. Federal Register Statement.** A bureau head policy official, or the General Counsel may determine that a regulatory policy raises federalism concerns that should be addressed in the preamble to an advance notice of proposed rulemaking, a notice of proposed rulemaking, or other document for which public comments are solicited.

------------------------------------------------------------------------

## PART V

## GOVERNMENTAL ACTIONS AND INTERFERENCE WITH CONSTITUTIONALLY

## PROTECTED PROPERTY RIGHTS (E.O. 12630)

**1. Applicability.**

**a.** Except as provided in paragraph I.b, this Part applies to any regulation that affects or may affect

TREASURY DIRECTIVE: 28-01

Case 1:07-cv-02079-JR    Document 15-4    Filed 07/07/2008    Page 18 of 28
file:///C:/Documents%20and%20Settings/j/Local%20Settings/Tempora...

the use or value of private property.

b. This Part does not apply to regulations:

(1) that do not affect the use or value of private property;

(2) that reduce federal restrictions on the use or value of private property;

(3) concerning property held in trust by the United States or held with respect to treaty negotiations with foreign countries;

(4) concerning agency plans and studies;

(5) concerning military property;

(6) exercising the power of eminent domain;

(7) issued pursuant to 5 U.S.C. 553(a)(1) with respect to a military or foreign affairs function of the United States;

(8) issued in furtherance of pending or imminent litigation, whether judicial or administrative;

(9) issued by the Office of the Inspector General and bureau offices performing functions similar to those prescribed by the Inspector General Act of 1978, as amended; or

(10) concerning activities specifically identified in supplemental guidelines as may be issued by the Attorney General.

2. Identification of Takings: Required Documentation.

a. General. Offices and bureaus shall review proposed regulatory actions to ensure that they are consistent with the principles of E.O. 12630 and implementing Guidelines issued by the Attorney General. LLR shall be consulted in any case where a bureau or office believes that a regulatory action may raise takings implications.

b. Takings Implication Assessment. Except with respect to regulatory actions for the protection of public health and safety (see paragraph 2.c.) where a proposed regulatory action affects or may affect the use or value of private property under prevailing case law or guidelines promulgated by the Attorney General, the initiating office or bureau shall prepare a Takings Implications Assessment (TIA). Each TIA shall be approved by the office or bureau head, accompany the regulation through all review stages, and include the following information:

(1) an assessment of the likelihood that the regulation may effect a taking for which compensation is due in light of the principles referenced in E.O. 12630, applicable guidelines promulgated by the Attorney General, and applicable case law;

(2) an identification and discussion of alternatives, if any, to the regulation, that would achieve the desired result in a manner that would reduce intrusion on the use or value of private property; and

(3) to the extent it is determined that the regulation effects or may effect a taking for which compensation is due, an estimate, based on available data, of the potential financial exposure to the Government should a court find the regulation to be a taking.

Offices and bureaus are advised that these documents will be provided to OMB upon request if the regulation is subject to E.O. 12291.

TREASURY DIRECTIVE: 28-01

Case 1:07-cv-02079-JR    Document 15-4    Filed 07/07/2008    Page 19 of 28
file:///C:/Documents%20and%20Settings/j/Local%20Settings/Tempora...

c. Regulations for the Protection of Public Health and Safety. If a regulation would regulate private property for the protection of public health or safety (see Part VI if the regulatory action responds to an emergency situation), the originating office or bureau shall prepare a document, that shall be approved by the office or bureau head and shall accompany the regulation through all review levels, that:

(1) identifies clearly, with as much specificity as possible, the public health or safety risk created by the private property use that is the subject of the regulatory action;

(2) establishes that such proposed action substantially advances the purpose of protecting public health and safety against the specifically identified risk;

(3) establishes to the extent possible that the restrictions imposed on the private property are not disproportionate to the extent to which the use contributes to the overall risk; and

(4) estimates, to the extent possible, the potential cost to the government in the event that a court later determines that the action constituted a taking.

Offices and bureaus are advised that these documents will be provided to OMB upon request if the regulation is subject to E.O. 12291.

d. Coordination With E.O. 12291.

(1) Submission Required. If a regulation is subject to OMB review pursuant to E.O. 12291 (see Part I) and the regulation (a) is a major regulation, or (b) poses a substantial risk that a taking of private property may result or insufficient information as to facts or law exists to enable an accurate assessment of substantial risk, the originating bureau or office shall prepare a submission for OMB, that shall be approved by the office or bureau head and accompany the regulation through all review levels.

(2) Content. Any required submission shall summarize any identified takings implications of the regulation and address the merits of the regulation in light of those implications.

-------------------------------------------------------------------------------

**PART VI**

**REGULATIONS OR RULES RESPONDING TO EMERGENCY SITUATIONS OR STATUTORY OR JUDICIAL DEADLINES, OR ISSUED WITHOUT PRIOR NOTICE AND PUBLIC PROCEDURE UNDER AN EXEMPTION TO 5 U.S.C. 553**

1. General. If a bureau or office determines, because of an emergency situation, or statutory or judicial deadline, to issue any regulation that is subject to E.O. 12291, an analysis requirement of the Regulatory Flexibility Act, the Paperwork Reduction Act, a Federalism Assessment, or a Takings Impact Analysis, the bureau or office shall immediately consult with LLR. No bureau or office shall issue any such regulation or rule without review by the General Counsel and the Executive Secretary in accordance with this Directive.

2. Special Requirements for Regulations Not Issued for Public Comment or to Become Effective in Less than 30 Days from Publication. The preamble to a regulation that is issued without opportunity for notice and public comment, or is effective less than 30 days from the date of publication, shall contain a specific statement explaining, and a citation to the provisions of 5 U.S.C. 553 that authorize, such action.

6/23/2007 4:59 PM

Case 1:07-cv-02079-JR    Document 15-4    Filed 07/07/2008    Page 20 of 28
file:///C:/Documents%20and%20Settings/j/Local%20Settings/Tempora...

3. Effect on E.O. 12291 Review. When a regulation would otherwise be subject to review by OMB under E.O. 12291, the following procedures apply and LLR should be consulted immediately:

a. Emergencies. When a regulation that responds to an emergency situation is published in the Federal Register or otherwise issued without prior review by OMB under E.O. 12291, the initiating bureau or office shall include in the preamble a statement of the reasons why it is impracticable for the bureau or office to comply with the review provisions of E.0 12291. If the regulation is major and a Regulatory Impact Analysis normally would be required pursuant to Part I, the bureau or office shall prepare an analysis as directed by LLR.

b. Statutory or Judicial Deadlines. When a regulation that responds to a statutory or judicial deadline is published in the Federal Register or otherwise issued without prior review by OMB under E.O. 12291, the bureau or office shall include in the preamble a statement of the reasons why it is impracticable for the bureau or office to comply with the review provisions of E.O. 12291. In the case of a major regulation, bureaus and offices are advised that the preparation of a Regulatory Impact Analysis may be required by OMB.

4. Effect on Regulatory Flexibility Analyses.

a. Initial Regulatory Flexibility Analysis (IRFA). When a notice of proposed rulemaking responds to an emergency situation or statutory or judicial deadline, and if such notice otherwise would be subject to the analysis requirements of Part II, the bureau or office head, with the concurrence of the appropriate policy official and LLR, may determine that the preparation of an IRFA is impracticable. In such case the transmittal memorandum to the Executive Secretary shall explain why preparation of the analysis is impractical. The bureau or office shall publish in the preamble to the notice of proposed rulemaking a finding and explanation that the notice is being issued in response to an emergency or statutory or judicial deadline and that compliance with the requirements of the Regulatory Flexibility Act concerning preparation of an IRFA is impracticable.

b. Final Regulatory Flexibility Arialysis (FRFA).

(1) When a final or temporary (interim) regulation responds to an emergency situation or statutory or judicial deadline, and if such regulation otherwise would be subject to the analysis requirements of Part II, the bureau or agency head may, with the concurrence of the appropriate policy official and LLR, delay preparation of the FRFA. In such case the transmittal memorandum to the Executive Secretary shall explain the need to delay preparation of the analysis.

(2) The originating bureau or office may delay publication of the final analysis for a period of not more than 180 days after the date of publication of the regulation in the Federal Register. Upon publication of the regulation in the Federal Register, the bureau or office shall include a statement that the regulation is being issued in response to an emergency, or statutory or judicial deadline, which makes timely compliance with the requirement of a FRFA impracticable.

(3) The bureau or office shall prepare and transmit a FRFA to LLR not later than 150 days after publication of the regulation. Bureaus and offices are advised that the Regulatory Flexibility Act provides that failure to publish the FRFA (or advise the public how copies may be obtained) within 180 days after publication of the regulation will cause the regulation to lapse and have no effect (5 U.S.C. 608(b)).

5. Effect on Paperwork Reduction Act Review.

a. Notices of Proposed Rulemaking. Notices of proposed rulemaking that respond to an emergency or a statutory or judicial deadline that contain a reporting or recordkeeping requirement remain subject to the submission requirements of 44 U.S.C. 3504(h) and applicable regulations promulgated by OMB (see Part III).

TREASURY DIRECTIVE: 28-01

Case 1:07-cv-02079-JR    Document 15-4    Filed 07/07/2008    Page 21 of 28
file:///C:/Documents%20and%20Settings/j/Local%20Settings/Tempora...

**b. Final or Temporary (Interim) Regulations.** Final or temporary (interim) regulations that respond to emergency situations or to statutory or judicial deadlines and contain a reporting or recordkeeping requirement generally are subject to review by OMB prior to issuance pursuant to 44 U.S.C. 3507 and applicable regulations promulgated by OMB (see Part III). Bureaus and offices proposing issuance of such regulations or rules should promptly consult with LLR.

**6. Effect on Federalism Assessment.** Where a Federalism Assessment (see Part IV) is required for any regulation that responds to an emergency situation or statutory or judicial deadline, and such regulation would otherwise be subject to review by OMB pursuant to E.O. 12291 (see Part I), the procedures of paragraph 3. apply. Offices and bureaus shall promptly consult with LLR if the regulation is not otherwise subject to review by OMB pursuant to E.O. 12291.

**7. Effect on Takings Analysis Where Regulatory Action is Taken For the Protection of Public Health or Safety.** In any instance in which there is an immediate threat to health and safety that constitutes an emergency requiring immediate response, the Takings Analysis required by Part V may be performed upon completion of the emergency action.

**8. Special Limitation on Temporary or Interim Regulations Issued by the Internal Revenue Service or the Bureau of Alcohol, Tobacco and Firearms.** Pursuant to 26 U.S.C. 7805(e), any temporary (interim) regulation issued pursuant to authority contained in title 26, United States Code, shall expire not later than three years after the date of issuance of such regulation.

--------------------------------------------------------------------------------

**APPENDIX A**

**FORMAT FOR REGULATORY REVIEW SUBMISSIONS**

**1. General.** Bureaus and offices shall assign a unique identifier to each regulation that shall be displayed on the regulation, transmittal memorandum, and any other submissions or documents prepared with respect to such regulation.

**2. Folders.** Each transmittal must be in a folder, with the Clearance Sheet prescribed by the Executive Secretary on the outside cover.

**a. The RIGHT side of the folder must contain ONLY the following materials in the order stated below:**

**(1)** Original transmittal memorandum from the policy official to the Executive Secretary (or from a bureau or office head through the policy official to the Executive Secretary).

**(2)** One copy of the regulation.

**(3)** One copy of the Regulatory Impact Analysis (if applicable and not contained in the regulatory document in full).

**(4)** One copy of the Regulatory Flexibility Analysis (if applicable and not contained in the regulatory document in full).

**(5)** One copy of the Federalism Assessment (if applicable).

Case 1:07-cv-02079-JR    Document 15-4    Filed 07/07/2008    Page 22 of 28

TREASURY DIRECTIVE: 28-01                                    file:///C:/Documents%20and%20Settings/j/Local%20Settings/Tempora...

(6) One copy of the Takings Impact Analysis and/or OMB submission (if applicable).

(7) Background information (optional).

b. The LEFT side of the folder must contain ONLY the following materials in the order stated:

(1) Five copies of the transmittal memorandum to the Executive Secretary (with no attachments).

(2) A completed "Regulatory Profile," Treasury Department Form (TD F) 50-04.1, (Appendix B) for each regulation in the folder, with the following attachments:

(a) Documents Subject to OMB Review under E.O. 12291: One copy of the SF-83 (parts I and II completed).

Note: Separately provide LLR with four SF-83's (parts I and II completed), each attached to a copy of the regulation and, unless contained in the regulation in full, any required Regulatory Impact Analysis, Regulatory Flexibility Analysis, Federalism Assessment, and Takings Impact Submission (not Takings Assessment) attached.

(b) Regulations Subject to the Paperwork Reduction Act. One copy of the SF-83 (parts I and III completed).

(c) Regulations Subject to Regulatory Flexibility Act Analysis Requirements.

(i) If the analysis is contained in full in the regulation, provide one additional copy of the regulation; OR

(ii) If the analysis is not contained in full in the regulation, provide one additional copy of the regulation and the analysis.

(3) Two copies of the transmittal memorandum, each with copy of the regulation and, unless contained in the regulatory document in full, any required Regulatory Impact Analysis, Regulatory Flexibility Analysis, Federalism Assessment, and Takings Impact Analysis and/or Submission attached.

-------------------------------------------------------------------------------

APPENDIX B

Regulatory Profile

_____

Office/Bureau and Unique Identifying Number

1. Type of Document

____ Proposed Regulation/NPRM ____ Final Regulation Without Prior NPRM
____ Final Regulation With Prior NPRM ____ Temporary (Interim) Regulation
____ Advance Notice of Proposed Rulemaking ____ Other

2. If a FINAL RULE or TEMPORARY (INTERIM) RULE, is the effective date less than 30 days from date of publication? ____ Yes ____ No

Case 1:07-cv-02079-JR     Document 15-4     Filed 07/07/2008     Page 23 of 28

TREASURY DIRECTIVE: 28-01                                    file:///C:/Documents%20and%20Settings/j/Local%20Settings/Tempora...

3. Is issuance of the document subject to a statutory or judicial deadline, or does the document respond to an emergency situation? ____ No ____ Yes

4. a. Is the document subject to review by OMB under Executive Order 12291?

____ Yes (attach SF-83 and answer b. below) ____ No

b. If "Yes" to a., is the document a Major Rule? ____ Yes ____ No

c. USCS, ATF and IRS only: Is a "Four-Point Memorandum" required?

____ No ____ Yes. If yes, was it submitted to LLR? ____ Yes ____ No

5. a. Does the document limit or preempt the policymaking discretion of the States?

____ No ____ Yes (answer b. below)

b. If "yes" to a., has a Federalism Assessment been prepared? ____ Yes ____ No

6. a. Does or could the document affect constitutionally protected property rights?

____ No ____ Yes (answer b. below)

b. If "Yes" to a., has a Takings Assessment/OMB Submission been prepared?

____ Yes ____ No

7. a. Is the document likely to have a significant economic impact on a substantial number of small businesses or other small entities? ____ No ____ Yes (answer b. below)

b. If "Yes" to a., has a Regulatory Flexibility Analysis been prepared? ____ Yes ____ No

8. If a ANPRM, NPRM or FINAL/TEMPORARY REGULATION WITHOUT PRIOR NPRM, does the document contain a reporting or recordkeeping requirement subject to the Paperwork Reduction Act? ____ No ____ Yes (attach SF-83)

9. If a FINAL/TEMPORARY REGULATION WITH PRIOR NPRM and the document contains a reporting or recordkeeping requirement:

a. Was the NPRM submitted to OMB under the Paperwork Reduction Act?

____ Yes (answer b. below) ____ No (submission now required; attach SF-83)

b. If "Yes" to a., did OMB approve the information collection in the NPRM?

____ Yes (OMB # _____; answer c. below) ____ No (answer d. below)

c. If "Yes" to b., is the collection of information materially different from that contained in the NPRM?

____ No ____ Yes

d. If "No" to b.:

____ The regulation has been modified to address OMB's objections.

Case 1:07-cv-02079-JR    Document 15-4    Filed 07/07/2008    Page 24 of 28

TREASURY DIRECTIVE: 28-01                                    file:///C:/Documents%20and%20Settings/j/Local%20Settings/Tempora...

_____ **The regulation retains the disapproved collection of information.**

Top of Page

MAIN | TABLE OF CONTENTS | BACK | FORWARD

**TREASURY DIRECTIVE** 25-03

**Date:** June 12, 2001

**Sunset Review:** June 12, 2005

**SUBJECT:** Filing Documents for Publication with the Office of the Federal Register

1. <u>PURPOSE</u>. This directive states the responsibilities and procedures for submitting Department of the Treasury documents to the Office of the Federal Register in accordance with Title 1 of the Code of Federal Regulations (CFR) Chapter 1.

2. <u>SCOPE</u>. This directive applies to all bureaus, the Departmental Offices, the Office of Inspector General, and the Treasury Inspector General for Tax Administration.

3. <u>DEFINITIONS</u>.

a. <u>Document</u>. Any rule, regulation, order, certificate, code of fair competition, license, notice, or similar instrument, proposed, issued, prescribed, or promulgated by the Department of the Treasury.

b. <u>Documents Having General Applicability and Legal Effect</u>. Any document prescribing a penalty or course of conduct; conferring a right, privilege, authority, or immunity; imposing an obligation; prescribing, implementing or interpreting law or policy; and relevant or applicable to the general public, members of a class, or persons in a locality, as distinguished from named individuals or organizations.

c. <u>Filing</u>. "Filing" means making a document available for public inspection at the Office of the Federal Register during official business hours. A document is filed only after it has been received, processed and assigned a publication date according to the schedule in 1 CFR 17.2.

d. <u>Bureau</u>. The term "bureau" includes the Departmental Offices, the Office of Inspector General, and the Treasury Inspector General for Tax Administration. The "head of the bureau" within the meaning of this Directive for Departmental Offices is the Chief Management and Administrative Programs Officer.

4. <u>RESPONSIBILITIES</u>.

a. <u>The Chief Management and Administrative Programs Officer and the Heads of Bureaus</u> are authorized to file documents directly with the Office of the Federal Register after clearance by the appropriate legal counsel and shall:

(1) ensure that any document that is to appear in the "Notice" section of the <u>Federal Register</u> and is not considered a "regulation" (as defined in Treasury Directive (TD) 28-01) shall be approved by the appropriate Assistant General Counsel, Chief Counsel, or Legal Counsel before approval by the bureau head and filing

Td25-03

with the Office of the Federal Register;

(2) ensure that any document that is a "regulation" (as defined in TD 28-01) complies with and is reviewed in accordance with TD 28-01 prior to filing;

(3) designate a liaison officer, a certifying officer, and an authorizing officer in accordance with 1 CFR 16.1 to perform the duties described in 1 CFR 16.2, 16.3, and 16.4. The same person may be designated to serve in more than one of these positions;

(4) notify the Director of the Federal Register of the name, title, address, and telephone number of each person designated under 1 CFR 16.1 and promptly notify the Director of any changes; and

(5) file for public inspection with the Office of the Federal Register and publish in the Federal Register all documents or class of documents required to be published by act of Congress or documents having general applicability and legal effect.

b. The Director, Information Services Division, is the designated representative for the Departmental Offices and shall be responsible for liaison, certifying and authorizing duties described in 1 CFR 16.2, 16.3, and 16.4.

c. The Senior Counsel (Regulatory and Legislative Affairs), is designated as the alternate certifying officer and authorized to certify documents subject to TD 28-01 and regulatory agendas for submission to the Office of the Federal Register.

5. PROCEDURES FOR FILING FEDERAL REGISTER MATERIAL.

a. All documents filed with the Office of the Federal Register must be prepared in accordance with 1 CFR Chapter 1, Part 18, "Preparation and Transmittal of Documents Generally."

b. Each document published in the Federal Register shall be placed under one of the following categories.

(1) Rules and Regulations. Each final or temporary (interim) document having general applicability and legal effect. This category includes documents to be codified in the CFR, general policy statements concerning regulations, interpretations of law or agency regulations, statements of organization and function, and final documents that affect other documents previously published in the rules and regulations section.

(2) Proposed Rules. Each notice of proposed rulemaking (NPRM), whether issued pursuant to 5 U.S.C. 553 or otherwise, which if promulgated as a rule, would have general applicability and legal effect. This category includes advance notices of proposed rulemaking (ANPRM), documents that suggest changes to regulations in the CFR, begin a rulemaking proceeding, announce public hearings on a NPRM or ANPRM, or affect or relate to other documents previously published in the proposed rules section.

(3) Notices. Miscellaneous documents applicable to the public and not covered by paragraphs 5.b.(1) or 5.b.(2). This category includes Privacy Act notices, computer matching notices, announcements of meetings and other information of public interest.

c. All Privacy Act notices and all computer matching notices that are to be published in the <u>Federal Register</u> shall be submitted to the Departmental Disclosure Officer for review and concurrence in accordance with TD 25-04.

d. All Freedom of Information Act and Privacy Act regulations that are to be published in the <u>Federal Register</u> shall be submitted to the Departmental Disclosure Officer for review and concurrence in accordance with TD 25-04 and TD 25-05 prior to review and concurrence in accordance with TD 28-01.

e. Each bureau submitting a document to be filed and published in the <u>Federal Register</u> shall send an original and two duplicate originals or certified copies. However, if the document is printed or processed on both sides, one of the copies sent by the bureau must be a collated, singled-sided copy. The two certified copies or two duplicate originals of each document must be submitted with the original.

f. The bureau six-digit billing code as listed below must be typed on all three copies of the document submitted to the Office of the Federal Register. Documents without a billing code will not be published.

<u>Treasury Bureaus</u>

<u>Billing Codes</u>

| | |
|---|---|
| Departmental Offices | 4811-16 |
| Bureau of Alcohol, Tobacco and Firearms | 4810-31 |
| Federal Law Enforcement Training Center | 4810-32 |
| Comptroller of the Currency | 4810-33 |
| Financial Management Service | 4810-35 |
| United States Mint | 4810-37 |
| Bureau of the Public Debt | 4810-40 |
| U.S. Secret Service | 4810-42 |
| U.S. Customs Service | 4820-02 |
| Internal Revenue Service | 4830-01 |
| Bureau of Engraving and Printing | 4840-01 |
| Office of Thrift Supervision | 6720-01 |

6. <u>AUTHORITY</u>. 1 CFR Chapter 1, "Administrative Committee of the Federal Register."

7. <u>REFERENCES</u>.

a. Treasury Directive 25-04, "Implementation of the Privacy Act of 1974, As Amended".

b. Treasury Directive 25-05, "The Freedom of Information Act".

c. Treasury Directive 28-01, "Preparation and Review of Regulations".

8. <u>CANCELLATION</u>. Treasury Directive 25-03, "Filing Documents for Publication with the Office of the Federal Register," dated February 12, 1991, is superseded.

9. <u>OFFICE OF PRIMARY INTEREST</u>. Information Services Division, Chief Management and Administrative Programs Office, Office of the Assistant Secretary for Management and Chief Financial Officer.


/S/
James J. Flyzik
Acting Assistant Secretary for Management
And Chief Information Officer

# United States District Court

## IN THE DISTRICT OF COLUMBIA

George K. Pragovich, et ux,

                Plaintiffs,

      v.

UNITED STATES (Government),

          Defendant.

Case No: 1:07-cv-02079 (JR)

**APPENDIX 3**

Pragovich, *et ux*, v. United States.      page 1 of 1 pages      Response to Motion to Dismiss and
Request for Leave to Amend
APPENDIX 3

T.C. Memo. 2008-124


UNITED STATES TAX COURT


LARRY L. HARTMAN, ET AL.,[1] Petitioners v.
COMMISSIONER OF INTERNAL REVENUE, Respondent[*]


Docket Nos. 1371-85,  48690-86,    Filed May 1, 2008.
            4116-87,  15673-87,
            16761-87, 18551-88,
            29429-88.


     Ps' cases were part of the Kersting tax shelter
project, which the parties and the Tax Court tried to
resolve by using a test case procedure that resulted in
Dixon v. Commissioner, T.C. Memo. 1991-614 (Dixon II),
vacated and remanded sub nom. DuFresne v. Commissioner,
26 F.3d 105 (9th Cir. 1994), on remand Dixon v.

---

     [1]Cases of the following petitioners are consolidated
herewith:  Wilbert L. F. and Valarie W. Liu, docket No. 48690-86;
and Jesse M. and Lura L. Lewis, docket Nos. 15673-87, 18551-88,
and 29429-88.

     [*]This opinion reconsiders and supersedes our previously
filed Memorandum Opinion Lewis v. Commissioner, T.C. Memo. 2005-
205.

- 2 -

Commissioner, T.C. Memo. 1999-101 (Dixon III),
supplemented by T.C. Memo. 2000-116 (Dixon IV), revd.
and remanded 316 F.3d 1041, 1047 (9th Cir. 2003) (Dixon
V), on remand T.C. Memo. 2006-90 (Dixon VI),
supplemented by T.C. Memo. 2006-190 (Dixon VIII) (on
appeal).

        In Dixon V, the Court of Appeals for the Ninth
Circuit held that the misconduct of M (R's trial
attorney) and S (M's supervising attorney) in arranging
secret settlements with test case petitioners the Ts
and the Cs was a fraud on the Tax Court.  The Court of
Appeals observed that the fraud not only violated the
rights of the other test case petitioners and
petitioners in more than 1,300 cases bound by the
outcome of the test cases but also defiled the sanctity
of the Court and the confidence of all future
litigants.  The Court of Appeals ordered the Tax Court
to sanction R by entering judgments in favor of the
remaining test case petitioners and other petitioners
in the Kersting tax shelter group before the Court of
Appeals, on terms equivalent to those provided in the
Ts' secret settlement agreement.  The Court of Appeals
left the fashioning of such judgments to the discretion
of the Tax Court.

        Shortly before the trial of the test cases that
resulted in the Tax Court's opinion in Dixon II, $P_1$
settled his cases on terms more favorable to him than
R's project settlement offer but less favorable to him
than the Ts' settlement, and stipulated decisions were
entered in $P_1$'s cases.

        After the trial, Dixon II opinion, and entry of
decisions in the test cases, R's management discovered
the misconduct of M and S when M attempted to have R
assess deficiencies in the Ts' and the Cs' cases in
accordance with the secret settlements rather than with
the Court's decisions in those cases.  In motions to
vacate the decisions entered in the cases of the Ts,
the Cs, and a third test case petitioner, R disclosed
to the Court the misconduct of M and S.  R concedes
that stipulated decisions in Kersting project nontest
cases entered after the Court filed its Dixon II
opinion and before R disclosed the misconduct of M and
S to the Court should be vacated.

- 3 -

While the remaining test cases were on appeal, R reinstated R's Kersting project settlement offer by means of an offer letter that contained material omissions.  The offer letter stated: "Acceptance of this settlement offer will preclude any further challenge or appeal with respect to the Kersting programs or the merits of the Dixon opinion.  Any other issues involved in this case will be resolved separately."  P₂s (proceeding pro sese at the time) and P₃s (represented by counsel) accepted R's offer, and stipulated decisions were entered in their cases. Other Kersting project petitioners accepted the reinstated project settlement offer; as a result, stipulated decisions were entered in more than 400 cases.

The stipulated decisions entered in Ps' cases were not appealable and became final many years ago.  Ps now seek to have their decisions vacated so that the sanctions mandated by the Court of Appeals in Dixon V can be imposed on R in their cases.  Ps argue that, because they were bound by the decisions in the test cases, the fraud committed by M and S in the test cases necessarily adversely affected their cases.  They ask this Court to impose on R the same sanctions mandated by the Court of Appeals in Dixon V for the fraud on the Court of M and S in the test cases which, they assert, is imputed to their cases.

In Lewis v. Commissioner, T.C. Memo. 2005-205, we denied the motions of P₃s for leave to file motions to vacate their stipulated decisions on the grounds they and their counsel had become aware of the misconduct of R's attorneys and of the pending appeals by test case petitioners when they agreed to the decisions.  P₃s filed a motion for reconsideration asking us to reconsider our Lewis opinion on the ground that their settlement agreements did not encompass or foreclose imposing sanctions on R for the fraud M and S committed on the Court.  We granted the motion for reconsideration, granted the motions for leave filed by P₁, P₂s, and P₃s, and consolidated the three sets of cases for purposes of this opinion.  Upon reconsideration, we hold that the law of the case set forth in Dixon V requires that Ps' motions to vacate stipulated decisions be granted and that all Kersting project petitioners whose cases were bound by the test

- 4 -

cases and who suffered entry of stipulated decisions
are entitled to the benefit of the T settlement.

1. <u>Held</u>: The fraud on the Court committed by R's
attorneys in the test case proceedings constituted
fraud on the Court in every case bound by the outcome
of the test cases and harmed the integrity of the
judicial process, not only as the test case procedure
was employed in the Kersting project cases, but also as
it might be employed in the future.

2. <u>Held</u>, <u>further</u>, imposing the sanctions against
R in every case that was part of the Kersting tax
shelter project is the appropriate sanction for the
fraud committed in the test case proceedings because it
serves to remedy the harm done to the judicial process,
restore public confidence in the test case procedure,
and rectify the violation of the rights of every
petitioner bound by the outcome of the test cases.

3. <u>Held</u>, <u>further</u>, once R discovered the
misconduct of R's attorneys, R had an obligation to
fully disclose the misconduct, not only to the Court
and the test case petitioners, but also to all
petitioners who had been bound by the outcome of the
Kersting project test cases.

4. <u>Held</u>, <u>further</u>, R's posttrial settlement offer
did not adequately disclose R's attorneys' misconduct
to the offerees and did not remedy or purge the fraud
from the Kersting project cases.

5. <u>Held</u>, <u>further</u>, $P_2s'$ and $P_3s'$ requests that
sanctions be imposed on R for the fraud committed on
the Court are not a "challenge or appeal with respect
to the Kersting programs or the merits of the Dixon
opinion" encompassed by R's posttrial settlement offer,
but rather encompass another issue in their cases that
is to "be resolved separately" under the specific terms
of that offer.

6. <u>Held</u>, <u>further</u>, the posttrial and other
settlements and stipulated decisions entered in the
cases at hand and in other Kersting project cases do
not divest the Tax Court of its inherent power to
impose sanctions against R for the fraud committed on
the Court in those cases. See, e.g., <u>Bader v. Itel
Corp. (In re Itel Secs. Litig.)</u>, 791 F.2d 672 (9th Cir.

- 5 -

1986) (party cannot avoid sanctions for committing fraud on the court by settlement or withdrawing from the case).

7. _Held_, _further_, the Tax Court has inherent power to impose sanctions against R for the fraud committed on the Court in every case that was part of the Kersting tax shelter project and may impose such sanctions either by vacating the decision in each such case and entering a new decision or by separate order imposing an equivalent monetary sanction. In the cases at hand, we are vacating the decisions.

8. _Held_, _further_, once the new decisions in these cases become final, the Court will issue an implementation order to allow R reasonable time to notify all remaining Kersting project petitioners against whom stipulated decisions were entered and to adjust their accounts administratively in accordance with the terms of the Ts' settlement. The Court will not accept for filing motions for leave to file motions to vacate the decisions in the cases of other such Kersting project petitioners unless R fails to adjust their accounts administratively within 9 months after the date of entry of the implementation order.

_Robert Alan Jones and Declan J. O'Donnell_, for petitioner Larry L. Hartman in docket Nos. 1371-85, 4116-87, and 16761-87 and for petitioners Jesse M. and Lura L. Lewis in docket Nos. 15673-87, 18551-88, and 29429-88.

_Matthew K. Chung_, for petitioners Wilbert L. F. and Valarie W. Liu in docket No. 48690-86.

_Henry E. O'Neill_, for respondent.

- 6 -

CONTENTS

Page

Introduction . . . . . . . . . . . . . . . . . . . . . . . . 8

Background . . . . . . . . . . . . . . . . . . . . . . . . 14

    I.    The Kersting Project Test Case Proceedings . . . . 15

    II.   Respondent's Discovery and Disclosure of the
        Thompson and Cravens Settlements . . . . . . . . 32

    III. Kersting's Responses to Dixon II and Discovery and
        Disclosure of the Secret Settlements:  Letters to
        Kersting Program Participants and Formation of the
        Kersting Defense Group . . . . . . . . . . . . . . 41

    IV.  Respondent's Posttrial Settlement Offer . . . . . 44

    V.   The Lewis and Liu Settlements . . . . . . . . . . 49

    VI.  Disciplinary Actions Against McWade and Sims . . . 50

    VII. Appeals to the Court of Appeals for the Ninth
        Circuit and Proceedings on Remand . . . . . . . . 52

        A.   Ninth Circuit Remand: <u>DuFresne v.</u>
            <u>Commissioner</u> and <u>Adair v. Commissioner</u> . . . . 53

        B.   Evidentiary Hearing and Opinions on <u>DuFresne</u>
            Remand:  Dixon III and IV . . . . . . . . . . 55

        C.   <u>Gridley v. Commissioner</u> . . . . . . . . . . 62

        D.   Dixon V:  Court of Appeals Again Reverses and
            Remands . . . . . . . . . . . . . . . . . . . 63

        E.   Responses to Dixon V by the Office of Chief
            Counsel . . . . . . . . . . . . . . . . . . . 66

        F.   Determination on Remand of Terms of the
            Thompson Settlement by Dixon VI and VIII . . 68

    VIII.  Motions To Vacate . . . . . . . . . . . . . . . 72

Discussion . . . . . . . . . . . . . . . . . . . . . . . . 74

- 7 -

I.    Preliminary Comments . . . . . . . . . . . . . .    74

II.   Analysis . . . . . . . . . . . . . . . . . . . .    83

      A.    The Fraud on the Court Committed by
            Respondent's Attorneys, the Harm Done
            Thereby, and the Sanction Mandated by the
            Court of Appeals . . . . . . . . . . . . . .    84

      B.    Lewis v. Commissioner Reconsidered and
            Superseded . . . . . . . . . . . . . . . . .    94

      C.    Subsequent Voluntary Disclosure of the Fraud
            on the Court Does Not Purge the Fraud . . . .    99

      D.    Respondent's Posttrial Settlement Offer Did
            Not Satisfy Respondent's Obligations to the
            Nontest Case Petitioners . . . . . . . . . . .    101

      E.    Respondent's Posttrial Settlement Offer Did
            Not Rectify the Harm and Does Not Preclude
            Additional Sanctions . . . . . . . . . . . . .    110

Conclusion . . . . . . . . . . . . . . . . . . . . . . . .    127

Implementation of Sanction . . . . . . . . . . . . . . . .    130

APPENDIX A . . . . . . . . . . . . . . . . . . . . . . . .    134

APPENDIX B . . . . . . . . . . . . . . . . . . . . . . . .    136

- 8 -

MEMORANDUM OPINION

BEGHE, Judge:  These consolidated cases are before the Court on petitioners' motions under Rule 162[2] to vacate stipulated decisions entered many years ago.  Petitioners' cases are broadly representative of hundreds of cases in which stipulated decisions were entered and of dozens of such cases in which motions for leave to file motions to vacate stipulated decisions have been filed.

Introduction

Petitioners' motions arise from the misconduct of respondent's attorneys in implementing the Court's test case procedure used by the Court in the Kersting tax shelter project to try and decide Dixon v. Commissioner, T.C. Memo. 1991-614 (Dixon II), vacated and remanded sub nom. DuFresne v. Commissioner, 26 F.3d 105 (9th Cir. 1994), on remand Dixon v. Commissioner, T.C. Memo. 1999-101 (Dixon III), supplemented by T.C. Memo. 2000-116 (Dixon IV), revd. and remanded 316 F.3d 1041 (9th Cir. 2003) (Dixon V), culminating with our disposition of the second remand in Dixon v. Commissioner, T.C. Memo. 2006-90 (Dixon VI), supplemented by T.C. Memo. 2006-190 (Dixon VIII).[3]  We

---

[2]Unless otherwise indicated, all Rule references are to the Tax Court Rules of Practice and Procedure, and all section references are to the Internal Revenue Code.

[3]In Dixon v. Commissioner, T.C. Memo. 2006-97 (Dixon VII) and Young v. Commissioner, T.C. Memo. 2006-189, we responded to
(continued...)

- 9 -

have entered decisions in the 27 docketed cases that participated

in the second remand; 13 of those cases are on appeal to the

Court of Appeals for the Ninth Circuit,[4] where, we assume, they

will be considered by the panel that decided Dixon V.[5]

In Dixon V, the Court of Appeals held that the misconduct of

respondent's trial attorney and his supervisor was a fraud on the

Court that violated the rights of all Kersting project

petitioners who had agreed to be bound by the outcome of the Tax

Court proceeding.  The Court of Appeals ordered this Court to

sanction respondent by entering decisions in the cases of the

remaining test case petitioners and other Kersting project

---

[3](...continued)
the supplemental mandate of the Court of Appeals for the Ninth
Circuit in Dixon v. Commissioner, 316 F.3d 1041 (9th Cir. 2003)
(Dixon V), revg. T.C. Memo. 1999-101 (Dixon III), to determine
the appellate legal fees to which Kersting project petitioners
and their counsel in Dixon V were entitled.  We have currently
under consideration motions by various Kersting project taxpayers
and their counsel for awards of fees and expenses for services
rendered in the Dixon V remand proceedings in this Court.

[4]On July 6, 2007, Kersting project petitioners filed a
notice of appeal in Hongsermeier v. Commissioner, docket No.
29643-86, a test case.  On Sept. 10, 2007, Kersting project
petitioners filed notices of appeal in Rogers v. Commissioner,
docket No. 17993-95, Huber v. Commissioner, docket No. 20119-84
and Titcomb v. Commissioner, docket No. 17992-95, all nontest
cases.  On Sept. 17, 2007, Kersting project petitioners filed
notices of appeal in test cases Young v. Commissioner, docket
Nos. 4201-84, 22783-85, and 30010-85, and Owens v. Commissioner,
docket No. 40159-84, and in nontest cases Adair v. Commissioner,
docket Nos. 17642-83, 38965-84, 35608-86, 479-89, and 8070-90.

[5]The separate mandate of the Dixon V panel on appellate
legal fees concluded:  "The panel retains jurisdiction over all
further proceedings that may arise."

- 10 -

petitioners before the Court of Appeals on terms equivalent to
those provided in the secret Thompson settlement.

Petitioners signed stipulations to be bound (piggyback
agreements) in which they agreed with respondent that their cases
would be resolved in accordance with the Court's opinion in the
test cases.[6]  Before the test cases were tried, respondent's trial
attorney and his supervisor had entered into secret settlements
with test case petitioners John R. and Maydee Thompson (the
Thompsons) and John R. and E. Maria Cravens (the Cravenses).
Also, before the test cases were tried, petitioner Larry L.
Hartman (Hartman) settled his cases with respondent, and
stipulated decisions were entered in his cases in January 1989.

After the Court had issued its opinion in Dixon II and
entered decisions in the test cases, respondent's management

---

[6]Although no piggyback agreement signed by petitioner Larry
L. Hartman (Hartman) was filed in docket No. 16761-87, that case
was not set to be tried with the test cases, and he was
effectively bound by the results in the test cases in docket No.
16761-87, as well as in docket Nos. 1371-85 and 4116-87, in which
he had signed piggyback agreements that were filed with the
Court.  Normally, petitioners in a tax shelter project who
decline or otherwise fail to sign a piggyback agreement will
either have their cases set for trial with the test cases or,
after the final decisions in the test cases, will be ordered to
show cause why their case should not be decided the same way as
the test cases.  See, e.g., Lombardo v. Commissioner, 99 T.C.
342, 343 (1992), affd. on other grounds sub nom. Davies v.
Commissioner, 68 F.3d 1129 (9th Cir. 1995); Dixon VII; Dixon v.
Commissioner, T.C. Memo. 2000-116 (Dixon IV).  In Dixon v.
Commissioner, T.C. Memo. 2006-90 (Dixon VI), we held that
Kersting project petitioners who did not sign piggyback
agreements were entitled to the same relief as those who had
signed piggyback agreements.  Dixon VI, 91 T.C.M. (CCH) 1086 at
1107, 2006 T.C.M. (RIA) par. 2006-090 at 2006-671.

- 11 -

discovered the secret settlements and disclosed them to the
Court.  Following that disclosure, respondent reinstated
respondent's project settlement offer, which respondent had
previously terminated before the trial that resulted in the
Court's opinion in Dixon II.  Petitioners Jesse M. and Lura L.
Lewis (the Lewises), through their counsel, and petitioners
Wilbert L. F. and Valarie W. Liu (the Lius), proceeding pro sese,
accepted respondent's posttrial settlement offer, and stipulated
decisions were entered in their cases in March and June 1993,
respectively.  The decisions in all of petitioners' cases herein
were entered, and their cases were closed, before the Court of
Appeals for the Ninth Circuit issued its opinion in DuFresne v.
Commissioner, supra, vacating and remanding Dixon II for an
evidentiary hearing to determine the full extent of respondent's
misconduct and its effect on the decisions in the remaining test
cases under Dixon II, which we did in our opinions in Dixon III
and IV.

After the opinion of the Court of Appeals in Dixon V,
reversing and remanding Dixon III and IV for entry of decisions
in the remaining test cases in accordance with Dixon V,
petitioners herein at various times in 2004 filed motions for
leave to vacate the stipulated decisions entered by this Court in
their cases.

- 12 -

Petitioners assert that the fraud on the Court perpetrated by respondent's trial attorney and his supervisor in the test cases was a fraud on the Court in their cases because they were bound by the outcome of the test case proceedings. Petitioners ask the Court to vacate the decisions in their cases so that the Court can impose on respondent in their cases the same sanctions mandated by the Court of Appeals in Dixon V for the fraud on the Court in the test cases as they apply to more than 1,300 pending cases in the Kersting project that did not settle.[7]

In Lewis v. Commissioner, T.C. Memo. 2005-205, we denied the Lewises' motions for leave to file motions to vacate their stipulated decisions on the grounds that they and their counsel had become aware of the misconduct of respondent's attorneys and of the pending appeals by test case petitioners when they stipulated the decisions.

The Lewises filed motions for reconsideration, which we granted. We also granted the motions for leave in the Lewis, Hartman, and Liu cases[8] in order to consolidate them for purposes

---

[7]As of Mar. 13, 2008, 1,173 Kersting project cases remained on the Court's inventory of docketed cases in which decisions have never been entered. The number of cases referred to in the text has been reduced by decisions that have been entered after and in accordance with our opinions in Dixon VI and VIII on the terms of the Thompson settlement. See infra note 33.

[8]In so doing, we departed from our usual practice--which we had followed in our Lewis opinion--of considering the merits of
(continued...)

- 13 -

of this opinion because they are all appealable to the Court of
Appeals for the Ninth Circuit. We also chose to consolidate
these cases because they include cases where stipulated decisions
were entered both before the Court filed its Dixon II opinion
(the Hartman decisions) and after respondent discovered
respondent's attorneys' misconduct and disclosed it to the Court
and reinstated the 7-percent project settlement offer (the Lewis
and Liu decisions).

For purposes of these motions, we take judicial notice of
our findings in Dixon III and IV, as modified by Dixon V, VI, and
VIII (the Dixon findings) and supplemented by Lewis v.
Commissioner, supra. Additional facts concerning earlier drafts
of respondent's posttrial settlement offer are from copies of the
drafts of the proposed settlement offer admitted into the records
in these cases as the Court's exhibits. Otherwise, additional
pertinent facts, as set forth in petitioners' motions,
respondent's oppositions thereto, and the parties' replies to

---

[8](...continued)
the underlying (lodged) motion to vacate decision in order to
determine whether the moving party had alleged sufficient facts
to call into question the validity of the decision. See
Brannon's of Shawnee, Inc. v. Commissioner, 69 T.C. 999, 1002
(1978); see also Kenner v. Commissioner, 387 F.2d 689, 690-691
(7th Cir. 1968); Toscano v. Commissioner, 52 T.C. 295, 296
(1969), vacated on another issue 441 F.2d 930 (9th Cir. 1971);
Campbell v. Commissioner, T.C. Memo. 1988-103. In the cases at
hand, we granted petitioners' motions for leave in orders filed
in June 2006 (Lius and Lewises) and October 2006 (Hartman),
leaving for further proceedings our determination in this opinion
whether the decisions can and should be vacated.

- 14 -

orders of the Court raising questions addressed to the parties, are undisputed.[9]

We believe that all the pending motions may be decided without a hearing.[10]  On reflection and reconsideration, we now decide that the motions to vacate filed by the Lewises should be granted; we also hold that the motions to vacate filed by Hartman and the Lius should be granted.  We conclude this opinion by describing the procedure for implementing our determination that all Kersting project petitioners against whom stipulated decisions were entered on or after June 10, 1985, are entitled to the benefits of the Thompson settlement.  Giving effect to these decisions and that procedure will result in imposing on respondent in all Kersting project cases the sanctions mandated by the Court of Appeals in Dixon V.

### Background

When the petitions in these cases were filed, Hartman resided in Everett, Washington, the Lewises resided in Westlake Village, California, and the Lius resided in Aiea, Hawaii.

---

[9]Decisions in these consolidated cases are appealable to the Court of Appeals for the Ninth Circuit.  Motions similar to those under consideration herein have been filed and lodged by other taxpayers whose decisions are appealable to Courts of Appeals for other circuits.

[10]Respondent agrees that the Court has before it the records that produced the Dixon findings and "strenuously opposes" the scheduling of an evidentiary hearing.

- 15 -

I.   The Kersting Project Test Case Proceedings

     In response to the large volume of cases generated by tax
shelter examinations during the late 1970s and early 1980s, the
Internal Revenue Service (IRS) and the Tax Court developed
procedures that were intended to streamline the litigation
process, economize on the use of administrative and judicial
resources, and reduce the costs incurred by taxpayers in
resolving disputes over tax shelter adjustments.  The IRS, Office
of Chief Counsel, in Washington, D.C. (the National Office),
created the Tax Shelter Branch in the National Office to oversee
tax shelter litigation across the country and to organize and
supervise individual tax shelter projects.

     One of the goals of the Tax Shelter Branch was consistent
treatment of similarly situated taxpayers.  The Tax Shelter
Branch monitored settlement offers in similar tax shelter
projects for disparities and tried to determine whether the
project settlement offers should be similar.  However, actual
supervisory responsibility in a tax shelter project was left
primarily in the Regional Counsel's office and the District
Counsel's offices to which the project was assigned.

     The deficiencies, additions to tax, and interest at issue in
the Dixon II test case proceedings arose from petitioners'
participation in tax shelter programs promoted by Henry F.K.
Kersting (Kersting) that purported to generate interest

- 16 -

deductions for income tax purposes that exceeded amounts paid to participate in the programs.  Kersting's promotions of his tax shelter programs attracted the attention of the IRS, which instituted a tax shelter project known as the Kersting project. Kersting actively opposed respondent's enforcement activities against his programs.  In early 1982 Attorney Brian J. Seery (Seery) began assisting Kersting program participants with issues arising from audits of their income tax returns.  On March 1, 1985, Kersting sent letters informing Kersting program participants that he had retained Seery to represent them in the Tax Court at no charge to them.  Ultimately, more than 1,800 cases arising from taxpayers' petitions against respondent's deficiency notices disallowing deductions claimed by participants in the Kersting programs were filed in the Tax Court.  The bulk of those deficiency notices were facilitated by respondent's having obtained Kersting's client records in a search of his office in Honolulu, Hawaii, in January 1981.

The IRS established the Kersting project in its Honolulu Appeals Office.  In any given tax shelter project, a project Appeals officer typically works with a project attorney in the District Counsel's office.  In the Kersting project, Kenneth W. McWade (McWade), in the Honolulu District Counsel's office, was the project attorney.

- 17 -

On March 20, 1985, Seery entered his appearance for hundreds of Kersting project taxpayers.  The Court set for trial the cases of approximately 375 Kersting program participants to be held before Judge William A. Goffe (Judge Goffe) at a Tax Court session scheduled to commence on June 10, 1985, in Honolulu, Hawaii (the June 1985 session).

It would have been a daunting task to try the cases of the hundreds of similarly situated Kersting program participants who had filed petitions in the Tax Court.  Before the June 1985 session, McWade and Seery agreed to use the test case procedure whereby a few typical cases are selected and most taxpayers whose cases are not selected execute "piggyback agreements" binding the resolution of their cases to the outcome of the final decisions in the test cases.  During the June 1985 session, McWade and Seery discussed the use of the test case procedure with Judge Goffe during a chambers conference.  Consistent with counsels' agreement to use the test case procedure in the Kersting project, Judge Goffe granted the parties' joint motions to continue the cases called at the June 1985 session.  At the same time, as early as June 1985, Kersting project petitioners began filing piggyback agreements, which they did in most of the Kersting project cases.

On November 21, 1985, the Chief Judge of this Court assigned all the Kersting project cases to Judge Goffe for trial or other

- 18 -

disposition.  Subsequent Kersting project cases were
automatically assigned to Judge Goffe.

By letter dated June 10, 1986, McWade notified Judge Goffe
that he and Seery had selected the cases of one individual, Ralph
J. Rina (Rina), and seven couples, including the Thompsons, the
Cravenses, and Jerry and Patricia A. Dixon (the Dixons), to be
test cases.  By letter dated July 30, 1986, Judge Goffe informed
Seery and McWade that the test cases would be set for trial
during a special session of the Court commencing on February 9,
1987, in Wailuku, Maui, Hawaii (the Maui session).  Judge Goffe's
letter also informed Seery and McWade that he intended to notify
each Kersting project petitioner who had not filed a piggyback
agreement that his or her case would be set for trial during the
Maui session.

By letter dated August 5, 1986, Judge Goffe informed all
Kersting project petitioners who had not already executed
piggyback agreements that their cases would be set for trial at
the Maui session unless they executed piggyback agreements by
September 29, 1986.  Judge Goffe's letter stated as follows:

August 5, 1986

Dkt #
Dear _____:

Your case involves matters concerning promotions by
Henry Kersting.  Cases with issues identical to the
issues in your case have been set for trial on February
9, 1987, at the courtroom of the Circuit Court for the
Second Circuit in Wailuku, Maui, Hawaii.

- 19 -

In order to conserve the time and expense of the taxpayers, the government and the Court, all of the cases with identical issues will be tried at one time unless the parties agree in advance, in writing, to be bound by the outcome of the cases set for trial. In most of the pending cases, the parties have so agreed to be bound.

You should contact at your earliest convenience the lawyer for the government in the Kersting cases if you decide to agree to be bound. He is Mr. Kenneth McWade, PJKK Federal Building, Room 3304, Box 50089, 300 Ala Moana Boulevard, Honolulu, Hawaii 96850. His telephone number is (808) 546-7333. If, however, you do not wish to be bound, you should advise my office promptly, in writing at the above address, in order that your case may be set for trial on February 9, 1987. In either event, you must advise Mr. McWade or me by September 29, 1986.

If you fail to advise Mr. McWade by September 29, 1986, that you wish to be bound and have executed a stipulation to be bound by that time and if you fail to advise me by September 29, 1986, that you wish to have your case set for trial, it will automatically be set for trial on February 9, 1987. If your case is set for trial and you do not appear for trial, your case will likely be dismissed and you will be required to pay all of the income tax which the government contends you owe, plus interest thereon as provided by law.

William A. Goffe
Judge

In November 1986 the Court issued orders notifying Kersting project petitioners who had not filed piggyback agreements that their cases were set for trial at the Maui session. As additional Kersting project cases were docketed and identified, the Court issued orders setting them for trial at the Maui session, subject to being stricken if the parties executed a piggyback agreement.

- 20 -

An attorney hired by the Thompsons to prepare an estate plan for them raised questions with Seery about his association with Kersting.  On October 31, 1986, Seery filed a motion to withdraw as counsel for the Thompsons in their docketed cases, which the Court granted.  In November 1986 the Thompsons engaged Luis DeCastro (DeCastro) to represent them before this Court.

In December 1986, following similar questions by the Court, Seery withdrew as counsel for the other test case petitioners and all the Kersting project nontest case petitioners for whom he had filed notices of appearance.  In early January 1987, Kersting engaged Attorneys Robert J. Chicoine (Chicoine) and Darrell D. Hallett (Hallett) to represent the test case petitioners (with the understanding they would not represent Kersting).  Chicoine and Hallett filed entries of appearance as counsel in each of the test cases (other than the Thompson and Cravens cases) and promptly challenged the deficiency notices in the test cases on the ground that the IRS search of Kersting's office in January 1981 had been illegal.

Between 1982 and 1988 respondent had in effect an official settlement offer for the Kersting project.  In general, the project settlement offer permitted participants in the Kersting programs to resolve their cases by agreeing to pay deficiencies that averaged 7 percent less than those determined in their deficiency notices.  The project settlement offer also released

- 21 -

participants from negligence additions and increased interest. Respondent's purpose in offering these concessions and adjustments was to provide similar treatment for all Kersting program participants who wished to settle their cases.

Respondent's 7-percent reduction project settlement offer in the Kersting project was similar to the IRS project settlement offer in other tax shelter projects. The 7-percent reduction in the deficiencies reflected allowance of an assumed deduction for the taxpayers' out-of-pocket expenses of participating in the shelter.[11]

Although District Counsel generally is expected to adhere to the terms of an official project settlement offer, once a tax shelter project is assigned to a particular District Counsel's office, that office has the authority to settle any individual case in the project. District Counsel has the authority in special circumstances to settle individual tax shelter project cases on a basis different from the project settlement offer.

By September 1986 McWade and Seery had agreed to modify the 7-percent reduction project settlement offer to incorporate a new feature, called the burnout, that would apply in cases involving

---

[11]The 7-percent reduction in the deficiencies amounted to a "nuisance value" settlement that respondent would not have entertained or offered in a run-of-the-mill case. See IRM sec. 8.6.1.3.3 (Feb. 18, 1999). Nuisance value is any concession that is made solely to eliminate the inconvenience or cost of further negotiations or litigation and is unrelated to the merits of the issues.

more than 1 taxable year. Under the burnout, the interest on a
taxpayer's total unpaid Kersting-related deficiencies for the
first and second years of tax liability would not begin to accrue
until the return due date for the second year. This was
accomplished by zeroing out the taxpayer's agreed deficiency for
the first year and adding it to the agreed deficiency for the
second year. The burnout thus postponed for a year the accrual
of interest on the first year's deficiency, thereby reducing the
total interest accrued on the taxpayer's Kersting-related
deficiencies.

In December 1986 McWade, with the knowledge and connivance
of his supervisor, Honolulu District Counsel William A. Sims
(Sims), entered into secret contingent settlement agreements with
the Cravenses regarding their test cases and with DeCastro
regarding the Thompsons' test cases. The Thompsons and the
Cravenses understood that a condition of these settlements was
that they would remain test case petitioners.

The Cravenses, who were not represented by counsel, agreed
with McWade to a reduction of about 6 percent of the originally
determined deficiencies for their taxable years 1979 and 1980.[12]

---

[12]In the Cravens notices of deficiency, respondent had
determined that the Cravenses were liable for deficiencies for
1979 and 1980 of $4,508 and $19,251.70, respectively, and
additions to tax for negligence under sec. 6653(a) for both
years. The deficiencies and negligence additions so determined
were attributable to the Cravenses' participation in Kersting tax
shelter programs. The Cravenses' correct tax liabilities for
                                                    (continued...)

This settlement was less favorable to them than the generally available modified 7-percent reduction settlement offer and did not include the burnout.

The initial Thompson settlement in December 1986 reduced the Thompsons' total deficiencies by 18.8 percent,[13] eliminated the additions to tax for all years, and eliminated the increased interest rate under section 6621(d)[14] for 1981.  The initial Thompson settlement also incorporated the burnout, combining the agreed deficiencies for the years 1979 and 1980 in the year 1980 so as to postpone for 1 year the accrual of interest on the agreed 1979 deficiency.  On December 23, 1986, McWade sent

---

[12](...continued)
1979 and 1980 were $4,508 and $5,893.45, respectively, for a total of $10,401.45.  The $5,893.45 figure for 1980 represents the Cravenses' correct tax liability after eliminating the dividend adjustment set forth in the notice of deficiency for 1980 and backing out the tax on the capital gain that the Cravenses had reported on their 1980 tax return.  Decisions entered in the Cravens cases provided that the Cravenses were liable for deficiencies of $3,606.40 for 1979 and $6,175.76 for 1980, totaling $9,782.16.

[13]In the Thompson notice of deficiency, respondent had determined that the Thompsons were liable for deficiencies totaling $79,293 for the taxable years 1979-81, for additions to tax for negligence for 1979 and 1981, for increased interest for 1981 pursuant to sec. 6621(d), and for a late filing addition to tax for 1981 under sec. 6651(a).  The deficiencies, negligence additions, and increased interest were attributable to the Thompsons' participation in Kersting tax shelter programs.

[14]Sec. 6621(d) was redesignated sec. 6621(c) by the Tax Reform Act of 1986 (TRA), Pub. L. 99-514, sec. 1511(c)(1), 100 Stat. 2744, and repealed by the Omnibus Budget Reconciliation Act of 1989, Pub. L. 101-239, sec. 7721(b), 103 Stat. 2399.  We will hereinafter refer to the provision as sec. 6621(c).

DeCastro decision documents incorporating the above-described settlement.  McWade's transmittal letter stated that the decision documents in the Thompsons' cases would not be filed with the Court until the decisions in the test cases had become final.

Around yearend 1986 the Thompsons paid $59,545 as interest on their then-agreed deficiencies.  In March 1987 respondent and DeCastro agreed to a revision of the initial settlement that effectively increased the reduction in the Thompsons' deficiencies to approximately 20 percent.  On June 15, 1987, the Thompsons halted further accrual of interest on the deficiencies by paying the then total amount owed of $63,000.  By June 1987 payments by the Thompsons to the IRS with respect to the taxable years 1979-81 (less a $770 offset credited to another year) totaled $121,770.

Between September and December 1986 McWade and Sims began to entertain 20-percent settlements based on the same general approach as the modified 7-percent settlement offer that included the burnout.  In late 1986 DeCastro obtained 20-percent reduction settlements on behalf of other Kersting project nontest case petitioners he represented, as did Chicoine and Hallett on behalf of other nontest case petitioners in the course of efforts to negotiate a global project settlement.

The enhanced 20-percent settlements reflected the concerns of McWade and Sims that Chicoine's and Hallett's challenge of the

- 25 -

IRS search of Kersting's office increased respondent's risks of litigation. The availability of the 20-percent settlements was not disseminated in writing by either Sims or McWade. The availability of 20-percent settlements became known, if at all, through a combination of Kersting's letters to program participants and telephone inquiries to McWade from Kersting program participants or their counsel.

In January 1987 Sims and Chicoine continued their efforts to negotiate a global settlement of the Kersting project cases. Initially, they tried to link a higher percentage settlement to Kersting's agreement to quit the tax shelter business. They eventually abandoned their efforts to link a global settlement to Kersting's future conduct.

By letter dated January 16, 1987, Chicoine notified Kersting that he believed he had an agreement with Sims to settle all the Kersting cases docketed in the Tax Court by allowing 50 percent of the claimed interest deductions. In that letter, Chicoine further stated that he and Hallett would agree to represent Kersting program participants desiring to settle their cases on these terms for a flat fee of $550 per case.

On January 19, 1987, Kersting wrote to program participants that a 50-percent settlement had been negotiated and recommended that they accept it. As a result of Kersting's letter,

- 26 -

approximately 300 Kersting program participants contacted
Chicoine and Hallett seeking representation.

Following the release of Kersting's January 19, 1987,
letter, Sims received numerous telephone calls from Kersting
program participants and attorneys seeking to accept the
50-percent settlement. By letter to Chicoine dated February 4,
1987, Sims denied that he had agreed to a 50-percent settlement.

During spring 1987 Chicoine continued to discuss a global
settlement with McWade. On or about April 27, 1987, Chicoine
told Kersting he would recommend a 20-percent settlement to
Kersting program participants. Between May 1987 and February
1988 Kersting wrote at least seven letters to Chicoine and
Hallett strongly objecting to their dissemination of a 20-percent
settlement proposal to Kersting program participants. On January
12, 1988, Kersting issued a letter encouraging nontest case
Kersting program participants who had paid $550 to Chicoine and
Hallett for representation in the settlement process to "recall
your funds".

On February 8, 1988, Kersting wrote to Kersting program
participants warning them that Chicoine and Hallett soon would
circulate the details of a 20-percent settlement. Kersting urged
Kersting program participants not to hire Chicoine and Hallett to
settle their cases and instead to await the Court's opinion on
the legality of the search (the issue that had been raised and

- 27 -

presented by Chicoine and Hallett).  During this period, Kersting threatened to sue Chicoine and Hallett if they reported the 20-percent settlement offer to the Kersting program participants.

On February 9, 1988, Chicoine sent letters to Kersting program participants who had contacted Chicoine and Hallett about representation.  Chicoine reported that McWade had offered to settle docketed Tax Court cases in accordance with the 20-percent settlement offer, recommended that program participants seriously consider that settlement, and suggested that those who desired to settle on those terms contact Chicoine and Hallett.

On February 11, 1988, the Court filed Dixon v. Commissioner, 90 T.C. 237 (1988) (Dixon I), holding that the test case petitioners had failed to establish standing to contest the IRS search of Kersting's office.

Kersting was displeased by Chicoine's and Hallett's proposed overall disposition of the Kersting project cases with only a 20-percent reduction in the deficiencies.  He fired Chicoine and Hallett and engaged Attorney Joe Alfred Izen, Jr. (Izen), to represent the test case petitioners at trial.

In April 1988 Chicoine and Hallett informed their test case petitioner clients that they were withdrawing as their counsel because of a disagreement with Kersting.  Chicoine and Hallett, however, continued to negotiate settlements for nontest case

- 28 -

petitioners, including Hartman.  By letter dated June 9, 1988,
Chicoine and Hallett informed McWade that Hartman wished to
accept the 20-percent settlement with the burnout.  McWade sent
Chicoine stipulated decisions for Hartman's cases.  Chicoine
executed the decision documents on Hartman's behalf and returned
them to McWade on November 30, 1988.  McWade executed the
decisions on December 12, 1988.  On January 13, 1989, the Court
entered the stipulated decisions in Hartman's cases at docket
Nos. 1371-85, 4116-87, and 16761-87.

In the meantime, DeCastro told McWade the Thompsons were
concerned about the legal fees they would incur as test case
petitioners.  DeCastro told McWade that it was unfair to require
the Thompsons to remain test case petitioners and that he would
attempt to remove the Thompsons' cases from the list of test
cases.  McWade wanted to keep the Thompsons as test case
petitioners.  DeCastro and McWade resolved their differences by
further modifying the Thompson settlement.  In particular, McWade
agreed to reduce the Thompsons' deficiencies by an additional
amount that would compensate them for the cost of having an
attorney represent them at the trial of the test cases.

Shortly before trial of the test cases in this Court, McWade
and DeCastro reached an oral agreement (the final Thompson
agreement) in the Thompsons' cases calling for reduction of the
agreed deficiencies for 1979, 1980, and 1981 to zero, $15,000,

- 29 -

and \$15,000, respectively. The purpose of the final Thompson
agreement was to generate a refund, estimated to exceed \$60,000,
that was to be used--and the bulk of which was used--to pay
DeCastro's fees for providing the appearance of independent
representation of the Thompsons at the trial of the test cases.
Although McWade knew that IRS policy required him to treat
similarly situated taxpayers alike, the financial terms of
McWade's final settlement with DeCastro for the Thompsons were
much more advantageous to them than McWade's settlements with
other Kersting project petitioners.[15]

    After the trial of the test cases, John R. Thompson
(Thompson) expressed concern to DeCastro about incurring
DeCastro's additional fees. DeCastro assured Thompson that
DeCastro was looking solely to the IRS for payment of his fees
and that the Thompsons would not be liable for any additional
fees. On August 3, 1989, DeCastro wrote a letter to McWade,
reducing the final Thompson agreement to writing. McWade signed
the letter and returned it to DeCastro.

    Sims, McWade, and DeCastro did not inform the Court, the
National Office, the Regional Office, or counsel for the other
test case petitioners or any of the other Kersting project
petitioners or their counsel of the Thompson settlement or the

---

[15]With the exception of Denis Alexander, a nontest case
petitioner with whom McWade made a special deal. See _infra_ p.
30.

Cravens settlement. McWade's deception continued with a coverup, which was carefully designed to prevent the Court and other Kersting participants from learning of the secret settlement agreements. At Kersting's deposition, which McWade attended, Kersting's lawyer objected to the presence of the Thompsons' attorney because of rumors that the Thompsons were attempting to settle. Although McWade knew that the Thompsons had, in fact, already settled, he remained silent. McWade then misled the Court by failing to disclose the settlement on April 22, 1988, when he moved to set aside the Thompson piggyback agreements, a necessary pretrial motion that confirmed the inclusion of the Thompson cases among the test cases.

Before the trial of the test cases, McWade arrived at a general understanding with nontest case petitioner Denis Alexander (Alexander) that the Alexanders' tax liabilities for the taxable years 1974-77 would be reduced in exchange for Alexander's testimony and agreement to serve as an undisclosed consultant or assistant to McWade during the trial of the test cases. McWade's understanding with Alexander is reflected in decision documents, executed by McWade on April 6, 1989, and approved by Sims, that completely eliminated all Kersting and other deficiencies determined against the Alexanders for those years.

On January 10, 1989, the test cases were consolidated for trial and opinion. The trial of the test cases was conducted from January 9 to 27, 1989, at Honolulu, Hawaii, with DeCastro representing the Thompsons and Izen representing all the other test case petitioners except the Cravenses, who were pro sese. McWade's deceptive silence matured into overt misconduct during the trial of the test cases; when Thompson began to testify about having settled his cases, McWade quickly interjected questions about unrelated matters. The diversion was successful; the Court mistakenly interpreted Thompson's remark as referring to resolution of the Thompsons' tax liability for another year that was not at issue. McWade also allowed Alexander to offer misleading testimony that prevented the Court from learning that McWade had agreed to zero out the Alexanders' tax liabilities.

On December 11, 1991, the Court issued its opinion in Dixon II, sustaining almost all of respondent's determinations that the Kersting programs in issue were ineffective for tax purposes.

In March 1992 the Court entered decisions in all the test cases in accordance with its opinion in favor of respondent. Consequently, the decisions initially entered in the Thompson and Cravens cases were not in accordance with their secret settlement agreements. Izen appealed the decisions against the test case

- 32 -

petitioners (with the exception of the Thompsons, the Cravenses,
and Rina) to the Court of Appeals for the Ninth Circuit.

II.  Respondent's Discovery and Disclosure of the Thompson and
     Cravens Settlements

On May 8, 1992, after this Court had entered decisions in
favor of respondent in all the test cases, McWade and Sims, by
memorandum, requested the San Francisco Appeals Office to process
the Thompsons' account administratively in accordance with the
Thompson settlement, not the Tax Court's decisions.  On May 22,
1992, Danny Cantalupo, Regional Director of Appeals for the
Western Region, informed Peter D. Bakutes (Bakutes), Deputy
Regional Counsel for Tax Litigation for the Western Region in San
Francisco, of McWade's and Sims's request to process the Thompson
settlement.  Bakutes informed Benjamin Sanchez (Sanchez), Western
Regional Counsel in San Francisco, who informed officials in the
National Office.  The circumstances of the Thompson settlement
caused widespread concern within the IRS.

On May 29, 1992, Sims, at the direction of Sanchez, informed
DeCastro by letter that the Thompson settlement would not be
honored, and that assessments would be made in accordance with
the decisions entered on March 13, 1992, pursuant to Dixon II.
The letter advised that assessment of the taxes owing, plus
statutory additions and interest, would be "approximately
$302,396.12".  The letter further noted:  "Of course, your

clients' advance payments will be credited toward the
assessments."

DeCastro had several telephone conversations with
respondent's officials, in which he maintained that the Thompson
settlement, as memorialized in the August 3, 1989, letter
agreement, was an enforceable contract, and that he would appeal
any decision to the contrary.

Soon after Sanchez and Bakutes discovered the Thompson
settlement, McWade and Sims disclosed the Cravens settlement to
them. Sanchez promptly notified David Jordan (Jordan), Acting
Chief Counsel, about the Thompson settlement. Sanchez and Jordan
agreed that the Tax Court had to be notified immediately.

Bakutes prepared a motion that was filed in this Court on
June 9, 1992, seeking leave to vacate the decisions entered in
the Thompson, Cravens, and Rina test cases, which had not become
final and had not been appealed. Unlike the Thompsons and the
Cravenses, Rina had not entered into a settlement agreement with
McWade and Sims, and the decision that had been entered in his
case was in accordance with Dixon II. In the motion, respondent
acknowledged that the existence of the secret agreements and "the
failure to divulge same to the Court and the other Test Case
petitioners prior to the trial raises questions which should be
addressed by the Court and the parties after a full hearing
before the Court." Respondent requested the Court to conduct an

evidentiary hearing to determine whether the agreements with the
Cravenses and the Thompsons had affected the trial of the test
cases or the ensuing decisions of the Court.

On or about June 11, 1992, Sanchez decided that McWade and
Sims should no longer have any authority over the Kersting
project and that all Kersting project cases should be assigned to
other attorneys who were familiar with the Kersting project.
Bakutes accordingly reassigned the 14 test case dockets to Thomas
A. Dombrowski (Dombrowski) and the nontest cases to Henry E.
O'Neill (O'Neill).

On June 22, 1992, the Court granted respondent's motions to
vacate in the Thompson and the Cravens cases. The Court ordered
the parties within 30 days to file agreed decisions or otherwise
move as appropriate. The Court denied respondent's request for
an evidentiary hearing. In a separate order entered on the same
date, the Court denied respondent's motion to vacate the decision
in the Rina test case, stating:

> The Court has reviewed the testimony of Cravens, the
> testimony of Thompson, the stipulated facts and
> stipulated exhibits relating to the Cravenses and the
> Thompsons, and the exhibits offered through Thompson as
> a witness. The Court finds that these reviewed items
> had no material effect on the opinion which the Court
> filed on December 11, 1991, as that opinion relates to
> petitioner Rina. If the reviewed items were stricken
> from the record, the Court would file an opinion in all
> material respects like the opinion it filed on December
> 11, 1991 (with the exception of certain portions
> relating specifically and expressly to the Cravenses or
> the Thompsons), and the Court's findings, analyses, and

- 35 -

conclusions relating to petitioner Rina would remain
the same. * * *

The Court's order denying respondent's motion to vacate the
decision in the Rina case was consistent with this Court's
holding in Chao v. Commissioner, 92 T.C. 1141 (1989), that the
Court will not vacate a decision if a new trial would not result
in a different decision.  Rina appealed his decision to the Court
of Appeals for the Ninth Circuit, where appeals in the other
Kersting project test cases were pending.

The same day the Court acted on respondent's motions to
vacate, Bakutes telephoned DeCastro to tell him that the
decisions in the Thompson cases had been vacated.  During the
call, DeCastro told Bakutes that in 1988 McWade had reduced the
Thompsons' deficiencies to keep the Thompsons in the test case
trial.  Although DeCastro had earlier told Bakutes that
attorney's fees had not figured in the settlement, he admitted in
this conversation that the deficiencies had been reduced to pay
the Thompsons' legal fees for his representation of them in the
test case trial.

During the summer of 1992, Jordan directed two senior
attorneys in the Tax Litigation Division in the National Office,
Thomas J. Kane (Kane) and Steven M. Miller (Miller), to
investigate the Thompson settlement on behalf of the National
Office.  Kane and Miller conducted in-house depositions and

interviewed various individuals who had participated in the test case trial and the Thompson settlement.

Bakutes assigned Dombrowski to help Kane and Miller in their investigation. Dombrowski's immediate problem was how to respond to this Court's order of June 22, 1992, that within 30 days the parties file agreed decisions or otherwise move.

On June 24, 1992, Marlene Gross (Gross), an official in the National Office, called Bakutes and informed him that the Department of Justice (DOJ) would not seek remand of the test cases that had been appealed. The DOJ's decision was based on the Tax Court's refusal to vacate the decision in the Rina case. That refusal indicated to the DOJ officials that the Tax Court would probably reject any request by respondent to vacate the Court's decisions in the other test cases. Gross also reported to Bakutes that the DOJ, specifically the Tax Division's Appellate Section Chief Gary Allen, wished to offer the same settlement to the test case petitioners on appeal that the Thompsons had received: a 65-percent reduction in deficiencies (a rough approximation of the reduction of the Thompsons' originally determined deficiencies from $79,293.52 to the $30,000 figure finally agreed upon). Bakutes was opposed to settling the appealed cases on that basis, and no settlement offer on that basis was made to the test case petitioners on appeal.

In July 1992 DeCastro filed a motion for entry of decision in the Thompson cases in accordance with the final agreement he had reached with McWade shortly before trial; i.e., deficiencies of zero, $15,000, and $15,000 for 1979-81, respectively.  On August 20, 1992, respondent filed objections to DeCastro's motion for entry of decision, together with respondent's own motions for entry of decision and an accompanying memorandum.  Respondent's motion acknowledged that the Thompsons were entitled to the original 18.8-percent reduction settlement agreed to by McWade and DeCastro in December 1986 and sought decisions to that effect; respondent argued that the "New Agreement", intended to pay the Thompsons' legal fees, was unauthorized and had no legal basis.

Respondent's 11-page motion for entry of decision, with a 15-page supporting memorandum, set forth the facts regarding the Thompson settlement that had been discovered by IRS senior officials.  Respondent informed the Court that before the test case trial McWade and Sims had agreed to sweeten the prior settlements of the Thompson cases by further reducing the Thompsons' deficiencies in order to compensate them for their projected attorney's fees.  As respondent explained to the Court, McWade and Sims had agreed with DeCastro that

> All settlement refunds in excess of the amounts
> provided by the December 1986 agreement would go
> ultimately to the benefit of Mr. DeCastro for payment
> of his legal fees and costs.  Mr. DeCastro would be

- 38 -

paid solely from amounts refunded by the Service to
Thompson. * * * This "New Agreement", in sum and
substance, if not explicitly, was designed, and
constituted an agreement by Messrs. Sims and McWade to
pay Mr. DeCastro's legal fees and expenses.

Respondent's motion papers compared the amounts of the

Thompsons' deficiencies originally determined for the 3 years at

issue, totaling $79,293.52, with the unauthorized "New Agreement"

reducing the deficiencies to zero, $15,000, and $15,000, or

total deficiencies of only $30,000, thus generating the refunds

used to pay DeCastro's legal fees.  These figures, without more,

indicate that the "New Agreement" represented a 62-percent

reduction of the deficiencies respondent originally determined.

In respondent's memorandum of points and authorities in

support of respondent's motion for entry of decision, respondent

acknowledged that "counsel for both parties owed a special

obligation of candid disclosure to this court given the highly

unusual circumstances which were of their own making."

Respondent acknowledged that the Rules of this Court and the

Model Rules of Professional Conduct require the utmost candor to

the Court, "which duty would proscribe misleading the court by

silence, inaction, or failure to apprise the court of any

material fact that may affect the proceeding before the court."

Respondent further acknowledged:

    as officers of the court, both the District Counsel
    attorneys and petitioners' counsel owed a special duty
    to disclose to this court that they had entered into an
    agreement to settle the litigation and that District

- 39 -

Counsel William Sims agreed in substance to pay the litigation expenses of his adversary.  See Booth v. Mary Carter Paint Co., 202 So. 2d 8 (Fla. Dist. Ct. App. 1967); 2 Moore's Fed. Practice Par. 23.23.  In Reager v. Anderson, 371 S.E. 2d 619, 630 (W. Va. 1988), the court, commenting upon the duty of candor to the court, observed that "(i)t is critical to the fair conduct of the trial to disclose promptly the settlement terms to the court and to opposing counsel so that the court can decide whether the agreement is valid, and if so, what measure will be taken to ensure that the nonsettling party(ies) will not be prejudiced."  We believe that this is particularly important where the settling party remains in the litigation, testifies with respect to the issues, and his attorney appears to be an advocate adverse to the party paying the fees.

On August 26, 1992, the Court entered orders and decisions in the Thompson cases summarily denying respondent's motion for entry of decision, granting DeCastro's motions for entry of decision, and entering decisions in accordance with the final Thompson agreement.

Respondent did not appeal the decisions the Court entered in the Thompson and the Cravens cases.  As a result, those decisions became final, while Rina and the other test case petitioners, who had appealed the decisions entered in their cases, added the newly revealed facts about the misconduct of respondent's attorneys to the grounds for their appeals.

The rationale of the Office of Chief Counsel for not appealing the Tax Court's entry of the decisions giving effect to the Thompson settlement was set forth in a memorandum, dated September 8, 1992, prepared by Kane:

- 40 -

> The Chief Counsel [Abraham N.M. Shashy, Jr.] and Deputy
> Chief Counsel have concluded that, under the
> circumstances, we have completely fulfilled all
> applicable ethical and legal obligations with respect
> to this issue and this litigation. They have also
> concluded that given the fact that the conduct on the
> part of our attorneys is significantly less than
> exemplary, there is nothing to be gained by further
> prolonging this aspect of the Kersting litigation.

On September 30, 1992, Judge Goffe terminated his recall
status as a Senior Judge and retired from the bench. The Chief
Judge of the Tax Court reassigned the Kersting project cases to
Judge Renato Beghe.

In October 1992 Izen and Robert Patrick Sticht (Sticht),
representing various nontest case petitioners, filed separate
motions with the Tax Court to intervene in the Thompson and
Cravens cases, before the newly entered decisions in those cases
had become final. Sticht and Izen maintained that their clients
should be allowed to intervene in those cases in order to assert
that McWade had committed fraud on the Court by arranging the
Thompson settlement and failing to inform the Court or the other
parties.

On November 6, 1992, we denied the motions to intervene.
Izen and Sticht filed notices of appeal of our denials of their
intervention motions, again alleging fraud on the Court.

- 41 -

III. <u>Kersting's Responses to Dixon II and Discovery and
Disclosure of the Secret Settlements:  Letters to Kersting
Program Participants and Formation of the Kersting Defense
Group</u>

After the Court filed Dixon II, Kersting kept the

participants in his programs informed about the status of the

test cases.  In February 1992, Kersting sent a lengthy "Dear

Friend" letter to the participants in his programs, informing

them that Izen was preparing an appeal of Dixon II in the test

cases to be filed with the Court of Appeals for the Ninth

Circuit.  Kersting's letter also said he had formed a defense

team of attorneys and included with the letter a copy of the

business card of "R.A.J. Limited, Robert Alan Jones, Esq.,

President".

Subsequently, Attorneys Robert Alan Jones (Jones) and Declan

J. O'Donnell (O'Donnell) announced the Henry Kersting Tax Defense

Group.  A defense group brochure created in May 1992 describes the

legal services O'Donnell and Jones would offer to Kersting program

participants.  The brochure included a description of the

qualifications and practice backgrounds of O'Donnell and Jones,

along with retainer agreements and copies of relevant memoranda

and correspondence.  One such memorandum, entitled "Status of the

Kersting Cases", signed by O'Donnell and dated May 12, 1992, said

that most of the Kersting program participants had executed

piggyback agreements to be bound by the results in the test cases

and that the test cases had been decided for the Government.  It

- 42 -

said that the deadline for filing an appeal was June 11, 1992, and that Izen was representing the test case petitioners and would handle the appeal.

After the Court had denied respondent's motions to vacate the Rina decision and for an evidentiary hearing and had vacated the original Thompson and Cravens decisions, Jones and O'Donnell wrote Dombrowski a joint letter dated June 24, 1992. They informed Dombrowski that they represented approximately 100 Kersting project taxpayers and that they understood Dombrowski had replaced McWade as respondent's counsel because of an ethical concern regarding the impropriety of the secret settlements with the Cravenses and the Thompsons.

The letter acknowledged that the Court had concluded that the newly disclosed "Contingent Settlements" would not change its opinion in any material way and had denied a motion to vacate decision filed in a case that was not on appeal. The letter also stated that motions to remand were pending before the Court of Appeals for the Ninth Circuit in cases that had been appealed.

By letters dated June 24 and August 12, 1992, Jones and O'Donnell asked Dombrowski to provide informal discovery regarding the Thompson and Cravens settlements. Respondent refused their informal discovery requests and did not allow them to participate in any of respondent's in-house investigations.

- 43 -

In a letter dated July 31, 1992, Kersting informed the
Kersting program participants that Izen and Sticht were "exposing
the government's fraud and perfidy in a secret deal between
Cravens and Thompson on the one hand, and IRS attorney McWade (and
other government officials) on the other hand."  Kersting
explained his version of the misconduct of the Government's
attorneys as follows:  "As many of you already know, the growing
scandal in the 'piggyback' cases involves a settlement in favor of
Cravens/Thompson in exchange for their damaging testimony and
exhibits that were all put together as part of a prearranged plan
to influence and persuade Judge Goffe to rule against us."

On September 14, 1992, Kersting wrote another "Dear Friend"
letter informing the Kersting participants of further
developments.  Kersting said the misconduct of Sims, McWade, and
DeCastro "threw the appeals schedule into turmoil and motions had
to be filed to ask for an extension of time for filing the
Appeal."  Kersting advised them to ask for "the same concessions
arranged by the Revenue Service to Thompson and Cravens.  An
arrangement whereby $100,000.00 of taxes allegedly owed were
reduced to a mere $15,000.00."  This "Dear Friend" letter
concluded by disclosing that relations had soured between Kersting
and the "Henry Kersting Tax Defense Group" of O'Donnell and Jones.

- 44 -

IV.  Respondent's Posttrial Settlement Offer

In July 1992 respondent's National Office began in-house discussions about offering a 7-percent reduction settlement to Kersting project petitioners who were bound by the test cases through piggyback agreements.

On September 9, 1992, Dombrowski sent a draft of a proposed settlement offer letter (Dombrowski draft) to Paul Zamolo, Acting Deputy Regional Counsel.  The Dombrowski draft explained that the Tax Court had issued its Dixon II opinion disallowing the interest deductions, imposing additions to tax for negligence under section 6653 and substantial understatement of tax under section 6661, and finding that the increased interest rate under section 6621(c) applied.  The Dombrowski draft stated that five of the test case petitioners (Dixon, DuFresne, Hongsermeier, Owens, and Young) were appealing their cases in the Ninth Circuit, but that the appeals had not yet been resolved.  The Dombrowski draft further stated that respondent had moved to vacate the decisions in the Cravens, Rina, and Thompson test cases because "it appeared that a settlement agreement had been reached with two [sic] of the test case petitioners, the Cravens [sic] and the Thompsons, prior to the trial of the test cases."  The Dombrowski draft then described the action taken by the Court as follows:

> The Tax Court granted the Motions to Vacate
> Decision which were filed in the Thompson and Cravens
> cases.  The Court directed the parties to either file
> agreed decisions or motions regarding the decisions to

- 45 -

be entered in the cases.  Agreed decisions were filed in
the Cravens' cases reflecting the Cravens' pre-trial
acceptance of the standard Kersting settlement offer.
The parties were unable to agree on the decisions to be
filed in the Thompson cases.  Thereafter, motions for
entry of decision were filed by both the government and
the Thompsons.  The Tax Court granted the Thompsons'
motions and entered decisions accordingly.

    The Court denied the Motion to Vacate Decision
filed in the third case involving petitioner Ralph J.
Rina.  In denying the Motion to Vacate Decision the
Court stated that the testimony and evidence offered by
Mr. Thompson and Mr. Cravens had no material effect on
the opinion as it related to Mr. Rina and therefore the
Court's findings, analyses and conclusions relating to
him would remain the same.  Accordingly, all Kersting
interest deductions were disallowed and all additions to
tax were sustained as to Mr. Rina.  * * *

    * * * It is the Service's belief that the trial
Court's disallowance of interest deductions and the
imposition of the additions to tax will be upheld on
appeal.

The Dombrowski draft then stated that the IRS had decided to

renew its previous offer of the 7-percent settlement including the

burnout and enclosed a form on which the taxpayer could indicate

his/her acceptance of the offer.  The Dombrowski draft stated:

"the offer applies only to adjustments resulting from your

participation in the various Kersting programs referred to above.

Any other adjustments raised in your case will be considered on an

item by item basis and will be settled or litigated as

appropriate."

A September 30, 1992, shorter draft of a settlement proposal

prepared by Sanchez (Sanchez draft) gave much less detail than the

Dombrowski draft.  The Sanchez draft referred to the Tax Court's

- 46 -

decision but did not name the case or cite Dixon II. It only identified Cravens as one of two test cases in which "some irregular and undisclosed agreements" had been reached. The Sanchez draft stated that the Tax Court had concluded that the outcome of the trial was unaffected by the irregular activity and that decisions had been entered in the two test cases enforcing the undisclosed agreements. The Sanchez draft did not identify any of the other test cases or mention that some of those cases were being appealed. The Sanchez draft stated:

> We believe that the Cravens situation is indistinguishable from your own.

> *    *    *    *    *    *    *

> We have determined that the Cravens [sic] in good faith believed that they had a valid settlement agreement prior to the trial. Because they were not represented by counsel, they could not be expected to have detected any irregularity on our part.

> Because the Cravens [sic] received the benefit of this offer even after trial, we believe that fundamental fairness compels that you should receive the same treatment. Therefore, we will apply the benefits of that treatment to your case.

The Sanchez draft stated that the adjustments to the taxpayer's account with the IRS would be made administratively and required no further action by the taxpayer.

A third draft dated October 26, 1992, prepared by Kane (Kane draft), was also less detailed than the Dombrowski draft. The Kane draft cited Dixon II but did not identify any of the other test cases. The Kane draft stated that two of the test case

- 47 -

petitioners had entered into settlement agreements that had not been disclosed to the other test case petitioners or the Tax Court but did not identify the taxpayers who had entered into the undisclosed settlement agreements. The Kane draft stated that the Tax Court had concluded that the outcome of the trial was unaffected by the testimony of the test case petitioners who had settled their cases. The Kane draft stated: "This means that the opinion of the Tax Court, as it affects you, remains unchanged." The Kane draft did not disclose that the Dixons and some of the other test case petitioners had filed appeals with the Court of Appeals for the Ninth Circuit.

The Kane draft stated that "fundamental fairness dictates that you be afforded an opportunity to settle your case on similar grounds". The Kane draft, like the Sanchez draft, indicated that, if the taxpayer's case had been settled, the adjustments would be made administratively without requiring further action from the taxpayer. If the case was still pending in the Tax Court, the taxpayer had 60 days to accept the offer. The Kane draft stated that acceptance of the offer would "preclude any further challenges or appeal with respect to the merits of the Dixon opinion as applied to your case(s)."

On January 8 and 29, 1993, respondent made mass mailings extending a global settlement proposal to all known Kersting project nontest case petitioners and their counsel (posttrial

- 48 -

settlement offer). The posttrial settlement offer informed petitioners that the Court had issued its opinion sustaining all the adjustments and cited Dixon II. It explained that, after the trial of the test cases:

> It subsequently came to our attention that two of the test case petitioners had entered into settlement agreements with the Service prior to the trial, and that these agreements were not disclosed to the Tax Court or the other test case petitioners. The settlement agreements provided that these particular test case petitioners could proceed to trial, but would receive the benefit of the better of their pretrial settlement agreement or the results of the trial. The Tax Court has since been advised of this situation and has concluded that the outcome of the trial was not affected by the testimony of these test case petitioners. This means that the Tax Court opinion, as it pertains to other Kersting cases, remains unchanged. However, in light of these recent developments, we have concluded that in fairness all petitioners be afforded an opportunity to settle their cases.

In general, the posttrial settlement offer represented a revival of the official project settlement that respondent had offered during 1982-88. It permitted taxpayers to resolve their cases by agreeing to pay deficiencies that were 7 percent less than those determined in their deficiency notices. Respondent would impose no penalties or additions to tax, and taxpayers would pay interest only at the generally applicable (i.e., non-tax-motivated) rate under section 6621(a). The posttrial settlement offer did not include the burnout.

The posttrial settlement offer further stated: "Acceptance of this settlement offer will preclude any further challenge or

- 49 -

appeal with respect to the Kersting programs or the merits of the
Dixon opinion.  Any other issues involved in this case will be
resolved separately."  Taxpayers were given 60 days within which
to accept or reject the posttrial settlement offer.

V.    The Lewis and Liu Settlements

In a letter dated March 11, 1993, O'Donnell informed
respondent's counsel that the Lewises had decided to accept the
posttrial settlement offer.[16]  Thereafter, respondent forwarded a
stipulated decision document to O'Donnell and Jones reflecting a
disposition of the Lewises' cases on the terms set forth in the
posttrial settlement offer.  On May 17, 1993, O'Donnell signed the
decision documents in docket Nos. 15673-87 and 18551-88; on May
18, 1993, Jones signed the decision document in docket No. 29429-
88.  On June 16, 1993, O'Neill signed the Lewises' decision
documents on behalf of respondent.  On June 23, 1993, the Court
entered the decisions in the Lewises' three dockets.  On September
22, 1993, the decisions became final under section 7481.

The Lius, proceeding pro sese,[17] also accepted the posttrial
settlement offer.  On March 10, 1993, the Court entered the

_____

[16]O'Donnell and Jones had entered their appearances on
behalf of the Lewises in the present cases on July 6, 1992.

[17]The Lius were represented by Thomas P. Dunn from May 26,
1987, to July 21, 1989.  Their present counsel, Matthew K. Chung,
entered his appearance in these proceedings on Oct. 18, 2004,
when he filed the Lius' motion for leave to file motion to vacate
their stipulated decision.

stipulated decision in the Lius' case, docket No. 48690-86.  On
June 8, 1993, the decision became final under section 7481.

When respondent submitted the stipulated decision documents
obtained through the posttrial settlement offer to the Tax Court
and asked the Court to enter those stipulated decisions,
respondent did not file a copy of the posttrial settlement offer
with the Court.

VI.  <u>Disciplinary Actions Against McWade and Sims</u>

On July 29, 1993, respondent's management sent notices of
proposed disciplinary action to McWade and Sims.  The notices
asserted that McWade and Sims had violated:  (1) Department of the
Treasury Minimum Standards of Conduct, section 0.735-30(a)(2) (an
employee shall avoid any action which might result in or create
the appearance of giving preferential treatment to any person);
(2) Department of the Treasury Minimum Standards of Conduct,
section 0.735-30(a)(6) (an employee shall avoid any action that
might adversely affect the confidence of the public in the
integrity of the Government); and (3) IRS Rule of Conduct 214.5
(an employee will not intentionally make false or misleading oral
or written statements in matters of official interest).  The
notices proposed to suspend both McWade and Sims for 14 calendar
days without pay.

The Notices of Proposed Disciplinary Action to McWade and
Sims listed the following reasons for the proposed disciplinary

- 51 -

actions:  (1) Negotiating an unauthorized settlement agreement
with the Thompsons; (2) basing the Thompson settlement on
unaudited and insufficiently documented losses from an unrelated
shelter; (3) allowing the Thompsons a settlement that provided
them more favorable treatment than other taxpayers;
(4) compensating the Thompsons for their attorney's fees; and
(5) not informing the Tax Court of the Thompson settlement
arrangements.

McWade and Sims were both suspended for 2 weeks without pay
and transferred from the Honolulu Division.  Sims accepted these
disciplinary actions and was transferred to the San Francisco
Regional Counsel's Office, where he was assigned nonsupervisory
duties as a Special Litigation Assistant in the General
Litigation area.  Rather than accept a transfer to the Los
Angeles District Counsel's office, McWade retired from the IRS,
effective October 2, 1993.

On April 1, 1999, the day immediately following the issuance
of the Dixon III opinion, we referred the misconduct of Sims,
McWade, and DeCastro to the Committee on Admissions, Ethics, and
Discipline of the Tax Court.  On April 22, 2003, following the
issuance of the Court of Appeals opinion in Dixon V and entry of
its primary mandate, the Tax Court, through the Committee on
Admissions, Ethics, and Discipline, issued orders to Sims,
McWade, and DeCastro to show cause why they should not be

- 52 -

suspended or disbarred from practice before the Court or otherwise further disciplined. On July 1, 2003, DeCastro resigned from practice before the Court.

The Tax Court, acting on the orders to show cause and the recommendations of the Committee on Admissions, Ethics, and Discipline, suspended McWade and Sims from practice before the Court for 2 years, commencing February 20, 2004. The Arkansas State Bar suspended Sims's license to practice law for 1 year in February 2004, and the Oregon State Bar suspended McWade's license to practice for 2 years in August 2004. The Director of the IRS Office of Professional Responsibility suspended McWade and Sims indefinitely from practice before the IRS, effective June 9, 2004.[18]

## VII. Appeals to the Court of Appeals for the Ninth Circuit and Proceedings on Remand

Respondent did not appeal the decisions this Court entered in the Thompson and the Cravens cases in accordance with the secret settlement agreements.[19] As a result, those cases were closed. The remaining test case petitioners, including Rina, appealed the decisions entered in their cases to the Court of

---

[18]Following what Attorney Michael Louis Minns interpreted as a suggestion or order by a member of the panel that heard oral argument on the appeal that resulted in Dixon V, Minns filed the complaints that resulted in the disciplinary actions by the Arkansas and Oregon Bars and the IRS Office of Professional Responsibility.

[19]See the Kane memorandum dated Sept. 8, 1992, supra p. 40.

Appeals for the Ninth Circuit; they included facts about the misconduct of respondent's attorneys as grounds for their appeals, which they characterized as fraud on the court. Additionally, Izen and Sticht separately appealed to the Court of Appeals for the Ninth Circuit our orders denying their motions to intervene in the Thompson and Cravens cases on behalf of various Kersting project nontest case petitioners.[20]

A.  Ninth Circuit Remand: DuFresne v. Commissioner and Adair v. Commissioner

In DuFresne v. Commissioner, 26 F.3d 105 (9th Cir. 1994), the Court of Appeals for the Ninth Circuit vacated the decisions entered against the test case petitioners (other than the Thompsons and Cravenses) on the ground that the misconduct of McWade and Sims required further inquiry.

The Court of Appeals noted that in respondent's motions to vacate decision filed in the Tax Court respondent had "presented a telling case of corruption of the process of the tax court and the rights of both the government and the taxpayers" and that the parties wrongly believed that the test cases were fairly representative of all the other cases and were not sham or collusive proceedings.  The Court of Appeals found that the taxpayers, the Government, and the Tax Court had all been cheated

---

[20]Izen and Sticht also filed appeals of our orders denying their motions to intervene in the Thompson and Cravens cases in the Courts of Appeals for the Second and Tenth Circuits.  Those appeals were dismissed for procedural reasons and not on the merits.

- 54 -

by the conduct described in the appeal; i.e., that a secret
settlement agreement entered into between respondent and the
Thompsons was contingent upon the Thompsons' not prevailing in
their cases, and that, in effect, the Government agreed to pay
the Thompsons' legal fees, and that the Cravenses had entered
into a similar agreement. The Court of Appeals also noted that
Rina had alleged, in a motion for reconsideration in the Tax
Court, that the Thompsons' attorney (who was the main beneficiary
of the settlement) was privy, at his insistence, to the test case
trial strategy, read counsel's trial notes, and overheard
communications with clients.

The Court of Appeals stated that it could not determine from
the appellate record "whether the extent of misconduct rises to
the level of a structural defect voiding the judgment as
fundamentally unfair, or whether, despite the government's
misconduct, the judgment can be upheld as harmless error. See
Arizona v. Fulminante, 499 U.S. 279, 309 (1991)." Id. at 107.

The Court of Appeals vacated the decisions entered in the
remaining test cases and remanded the cases to this Court with
directions to hold an evidentiary hearing to determine the full
extent of the misconduct of McWade and Sims. The Court of
Appeals also directed the Tax Court to consider on the merits all
motions of intervention filed by affected parties and stated that
all subsequent appeals would be scheduled before the same panel.

In <u>Adair v. Commissioner</u>, 26 F.3d 129 (9th Cir. 1994), an unpublished opinion filed the same day as the <u>DuFresne</u> opinion, the <u>DuFresne</u> panel also dismissed the Kersting project nontest case petitioners' appeals of our orders denying their motions to intervene in the <u>Thompson</u> and <u>Cravens</u> cases. Notwithstanding (1) the Kersting project nontest case petitioners' allegations that the misconduct of the Government attorneys was a fraud on the Tax Court, (2) the <u>DuFresne</u> panel's conclusions in <u>DuFresne</u> that the process of the Tax Court had been corrupted and that the test case trial was a sham or collusive proceeding, and (3) the holding in <u>Toscano v. Commissioner</u>, 441 F.2d 930, 934 (9th Cir. 1971), vacating 52 T.C. 295 (1969), that the Tax Court has jurisdiction to set aside a final decision where a fraud has been perpetrated on the Court, the <u>DuFresne</u> panel held that the decisions entered in the <u>Cravens</u> and <u>Thompson</u> cases were final and that the Tax Court lacked jurisdiction to vacate them, citing <u>Billingsley v. Commissioner</u>, 868 F.2d 1081, 1084 (9th Cir. 1989).

B.  <u>Evidentiary Hearing and Opinions on DuFresne Remand:</u>
    <u>Dixon III and IV</u>

In May-June 1996 we conducted the evidentiary hearing directed by the Court of Appeals in <u>DuFresne</u>. To give effect to the directive of the Court of Appeals that the Tax Court consider on the merits all motions of intervention filed by affected parties, we ordered the consolidation of 10 nontest cases, each

represented by Izen, Sticht, or Jones, with the remaining test cases for purposes of the evidentiary hearing.[21]

Shortly before the evidentiary hearing, held in May-June 1996, the parties discovered that decisions entered in the Alexander cases zeroed out the Alexanders' deficiencies for 1974-77.

In Dixon III, filed March 30, 1999, we made detailed findings of fact concerning McWade's and Sims's misconduct during the Kersting test case proceedings.  Our ultimate findings included the following.

(1) McWade and Sims negotiated a series of contingent settlement agreements with DeCastro in respect of the Thompsons' tax liabilities in advance of the trial of the test cases.  The final Thompson settlement agreement provided for a reduction in the Thompsons' tax liabilities for the purpose of generating refunds to pay DeCastro's attorney's fees.

(2) McWade and Sims negotiated a contingent settlement agreement with John R. Cravens (Cravens) in respect of the Cravenses' tax liabilities in advance of the trial of the test cases.  McWade and Sims misled Cravens about the nature and legal

---

[21]The Gridleys and the Fleers, Kersting project nontest case petitioners who were represented by O'Donnell, were originally included in the consolidation for the evidentiary hearing. However, before the hearing, we severed their cases from the consolidation, at O'Donnell's request, so they could independently pursue their summary judgment motions described infra Part VII.C.

effect of his settlement and his need for counsel at the trial of
the test cases. In so doing, they foreclosed the possibility
that the Cravenses would obtain counsel, thereby reducing the
effectiveness of Cravens's testimony and presentations to the
Court from the point of view of all test case petitioners. The
Cravenses' lack of counsel also reduced the likelihood that they
would inform counsel for test case petitioners that their cases
had settled.

(3) Before the trial of the test cases, McWade intentionally
misled the Court, with the complicity of DeCastro, by not
disclosing the settlement of the Thompson cases when he moved to
set aside the Thompson piggyback agreements. At the trial of the
test cases, Sims, McWade, and DeCastro intentionally misled the
Court about the status of the Thompson cases by not disclosing
that they had been settled. They intentionally misled the Court
in similar fashion about the Cravens cases. McWade allowed
Alexander to offer misleading testimony denying that his tax
liabilities would be zeroed out in exchange for his testimony and
other assistance to McWade.

(4) Izen had no knowledge, before and at the trial of the
test cases through the times that the Court issued the Dixon II
opinion and entered the initial decisions in the test cases, that
the Thompsons and the Cravenses had entered into settlement
agreements with McWade. However, DeCastro did not act as a

Government "mole" during the trial of the test cases or convey any of Izen's trial strategies or confidential information to the Government.

Having made detailed findings of fact describing the misconduct of the Government attorneys and DeCastro during the test case proceedings, we evaluated that misconduct under <u>Arizona v. Fulminante</u>, 479 U.S. 279, 309-310 (1991), as mandated by the Court of Appeals, citing <u>Chapman v. California</u>, 386 U.S. 18 (1967), for the proposition that the presence of a structural defect in a criminal trial requires automatic reversal of the conviction and a new trial; we held that the misconduct of the Government attorneys did not create a structural defect that would invalidate the judgments in the test cases.[22] We reasoned that the Thompson and Cravens settlements did not alter the basic

---

[22]In Dixon III, we observed that the term "structural defect" normally refers to the violation of a fundamental constitutional right occurring during a criminal trial that affects the very framework within which the trial proceeds so that the trial cannot reliably serve its function as a vehicle for determination of guilt or innocence. Not all constitutional errors occurring during a trial result in a structural defect in the proceedings. In fact most constitutional errors, characterized as lesser "trial errors", are amenable to harmless-error analysis. A constitutional violation is harmless if it did not have a "'substantial and injurious effect or influence'" in determining the jury's verdict. <u>Rice v. Wood</u>, 77 F.3d 1138, 1144 (9th Cir. 1996) (quoting <u>Brecht v. Abrahamson</u>, 507 U.S. 619, 623 (1993)). In civil cases an error related to admission of evidence or attorney misconduct is considered harmless if there is no prejudicial effect and/or the error did not affect the judgment. See <u>Chalmers v. City of Los Angeles</u>, 762 F.2d 753, 761-762 (9th Cir. 1985); see also <u>Mateyko v. Felix</u>, 924 F.2d 824, 827-828 (9th Cir. 1991) (new trial is warranted only if misconduct affected the verdict).

framework within which the trial of the test cases was conducted
and that the outcome of the retrial of the test cases would be
the same if we were to order a new trial.

Next we considered the merits of the motions of intervention
filed by Kersting project nontest case petitioners whose cases
were bound by Dixon II.  We concluded that the Government
misconduct did not provide any other basis for invalidating the
Court's decisions in the remaining test cases or for setting
aside the piggyback agreements.

In Dixon III we found that the Kersting project nontest case
petitioners who signed piggyback agreements received what they
bargained for, an opinion and decisions on the merits in Dixon
II.  We reviewed the Court's Dixon II opinion and then considered
the relative importance of the testimony and evidence of the
Thompsons, the Cravenses, and the Alexanders to the Court's
holdings in Dixon II.  In Dixon II the Court had relied upon
substantial objective evidence in concluding that the test case
petitioners had no business purpose for entering into the
Kersting programs other than tax avoidance and that the
transactions lacked economic substance.

In Dixon III we held that the Government misconduct resulted
in harmless error in the trial of the test cases insofar as the
Court had concluded in Dixon II that:  (1) The Kersting
transactions were shams;  (2) the Kersting promissory notes did

- 60 -

not constitute genuine debt; and (3) interest on Kersting loans was not paid within the meaning of section 163(a).

Because the outcome in the trial of the test cases would not have changed had the <u>Cravens</u> and <u>Thompson</u> cases been removed from the test case array, we concluded that the taxpayers were not entitled to a new trial, concluding that the misconduct resulted in harmless error rather than reversible error. See <u>Arizona v. Fulminante</u>, <u>supra</u> at 307-308; <u>Drobny v. Commissioner</u>, 113 F.3d 670, 678 (7th Cir. 1997), affg. T.C. Memo. 1995-209.

In Dixon III we also held that the Government misconduct in the trial of the test cases did not amount to fraud, misrepresentation, or misconduct under rule 60(b)(3) of the Federal Rules of Civil Procedure or fraud on the Court that would require the Court either to order a new trial or to enter decisions eliminating all tax liability.

In Dixon III we found that the test case petitioners were afforded a fair trial despite the Government misconduct,[23] and therefore justice would not be served if we were to adopt the extraordinary remedy of renouncing the Court's deficiency

---

[23]Although we observed that respondent promptly reported McWade's and Sims's misconduct to the Court upon discovery and that respondent's overall conduct in the proceedings exhibited respondent's institutional good faith, Dixon IV, 79 T.C.M. (CCH) 1803, 1810, 2000 T.C.M. (RIA) par. 2000-116, at 2000-641; Dixon III, 77 T.C.M. (CCH) 1630, 1720, 1999 T.C.M. (RIA) par. 99,101, at 99-652, we had no occasion in the Dixon III and IV proceedings to examine or address the circumstances surrounding respondent's posttrial settlement offer.

- 61 -

determinations in Dixon II, thereby eliminating all tax liability
of the taxpayers. Our conclusion that the misconduct was not a
fraud on the Court appeared to us to be consistent with the
DuFresne panel's holding in Adair v. Commissioner, 26 F.3d 129
(9th Cir. 1994), that the decisions in the Cravens and Thompson
cases were final and that the Tax Court lacked jurisdiction to
vacate them. Under Ninth Circuit precedent, the Tax Court has
jurisdiction to set aside a final decision where a fraud has been
perpetrated on the Court. Toscano v. Commissioner, 441 F.2d at
934.

We also concluded that the piggyback agreements executed by
Kersting project nontest case petitioners should not be set aside
under the theory of fraudulent inducement or for breach of
contract.

Although we held in Dixon III that Kersting project test
case and nontest case petitioners were not entitled to a new
trial or the elimination of all their tax liabilities, we
recognized that the misconduct of McWade and Sims had harmed the
judicial process, and we found it appropriate to impose sanctions
against respondent under Rule 123(a). We held that Kersting
project petitioners who either had not had decisions entered in
their cases or whose decisions had not yet become final were not
liable for the interest component of the addition to tax for

- 62 -

negligence under section 6653(a)(2) or (1)(B) or interest computed at the increased rate prescribed in section 6621(c).

In Dixon IV we imposed additional sanctions pursuant to section 6673(a)(2)(B) by ordering respondent to pay the attorney's fees the Kersting project petitioners had incurred to investigate McWade's and Sims's misconduct and present the evidence of that misconduct to the Court. We also held that further sanctions against respondent were not warranted to reduce Kersting project petitioners' tax liabilities to match respondent's earlier 20-percent settlement offer. The remaining test case petitioners (except the Thompsons, the Cravenses, and Rina[24]) and the Kersting project nontest case petitioners who had participated in the evidentiary hearing mandated by DuFresne appealed Dixon III and IV to the Court of Appeals for the Ninth Circuit.

C.   Gridley v. Commissioner

The Gridleys and the Fleers, nontest case Kersting project petitioners who were bound by the outcome of the test cases through piggyback agreements, filed motions for summary judgment that they were entitled to entry of decisions providing for zero deficiencies, consistent with the decision entered in the Thompsons' case for 1979, docket No. 19321-83 (all versions of

---

[24]On June 13, 1995, shortly before the evidentiary hearing on remand from DuFresne, Rina agreed to entry of a stipulated decision in the amounts respondent originally determined in his deficiency notice.

- 63 -

the Thompson settlement applied the burnout to provide a zero
deficiency for 1979, the Thompsons' first taxable year), citing
Estate of Satin v. Commissioner, T.C. Memo. 1994-435, and Fisher
v. Commissioner, T.C. Memo. 1994-434.  We denied their motions in
Gridley v. Commissioner, T.C. Memo. 1997-210.  We distinguished
Estate of Satin and Fisher on the ground that the piggyback
agreements in those cases bound the taxpayers to the resolution
of the test cases "whether by litigation or settlement", whereas
the Gridleys' and Fleers' piggyback agreements did not mention
settlement of the test cases.  The Gridleys and Fleers appealed
to the Court of Appeals for the Ninth Circuit; by mandate dated
May 6, 2003, the Court of Appeals remanded for further
proceedings consistent with Dixon V.[25]

D.    Dixon V:  Court of Appeals Again Reverses and Remands

Consistent with the concluding statement in DuFresne v.
Commissioner, 26 F.3d at 107, that all subsequent appeals would
be scheduled before the DuFresne panel, the DuFresne panel, on

---

[25]By orders entered July 11, 2000, we had certified the
Gridley and Fleer cases, as well as the cases of nontest case
Kersting project who had participated in the evidentiary hearing,
for interlocutory appeal to the Court of Appeals for the Ninth
Circuit.  The Court of Appeals permitted those appeals.  However,
the Court of Appeals thereafter stayed appellate proceedings in
all the appealed nontest cases, while briefing, argument, and
review of the appeals in the test cases went forward.  After its
Dixon V opinion, the Court of Appeals, recognizing that the
Gridley and Fleer cases were related to the Dixon cases and the
other nontest cases, remanded the Gridley and Fleer cases and the
other nontest cases to this Court for further proceedings
consistent with Dixon V.

- 64 -

November 21, 2001, set the original briefing schedule for the
appeals of Dixon III and IV and received the opening and reply
briefs.  On July 29, 2002, the DuFresne panel issued an order
that "Upon reconsideration of the original panel that heard this
matter will not retain jurisdiction of any subsequent appeals.
Accordingly, the Clerk of the court is hereby directed to
schedule the current appeal in the normal course of events".  The
appeals were assigned to a new panel of the Court of Appeals for
the Ninth Circuit (the Dixon V panel), which heard oral
arguments.

On January 17, 2003, the Dixon V panel issued Dixon V
(amended March 18, 2003), vacating and remanding the Tax Court's
decisions in the remaining test cases.  Dixon v. Commissioner,
316 F.3d 1041 (9th Cir. 2003).  The Court of Appeals held we had
applied the wrong law in Dixon III[26] and held the misconduct of
McWade and Sims was a fraud on both the Kersting project
petitioners and the Tax Court, "a fraud, plainly designed to
corrupt the legitimacy of the truth-seeking process".  Id. at
1046.  "Fraud on the court occurs when the misconduct harms the
integrity of the judicial process, regardless of whether the
opposing party is prejudiced."  Id. (citing  Alexander v.
Robertson, 882 F.2d 421, 424 (9th Cir. 1989)).  The Court of

---

[26]Dixon V distinguished and held inapplicable the contrary
decision of the Court of Appeals for the Seventh Circuit in
Drobny v. Commissioner, 113 F.3d 670, 678 (7th Cir. 1997).

- 65 -

Appeals held that the fraud not only defiled the sanctity of the
Court and the confidence of all future litigants, but also
violated the rights of more than 1,300 Kersting project
petitioners who had agreed to be bound by the outcome of the test
cases.  Id. at 1047.

Rather than ordering a new trial or entering decisions
eliminating all tax liabilities of the Kersting project
petitioners, the Court of Appeals directed that terms equivalent
to those provided in the Thompson settlement agreement be
extended to "Appellants and all other taxpayers properly before
this Court".[27]  Id.  The Court of Appeals left to the Tax Court's
discretion "the fashioning of such judgments which, to the extent
possible and practicable, should put these taxpayers in the same
position as provided for in the Thompson settlement."  Id. n.11.

On January 17, 2003, the same day as its original Dixon V
opinion, the Court of Appeals filed its primary mandate,
reversing and remanding with directions.  On May 28, 2003, the
Court of Appeals, acting through the Dixon V panel, filed a
supplemental mandate sending the test case petitioners' appellate
fee requests to the Tax Court for a determination of entitlement

---

[27]In setting forth the factual background and procedural
history of the Kersting project, the Court of Appeals noted
without comment that several hundred taxpayers had settled their
cases.  Dixon V at 1043.

- 66 -

and, if warranted, amount.[28]  The supplemental mandate also stated

that the Dixon V panel "retains jurisdiction over all further

proceedings that may arise".

E.    Responses to Dixon V by the Office of Chief Counsel

On January 21, 2003, at the annual meeting of the New York

State Bar Association Tax Section, then IRS Chief Counsel B. John

Williams (Williams) spoke about the role of the professional

adviser in preserving the public's confidence in our tax system.

See B. John Williams, Jr., Chief Counsel, Internal Revenue

Service, Remarks at the Meeting of the New York State Bar

Association Tax Section (Jan. 21, 2003), in 2003 TNT 15-20,

excerpts from which are set forth in appendix A.  Williams said

that he expected attorneys in the Office of Chief Counsel to

adhere to the highest professional standards.  He discussed the

fraud committed on the Tax Court in the Kersting test case

proceedings and his endorsement of the opinion and mandate of the

Court of Appeals in Dixon V.  He announced that the Office of

Chief Counsel would "expeditiously implement the Ninth Circuit's

mandate to extend to all affected taxpayers the terms of the

settlement that were effected in the lead test case.  We will

also assure that no interest is charged on deficiencies for the

period of the appeals to the Ninth Circuit."  Id.

---

[28]See supra note 3.

Williams acknowledged that the goal of IRS attorneys cannot be to collect the most revenue for the Government or to win cases at all costs. Rather, the goal is to ensure that the tax system is administered fairly and impartially. He recognized that "confidence in the integrity and fairness of the tax system is vital to our democracy. The tax system touches more people in this country than any other part of the government or our laws. The loss of confidence in its integrity is the loss of confidence in the government itself." Id.

On February 3, 2003, Deborah Butler, IRS Associate Chief Counsel for Procedure and Administration, issued Chief Counsel Notice CC-2003-008 (excerpts set forth in appendix B), reminding all Chief Counsel attorneys, in the light of the opinion of the Court of Appeals in Dixon V, of their obligation to adhere to the highest ethical standards when performing their duties, including representing the IRS before the Tax Court. The notice reminded Chief Counsel attorneys that their role is to ensure the uniform application of the tax laws and the fair disposition of cases and that, as officers of the court, they have a special duty to avoid conduct that undermines the integrity of the adjudicative process. Chief Counsel attorneys must ensure that their actions (or failure to act) preserve the sanctity of the court and safeguard the public's confidence in the judicial process. Id.

The notice explained that Chief Counsel attorneys must conduct their activities in accordance with the letter and spirit of the Model Rules of Professional Conduct of the American Bar Association (ABA Model Rules). The notice specifically discussed ABA Model Rules 4.1 and 8.4. ABA Model Rule 4.1 provides in part that in the course of representing a client, a lawyer shall not knowingly make a false statement of material fact or law to a third person, or fail to disclose a material fact when disclosure is necessary to avoid assisting a criminal or fraudulent act by a client, unless disclosure is prohibited under ABA Model Rule 1.6 regarding client-lawyer confidentiality. It is also professional misconduct under ABA Model Rule 8.4 for a lawyer to engage in conduct involving dishonesty, fraud, deceit or misrepresentation or to engage in conduct that is prejudicial to the administration of justice.

The notice concluded: "All Chief Counsel attorneys are expected to carry out their responsibilities with the utmost integrity. Clearly, the conduct of the Chief Counsel attorneys in Dixon fell far short of those high standards." CC-2003-008.

## F. Determination on Remand of Terms of the Thompson Settlement by Dixon VI and VIII

Our Dixon VI opinion responded to the directions of the Dixon V opinion and primary mandate to determine how the Thompson settlement would be imposed against respondent in favor of the test case petitioners and all parties properly before the Court.

In Dixon VI, we held that: (1) The final Thompson settlement is

to be regarded as resulting in a 63.37-percent reduction of the

Thompsons' deficiencies, as well as elimination of all

Kersting-related penalties and additions; (2) the Thompson

settlement encompasses and requires the vacating of the portion

or portions of the deficiencies determined against any Kersting

project petitioners that may be attributable to the "Bauspar"

shelter that was also promoted by Kersting; (3) the Thompson

settlement's cancellation of the Thompsons' 1981 late-filing

addition justifies cancellation of not only all

non-Kersting-related penalties and additions but also all other

substantive adjustments not arising from shelters promoted by

Kersting; (4) interest on the reduced deficiencies shall not be

charged beyond the date in June 1992 fixed by respondent's

concession.[29]

---

[29]Respondent conceded that the accrual of interest on
Kersting project deficiencies ultimately determined by this Court
should be tolled as of June 1992, in accordance with the Jan. 21,
2003 public announcement of then IRS Chief Counsel B. John
Williams. In a speech on that date at the annual meeting of the
New York State Bar Association Tax Section, Williams assured the
public that no interest would be charged on Kersting project
deficiencies for the period of the appeals. As indicated by
Dixon VI n.30: "The original decisions in Dixon II were entered
Mar. 13, 1992; the [original] notices of appeal were filed May
14, 1992; the 90-day appeal period would have expired June 11,
1992." Stipulated decisions and decisions entered under Rule 155
following Dixon VI and VIII provide that "No interest shall
accrue [on deficiencies] during the period from May 14, 1992,
through the date that is 90 days after the decision in this case
is entered." Motions are pending before the Tax Court in 16
cases of Kersting project nontest case petitioners with
(continued...)

Respondent and the Kersting project petitioners had agreed in a stipulation of settled issues that the relief extended to all docketed cases in the Kersting project remaining open, whether or not the Kersting project petitioners had signed piggyback agreements.[30]

In Dixon VIII we denied the motion of the Hongsermeier test case petitioners for reconsideration of Dixon VI.  The Hongermeiers alleged that respondent engaged in attempts at a continued coverup of the fraud of respondent's attorneys, and they asked the Court to impose additional sanctions on respondent for respondent's alleged continued misconduct.[31]  The alleged

---

[29](...continued)
deficiencies, as of Sept. 13, 2007, in cases in which decisions giving effect to the Thompson settlement have not yet been entered, to stop further accrual of interest on their deficiencies after Sept. 13, 2007.

[30]Dixon VI, 91 T.C.M. (CCH) at 1107, 2006 T.C.M. (RIA) par. 2006-090, at 2006-671.

[31]Kersting project petitioners who settled their cases and have filed motions for leave to file motions to vacate (see Part VIII infra) make similar allegations.  They ask the Court to conduct an evidentiary hearing to determine whether, following the trial of the test cases, the conduct of respondent's management related to the posttrial settlement offer continued the fraud on the Court (or constituted a new fraud on the Court) and, if the Court so finds, to impose the Dixon V sanction on respondent for that conduct.  Another evidentiary hearing is unnecessary because of our holding herein that the fraud committed on the Court by respondent's counsel during the test case proceeding was a fraud on the Court in the case of every Kersting project petitioner who was bound by the test cases and that the Dixon V sanction is to be imposed against respondent in each such case.  We impose sanctions in all cases where decisions
(continued...)

misconduct of respondent's managers following the trial of the
test cases was directly in issue in the prior proceedings before
this Court in the DuFrense remand and before the Court of Appeals
in the Dixon V appeal.  We therefore held that the issue of any
continuing misconduct was covered by necessary implication by the
opinion of the Court of Appeals in Dixon V and by its most recent
primary mandate.  In Dixon VIII, we concluded that the law of the
case and the primary mandate of the Court of Appeals in Dixon V
precluded us from conducting any further inquiry into
respondent's misconduct and from imposing any additional sanction
on respondent with respect to cases of Kersting project
petitioners who were properly before the Court of Appeals.

The Hongsermeiers (represented by Minns) and Kersting
project petitioners in 12 other test and nontest cases
(represented by Izen and Sticht) have appealed to the Court of
Appeals for the Ninth Circuit our decisions giving effect to the
Thompson settlement sanctions as formulated in our Dixon VI and
VIII opinions.

In Dixon VII and Young v. Commissioner, T.C. Memo. 2006-189,
we responded to the Dixon V supplemental mandate with regard to
Kersting project petitioners' appellate attorney's fees and costs
incurred in Dixon V.  We have determined that both test case and

---

[31](...continued)
were entered on or after June 10, 1985, the date the Court agreed
to use the test case procedure in the Kersting project cases.

- 72 -

nontest case Kersting project petitioners represented by various
counsel are entitled to appellate attorney's fees and have
determined the amounts of those fees.

The Court now has under consideration various Kersting
project petitioners' applications for post Dixon V attorney's
fees and costs incurred in the Dixon V remand proceedings.

VIII.  Motions To Vacate

In 71 of the more than 500 Kersting-related nontest cases in
which stipulated decisions were entered both before and after
respondent's discovery and disclosure to the Court of McWade's
and Sims's misconduct, Kersting project petitioners have filed
motions for leave to file motions to vacate the decisions.
Petitioners and the other Kersting project petitioners filing or
attempting[32] to file such motions seek new decisions reflecting
the benefits of the Thompson settlement as mandated by the Court
of Appeals in Dixon V.  The Lewises, in their motions, ask us to
vacate their stipulated decisions so they can "participate in the
benefits to be generated by the subsequent proceedings mandated
by the Court of Appeals in Dixon V".  In Lewis v. Commissioner,
T.C. Memo. 2005-205, we denied the Lewises' motions for leave to
file motions to vacate stipulated decisions.

In Lewis, we focused on the legal consequences of the
Lewises' acceptance of respondent's posttrial settlement offer,

---

[32]The Court has returned unfiled numerous other such motions
because of procedural defects.

applying general principles of contract law. We found that the Lewises, who settled after respondent disclosed the secret settlements to the Court, abandoned any opportunity to benefit from the mandate of the Court of Appeals in Dixon V, issued 10 years after respondent's posttrial settlement offer. We found that knowledge of the Lewises and their counsel of the secret settlements and allegations of fraud on the Court made in the appeals of Dixon II filed in the Court of Appeals for the Ninth Circuit precluded a claim of fraud and that, by settling as they did, the Lewises assumed the risk that, as a result of the then-pending appeals, other Kersting project petitioners might become entitled to a more favorable outcome.

The Lewises timely filed motions for reconsideration. We now believe that we applied the wrong law in Lewis, as the Court of Appeals in Dixon V held we did in Dixon III and IV, and that we failed to appreciate and apply the full scope of the holding of Dixon V in accordance with its rationale. We have therefore granted the Lewises' motions for reconsideration, granted the motions for leave in the Lewis, Hartman, and Liu cases, and consolidated them for the purpose of this opinion, in which we hold that the underlying motions to vacate should be granted.

- 74 -

## Discussion

### I.   Preliminary Comments

Respondent, Kersting project petitioners, the opinion-reading public, and the Court of Appeals for the Ninth Circuit might well consider this opinion a surprising about-face from our opinion in Lewis v. Commissioner, supra.  We therefore indicate some of the considerations that have led to our change of position.

Hartman's and the Lius' motions for leave to vacate and the Lewises' motions for reconsideration led us to reread the Dixon V opinion.  Our rereading prompted us to compare the different situations of the 400-500 settling Kersting project petitioners, who at various times were induced to agree to entry of stipulated decisions, with the situations of the more than 1,300 nonsettling petitioners who have delayed entry of decisions in their cases through the appeal process in the Court of Appeals for the Ninth Circuit.[33]

---

[33]These more than 1,300 Kersting project petitioners have sorted into three groups:  (1) Those who, after issuance of our opinions in Dixon VI and VIII responding to the mandate of Dixon V to determine and apply the Thompson settlement to the Kersting project cases, have agreed to entry of stipulated decisions in accordance with our opinions in Dixon VI and VIII and waived their appeal rights; (2) those who have had decisions entered in accordance with the terms of the Thompson settlement as determined by our opinions in Dixon VI and VIII, and have filed appeals to the Court of Appeals for the Ninth Circuit; and (3) those who continue to await the final outcome of those test cases that have been appealed to the Court of Appeals for the Ninth Circuit.  We assume that all Kersting project test cases and
(continued...)

The observation of the Court of Appeals in Dixon V that the misconduct of respondent's attorneys violated the rights of all petitioner participants in the Kersting project to a fair trial of the test cases brought home to us more keenly than we had previously appreciated that our <u>Lewis</u> opinion would result in disparate treatment of those who have agreed to entry of stipulated decisions at various times along the way, as compared with those who have awaited the final outcome.  We had a visceral reaction that our <u>Lewis</u> opinion violated some sense of distributive justice,[34] whether derived from notions of equality[35] or of fairness,[36] and that the Dixon V opinion and mandate required a contrary result.  Recognizing the incompatibility of the various formulations of distributive justice by political philosophers over the years,[37] we mention those formulations as no

---

[33](...continued)
nontest cases on appeal to the Court of Appeals for the Ninth Circuit will be reviewed by the panel that issued the opinion in Dixon V.  See <u>supra</u> note 5 and accompanying text.

[34]See Aristotle, "Nichomachean Ethics", bk. V, chs. 2 and 3, Introduction to Aristotle (Richard McKeon, ed., Modern Library 1947).  Aristotle's original formulation of distributive justice in terms of the relative merits or virtuousness of the individuals among whom goods are to be apportioned might be deemed to be more in line with our opinion in <u>Lewis</u>, than the more recent formulations mentioned <u>infra</u> notes 35 and 36.

[35]See Hobbes, Leviathan (1651), ch. xv, at 208 (Pelican Classics 1968).

[36]See Rawls, A Theory of Justice (rev. ed. 1999).

[37]See MacIntyre, After Virtue, 246-257 (2d ed. 1984).

more than intimations that we should reconsider our <u>Lewis</u>
position in the light of our rereading of the Dixon V opinion.
Those intimations have led us to reflect on the various
situations of those Kersting project petitioners who were part of
the test case proceedings and who agreed to entry of stipulated
decisions at different times along the way after the test case
proceedings began.[38]

First, there are Kersting project petitioners who settled
with respondent before the misconduct had begun or who, like
Hartman, settled after the misconduct had begun but before the
Court issued Dixon II and before respondent's management
discovered the misconduct and disclosed it to the Court.  Such
petitioners, irrespective of whether they had concluded that
their position on the merits was well-nigh hopeless or had some
chance of success, were entitled to assume that the test cases
whose outcome would determine the tax effects of the Kersting
programs would be well and fairly tried.  That assumption was
defeated by McWade's and Sims's intervening misconduct.

Second, there is a small group of Kersting project
petitioners who agreed to entry of stipulated decisions during
what respondent calls the "gap period", after the Court issued

---

[38]Any Kersting project taxpayers who settled with respondent
before the Court agreed to use the test case procedure in
resolving the bulk of the Kersting project cases were not part of
the test case proceedings.  Those taxpayers were not affected by
the fraud on the Court, and sanctions are not warranted in their
cases.

- 77 -

Dixon II and before respondent's management discovered the
misconduct and disclosed it to the Court.  Respondent has
conceded that Kersting project petitioners in this category are
entitled to have their stipulated decisions vacated so they can
avail themselves of the benefits of the Thompson settlement.[39]

Third, there were Kersting project petitioners, such as the
Lius and the Lewises, who accepted the reinstated project
settlement offer after respondent had disclosed the misconduct to
the Court, and who, actually or through counsel, had or may have
become aware of the Cravens and Thompson settlements and of the
pending appeals.  However, they may well have been discouraged by
the Court's denial of respondent's motion for an evidentiary
hearing and his conclusion that the misconduct had not affected
the outcome of the test cases.  They may have been disheartened

---

[39]Respondent has made this concession on the record in Kahle
v. Commissioner, docket Nos. 24558-84 and 38976-84, cases in
which stipulated decisions conceding respondent's adjustments in
full were entered in the "gap period" with respect to which
petitioner has filed motions for leave to file motions to vacate.
On Oct. 2, 1991, Terrence Kahle (Kahle), proceeding pro se,
contacted McWade conceding the Kersting issues and requesting
that McWade send decision documents.  McWade sent decision
documents to Kahle on Oct. 9, 1991, and Kahle signed them on Dec.
20, 1991, 9 days after the Court published Dixon II.  The
decisions in Kahle's cases were entered on Jan. 6, 1992, and
became final before respondent discovered the misconduct of
McWade and Sims and disclosed it to the Court.  On Feb. 24, 1994,
respondent administratively abated Kahle's deficiencies and
additions and attempted to give him the benefit of the 7-percent
reduction of the posttrial settlement offer.  Respondent has
conceded that the stipulated decisions entered in Kahle's cases
and any other stipulated decisions entered during the gap period
should be vacated and new decisions entered in accordance with
Dixon VI.

by the Court's apparent failure to appreciate or consider that McWade's and Sims's conduct was unethical and fraudulent and puzzled by respondent's failure to appeal the <u>Thompson</u> and <u>Cravens</u> decisions.  Again, they were probably further discouraged by our denials of the timely motions to intervene filed in the <u>Thompson</u> and <u>Cravens</u> cases by Attorneys Sticht and Izen on behalf of their nontest case petitioner clients.

   These developments were soon followed by respondent's reinstatement of the lowball nuisance value project settlement offer, an offer that intentionally did not disclose that it was much less favorable to Kersting project petitioners than the final secret Thompson settlement and failed to disclose and acknowledge to the public that the settlement and its having been kept secret were improper, much less admit the dimensions and seriousness of the intervening misconduct.  Although the offer stated that the Court had decided that the settlements did not change the results in Dixon II, it failed to acknowledge that Dixon II was being appealed.  The offer also failed to acknowledge that allowing the Thompsons a settlement that provided them more favorable treatment than other taxpayers and compensating the Thompsons for their attorney's fees violated IRS policy and the Department of the Treasury Minimum Standards of Conduct.  While the offer claimed it was being made in fairness to Kersting project petitioners, acceptance of the offer continued and confirmed the disparate treatment of the accepting

petitioners in comparison to both the Thompsons and the Chicoine
and Hallett and DeCastro clients who had obtained 20-percent
reduction settlements.

The reinstated offer was merely an attempt at damage
control; it did not purge the fraud that besmirched every case
that was part of the Kersting project test case proceedings; it
did not mitigate the harm caused by that fraud.  The offer left
the Lius, the Lewises, and more than 400 other Kersting project
petitioners with the overwhelming impression that, realistically
speaking, respondent's lowball nuisance value reinstated project
settlement offer was the only game in town, and that it was
generous because in all likelihood the adverse decisions against
the test case petitioners would be sustained on appeal.[40]

This impression was confirmed by the opinion of the Court of
Appeals on the first appeal in DuFresne v. Commissioner, 26 F.3d
105 (9th Cir. 1994), which seemed to ignore the fraud on the
court arguments made to it by Attorney Izen--even as it remanded
for an evidentiary hearing to determine the extent of the

---

[40]Our pejorative characterization of respondent's
reinstatement of the project settlement offer following the
misconduct of respondent's attorneys in the Kersting test cases
should not be seen as the Court's view of the Commissioner's use
of such an offer to settle cases in other tax shelter projects
where, in the Commissioner's view, the shelter lacks merit.  It
is not the province of the courts to second-guess the
Commissioner's exercise of professional judgment in doing his
job.  See United States v. Payner, 447 U.S. 727, 737 (1980)
(Burger, C.J., concurring) (Supreme Court has no general
supervisory authority over executive branch operations).

- 80 -

misconduct--by couching the analysis in terms of structural defect versus harmless error. The same panel, in its unpublished opinion in <u>Adair v. Commissioner</u>, 26 F.3d 129 (9th Cir. 1994), affirming our denial of Sticht's and Izen's motions for intervention in the <u>Thompson</u> and <u>Cravens</u> cases, appeared to ignore the possibility of fraud on the court when it held that the <u>Thompson</u> and <u>Cravens</u> decisions had become final; this would not have been so had the panel recognized that the misconduct might have been a fraud on the court. See <u>Toscano v. Commissioner</u>, 441 F.2d at 934. In the same vein, our opinions in Dixon III and IV responded to the mandate of <u>DuFresne</u> by applying traditional harmless error analysis to hold that the misconduct of respondent's attorneys did not entitle the test case petitioners (and, by extension, all Kersting project petitioners) to any substantial relief other than remission of additions and awards of attorney's fees. Dixon V held that our focus on harmless error analysis was wrong at every turn.

The foregoing observations have also led us to consider the career of Justice Holmes's famous dictum: "Men must turn square corners when they deal with the Government." <u>Rock Island, Ark. & La. R.R. Co. v. United States</u>, 254 U.S. 141, 143 (1920). The phrase originated in a tax refund case holding that taxpayers must comply with even formal statutory conditions to the Government's consent to be sued; its subsequent invocations have led to judicial recognition of the correlative proposition that

- 81 -

Government officials have some minimum substantive obligations to the citizens they have been hired to serve.  Even as the Supreme Court continued strictly to limit claims of estoppel against the Government, it recognized that citizens have an interest in "some minimum standard of decency, honor, and reliability in their dealings with their Government", see Heckler v. Comty. Health Servs., Inc., 467 U.S. 51, 61 (1984); that "when the Government acts in misleading ways, it may not enforce the law if to do so would harm a private party as a result of governmental deception", id. n.12 (citing United States v. Pa. Indus. Chem. Corp., 411 U.S. 655, 670-675 (1973), and Moser v. United States, 341 U.S. 41 (1951)); and that "'Men naturally trust in their government, and ought to do so, and they ought not to suffer for it'", id. n.13 (quoting Menges v. Dentler, 33 Pa. 495, 500 (1859)).  These usages were preceded by observations in dissent that "there is no reason why the square corners should constitute a one-way street", FCIC v. Merrill, 332 U.S. 380, 387-388 (1947) (Jackson, J., dissenting), and "It is no less good morals and good law that the Government should turn square corners in dealing with the people than that the people should turn square corners in dealing with their Government", St. Regis Paper Co. v. United States, 368 U.S. 208, 229 (1961) (Black, J., dissenting), that have more recently been quoted in support of deciding a claim against the Government, see United States v. Winstar Corp., 518 U.S. 839, 886 n.31 (1996);  see also Commissioner v. Lester,

- 82 -

366 U.S. 299, 306 (1961) (Douglas, J., concurring) ("The revenue laws have become so complicated and intricate that * * * the Government in moving against the citizen should also turn square corners.").

To quote from former Chief Counsel Williams's address to the annual meeting of the New York State Bar Association Tax Section in January 2003 (appendix A):

> The public's confidence in our tax system rests, in significant part, on their perception of fairness in the administration of the tax laws. This begins with government first. * * * Fraud on any court is, in my view, not only pernicious to the fair resolution of the particular case, but also threatening to fundamental democratic principles. As an institution, the Office of Chief Counsel must adhere to the highest standards of conduct not simply conform to minimum professional obligations.

As the Court of Appeals for the Ninth Circuit said in Brandt v. Hickel, 427 F.2d 53, 57 (9th Cir. 1970) (also quoted in Heckler v. Comty. Health Servs., Inc., supra at 61 n.13), "To say to these appellants, 'The joke is on you. You shouldn't have trusted us,' is hardly worthy of our great Government." To tell Kersting project petitioners they should not have trusted respondent to try the test cases honestly and fairly and the Tax Court to formulate an appropriate sanction when respondent failed to do so would be equally unworthy.

In Dixon V, the Court of Appeals held that the fraud on the Court committed by McWade and Sims during the Kersting test case proceedings violated the rights of all Kersting project

petitioners "who agreed to be bound by the outcome of the Tax
Court proceeding". Despite the foregoing catalog of missed
opportunities, it is not too late to rectify our errors. "Wisdom
too often never comes, and so one ought not to reject it merely
because it comes late." Henslee v. Union Planters Natl. Bank &
Trust Co., 335 U.S. 595, 600 (1949) (Frankfurter, J.,
dissenting). Having responded in Dixon VI and VIII to the
primary mandate of the Court of Appeals in Dixon V by fixing the
terms of the Thompson settlement that define the sanctions and
relief to which nonsettling Kersting project petitioners in more
than 1,300 dockets have become entitled, we hold that Kersting
project petitioners in the cases at hand and in more than 400
other dockets who agreed to entry of stipulated decisions are
entitled to the same sanctions and relief.

II.  Analysis

        We begin by reviewing the extent of the fraud committed on
the Court, the harm done thereby, and the sanction mandated by
the Court of Appeals in Dixon V to rectify the harm. Second, we
reconsider Lewis v. Commissioner, T.C. Memo. 2005-205, by
applying to the cases at hand the findings, rationale, and
holding of the Court of Appeals in Dixon V. Third, we explain
why respondent's posttrial disclosure of McWade's and Sims's
misconduct did not purge the fraud from the test case
proceedings. Fourth, we identify respondent's obligations to the
Kersting project petitioners bound by the test cases and explain

- 84 -

why respondent's posttrial settlement offer did not satisfy those obligations.  Fifth, we explain why respondent's posttrial settlement offer (1) did not rectify the harm caused by the fraud committed on the Court and (2) does not otherwise preclude this Court from imposing sanctions for that fraud in cases of Kersting project petitioners who accepted the offer.  Finally, we formulate and prescribe a plan for expeditious implementation of the sanctions and relief in all closed cases where stipulated decisions were entered before we issued our Dixon VI and VIII opinions.

A.    The Fraud on the Court Committed by Respondent's Attorneys, the Harm Done Thereby, and the Sanction Mandated by the Court of Appeals

In Dixon V at 1045, the Court of Appeals for the Ninth Circuit held that the misconduct of McWade and Sims during the test case proceedings, including its persistence and concealment, was a fraud on the Tax Court.  "Fraud on the court occurs when the misconduct harms the integrity of the judicial process, regardless of whether the opposing party is prejudiced."  Id. at 1046 (citing Alexander v. Robertson, 882 F.2d at 424).

McWade and Sims perpetrated a fraud on the Court that harmed the integrity of the judicial process.  That judicial process was the test case procedure that the parties, with the Tax Court's participation and encouragement, invoked in their efforts to resolve the more than 1,800 cases arising from respondent's

disallowance of deductions claimed by participants in the
Kersting programs.

When the Court, taxpayers, and the IRS agree to employ the
test case procedure, the taxpayers whose cases are bound (whether
by piggyback agreement or the Court's order to show cause
procedure) by the outcome of the test cases expect (and have a
right to do so) that the test cases will be well and fairly
tried.   The fraud on the Court committed by McWade and Sims in
the Kersting project test cases violated the rights of all
Kersting project petitioners who were bound by the outcome of the
test case proceedings and betrayed the confidence of all future
litigants in the test case procedure.  Id. at 1047.  The test
case procedure is a valuable judicial procedure, and, as the
Court of Appeals recognized, the continued viability of that
procedure requires the confidence of all future litigants.

The fraud on the Court committed by respondent's attorneys
in the Kersting project test cases violated the rights of not
only the test case petitioners but every petitioner whose case
was bound by the outcome of the test cases.  The fraud committed
by McWade and Sims was a fraud on the Court in every one of those
cases.

The appropriate sanction against respondent for the fraud
committed on the Court by McWade and Sims should remedy the harm
done to the judicial process, restore public confidence in the
test case proceedings, rectify the violation of the rights of the

Kersting project petitioners whose cases were bound by the outcome of the test cases, and deter future violations by the offending party.  After expressing indignation at the odiousness of the Government attorneys' misconduct and the Tax Court's repeated failures to "get it right", the Court of Appeals formulated and mandated an intermediate sanction that provides both an appropriate remedy for the violation of the rights of Kersting project petitioners and an effective deterrent to further misconduct by Government attorneys.  Holding the limited sanctions we initially imposed in Dixon III and IV to be grossly inadequate, but recognizing that the power to sanction is to be "'exercised with restraint and discretion'", Dixon V at 1047 (quoting Roadway Express, Inc. v. Piper, 447 U.S. 752, 764 (1980)), the Court of Appeals held that it would be inappropriate to force the taxpayers to endure a remand for a trial on the merits,[41] but also declined to enter judgment eradicating all tax liability of the Kersting project petitioners--"Such an extreme sanction, while within the court's power, is not warranted under these facts."  Id. at 1047 (citing Chambers v. NASCO, Inc., 501 U.S. 32, 45 (1991)).

The Court of Appeals recognized that the fraud on the court committed by respondent's attorneys in the Kersting project test cases was a fraud on the court in every case bound by the outcome

---

[41]Which the taxpayers would inevitably have lost.

of the test cases and sanctioned respondent in each of those
cases before the Court of Appeals. The Court of Appeals held
that the appropriate remedy to be applied to all Kersting project
petitioners who were bound by the test cases (test case and
nontest case petitioners alike) properly before it was to enter
decisions that put them, as nearly as possible, in the same
position as provided for in the Thompson settlement. Id. at 1047
n.11. Putting every Kersting project petitioner (test case and
nontest case petitioners alike) whose cases were part of the test
case proceedings in the same position as provided for in the
Thompson settlement is the appropriate remedy for the violation
of their rights and the sanction that should have the necessary
deterrent effect.

We have granted petitioners leave to file and petitioners
have filed motions to vacate the stipulated decisions entered in
their cases. In effect, they have asked the Court to impose on
respondent in their cases the sanction mandated by the Court of
Appeals in Dixon V. Motions in this Court to vacate or revise a
decision are covered by Rule 162, which provides: "Any motion to
vacate or revise a decision, with or without a new or further
trial, shall be filed within 30 days after the decision has been
entered, unless the Court shall otherwise permit." Rule 162
provides no guidance as to when this Court will grant leave to
file a motion to vacate more than 30 days after a decision is

- 88 -

entered or, more importantly, when this Court will grant a motion to vacate.

A stipulated decision falls within the purview of Rule 91(a), which requires parties to stipulate "all matters not privileged which are relevant to the pending case, regardless of whether such matters involve fact or opinion or the application of law to fact." The stipulation process has broad scope and is not confined to the stipulation of facts or evidence. Willamette Indus., Inc. v. Commissioner, T.C. Memo. 1995-150 (citing Explanatory Note to Rule 91(a), 60 T.C. 1118). "The Court will not permit a party to a stipulation to qualify, change, or contradict a stipulation in whole or in part, except that it may do so where justice requires." Rule 91(e) (emphasis added). Where Rule 91(e) applies, the Tax Court must proceed in accordance with the provisions of that Rule. Farrell v. Commissioner, 136 F.3d 889, 893-897 (2d Cir. 1998), revg. and vacating Spears v. Commissioner, T.C. Memo. 1996-341. The Court is reluctant to set aside a stipulated decision in absence of fraud, mutual mistake of fact, or other like cause. MacElvain v. Commissioner, T.C. Memo. 1987-366 (citing Saigh v. Commissioner, 26 T.C. 171, 176 (1956), and Estate of Jones v. Commissioner, T.C. Memo. 1984-53, affd. 795 F.2d 566 (6th Cir. 1986)).

When a taxpayer files a motion to vacate a decision after it has become final, our authority to vacate the decision, though limited, may be exercised in situations where the taxpayers

establish the existence of a fraud on the Court. <u>Cinema '84 v.</u>
<u>Commissioner</u>, 122 T.C. 264, 270 (2004). Fraud on the Court is a
fraud that harms the integrity of the judicial process.
<u>Standard Oil Co. of Cal. v. United States</u>, 429 U.S. 17 (1976);
<u>Hazel-Atlas Glass Co. v. Hartford-Empire Co.</u>, 322 U.S. 238, 245
(1944). Fraud on the court includes any unconscionable plan or
scheme that is designed to improperly influence the court in its
decision. <u>Abatti v. Commissioner</u>, 859 F.2d 115, 118-119 (9th
Cir. 1988), affg. 86 T.C. 1319 (1986). The limited definition of
fraud on the Court reflects the policy of putting an end to
litigation and serves the important legal and social interest in
preserving the finality of judgments. <u>Toscano v. Commissioner</u>,
441 F.2d at 934.

Recognizing that the fraud on the Court committed by
respondent's trial attorneys (1) was a fraud on the Court in
every Kersting project case that was bound by the test case cases
and (2) violated the rights of all Kersting project petitioners
in those cases, we are convinced that justice will best be served
by vacating the stipulated decisions and imposing on respondent
the sanction mandated by the Court of Appeals in Dixon V.

Respondent's position in these cases is that Kersting
project petitioners are not entitled to the benefit of the final
Thompson settlement unless they can directly connect conduct
amounting to fraud on the Court to the decisions entered in their
cases. Respondent does not object to vacating the decisions in

nontest cases that were entered after December 11, 1991, the date
the Court filed its Dixon II opinion, and before June 9, 1992,
the date respondent disclosed the misconduct of McWade and Sims
to the Court in the motions to vacate the decisions in the
Thompson, Cravens, and Rina test cases.  Respondent concedes that
decisions in Kersting project cases that were entered during that
"gap period" (see supra note 39 and accompanying text) were
obtained by fraud on the Court and that decisions in those cases
should be vacated.  Respondent agrees that taxpayers who agreed
to stipulated decisions "in possible reliance on Dixon II and in
apparent ignorance of the misconduct in the test cases" are
entitled to have their decisions vacated because of the fraud on
the Court.

Respondent objects to vacating stipulated decisions in these
and other Kersting project cases that were entered before the
publication of Dixon II (such as the Hartman cases) or after the
discovery and disclosure to the Court of the misconduct of
respondent's attorneys (such as the Lewis and the Liu cases).
Respondent objects to vacating decisions entered in these and
other similar cases on the ground that the misconduct of McWade
and Sims had no influence on those petitioners' decisions to
settle their cases.

Respondent contends that before Dixon II was issued no one
knew with absolute certainty how the Court would rule on the
merits of the Kersting programs and that implicit in prior

decisions to settle was petitioners' belief that "they would lose under a fairly tried case". In our view, petitioners, irrespective of whether they had concluded that their position on the merits was well-nigh hopeless or had some chance of success, were entitled to assume that the test cases whose outcome would determine the tax effects of the Kersting programs would be well and fairly tried. That assumption was defeated by McWade's and Sims's intervening misconduct.

Respondent contends that Kersting project petitioners such as Hartman decided to settle independently of, and without any possible attribution to, the misconduct that constituted a fraud on the Court. Respondent's attempt to impose the conditions that there be a direct causal link between the fraud committed on the Court and petitioners' decisions to settle their cases, that petitioners must not have known of the secret settlements, and that petitioners need to have relied on the Court's Dixon II opinion cannot be sustained. Imposing those conditions would require petitioners and every other Kersting project petitioner bound by Dixon II to show prejudice. The Court of Appeals made it clear in Dixon V that entitlement to relief from a fraud on the court does not require a showing of prejudice.

With respect to Kersting project petitioners such as the Lewises and the Lius, respondent contends that the holding of the Court of Appeals in Dixon V that McWade and Sims had perpetrated a fraud on the Court "was directed at the improper settlement

- 92 -

arrangement with the Thompsons as it related to the 1989 test
case trial. It had nothing to do with settlements of cases
subsequent to the discovery and public disclosure by respondent
of that improper conduct."

Respondent's contention ignores the holding of the Court of
Appeals that McWade's and Sims's misconduct violated the rights
of all Kersting project petitioners who were bound by the outcome
of the Tax Court proceeding and the need to impose a sanction
providing a remedy for those violations. Moreover, there clearly
is a causal link between the fraud committed on the Court and the
posttrial settlement offer. But for the misconduct of McWade and
Sims, respondent would not have made the offer or adjusted
administratively the accounts of Kersting project petitioners
whose cases were closed. There is thus a causal link between the
fraud committed on the Court and respondent's decision to make
the posttrial settlement offer.

The sanction fashioned by the Court of Appeals provides both
an appropriate remedy for the violation of Kesting project
petitioners' rights and a deterrent to further misconduct by
Government attorneys. To give full effect to that deterrent in
the context of respondent's overreaching in trying to take
advantage of the initial failure of this Court to provide an
appropriate remedy, the Dixon V sanction should be applied to
give the same relief to all Kersting project petitioners whose
cases were part of the Kersting project test case proceedings who

- 93 -

settled their cases, for whatever reasons at any time during the
test case proceedings, without an individualized inquiry in each
such case into petitioner's actual knowledge and motivations. As
the Court of Appeals said:

> Here, it plainly would be unjust to remand for a
> new, third trial. The IRS had an opportunity to
> present its case fairly and properly. Instead its
> lawyers intentionally defrauded the Tax Court. The Tax
> Court had two opportunities to equitably resolve this
> situation and failed. Enormous amounts of time and
> judicial resources have been wasted. * * * The
> taxpayers should not be forced to endure another trial
> and the IRS should be sanctioned for this extreme
> misconduct. [Dixon V at 1047.]

In matters involving questions of practice and procedure for
which there is no applicable rule, Rule 1(b)[42] permits the Judge
of this Court before whom the matter is pending to prescribe an
appropriate procedure. See Ash v. Commissioner, 96 T.C. 459,
469-470 (1991). Under appropriate circumstances, we may impose
sanctions that are designed to mitigate the effects of a party's
misconduct. See Rules 104(c), 123; Betz v. Commissioner, 90 T.C.
816, 823-824 (1988) (as a sanction for the Commissioner's failure
to timely file an answer, the Court deemed established that the
Commissioner erred in determining that additional interest was
due under section 6621(c)); Vermouth v. Commissioner, 88 T.C.
1488, 1499 (1987) (Commissioner not permitted to introduce
evidence of fraud because of failure to timely file an answer);

---

[42]Rule 1 was amended effective Sept. 20, 2005. The
identical provision was in Rule 1(a) before the amendment.

Straight v. Commissioner, T.C. Memo. 1997-569 (although the
taxpayer was not prejudiced in presenting the merits of his case
by the misconduct of the Commissioner's revenue agent, the Court
imposed a monetary sanction on the Commissioner in favor of the
taxpayer).

Extending to all Kersting project petitioners who were part
of the Kersting project test case procedure the benefit of the
Thompson settlement without the need for further trial or
evidentiary hearing is the sanction that the Court of Appeals
deemed appropriate and necessary to restore the confidence of
future litigants who may become involved in test case
proceedings.  The legitimacy of the test case procedure itself is
at stake, and the need to protect the integrity of the judicial
process justifies the imposition of sanctions against respondent
by vacating the stipulated decisions in all cases that were part
of the Kersting tax shelter project after the test case procedure
was employed.

B.    Lewis v. Commissioner Reconsidered and Superseded

Reconsideration under Rule 161 is intended to correct
substantial errors of fact or law and allow the introduction of
newly discovered evidence that the moving party could not have
introduced, by the exercise of due diligence, in the prior
proceeding.  Estate of Quick v. Commissioner, 110 T.C. 440, 441
(1998).  This Court has discretion whether to grant a motion for
reconsideration and will not do so unless the moving party shows

unusual circumstances or substantial error.  Zapara v. Commissioner, 126 T.C. 215, 218-219 (2006); Estate of Quick v. Commissioner, supra at 441.  "Reconsideration is not the appropriate forum for rehashing previously rejected legal arguments or tendering new legal theories to reach the end result desired by the moving party."  Estate of Quick v. Commissioner, supra at 441-442.

In opposing petitioners' motions to vacate the decisions in these cases, respondent relies heavily on the reasoning of our previously filed Memorandum Opinion, Lewis v. Commissioner, T.C. Memo. 2005-205, denying the Lewises leave to file motions to vacate the decisions in their cases.

In Lewis v. Commissioner, supra, we stated that the directive of the Court of Appeals that terms equivalent to those of the Thompson settlement be extended to "appellants and all other taxpayers properly before this Court" by its terms excludes those who knowingly settled their cases after the predicate facts of the fraud on the Court had been disclosed.  In Lewis we commented that the Court of Appeals would have explicitly said so if it had intended to extend the Thompson settlement to closed cases.  In Dixon VI, we accepted and adopted the stipulation of the parties that the phrase "before the Court" includes all open cases.  Upon reconsideration, we believe that omission by the Court of Appeals of any reference to closed cases merely reflects that the Court of Appeals technically had jurisdiction only over

test and nontest cases in which appeals had been filed and that in the ordinary course of proceedings it was only other nontest cases in which stipulated decisions had not yet been entered that would be bound by the final outcome of the test cases. Because the cases in which stipulated decisions had been filed were closed, they would not be before the Court of Appeals in any sense until the Tax Court acted upon any motions for leave that later might be filed.

In <u>Lewis</u> (citing <u>Abatti v. Commissioner</u>, 859 F.2d at 117), we held that the Lewises were not entitled to the benefits of the Thompson settlement because they did not appeal their cases. In <u>Abatti</u> the Court of Appeals held that taxpayers in a tax shelter group who had signed piggyback agreements and failed to appeal adverse decisions in the test cases were not entitled to the relief gained by other piggybackers who did appeal the adverse decisions. The Court of Appeals observed that "There is 'no general equitable doctrine * * * which countenances an exception to the finality of a party's failure to appeal merely because his rights are "closely interwoven" with those of another party.'" <u>Id.</u> at 120 (quoting <u>Federated Dept. Stores, Inc. v. Moitie</u>, 452 U.S. 394, 400 (1981)).

In <u>Abatti</u>, the Court of Appeals specifically held that the situation in that case was not "sufficiently analogous to 'fraud on the court' to warrant an exception to the rule that the Tax Court lacks jurisdiction to vacate a final decision." <u>Id.</u> at

119.  In the cases at hand, the Court of Appeals has held that
there was fraud on the Tax Court in the Kersting test case
proceedings.  Abatti is therefore not on point.

In Lewis, we analyzed the Lewises' settlement under general
principles of contract law.  We held that the Lewises were bound
by their settlement and precluded from claiming fraud because,
when they accepted the posttrial settlement offer, they and their
counsel, Jones and O'Donnell, had actual or constructive
knowledge (1) of the predicate facts of the misconduct of
respondent's attorneys, including the terms of the Thompson
settlement, and (2) that the test cases were being appealed,
inter alia, on the ground that respondent's misconduct had
created a fraud on the Court.

In Lewis, we failed to consider that this Court knew that
there had been secret settlements in the Cravens and Thompson
cases when it vacated the decisions that had been entered in
those cases in accordance with Dixon II and yet failed to
recognize that a sanctionable fraud had been committed on the
Court.  The full extent of McWade's and Sims's misconduct was not
known until the hearing on remand pursuant to DuFresne.  The
DuFresne panel knew the overall terms of the secret Thompson
settlement.  Yet that same panel, in Adair v. Commissioner, 26
F.3d 129 (9th Cir. 1994), held that the decision entered in the
Thompson cases had become final, which would not have been so had
the panel recognized that the misconduct might have been a fraud

on the court.  If knowledge of the existence and terms of the
secret Thompson settlement did not alert this Court or the
DuFresne panel that the misconduct was a fraud on the Court, we
cannot now say that the same knowledge of petitioners and their
counsel now bars this Court from imposing sanctions on respondent
for the fraud committed on the Court in the cases at hand.

Moreover, our holding in Lewis in effect required the
Lewises to show prejudice and allowed respondent to dispute the
effectiveness of the fraud after the fact.  On reflection and
reconsideration, we now hold that our holding in Lewis is
contrary to the holding in Dixon V that the taxpayers who were
part of the test case proceedings need not show prejudice to
justify relief and that respondent, the perpetrator of the fraud,
should not be allowed to dispute the effectiveness of the fraud
after the fact.  Dixon V at 1043, 1046.

In Lewis we incorrectly focused on the legal consequences of
the Lewises' acceptance of respondent's posttrial settlement
offer and applied general principles of contract law.  The proper
focus is on whether respondent could through the posttrial
disclosure and settlement offer purge from these cases the fraud
committed on the Court and whether those actions otherwise
rectified the harm caused by the fraud on the Court, eliminating
the need for the Court to apply the sanction mandated by the
Court of Appeals in cases in which stipulated decisions were
entered.

- 99 -

In <u>Lewis</u>, we failed to consider fully the implications of the holding of the Court of Appeals that McWade's and Sims's misconduct violated the rights of all Kersting project petitioners who were bound by the outcome of the Tax Court proceeding and the need to remedy those violations.  Respondent's lowball nuisance value reinstated project settlement offer was an attempt to control the fallout or damage to respondent and did not rectify the violation of the rights of the Kersting project petitioners who were bound by the results of the test cases.

Upon reconsideration, we believe that we misapplied the law of the case as it was expounded and applied by the Court of Appeals in Dixon V, leading us to the wrong result.

C.   <u>Subsequent Voluntary Disclosure of the Fraud on the Court Does Not Purge the Fraud</u>

Although respondent reported the secret settlements to the Court and counsel for the remaining test case petitioners promptly after discovering McWade's and Sims's misconduct, those disclosures did not purge any of the Kersting project cases of the fraud committed on the Court.  Once a fraud is committed, subsequent voluntary disclosure of the fraud does not purge the fraud.  <u>Badaracco v. Commissioner</u>, 464 U.S. 386, 394 (1984).  A taxpayer who files a fraudulent return, regardless of the taxpayer's subsequent voluntary disclosure, remains subject to criminal prosecution and the civil fraud penalty.  <u>Id.</u>  The fraud is committed and the offense completed when the original

- 100 -

fraudulent return is prepared and filed.  Id.  Where a taxpayer
files a false or fraudulent return but later files a
nonfraudulent amended return, section 6501(c)(1) applies and a
tax may be assessed "at any time", regardless of whether more
than 3 years have expired since the filing of the amended return.
Id. (citing United States v. Habig, 390 U.S. 222 (1968), and
Plunkett v. Commissioner, 465 F.2d 299, 302-303 (7th Cir. 1972),
affg. T.C. Memo. 1970-274); see also George M. Still, Inc. v.
Commissioner, 19 T.C. 1072, 1077 (1953), affd. 218 F.2d 639 (2d
Cir. 1955).

    In the Kersting test case proceedings, the fraud on the
Court committed by respondent's attorneys was completed once the
test cases were tried.  Respondent's subsequent disclosures to
the Court and test case counsel of McWade's and Sims's misconduct
did not purge the fraud on the Court in any of the test cases,
including the Thompson and Cravens cases, or any of the nontest
cases bound by the test cases.  Regardless of respondent's
disclosures to the Court, all Kersting project cases that were
bound by the test cases during the test case proceedings remain
cases of fraud on the Court, and respondent remains subject to
sanction for that fraud in every case.

    Although respondent could not purge the fraud on the Court
once it was committed, we will consider whether respondent's
posttrial actions mitigated the harm done by the fraud in
deciding whether the sanction mandated by the Court of Appeals in

Dixon V should be applied in the cases of Kersting project petitioners who accepted respondent's posttrial settlement offer.

We begin by evaluating respondent's posttrial obligations to the Court and to Kersting project test case and nontest case petitioners. Because the fraud McWade and Sims committed on the Court undermined future litigants' confidence in the test case procedure, we hope that our clarification of respondent's obligations to the Court and to taxpayers who are bound by test case proceedings will help restore public confidence in the test case procedure.

D. Respondent's Posttrial Settlement Offer Did Not Satisfy Respondent's Obligations to the Nontest Case Petitioners

The Kersting project nontest case petitioners were bound by the results of unspecified test cases. Many, if not most, Kersting project petitioners signed their piggyback agreements before the test cases were selected. As a practical matter, because piggyback agreements did not identify the test cases, Kersting project nontest case petitioners would not know the identity of the test case petitioners until informed by respondent.[43] After the Court filed its Dixon II opinion

---

[43]In this opinion we identify respondent's obligations for purposes of determining whether respondent's actions mitigated the harm caused by the fraud on the Court in the nontest cases for purposes of fashioning an appropriate sanction. Kersting project nontest case taxpayers who received and read Kersting's "Dear Friend" letters learned the identity of the test case petitioners. Respondent is not entitled to rely on Kersting to

(continued...)

- 102 -

respondent was obligated first to notify all Kersting project nontest case petitioners of the terms of the Court's disposition of all the test cases in Dixon II in order to prepare decision documents to be entered in the nontest cases. Cf. Socony Mobil Oil Co. v. United States, 153 Ct. Cl. 638, 649, 287 F.2d 910, 915 (1961); Estate of Satin v. Commissioner, T.C. Memo. 1994-435; Fisher v. Commissioner, T.C. Memo. 1994-434. Once the results of the test cases and the Dixon II opinion were questioned because of the misconduct of respondent's attorneys, respondent had the additional obligation to inform the Kersting project petitioners of those facts. Cf. Socony Mobil Oil Co. v. United States, supra; Estate of Satin v. Commissioner, supra; Fisher v. Commissioner, supra.

In Socony Mobil Oil Co. v. United States, supra, the Commissioner and the taxpayer had agreed to the suspension of the period of limitations for filing a refund claim until the final decision in a test case. Thereafter the Commissioner settled the test case, preventing it from being decided on the merits and frustrating the purpose of the agreement. The Court of Claims

---

[43](...continued)
fulfil respondent's disclosure obligations to the nontest case petitioners. Moreover, reliance on the Kersting letters to satisfy respondent's obligation would present factual issues requiring a trial. "Enormous amounts of time and judicial resources have been wasted." Dixon V at 1047. We will not require another trial in each previously settled case to determine whether sanctions should be imposed for the fraud on the Court.

- 103 -

observed that, unless the Government informed the taxpayer of the settlement, the taxpayer would have had to be most diligent in watching the District Court's judgment docket in order to file its suit in time after the "final decision" of the test case. Id. at 649, 287 F.2d at 915.  The Court of Claims held open the period of limitations and held that the taxpayer was entitled to recover on its refund claim.

In Estate of Satin v. Commissioner, supra, and Fisher v. Commissioner, supra, the taxpayers agreed to be bound by the resolution of tax shelter adjustments, whether by litigation or settlement, in test cases specifically identified in the agreements by name and docket number, Provizer v. Commissioner, docket No. 27141-86, and Miller v. Commissioner, docket Nos. 10382-86 and 10383-86.  The Miller cases settled before trial with the taxpayers conceding the deficiencies and the Commissioner conceding the additions to tax.  The Commissioner did not notify any of the taxpayers who had agreed to be bound by the Provizer and Miller cases that the Miller cases had been settled.  The Provizer case subsequently was tried on the merits, resulting in Provizer v. Commissioner, T.C. Memo. 1992-177, affd. per curiam without published opinion 996 F.2d 1216 (6th Cir. 1993), sustaining both the Commissioner's deficiency and additions to tax determinations.  The Commissioner assessed taxes, additions to tax, and interest in accordance with Provizer against the taxpayers in the Estate of Satin and Fisher cases.

On receiving the assessments, the taxpayers asked about the
<u>Miller</u> cases.  Learning for the first time that the <u>Miller</u> cases
had settled, the taxpayers filed motions for entry of decision
consistent with the terms of the <u>Miller</u> settlements, which the
Court granted.  In granting the motions, the Court held that the
taxpayers should have been given the opportunity to agree to the
terms offered in the <u>Miller</u> cases.  Because the Commissioner
failed to notify the taxpayers of the <u>Miller</u> settlements before
the <u>Provizer</u> case was resolved, the Court held that the taxpayers
were entitled to entry of decision in their cases in accordance
with the more favorable terms of the <u>Miller</u> settlements.

Respondent asserts that <u>Estate of Satin</u> and <u>Fisher</u> do not
apply, under our holding in <u>Gridley v. Commissioner</u>, T.C. Memo.
1997-210.  In <u>Gridley</u>, we denied the motions for summary judgment
of the Fleer and Gridley Kersting project petitioners and
distinguished <u>Estate of Satin</u> and <u>Fisher</u> because the agreements
in those cases bound the taxpayers to the resolution of the test
cases "whether by litigation or settlement", whereas the Fleers'
and the Gridleys' Kersting project piggyback agreements did not
mention settlement of the test cases.  Respondent asserts that
<u>Estate of Satin</u> and <u>Fisher</u> do not apply in the cases at hand
because petitioners, like the Fleers and the Gridleys, were bound
by their piggyback agreements to the Court's determination in "an
unspecified 'TRIED CASE' group of cases".  We agree that
petitioners' piggyback agreements do not mention settlement of

- 105 -

the test cases. The Court of Appeals for the Ninth Circuit,
however, remanded Gridley for further proceedings consistent with
Dixon V.

In so doing, the Court of Appeals in Dixon V established
entitlement to the Thompson settlement as the "law of the case"
for the Kersting project. In all cases without piggyback
agreements that were governed by the order to show cause
procedure, Dixon V superseded Dixon II, entitling Kersting
project petitioners in such cases to the benefit of the Thompson
settlement. In effect Dixon V also superseded or amended the
piggyback agreements to incorporate entitlement to the Thompson
settlement just as if the Kersting piggyback agreements had
incorporated the "or settlement" language of the Satin/Fisher
piggyback agreements.

Moreover, implicit in an agreement binding a private party
to the results of one or more test cases in a test case
proceeding is the requirement that the Government notify the
other party to the agreement about the results of a test case or
cases controlling the agreement, regardless of whether the
private party is bound by the settlement or litigation of the
test cases, as in Estate of Satin and Fisher, or by the
litigation of the test cases, as in Socony Mobil Oil Co. v.
United States, supra at 649, 287 F.2d at 915-916. We believe the
rationale of Socony Mobil Oil, Estate of Satin, and Fisher that
requires the Government to notify the other party bound by the

- 106 -

results, through settlement or litigation, of a test case is just
as compelling when the other party is bound by the outcome of a
trial of an undifferentiated group of test cases.  The
Commissioner knows the names and docket numbers of the test cases
and participates in the trial of those test cases.  Most
importantly, when the Court files its opinion deciding the issues
tried in the test cases, the Commissioner is served a copy of the
opinion.  By contrast, the Court does not serve a copy of its
test case opinion on nontest case taxpayers who are bound by the
opinion, and those taxpayers must await notification by the
Commissioner.

Every contract imposes upon the parties thereto an implied
duty of good faith and fair dealing.  San Jose Prod. Credit
Association v. Old Republic Life Ins. Co., 723 F.2d 700, 703 (9th
Cir. 1984); Smith v. Empire Sanitary Dist., 273 P.2d 37, 43 (Cal.
Ct. App. 1954); 3A Corbin on Contracts, sec. 654A, at 86 (1998
Supp.).  Since respondent was obliged to inform Kersting project
nontest case petitioners of the results of the test cases,
respondent's implied duty of good faith and fair dealing imposed
an obligation on respondent to inform nontest case petitioners
that the results of the test cases were being called into
question and to disclose all material facts concerning the
misconduct known to respondent.  The nontest case petitioners
could not have anticipated that motions to vacate the decisions
would be filed in the test cases.  Unless respondent informed

- 107 -

them of the motions, they would have had to be most diligent in
checking each of the test case dockets in order to discover
whether decisions entered in any of the test cases were being
vacated or appealed.  See <u>Socony Mobil Oil Co. v. United States</u>,
<u>supra</u>.  Moreover, respondent had the same disclosure obligations
with respect to all nontest case petitioners who did not sign
piggyback agreement; those Kersting project petitioners were
bound by the results in the test case by reason of the Court's
order to show cause procedure.[44]

Respondent recognized respondent's obligation to inform the
Court and the other test case petitioners about the secret
settlements.[45]  Respondent contends that respondent had no

---

[44]See <u>supra</u> note 6.

[45]Respondent avers:

Even before the investigation uncovered all the
underlying facts, respondent quickly brought the fact
of the improper settlement to the attention of the
court and opposing counsel.  On June 9, 1992,
respondent filed motions to vacate decisions in the
cases of the test case petitioners who were still under
the Tax Court's jurisdiction (Thompson, Cravens and
Ralph Rina (Rina)).  The motions requested an
evidentiary hearing into the entire matter, stating
that the "existence of the understanding and the
failure to divulge same to the Court and the other Test
Case petitioners prior to the trial raise questions
which should be addressed by the Court and the parties
* * *.

By filing the motion to vacate in the <u>Rina</u> case, respondent
notified Izen, counsel for other test case petitioners whose
cases were already on appeal, of the predicate facts of the
misconduct of respondent's attorneys.

- 108 -

obligation to inform Kersting project nontest case petitioners of the terms or existence of the Thompson settlement.  We disagree.

In respondent's motion for entry of decision in the <u>Thompson</u> cases, respondent acknowledged that McWade, Sims, and DeCastro "owed a special duty to disclose" the Thompson settlement agreement to the Court.  Quoting <u>Reager v. Anderson</u>, 371 S.E.2d 619, 630 (W. Va. 1988), respondent further acknowledged that

> "It is critical to the fair conduct of the trial to disclose <u>promptly the settlement terms to the court and to opposing counsel</u> so that the court can decide whether the agreement is valid, and if so, what measures should be taken to ensure that the nonsettling party(ies) will not be prejudiced." * * * [Emphasis supplied by respondent.]

Respondent noted that "this is particularly important where the settling party remains in the litigation, testifies with respect to the issues, and his attorney appears to be an advocate adverse to the party paying the fees."

Respondent asserts that respondent fulfilled respondent's obligation to disclose the secret Thompson and Cravens settlements when respondent disclosed the terms of the agreements to the Court and counsel for the remaining test case petitioners. To the contrary, that disclosure only satisfied part of respondent's obligation.  <u>Reager v. Anderson</u>, <u>supra</u>, concerned the plaintiff's "Mary Carter" contingent settlement with one of the defendant tortfeasors.  The excerpt from <u>Reager v. Anderson</u>, <u>supra</u> at 630, makes clear that not only the existence of the settlement agreement with one defendant but also the terms of the

agreement must be disclosed to opposing counsel for other
defendants to protect the rights of the nonsettling parties.  In
a test case proceeding, the nonsettling parties include all
taxpayers who are bound by the test case and who may be
prejudiced by the settlement.  Thus, under the reasoning of
Reager v. Anderson, supra, respondent had a further obligation to
disclose the terms of the secret Thompson settlement not only to
the remaining test case petitioners but to all Kersting project
nontest case petitioners who were bound by the outcome of the
test cases.  In cases where the nontest case petitioner was
represented by counsel, respondent was obligated to inform that
counsel of the existence and the terms of the previously
undisclosed Thompson and Cravens settlements.  Where the nontest
case petitioner was proceeding pro se, respondent was obligated
to inform the petitioner of the existence and terms of the
agreements.

Respondent did not satisfy those obligations.  Although
respondent's posttrial settlement offer informed the Kersting
project nontest case petitioners that there had been secret
settlements with some test case petitioners, the offer did not
disclose the names of the test case petitioners who had settled
their cases, nor did it disclose the terms of the settlements.

Finally, when respondent disclosed the secret settlements to
the Court, respondent admitted that McWade and Sims had authority
to enter into the original 18.8-percent Thompson settlement but

- 110 -

argued that they did not have authority to enter into the final Thompson settlement. Respondent's position in the motions to vacate the decisions in the <u>Thompson</u>, <u>Cravens</u>, and <u>Rina</u> cases was that the Court needed to decide whether the secret settlements and the testimony of Cravens and Thompson affected the outcome of the test cases. Respondent did not disclose to the Court that McWade's and Sims's entering into a secret settlement giving the Thompsons preferential treatment violated Department of the Treasury Minimum Standards of Conduct and thus did not alert the Court that it might be unfair to enter decisions in accordance with Dixon II in the cases of other Kersting project petitioners. After the Court denied the motion to vacate the <u>Rina</u> decision, respondent did not inform the Court when respondent's National Office decided "in fairness" to reinstate the lowball nuisance value project settlement offer, that stipulated decisions were being entered in Kersting project cases in accordance with that offer, or that respondent was administratively adjusting Kersting project petitioners' tax liabilities that had been assessed in accordance with Dixon II. We now agree with the Court of Appeals for the Ninth Circuit that respondent's disclosure to the Court "was anything but complete". Dixon V at 1045 n.8.

E.  <u>Respondent's Posttrial Settlement Offer Did Not Rectify
     the Harm and Does Not Preclude Additional Sanctions</u>

We next consider whether respondent's posttrial actions rectified or otherwise mitigated the harm done by the fraud in

deciding whether the sanction mandated by the Court of Appeals in Dixon V should be applied in the cases of Kersting project petitioners who accepted respondent's posttrial settlement offer. In so doing, we recognize that the Court of Appeals was aware when it fashioned the sanction it deemed appropriate that respondent had promptly disclosed the overall misconduct to this Court after discovering the secret agreements.

A party cannot avoid sanctions for committing a fraud on the court by settlement or withdrawal from the case. See, e.g., Bader v. Itel Corp. (In re Itel Secs. Litig.), 791 F.2d 672 (9th Cir. 1986). It is well settled that an agreement between private parties cannot deprive the Court of its power to investigate, to render rulings, or to impose sanctions for an alleged fraud upon the court. Chambers v. NASCO, Inc., 501 at 44 (citing Universal Oil Prods. Co. v. Root Ref. Co., 328 U.S. 575, 580 (1946)); see also Hazel-Atlas Glass Co. v. Hartford-Empire Co., 322 U.S. 238 (1944); Bush Ranch, Inc. v. E.I. du Pont de Nemours & Co., 918 F. Supp. 1524 (M.D. Ga. 1995), revd. and remanded on other grounds 99 F.3d 363 (11th Cir. 1996). "Of particular relevance here, the inherent power also allows a federal court to vacate its own judgment upon proof that a fraud has been perpetrated upon the court." Chambers v. NASCO, Inc., supra at 44 (citing Hazel-Atlas Glass Co. v. Hartford-Empire Co., supra, and Universal Oil Prods. Co. v. Root Ref. Co., supra at 580); see also Cooter & Gell v. Hartmarx Corp., 496 U.S. 384, 396 (1990) ("A court may make an

- 112 -

adjudication of contempt and impose a contempt sanction even after the action in which the contempt arose has been terminated."); Bush Ranch, Inc. v. E.I. DuPont De Nemours & Co., 99 F.3d at 367-368 (District Court had power to investigate an alleged fraud upon the court and impose civil sanctions for the fraud in a case where the plaintiffs had voluntarily moved for dismissal of their claims with prejudice 2 years earlier).

Further, we agree with petitioners that their acceptance of the posttrial settlement offer did not release respondent from the consequences of the fraud on the Court.  In Lewis v. Commissioner, T.C. Memo. 2005-205, we stated that the Lewises settled their cases with the understanding, set forth explicitly in respondent's posttrial settlement offer, that accepting the offer would "'preclude any further challenge or appeal with respect to the Kersting programs or the merits of the Dixon opinion'."  On reconsideration, we now conclude that petitioners' requests that sanctions be imposed on respondent for the fraud committed in their cases is not a challenge to the Kersting programs or to the merits of the Dixon II opinion within the meaning of respondent's posttrial settlement offer.

A settlement "is a contract and thus is a proper subject of judicial interpretation as to its meaning, in light of the language used and the circumstances surrounding its execution." Robbins Tire & Rubber Co. v. Commissioner, 52 T.C. 420, 435-436 (1969); see also Brink v. Commissioner, 39 T.C. 602, 606 (1962),

- 113 -

affd. 328 F.2d 622 (6th Cir. 1964); <u>Saigh v. Commissioner</u>, 26 T.C. at 177; <u>Davis v. Commissioner</u>, 46 B.T.A. 663, 671 (1942); <u>Himmelwright v. Commissioner</u>, T.C. Memo. 1988-114.  The circumstances in the Kersting test case proceedings and the terms of the posttrial settlement offer show that petitioners did not release respondent from claims arising from or related to McWade's and Sims's misconduct during the Kersting test case proceedings.

First, respondent's lowball posttrial settlement offer omitted material facts that might have affected some petitioner's decisions to settle their cases, and those omissions were deliberate.  Respondent asserts that the highest levels of respondent's management reviewed the posttrial settlement offer and provided input into the final product and that there was no effort to mislead or conceal facts.  Although respondent's highest management did participate in the process, we disagree that there was no effort to mislead or conceal facts.

The Dombrowski draft, which was the earliest and most forthcoming of the drafts, did not reveal the terms of the secret settlements, and the later drafts, culminating in the posttrial settlement offer, progressively revealed fewer and fewer material facts.  The Dombrowski draft revealed that before the trial settlement agreements had been reached with two of the test case petitioners and identified the Cravens and the Thompsons as those petitioners.  It gave a full citation for Dixon II,

explained the holding of the case, and informed the reader that five of the test case petitioners (Dixon, DuFresne, Hongsermeier, Owens, and Young) had appealed their cases to the Court of Appeals for the Ninth Circuit, but that the appeals had not yet been resolved.

Each subsequent draft included less and less information. Respondent's final posttrial settlement offer informed the offerees of the Court's holding and gave a citation to Dixon II. It informed the reader that two test case petitioners had entered into settlement agreements before the trial, and that these agreements had not been disclosed to the Tax Court or the other test case petitioners.

Respondent's posttrial settlement offer constituted less than full disclosure and was misleading in a number of respects. It did not identify the test case petitioners who had settled their cases, did not identify the other test case petitioners, and did not describe the terms of the settlements. It did not even indicate that the two couples who had settled their test cases had received very different settlements and that one couple had received a settlement that was much more favorable to them than all but one other settlement (the Alexander settlement) with Kersting project petitioners. It did not disclose the amounts or percentages of the reductions of the deficiencies in the Cravens and Thompson settlements and the disparity between them. It did not disclose that the Thompson settlement was not only initially

more favorable to the Thompsons than the project settlement offer
(and that there had been other settlements more advantageous to
Kersting project petitioners than the project settlement offer),
but that the more favorable Thompson settlement was finally
substantially sweetened to create a fund to pay the fees of
DeCastro, Thompson's counsel.  The offer's purported
reinstatement of the project settlement offer did not refer to
the burnout that McWade had incorporated in the project
settlement offer and in the settlements of a majority of the
cases that had been settled before the termination of
respondent's original project settlement offer.  Most of these
facts had been disclosed to the Tax Court in summer 1992 in
respondent's papers opposing Thompson's counsel's motion to enter
decision on the terms of the Thompson settlement, but they were
not disclosed by respondent to the offerees.

     The offer's statement that "The Tax Court's opinion as it
pertains to other Kersting cases remains unchanged" was
misleading, because it conveyed the impression that Dixon II and
the Court's rulings were the last word on the subject.  It failed
to disclose that the other test cases were on appeal and that
appellants were asserting fraud on the court as a ground for
vacating the decisions in the other test cases.

     The failure of the offer to disclose and identify the test
case petitioners who had received a very different settlement,
giving them much more favorable treatment, and that giving

preferential treatment violated IRS policy and the Department of
the Treasury Minimum Standards of Conduct renders disingenuous
the statement in the posttrial settlement offer "we have
concluded that in fairness all petitioners be afforded an
opportunity to settle their cases".

The lack of fairness of the 7-percent offer is further
evidenced by the disciplinary action respondent brought against
McWade and Sims solely on the basis of the Thompson settlement
and not the secret Cravens settlement, which approximated the 7-
percent project settlement offer. The notices of proposed
disciplinary action sent to McWade and Sims on July 29, 1993,
asserted, inter alia, that they had (1) failed to avoid any
action which might result in or create the appearance of giving
preferential treatment to any person; (2) failed to avoid any
action that might adversely affect the confidence of the public
in the integrity of the Government; and (3) intentionally made
false or misleading verbal or written statements in matters of
official interest. The notices listed the following reasons for
the proposed disciplinary actions: (1) Negotiating an
unauthorized settlement agreement with the Thompsons; (2) basing
the Thompson settlement on unaudited and insufficiently
documented losses from an unrelated shelter; (3) allowing the
Thompsons a settlement that provided them more favorable
treatment than other taxpayers; (4) compensating the Thompsons
for their attorney's fees; and (5) not informing the Tax Court of

the Thompson settlement arrangements. The notices make no mention of the Cravens settlement even though that settlement also had not been disclosed to the Court. The notices clearly focus on the favorable treatment and benefits given to the Thompsons.

Under normal circumstances, the Commissioner is not required to offer the same settlement terms to taxpayers whose cases are part of a test case proceeding. See Estate of Campion v. Commissioner, 110 T.C. 165, 170 (1998), affd. without published opinion sub nom. Tucek v. Commissioner, 198 F.3d 259 (10th Cir. 1999), affd. without published opinion sub nom. Drake Oil Tech. Partners v. Commissioner, 211 F.3d 1277 (10th Cir. 2000). However, under the circumstances in the Kersting test case proceedings and consistent with the Department of the Treasury Minimum Standards of Conduct, we believe "in fairness" that respondent should have offered to provide other Kersting taxpayers the same favorable treatment given to the Thompsons, as the Court of Appeals finally concluded in Dixon V.

In Estate of Campion, the taxpayers had settled all issues related to their participation in certain tax shelters, and final decisions had been entered in their cases. The underlying tax shelters were the subject of test case litigation in Krause v. Commissioner, 99 T.C. 132 (1992), affd. sub nom. Hildebrand v. Commissioner, 28 F.3d 1024 (10th Cir. 1994); Acierno v. Commissioner, T.C. Memo. 1997-441, affd. without published

- 118 -

opinion 185 F.3d 861 (3d Cir. 1999); Karlsson v. Commissioner,
T.C. Memo. 1997-432; and Vanderschraaf v. Commissioner, T.C.
Memo. 1997-306, affd. without published opinion 211 F.3d 1276
(9th Cir. 2000), affd. without published opinion sub nom. Estate
of Lawrenz v. Commissioner, 238 F.3d 429 (9th Cir. 2000).
Beginning in 1986, the Commissioner made a series of settlement
offers to the tax shelter investors. As time went by and the
test cases approached trial, the Commissioner's settlement
position generally became more favorable to the Commissioner and
less favorable to the investor-taxpayers. Each of the various
settlement offers incorporated a time deadline beyond which the
settlement would no longer be available.

The Estate of Campion taxpayers did not choose to settle
their cases. Rather, they waited until after the issuance in
1992 of the opinion in the test cases in Krause v. Commissioner,
supra. The settlements the Estate of Campion taxpayers then
agreed to were consistent with the decisions in Krause and the
related cases. The Estate of Campion taxpayers thereafter sought
orders from the Court vacating their agreed decisions and
requiring the Commissioner to give them new settlements
incorporating the more favorable settlement terms that had been
available to taxpayers in earlier years. In so doing, the Estate
of Campion taxpayers alleged, inter alia, that there had been a
fraud on the Court in the settlement of their cases.

In Estate of Campion, we held that the Commissioner had not committed fraud on the Court and denied the taxpayers leave to file motions to vacate final decisions. In deciding that the Commissioner had not committed fraud on the Court, we noted that the taxpayers' former and/or then-present counsel, who represented many taxpayers who were involved in the tax shelters, had been aware of all settlement positions that had been made available by the Commissioner. We emphasized that all investors in the tax shelters were treated consistently by the Commissioner and were given the same opportunity to settle their tax disputes on the same terms and with the same time deadlines, and that each different settlement position of the Commissioner had been adequately communicated to all investors in the tax shelters and had been based on the "hazards of litigation" as perceived by the Commissioner at each relevant point in time. The taxpayers thereby failed to establish any "scheme of secrecy" to hide the availability of the Commissioner's various settlement positions, which had been made available over the years to all taxpayers who had invested in the tax shelters.

None of the exculpating factors considered by the Court in Estate of Campion are present in the cases at hand. The record is replete with aggravating factors to the contrary. Respondent did not treat all Kersting project petitioners consistently; respondent did not give all Kersting project petitioners the same

opportunity to settle their tax disputes on the same terms and
with the same time deadlines. Only the initial 7-percent project
settlement offer and the modified 7-percent settlement offer with
the burnout had been adequately communicated to all Kersting
project petitioners. The 20-percent settlements negotiated by
DeCastro and by Chicoine and Hallett for some of their clients
and the various Thompson settlements were not communicated to
other Kersting project petitioners. Only the 20-percent
settlements had been based on the "hazards of litigation". The
final Thompson settlement was not communicated to any other
Kersting project petitioners and was not based on the hazards of
litigation, and most importantly, there was a "scheme of secrecy"
to hide the Thompson settlement that constituted the fraud on the
Court.

Respondent acknowledged that McWade and Sims had authority
to negotiate the 20-percent settlements and that the Thompsons
were entitled to have decisions entered in accordance with their
initial settlement agreement. Once McWade and Sims began to
accept 20-percent settlements on the basis of hazards of
litigation, they should have communicated a 20-percent offer to
all Kersting project petitioners so as not to favor those
petitioners represented by DeCastro and Chicoine and Hallett over
others, especially those who were unrepresented by counsel.
Their failure to do so undermined the confidence of the Court and

the public in the fairness of the test case procedure.   The
factors we considered in Estate of Campion lead us to conclude
that, once respondent discovered McWade's and Sims's misconduct
and decided that "in fairness" the other Kersting project
petitioners ought to have the opportunity to settle on more
favorable terms than provided by Dixon II, in fairness respondent
should have made the 20-percent initial Thompson settlement
available to the other Kersting project petitioners.   Such an
offer would have been consistent with respondent's position in
respondent's motions for entry of decision in the Thompson cases
that the 20-percent settlements were valid, but that the final
Thompson agreement was invalid because respondent's provision for
payment of DeCastro's fees was illegal.[46]

Respondent's management owed every petitioner whose case was
bound by the Kersting project test case proceedings a duty of good
faith and fair dealing.   "Chief Counsel attorneys are expected to
adhere to the highest standards of conduct, not simply conform to

---

[46]During the Dixon V remand proceeding, respondent also
contended that the final Thompson settlement represented a
20-percent reduction in Kersting deficiencies, plus legal fees
incurred in trying the test cases.   In Dixon VI, we rejected
respondent's argument that Kersting project petitioners were not
entitled to recover legal fees after Dixon II because the fees
had been paid by Kersting and therefore petitioners were entitled
only to the 20-percent reduction in liabilities.   We instead gave
effect to the Thompson settlement in accordance with its express
terms, as a more than 60-percent reduction in the Kersting
deficiencies.

minimum professional obligations." CC-2003-008 (appendix B). The

"goal as IRS lawyers cannot be to collect the most revenue for the

government or win cases at all costs. * * * [The] goal must be to

ensure that the tax system is administered fairly and

impartially". Williams, Remarks at the Meeting of the New York

State Bar Association Tax Section (Jan. 21, 2003) (appendix A).

In offering the posttrial settlement, respondent's management fell

short of that goal and failed to satisfy the duty of good faith.

We have held that McWade and Sims committed a fraud on the

Court in every case that was bound by the Kersting project test

cases and that the fraud was not purged by respondent's disclosure

to the Court. Additionally, we have found (1) that respondent was

obligated to inform Kersting project nontest case petitioners of

the existence and terms of the Thompson settlement and that Dixon

II was being appealed and (2) that respondent intentionally

omitted those material facts in the posttrial settlement offer.

Willful concealment or omission of material facts or intentional

statements of half-truths will support a finding of fraud. United

States v. Romano, 736 F.2d 1432, 1439 (11th Cir. 1984), revd. in

part on other grounds 755 F.2d 1401 (11th Cir. 1985). Misleading

half-truths are distinguishable from nondisclosures and constitute

an exception to the general rule of nonliability for nondisclosure

or other failure to act. Randi W. v. Muroc Joint Unified Schl.

Dist., 929 P.2d 582, 592 (Cal. 1997). Providing "'half of the

truth may obviously amount to a lie, <u>if it is understood to be the whole.</u>'" <u>Id.</u> at 592 (quoting Prosser & Keeton, The Law of Torts, Misrepresentation and Nondisclosure, sec. 106, at 738 (5th ed. 1984)). Respondent, having disclosed some of the facts concerning the irregularities in the test case procedure, was obliged to disclose all facts that would materially qualify the limited facts that were disclosed. See <u>id.</u> at 1082. The Court has held that a settlement stipulation may be set aside for excusable, damaging reliance upon a false or untrue representation of the other party. <u>Saigh v. Commissioner</u>, 26 T.C. at 180; <u>Fisher v. Commissioner</u>, T.C. Memo. 1994-434.

Respondent's limited disclosure and reinstatement of the lowball nuisance value pretrial settlement offer could not "purge" the fraud on the Court that attached to the cases of the Kersting project nontest case petitioners and did not mitigate the harm caused by the misconduct. Respondent's failure to disclose fully all material facts in the posttrial settlement offer and the express language of the posttrial settlement offer show that the acceptance of the posttrial settlement offer did not release respondent from Kersting project petitioners' claims of fraud on the Court or bar them from requesting that the Court impose sanctions for the violation of petitioners' rights. The language in the stipulated decisions and the posttrial settlement agreement does not contain language specifically releasing respondent from

- 124 -

matters arising from the misconduct.  See <u>U.S. Anchor</u>
<u>Manufacturing, Inc. v. Rule Indus., Inc.</u>, 27 F.3d 521 (11th Cir.
1994); see also <u>U.S. Anchor Manufacturing, Inc. v. Rule Indus.,</u>
<u>Inc.</u>, 7 F.3d 986, 1004 (11th Cir. 1993).

An agreement that settles only specific matters does not
necessarily settle other matters related to the settled ones.
<u>Manko v. Commissioner</u>, 126 T.C. 195, 204 (2006).  In <u>Manko</u>, the
parties agreed to the treatment of the partnership items in the
closing agreement.  The preamble to the closing agreement
explained that the parties wished to determine with finality the
taxpayers' distributive share of income, gains, losses,
deductions, and credits with respect to the partnership for the
years at issue.  The final paragraph of the closing agreement
provided that the agreement did not affect or preclude later
adjustments of any item (other than those relating to the
partnership) for the years at issue.  The Commissioner sent the
taxpayers Income Tax Examination Changes that reflected the
Commissioner's computation of their tax liabilities in accordance
with the agreed treatment of the partnership items.  The
Commissioner then assessed the deficiencies shown in the Income
Tax Examination Changes without issuing the taxpayers a notice of
deficiency.  The Commissioner never issued the taxpayers a
deficiency notice for the years at issue, and the taxpayers never
executed a formal waiver of restrictions on assessment.  The Court

## - 125 -

held that the closing agreement covered the specific partnership items only and did not absolve the Commissioner from issuing a deficiency notice before assessing the taxpayers' liabilities.

In the cases at hand the posttrial settlement offer stated: "Acceptance of this settlement offer will preclude any further challenge or appeal with respect to the Kersting programs or the merits of the Dixon opinion. Any other issues involved in this case will be resolved separately." We have repeatedly found that the fraud on the Court did not affect the Dixon II opinion as it related to the merits of the case or the validity of the Kersting programs. The harm caused by the fraud on the Court, namely the violations of the rights of the Kersting project petitioners, is unrelated to the Kersting programs or the merits of the Dixon opinion. Whether respondent should be sanctioned for the fraud on the Court as it relates to petitioners' cases is not a "challenge or appeal with respect to the Kersting programs or the merits of the Dixon opinion". Rather, it is a claim for a remedy and a sanction for the violation of petitioners' rights that is another issue involved in the Kersting project cases, the resolution of which respondent's language specifically excluded from the posttrial settlement being offered. The posttrial settlement agreement has no provision "releasing" respondent from claims related to the misconduct of respondent's attorneys during the trial of the test cases.

Although respondent may have intended the phrase "other issues involved in this case will be resolved separately" to refer to non-Kersting issues related to adjustments made in the notices of deficiency issued to Kersting project petitioners, the general contract principle of contra proferentem weighs heavily against respondent. That principle requires that an ambiguous provision in a written document be construed more strongly against the person who selected the language. United States v. Seckinger, 397 U.S. 203, 216 (1970); Moulor v. Am. Life Ins. Co., 111 U.S. 335, 341-342 (1884) (citing Grace v. Am. Cent. Ins. Co., 109, 282 U.S. 278 (1883)); Kunin v. Benefit Trust Life Ins. Co., 910 F.2d 534, 539 (9th Cir. 1990); Rink v. Commissioner, 100 T.C. 319, 328 n.8 (1993), affd. 47 F.3d 168 (6th Cir. 1995).

Moreover, it is the Court that holds the inherent power to impose sanctions against respondent for the fraud committed on it, and the parties cannot by agreement divest the Court of that power. Neither the terms of the settlements nor the stipulated decisions entered in these cases release respondent from any claims by petitioners that the Court should impose sanctions for the fraud committed on the Court in their cases.

After reviewing respondent's posttrial actions and settlement offer in their totality, we conclude that those actions and the posttrial settlement offer did not rectify respondent's violation of the rights of Kersting participant petitioners who were bound

- 127 -

by the results of the test cases; in fairness, all Kersting
project petitioners whose cases were bound by the Kersting test
case proceedings are entitled to the benefit of the Thompson
settlement.

## Conclusion

We hold that neither the posttrial settlement offer nor the
stipulated decisions thereby generated bar the Court from
considering the fraud on the Court as it affected all cases
pending at the time the offer was made or imposing sanctions to
remedy the harm caused by the fraud on the Court.  We also hold
that all Kersting project petitioners whose cases were bound by
the results in the Kersting project test cases are entitled to the
benefit of the Thompson settlement regardless of when they settled
their cases.  All taxpayers whose cases are part of a test case
procedure should be assured that the test cases will be well and
fairly tried, regardless of whether or when they settle their
cases.  The misconduct that was a fraud on the Court began long
before the trial of the test cases that resulted in Dixon II.  The
Kersting project test case proceedings began June 10, 1985, the
first day of the June 1985 session during which the Court agreed
with Seery and McWade to use the test case proceeding to resolve
all Kersting project cases.  We do not think that justice would be
served if we were to require another trial in each previously
settled case to determine whether sanctions should be imposed for

- 128 -

the fraud committed on the Court during the Kersting test case proceedings. As expressed by the Court of Appeals in Dixon V at 1047:

> Here, it plainly would be unjust to remand for a new, third trial. The IRS had an opportunity to present its case fairly and properly. Instead its lawyers intentionally defrauded the Tax Court. The Tax Court had two opportunities to equitably resolve this situation and failed. Enormous amounts of time and judicial resources have been wasted. * * *

In Hazel-Atlas Glass Co. v. Hartford Empire Co., 322 U.S. 238 (1944), the Supreme Court explained that the inquiry into whether a judgment should be set aside for fraud on the court focuses not so much on whether the alleged fraud prejudiced the opposing party but on whether the alleged fraud harms the integrity of the judicial process. The misconduct of McWade and Sims was a fraud on the Court because it harmed the integrity of the judicial process. The judicial process that was harmed by the misconduct was more than just the trial of the test cases; the judicial process that was implicated is the test case procedure that encompassed the cases of all taxpayers before this Court that were bound by the results in the test cases. The judicial process referred to by the Court of Appeals also encompasses all future cases employing test case procedures. Taxpayers' confidence in future test case proceedings was undermined by the misconduct. Dixon V at 1046-1047. In deciding the proper sanction to impose for the fraud on the Court, we must "carefully balance the policy

favoring adjudication on the merits with * * * the need to
maintain institutional integrity and the desirability of deterring
future misconduct." Aoude v. Mobil Oil Corp., 892 F.2d 1115, 1118
(1st Cir. 1989) (finding that the District Court considered the
relevant factors and in dismissing the action acted well within
its discretion).

Respondent's attorneys committed a fraud on the Tax Court
during the Kersting test case proceedings that was a fraud on the
Court in every case bound by the results of the test cases.
Extending to every petitioner whose case was bound by the results
of the Kersting project test cases, by piggyback agreement or the
Court's order to show cause procedure, the benefit of the Thompson
settlement strikes us as an appropriate accommodation of the
competing considerations; it is a sanction for the misconduct that
is consistent with Dixon V and is "no more than necessary" to
maintain public trust in the judicial process that employs test
case procedures. See, e.g., Gomez v. Vernon, 255 F.3d 1118, 1135
(9th Cir. 2001). We have considered the relevant factors with the
standard set by the Court of Appeals in Dixon V. We are
protective of the integrity of our judicial process and concerned
about deterrence. We are "entitled to send a message, loud and
clear." Aoude v. Mobil Oil Corp., supra at 1122. We hold that
sanctions should be imposed in the cases of all Kersting project
petitioners in which stipulated decisions were entered on or after

- 130 -

June 10, 1985, the date the Kersting project test case proceedings began.

Our holding is limited to the unique and narrow circumstances of these cases--where we are imposing sanctions for a fraud committed on the Court in a test case proceeding that bound more than a thousand cases.  Compare Dixon V with Abatti v. Commissioner, 859 F.2d at 117.

Having reconsidered Lewis v. Commissioner, T.C. Memo. 2005-205, and addressed the merits of petitioners' arguments and respondent's objections, we shall grant petitioners' motions to vacate the stipulated decisions entered in the cases at hand and enter new decisions in accordance with Dixon VI and Dixon VIII, giving effect to the opinion of the Court of Appeals for the Ninth Circuit in Dixon V.

### Implementation of Sanction

Recognizing that "Enormous amounts of time and judicial resources have been wasted", the Court wishes to relieve other Kersting project nontest case petitioners who had stipulated decisions entered in their cases on or after June 10, 1985, of the burden of filing motions for leave to file motions to vacate decisions.  We believe that the most expeditious and efficient means of implementing the sanction is to allow respondent to adjust administratively the accounts of all Kersting project petitioners, other than Hartman, the Lewises, and the Lius,

- 131 -

without requiring further action from the Kersting project petitioners.[47]  Administrative adjustments would eliminate the need for other Kersting project petitioners to file motions for leave to file motions to vacate the decisions in their cases and the attorney's fees that otherwise might be incurred and claimed for the preparation and filing of such motions.

To facilitate the implementation of this sanction, we shall issue an order (the implementation order) directing respondent to send a copy of this opinion and the implementation order to all taxpayers who filed petitions in this Court contesting the adjustments at issue in Dixon II who had stipulated decisions entered in their cases (closed cases) on or after June 10, 1985. That notification action by respondent is to be completed within 60 days after the decisions entered in these cases become final; i.e., after the Court of Appeals for the Ninth Circuit renders its decision, if and when the decisions herein should be appealed. See Bush Ranch, Inc. v. E.I. du Pont de Nemours & Co., 918 F. Supp. at 1556.

Respondent shall have 9 months after the date the decisions in these cases becomes final (the implementation period) to adjust

---

[47]It appears to the Court that respondent can make such administrative adjustments as evidenced by the fact that, after the decisions in the Kahle cases became final, respondent administratively partially abated Kahle's agreed deficiency by giving him the benefit of the 7-percent reduction provided for in the posttrial settlement offer.

- 132 -

administratively the accounts of all Kersting project petitioners

who had stipulated decisions entered in their cases on or after

June 10, 1985.  The implementation order will require respondent

to provide the following additional information to the Kersting

project petitioners:

1.  The name of IRS contact personnel who can answer any

questions Kersting project petitioners may have concerning the

adjustments of their accounts;

2.  the date the decisions in these cases became final; and

3.  the expiration date of the implementation period.

The implementation order will require respondent, on or before the

expiration of the implementation period, to file a status report

with the Court, listing the cases of all Kersting project

petitioners to whom respondent sent copies of this opinion and the

implementation order and identifying any petitioner whose account

has not been adjusted administratively.

During the implementation period, the Court will not grant

leave to file motion to vacate decision in any case where motions

for leave have been filed.  If respondent adjusts administratively

the accounts of those Kersting project petitioners who have filed

motions for leave and the parties notify the Court of the

adjustment, the Court will deny as moot the motions for leave.

Additionally, the Court will not accept for filing any motions for

leave to file motions to vacate the decisions in the cases of any

- 133 -

other Kersting project petitioner unless and until respondent

fails to adjust administratively the account of the Kersting

project petitioner before the expiration of the implementation

period.  If respondent does not timely adjust administratively the

account of any Kersting project petitioner, the Court will accept

for filing a motion for leave to file motion to vacate decision,

will grant leave to file such a motion, and will order respondent

to show cause why the Court should not grant the motion to vacate

decision and enter a new decision in accordance with this opinion.

    To reflect the foregoing,

            Appropriate orders will be

            issued, and decisions will be

            entered under Rule 155.

- 134 -

APPENDIX A

B. John Williams, Jr., Chief Counsel, Internal Revenue Service
Remarks at the Meeting of the New York State Bar Association
Tax Section (Jan. 21, 2003), in 2003 TNT 15-20


        The public's confidence in our tax system rests, in
significant part, on their perception of fairness in the
administration of the tax laws. This begins with government first.
We need to be open with the public on our positions, principled in
our application of the laws, and even-handed in our enforcement
efforts.   In this connection, I would like to comment on a case
that you may have read about in Sunday's New York Times.  The 9th
Circuit on Friday handed down an opinion justifiably excoriating
the Chief Counsel's Office for the conduct of two lawyers who
committed fraud on the Tax Court.  The incident occurred a number
of years ago, but the lessons to be learned are fresh.  A lead
test case was chosen to resolve a tax shelter in the Tax Court.
About 1300 taxpayers signed piggyback agreements to be bound by
the outcome of the test case.  The IRS lawyers agreed to a secret
settlement with the taxpayer in the lead case that remained
undisclosed and unavailable to anyone else.  Then, the settling
taxpayer testified that there had been an understanding that the
documents underlying the shelter were not to be enforced.  The
settlement came to light after the Tax Court sustained the entire
deficiency and the negligence penalty because the decision
documents did not reflect the Court's opinion.  The Dixon case
presented the issue of what remedy was appropriate to rectify the
effects of the fraud.  The Tax Court refused to hold an
evidentiary hearing on the taxpayers' allegations, and the Ninth
Circuit reversed. After holding the mandated hearing, the Tax
Court found that fraud on the court had been committed but that it
was harmless error.  The recent reversal makes clear that fraud on
the court is never harmless; the Ninth Circuit decided that the
appropriate remedy was  to give to all of the affected taxpayers
the same settlement that the IRS lawyers had granted to the lead
test case.  I want you to know that I fully concur with both the
Ninth Circuit's outrage over the fraud and its mandate.  Is there
any taxpayer who could believe that he or she would receive a fair
trial of their cause if IRS lawyers could secretly offer a deal in
the lead test case and then offer tainted testimony to convince a
court that the transaction at issue was unsound?  Fraud on any
court is, in my view, not only pernicious to the fair resolution
of the particular case, but also threatening to fundamental
democratic principles.  As an institution, the Office of Chief

- 135 -

Counsel must adhere to the highest standards of conduct not simply conform to minimum professional obligations.  In connection with implementing the Ninth Circuit's mandate, I have instructed our attorneys to do the following:

    1.  We will expeditiously implement the Ninth Circuit's mandate to extend to all affected taxpayers the terms of the settlement that were effected in the lead test case. We will also assure that no interest is charged on deficiencies for the period of the appeals to the Ninth Circuit.

    2.  I am circulating a copy of the Ninth Circuit's opinion to all of my lawyers with a cover memo reiterating the duties that we have as officers of the court and as lawyers for the Commissioner.  We must admit the pernicious nature of this conduct and not permit it or anything like it to be repeated.  There can be no harmless error resulting from fraud on the court.

    3.  I will correspond with the Ninth Circuit to apologize for the conduct and indicate what steps I will take to avoid such conduct in the future, including specific professional education efforts.

                 *    *    *    *    *    *    *

    * * * I want to reiterate that I expect and demand that Chief Counsel lawyers live up to the highest professional standards and engage in best practices.  Our goal as IRS lawyers cannot be to collect the most revenue for the government or win cases at all costs.  Our goal must be to ensure that the tax system is administered fairly and impartially and that we reach the right result for the taxpayers and the government.

    Although some would like to deny that the tax system plays a vital role in society, and few of us actually like paying taxes, confidence in the integrity and fairness of the tax system is vital to our democracy.  The tax system touches more people in this country than any other part of the government or our laws. The loss of confidence in its integrity is the loss of confidence in the government itself.  * * *

- 136 -

APPENDIX B

Excerpts from Chief Counsel Notice CC-2003-008
Deborah A. Butler, Associate Chief Counsel
(Procedure and Administration)

<u>Purpose</u>

This notice reminds all Chief Counsel attorneys of their obligation to adhere to the highest ethical standards in all aspects of their responsibilities, including representation of the Commissioner before the Tax Court.

<u>Discussion</u>

The Chief Counsel is the chief law officer for the Internal Revenue Service. As such, the Chief Counsel is empowered to represent the Commissioner in cases before the Tax Court, and to determine which civil actions should be litigated under the laws relating to the Internal Revenue Service, including making recommendations to the Department of Justice regarding those actions. I.R.C. § 7803(b)(2). In carrying out these duties, Chief Counsel attorneys must be mindful that they are acting on behalf of the Chief Counsel, not in their individual capacity, and that their actions reflect on the entire Office of Chief Counsel, the Service and the Treasury Department. See CCDM 35.8.12.14. Accordingly, Chief Counsel attorneys are expected to adhere to the highest standards of conduct, not simply conform to minimum professional obligations.

To help put this principle into practice, Chief Counsel attorneys are reminded that, in representing the Commissioner, they must conduct their activities in accordance with the letter and spirit of the Model Rules of Professional Conduct of the American Bar Association. * * * Our role as Chief Counsel attorneys is to ensure the uniform application of the tax laws and the fair disposition of cases.

\*    \*    \*    \*    \*    \*    \*

As officers of the court, we have a special duty to avoid conduct that undermines the integrity of the adjudicative process. We should not allow a court to be misled by false statements of law or fact, or evidence that the lawyer knows to be false. We must ensure that our actions (or failure to act) preserves the

- 137 -

sanctity of the court and safeguards the public's confidence in the judicial process.

\*    \*    \*    \*    \*    \*    \*

ABA Model Rule 4.1 provides, in part, that in the course of representing a client, a lawyer shall not knowingly make a false statement of material fact or law to a third person, or fail to disclose a material fact when disclosure is necessary to avoid assisting a criminal or fraudulent act by a client, unless disclosure is prohibited under ABA Model Rule 1.6 regarding client-lawyer confidentiality.

\* \* \* It is also professional misconduct under Rule 8.4 for a lawyer to engage in conduct involving dishonesty, fraud, deceit or misrepresentation.  Similarly, under Rule 8.4, it is professional misconduct for a lawyer to engage in conduct that is prejudicial to the administration of justice.

\* \* \*[In Dixon V],the Ninth Circuit imposed sanctions against respondent because two Chief Counsel attorneys committed fraud on the Tax Court during the trial of the cases.  Briefly, the Chief Counsel attorneys entered into secret settlements with two of the test case petitioners and a witness in the trial of a group of test cases intended to resolve a large tax shelter litigation project.  Although the settlements were all different, some noteworthy terms included an agreement that the settled test cases would nonetheless proceed to trial; that the petitioners would testify for the respondent; and in one test case, that any deficiencies would be reduced by the amount of the petitioner's attorneys fees.  With respect to the settling witness who testified for respondent at the trial of the test cases, the witness's deficiencies were conceded in full by respondent following the test case trial.

These settlements were not disclosed to the Tax Court or to the other taxpayers in the tax shelter litigation project who had agreed to be bound by the outcome of the test cases.

\*    \*    \*    \*    \*    \*    \*

\* \* \* All Chief Counsel attorneys are expected to carry out their responsibilities with the utmost integrity.  Clearly, the conduct of the Chief Counsel attorneys in <u>Dixon</u> fell far short of those high standards.  \* \* \*