**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

GEORGE K. PRAGOVICH, *et al.*,          :
                                        :
        Plaintiffs,                     :
                                        :
    v.                                  : Civil Action No. 07-2079 (JR)
                                        :
UNITED STATES OF AMERICA,               :
                                        :
        Defendant.                      :

<u>ORDER</u>

Plaintiffs' motion for leave to amend their complaint, as they describe it, is only a request to file something that adds factual material in support of the claims they have already made.  Such a document is not an amended complaint, and leave to file it [#16] is **denied**.  The issues presented by the government's motion to dismiss -- jurisdiction and failure to state a claim -- are issues of law whose resolution will not benefit from an augmented statement of facts.


                        JAMES ROBERTSON
                United States District Judge